# EXHIBIT 1



US006049835A

# United States Patent [19]

## Gagnon

| [11] | **Patent Number:** | **6,049,835** |
|---|---|---|
| [45] | **Date of Patent:** | **Apr. 11, 2000** |

[54] **SYSTEM FOR PROVIDING EASY ACCESS TO THE WORLD WIDE WEB UTILIZING A PUBLISHED LIST OF PRESELECTED INTERNET LOCATIONS TOGETHER WITH THEIR UNIQUE MULTI-DIGIT JUMP CODES**

[75] Inventor: **Eric F. Gagnon**, Brooklyn, N.Y.

[73] Assignee: **Internet Media Corporation**, Brooklyn, N.Y.

[21] Appl. No.: **08/705,967**

[22] Filed: **Aug. 30, 1996**

[51] Int. Cl.$^7$ .................................................. **G06F 15/16**

[52] U.S. Cl. ................................. **709/245**; 709/227

[58] Field of Search .............................. 348/27, 8, 13; 386/83; 709/218, 229, 219, 245, 227; 345/335; 707/3; 235/375

[56]                **References Cited**

U.S. PATENT DOCUMENTS

| 4,706,121 | 11/1987 | Young ........................................ 348/27 |
|---|---|---|
| 5,526,127 | 6/1996 | Yonetani et al. ........................... 386/83 |
| 5,572,643 | 11/1996 | Judson ...................................... 709/218 |
| 5,612,730 | 3/1997 | Lewis ........................................ 348/8 |
| 5,625,781 | 4/1997 | Cline et al. ............................... 345/335 |
| 5,659,729 | 8/1997 | Nielsen ...................................... 707/3 |
| 5,694,163 | 12/1997 | Harrison .................................... 348/13 |
| 5,708,780 | 1/1998 | Levergood et al. ...................... 709/229 |
| 5,764,906 | 6/1998 | Edelstein et al. ....................... 709/219 |
| 5,804,803 | 9/1998 | Cragun et al. ........................... 235/375 |

*Primary Examiner*—Albert De Cady
*Assistant Examiner*—David Ton
*Attorney, Agent, or Firm*—Blank Rome Comisky & McCauley LLP

[57]                **ABSTRACT**

A system for quickly and easily accessing preselected desired addresses or URLs on the Internet is disclosed in which a published list of Internet or World Wide Web sites together with their unique jump codes is utilized in connection with a corresponding specialized Web site which is accessed by a user using either a personal computer or a TV Internet Terminal and remote control, after which access a jump code corresponding to the preselected desired URL is entered by the user and software contained in the specialized Web site immediately and automatically accesses the desired Web site.

**20 Claims, 1 Drawing Sheet**



**U.S. Patent**          Apr. 11, 2000          **6,049,835**



FIG. 1



FIG. 2

6,049,835

**1**

### SYSTEM FOR PROVIDING EASY ACCESS TO THE WORLD WIDE WEB UTILIZING A PUBLISHED LIST OF PRESELECTED INTERNET LOCATIONS TOGETHER WITH THEIR UNIQUE MULTI-DIGIT JUMP CODES

#### BACKGROUND OF THE INVENTION

The present invention is directed to a system for providing users of the Internet with easy access to the World Wide Web. More particularly, the present invention is directed to providing a central location which World Wide Web users of the Internet can reach and can then instruct to provide them with ready access to a particular location on the World Wide Web portion of the Internet.

Use of the Internet, a worldwide network of more than 100,00 individual computer networks and over 50 million users, has been gaining in popularity in the last several years. At the present time, almost every large corporation, university, government, organization, and many businesses around the world are connected to and have access to the worldwide network known as the Internet. The Internet is a collection of individual computer networks which are connected to each other by means of regular telephone and satellite data links, and which are all connected by a public-domain communications software standard.

The Internet was developed in the late 1960s, when it was established by the United States Defense Department as a research project for use by defense contractors and universities. The purpose of the Internet at that time was to create a military computer network which could still function reliably if any parts of it were destroyed in a nuclear war. A series of standardized communications protocols for sending information around the computer network were developed in order to ensure against the inherent unreliability of telephone lines and exposed telephone switching stations.

For over 25 years, the Internet was used primarily as a research-oriented computer communications network for universities, defense contractors, governments, and organizations in science and academia. During those years, it grew slowly but steadily and its proven freely, available communications protocols were also adopted by the computer and telecommunications industries and by large corporations, who used the Internet for electronic mail communications between and among their companies. In 1992, the United States Government turned over operation of the Internet's high-speed data links to commercial communications networks. That transfer, as well as the concurrent explosion in the use of personal computers, local area networks, bulletin boards systems, and consumer-oriented online services, caused the Internet to grow tremendously. Because of the convergence of those events, a critical mass for acceptance of the Internet as a standard means for the worldwide connection of individual computer networks of all kinds and sizes was created.

One of the reasons for the explosive growth of the Internet, which is growing at an estimated rate of 15%–20% per month, is the widespread acceptance of the Internet as the standard for electronic mail. The Internet is also well known for its two other main features, its usenet newsgroups, which constitute thousands of on-line discussion groups covering a wide variety of business, personal, and technical subjects, and the latest Internet phenomenon, the World Wide Web.

The World Wide Web or Web, as it is more commonly known, is a standardized method of combining the display of graphics, text, video and audio clips, as well as other features, such as secure credit card transactions, into a standardized, graphical, friendly interface that is easy for anyone to use. That is in contrast to the use of the Internet for electronic mail, which primarily consists of rapid text-based communications among one or more individuals.

The Web was designed by a British scientist in 1991 as a way to let researchers easily swap images instead of just messages. The creation of the first point-and-click software for "browsing" the Web, known as Mosaic, by the University of Illinois, enabled ready access to the Web by non-technically skilled users. Then, commercial companies, such as Netscape Communications Corporation, developed more sophisticated Web browsers, such as Netscape's Navigator. Another Web browser is the recently introduced Explorer 3.0 from Microsoft Corporation. Web browsers are also provided by well-known major on-line computer services such as Compuserve, American On-line, Prodigy, MCI and Netcom. Recently, Microsoft's Windows 95 operating system was introduced, which also includes its own Web browser.

The standard protocols which define the Web work in combination with a Web browser which runs on personal computers and handles the chores of accessing and displaying graphics and texts, and playing back video and audio files found on the Web. In addition to providing Web access, Web browsers and the Web tie together all the Internet's other useful features that existed before the advent of the Web, such as the newsgroups, FTP text file access, access to the net's Gopher sites, and, of course, sending or receiving electronic mail.

The World Wide Web standards are essentially a text coding, or "mark-up" method, where selected elements in a text file, such as article headlines, subheads, images and important words highlighted in the body of a text file can, by the insertion of special, bracketed codes (called HTML or Hyper Text Mark-up Language codes), be turned into hot links that are easily and instantly accessible by anyone with a Web browser.

The World Wide Web is considered by many to be the true information superhighway. It lays the foundation for the use of the Internet as an entirely new broadcast medium, one which provides individuals, groups, and companies with unprecedented new opportunities for broadcast communication. For example, it is now fairly easy to create one's own Web site or address on the Web such that all users on the Internet can reach it The Web thus provides an outlet for anyone who desires to self-publish articles, graphics, video clips, and audio files over the net. Since any individual Web site can be freely accessed by anyone else with Web access, anyone who creates a Web site has a form for broadcasting their information, news, announcements, or creative works to an audience of millions. In addition, communication by Internet electronic mail can be established by any member of this audience with the author of a Web site, thus providing a new level of two-way communication to this new broadcast medium.

Because the Web provides several key benefits for Internet users, those benefits are encouraging the explosive growth of the Web and, ultimately, the acceptance of the Internet as the world's de facto computer communications medium.

First, using the Web, is simplicity itself. Compared to the confusing Unix based commands which were required to use the Internet just a few years ago, using a Web browser provides the user with the same friendly, graphical point-and-click access to all the Internet's features that the users

6,049,835

| 3 | 4 |

have come to expect from any good stand-alone Windows commercial software product. Once a user has accessed the Web, any of the 100,000 or more Web sites and their linked articles, text articles, graphic images, video/audio clips, extensive software libraries, and communications features are easily accessible with a click of the user's mouse key. In addition, any good Web browser software also opens up the Web's multimedia potential by providing users with instant and automatic access to helper applications software that automatically plays video and sound clips. Such multimedia potential has become a big attraction on the Web.

Web browsers also have a bookmark or hot list feature, which allows the user to capture and save the locations of any Web site that is visited, so that such sites can be readily reaccessed by clicking on it from the user's Web browser at any time.

Using the Web, users can get instant access to many types of information, entertainment, and inter-active resources which are now available on the Web. Because of the explosion of newly created Web sites, the user can get access to useful, practical information on an almost infinite variety of subjects. The Web also provides an instant connection to millions of other people on the Internet. The resources which may be found on the Web are almost limitless.

In order to understand the use and operation of the Web, it is believed that certain terms that will be used herein should be defined. A Web browser, as previously discussed, is a graphical, Windows-based software program which is used on a personal computer to access the Web. A Web site or Web page describes an individual's "place" on the Web containing a single Web-published feature. A Web site is basically a collection of files located under a directory somewhere on someone's computer connected to the Internet. A Web site may consist of one Web page or of many Web pages, and usually also includes onscreen graphics, pictures, texts and video and audio clips, or an archive of software that can be downloaded, stored and used freely on the visitor's own personal computer.

Frequently, Web pages utilize links or hot links, two terms which are used interchangeably, to describe words or groups of words which are highlighted on Web pages. When a visitor clicks on a link with his mouse, he is immediately linked to another Web site or location on the current Web site containing the information that is referred to by the link. Any single Web site may contain dozens, hundreds, or even thousands of hot links, both to other sections within the same site or to other Web sites located anywhere else in the world.

Some Web pages also include a links page or jump site which consists of lists of links to many other Web sites. These are often a Web site author's favorite sites or feature links to Web sites pertaining to a specific subject.

Every Web site has an exact address, or location on the Web. Such addresses are known as a Uniform Resource Locator or URL. URLs consist of a confusing string of subdirectories, files or executable commands, separated by slashes, which are extremely difficult to work with and which must be typed into the user's Web browser exactly as they appear, including the use of upper and lower-case letters, in order to go to a Web site. While clicking on hot links will get the user to a Web site without having to type in a URL or copying a URL from a text file (if it is located on the user's computer) and pasting it into the user's Web browser-screen can save the user from this arduous task, the use of URLs has become the bane of the use of the Web.

Another difficulty with accessing the 100,000 or more individual Web sites is that many of them do not offer any

truly useful information or other benefits. In addition, there are many Web sites which consist of nothing more than lists of links to other Web sites, which often do nothing more than link the visitor to a Web site to other useless Web link pages. Skimming along such pages can be a frustrating and information starving experience, and one which should hopefully be avoided. Thus, while in general, the Web makes everything on the Internet easy to find and access, there is a need for a directory of the well-thought out and useful sites, coupled with a way to easily and quickly access such sites in order for users to get the most from their Web experience as well as experiencing the best the Web has to offer. More particularly, given the 100,000 plus Web sites that exist at that the present time, with many more being added every day, there is a need for a system which the Web user can use to access Web sites which contain a substantial amount of original information, graphics, or multi-media, provide useful advice, news or entertainment, and present the information in a well-thought out and professional manner. Most importantly, there is a great need to provide Web users with a system for accessing such Web pages in an easy to use, automatic, and efficient manner.

SUMMARY AND OBJECTS OF THE INVENTION

In light of the above-described drawbacks of accessing the World Wide Web, it is clear that there is still a need in the art for a system for quickly and easily accessing selected beneficial sites or addresses on the World Wide Web portion of the Internet.

Therefore, it is a primary object of the present invention to provide a system by which user's of the World Wide Web portion of the Internet can readily access preselected Web sites or Internet addresses, after they have gained access to the World Wide Web portion of the Internet. More particularly, it is an object of the present invention to provide a specialized Web site which can be used in conjunction with published jump codes to readily and automatically access other Web sites or Internet locations, without the user having to remember or input the URL of the desired Web site.

Even more particularly, it is an object of the present invention to provide a printed publication containing descriptions of selected Web sites or addresses together with jump codes therefor which can readily be used in conjunction with a specialized Web site which includes software which, upon recognizing the inputted jump code, quickly and automatically accesses the desired Web site.

It is a further object of the present invention to be able to use the system of the present invention with any one of personal computers connected to the Web, Television Internet Terminal devices, or any other electronic device which can be used for Internet access.

The system of the present invention utilizes a published list of preselected Web sites, which are selected according to predetermined criteria, such as content, usefulness, presentation, and authorship. Each of the selected Web sites is assigned a specific four-digit jump code. A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user.

In the case of so-called "set top" TV Internet Terminals, such as those soon to be available from Sony and Phillips,

6,049,835

5

the user accesses the specialized Web site using the TV Internet Terminal and then enters the desired jump codes using a remote control which is similar to a standard television channel selector. In that manner, users with the TV Internet Terminal will be able to access the desired Web sites using their television, the TV Internet Terminal, and the remote control push buttons.

With these and other objects, advantages and features of the invention there may become hereinafter apparent, the nature of the invention may be more clearly understood by reference to the following detailed description of the invention, the appended claims and to the several drawings attached herein.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows, in schematic block diagram form, the inventive system of the present invention for use in connection with personal computer access to the Internet; and

FIG. 2 shows the system of the present invention for use with television Internet terminal access to the Internet.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring now to the figures, wherein like reference numerals designate like elements throughout, there is shown in FIG. 1 the system of the present invention for use in connecting to the Internet by means of a personal computer. A personal computer 100, having a Web browser, is connected by means of a modem 136 by means of a telephone line or other communications medium, to a server computer 106 which provides access for the personal computer 100 directly to the Internet. The personal computer 100 includes a video monitor 102, as well as a keyboard 104 and a pointing device, such as a mouse or track ball, 105. Once the user has connected to the Internet, he accesses the specialized Web site 108, by entering the URL for that Web site. The specialized Web site is preferably a Web site called JumpCity, which has a URL of http://www.jumpcity.com/, although, obviously a specialized Web site for use as part of the inventive system disclosed herein could have any URL (and indeed would, of necessity, have to have its own URL), the only requirement being that the URL be disseminated in conjunction with the dissemination of the jump codes to be used therewith.

The JumpCity Web site 108 contains software which is capable of accepting a four-digit jump code, looking up the corresponding URL for the Web site denoted by that jump code in a stored data base, and then for immediately and automatically accessing that URL or Web site.

In order to provide Web users with the jump codes, it is preferable that a printed publication which contains preselected Web sites based on certain criteria be disseminated so that the jump codes associated with each of the preselected Web sites can be easily determined by the users. Such a publication, entitled "What's on the Web" published by Internet Media Corporation is one such type of book which is fully integrated with the specialized Web site 108. Such a book 110 contains a plurality of reviews of Web sites 112, 114, 116, 118, 120, and 122, each of which has a corresponding four digit jump code 124, 126, 128, 130, 132, and 134, associated therewith. After the user is on-line with the specialized JumpCity Web site 108, entering the four digit jump code will instantly link the Web site corresponding thereto to the JumpCity Web site, thus providing immediate access to the desired Web site for the user. There is no need to determine, nor input, the URL or address of the Web site which is desired to be accessed.

6

As discussed above, in addition to Web sites, any other type of subject matter contained on the Internet which has a URL, can be accessed using the jump code provided therefor. An example of such an additional use is the accessing of newsgroups, or Usenet Internet discussion newsgroups, where on-line discussions on thousands of subjects can be attained. Such newsgroups can also be accessed by means of the specialized JumpCity Web site 108. A listing of such newsgroups together with their assigned jump codes can be accomplished in a manner similar to that for the Web sites.

In addition to publishing a preselected number of descriptions and/or reviews of various Web sites 112–122 with their assigned jump codes 124–134 in a printed publication or book 110, the specialized JumpCity Web site 108 can also contain such reviews and their accompanying jump codes. In that matter, instant Web access to each of the reviews in the book 110, plus the latest news and reviews of the latest and best Web sites, updated, for example, daily, can be provided for users who access the specialized JumpCity Web site 108. In addition, without having to enter the URLs for accessing the preselected Web sites, users, after having access to the JumpCity Web site 108 and visiting other Web sites, can provide comments on the Web sites visited, vote on their favorite Web sites, and also participate in on-line discussions concerning those Web sites.

The preselected Web sites (over 1800 of which are covered in the "What's on the Web" book 110) are selected based upon four criteria. The first criteria is the content of the Web site. The selected Web sites preferably contain a substantial amount of original information, graphics and multimedia. The information contained in the selected Web sites is preferably comparable in value and amount to information that is available from traditional, professionally created media, such as newspapers and magazines. Also, it is preferable that the information available on the selected Web sites be updated on a reasonably frequent basis.

The second criteria is the usefulness of the information on the preselected Web sites. For example, it is preferable that the information available at the selected Web sites provide advice, news, and entertainment value. In addition, it is desirable that the information be useful to the Web reader to solve a problem.

The third criteria for selecting Web sites which are assigned jump codes is whether the site has good design and production values, that is, whether the graphics used by the site are interesting, professional-looking, and appropriate from the standpoint of Web design.

The fourth criteria used to preselect Web sites which are then assigned jump codes for use with the integrated specialized JumpCity Web site 108 and the Internet access system of the present invention is the authorship of the Web site. Preferably, the authors of the Web site are known and are highly knowledgeable concerning the information they are disseminating.

In order to use the Internet access system of the present invention, as discussed above, the user first must access the JumpCity specialized Web site 108 which is maintained for exclusive use in connection with the publication 110 which contains the preselected and reviewed Web sites 112–122 and their corresponding jump codes 124–134. The only URL the user need ever input in order to access any of the preselected (and best available) Web sites in the publication 110 is the URL of the JumpCity Web site 108. After the JumpCity Web site 108 has been accessed, the user enters the four-digit jump code (obviously a larger number of digits could be utilized in order to enable the accessing of a larger

6,049,835

7

number of Web sites or newsgroups or other URL locations on the Internet) which corresponds to the selected Web site or newsgroup or other address the user desires to access. The code is entered in a standard on-screen HTML box or form which is then read by software resident on the JumpCity specialized Web site **108**. This software program searches through its database of URLs, and finds the URL which is linked to the input jump code. The software then links the user either directly to the desired Web site, or alternatively, first to a brief written review of the Web site. By entering a simple four-digit code, the user is much more easily and conveniently able to access the desired Web sites, as compared to the standard method of accessing those Web sites, which requires the error-prone, tedious and confusing entry of URLs. The use of the jump codes printed in the printed publication or book **110** combined with the integrated specialized Web site **108** provides Web users with the fastest possible way of reaching the reviewed (and best) Web sites available on the World Wide Web portion of the Internet.

Referring now to FIG. 2, there is shown the system of the present invention for use with an alternative Internet access hardware and software. Specifically, a set-top TV Internet Terminal **202**, such as that available from Sony or Philips, which uses software and hardware available from WebTV Networks, Inc., of Palo Alto, Calif., and known as a "Web TV Internet Terminal" is utilized, in connection with a standard broadcast television **200**. The TV Internet Terminal **202** is connected to the television **200** such that the television functions in the same manner as the video monitor **102**, that is, it displays the computer video generated by the TV Internet Terminal **202**. The TV Internet Terminal **202**, in addition to containing the necessary hardware and software for enabling the television **200** to display computer video, is connected by means of a modem **136** which may also preferably be a cable modem, through a telecommunications medium, such as a telephone line, cable system line **138** or other medium, such as by satellite, to the server **106** of the Internet access provider. From there the user is able to access the server on which the JumpCity Web site **108** resides, using the Internet.

The users of the TV Internet Terminal accessing hardware are likewise provided with a book **110** which contains the same information discussed above in connection with FIG. 1.

In order to access the selected Web sites contained and reviewed in the book **110**, the users of the TV Internet Terminal are provided with a remote control device **204**, which has an outward appearance similar to a standard television channel changer but which is designed to work in connection with the TV Internet Terminal **202**. For that purpose, a plurality of specialized push buttons **206–216** are provided so that the TV Internet Terminal **202** can be commanded to access the Internet. In particular, in order to access the JumpCity Web site **108**, one of the specialized buttons **206–216** may be a specialized function button which causes the TV Internet Terminal **202** to transmit the URL of the JumpCity Web site **108**. Alternatively, the remote control **204** can contain enough push buttons to enable the user to enter the URL using the push buttons **206–216**. After the user has accessed the JumpCity Web site **108**, a jump code is entered followed by the depression of a specialized function key, similar to the enter key of the keyboard **104**. In all other respects, accessing the desired Web site as published in the book or printed publication **110** or as published as an on-line list within the JumpCity Web site **108**, is the same as described above in connection with FIG. 1. Obviously, the design of such a remote control **204** with

8

specialized push buttons and function buttons as well as the TV Internet Terminal **202**, will be known to those of ordinary skill in the art.

Although only a preferred embodiment is specifically illustrated and described herein, it will be appreciated that many modifications and variations of the present invention are possible in light of the above teachings and within the purview of the appended claims without departing from the spirit and intended scope of the invention.

What is claimed is:

1. A system for providing automatic access to preselected locations on the Internet, comprising:

a published compilation of preselected Internet locations, said published compilation including a unique predetermined multi-digit jump code assigned to each of said preselected Internet locations published therein;

a predetermined published Internet location having an address published in said published compilation, said predetermined published Internet location including means for capturing a desired multi-digit jump code assigned to each preselected Internet location after said multi-digit jump code has been entered by a user after accessing said predetermined published Internet location;

means for accessing said predetermined published Internet location;

means for receiving said desired multi-digit jump code from said means for capturing and means for converting said received multi-digit jump code to a URL address corresponding to the desired preselected Internet location; and

means for automatically accessing said desired preselected Internet location using said URL address corresponding to said desired preselected Internet location, whereby said user need only enter said desired multi-digit jump code to access a desired preselected Internet location without having to enter said corresponding URL address.

2. The system of claim **1**, wherein said means for accessing said preselected published Internet location comprises a personal computer.

3. The system of claim **1**, wherein said means for accessing said preselected published Internet location comprises a television Internet device.

4. The system of claim **3**, wherein said television Internet device comprises a remote control device having a plurality of push buttons for controlling said television Internet device.

5. The system of claim **1**, wherein said preselected locations on the Internet are in the World Wide Web.

6. The system of claim **1**, wherein said published compilation of preselected Internet locations is published as printed matter.

7. The system of claim **1**, wherein said published compilation of preselected Internet locations is published on-line in said predetermined published Internet location on the Internet.

8. The system of claim **1**, wherein said means for capturing a desired multi-digit jump code entered by a user after accessing said predetermined Internet location comprises an on-screen HTML form.

9. The system of claim **1**, wherein said multi-digit jump code is a four digit number.

10. The system of claim **1**, wherein said published compilation comprises a review of each of said preselected Internet locations.

6,049,835

9

11. A method for providing automatic access to preselected locations on the Internet, comprising the steps of:

publishing a compilation of preselected Internet locations, said published compilation including a unique predetermined multi-digit jump code assigned to each of said preselected Internet locations published therein;

providing a predetermined Internet location having an address published in said published compilation, said predetermined Internet location comprising means for capturing a desired multi-digit jump code assigned to said preselected Internet location, said desired multi-digit jump code being entered by a user after said predetermined Internet location has been accessed;

accessing said predetermined Internet location and entering said desired multi-digit jump code into said predetermined Internet location;

receiving said multi-digit jump code entered into said predetermined Internet location after said multi-digit jump code has been captured at said predetermined Internet location;

converting the received multi-digit jump code to a URL address corresponding to the desired preselected Internet location; and

automatically accessing said desired preselected Internet location using said URL address corresponding to said desired preselected Internet location corresponding to said received multi-digit jump code.

10

12. The method of claim 11, wherein said step of accessing said predetermined Internet location comprises using a personal computer to enter said multi-digit jump code.

13. The method of claim 11, wherein said step of accessing said predetermined Internet location comprises using a television Internet device.

14. The system of claim 13, wherein said television Internet device comprises a remote control device having a plurality of push buttons for controlling said television Internet device.

15. The method of claim 11 wherein said preselected locations on the Internet are on the World Wide Web.

16. The method of claim 11, wherein said step of publishing a compilation of preselected Internet locations comprises publishing said compilation as printed matter.

17. The method of claim 11, wherein said step of publishing a compilation of preselected Internet locations comprises publishing said compilation on-line in said predetermined Internet location.

18. The method of claim 11, wherein said means for capturing a desired multi-digit jump code entered by a user after accessing said predetermined Internet location comprises an on-screen HTML form.

19. The method of claim 11, wherein said multi-digit jump code is a four digit number.

20. The method of claim 11, wherein said published compilation comprises a review of each of said preselected Internet locations.

* * * * *

# EXHIBIT 2

## Dell Introduces E-Value to Make it Fast and Easy for Consumers and Small Businesses to do Business Online
Company Seeks To Improve Customers' Online Shopping Experience

Round Rock, Texas, February 11, 1999

Dell Computer Corporation (Nasdaq:DELL), the world's leading direct computer systems company, today announced E-Value$^{TM}$, a new online tool to provide consumers and small businesses with a quick and easy way to go from a Dell print advertisement directly to the Internet for the latest price and product information.

With E-Value, a customer finds a specific system in a Dell print advertisement or catalog, goes to www.dell.com and enters the E-Value code which takes them directly to that system. This can save them time and money by taking them directly to the system they want, at the latest price, with just a few clicks instead of having to rebuild the entire system online.

"Buying a Dell server online was fast, easy and convenient with E-Value," said Michael Larson, chief executive officer of Profit Solutions, Inc., a software developer in Minneapolis. "All I had to do was type in a few numbers and the exact system I wanted popped up on the screen. Dell's online store is much easier to use than its competitors'."

As part of Dell's effort to improve the customer experience and do 50 percent of its business online by the end of the year 2000, E-Value helps make shopping on the Internet easier and more accessible for consumers and small businesses.

"While other PC manufacturers are trying to replicate our direct model, we continue to refine it and take it to the next level," said Paul Bell, senior vice president and general manager, Dell Home and Small Business Group. "E-Value provides the simplicity and ease that are sought by many consumers and small businesses and is another example of how we continue to make it easy for customers to do business online and buy direct from Dell."

Dell has revolutionized the way customers purchase computers by selling built-to-order systems over the telephone and the Internet. Now with E-Value, customers can buy the exact system they want with just a few clicks or custom configure a system from the bottom up if they wish. Dell, a leader in online sales, service and support, does more than $10 million a day in sales over the Internet.

"The E-value tool is a valuable shortcut. After I typed the keycode number I saw in the Dell catalog, the configuration appeared," said Marshall Gilchrist of Charlotte, North Carolina. "I added a couple extra items and I was done."

For more information on Dell's E-Value, consumers and small and medium businesses can go to the Dell Web site at http://www.dell.com/ or call Dell at 800-388-8542.

Dell talks to about 60,000 consumers and 20,000 small and medium-sized businesses every week. Dell was ranked No. 1 in total PC market share for the combined small and medium business markets in the third quarter of 1998, according to IDC.[1] Dell defines the small and medium business market as companies with 400 or fewer employees.

Ranked No. 125 among the Fortune 500 companies and No. 363 in the Fortune Global 500, Dell Computer Corporation is the world's leading direct computer systems company, based on revenues of $16.8 billion for the past four quarters. Dell designs, manufactures and customizes products and services to customer requirements and offers an extensive selection of software and peripherals. Information on Dell and its products can be obtained through its toll-free number 1-800-388-8542 or by accessing the Dell World Wide Web site at www.dell.com.

BACK TO: USA › Medium & Large Business                                          Printable Version

Pricing, specifications, availability and terms of offers may change without notice, are not transferable and are valid only for new purchases from Dell Medium and Large Business for delivery in the 50 United States and District of Columbia. Taxes, fees and shipping and handling charges are extra, vary and not subject to discount. The Medium & Large Business site and offers contained herein valid only for end users and not for resellers and/or online auctions. Dell cannot be responsible for pricing or other errors, omissions, or consequences of misuse of site and its functions and reserves the right to cancel orders arising from such errors. Orders subject to cancellation by Dell. Limit 5 systems per order. In case of customers leasing, please note that items leased will be subject to applicable end of lease options or requirements. All sales are subject to Dell's Terms and Conditions of Sale located at http://www.dell.com/terms unless you have a separate agreement with Dell.

[1] According to IDC's Worldwide Quarterly PC Market Tracker, December 1998. IDC defines a small business as having under 100 employees and not based at home and defines a medium business as having between 100-499 employees.

DellWare is a service mark of Dell Computer Corporation.

E-Value is a registered trademark of Dell Computer Corporation.

Fortune 500 is a registered trademark of Time Inc.

# EXHIBIT 3



# Dimension™ 2400
# and Dimension 3000
## The definition of value.

These desktops for essential computing offer some pretty impressive features. In fact, both come with loads of software, Intel® processor technology, single- or dual-channel memory and six USB ports for connecting to printers, digital cameras and other peripherals. They deliver everything you need for everyday word processing, Web browsing, e-mailing and home record-keeping. No wonder they're ideal for students and families seeking maximum value at minimum cost.

Dell recommends Microsoft
Windows® XP Professional

Belkin 10 Outlet SurgeMaster Gold
surge protection for the PC,
printer, phone and DSL/cable
modem. Integrated
child-safety covers
$39



## Services Offered Through Dell

Help protect your investment and enjoy peace of mind! Upgrade to four years of warranty, service and support for your Dimension 2400 or Dimension 3000.

See p.25 for details.
Includes

- 4-Year Limited Warranty*
- 4-Year At-Home Service*
- 4-Year Technical Support

Only $199 before $60 mail-in rebate*

## FREE for 3 months!

### Surf the Internet at blazing speeds.

- A blazing-fast, always-on connection.
- Speedy music and video streams.
- Awesomely quick downloads.

See p.25 for details, including additional charges that may apply (for SBC Yahoo! customers, free after Dell mail-in rebate).

## Shop recommended systems below. Want to personalize? Go to pp 36-41 for options.

| | Dimension 2400 | Dimension 3000 | |
|---|---|---|---|
| processor | Intel Celeron® Processor (2.40GHz, 128KB L2 Cache, 400MHz FSB) | Intel Celeron D Processor 330 (2.66GHz, 256KB L2 Cache, 533MHz FSB) | Intel Pentium® 4 Processor (2.80GHz, 1MB L2 Cache, 533MHz FSB) |
| operating system | Microsoft® Windows® XP Home Edition* | Microsoft® Windows® XP Home Edition* | Microsoft® Windows® XP Home Edition* |
| memory | 256MB Shared* DDR SDRAM | 512MB Shared* DDR SDRAM | 512MB Shared* DDR SDRAM |
| hard drive | 80GB* Hard Drive | 80GB* Hard Drive | 80GB* Hard Drive |
| monitor | 17" (16.0" v.i.s., 27dpi) E773 Monitor | 15" Flat Panel Display (E153) | 15" Flat Panel Display (E153) |
| graphics card | Integrated Intel Extreme Graphics | Integrated Intel Extreme Graphics 2 | Integrated Intel Extreme Graphics 2 |
| optical drive | 48x CD-Burner | 16x Max CD/DVD Burner (DVD+/-RW)* | 48x CD Burner/DVD Combo Drive |
| sound card | Integrated Audio | Integrated Audio | Integrated Audio |
| speakers | Dell™ A215 Stereo Speakers | Dell A215 Stereo Speakers | Dell A215 Speakers |
| warranty service & support | 90-Day Limited Warranty*; 90-Day At-Home Service*; 90-Day Technical Support | 90 Day Limited Warranty*; 90-Day At-Home Service*; 90-Day Technical Support | 1-Year Limited Warranty*; 1-Year At-Home Service*; 1-Year Technical Support |

| Use E-Value Codes to get featured PCs and pricing | $299 $374 before instant savings or mail-in rebate* or as low as $12/mo.* E-Value™ Code: 6F899-D50002V | $529 $629 before instant savings or mail-in rebate* or as low as $19/mo.* E-Value Code: 6F899-D50006V | $799 $899 before instant savings or mail-in rebate* or as low as $27/mo.* E-Value Code: 6F899-D50006T |

 51

# EXHIBIT 4



# EXHIBIT 5



# EXHIBIT 6



# Office DEPOT
## company information

**MEDIA RELATIONS**

Home > Media Relations > Welcome

### Welcome

**Press Room**

- Press Releases
- Internet Press Kits
- Presentations
- Contact Us
- E-News Alerts
- Video & B-Roll
- FAQs

**Image Library**

- Products
- People
- Company
- Logos
- Stores

**Corporate Information**

- Overview
- Values
- Fact Sheet
- Awards
- Biographies
- Timeline
- Environmental Affairs
- Community/ Philanthropy

### About Office Depot

With annual sales approaching $14 billion, Office Depot provides more office products and services to more customers in more countries than any other company. Incorporated in 1986 and headquartered in Delray Beach, Florida, Office Depot conducts business in 23 countries and employs 47,000 people worldwide. The Company operates under the Office Depot®, Viking Office Products®, Viking Direct®, Guilbert®, and Tech Depot® brand names. Office Depot is a leader in every distribution channel - from retail stores and contract delivery to catalogs and e-commerce. With $3.1 billion in online sales in FY'04, the Company is the world's number three Internet retailer. As of June 25, 2005, Office Depot has 1,011 retail stores in North America in addition to a national business-to-business delivery network supported by 22 delivery centers and more than 60 local sales offices. Internationally, the Company conducts wholly-owned operations in 14 countries through 76 retail stores and 26 distribution centers, and operates 153 retail stores under joint venture and license arrangements in another seven countries. The company's common stock is listed on the New York Stock Exchange under the symbol ODP and is included in the S&P 500 Index. Additional press information can be found at: http://mediarelations.officedepot.com.

**Media Relations Contact**
Office Depot
2200 Old Germantown Road
Delray Beach, FL 33445
mediarelations@officedepot.com

### Receive E-mail Alerts!

Sign up to receive e-mail alerts whenever Office Depot posts new information to the site. Just enter your e-mail address and click Submit.



### Recent News

| Date | Title | |
|------|-------|---|
| 08/11/05 | Office Depot Hosts 'Backpack Donation Day' on August 15 With an Event in Denver | |
| 08/11/05 | Office Depot Hosts 'Backpack Donation Day' in Wichita on August 15 in Partnership With Adopt-A-School, Rusty Eck Ford and KWCH 12 | |
| 08/10/05 | Office Depot Hosts 'Backpack Donation Day' on August 12 With Event in Houston | |
| 08/09/05 | Office Depot Hosts 'Backpack Donation Day' on August 11th With Two Events in Oklahoma | |

# EXHIBIT 7

**Office DEPOT**



As LOW AS **$2.98**

Aqua | Purple | Berry | Lime | Turquoise | Brown | Orange | Yellow | Green | Blue | Black

**NFORD®**
**PIE® PERMANENT ULTRA-FINE POINT MARKERS**
OW 0.3 MM TIP GIVES YOU EXTREME CONTROL AND ACCURACY.
drying ink resists smearing.
ted 17 pack includes all colors from 12 pack plus
, marigold, navy, plum, & burgundy.
ted 12 pack includes black, red, blue, green, orange,
e, brown, yellow, aqua, lime green, turquoise and berry.
ted five pack includes two black and one each
e, red and green.
ted four pack contains black, blue, red and green.

| Item # | Mfr. # | Description | Qty. | Your Price |
|--------|--------|-------------|------|-----------|
| 910-451-898 | SAN37001 | Black | DZ | $5.98 |
| 910-451-880* | SAN37003 | Blue | DZ | $5.98 |
| 910-451-872 | SAN37002 | Red | DZ | $5.98 |
| 910-579-944 | SAN33871 | Assorted Colors | 17-PK | $12.95 |
| 910-270-776 | SAN37175 | Assorted Colors | 12-PK | $8.96 |
| 910-621-516 | SAN37675 | Assorted Colors | 5-PK | $3.78 |
| 910-127-624* | SAN37074 | Assorted Colors | 4-PK | $2.98 |

ne point



Red | Blue | Black

**FORD® SHARPIE®**
**NT EXTRA-FINE POINT MARKERS**
TIP MARKS A 0.4 MM LINE...WITH A FOUNTAIN PEN FEEL
tip increases control and accuracy.
nt ink is there to stay.
s tight to prevent drying.
d four pack includes black, blue, red and green.

| Item # | Mfr. # | Description | Qty. | Your Price |
|--------|--------|-------------|------|-----------|
| 910-447-201* | SAN35001 | Black | DZ | $5.98 |
| 910-447-474* | SAN35003 | Blue | DZ | $5.98 |
| 910-447-334* | SAN35002 | Red | DZ | $5.98 |
| 910-258-361* | SAN35004 | Green | DZ | $5.98 |
| 910-183-046* | SAN35074 | Assorted Colors | 4-PK | $3.14 |

AS LOW AS **$5.68** BUY MORE AND SAVE



Berry | Lime | Turquoise | Yellow | Orange | Brown | Purple | Green | Red | Blue | Metallic | Aqua

**RD®**
**PERMANENT FINE POINT MARKERS**
RY STANDARD—MARKS ON MOST HARD-TO-MARK SURFACES.
AP nontoxic for your safety.
17 pack includes all colors from 12 pack plus burgundy.
gold, navy, olive, orange and plum.
12 pack includes aqua, berry, black, blue, brown, green,
e, purple, red, turquoise and yellow.
ght pack includes black, red, blue, green, orange,
m and yellow.
ve pack includes two black and one each of red, blue
ur pack includes black, red, blue and green.

| Item # | Mfr. # | Description | Qty. | BUY MORE AND SAVE 1-4 | 5+ |
|--------|--------|-------------|------|------|-----|
| 910-203-349 | SAN30001 | Black | DZ | $5.98 | $5.68 |
| 910-451-906 | SAN30003 | Blue | DZ | $5.98 | $5.68 |
| 910-203-356 | SAN30002 | Red | DZ | $5.98 | $5.68 |
| 910-338-500 | SAN30871 | Assorted Colors | 17-PK | $12.98 | - |
| 910-925-491* | SAN30072 | Assorted Colors | 12-PK | $8.96 | - |
| 910-820-090* | SAN30078 | Assorted Colors | 8-PK | $6.56 | - |
| 910-553-248 | SAN30653 | Assorted Colors | 5-PK | $3.58 | - |
| 910-696-245* | SAN30074 | Assorted Colors | 4-PK | $2.98 | - |
| 910-592-264 | SAN39109 | Silver Metallic | 4-PK | $4.27 | $3.98 |

**$3.78**



**D® SHARPIE® EARTH TONES FINE POINT**
**MARKERS**
MANENT SHARPIE INK...IN NEW, SOOTHING EARTH TONES.
colors for any occasion.
ink for almost any surface!
pack includes olive, marigold, navy, plum and burgundy.

| Mfr. # | Description | Qty. | Your Price |
|--------|-------------|------|-----------|
| SAN30870 | Assorted Colors | 5-PK | $3.78 |

**SHARPIE PERMANENT MARKERS**

# EXHIBIT 8



# EXHIBIT 9



# EXHIBIT 10



J. C. PENNEY COMPANY, INC.

2004 ANNUAL REPORT

ognized when DMS assets were reflected as a discontinued operation and in 2001, a $16 million loss was recognized upon completion of the sale. These losses were offset by gains of $34 million, $4 million and $1 million recognized in 2002, 2003 and 2004, respectively, due to tax regulation changes and a tax audit.

The Company's financial statements, accompanying notes and other information provided in this Annual Report reflect these businesses as discontinued operations for all periods presented.

## RESULTS OF OPERATIONS

The following discussion and analysis, consistent with all other financial data throughout this Annual Report, focuses on the results of operations and financial condition from the Company's continuing operations. All references to EPS are on a diluted basis, unless otherwise indicated.

### Income from Continuing Operations



Diluted Earnings Per Share - Continuing Operations

2004 represented the fourth consecutive year of substantial earnings improvement. Income from continuing operations was $667 million, $364 million and $285 million in 2004, 2003 and 2002, respectively. Earnings increased as a result of continued strong sales growth, further gross margin improvement and leveraging of selling, general and administrative (SG&A) expenses. EPS from continuing operations increased 84% in 2004 to $2.23 compared to $1.21 in 2003 and $0.95 in 2002, driven by improved operating profit.

### Retail Sales, Net

| ($ in millions) | 2004 | 2003 | 2002 |
|---|---|---|---|
| Retail sales, net | $ 18,424 | $ 17,786 | $ 17,633 |
| Sales percent increase/decrease: | | | |
| Total department stores | 5.0%[1] | (0.6%)[1] | 1.9%[1] |
| Comparable stores | 5.0% | 0.9% | 2.7%[2] |
| Catalog/internet | 3.3%[3] | 1.5%[3] | (22.0)%[3] |

[1] Excludes the effect of the 53rd week in 2003, including sales of $152 million for the 53rd week in 2003. Total department store sales increased 4.0% and 0.9% for 2004 and 2003, respectively.
[2] Comparable store sales include the sales of stores after having been open for 12 full consecutive fiscal months. New and relocated stores become comparable on the first day of the 13th fiscal month. Comparable store sales are presented on a 52-week basis.
[3] Excludes the effect of the 53rd week in 2003, sales of which increased 34.0%, and 47.8%, for those periods, including sales of $46 million for the 53rd week in 2003, total Catalog/internet sales increased 1.5% and 3.3%, for 2004 and 2003, respectively.

Comparable department store sales increased for the fourth consecutive year. Department Store sales, which were strong across the country and in all merchandise divisions in 2004, have continued to benefit from positive customer response to the Company's merchandise assortments, compelling marketing programs and continued improvement in the store shopping experience. The focus on maintaining fresh, stylish seasonal assortments contributed to the improvement in sales. Total department store sales include sales from the Renner Department Stores in Brazil of $329 million, $273 million and $249 million in 2004, 2003 and 2002, respectively.

Catalog/Internet sales on a 52-week basis increased 3.3% for 2004, compared to a 1.5% increase in 2003 and a 22.0% decline in 2002. Sales continue to reflect a focus on targeted specialty media and the expanded assortments and convenience of the Internet. Total Internet sales, which are an integral part of the Company's multi-channel retailing strategy, increased approximately 32% in 2004, to $812 million, compared to $617 million for 2003 and $409 million for 2002. The 2003 increase in Catalog/Internet sales over the 2002 amount also reflected favorable customer response to better merchandise assortments, sharper pricing and certain marketing events, including free shipping.

The Company continues to edit its merchandise assortments to help ensure it is meeting the needs and wants of its targeted moderate customer. In May 2004, the Company launched the Chris Madden home furnishings collection, reflecting the Company's continuing strategy to provide its customers with style and quality at a competitive price. The Chris Madden for JCPenney Home Collection, Turning Home into Haven, is JCPenney's largest home furnishings launch ever and was introduced with a comprehensive national advertising campaign. Sales results from the collection were strong throughout the remainder of 2004, particularly in bedding and furniture. This line is being expanded in 2005 with new furniture, bedding and window coverings collections. In early 2005, the Company launched nicole by Nicole Miller, and W-work to weekend, an expansion of the Company's Worthington private brand, a dressy casual collection for women.

### Gross Margin



Gross Margin % of Sales

| ($ in millions) | 2004 | 2003 | 2002 |
|---|---|---|---|
| FIFO gross margin | $ 7,121 | $ 6,614 | $ 6,340 |
| LIFO credit/(charge) | 18 | 6 | (6) |
| LIFO gross margin | $ 7,139 | $ 6,620 | $ 6,334 |
| As a percent of sales | 38.7% | 37.2% | 35.9% |

Gross margin improved for the fourth consecutive year and was $7,139 million compared to $6,620 million in 2003 and $6,334 million in 2002. As a percent of sales, gross margin improved 150 basis points over last year and represents a 690 basis-point increase over the past four years, which restores the Company's gross margin to competitive levels and was part of the turnaround plan. The continued improvement reflects better inventory management, good seasonal transition, better timing of clearance markdowns, more consistent execution and continuing benefits from the centralized merchandising model. Benefits of the centralized model, which was substantially in place by the end of 2004, have included enhanced merchandise offerings, an integrated marketing plan, leverage in the buying and merchandising process and more efficient selection and allocation of merchandise to individual department stores. Gross margin also reflects initial benefits from the Company's new planning, allocation and replenishment systems, which were rolled out in the latter part of the year.

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 1 SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

### Nature of Operations

JCPenney was founded by James Cash Penney in 1902 and has grown to be a major retailer, operating 1,017 JCPenney Department Stores throughout the United States and Puerto Rico and 62 Renner Department Stores in Brazil. The Company sells family apparel, jewelry, shoes, accessories and home furnishings to customers through Department Stores, Catalog and the Internet. In addition, the Department Stores provide services, such as salon, optical, portrait photography and custom decorating, to customers.

### Basis of Presentation

The consolidated financial statements present the results of J. C. Penney Company, Inc. and its subsidiaries (the Company or JCPenney). All significant intercompany transactions and balances have been eliminated in consolidation.

Certain debt securities were issued by J. C. Penney Corporation, Inc. (JCP), the wholly owned operating subsidiary of the Company. The Company is a co-obligor (or guarantor, as appropriate) regarding the payment of principal and interest on JCP's outstanding debt securities. The guarantee by the Company of certain of JCP's outstanding debt securities is full and unconditional.

### Use of Estimates

The preparation of financial statements, in conformity with generally accepted accounting principles (GAAP), requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. While actual results could differ from these estimates, management does not expect the differences, if any, to have a material effect on the financial statements.

The most significant estimates relate to inventory valuation under the retail method, specifically permanent reductions to retail prices (markdowns) and adjustments for shortages (shrinkage), valuation of long-lived assets; valuation allowances and reserves, specifically those related to closed stores, workers' compensation and general liability, environmental contingencies, income taxes and litigation; reserves related to the Eckerd discontinued operations; and pension accounting. Closed store reserves are established for the estimated present value of operating lease obligations (PVOL) and other exit costs. Workers' compensation and general liability reserves are based on actuarially determined estimates of claims that have been reported, as well as those incurred but not yet reported resulting from historical experience and current data. Environmental remediation reserves are estimated using a range of potential liability, based on the Company's experience and consultation with independent engineering firms and in-house legal counsel, as appropriate. Income taxes are estimated for each jurisdiction in which the Company operates. Deferred tax assets are evaluated for recoverability, and a valuation allowance is recorded if it is deemed more likely than not that the asset will not be realized. Litigation reserves are based on management's best estimate of potential liability, with consultation of in-house and outside counsel. Related to pension accounting, the selection of assumptions, including the estimated rate of return on plan assets and the discount rate, impact the actuarially determined amounts reflected in the Company's consolidated financial statements.

### Fiscal Year

The Company's fiscal year has historically ended on the last Saturday in January. Effective as of January 29, 2005, the Company changed its fiscal year end to the Saturday closest to January 31, to be in alignment with the fiscal calendar used by the majority of national retail companies. This change had no impact on fiscal 2004 reported results, nor will it have any impact on fiscal 2005 financial statements. Fiscal 2006 will contain 53 weeks, instead of in 2006, when it would have occurred under the Company's historical reporting calendar. Unless otherwise stated, references to years in this report relate to fiscal years rather than to calendar years.

| Fiscal Year | Ended | Weeks |
|---|---|---|
| 2004 | January 29, 2005 | 52 |
| 2003 | January 31, 2004 | 53 |
| 2002 | January 25, 2003 | 52 |

The accounts of Renner are on a calendar year basis.

### Reclassifications

Certain reclassifications have been made to prior year amounts to conform to the current year presentation. None of the reclassifications impacted the Company's net income/(loss) in any period.

### Merchandise and Services Revenue Recognition

Revenue, net of estimated returns, is recorded at the point of sale when payment is made and customers take possession of the merchandise in department stores, at the point of shipment of merchandise ordered through Catalog/Internet or, in the case of services, the customer has received the benefit of the service, such as salon, portrait, optical or custom decorating. Commissions earned on sales generated by licensed departments are included as a component of retail sales. Shipping and handling fees charged to customers are also recorded as retail sales with related costs recorded as cost of goods sold. The Company provides for estimated future returns based on historical return rates and sales levels.

### Advertising

Advertising costs, which include newspaper, television, radio and other media advertising, are expensed either as incurred or the first time the advertising occurs. Total advertising costs, net of cooperative advertising agreements, were $1,234 million, $1,178 million and $1,061 million for 2004, 2003 and 2002, respectively. These totals include catalog book costs of $268 million, $264 million and $260 million for 2004, 2003 and 2002, respectively. Catalog book preparation and printing costs, which are considered

# EXHIBIT 11

J. C. Penney Overview

company information          products & services          promotions

**⊙ shop JCPenney.com**

# JCPenney Overview

J. C. Penney Corporation, Inc., the wholly-owned operating subsidiary of J. C. Penney Company, Inc., is one of America's largest department store, catalog, and e-commerce retailers, employing approximately 150,000 associates. As of Jan. 29, 2005, J. C. Penney Corporation, Inc. operated 1,017 JCPenney department stores throughout the United States and Puerto Rico, and 62 Renner department stores in Brazil. JCPenney Catalog, including e-commerce, is the nation's largest catalog merchant of general merchandise, and JCPenney.com is one of the largest apparel and home furnishings sites on the Internet. J. C. Penney Corporation, Inc. is a contributor to JCPenney Afterschool Fund, a charitable organization committed to providing children with high quality after school programs to help them reach their full potential.

**JCPenney Home Office**
6501 Legacy Drive
Plano, Texas 75024
(972) 431-1000

**Exchange Listing**
New York Stock Exchange - ticker symbol "JCP"

## Executive Board

**Michale T. Theilmann**
Executive Vice President, Chief Human Resources and Administration Office

**Bernard D. Feiwus**
Senior Vice President, JCPenney Direct Chief Operating Officer

**Charles F. Foughty**
Senior Vice President, Director of Store Environment, Design and Construction Services

**Ken C. Hicks**
President and Chief Merchandising Officer

**John W. Irvin**
Executive Vice President and President of JCPenney Direct

**Lana Cain Krauter**
Executive Vice President, General Merchandise Manager, Men's and Children's

**James W. LaBounty**
Senior Vice President, Director of Supply Chain

**Peter M. McGrath**
Executive Vice President, Director of Product Development and Sourcing

**Stephen F. Raish**
Executive Vice President, Chief Information Officer

**Elizabeth H. Sweney**
Executive Vice President, General Merchandise Manager, Women's Apparel

**Michael W. Taxter**
Executive Vice President, Director of JCPenney Stores