# EXHIBIT 12



## A. SUPER SOAKER' MATTRESS PAD

Holds up to 8 cups of liquid. Quilted cotton diaper cloth top and sides. Soft vinyl liner helps keep mattress clean, dry, and sanitary. Fits standard-size crib mattress. Polyester rayon fill. Washable. USA.
FH 341-3301    **19.99**

## B. FITTED CRIB PADS

Polyester fleece with a waterproof quilted vinyl layer inside for moisture protection. Quilted in our exclusive Teddy Bear design. Easy on/off, polyester cotton fabric skirt helps hold pad in place. Washable. USA.
FH 341-2235    pkg. of 2    **19.99**

## C to E. SEALY' CRIB MATTRESSES

**Save 15% when you buy a mattress with crib.** Strong, heat-tempered innerspring coil system offers lasting support. Reinforced laminate cover for easy cleaning. Fits most cribs and toddler beds. 52x27 x6 H. USA.

**C. Sealy Classic Sleep™.** 150 coil, non-allergenic sleeping surface for long-lasting firmness and support.
FH 341-5830    ea **69.99**    with crib, this item **59.49**

**D. Sealy Baby Ultra Classic™.** 150 coil, cushioned non-allergenic top provides an extra-soft sleep area and resilient cushioned support. Heavy-gauge steel border rods support active babies.
FH 341-5840    ea **89.99**    with crib, this item **76.49**

**E. Sealy Baby Prestige Sleep™.** Dual steel bars on both mattress to evenly distribute weight. 204 coil system and heavy-gauge steel border rods support active babies.
FH 341-5850    ea **109.99**    with crib, this item **93.49**

## F. SECURE-HOLD BED RAIL

Locks securely under and on top of mattress for safety. Two mesh organizer pockets. Adjusts to thickness of mattress from 4" to 12". 49x2 x20 H. China.
FH 343-7030    **29.99**

## G. EZ CHANGE CHANGING PAD

Contoured, extra-thick pad fits standard-size changing tables, towers. Adjustable elastic strap. Cotton/polyester terry cover snaps off. Washable. 33x16x3 H. China.
FH 341-3889    **24.99**

**Changing pad covers** (not shown). Waterproof vinyl-laminated terry top. Includes adjustable safety strap. Fits EZ Change changing pad, sold above. For newborn to 2 years. Washable. 34x15x3 H. China.
FH 341-3888    **14.99**

## H. CARTER'S' FITTED CRIB SHEETS

Durable, reinforced corner pockets for a snug fit. Fits standard-size cribs and toddler beds. 28x52 L. Washable.
**Woven cotton.** Preshrunk, colorfast. Imported.
FH 341-2004    pkg. of 2    **14.99**
**Knit cotton.** USA.
FH 341-2008    pkg. of 2    **19.99**

## I. COTTON GINGHAM SHEETS

Durable, reinforced corners with deep pockets. Elastic bottom for a snug fit. Fits standard-size cribs and toddler beds. 28x52 L. USA or imported fabric.
FH 341-5803    pkg. of 2    **19.99**

## J & K. CHANGING PAD COVERS

Elastic edges. Washable cotton/polyester. Imported.
**J. Woven gingham.** Fits standard 17x36" pad.
FH 341-3097    pkg. of 2    **14.99**
**K. Knit terry cloth.** Waterproof urethane backing. Fits standard contoured 17x34" pad.
FH 341-3460    pkg. of 2    **24.99**

## L. WATER-RESISTANT PADS

Includes three 12x13" lap/burp pads, two 18x27 bassinet/changing table pads and one 27x52" crib pad. Two layers of polyester fleece. Waterproof layer of quilted vinyl inside. Washable. USA. Colors may vary.
FH 341-3300    set of 6    **19.99**

**Mattress pad protectors** (not shown). Waterproof polyester fleece mattress protection. Fits twin or youth bed. Vinyl layer inside. 36x54 . Washable. USA.
FH 341-3302    pkg. of 2    **24.99**

## M. NEW! RESTING UP™ PILLOW

Wedges position baby on back as recommended by the Surgeon General and the American Academy of Pediatricians. Memory foam molds to baby's body for maximum comfort. VELCRO® brand self-adhesive straps for perfect fit. Use to incline baby to help with digestion and reflux. Fleece-lined blanket is included to help keep baby warm and comfortable. For newborn to 6 months. Polyester, polyester/cotton encasing. Polyurethane foam. 12x16x5 H. Washable. USA. White.
FH 341-3196    **29.99**

# EXHIBIT 13



# EXHIBIT 14



**Bright Future® 6-pc. Pad Set**
$19.99

Includes three 12x13 1/2" lap/burp pads, two
18x27" bassinet/changing table pads and one
27x52" crib pad. Two layers of soft,
absorbent polyester fleece has waterproof
layer of quilted vinyl inside. Washable. USA.

Catalog Number: FH341-3300

**You might also like**

Bright Future®
Ultra Soft Blanket
$14.99

Bright Future®
Bassinet
Replacement Pad
$12.99

Bright Future®
2-pk. waterproof
fitted crib pads
$19.99

create a registry
take the guesswork out of gift giving

Click to Enlarge

# EXHIBIT 15



# WILLIAMS-SONOMA, INC.

2004 ANNUAL REPORT

Annual Meeting of Shareholders
May 18, 2005

## TO OUR SHAREHOLDERS:

Fiscal year 2004 was a year of opportunity, achievement, and financial success. We broke new ground in our emerging brands, reengineered our distribution network to better serve our customers, optimized our supply chain to improve our operational efficiency, and delivered our fourth consecutive year of record financial results. It was also a year highlighted by a number of strategic advancements — all of which point to our strong position in the markets that we serve and our readiness for continued growth.

### Our Fiscal Year 2004 Financial Results

Revenues exceeded $3 billion dollars for the first time, increasing 13.9% to $3.14 billion, and we delivered the highest pre-tax operating margin and diluted earnings per share in our history. Our pre-tax operating margin increased 60 basis points to 9.9%, and our diluted earnings per share increased 21.2% to $1.60 — a 21.7% return on shareholders' equity. Our return on assets improved 40 basis points to a record 11.9%, and our cash flow from operating activities increased 45.4% due to strong earnings growth and effective working capital management. Our cash balance increased 45.9% to $239 million, and we financed all of our growth and infrastructure initiatives — in addition to a $79 million share repurchase — through internally generated funds.

We are extremely proud of these financial results and believe they reflect the ongoing strength of our portfolio of brands and the superior business model inherent in our multi-channel strategy.

### Our Multi-Channel Growth Drivers

The first highlight of our 2004 operating results was our growth in revenues, increasing 13.9%. This increase was led by exceptional performance in the Pottery Barn brand — delivering its highest annual growth rate in four years, despite a weaker than expected fourth quarter holiday performance.

Retail revenues increased 11.6%, driven by an 11.4% increase in retail leased square footage and a 3.5% increase in comparable store sales. During 2004, we opened 40 net new stores and ended the year with 552 stores in 43 states, Washington D.C. and Canada.

Direct-to-customer revenues increased 17.1%, driven by a 12.1% increase in catalog circulation and strong momentum in our e-commerce channel. During 2004, we mailed over 368 million catalogs, significantly expanded our electronic direct marketing, and continued to enhance the functionality of our e-commerce websites.

### Growth Driven by a Portfolio of Brands

In our core brands, revenues increased 12.2%, driven by a 14.7% increase in the Pottery Barn brand, a 5.3% increase in the Williams-Sonoma brand, and a 15.8% increase in the Pottery Barn Kids brand.

In our emerging brands — including PBteen, West Elm, Hold Everything, and Williams-Sonoma Home — revenues increased 38.4%, primarily driven by the strong performance of PBteen and West Elm. Also driving this year-over-year increase was the third quarter launch of our newest catalog concept, Williams-Sonoma Home, and the fourth quarter launch of our newest e-commerce website, holdeverything.com. Although all of the emerging brands are still in the early stages of development, we continue to be optimistic about their long-term growth potential.

### Driving Profitability to a New Level

The second highlight of our 2004 operating results was the improvement in our pre-tax operating margin — increasing from 9.3% in 2003 to 9.9% in 2004. This was a key strategic initiative, and our results exceeded our expectations. This increase was driven by several operational improvements — including cost reductions in the areas of direct-to-customer order fulfillment and corporate overhead. As these improvements were driven by fundamental changes in the way we operate our business, we believe the operating and financial disciplines required to sustain these benefits going forward are in place.

In 2004, the Chambers brand was retired as a result of the launch of Williams-Sonoma Home, our newest brand. This new premium brand, offering classic home furnishings and decorative accessories, extends the Williams-Sonoma lifestyle beyond the kitchen into every room of the home.

In addition, in 2004, we launched our first Hold Everything e-commerce website, opened three new prototype stores, transitioned the merchandise assortment and improved the visual presentation of both the retail stores and the catalog.

## RETAIL STORES

The retail segment has five merchandising concepts (Williams-Sonoma, Pottery Barn, Pottery Barn Kids, Hold Everything and West Elm). As of January 30, 2005, we operated 552 retail stores, located in 43 states, Washington, D.C. and Canada. This represents 254 Williams-Sonoma, 183 Pottery Barn, 87 Pottery Barn Kids, 9 Hold Everything, 4 West Elm, and 15 Outlet stores (our Outlet stores carry merchandise from all merchandising concepts).

In fiscal 2005, we expect to increase retail leased square footage by approximately 8% to 9%, including 28 new stores (8 in Pottery Barn, 7 in West Elm, 5 in Williams-Sonoma, 3 in Pottery Barn Kids, 3 in Williams-Sonoma Home and 2 in Hold Everything) and 10 remodeled stores (7 in Williams-Sonoma, 2 in Pottery Barn and 1 Outlet store) offset by the anticipated permanent closure of 2 Williams-Sonoma stores. The average leased square footage for new and expanded stores in fiscal 2005 will be approximately 16,300 leased square feet for West Elm, 13,900 leased square feet for Williams-Sonoma Home, 11,400 leased square feet for Pottery Barn, 9,000 leased square feet for Hold Everything, 7,300 leased square feet for Pottery Barn Kids and 6,500 leased square feet for Williams-Sonoma. Detailed financial information about the retail segment is found in Note M to our Consolidated Financial Statements.

## DIRECT-TO-CUSTOMER OPERATIONS

The direct-to-customer segment has seven merchandising concepts (Williams-Sonoma, Pottery Barn, Pottery Barn Kids, PBteen, Hold Everything, West Elm and Williams-Sonoma Home) and sells products through our eight direct-mail catalogs (Williams-Sonoma, Pottery Barn, Pottery Barn Kids, Pottery Barn Bed + Bath, PBteen, Hold Everything, West Elm and Williams-Sonoma Home) and six e-commerce websites (williams-sonoma.com, potterybarn.com, potterybarnkids.com, pbteen.com, westelm.com and holdeverything.com). Of these seven merchandising concepts, the Pottery Barn brand and its extensions have been the major source of sales growth in the direct-to-customer segment for the last several years. We believe that the success of the Pottery Barn brand and its extensions reflect our continuing investment in product design, product quality and multi-channel marketing.

The direct-to-customer channel over the past several years has been strengthened by the continued success of the Pottery Barn Kids brand, the introduction of e-commerce websites in all of our core brands and the launching of our newest brands, West Elm, PBteen and Williams-Sonoma Home. Although the amount of e-commerce sales that are incremental to our direct-to-customer channel cannot be identified precisely, we estimate that approximately 40% of our company-wide non-gift registry Internet sales are incremental to the direct-to-customer channel and approximately 60% are catalog-driven sales.

We send our catalogs to addresses from our proprietary customer list, as well as to names from lists from other mail order merchandisers, magazines and companies that we receive in exchange for either payment or new addresses, consistent with our published privacy policies. In accordance with prevailing industry practice, we rent our list to select merchandisers. Our customer list is continually updated to include new prospects and to eliminate non-responders.

The direct-to-customer business complements the retail business by building brand awareness and acting as an effective advertising vehicle. In addition, we believe that the mail order catalogs and the Internet act as a cost efficient means of testing market acceptance of new products and new brands. Detailed financial information about the direct-to-customer segment is found in Note M to our Consolidated Financial Statements.

4

# EXHIBIT 16





## Kitchen Tomato & Citrus Knives

new. Designed specifically for slicing tomatoes and citrus fruit with exceptional precision, these Japanese knives are made of high-carbon steel with a colorful resin coating that resists the corrosion these acidic foods can cause. The red tomato knife has a partially serrated edge for clean slicing, the orange citrus knife has a completely serrated edge that easily handles thick peels. Matching sheaths hold knives upright for storage. Hand-wash. 6" long overall.

**Tomato Knife**
#59-6379960 **$18.00**
**Citrus Knife**
#59-6379986 **$18.00**



## Herb and Salad Spinner

This spinner thoroughly cleans and dries herbs without damaging delicate leaves. Rinse herbs in the basket, place basket in the bowl, then give the pump a push. To stop the motion, press the brake button. Soil washes away through the slotted colander. Dishwasher safe. 7½" diam., 5½" high. #59-4637419 **$18.00**

## Garlic Cutter

Now you can finely chop garlic with a twist of the wrist. This tool cuts the cloves into tiny minced cubes, ready for use in cooking. Just place a peeled clove inside, turn the top, and diminutive pieces of garlic emerge from the base. Made of stainless steel, the chopper disassembles for cleaning. Dishwasher safe. 6" high. #59-4643979 **$39.00**

## Colorful Knives

new. Made in France, our paring knife has an extremely sharp stainless-steel blade and a colored beech handle. 3½" blade, 7½" long overall. Please specify Blue, Orange, Yellow, Green or Purple. Each #59-6673792 **$7.00** *Catalog and Internet only.*

**Set of Five**, one of each color. #59-6735096 Reg. $35.00 **Special $29.00** *Catalog and Internet only.*

## Herb Scissors

new. Snipping fresh herbs retains their flavorful essential oils. Designed with large handles that are easy to grasp, these stainless-steel scissors have short, finely serrated blades that cut precisely and never need sharpening. They also feature a stripper for removing leaves from tough stems. Dishwasher safe. 7" long. #59-6776207 **$10.00** *Catalog and Internet only.*





**EXHIBIT 17**



# EXHIBIT 18



**EXHIBIT 19**



# FORM S-1

## J CREW GROUP INC - JCG

**Filed: August 17. 2005 (period: )**

General form of registration statement: Initial statement

Table of Contents

revenue. we use our direct channel to introduce and test new product offerings, to sell specialty product lines such as J.Crew Wedding and to offer extended sizes and colors on various products and to expand customer files to drive targeted marketing campaigns by collecting customer data to further segment customer groups.

We currently obtain customer information for 100% of our catalog and Internet customers. As of June 2005, our customer database contained approximately 20 million individual customer names, of which 2.1 million were households that had placed a catalog or Internet order with us or made a store purchase from us within the previous 12 months, and 2.6 million email addresses that had agreed to receive promotional emails from us.

We maintain a database of "customer files," which include sales patterns, detailed purchasing information, certain demographic information, geographic locations and email addresses of our customers. This database enables us to see how our customers use our various sales channels to shop and facilitates targeted marketing strategies. We segment our customer files based on several variables, and we tailor our catalog offerings and email notifications to address the different product needs of our customer groups. For example, we currently send targeted emails to such customer groups as purchasers of shoes, petite items and high dollar amount items. We focus on continually improving the segmentation of customer files and the acquisition of additional customer names from several sources, including our retail stores, our Internet website, list rentals and list exchanges with other catalog companies.

In fiscal 2004, approximately 58% of J.Crew Direct revenues were generated by customers who had made a purchase from a J.Crew catalog or on our Internet website in the prior 12 months.

*Catalog*

The J.Crew catalog is the primary branding and advertising vehicle for the J.Crew brand. We believe our catalog reinforces the J.Crew brand image and drives sales across all of our sales channels. For example, over 30% of our Internet customers reported that they had received a catalog in the mail prior to their Internet purchase, which we believe shows that our catalog drives sales on our Internet channel. We believe we have distinguished ourselves from other catalog retailers by utilizing high quality photography and paper to depict an aspirational lifestyle image. We have furthered this image recently by eliminating clearance catalogs and instead redirecting primary liquidation activity through our website. In fiscal 2004, we distributed 16 catalog editions with a circulation of approximately 50 million copies and approximately 5.4 billion pages circulated.

We segment our customer files and tailor our catalog offerings to address the different product needs of our customer groups. To increase core catalog productivity and improve the effectiveness of marginal and prospecting circulation, each customer group is offered a distinct array of catalog editions. For example, we have recently circulated particular catalog editions such as J.Crew Wedding, Resort Edition and Women's Collection to specific customer groups.

All creative work on the J.Crew catalog is coordinated by our in-house personnel, and we believe this allows us to shape and reinforce our brand image. Photography is executed both on location and in studios, and creative design and copy writing are executed on a desktop publishing system. Digital images are transmitted directly to outside printers, thereby reducing lead times and improving reproduction quality.

While we do not have long-term contracts with our suppliers of paper for our catalog, we believe our long-standing relationships with a number of the largest coated paper mills in the United States allow us to purchase paper at favorable prices. Projected paper requirements are communicated on an annual basis to paper mills to ensure the availability of an adequate supply.

57

**Table of Contents**

*Internet Website*

Since 1996, our website located at www.jcrew.com has allowed our customers to purchase our merchandise over the Internet. In fiscal 2004, our website logged over 48 million visits, an increase of 20% over our fiscal 2003 visits of 40 million and represented 61% of the J.Crew Direct business. We design and operate our website using an in-house technical staff. Our website emphasizes simplicity and ease of customer use while integrating the J.Crew brand's aspirational lifestyle imagery used in the catalog. We update our website periodically throughout the day to accurately reflect product availability and to determine where on the website a particular product generates the best sales. In addition to selling our regular merchandise on our website, we also use our website as a means to sell marked-down merchandise.

We plan to expand our Internet business by adding category-based "shops" to our website. We believe these "shops" will offer our customers a more personalized and interactive shopping experience. We also intend to increase the J.Crew factory business by bringing it to the Internet by launching www.jcrewfactory.com by the end of 2005. Since approximately two-thirds of our Internet channel customers who have made a purchase in the past 12 months have purchased marked-down merchandise, we believe that offering the products currently sold in our J.Crew factory channel online will target customers seeking lower-priced items while increasing the breadth of our sales channels.

**Marketing and Advertising**

The J.Crew catalog is the primary branding and advertising vehicle for the J.Crew brand. We believe our catalog reinforces the J.Crew brand image and drives sales in all of our sales channels. Our direct sales channels enable us to maintain a database of customer sales patterns and we are thus able to target segments of our customer base with specific marketing. Depending on their spending habits, we send certain customers special catalog editions and/or emails.

Our other marketing approach seeks to attract positive attention to our brand and products in less conventional, but, we believe, highly effective manners. We refer to this marketing approach as "advertising without advertising." For example, during the summer of 2004, we ran a "beach delivery service" in which our beach delivery team delivered some of our summer items to the East Hampton area and generated positive press coverage. We have also recognized the loyalty of our top customers by sending them "thank you letters" from top executives, some of which include shopping incentives such as discount offerings. We also plan to test print advertising in select publications targeting specific markets.

We also offer a private-label credit card through an agreement with World Financial Network National Bank ("WFNNB"), under which WFNNB owns the credit card accounts and Alliance Data Systems Corporation provides services to our private-label credit card customers. In fiscal 2004 sales on J.Crew credit cards made up 16% of our total net sales. We believe that our credit card program encourages frequent store and website visits and catalog sales and promotes multiple-item purchases, thereby cultivating customer loyalty to the J.Crew brand and increasing sales.

**Sourcing Production and Quality**

*Our Sourcing Strategy*

We do not own or operate any manufacturing facilities and instead contract with third-party vendors for production of our merchandise. Our sourcing strategy emphasizes the quality fabrics and construction that our customers expect of the J.Crew brand. To ensure that our high standards of quality and timely delivery of merchandise are met, we work with a select group of vendors and factories among which are some of the most reputable producers currently supplying the designer

58

**EXHIBIT 20**

...and classic, c



**K CLASSIC WEDGE**
Rubber upper and footbed.
Slip-resistant rubber sole, in a
new wider width. 1½" wedge.
No mango. 68163J $16.50

**L STRIPED**
Patterned rubber straps and slip-
resistant striped rubber sole.
63551J $12.50

**M CLASSIC BICOLOR WEDGE**
Rubber upper. Contrast-color slip-
resistant with slip-resistant rubber
sole. 67646J $16.50

**EXHIBIT 21**



**EXHIBIT 22**

