# UNITED STATES DISTRICT COURT

District of Delaware

INTERNET MEDIA CORPORATION, Plaintiff,

V.

DELL, INC., OFFICE DEPOT, INC.,
J.C. PENNEY COMPANY, INC.,
WILLIAMS-SONOMA, INC., and
J. CREW GROUP, INC., Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   05 - 633

TO: (Name and address of Defendant)

Dell, Inc.
c/o Its Registered Agent
 Corporation Service Company
 2711 Centerville Rod, Suite 400
 Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas P. Preston, Esquire
BLANK ROME LLP
Chase Manhattan Centre
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400

an answer to the complaint which is served on you with this summons, within _____Twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

AUG 2 9 2005

CLERK  _Monica Mosley_ (signature)

(By) DEPUTY CLERK                               DATE

2002 © American LegalNet, Inc.

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 8/30/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| ROBERT SMITH | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☑ Other (specify): PERSONALLY SERVED DELL, INC. BY SERVING ITS REGISTERED AGENT THE CORPORATION SERVICE CO. AT 2711 CENTERVILLE RD, WILM DE 19808 AT 3:35 PM. PERSON ACCEPTING SERVICE: MARY DRUMMOND

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/30/05
           Date

Signature of Server

PARCELS INC
230 N. MARKET ST
WILM DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.

# UNITED STATES DISTRICT COURT

District of Delaware

INTERNET MEDIA CORPORATION, Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

DELL, INC., OFFICE DEPOT, INC.,
J.C. PENNEY COMPANY, INC.,
WILLIAMS-SONOMA, INC., and
J. CREW GROUP, INC., Defendants.

CASE NUMBER: 05 - 633

TO: (Name and address of Defendant)
Office Depot, Inc.
c/o Its Registered Agent
Corporate Creations Network, Inc.
1308 Delaware avenue
Wilmington, DE 19806

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas P. Preston, Esquire
BLANK ROME LLP
Chase Manhattan Centre
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

AUG 29 2005

CLERK

(By) DEPUTY CLERK

DATE

2002 © American LegalNet, Inc.

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 8/30/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| CHRIS HAZEWSKI | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☑ Other (specify): PERSONALLY SERVED OFFICE DEPOT, INC., by SERVING its REGISTERED AGENT, CORPORATE CREATIONS NETWORK, INC AT 1308 DELAWARE AVE WILM DE 19806 At 3:53 PM PERSON ACCEPTING SERVICE: C. HERRMANN

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/30/05

Signature of Server

PARCELS INC
230 N MARKET ST
WILM DE 19801

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.

# UNITED STATES DISTRICT COURT

District of Delaware

INTERNET MEDIA CORPORATION, Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

DELL, INC., OFFICE DEPOT, INC.,
J.C. PENNEY COMPANY, INC.,
WILLIAMS-SONOMA, INC., and
J. CREW GROUP, INC., Defendants.

CASE NUMBER: 05 - 633

TO: (Name and address of Defendant)

J. C. Penney Company, Inc.
c/o Its Registered Agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas P. Preston, Esquire
BLANK ROME LLP
Chase Manhattan Centre
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400

an answer to the complaint which is served on you with this summons, within    Twenty (20)    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                          AUG 2 9 2005

CLERK                                                    DATE

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 8/30/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JOSEPH SAIENNI | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☑ Other (specify): PERSONALLY SERVED J.C PENNEY COMPANY, INC by SERVING ITS REGISTERED AGENT, THE CORPORATION TRUST CO, at 1209 ORANGE ST, WILM DE 19801 At 3:25 PM PERSON ACCEPTING SERVICE: BRIAN PENROD

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/30/05          Joseph J. Saienni III
                Date              Signature of Server

PARCELS INC
230 N. MARKET St
WILM DE 19801
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.

# UNITED STATES DISTRICT COURT

District of Delaware

INTERNET MEDIA CORPORATION, Plaintiff,

V.

DELL, INC., OFFICE DEPOT, INC.,
J.C. PENNEY COMPANY, INC.,
WILLIAMS-SONOMA, INC., and
J. CREW GROUP, INC., Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  05-633

TO: (Name and address of Defendant)
Williams-Sonoma, Inc.
c/o Registered Agent:
  Secretary of State of the State of Delaware
  John G. Townsend Building
  Duke of York Street
  Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas P. Preston, Esquire
BLANK ROME LLP
Chase Manhattan Centre
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                         AUG 29 2005

CLERK _[signature]_                                      DATE

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 8/31/05 |
| NAME OF SERVER (PRINT) EDWARD JONES | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): PERSONALLY SERVED WILLIAMS-SONOMA, INC by SERVING ITS REGISTERED AGENT/SEC OF STATE OF THE STATE OF DELAWARE, JOHN G TOWNSEND BLD, DUKE OF YORK ST, DOVER, DE 19901 PERSON ACCEPTING SERVICE; SHAWN MOORE AT 10:18 AM

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/31/05
Date

Signature of Server: *Edward Jones*

Address of Server:
PARCELS INC
230 N. MARKET ST
WILM DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.

# UNITED STATES DISTRICT COURT

District of Delaware

INTERNET MEDIA CORPORATION, Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

DELL, INC., OFFICE DEPOT, INC.,
J.C. PENNEY COMPANY, INC.,
WILLIAMS-SONOMA, INC., and
J. CREW GROUP, INC., Defendants.

CASE NUMBER:   05 - 633

TO: (Name and address of Defendant)
J. Crew Group, Inc.
c/o Registered Agent:
  Secretary of State of the State of Delaware
  John G. Townsend Building
  Duke of York Street
  Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas P. Preston, Esquire
BLANK ROME LLP
Chase Manhattan Centre
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400

an answer to the complaint which is served on you with this summons, within   Twenty (20)   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                          AUG 29 2005

CLERK                                                    DATE

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/31/05 |

| NAME OF SERVER (PRINT) EDWARD JONES | TITLE PROCESS SERVER |
|---|---|

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): PERSONALLY SERVED J. CREW GROUP, INC. by SERVING its REGISTERED AGENT, SEC OF STATE OF THE STATE OF DELAWARE, JOHN G TOWNSEND BLD, DUKE OF YORK ST, DOVER, DE 19901 AT 10:18AM. PERSON ACCEPTING SERVICE: SHAWN MOORE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/31/05
Date

Signature of Server

PARCELS INC
230 N. MARKET ST
WILM DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.