# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNET MEDIA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| DELL, INC., | ) | |
| OFFICE DEPOT, INC., | ) | Civil Action No. 05-633 |
| J.C. PENNEY COMPANY, INC., | ) | |
| WILLIAMS-SONOMA, INC., | ) | |
| J. CREW GROUP, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## CORPORATE DISCLOSURE STATEMENT UNDER
## FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Internet Media

Corporation ("IMC") makes the following corporate disclosure statement.

IMC is a non-governmental corporate party to this action.

IMC states that there are no publicly-held corporations that own 10% or more of its stock.


*Of Counsel:*
Ronald J. Schutz
Diane L. Simerson
Andrea L. Gothing
Nicole N. Morris
ROBINS, KAPLAN, MILLER &
CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

Dated:

BLANK ROME LLP

By: _____
Thomas P. Preston, Esquire
I.D. No. 2548
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6478
Fax:   (302) 425-6464\

*Attorneys for Plaintiff*
*Internet Media Corporation*

MP3 20149064.1

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that I electronically filed the **CORPORATE DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

> Cathy L. Reese, Esquire
> Greenberg Traurig LLP
> The Brandywine Building
> 1000 West Street, Suite 1540
> Wilmington, DE 19801
>   Counsel for Office Depot, Inc.

> Thomas P. Preston
> No. 2548
> Blank Rome LLP
> 1201 Market St.,  Suite 800
> Wilmington, DE 19801
> Telephone:  302-425-6400
> preston-t@blankrome.com