IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC, OFFICE DEPOT, INC.,<br>J.C. PENNEY COMPANY, INC.,<br>J. CREW GROUP, INC.<br><br>Defendants. | Civil Action No. 05-633 (KAJ) |

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that Greenberg Traurig, LLP hereby enters its appearance on behalf of defendant, Office Depot, Inc.

GREENBERG TRAURIG, LLP

_____
Cathy L. Reese (#2838)
Paul D. Brown (#3903)
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
(302) 661-7000
Attorneys for Defendant Office Depot, Inc.

Dated: September 14, 2005

DEL-FS1\148473v01