## Certificate of Service

I, Paul D. Brown, certify that on September 14, 2005 a copy of the **Notice of Entry of Appearance** was served via electronic service upon:

Thomas P. Preston (#2548)
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

_____
Paul D. Brown (#3903)

DEL-FS1\148473v01