UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DELL, INC.,<br>OFFICE DEPOT, INC.,<br>J.C. PENNEY COMPANY, INC.,<br>WILLIAM-SONOMA, INC.,<br>J. CREW GROUP, INC.,<br><br>　　　　　Defendants.. | C. A. No. 05-633 (KAJ) |

STIPULATION AND ORDER

The parties through their undersigned counsel hereby stipulate and agree, subject to the approval of the Court, that the date for defendant J. Crew Group, Inc. ("J. Crew") to respond to the Complaint is extended as follows:

　　　　1.　　If J. Crew chooses to file a motion to dismiss under Federal Rules of Civil Procedure 12(b)(2), (3), (4) or (5) – for lack of jurisdiction over the person, improper venue, insufficiency of process, or insufficiency of service of process – it shall file and serve such motion on or before October 4, 2005.

　　　　2.　　If J. Crew chooses to file an answer to the Complaint, it shall file and serve such answer on or before October 20, 2005.  J. Crew may also file a motion to dismiss the Complaint (other than a motion based on Federal Rules of Civil Procedure 12(b)(2), (3), (4) or (5)) along with such answer or at any other time allowed by the Federal Rules of Civil Procedure.

                                      BLANK ROME LLP

                                      */s/ Thomas P. Preston*
                                      Thomas P. Preston (#2548)
                                      1201 Market Street, Suite 800
                                      Wilmington, Delaware  19801
                                      (302) 425-6478
                                          *Attorneys for Plaintiff*
                                          *Internet Media Corporation*

OF COUNSEL:

ROBINS, KAPLAN, MILLER &
   CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
(612) 349-8500

                                    MORRIS, NICHOLS, ARSHT & TUNNELL

                                    */s/ Rodger D. Smith, II*
                                    William M. Lafferty (#2755)
                                    Rodger D. Smith II (#3778)
                                    1201 North Market Street
                                    Wilmington, Delaware  19801
                                    (302) 658-9200
                                      *Attorneys for Defendant J. Crew Group, Inc.*


SO ORDERED this _____ day of September, 2005


_____
                    U.S.D.J.


483655