IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC.<br>OFFICE DEPOT, INC.,<br>J.C. PENNEY COMPANY, INC.,<br>WILLIAMS-SONOMA, INC.,<br>J. CREW GROUP, INC.<br><br>Defendants. | Civil Action No. 05-633 (KAJ) |

## STIPULATION AND ORDER

Plaintiff Internet Media Corporation and defendant J.C. Penney Company, Inc., by their respective counsel, hereby agree and stipulate, subject to the approval of the Court, that the time for defendant J.C. Penney Company, Inc., to answer the complaint in this action is extended through and including October 20, 2005 and the time to move or otherwise respond to the complaint is extended through and including October 4, 2005.

| BLANK ROME LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Thomas P. Preston | By: /s/ Philip A. Rovner |
| Thomas P. Preston, Esquire | Philip A. Rovner |
| I.D. No. 2548 | I.D. No. 3215 |
| Chase Manhattan Centre | Hercules Plaza, 6th Floor |
| 1201 Market Street, Suite 800 | 1313 North Market Street |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| Phone: (302) 425-6478 | Phone: (302) 984-6000 |
| preston-t@blankrome.com | provner@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant, J.C. Penney Company, Inc.* |

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

699889v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on September 19, 2005, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY**

Thomas P. Preston, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19899

Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Paul Damon Brown
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

699990v1