IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DELL, INC, OFFICE DEPOT, INC., J.C. ) <br> PENNEY COMPANY, INC., J.CREW ) <br> GROUP, INC. ) <br> ) <br> Defendants. ) | Civil Action No. 05-633 (KAJ) |

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER
OR MOVE IN RESPONSE TO COMPLAINT**

Plaintiff Internet Media Corporation and defendant Office Depot, Inc. ("Defendant"), in the above-referenced action, through their undersigned counsel, hereby stipulate and agree as follows:

1. The time for Defendant to answer the Complaint For Patent Infringement And Demand For Jury Trial of Plaintiff Internet Media Corporation ("Complaint") is extended by thirty (30) days until October 19, 2005; or, alternatively,

2. The time for Defendant to move in response to the Complaint is extended by fourteen (14) days until October 3, 2005.

IT IS SO STIPULATED this 20th day of September, 2005.

| BLANK ROME LLP | GREENBERG TRAURIG, LLP |
|---|---|
| _____ 9/14/05 | _____ |
| Thomas P. Preston (#2548) | Cathy L. Reese (#2838) |
| Chase Manhattan Centre | Paul D. Brown (#3903) |
| 1201 N. Market Street, Suite 800 | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, Suite 1540 |
| (302) 425-6400 | Wilmington, DE 19801 |
| | (302) 661-7000 |
| *Attorneys for Plaintiff* | |
| *Internet Media Corporation* | *Attorneys for Defendant* |
| | *Office Depot, Inc.* |

IT IS SO ORDERED this ____ day of September, 2005.

_____
The Honorable Kent A. Jordan

DEL-FS1\148451v02