## CERTIFICATE OF SERVICE

I, Paul D. Brown, hereby certify that on September 21, 2005, the **Stipulation and Order to Extend Time to Answer or Move in Response to Complaint** was electronically filed with the District Court Clerk through CM/ECF and that the aforementioned document was electronically served by CM/ECF upon the following:

| | |
|---|---|
| Thomas P. Preston, Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19899 | Philip A. Rovner, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899 |
| Rodger D. Smith, II, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Richard L. Horwitz, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899 |

Paul D. Brown (#3903)

DEL-FS1\148764v01