IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELL, INC., )<br>OFFICE DEPOT, INC., )<br>J.C. PENNEY COMPANY, INC., )<br>WILLIAMS-SONOMA, INC., and )<br>J. CREW GROUP, INC. )<br>)<br>Defendants. )<br>) | Civil Action No. 05-633-KAJ |

**PROPOSED ORDER**

IT IS HEREBY ORDERED that counsel's Motion For Admission *Pro Hac Vice* of Ronald J. Schutz is GRANTED.

Date: _____    _____
United States District Judge