IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC.,<br>OFFICE DEPOT, INC.,<br>J.C. PENNEY COMPANY, INC.,<br>WILLIAMS-SONOMA, INC.,<br>J. CREW GROUP, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-633-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of Diane L. Simerson to represent Plaintiff Internet Media Corporation in this matter.

BLANK ROME LLP

By: */s/ Thomas P. Preston*
    Thomas P. Preston, Esquire
    I.D. No. 2548
    Chase Manhattan Centre
    1201 Market Street, Suite 800
    Wilmington, DE 19801
    Phone:  (302) 425-6478
    Fax:     (302) 425-6464\

*Attorneys for Plaintiff*
*Internet Media Corporation*

September 29, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 9/26/05         Signed: _____
Diane L. Simerson
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

MP3 20151816.1

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 30th day of September, 2005, I electronically served the foregoing upon the following counsel:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, DE 19899-0951
>  *Attorneys for Defendant Dell, Inc.*
>
>Cathy L. Reese, Esquire
>Paul D. Brown, Esquire
>Greenberg Traurig, LLP
>The Brandywine Building
>1000 West Street, Suite 1540
>Wilmington, DE 19801
>  *Attorneys for Defendant Office Depot, Inc.*
>
>Philip A. Rovner, Esquire
>Potter, Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 North Market Street
>Wilmington, DE 19801
>  *Attorneys for Defendants J. C. Penney Company, Inc. and Williams-Sonoma, Inc.*
>
>William M. Lafferty, Esquire
>Roger Dallery Smith, II, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 North Market Street
>Wilmington, DE 19801
>  *Attorneys for Defendant J. Crew Group, Inc.*

         */s/ Thomas P. Preston*
         _____
         Thomas P. Preston
         I.D. No. 2548