IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>DELL, INC.,<br>OFFICE DEPOT, INC.,<br>J.C. PENNEY COMPANY, INC.,<br>WILLIAMS-SONOMA, INC., and<br>J. CREW GROUP, INC.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-633-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PROPOSED ORDER**

IT IS HEREBY ORDERED that counsel's Motion For Admission *Pro Hac Vice* of Diane L. Simerson is GRANTED.


Date: _____        _____
                                                          United States District Judge