IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC.,<br>OFFICE DEPOT, INC.,<br>J.C. PENNEY COMPANY, INC.,<br>WILLIAMS-SONOMA, INC.,<br>J. CREW GROUP, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-633-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of Andrea L. Gothing to represent Plaintiff Internet Media Corporation in this matter.

BLANK ROME LLP

By:  /s/ Thomas P. Preston
Thomas P. Preston, Esquire
I.D. No. 2548
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone:  (302) 425-6478
Fax:     (302) 425-6464\

*Attorneys for Plaintiff*
*Internet Media Corporation*

September 29, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 9/26/2005   Signed: *Andrea J. Gothing*
Andrea L. Gothing
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

MP3 20151816.1

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 30th day of September, 2005, I electronically served the foregoing upon the following counsel:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
   *Attorneys for Defendant Dell, Inc.*

Cathy L. Reese, Esquire
Paul D. Brown, Esquire
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
   *Attorneys for Defendant Office Depot, Inc.*

Philip A. Rovner, Esquire
Potter, Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
   *Attorneys for Defendants J. C. Penney Company, Inc. and Williams-Sonoma, Inc.*

William M. Lafferty, Esquire
Roger Dallery Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
   *Attorneys for Defendant J. Crew Group, Inc.*

/s/ *Thomas P. Preston*
_____
Thomas P. Preston
I.D. No. 2548

900200.00001/40157011v.1