IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNET MEDIA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 05-633-KAJ |
| DELL, INC., | ) | |
| OFFICE DEPOT, INC., | ) | |
| J.C. PENNEY COMPANY, INC., | ) | |
| WILLIAMS-SONOMA, INC., | ) | |
| J. CREW GROUP, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of Nicole N. Morris to represent Plaintiff Internet Media Corporation in this matter.

BLANK ROME LLP

By: */s/ Thomas P. Preston*
Thomas P. Preston, Esquire
I.D. No. 2548
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6478
Fax:   (302) 425-6464\

*Attorneys for Plaintiff
Internet Media Corporation*

September 29, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: Sept. 26, 2005    Signed: _____
                                         Nicole N. Morris
                                         ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                         2800 LaSalle Plaza
                                         800 LaSalle Avenue
                                         Minneapolis, MN 55402-2015
                                         (612) 349-8500

MP3 20151816.1

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 30th day of September, 2005, I electronically served the foregoing upon the following counsel:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
  *Attorneys for Defendant Dell, Inc.*

Cathy L. Reese, Esquire
Paul D. Brown, Esquire
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
  *Attorneys for Defendant Office Depot, Inc.*

Philip A. Rovner, Esquire
Potter, Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
  *Attorneys for Defendants J. C. Penney Company, Inc. and Williams-Sonoma, Inc.*

William M. Lafferty, Esquire
Roger Dallery Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
  *Attorneys for Defendant J. Crew Group, Inc.*

/s/ *Thomas P. Preston*
―――――――――――――――
Thomas P. Preston
I.D. No. 2548