IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> DELL, INC., <br> OFFICE DEPOT, INC., <br> J.C. PENNEY COMPANY, INC., <br> WILLIAMS-SONOMA, INC., and <br> J. CREW GROUP, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-633-KAJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF INTERNET MEDIA CORPORATION'S
REPLY TO THE ORIGINAL ANSWER, DEFENSES
AND COUNTERCLAIMS OF DEFENDANT DELL INC.**

Plaintiff Internet Media Corporation ("Internet Media") hereby replies to the Counterclaims alleged in paragraphs 77-85 of the Original Answer, Defenses, and Counterclaims filed with this Court by Defendant Dell, Inc. ("Dell") on or about September 19, 2005.

**Parties**

1. Internet Media admits the allegations set forth in paragraph 77 of Dell's Counterclaims.

2. Internet Media admits the allegations set forth in paragraph 78 of Dell's Counterclaims.

**Jurisdiction and Venue**

3. Internet Media admits that jurisdiction is proper. To the extent paragraph 79 of Dell's Counterclaims incorporates averments of non-infringement and invalidity, Internet Media denies those allegations.

4. Internet Media admits the allegations set forth in paragraph 80.

### Count One – Declaratory Relief Regarding Non-Infringement

5. As to the allegations in paragraph 81, Internet Media admits that an actual and judiciable controversy exists between Internet Media and Dell with respect to the infringement of the patent in suit, but denies all remaining allegations set forth therein.

6. As to the allegations in paragraph 82, Internet Media admits that Dell seeks a declaration pursuant to 28 U.S.C. §§ 2201 et seq. However, to the extent paragraph 82 of Dell's Counterclaims incorporates averments of non-infringement, Internet Media denies those allegations.

### Count Two – Declaratory Relief Regarding Invalidity

7. As to the allegations in paragraph 83, Internet Media admits that an actual and justiciable controversy exists between Internet Media and Dell with respect to the validity of the patent in suit, but denies all remaining allegations set forth therein.

8. As to the allegations in paragraph 84, Internet Media admits that Dell seeks a declaration pursuant to 28 U.S.C. §§ 2201 et seq. However, to the extent paragraph 82 of Dell's Counterclaims incorporates averments of invalidity, Internet Media denies those allegations.

### EXCEPTIONAL CASE

9. Internet Media denies the allegations in paragraph 85 of Dell's Counterclaims.

### PRAYER FOR RELIEF

10. Internet Media denies that Dell is entitled to any of the relief requested in the prayer for relief asserted in connection with its counterclaims.

## AFFIRMATIVE DEFENSES TO DELL'S COUNTERCLAIMS

11. Defendant Dell has failed to state a claim upon which relief can be granted in its Counterclaims.

## DEMAND FOR JURY TRIAL

12. Plaintiff hereby respectfully requests a jury trial on all issues so triable as set forth in Dell's Answer, Defenses and Counterclaims to Plaintiff's Complaint.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

A. That Defendant Dell's Counterclaims be dismissed with prejudice;

B. That Defendant Dell be ordered to pay attorneys' fees and costs to Plaintiff and any such additional amount that appears reasonable to the Court; and

C. That Plaintiff be awarded such other and further relief as this Court may deem just and equitable.

*Of Counsel:*

Ronald J. Schutz
Diane L. Simerson
Andrea L. Gothing
Nicole N. Morris
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
(612) 349-8500

Dated: October __, 2005

BLANK ROME LLP

By: _____
Thomas Preston
I.D. No. 2548
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6478

*Attorneys for Plaintiff*
*Internet Media Corporation*

3

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the ___ day of October, 2005, I electronically served **PLAINTIFF INTERNET MEDIA CORPORATION'S REPLY TO THE ORIGINAL ANSWER, DEFENSES AND COUNTERCLAIMS OF DEFENDANT DELL INC.** upon the following counsel:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
  *Attorneys for Defendant Dell, Inc.*

Cathy L. Reese, Esquire
Paul D. Brown, Esquire
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
  *Attorneys for Defendant Office Depot, Inc.*

Philip A. Rovner, Esquire
Potter, Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
  *Attorneys for Defendants J. C. Penney Company, Inc. and Williams-Sonoma, Inc.*

William M. Lafferty, Esquire
Roger Dallery Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
  *Attorneys for Defendant J. Crew Group, Inc.*

_____
Thomas P. Preston
I.D. No. 2548