IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC, OFFICE DEPOT, INC., J.C. PENNEY COMPANY, INC., J. CREW GROUP, INC.<br><br>Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-633 (KAJ)<br> ) <br> ) <br> ) <br> ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of *Michael A. Nicodema* to represent Office Depot, Inc. in this matter.

GREENBERG TRAURIG, LLP

/s/ Cathy L. Reese
Cathy L. Reese (#2838)
Paul D. Brown (#3903)
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
(302) 661-7000
Attorneys for Defendant Office Depot, Inc.

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____           _____
                              Kent A. Jordan, District Court Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

/s/ Michael A. Nicodema
Michael A. Nicodema
Greenberg Traurig LLP
MetLife Building
200 Park Avenue
New York, NY 10166

Dated: 10/4/05

## CERTIFICATE OF SERVICE

I, Cathy L. Reese, hereby certify that on October 13, 2005, the **Motion and Order for Admission Pro Hac Vice of Michael A. Nicodema** was electronically filed with the District Court Clerk through CM/ECF and that the aforementioned document was electronically served by CM/ECF upon the following:

| | |
|---|---|
| Thomas P. Preston, Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19899 | Philip A. Rovner, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899 |
| Rodger D. Smith, II, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Richard L. Horwitz, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899 |

_____
Cathy L. Reese (#2838)

DEL-FS1\148764v01