IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC., OFFICE DEPOT, INC.,<br>J.C. PENNEY COMPANY, INC.,<br>WILLIAMS-SONOMA, INC., J. CREW<br>GROUP, INC.<br><br>Defendants. | Civil Action No. 05-633 (KAJ) |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, the law firm of Morris Nichols Arsht & Tunnell hereby withdraws its appearance in this case for defendant J. Crew Group, Inc. and the law firm of Potter Anderson & Corroon LLP hereby enters its appearance on behalf of defendant J. Crew Group, Inc.

| MORRIS NICHOLS ARSHT & TUNNELL | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Rodger D. Smith, II<br>    Rodger Dallery Smith, II (#3778)<br>    1201 N. Market Street<br>    P.O. Box 1347<br>    Wilmington, DE 19899-1347<br>    (302) 658-9200<br>    E-mail: rdsefiling@mnat.com | By: /s/ Philip A. Rovner<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    E-mail: provner@potteranderson.com<br><br>    Attorneys for Defendant<br>    J. Crew Group, Inc. |

703364

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on October 18, 2005, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19899

Paul Damon Brown, Esq.
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Rodger D. Smith, II, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

Richard L. Horwitz, Esq.
Potter Anderson & Corroon LLP
P.O. Box 951
Wilmington, DE 19899

/s/ Philip A. Rovner
_____
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

703862