IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DELL, INC., OFFICE DEPOT, INC., ) <br> J.C. PENNEY COMPANY, INC., ) <br> WILLIAMS-SONOMA, INC., and ) <br> J. CREW GROUP, INC., ) <br> ) <br> Defendants. ) | C.A. No. 05-633-KAJ <br><br> JURY TRIAL DEMANDED |

**DEFENDANT WILLIAMS-SONOMA, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Williams-Sonoma, Inc. states that it has no parent corporation and there is no publicly held company that owns 10% or more of Williams-Sonoma, Inc.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James G. Gilliland, Jr.
Gregory S. Gilchrist
April E. Abele
Robert G. Litts
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
(415) 576-0200

Dated:  October 20, 2005

704187

By: _____
Philip A. Rovner (#3215)
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, Delaware  19899
(302) 984-6000
E-mail: provner@potteranderson.com

Attorneys for Defendant Williams-Sonoma, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on October 20, 2005, the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; and that the document is available for viewing and downloading from CM/ECF.

### BY CM-ECF

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19899

Paul Damon Brown, Esq.
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Richard L. Horwitz, Esq.
Potter Anderson & Corroon LLP
P.O. Box 951
Wilmington, DE 19899

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

704240