IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-633-KAJ |
| DELL, INC., | ) |
| OFFICE DEPOT, INC., | ) Jury Trial Demanded |
| J.C. PENNEY COMPANY, INC., | ) |
| WILLIAMS-SONOMA, INC., and | ) |
| J. CREW GROUP, INC., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF INTERNET MEDIA CORPORATION'S
REPLY TO THE ORIGINAL ANSWER, AFFIRMATIVE DEFENSES
AND COUNTERCLAIMS OF DEFENDANT OFFICE DEPOT, INC.**

Plaintiff Internet Media Corporation ("Internet Media") hereby replies to the Counterclaims alleged in paragraphs 78-87 of the original Answer, Affirmative Defenses, and Counterclaims filed with this Court by Defendant Office Depot, Inc. ("Office Depot") on or about October 18, 2005.

### Parties

1. Internet Media admits the allegations set forth in paragraph 78 of Office Depot's Counterclaims.

2. Internet Media admits the allegations set forth in paragraph 79 of Office Depot's Counterclaims.

## Jurisdiction and Venue

3.  Internet Media admits that jurisdiction is proper. To the extent paragraph 80 of Office Depot's Counterclaims incorporates averments of non-infringement and invalidity, Internet Media denies those allegations.

4.  Internet Media admits the allegations set forth in paragraph 81.

## Count One – Declaratory Relief Regarding Non-Infringement

5.  As to the allegations in paragraph 82, Internet Media admits that an actual and judiciable controversy exists between Internet Media and Office Depot with respect to the infringement of the patent in suit.

6.  Internet Media denies the allegations set forth in paragraph 83 of Office Depot's Counterclaims.

7.  As to the allegations in paragraph 84, Internet Media admits that Office Depot seeks a declaration that Office Depot has not and is not infringing or inducing infringement of the U.S. Pat. No. 6,049,835 ("the '835 patent"). However, to the extent paragraph 84 of Office Depot's Counterclaims incorporates averments of non-infringement, Internet Media denies those allegations.

## Count Two – Declaratory Relief Regarding Invalidity

8.  As to the allegations in paragraph 85, Internet Media admits that an actual and justiciable controversy exists between Internet Media and Office Depot with respect to the validity of the patent in suit.

9.  As to the allegations in paragraph 86, Internet Media admits that Office Depot seeks a declaration that the '835 patent fails to comply with 35 U.S.C. § 100 *et seq*. However, to

the extent paragraph 86 of Office Depot's Counterclaims incorporates averments of invalidity, Internet Media denies those allegations.

## EXCEPTIONAL CASE

10. Internet Media denies the allegations in paragraph 87 of Office Depot's Counterclaims.

## PRAYER FOR RELIEF

11. Internet Media denies that Office Depot is entitled to any of the relief requested in the prayer for relief asserted in connection with its counterclaims.

## AFFIRMATIVE DEFENSES TO OFFICE DEPOT'S COUNTERCLAIMS

12. Defendant Office Depot has failed to state a claim upon which relief can be granted in its Counterclaims.

## DEMAND FOR JURY TRIAL

13. Plaintiff hereby respectfully requests a jury trial on all issues so triable as set forth in Office Depot's Answer, Affirmative Defenses and Counterclaims to Plaintiff's Complaint.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

A. That Defendant Office Depot's Counterclaims be dismissed with prejudice;

B. That Defendant Office Depot be ordered to pay attorneys' fees and costs to Plaintiff and any such additional amount that appears reasonable to the Court; and

    C.    That Plaintiff be awarded such other and further relief as this Court may deem just and equitable.

|  |  |
|---|---|
| *Of Counsel:* | BLANK ROME LLP |
|  | By: _____ |
| Ronald J. Schutz | Thomas Preston, Esquire |
| Diane L. Simerson | I.D. No. 2548 |
| Andrea L. Gothing | 1201 Market Street, Suite 800 |
| Nicole N. Morris | Wilmington, DE 19801 |
| ROBINS, KAPLAN, MILLER & CIRESI, LLP | Ph: (302) 425-6478 |
| 2800 LaSalle Plaza | Fax: (302) 425-6464 |
| Minneapolis, MN 55402-2015 |  |
| (612) 349-8500 | *Attorneys for Plaintiff* |
|  | *Internet Media Corporation* |
| Dated: October 20, 2005 |  |

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 21st day of October, 2005, I electronically served **PLAINTIFF INTERNET MEDIA CORPORATION'S REPLY TO THE ORIGINAL ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS OF DEFENDANT OFFICE DEPOT, INC.** upon the following counsel:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, DE 19899-0951
>   *Attorneys for Defendant Dell, Inc.*
>
>Cathy L. Reese, Esquire
>Paul D. Brown, Esquire
>Greenberg Traurig, LLP
>The Brandywine Building
>1000 West Street, Suite 1540
>Wilmington, DE 19801
>   *Attorneys for Defendant Office Depot, Inc.*
>
>Philip A. Rovner, Esquire
>Potter, Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 North Market Street
>Wilmington, DE 19801
>   *Attorneys for Defendants J. C. Penney Company, Inc.,*
>   *Williams-Sonoma, Inc. and J. Crew Group, Inc.*

_____
Thomas P. Preston
I.D. No. 2548