IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC.,<br>OFFICE DEPOT, INC.,<br>J.C. PENNEY COMPANY, INC.,<br>WILLIAMS-SONOMA, INC., and<br>J. CREW GROUP, INC.,<br><br>Defendants. | Civil Action No. 05-633-KAJ<br><br>Jury Trial Demanded |

**PLAINTIFF INTERNET MEDIA CORPORATION'S
REPLY TO THE ORIGINAL ANSWER, DEFENSES
AND COUNTERCLAIMS OF DEFENDANT WILLIAMS-SONOMA, INC.**

Plaintiff Internet Media Corporation ("Internet Media") hereby replies to the Counterclaims alleged in paragraphs 78-86 of the Original Answer, Defenses, and Counterclaims filed with this Court by Defendant Williams-Sonoma, Inc. ("Williams-Sonoma") on or about October 20, 2005.

## Parties

1. Internet Media admits the allegations set forth in paragraph 78 of Williams-Sonoma's Counterclaims.

2. Internet Media admits the allegations set forth in paragraph 79 of Williams-Sonoma's Counterclaims.

**Jurisdiction and Venue**

3.  Internet Media admits that jurisdiction is proper. To the extent paragraph 80 of Williams-Sonoma's Counterclaims incorporates averments of non-infringement and invalidity, Internet Media denies those allegations.

4.  Internet Media admits the allegations set forth in paragraph 81.

**Count One – Declaratory Relief Regarding Non-Infringement**

5.  As to the allegations in paragraph 82, Internet Media admits that an actual and judiciable controversy exists between Internet Media and Williams-Sonoma with respect to the infringement of the patent in suit.

6.  As to the allegations in paragraph 83, Internet Media admits that Williams-Sonoma seeks a declaration that Williams-Sonoma has not and is not infringing or inducing infringement of the U.S. Pat. No. 6,049,835 ("the '835 patent"). However, to the extent paragraph 83 of Williams-Sonoma's Counterclaims incorporates averments of non-infringement, Internet Media denies those allegations.

**Count Two – Declaratory Relief Regarding Invalidity**

7.  As to the allegations in paragraph 84, Internet Media admits that an actual and justiciable controversy exists between Internet Media and Williams-Sonoma with respect to the validity of the patent in suit.

8.  As to the allegations in paragraph 85, Internet Media admits that Williams-Sonoma seeks a declaration that the '835 patent fails to comply with 35 U.S.C. § 100 *et seq*. However, to the extent paragraph 85 of Williams-Sonoma's Counterclaims incorporates averments of invalidity, Internet Media denies those allegations.

## EXCEPTIONAL CASE

9. Internet Media denies the allegations in paragraph 86 of Williams-Sonoma's Counterclaims.

## PRAYER FOR RELIEF

10. Internet Media denies that Williams-Sonoma is entitled to any of the relief requested in the prayer for relief asserted in connection with its Counterclaims.

## AFFIRMATIVE DEFENSES TO WILLIAMS-SONOMA'S COUNTERCLAIMS

11. Defendant Williams-Sonoma has failed to state a claim upon which relief can be granted in its Counterclaims.

## DEMAND FOR JURY TRIAL

12. Plaintiff hereby respectfully requests a jury trial on all issues so triable as set forth in Williams-Sonoma's Answer, Defenses and Counterclaims to Plaintiff's Complaint.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

A. That Defendant Williams-Sonoma's Counterclaims be dismissed with prejudice;

B. That Defendant Williams-Sonoma be ordered to pay attorneys' fees and costs to Plaintiff and any such additional amount that appears reasonable to the Court; and

C.    That Plaintiff be awarded such other and further relief as this Court may deem just and equitable.

| | |
|---|---|
| *Of Counsel:* | BLANK ROME LLP |
| | |
| Ronald J. Schutz | By: _____ |
| Diane L. Simerson | Thomas P. Preston, Esquire |
| Andrea L. Gothing | I.D. No. 2548 |
| Nicole N. Morris | 1201 Market Street, Suite 800 |
| ROBINS, KAPLAN, MILLER & CIRESI, LLP | Wilmington, DE 19801 |
| 2800 LaSalle Plaza | Ph:  (302) 425-6478 |
| Minneapolis, MN 55402-2015 | Fax: (302) 425-6464 |
| (612) 349-8500 | |
| | *Attorneys for Plaintiff* |
| Dated:  October 21, 2005 | *Internet Media Corporation* |

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 21st day of October, 2005, I electronically served **PLAINTIFF INTERNET MEDIA CORPORATION'S REPLY TO THE ORIGINAL ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS OF DEFENDANT WILLIAMS-SONOMA, INC.** upon the following counsel:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
  *Attorneys for Defendant Dell, Inc.*

Cathy L. Reese, Esquire
Paul D. Brown, Esquire
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
  *Attorneys for Defendant Office Depot, Inc.*

Philip A. Rovner, Esquire
Potter, Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
  *Attorneys for Defendants J. C. Penney Company, Inc.,
  Williams-Sonoma, Inc. and J. Crew Group, Inc.*

_____
Thomas P. Preston
I.D. No. 2548