IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC.,<br>OFFICE DEPOT, INC.,<br>J.C. PENNEY COMPANY, INC.,<br>WILLIAMS-SONOMA, INC., and<br>J. CREW GROUP, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) Civil Action No. 05-633-KAJ ) ) ) Jury Trial Demanded ) ) ) ) ) |

**PLAINTIFF INTERNET MEDIA CORPORATION'S
REPLY TO THE ORIGINAL ANSWER, DEFENSES
<u>AND COUNTERCLAIMS OF DEFENDANT J. CREW GROUP, INC.</u>**

Plaintiff Internet Media Corporation ("Internet Media") hereby replies to the Counterclaims alleged in paragraphs 78-86 of the Original Answer, Defenses, and Counterclaims filed with this Court by Defendant J. Crew Group, Inc. ("J. Crew") on or about October 20, 2005.

<u>**Parties**</u>

1. Internet Media admits the allegations set forth in paragraph 78 of J. Crew's Counterclaims.

2. Internet Media admits the allegations set forth in paragraph 79 of J. Crew's Counterclaims.

## Jurisdiction and Venue

3. Internet Media admits that jurisdiction is proper. To the extent paragraph 80 of J. Crew's Counterclaims incorporates averments of non-infringement and invalidity, Internet Media denies those allegations.

4. Internet Media admits the allegations set forth in paragraph 81.

## Count One – Declaratory Relief Regarding Non-Infringement

5. As to the allegations in paragraph 82, Internet Media admits that an actual and judiciable controversy exists between Internet Media and J. Crew with respect to the infringement of the patent in suit.

6. As to the allegations in paragraph 83, Internet Media admits that J. Crew seeks a declaration that J. Crew has not and is not infringing or inducing infringement of the U.S. Pat. No. 6,049,835 ("the '835 patent"). However, to the extent paragraph 83 of J. Crew's Counterclaims incorporates averments of non-infringement, Internet Media denies those allegations.

## Count Two – Declaratory Relief Regarding Invalidity

7. As to the allegations in paragraph 84, Internet Media admits that an actual and justiciable controversy exists between Internet Media and J. Crew with respect to the validity of the patent in suit.

8. As to the allegations in paragraph 85, Internet Media admits that J. Crew seeks a declaration that the '835 patent fails to comply with 35 U.S.C. § 100 *et seq*. However, to the extent paragraph 85 of J. Crew's Counterclaims incorporates averments of invalidity, Internet Media denies those allegations.

## EXCEPTIONAL CASE

9. Internet Media denies the allegations in paragraph 86 of J. Crew's Counterclaims.

## PRAYER FOR RELIEF

10. Internet Media denies that J. Crew is entitled to any of the relief requested in the prayer for relief asserted in connection with its Counterclaims.

## AFFIRMATIVE DEFENSES TO J. CREW'S COUNTERCLAIMS

11. Defendant J. Crew has failed to state a claim upon which relief can be granted in its Counterclaims.

## DEMAND FOR JURY TRIAL

12. Plaintiff hereby respectfully requests a jury trial on all issues so triable as set forth in J. Crew's Answer, Defenses and Counterclaims to Plaintiff's Complaint.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

A. That Defendant J. Crew's Counterclaims be dismissed with prejudice;

B. That Defendant J. Crew be ordered to pay attorneys' fees and costs to Plaintiff and any such additional amount that appears reasonable to the Court; and

C. That Plaintiff be awarded such other and further relief as this Court may deem just and equitable.

| | |
|---|---|
| *Of Counsel:* | BLANK ROME LLP |
| | |
| Ronald J. Schutz | By: /s/ Thomas P. Preston |
| Diane L. Simerson | Thomas P. Preston, Esquire |
| Andrea L. Gothing | I.D. No. 2548 |
| Nicole N. Morris | 1201 Market Street, Suite 800 |
| ROBINS, KAPLAN, MILLER & CIRESI, LLP | Wilmington, DE 19801 |
| 2800 LaSalle Plaza | Ph: (302) 425-6478 |
| Minneapolis, MN 55402-2015 | Fax: (302) 425-6464 |
| (612) 349-8500 | |
| | *Attorneys for Plaintiff* |
| Dated: October 21, 2005 | *J. Crew Group, Inc.* |

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 24st day of October, 2005, I electronically served **PLAINTIFF INTERNET MEDIA CORPORATION'S REPLY TO THE ORIGINAL ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS OF DEFENDANT J. CREW GROUP, INC.** upon the following counsel:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
  *Attorneys for Defendant Dell, Inc.*

Cathy L. Reese, Esquire
Paul D. Brown, Esquire
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
  *Attorneys for Defendant Office Depot, Inc.*

Philip A. Rovner, Esquire
Potter, Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
  *Attorneys for Defendants J. C. Penney Company, Inc.,
  Williams-Sonoma, Inc. and J. Crew Group, Inc.*

_____
Thomas P. Preston
I.D. No. 2548

MP3 20153280.1
000351.00601/40157450v.1