IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION           ) | |
|                                      ) | |
| Plaintiff,                           ) | |
|                                      ) | |
| v.                                   ) | C.A. No. 05-633-KAJ |
|                                      ) | |
| DELL, INC.;                          ) | |
| OFFICE DEPOT, INC.;                  ) | **JURY TRIAL DEMANDED** |
| J.C. PENNEY COMPANY, INC.;           ) | |
| WILLIAMS-SONOMA, INC.; and           ) | |
| J. CREW GROUP, INC.                  ) | |
|                                      ) | |
| Defendants.                          ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of David E. Killough of Vinson & Elkins, 2801 Via Fortuna, Suite 100, Austin, TX 78746 to represent defendant Dell, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
  Richard L. Horwitz (#2246)
  David E. Moore (#3983)
  Hercules Plaza, 6th Floor
  1313 N. Market Street
  Wilmington, Delaware 19899-0951
  (302) 984-6000
  rhorwitz@potteranderson.com
  dmoore@potteranderson.com

Dated: November 15, 2005

707610

*Attorneys for Defendant Dell, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____       _____
                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State(s) of California and Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 15, 2005        Signed:   /s/ David E. Killough
                                         David E. Killough
                                         VINSON & ELKINS
                                         2801 Via Fortuna, Suite 100
                                         Austin, TX 78746-7568
                                         Telephone: (512) 542-8400

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 15, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Thomas P. Preston
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, Delaware 19801

Cathy L. Reese
Paul D. Brown
GreenbergTraurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

I hereby certify that on November 15, 2005, I have Federal Expressed the documents to the following non-registered participants:

Ronald J. Schutz
Diane L. Simerson
Andrea L. Gothing
Nicole N. Morris
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Douglas R. Weider
Barry J. Schindler
Michael A. Nicodema
Gaston Kroub
Greenberg Traurig LLP
MetLie Building
200 Park Avenue
New York, NY 10166

James G. Gilliland, Jr.
April E. Abele
Robert G. Litts
Townsend and Townsend and Crew LLP,
Two Embarcadero Center
San Francisco, CA 94111

|     |     |
| --- | --- |
| By: | */s/ David E. Moore* |
|     | Richard L. Horwitz |
|     | David E. Moore |
|     | Potter Anderson & Corroon LLP |
|     | Hercules Plaza, 6th Floor |
|     | 1313 N. Market Street |
|     | Wilmington, DE  19899-0951 |
|     | (302) 984-6000 |
|     | rhorwitz@potteranderson.com |
|     | dmoore@potteranderson.com |

704823