

BLANK ROME LLP
COUNSELORS AT LAW

*Phone:* *(302) 425-6478*
*Fax:* *(302) 425-6464*
*Email:* *preston-t@blankrome.com*

November 17, 2005

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
U.S. District for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Re: **Internet Media Corp. v. Dell, Inc., et al., C.A. No. 05-633-KAJ**

Dear Judge Jordan:

On behalf of all parties, we submit a proposed Rule 16 Scheduling Order and a Chart showing proposed dates by Plaintiff and Defendants, respectively. We hope the latter is helpful to the Court.

We look forward to the conference call in this matter currently scheduled for Monday, November 21, 2005 at 4:00 p.m. (EST).

Respectfully submitted,

Thomas P. Preston
I.D. 2548

TPP:pfc
Enclosures

cc: Richard L. Horwitz, Esquire – by e-filing
David E. Moore, Esquire – by e-filing
Cathy L. Reese, Esquire – by e-filing
Paul D. Brown, Esquire – by e-filing
Philip A. Rovner, Esquire – by e-filing