Internet Media Corp. v. Dell et al.
Civil Action 05-633-KAJ
PROPOSED SCHEDULE

| Scheduling Order Item No. | Event | Plaintiff's Proposed Date | Defendants' Proposed Dates |
|---|---|---|---|
| 1 | Rule 26(a)(a) disclosures | within **10 days** of entry of Scheduling Order | |
| 2 | Joinder of parties | May 1, 2006 | |
|   | Amend the Pleadings | June 1, 2006 | |
| 3(a) | Deposition hours | Fact Discovery: **350** hours per side<br><br>Third-party discovery: **40** hours per side<br><br>Time limit: Seven hour per deposition (Comport with Federal Rules) except the defendants collectively can depose the inventor for 14 hours<br><br>Expert discovery: Seven (7) hours per expert offering a report. To the extent that an expert offers opinions specific to a particular defendant, that defendant shall have an additional **two (2)** hours | Fact and third-party discovery: **150** hours per side for fact and third-party discovery<br><br>Time limit: Comport with Federal Rules except each **party** may depose one (1) fact witness for more than seven (7) hours so long as there is reasonable notice and such deposition will not exceed fourteen (14) hours<br><br>Expert discovery: Seven (7) hours per expert offering a report. To the extent that an expert offers opinions specific to a particular defendant, that defendant shall have an additional **three (3)** hours |

| | | |
|---|---|---|
| 3(c) | Discovery cut-off (includes expert discovery) | January 30, 2007 | Oct. 31, 2006 |
| 3(d) | Rule 26 Expert Reports<br><br>Rebuttal Reports | Nov. 1, 2006<br>(90 days before proposed close of discovery)<br><br>Dec. 1, 2006<br>(60 day before proposed close of discovery)<br><br>*Internet Media's Additional Proposal:* 120 days prior to close of discovery, each side shall provide the other with an identification of each expert witness who intends to opine on issues for which that side bears the burden, along with a CV and a short description of the subject matter of such opinion<br><br>*Internet Media's Additional Proposal:* On or before **August 31, 2006**, each defendant shall serve a list of all prior art on which it relies, and a complete and detailed explanation of what it alleges the prior art shows and how it invalidates the asserted claims | 90 days before proposed close of discovery (**August 2, 2006**, assuming October 31, 2006 discovery cutoff)<br><br>60 day before proposed close of discovery (**September. 1, 2006**, assuming October 31, 2006 discovery cutoff)<br><br>*Defendants' Response to Internet Media's Additional Proposal Re Early Expert Identification:* **DELETE**<br><br>*Defendants' Response to Internet Media's Additional Proposal Re Prior Art Statement:* **DELETE** |
| 4 | Protective Order | Confer and submit proposed order **within 20 days** of entry of Scheduling Order | |
| 7 | Interim Status Report | | June 13, 2006 |

2

| | | | |
|---|---|---|---|
| 8 | Rule 16(a), (b), (c) Status Conference | June 27, 2006 | |
| 9 | Technology Tutorial<br><br>Live Tutorial (focus on technology) | Oct 9, 2006 | March 7, 2006 |
| 10 | Dispositive Motions<br><br>Opening Briefs (including *Daubert* Motions (per paragraph 3(e) of Court's Form Order))<br><br>Answering Briefs<br><br>Reply Briefs | March 30, 2007<br><br>April 30, 2007 (Within 30 days of opening briefs)<br><br>May 14, 2007 (Within 14 days of answering briefs) | March 30, 2007<br><br>April 13, 2007 (per local rules -10 days for answering briefs)<br><br>April 20, 2007 (per local rules – 5 days for reply briefs) |
| 11 | Claim Construction Issue Identification | *Internet Media's Response to Defendants' Proposal re Early claim construction:* **DELETE** | *Defendants' Additional Proposal:* On **Feb. 17, 2006** each side exchanges a list of three (3) claim terms that they believe should be construed for early resolution of the case. Citations limited to the intrinsic record |

3

| 12 | Claim Construction | | |
|---|---|---|---|
| | | | and |
| | | **Sept. 15, 2006** | 150 days before proposed discovery cutoff (**June 4, 2006**, assuming October 31, 2006 discovery cutoff) |
| | | *Internet Media's Response to Defendants' Proposal re early claim construction chart to the Court:* **DELETE** | *Defendants' Additional Proposal:* Submit early claim construction chart to the Court **March 3, 2006** |
| | | *Internet Media's Response to Defendants' Proposal re early claim construction briefing:* **DELETE** | *Defendants' Additional Proposal:* Early claim construction briefing. Simultaneous opening brief: **March 31, 2006** |
| | Joint Claim Construction Chart to the Court | **Feb. 1, 2007** | 120 days before proposed discovery cutoff (**July 3, 2006**, assuming October 31, 2006 discovery cutoff) |
| | Simultaneous Opening Brief | | **February 15, 2007** |

4

| | | within **30 days** of opening brief | |
|---|---|---|---|
| | Simultaneous Reply Briefs | | |
| 13 | Early Hearing on Claim Construction and summary judgment | *Internet Media's Response to Defendants' Proposal re Early claim construction:* **DELETE** | *Defendants' Additional Proposal:* Early claim construction **hearing May 19, 2006** |
| | Hearing on Claim Construction and summary judgment | **June 1, 2007** | **May 8, 2007** |
| 15 | Joint Proposed Final Pretrial Order | **July 2, 2007** | **June 15, 2007** |
| | Pretrial Conference | **July 16, 2007** | **June 23, 2007** |
| 17 | Trial Start Date | **August 6, 2007**, each side having **35 hours** to present its case | **July 16, 2007** each side having **35 hours** to present its case |

5