IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELL, INC.; )<br>OFFICE DEPOT, INC.; )<br>J.C. PENNEY COMPANY, INC.; )<br>WILLIAMS-SONOMA, INC.; and )<br>J. CREW GROUP, INC. )<br>)<br>Defendants. ) | C.A. No. 05-633- KAJ<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Joseph D. Gray and Avelyn M. Ross of Vinson & Elkins, 2801 Via Fortuna, Suite 100, Austin, TX 78746 to represent defendant Dell, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: November 23, 2005

708633

*Attorneys for Defendant Dell, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 23, 2005        Signed: */s/ Joseph D. Gray*
                                                           Joseph D. Gray
                                                           VINSON & ELKINS
                                                           2801 Via Fortuna, Suite 100
                                                           Austin, TX 78746-7568
                                                           Telephone: (512) 542-8400

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State(s) Texas and Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 23, 2005          Signed: /s/ Avelyn M. Ross
                                         Avelyn M. Ross
                                         VINSON & ELKINS
                                         2801 Via Fortuna, Suite 100
                                         Austin, TX 78746-7568
                                         Telephone: (512) 542-8400

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on November 23, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Thomas P. Preston
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, Delaware 19801

Cathy L. Reese
Paul D. Brown
GreenbergTraurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

I hereby certify that on November 23, 2005, I have Federal Expressed the documents to the following non-registered participants:

Ronald J. Schutz
Diane L. Simerson
Andrea L. Gothing
Nicole N. Morris
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Douglas R. Weider
Barry J. Schindler
Michael A. Nicodema
Gaston Kroub
Greenberg Traurig LLP
MetLie Building
200 Park Avenue
New York, NY 10166

2

James G. Gilliland, Jr.
April E. Abele
Robert G. Litts
Townsend and Townsend and Crew LLP,
Two Embarcadero Center
San Francisco, CA 94111

                                 By:   */s/ David E. Moore*
                                        Richard L. Horwitz
                                        David E. Moore
                                        Potter Anderson & Corroon LLP
                                        Hercules Plaza, 6th Floor
                                        1313 N. Market Street
                                        Wilmington, DE  19899-0951
                                        (302) 984-6000
                                        rhorwitz@potteranderson.com
                                        dmoore@potteranderson.com

704823