

**BLANK ROME** LLP
COUNSELORS AT LAW

*Phone:*   *(302) 425-6478*
*Fax:*     *(302) 425-6464*
*Email:*   *preston-t@blankrome.com*

December 6, 2005

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
U.S. District for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

    Re:   <u>Internet Media Corp. v. Dell, Inc., et al.</u>, C.A. No. 05-633-KAJ

Dear Judge Jordan:

    Enclosed is the Scheduling Order pursuant to the Court's Rule 16 scheduling and planning conference, with all of the dates decided at that conference inserted where appropriate. The parties are in agreement as to all dates and language in this Order.

    If the Court has any further questions, please do not hesitate to give me a call.

Respectfully submitted,

Thomas P. Preston
I.D. 2548

TPP:pfc
Enclosures

cc:    Richard L. Horwitz, Esquire – by e-filing    David Killough, Esquire – by e-mail
       David E. Moore, Esquire – by e-filing      Kayla Carter Owens, Esquire – by e-mail
       Cathy L. Reese, Esquire – by e-filing       April E. Abele, Esquire – by e-mail
       Paul D. Brown, Esquire – by e-filing       David H. Herrington, Esquire – by e-mail
       Philip A. Rovner, Esquire – by e-filing