IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>    Plaintiff,<br><br> v.<br><br>DELL, INC.; OFFICE DEPOT, INC.<br>J.C. PENNEY COMPANY, INC.<br>WILLIAMS-SONOMA, INC. and<br>J. CREW GROUP, INC.,<br><br>    Defendants. | Civil Action No. 05-633-KAJ |

## NOTICE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 21st day of December, 2005, I caused to be served upon the following counsel a copy of this Notice and Plaintiff Internet Media Corporation's Initial Rule 26 Disclosures

**BY HAND**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

**BY FIRST-CLASS MAIL**

Willem G. Schuurman, Esquire
David B. Weaver, Esquire
Kristen P. Foster, Esquire
Matthew S. Wermager, Esquire
David Killough, Esquire
Vinson & Elkins L.L.P.
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

**BY HAND**

Cathy L. Reese, Esquire
Paul D. Brown, Esquire
Michael Nicodema, Esquire
Ben Zuckerman, Esquire
Greenberg Traurig, LLP
The NeMours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

**BY FIRST-CLASS MAIL**

Kayla Carter Owens, Esquire
J. C. Penney Corp., Inc.
Plano, Texas 75075

**BY HAND**

Philip A. Rovner, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

**BY FIRST-CLASS MAIL**

James G. Gilliland, Jr., Esquire
Gregory S. Gilchrist, Esquire
April E. Abele, Esquire
Robert G. Litts, Esquire
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

**BY FIRST-CLASS MAIL**

David H. Herrington, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*Of Counsel:*

Ronald J. Schutz
Diane L. Simerson
Andrea L. Gothing
Nicole N. Morris
ROBINS, KAPLAN, MILLER &
CIRESI, LLP
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
(612) 349-8500

Dated: December 21, 2005

BLANK ROME LLP

By: _____/s/ Thomas P. Preston_____
Thomas P. Preston, Esquire
I.D. No. 2548
1201 Market Street, Suite 800
Wilmington, DE 19801
Ph:  (302) 425-6478
Fax: (302) 425-6464

*Attorneys for Plaintiff
Internet Media Corporation*