IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,        )<br>                                                                  )<br>                    Plaintiff,              )<br>                                                                  )<br>        v.                                                       )<br>                                                                  )<br>DELL, INC., OFFICE DEPOT, INC.,       )<br>J.C. PENNEY COMPANY, INC.,            )<br>WILLIAMS-SONOMA, INC., and          )<br>J. CREW GROUP, INC.,                         )<br>                                                                  )<br>                    Defendants.         ) | C.A. No. 05-633-KAJ<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, on December 21, 2005, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

J. C. PENNEY COMPANY, INC.'S INITIAL DISCLOSURES PURSUANT
TO FED. R. CIV. PROC. 26(a)(1)

### BY HAND DELIVERY

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19899

Paul Damon Brown, Esq.
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Richard L. Horwitz, Esq.
Potter Anderson & Corroon LLP
P.O. Box 951
Wilmington, DE 19899

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| James G. Gilliland, Jr.<br>April E. Abele<br>Robert G. Litts<br>Townsend and Townsend and Crew LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111<br>(415) 576-0200<br><br>712352 | By: _____<br>Philip A. Rovner (#3215)<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, Delaware 19899<br>(302) 984-6000<br>E-mail: provner@potteranderson.com<br><br>Attorneys for Defendant<br>J. C. Penney Company, Inc. |

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on December 21, 2005, the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served by hand on the following counsel; and that the document is available for viewing and downloading from CM/ECF.

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19899

Paul Damon Brown, Esq.
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Richard L. Horwitz, Esq.
Potter Anderson & Corroon LLP
P.O. Box 951
Wilmington, DE 19899

                                                               /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

712274