## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-633 (KAJ) |
| ) | |
| DELL, INC., OFFICE DEPOT, INC., ) | |
| J.C. PENNEY COMPANY, INC., ) | **JURY TRIAL DEMANDED** |
| WILLIAMS-SONOMA, INC., and ) | |
| J. CREW GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

The undersigned, counsel for Defendant Dell, Inc., hereby certifies that copies of (1) Defendant Dell, Inc.'s First Set of Interrogatories to Plaintiff; and (2) Defendant Dell, Inc's First Set of Requests For Production to Plaintiff were caused to be served on December 20, 2005 upon the following attorneys of record at the following addresses as indicated:

### VIA FEDERAL EXPRESS

Thomas P. Preston
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, Delaware 19801

Cathy L. Reese
Paul D. Brown
GreenbergTraurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

2

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| David E. Killough<br>David B. Weaver<br>Avelyn M. Ross<br>Kristen P. Foster<br>Matthew S. Wermager<br>VINSON & ELKINS L.L.P.<br>2801 Via Fortuna, Suite 100<br>Austin, Texas 78746-7568<br>Tel.: (512) 542-8400<br><br>Dated: December 21, 2005 | By: */s/ David E. Moore*<br>　　Richard L. Horwitz (#2246)<br>　　David E. Moore (#3983)<br>　　Hercules Plaza, 6th Floor<br>　　1313 N. Market Street<br>　　P.O. Box 951<br>　　Wilmington, Delaware 19899<br>　　Tel. (302) 984-6000<br>　　rhorwitz@potteranderson.com<br>　　dmoore@potteranderson.com<br><br>*Attorneys for Defendant Dell, Inc..* |

712422

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I, David E. Moore, hereby certify that on December 21, 2005, the attached document was hand-delivered and emailed to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Thomas P. Preston<br>Blank Rome LLP<br>Chase Manhattan Centre<br>1201 Market Street, Suite 800<br>Wilmington, Delaware 19801 | Cathy L. Reese<br>Paul D. Brown<br>GreenbergTraurig, LLP<br>The Brandywine Building<br>1000 West Street, Suite 1540<br>Wilmington, DE 19801 |

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

I hereby certify that on December 21, 2005, I have emailed and Federal Expressed the documents to the following non-registered participants:

| | |
|---|---|
| Ronald J. Schutz<br>Diane L. Simerson<br>Andrea L. Gothing<br>Nicole N. Morris<br>Robins, Kaplan, Miller & Ciresi, LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402-2015 | Douglas R. Weider<br>Barry J. Schindler<br>Michael A. Nicodema<br>Gaston Kroub<br>Greenberg Traurig LLP<br>MetLie Building<br>200 Park Avenue<br>New York, NY 10166 |

James G. Gilliland, Jr.
April E. Abele
Robert G. Litts
Townsend and Townsend and Crew LLP,
Two Embarcadero Center
San Francisco, CA 94111

By:   */s/ David E. Moore*
     Richard L. Horwitz
     David E. Moore
     Potter Anderson & Corroon LLP
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE  19899-0951
     (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

704823