**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERNET MEDIA CORPORATION,     )<br>                                            )<br>    Plaintiff,                       )<br>                                              )<br>        v.                            )<br>                                              )<br>DELL, INC., OFFICE DEPOT, INC.,    )<br>J.C. PENNEY COMPANY, INC.,          )<br>WILLIAMS-SONOMA, INC., and       )<br>J. CREW GROUP, INC.,                   )<br>                                              )<br>    Defendants.                    ) | C.A. No. 05-633 (KAJ)<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF SERVICE**

The undersigned, counsel for Defendant Dell, Inc., hereby certifies that copies of Defendant Dell Inc.'s Rule 26(a)(1) Initial Disclosures were caused to be served on December 21, 2005 upon the following attorneys of record at the following addresses as indicated:

**VIA EMAIL AND HAND DELIVERY**

Thomas P. Preston
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, Delaware 19801

Cathy L. Reese
Paul D. Brown
GreenbergTraurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

**VIA EMAIL AND FEDERAL EXPRESS**

| | |
|---|---|
| Ronald J. Schutz | Douglas R. Weider |
| Diane L. Simerson | Barry J. Schindler |
| Andrea L. Gothing | Michael A. Nicodema |
| Nicole N. Morris | Gaston Kroub |
| Robins, Kaplan, Miller & Ciresi, LLP | Greenberg Traurig LLP |
| 2800 LaSalle Plaza | MetLie Building |
| 800 LaSalle Avenue | 200 Park Avenue |
| Minneapolis, MN 55402-2015 | New York, NY 10166 |

James G. Gilliland, Jr.
April E. Abele
Robert G. Litts
Townsend and Townsend and Crew LLP,
Two Embarcadero Center
San Francisco, CA 94111

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| David E. Killough | By: */s/ David E. Moore* |
| David B. Weaver | Richard L. Horwitz (#2246) |
| Avelyn M. Ross | David E. Moore (#3983) |
| Kristen P. Foster | Hercules Plaza, 6th Floor |
| Matthew S. Wermager | 1313 N. Market Street |
| VINSON & ELKINS L.L.P. | P.O. Box 951 |
| 2801 Via Fortuna, Suite 100 | Wilmington, Delaware 19899 |
| Austin, Texas 78746-7568 | Tel. (302) 984-6000 |
| Tel.: (512) 542-8400 | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| Dated: December 21, 2005 | |
| | *Attorneys for Defendant Dell, Inc..* |

712422

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on December 21, 2005, the attached document was hand-delivered and emailed to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Thomas P. Preston | Cathy L. Reese |
| Blank Rome LLP | Paul D. Brown |
| Chase Manhattan Centre | GreenbergTraurig, LLP |
| 1201 Market Street, Suite 800 | The Brandywine Building |
| Wilmington, Delaware 19801 | 1000 West Street, Suite 1540 |
| | Wilmington, DE 19801 |

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

I hereby certify that on December 21, 2005, I have emailed and Federal Expressed the documents to the following non-registered participants:

| | |
|---|---|
| Ronald J. Schutz | Douglas R. Weider |
| Diane L. Simerson | Barry J. Schindler |
| Andrea L. Gothing | Michael A. Nicodema |
| Nicole N. Morris | Gaston Kroub |
| Robins, Kaplan, Miller & Ciresi, LLP | Greenberg Traurig LLP |
| 2800 LaSalle Plaza | MetLie Building |
| 800 LaSalle Avenue | 200 Park Avenue |
| Minneapolis, MN 55402-2015 | New York, NY 10166 |

James G. Gilliland, Jr.
April E. Abele
Robert G. Litts
Townsend and Townsend and Crew LLP,
Two Embarcadero Center
San Francisco, CA 94111

                                  By:   */s/ David E. Moore*
                                           Richard L. Horwitz
                                           David E. Moore
                                           Potter Anderson & Corroon LLP
                                           Hercules Plaza, 6th Floor
                                           1313 N. Market Street
                                           Wilmington, DE  19899-0951
                                           (302) 984-6000
                                           rhorwitz@potteranderson.com
                                           dmoore@potteranderson.com

704823