IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-633 (KAJ) |
| ) | |
| DELL, INC, OFFICE DEPOT, INC., J.C. ) | |
| PENNEY COMPANY, INC., WILLIAMS- ) | |
| SONOMA, INC., J.CREW GROUP, INC. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I, Paul D. Brown, hereby certify that on the 23rd day of December, 2005, I caused to be served upon the following counsel a copy of **Defendant Office Depot Inc.'s First Request for Production to Plaintiff** and **Defendant Office Depot Inc.'s First Set of Interrogatories to Plaintiff** in the manner indicated:

**Via Hand**
Richard L. Horwitz, Esq.
Philip Rovner, Esq.
David E. Moore, Esq.
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

**Via First Class Mail**
Willem G. Schuurman, Esq.
David B. Weaver, Esq.
Kristen P. Foster, Esq.
Matthew S. Wermager, Esq.
David Killough Esq.
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

**Via Hand**
Thomas P. Preston, Esq.
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

**Via First Class Mail**
James G. Gilliland, Jr., Esq.
Gregory S. Gilchrist, Esq.
April E. Abele, Esq.
Robert G. Litts, Esq.
TOWNSEND AND TOWNSEND AND
   CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

**Via First Class Mail**
Ronald J. Schutz, Esq.
Diane L. Simerson, Esq.
Andrea L. Gothing, Esq.
Nicole N. Morris, Esq.
ROBINS KAPLAN MILLER & CIRESI LLP
2800 LaSalle Plaza
Minneapolis, MN 55402-2015

**Via First Class Mail**
Christine A. Amatruda, Esq.
WILLIAMS-SONOMA, INC.
Legal Department
3250 Van Ness Avenue
San Francisco, CA 94109

GREENBERG TRAURIG LLP

By: _____
Cathy L. Reese (#2838)
Paul D. Brown (#3903)
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

and

Michael A. Nicodema
Barry J. Schindler
Douglas Weider
Gaston Kroub
200 Park Avenue
New York, NY 10166
(212) 801-2100

Attorneys for Defendant
OFFICE DEPOT, INC.

## CERTIFICATE OF SERVICE

I, Paul D. Brown, hereby certify that the I caused to be served on the 23rd day of December, 2005 **Notice of Service** upon the following in the manner indicated.

**Via Hand**
Richard L. Horwitz, Esq.
Philip A. Rovner, Esq.
David E. Moore, Esq.
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

**Via Hand**
Thomas P. Preston, Esq.
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

**Via First Class Mail**
Ronald J. Schutz, Esq.
Diane L. Simerson, Esq.
Andrea L. Gothing, Esq.
Nicole N. Morris, Esq.
ROBINS KAPLAN MILLER & CIRESI LLP
2800 LaSalle Plaza
Minneapolis, MN 55402-2015

**Via First Class Mail**
Willem G. Schuurman, Esq.
David B. Weaver, Esq.
Kristen P. Foster, Esq.
Matthew S. Wermager, Esq.
David Killough Esq.
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

**Via First Class Mail**
James G. Gilliland, Jr., Esq.
Gregory S. Gilchrist, Esq.
April E. Abele, Esq.
Robert G. Litts, Esq.
TOWNSEND AND TOWNSEND AND
   CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

**Via First Class Mail**
Christine A. Amatruda, Esq.
WILLIAMS-SONOMA, INC.
Legal Department
3250 Van Ness Avenue
San Francisco, CA 94109

Paul D. Brown (#3903)

DEL-FS1\152673v01