IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DELL, INC., OFFICE DEPOT, INC., ) <br> J.C. PENNEY COMPANY, INC., ) <br> WILLIAMS-SONOMA, INC., and ) <br> J. CREW GROUP, INC., ) <br> ) <br> Defendants. ) | C.A. No. 05-633-KAJ <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, on January 5, 2006, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

1. Defendant J.C. Penney Company, Inc's First Set of Interrogatories [Nos. 1-10] to Plaintiff Internet Media Corporation; and

2. Defendant J.C. Penney Company, Inc's First Set of Requests for Production of Documents [Nos. 1-43] to Plaintiff Internet Media Corporation.

### VIA HAND DELIVERY

Thomas P. Preston, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

Paul Damon Brown, Esquire
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE  19801

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
P.O. Box 951
Wilmington, DE  19801

**VIA FEDERAL EXPRESS DELIVERY**

Ronald J. Schutz, Esquire
Diane L. Simerson, Esquire
Andrea L. Gothing, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

                              POTTER ANDERSON & CORROON LLP

OF COUNSEL:

| | |
|---|---|
| James G. Gilliland, Jr., Esquire | By: /s/ Philip A. Rovner |
| April E. Abele, Esquire |     Philip A. Rovner (#3215) |
| Robert G. Litts, Esquire |     Hercules Plaza, 6th Floor |
| Townsend and Townsend and Crew LLP |     P.O. Box 951 |
| Two Embarcadero Center, 8th Floor |     Wilmington, Delaware 19899 |
| San Francisco, California 94111 |     (302) 984-6000 |
| (415) 576-0200 |     E-mail: provner@potteranderson.com |
| | |
| Dated: January 6, 2006 | Attorneys for Defendant |
| | J. C. Penney Company, Inc. |

713716v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on January 6, 2006, the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served as indicated on the following counsel; and that the document is available for viewing and downloading from CM/ECF.

**VIA HAND DELIVERY**

Thomas P. Preston, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Paul Damon Brown, Esquire
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
P.O. Box 951
Wilmington, DE 19801

**VIA FEDERAL EXPRESS DELIVERY**

Ronald J. Schutz, Esquire
Diane L. Simerson, Esquire
Andrea L. Gothing, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

    /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

713722v1