## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNET MEDIA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-633 (KAJ) |
| | ) | |
| DELL, INC, OFFICE DEPOT, INC., | ) | |
| J.C. PENNEY COMPANY, INC., | ) | |
| J. CREW GROUP, INC. | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF ENTRY OF APPEARANCE

Please take notice that Greenberg Traurig, LLP hereby enters its appearance on

behalf of defendant, Office Depot, Inc.

**GREENBERG TRAURIG, LLP**

Titania R. Mack (#4120)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
Attorneys for Defendant Office Depot, Inc.

Dated: January 6, 2006

DEL-FS1\148473v02

## Certificate of Service

I, Titania R. Mack, certify that on January 6, 2006 a copy of the **Notice of Entry**

**of Appearance** was served via electronic service through ECF upon the following:

Thomas P. Preston, Esq.
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE  19801-4226

David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE  19899-0951

Philip A.Rovner, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE  19899-0951

Richard L. Horwitz, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE  19899-0951

Titania R. Mack (#4120)