IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| INTERNET MEDIA CORPORATION, | ) |
|---|---|
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 05-633 (KAJ) ) |
| DELL, INC, OFFICE DEPOT, INC., J.C. PENNEY COMPANY, INC., J. CREW GROUP, INC. | ) ) ) ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that Paul D. Brown hereby withdraws his appearance on behalf of defendant, Office Depot, Inc.

GREENBERG TRAURIG, LLP

_____
Paul D. Brown (#3903)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

Dated: January 6, 2006

DEL-FS1\153021v01

## Certificate of Service

I, Paul D. Brown, certify that on January 6, 2006 a copy of the **Notice of Withdrawal of Appearance** was served via electronic service through ECF upon the following:

Thomas P. Preston, Esq.
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801-4226

David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19899-0951

Philip A. Rovner, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19899-0951

Richard L. Horwitz, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19899-0951

_____
Paul D. Brown (#3903)

DEL-FS1\153021v01