IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DELL, INC, OFFICE DEPOT, INC., ) <br> J.C. PENNEY COMPANY, INC., ) <br> J. CREW GROUP, INC. ) <br> ) <br> Defendants. ) | Civil Action No. 05-633 (KAJ) |

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that Cathy L. Reese hereby enters her appearance on behalf of defendant, Office Depot, Inc.

GREENBERG TRAURIG, LLP

_/s/ Cathy L. Reese_
Cathy L. Reese (#2838)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
Attorneys for Defendant Office Depot, Inc.

Dated: January 6, 2006

DEL-FS1\148473v02