## Certificate of Service

I, Cathy L. Reese, certify that on January 6, 2006 a copy of the **Notice of Entry of Appearance** was served via electronic service through ECF upon the following:

Thomas P. Preston, Esq.
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801-4226

David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19899-0951

Philip A. Rovner, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19899-0951

Richard L. Horwitz, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19899-0951

_____
Cathy L. Reese (#2838)