IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC.; OFFICE DEPOT, INC.<br>J.C. PENNEY COMPANY, INC.<br>WILLIAMS-SONOMA, INC. and<br>J. CREW GROUP, INC.,<br><br>Defendants. | Civil Action No. 05-633-KAJ |

## NOTICE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 23rd day of January, 2006, I caused to be served upon the following counsel a copy of this Notice and (1) Plaintiff Internet Media Corporation's Response to Defendant Office Depot, Inc.'s First Set of Interrogatories; (2) Plaintiff Internet Media Corporation's Responses to Defendant Office Depot, Inc.'s First Set of Requests For Production and Things; (3) Plaintiff Internet Media Corporation's Response to Dell, Inc.'s First Set of Interrogatories; and (4) Plaintiff Internet Media Corporation's Response to Dell, Inc.'s First Set of Requests For Documents and Things.

| **BY HAND** | **BY FEDERAL EXPRESS** |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899-0951 | Willem G. Schuurman, Esquire<br>David B. Weaver, Esquire<br>Kristen P. Foster, Esquire<br>Matthew S. Wermager, Esquire<br>David Killough, Esquire<br>Vinson & Elkins L.L.P.<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746-7568 |

| | |
|---|---|
| **BY HAND** | **BY FIRST-CLASS MAIL** |
| Cathy L. Reese, Esquire<br>Titania R. Mack, Esquire<br>Michael Nicodema, Esquire<br>Ben Zuckerman, Esquire<br>Greenberg Traurig, LLP<br>The NeMours Building<br>1007 N. Orange Street, Suite 1200<br>Wilmington, DE 19801 | Kayla Carter Owens, Esquire<br>J. C. Penney Corp., Inc.<br>Plano, Texas 75075 |
| **BY HAND** | **BY FEDERAL EXPRESS** |
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | James G. Gilliland, Jr., Esquire<br>Gregory S. Gilchrist, Esquire<br>April E. Abele, Esquire<br>Robert G. Litts, Esquire<br>Townsend and Townsend and Crew LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111 |

*Of Counsel:*

Ronald J. Schutz
Diane L. Simerson
Andrea L. Gothing
Nicole N. Morris
ROBINS, KAPLAN, MILLER &
CIRESI, LLP
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
(612) 349-8500

Dated: January 23, 2006

BLANK ROME LLP

       */s/ Thomas P. Preston*
By: _____
    Thomas P. Preston, Esquire
    I.D. No. 2548
    1201 Market Street, Suite 800
    Wilmington, DE 19801
    Ph:  (302) 425-6478
    Fax: (302) 425-6464

    *Attorneys for Plaintiff*
    *Internet Media Corporation*