IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC., OFFICE DEPOT, INC., J.C. PENNEY COMPANY, INC., WILLIAMS-SONOMA, INC., J. CREW GROUP, INC.<br><br>Defendants. | Civil Action No. 05-633 (KAJ) |

## NOTICE OF SERVICE

I, Cathy L. Reese, hereby certify that on the 25th day of January, 2006, I caused to be served upon the following counsel in the matter indicated a copy of this Notice and (1) Defendant Office Depot, Inc.'s Responses to Plaintiff's First Set of Interrogatories and (2) Defendant Office Depot, Inc.'s Objections and Responses to Plaintiff's First Set of Requests for Documents and Things.

**VIA HAND**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

**VIA FEDERAL EXPRESS**
Willem G. Schuurman, Esq.
David B. Weaver, Esq.
Kristen P. Foster Esq.
Matthew S. Wermager, Esq.
David Killough, Esq.
Vinson & Elkins LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

| | |
|---|---|
| **VIA HAND**<br>Philip A. Rovner, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899-0951 | **VIA FEDERAL EXPRESS**<br>James G. Gilliland, Jr., Esq.<br>Gregory S. Gilchrist, Esq.<br>April E. Abele, Esq.<br>Robert G. Litts, Esq.<br>Townsend and Townsend and Crew LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111 |
| **VIA HAND**<br>Thomas P. Preston, Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | **VIA FEDERAL EXPRESS**<br>Ronald J. Schutz, Esq.<br>Diane L. Simerson, Esq.<br>Andrea L. Gothing, Esq.<br>Nicole N. Morris, Esq.<br>Robins, Kaplan, Miller & Ciresi LLP<br>2800 LaSalle Plaza<br>Minneapolis, MN 55402-2015 |

Dated: January 25, 2006

By: /s/ Cathy L. Reese
Cathy L. Reese (#2838)
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington DE 19801
Tel.: (302) 661-7000
Fax: (302) 661-7360

Michael A. Nicodema (*admitted pro hac vice*)
200 Campus Drive
Florham Park, NJ 07932-0677
Tel.: (973) 360-7932
Fax: (973) 301-8410

*Attorneys for Defendant Office Depot, Inc.*

DEL-FS1\153653v01