IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTERNET MEDIA CORPORATION,        )
                                   )
                    Plaintiff,     )
                                   )
            v.                     )    C.A. No. 05-633-KAJ
                                   )
DELL, INC., OFFICE DEPOT, INC.,    )
J.C. PENNEY COMPANY, INC.,         )
WILLIAMS-SONOMA, INC., and         )
J. CREW GROUP, INC.,               )
                                   )
                    Defendants.    )

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, on January 25, 2006, true and correct copies of the

following documents were served on the following counsel of record at the addresses and in the

manner indicated:

J. C. PENNEY COMPANY, INC.'S RESPONSE TO PLAINTIFF'S FIRST SET OF
REQUESTS FOR DOCUMENTS AND THINGS

J. C. PENNEY COMPANY, INC.'S RESPONSES TO PLAINTIFF'S FIRST SET OF
INTERROGATORIES

## BY HAND DELIVERY

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19899

Cathy L. Reese, Esq
Titania R. Mack, Esq.
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Richard L. Horwitz, Esq.
Potter Anderson & Corroon LLP
P.O. Box 951
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Ronald J. Schutz, Esq.
Diane L. Simerson, Esq.
Andrea L. Gothing, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James G. Gilliland, Jr.                           By: /s/ Philip A. Rovner
April E. Abele                                         Philip A. Rovner (#3215)
Robert G. Litts                                        Hercules Plaza, 6th Floor
Townsend and Townsend and Crew LLP                     P.O. Box 951
Two Embarcadero Center, 8th Floor                      Wilmington, Delaware  19899
San Francisco, California  94111                       (302) 984-6000
(415) 576-0200                                         E-mail: provner@potteranderson.com

Dated:  January 25, 2006                          Attorneys for Defendant
                                                  J. C. Penney Company, Inc.
716833

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on January 25, 2006, the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served as indicated on the following counsel; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Cathy L. Reese, Esq.
Titania R. Mack, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

Richard L. Horwitz, Esq.
Potter Anderson & Corroon LLP
P.O. Box 951
Wilmington, DE 19899

### BY FEDERAL EXPRESS

Ronald J. Schutz, Esq.
Diane L. Simerson, Esq.
Andrea L. Gothing, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

_____/s/ Philip A. Rovner_____
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

713722v1