# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-633 (KAJ) |
| ) | |
| DELL, INC., OFFICE DEPOT, INC., ) | |
| J.C. PENNEY COMPANY, INC., ) | **JURY TRIAL DEMANDED** |
| WILLIAMS-SONOMA, INC., and ) | |
| J. CREW GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Dell, Inc., hereby certifies that copies of Dell, Inc.'s Responses and Objections to Internet Media Corporation's First Set of Requests to Dell, Inc. for the Production of Documents and Things (Nos. 1-58) were caused to be served on January 25, 2006 upon the following attorneys of record at the following addresses as indicated:

## VIA HAND DELIVERY

Thomas P. Preston
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, Delaware 19801

Cathy L. Reese
GreenbergTraurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Ronald J. Schutz | Douglas R. Weider |
| Diane L. Simerson | Barry J. Schindler |
| Andrea L. Gothing | Michael A. Nicodema |
| Nicole N. Morris | Gaston Kroub |
| Robins, Kaplan, Miller & Ciresi, LLP | Greenberg Traurig LLP |
| 2800 LaSalle Plaza | MetLie Building |
| 800 LaSalle Avenue | 200 Park Avenue |
| Minneapolis, MN 55402-2015 | New York, NY 10166 |

James G. Gilliland, Jr.
April E. Abele
Robert G. Litts
Townsend and Townsend and Crew LLP
Two Embarcadero Center
San Francisco, CA 94111


                                                            POTTER ANDERSON & CORROON LLP

OF COUNSEL:

David E. Killough                          By:  /s/ David E. Moore
David B. Weaver                                   Richard L. Horwitz (#2246)
Avelyn M. Ross                                    David E. Moore (#3983)
Kristen P. Foster                                 Hercules Plaza, 6th Floor
Matthew S. Wermager                               1313 N. Market Street
VINSON & ELKINS L.L.P.                            P.O. Box 951
2801 Via Fortuna, Suite 100                       Wilmington, Delaware 19899
Austin, Texas 78746-7568                          Tel. (302) 984-6000
Tel.: (512) 542-8400                              rhorwitz@potteranderson.com
                                                  dmoore@potteranderson.com
Dated: January 25, 2006
                                           *Attorneys for Defendant Dell, Inc..*

716905

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 25, 2006, a true and correct copy of the within document was caused to be served on the following counsel of record, in the manner indicated below:

**VIA HAND DELIVERY**

Thomas P. Preston
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, Delaware 19801

Cathy L. Reese
GreenbergTraurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

**VIA FEDERAL EXPRESS**

Ronald J. Schutz
Diane L. Simerson
Andrea L. Gothing
Nicole N. Morris
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Douglas R. Weider
Barry J. Schindler
Michael A. Nicodema
Gaston Kroub
Greenberg Traurig LLP
MetLie Building
200 Park Avenue
New York, NY  10166

James G. Gilliland, Jr.
April E. Abele
Robert G. Litts
Townsend and Townsend and Crew LLP
Two Embarcadero Center
San Francisco, CA 94111

　　　　　　　　　　　　　　　　　　　　　　　  /s/ David E. Moore
　　　　　　　　　　　　　　　　　　　　　　　David E. Moore

712433