IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>DELL, INC.,<br>OFFICE DEPOT, INC.,<br>J.C. PENNEY COMPANY, INC.,<br>WILLIAMS-SONOMA, INC.,<br>J. CREW GROUP, INC.<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-633-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of Busola A. Akinwale to represent Plaintiff Internet Media Corporation in this matter.

BLANK ROME LLP

By: _____
Thomas P. Preston, Esquire
I.D. No. 2548
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone:  (302) 425-6478
Fax:     (302) 425-6464\

*Attorneys for Plaintiff*
*Internet Media Corporation*

January 26, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

     Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 1/18/06                    Signed: _____
                                              Busola A. Akinwale
                                              ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                              2800 LaSalle Plaza
                                              800 LaSalle Avenue
                                              Minneapolis, MN 55402-2015
                                              (612) 349-8500

MP3 20164765.1

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 26th day of January, 2006, I electronically served the foregoing **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF BUSOLA A. AKINWALE** upon the following counsel:

| BY HAND | BY FEDERAL EXPRESS |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899-0951 | Willem G. Schuurman, Esquire<br>David B. Weaver, Esquire<br>Kristen P. Foster, Esquire<br>Matthew S. Wermager, Esquire<br>David Killough, Esquire<br>Vinson & Elkins L.L.P.<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746-7568 |
| **BY HAND** | **BY FIRST-CLASS MAIL** |
| Cathy L. Reese, Esquire<br>Titania R. Mack, Esquire<br>Michael Nicodema, Esquire<br>Ben Zuckerman, Esquire<br>Greenberg Traurig, LLP<br>The NeMours Building<br>1007 N. Orange Street, Suite 1200<br>Wilmington, DE 19801 | Kayla Carter Owens, Esquire<br>J. C. Penney Corp., Inc.<br>Plano, Texas 75075 |
| **BY HAND** | **BY FEDERAL EXPRESS** |
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | James G. Gilliland, Jr., Esquire<br>Gregory S. Gilchrist, Esquire<br>April E. Abele, Esquire<br>Robert G. Litts, Esquire<br>Townsend and Townsend and Crew LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111 |

*Of Counsel:*

Ronald J. Schutz
Diane L. Simerson
Andrea L. Gothing
Nicole N. Morris
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
(612) 349-8500

Dated:  January 26, 2006

BLANK ROME LLP

By: _____
Thomas P. Preston, Esquire
I.D. No. 2548
1201 Market Street, Suite 800
Wilmington, DE 19801
Ph:(302)425-6478
Fax:  (302) 425-6464

*Attorneys for Plaintiff*
*Internet Media Corporation*