IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DELL, INC.,<br>OFFICE DEPOT, INC.,<br>J.C. PENNEY COMPANY, INC.,<br>WILLIAMS-SONOMA, INC., and<br>J. CREW GROUP, INC.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-633-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PROPOSED ORDER

IT IS HEREBY ORDERED that counsel's Motion For Admission *Pro Hac Vice* of Michael A. Collyard is GRANTED.

Date: _____　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District Judge