IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC.; OFFICE DEPOT, INC.<br>J.C. PENNEY COMPANY, INC.<br>WILLIAMS-SONOMA, INC. and<br>J. CREW GROUP, INC.,<br><br>Defendants. | Civil Action No. 05-633-KAJ |

## NOTICE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 3rd day of February, 2006, I caused to be served upon the following counsel a copy of this Notice and Plaintiff's (1) Responses to Williams-Sonoma, Inc.'s First Set of Requests For Production of Documents [Nos. 1-43]; (2) Responses to Defendant J.C. Penney Company's, Inc.'s First Set of Requests For Production of Documents [Nos. 1-43]; (3) Responses to Defendant J. Crew Group, Inc.'s First Set of Requests for Production of Documents [Nos. 1-43]; (4) Answers to Defendant William-Sonoma, Inc.'s First Set of Interrogatories [Nos. 1-10]; (5) Answers to Defendant J.C. Penney Company, Inc.' First Set of Interrogatories [Nos. 1-10]; and (6) Answers to Defendant J. Crew Group, Inc.'s First Set of Interrogatories [Nos. 1-10].

**BY HAND**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

Willem G. Schuurman, Esquire
David B. Weaver, Esquire
Kristen P. Foster, Esquire
Matthew S. Wermager, Esquire
David Killough, Esquire
Vinson & Elkins L.L.P.
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

**BY HAND**

Cathy L. Reese, Esquire
Titania R. Mack, Esquire
Michael Nicodema, Esquire
Ben Zuckerman, Esquire
Greenberg Traurig, LLP
The NeMours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

**BY HAND**

Philip A. Rovner, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

*Of Counsel:*

Ronald J. Schutz
Diane L. Simerson
Andrea L. Gothing
Nicole N. Morris
ROBINS, KAPLAN, MILLER &
CIRESI, LLP
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
(612) 349-8500

Dated: February 3, 2006

**BY FIRST-CLASS MAIL**

Kayla Carter Owens, Esquire
J. C. Penney Corp., Inc.
Plano, Texas 75075

**BY FEDERAL EXPRESS**

James G. Gilliland, Jr., Esquire
Gregory S. Gilchrist, Esquire
April E. Abele, Esquire
Robert G. Litts, Esquire
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

BLANK ROME LLP

By: ___*/s/ Thomas P. Preston*___
    Thomas P. Preston, Esquire
    I.D. No. 2548
    1201 Market Street, Suite 800
    Wilmington, DE 19801
    Ph:  (302) 425-6478
    Fax: (302) 425-6464

*Attorneys for Plaintiff*
*Internet Media Corporation*