IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>                Plaintiff,<br><br>    v.<br><br>DELL, INC., OFFICE DEPOT, INC., J.C. PENNEY COMPANY, INC., WILLIAMS-SONOMA, INC., J. CREW GROUP, INC.<br><br>                Defendants. | Civil Action No. 05-633 (KAJ) |

## NOTICE OF SERVICE

I, Cathy L. Reese, hereby certify that on the 15th day of February, 2006, I caused to be served upon the following counsel in the matter indicated a copy of this Notice and Defendant Office Depot, Inc.'s Second Set of Interrogatories to Plaintiff.

**VIA HAND**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899-0951

**VIA FEDERAL EXPRESS**
Willem G. Schuurman, Esq.
David B. Weaver, Esq.
Kristen P. Foster Esq.
Matthew S. Wermager, Esq.
David Killough, Esq.
Vinson & Elkins LLP
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568

| | |
|---|---|
| **VIA HAND**<br>Philip A. Rovner, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899-0951 | **VIA FEDERAL EXPRESS**<br>James G. Gilliland, Jr., Esq.<br>Gregory S. Gilchrist, Esq.<br>April E. Abele, Esq.<br>Robert G. Litts, Esq.<br>Townsend and Townsend and Crew LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111 |
| **VIA HAND**<br>Thomas P. Preston, Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | **VIA FEDERAL EXPRESS**<br>Ronald J. Schutz, Esq.<br>Diane L. Simerson, Esq.<br>Andrea L. Gothing, Esq.<br>Nicole N. Morris, Esq.<br>Robins, Kaplan, Miller & Ciresi LLP<br>2800 LaSalle Plaza<br>Minneapolis, MN 55402-2015 |

Dated: February 15, 2006

By: /s/ Cathy L. Reese
Cathy L. Reese (#2838)
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington DE 19801
Tel.: (302) 661-7000
Fax: (302) 661-7360

Michael A. Nicodema
Gaston Kroub
GREENBERG TRAURIG LLP
200 Park Ave.
New York, New York 10166
(212) 801-2100

*Attorneys for Defendant Office Depot, Inc.*

DEL-FS1\154392v01