IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v., )<br>)<br>DELL, INC., )<br>OFFICE DEPOT, INC., )<br>J.C. PENNEY COMPANY, INC., )<br>WILLIAMS-SONOMA, INC., )<br>J. CREW GROUP, INC. )<br>)<br>Defendants. ) | Civil Action No. 05-633-KAJ |

### NOTICE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 16th day of February, 2006, I caused to be served upon the following counsel a copy of this Notice and Plaintiff's Supplemental Response to Defendant Office Depot, Inc.'s Interrogatory Nos. 1, 2 and 4.

**BY HAND**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

Willem G. Schuurman, Esquire
David B. Weaver, Esquire
Kristen P. Foster, Esquire
Matthew S. Wermager, Esquire
David Killough, Esquire
Vinson & Elkins L.L.P.
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

| | |
|---|---|
| **BY HAND** | **BY FIRST-CLASS MAIL** |
| Cathy L. Reese, Esquire<br>Titania R. Mack, Esquire<br>Michael Nicodema, Esquire<br>Ben Zuckerman, Esquire<br>Greenberg Traurig, LLP<br>The NeMours Building<br>1007 N. Orange Street, Suite 1200<br>Wilmington, DE 19801 | Kayla Carter Owens, Esquire<br>J. C. Penney Corp., Inc.<br>Plano, Texas 75075 |
| **BY HAND** | **BY FEDERAL EXPRESS** |
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | James G. Gilliland, Jr., Esquire<br>Gregory S. Gilchrist, Esquire<br>April E. Abele, Esquire<br>Robert G. Litts, Esquire<br>Townsend and Townsend and Crew LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111 |

*Of Counsel:*

Ronald J. Schutz
Diane L. Simerson
Andrea L. Gothing
Nicole N. Morris
ROBINS, KAPLAN, MILLER &
CIRESI, LLP
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
(612) 349-8500

Dated: February 16, 2006

BLANK ROME LLP

By: */s/ Thomas P. Preston*
   Thomas P. Preston, Esquire
   I.D. No. 2548
   1201 Market Street, Suite 800
   Wilmington, DE 19801
   Ph:  (302) 425-6478
   Fax: (302) 425-6464

*Attorneys for Plaintiff*
*Internet Media Corporation*