IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-633-KAJ |
| | ) |
| DELL, INC., | ) |
| OFFICE DEPOT, INC., | ) |
| J.C. PENNEY COMPANY, INC., | ) |
| WILLIAMS-SONOMA, INC., | ) |
| J. CREW GROUP, INC. | ) |
| | ) |
| Defendants. | |

## PLAINTIFF INTERNET MEDIA CORPORATION'S
## MOTION FOR LEAVE TO AMEND ITS COMPLAINT

Internet Media respectfully moves this Court under Federal Rule of Civil Procedure 15(a) to amend its Complaint for patent infringement against Dell, Inc., Office Depot, Inc., J.C. Penney Company, Inc., Williams-Sonoma, Inc., and J. Crew Group, Inc. The grounds for this motion are fully set forth in the Memorandum of Law filed herewith.

Pursuant to District of Delaware Local Rule 15.1, attached to this motion are the Amended Complaint (Exh. A), as well as a redlined form of the Amended Complaint indicating in what respect it differs from the original Complaint (Exh. B).

MP3 20167211.1
000351.00601/40160206v.1

<table>
<tr><td>

*Of Counsel:*

Ronald J. Schutz
Diane L. Simerson
Michael A. Collyard
Andrea L. Gothing
Busola A. Akinwale
ROBINS, KAPLAN, MILLER &
CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

Dated: March 1, 2006

</td><td>

BLANK ROME LLP

*/s/ Thomas P. Preston*

Thomas P. Preston, Esquire
I.D. No. 2548
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
Ph: (302) 425-6478
Fax: (302) 425-6464
*Attorneys for Plaintiff*

</td></tr>
</table>