**EXHIBIT 25**

Case 1:05-cv-00633-SLR    Document 81-6    Filed 03/01/2006    Page 2 of 8



**EXHIBIT 26**

**EXHIBIT 26**

# We Carry All Your Digital Photo Needs

**$179.99** Plus FREE $15 Gift Card Instantly!
With purchase. Gift Card good toward next purchase. Available in store only.

5.0 MP 1.6" LCD

**KODAK® EasyShare C340 5.0-Megapixel Digital Camera**
- Kodak Retinar 3x optical/5x digital zoom
- Accepts Secure Digital™/MultiMediaCard™ 279-392

Simulated screen enhanced to show details.



**SAVE $50**
99.99 Regular Price
−20.00 Instant Savings
79.99 In Store Price
−20.00 Mfr Mail-In Rebate
−10.00 OD Mail-In Rebate
**$49.99** After Instant Savings & Mail-In Rebates
PNY 1GB Secure Digital™ Memory Card 957-752

**SAVE $40**
89.99 Regular Price
−20.00 Instant Savings
69.99 In Store Price
−20.00 Mfr Mail-In Rebate
**$49.99** After Instant Savings & Mail-In Rebate
PNY 512MB xD-Picture Card 895-880

**$199.99** Plus FREE $20 Gift Card Instantly!
With purchase. Gift Card good toward next purchase. Available in store only.

5.0 MP 1.5" LCD



**OLYMPUS® FE-110 5.0-Megapixel Digital Camera**
- 2.8x optical/11x digital zoom
- Accepts xD-Picture Cards™ 272-528

Simulated screen enhanced to show details.

**$329.99** Plus FREE $30 Gift Card Instantly!
With purchase. Gift Card good toward next purchase. Available in store only.

7 MP 1.8" LCD



**NIKON® Coolpix 7600 7-Megapixel Digital Camera**
- 3x optical/4x digital zoom
- TV/VCR direct connect for viewing slideshows
- Accepts Secure Digital™ cards 821-992

Simulated screen enhanced to show details.

**SAVE $100**
**$299.99**

5.1 MP 2.5" LCD



**NIKON® Coolpix P2 5.1-Megapixel Digital Camera**
- Built-in Wi-Fi
- 3.5x optical/4x digital zoom
- Accepts Secure Digital™ media cards
286-928 Reg. $399.99

Simulated screen enhanced to show details.

**$299.99** Plus FREE $30 Gift Card Instantly!
With purchase. Gift Card good toward next purchase. Available in store only.

6.0 MP 2.5" LCD



**OLYMPUS® Stylus 600 6.0-Megapixel Digital Camera**
- 3x optical zoom
- Accepts xD-Picture Cards™ 266-504

Simulated screen enhanced to show details.

---

**BUY 1 GET 1 FREE*** — T·Mobile
With 1-year activation of any family rate plan

**SAVE $349.99 FOR 2**
499.98 Regular Price for 2
−249.99 Instant Savings on 2
249.99 In Store Price for 2
−100.00 Mail-In Rebate
**$149.99** After Instant Savings & Mail-In Rebate

**T-MOBILE® RAZR Wireless Phone by Motorola®**
- Built-In VGA camera
- Long-range Bluetooth®-enabled
- Thin & sleek!
Model V3 298-184



*Subject to credit approval. Activation and termination fees apply. Additional restrictions apply. See printed materials and T-Mobile's Terms and Conditions, viewable at www.t-mobile.com, for details. Limited time offer and subject to change without notice. T-Mobile is a registered trademark of Deutsche Telekom AG. © 2005 T-Mobile USA, Inc.
Phones and services not available in all locations.
Offer available in store only.   Simulated screen enhanced to show details.

**BUY 1 GET 1 FREE**** — Sprint
Same item only. **With 2-year service agreement on each phone.

**SAVE $389.99 FOR 2**
439.98 Regular Price for 2
−300.00 Instant Savings on 2
−40.00 OD Instant Savings on 2
99.98 In Store Price for 2
−49.99 Mfr Mail-In Rebate
**$49.99** After Instant Savings & Mail-In Rebate

**SPRINT® Flip-Top Wireless Phone by Samsung**
- Built-In VGA camera
- Send e-mails & wireless postcards
- Supports voice messaging
Model PM-A840 224-964

Sprint Nextel Offer Information:
** Offer requires activation of two new lines of service with a two-year subscriber agreement on each phone. Offer ends 2/18/06. Not available in all markets. Phones subject to availability. Subject to credit. Restrictions apply. Rebate: Requires purchase by 02/18/06 with activation by 02/18/06. Account must be active account for 30 consecutive days. Rebate capped at purchase price. Phones must be purchased in one transaction. $36 activation and $150 termination fees apply. See printed material in-store for details.
Phones and services not available in all locations.
Offer available in store only.   Simulated screen enhanced to show details.

---

## Enhance your digital music experience

**SAVE $10** — **$29.99**

NEW! iSnug™ iPod® Case Kit
517-669 Reg. $39.99
iPod sold separately.

**SAVE $10** — **$69.99**

NEW! Stereo Dock For iPod®
518-796 Reg. $79.99
iPod sold separately.

**SAVE $10** — **$39.99**
NEW! iTrip® FM Transmitter with LCD for iPod®
572-556 Reg. $49.99

**$199.99** Plus FREE $20 Gift Card Instantly!
With purchase. Gift Card good toward next purchase. Available in store only.

PLAYS MP3s



**PALM® Tungsten™ E2**
- Wireless Bluetooth®-enabled
- Accepts Secure Digital™ media card
- View photos/videos, play MP3s
- 320 x 320 color screen resolution
964-632

Simulated screen enhanced to show details.

**$299.99** Plus FREE $30 Gift Card Instantly!
With purchase. Gift Card good toward next purchase. Available in store only.

2.2" LCD



**iRiver H10 20GB Portable Digital Player**
- Can hold 600 hours' worth of digital music
- Supports 3-D audio via SRS WOW
Model H10 20GB 314-624

While supplies last. Simulated screen enhanced to show details.

---

**EXHIBIT 27**

Screenshot of Office Depot website (www.officedepot.com) displayed in Microsoft Internet Explorer. The page shows the Google toolbar with search term "minnesota attorney", main navigation (Home, En Español, Technology, Tech Depot, Business Center, Ink Depot), a search box with "286-928", and a President's Day Technology Sale promotion ($399.99 After Mail-in Rebates 23" LCD TV Monitor, Regular Price $699.99).

Left sidebar — Shopping Cart: 0 Item(s) in Cart, Subtotal: $0.00; "Add $50.00 more for FREE Next Business Day Delivery"; View Cart | Check Out. Shopping Tools: Find Printer Supplies, Manufacturer, Find a Store, Order by Item #, Order Tracking, My Account, My Shopping Lists, Request a Catalog, Apply for Credit Card, Advantage Program, Buyer's Edge. Promo: $9.99 After Instant Savings & Mail-in Rebate MOTOROLA Cordless.

Center — Office Supplies: AV Supplies & Equipment, Basic Supplies & Labels, Binders & Accessories, Breakroom & Janitorial, Business Cases, Calendars & Planners, Custom Printing, Desk Accessories, Executive Gifts, Filing & Storage, Paper, Forms, Envelopes, Pens, Pencils & Markers, Printer & Fax Supplies, School Supplies. Furniture: Armoires, Bookcases & Shelving, Carts & Stands, Chairmats & Floor Mats, Chairs, Computer & Student Desks, Desk Collections, File & Storage Cabinets, Lamps & Light Bulbs, Office Furnishings, Panel Systems & LAN Furniture, Tables, Workstations. Technology: AV Supplies & Equipment, Cameras & Scanners, Computer Accessories, Computer Media, Computers & Monitors, Copier & Fax Machines, Data Storage & Networking, Mobile Devices & MP3 Players, Office Machines, Phones & Accessories, Printer & Fax Supplies, Printers & All-In-Ones, Software, Books & Maps. Catalog Quick Shop — Order by Item Number.

Right sidebar — SuperValues: FREE Case of Office Depot Brand White Copy Paper When You Buy 3!; Rebate Center: TurboTax Premier with State, Save with rebates!, Widescreen LCD TV & Monitor, Save $300 with rebates!; Advertised Specials: View Specials; "Did You Know? You can order many items online and pick them up the same day at your local Office Depot." Promo: "Enter for a chance to WIN — Your Company Logo on the No. 99 Office Depot Ford Fusion — $10,000 office makeover". Footer: Office Depot Taking Care of Business, Success Strategies For Businesswomen, Business Resource Center.

Login · Register · Help   1-800-GO-DEPOT   Find a Store. Taskbar time: 11:18 AM.

**EXHIBIT 28**

Nikon® Coolpix P2 5.1-Megapixel Digital Camera at Office Depot. - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Back · Search · Favorites · Media

Address http://www.officedepot.com/textSearch.do?uniqueSearchFlag=true&Ntt=286-928&x=48&y=10 Go Links

Google · minnesota attorney · Search Web · PageRank · 1759 blocked · Options · minnesota · attorney

Office DEPOT *Taking Care of Business*

International Websites

Login · Register · Help

1-800-GO-DEPOT

Home | En Español | Tech Depot | Ink Depot

Office Supplies | Furniture | Technology | Business Center | Customer Service | Company Info | Find a Store

Search for 286-928 Search

**Shopping Cart**

0 Item(s) in Cart
Subtotal: $0.00

Add $50.00 more for FREE Next Business Day Delivery!*

View Cart | Check Out

**Shopping Tools**

- Find Printer Supplies
- Manufacturer
- Find a Store
- Order by Item #
- Order Tracking
- My Account
- My Shopping Lists
- Request a Catalog
- Apply for Credit Card
- Advantage Program
- Buyer's Edge

2006 BACK TO BUSINESS
Take Advantage of Huge Savings on Supplies,

## Nikon® Coolpix P2 5.1-Megapixel Digital Camera

View all Nikon Digital Cameras

| Item# | Our Price | Units | Quantity | |
|---|---|---|---|---|
| 286928 | $399.99 | each | | Low Availability |

Compare · Add To Cart · Add To List

REBATE SAVINGS! Click for printable mail-in rebate form.

*Built-in Wi-Fi technology lets you transfer photos to computer wirelessly!*

- **Enjoy wire-free transfer of pictures for archiving and e-mailing.** Harnessing the power of your Wi-Fi-enabled computer, you can upload photo files from your Coolpix P Series camera to your hard drive without the hassle of wires.
- **Professional-quality Zoom-Nikkor ED 3.5x optical lens ensures sharpness and clarity.** These P Series cameras offer a specialized ED (extra-low dispersion) glass lens, capturing amazingly accurate colors and clean contrasts. Plus, you can focus up close and frame your picture precisely with its 4x digital/3.5x optical zoom.
- **Aperture Priority Mode offers 10-step control for proper lighting.** Even in dimly lit areas or unusual lighting conditions, you can adjust the aperture with strict accuracy for ultimate results.
- **D-Lighting automatically lightens overly dark images in playback.** Nikon's exclusive Feature System not only corrects dark pictures, but also offers face-priority focusing

**Related Products**

Digital And 35mm Camera Bag, Small, Soft Acetate Weave, Silver/Gray
Price: $4.99
Units: each
Qty: Add

start | RKMC Deli... | Inbox - Mi... | Nikon® Co... | Microsoft ... | iMANAGE -... | FirstAmen... | Adobe Acr... | 11:21 AM