**EXHIBIT 29**

# athletic shoes for the family on sale

**your choice $29.99**

- Girls' Attest. Reg. $35. *Also at jcpenney.com* WP 011-7612
- Girls' E2 Foil. Reg. 39.95. SKECHERS *Also at jcpenney.com* WP 011-7120
- Boys' Camacho. Reg. $40. VANS *Also at jcpenney.com* WP 012-7085,86
- Boys' Energy 2. Reg. 39.95. SKECHERS *Also at jcpenney.com* WP 012-7131,2

6-POINT FIT CHECK FOR KIDS

- Women's Air Dual D Run. Reg. $65. A-236 *Also at jcpenney.com* WP 610-0111
- Men's Metrum. Reg. 65.95. 609-6332 adidas

**your choice $49.99**

- Men's Malvado. Reg. $60. 609-6331 adidas
- Women's Air Run. Reg. $60. 610-0213

**your choice $39.99**

- Women's Energy Millennium. Reg. 55.95. *Also at jcpenney.com* WP 022-3728 SKECHERS
- Men's Everlast. Leather. Reg. $50. *Also at jcpenney.com* WP 063-3033
- Men's Classic Davyx. Reg. $60. 609-6520 Reebok

## entire stock women's casuals and comfort shoes on sale

YOUR CHOICE **$39.99**
- Andrea. Reg. $50. 023-2715, NS-25. WORTHINGTON
- Manhattan. Reg. $50. 023-2810. ST. JOHN'S BAY

YOUR CHOICE **$49.99**
- Elda. Leather. Reg. $60. Also available in brown. 026-7141, R-210. Clarks
- Peach. Leather. Reg. $70. 026-7121, R-210

## entire stock men's shoes
FROM STAFFORD®, NUNN BUSH®, DOCKERS®, STREETCARS®, SPERRY®, GIORGIO BRUTINI®, ARNOLD PALMER®, SKECHERS®, GBX® AND J. FERRAR®

**2 for $89.90** or 49.99 each. Reg. 54.99-$74.

- Boat shoe. Leather. 016-8111, A-298. SPERRY
- Manning. Leather. 014-2510. NUNN BUSH
- Scottsdale. Leather. 060-2012. streetcars
- Byron. Leather. 014-1140, R-337. STAFFORD

6 Shoe sale excludes Value Right.

**EXHIBIT 30**

Case 1:05-cv-00633-SLR   Document 81-7   Filed 03/01/2006   Page 3 of 6



**EXHIBIT 31**

