**EXHIBIT 35**



**EXHIBIT 36**



**EXHIBIT 37**

