### STATEMENT PURSUANT TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE LOCAL RULE 7.1.1

The undersigned counsel states that a reasonable effort has been made to reach an agreement on the matters set forth in this motion. Counsel for Defendant Office Depot, Inc. opposes the motion. Counsel for Defendants J.C. Penney Company, Inc., Williams-Sonoma, Inc., and J. Crew Group, Inc. also oppose the motion. Counsel for Defendant Dell, Inc. were contacted regarding the matters set forth in this motion during the week of February 6, 2006, and again on February 15, 2006, but have not responded.

*Of Counsel:*

Ronald J. Schutz
Diane L. Simerson
Michael A. Collyard
Andrea L. Gothing
Busola A. Akinwale
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

Dated: March 1, 2006

BLANK ROME LLP

Thomas P. Preston, Esquire
I.D. No. 2548
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
Ph: (302) 425-6478
Fax: (302) 425-6464
*Attorneys for Plaintiff*