**EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNET MEDIA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 05-633-KAJ |
| DELL, INC., | ) | |
| OFFICE DEPOT, INC., | ) | |
| J.C. PENNEY COMPANY, INC., | ) | |
| WILLIAMS-SONOMA, INC., | ) | |
| J. CREW GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### [PROPOSED] ORDER

The above-entitled matter came before the Honorable Kent A. Jordan on _____, 2006, on Plaintiff Internet Media Corporation's ("Internet Media") Motion for Leave to Amend Its Complaint. Based upon the memoranda filed herein, the arguments of counsel, and all the files, records, and proceedings herein, and the Court being fully advised,

IT IS HEREBY ORDERED that:

Internet Media's Motion for Leave to Amend Its Complaint is GRANTED.

**BY THE COURT:**

Dated this ___ of _____, 2006.    _____
Honorable Kent A. Jordan
United States District Judge
District of Delaware

MP3 20169877.1