## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 1st day of March, 2006, I electronically served **PLAINTIFF INTERNET MEDIA CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR LEAVE TO AMEND ITS COMPLAINT** upon the following counsel:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
  *Attorneys for Defendant Dell, Inc.*

Cathy L. Reese, Esquire
Titania R. Mack, Esquire
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
  *Attorneys for Defendant Office Depot, Inc.*

Philip A. Rovner, Esquire
Potter, Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
  *Attorneys for Defendants J. C. Penney Company, Inc.,
  Williams-Sonoma, Inc. and J. Crew Group, Inc.*

_____
Thomas P. Preston
I.D. No. 2548