IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-633-KAJ |
| ) | |
| DELL, INC., OFFICE DEPOT, INC., ) | |
| J.C. PENNEY COMPANY, INC., ) | |
| WILLIAMS-SONOMA, INC., and ) | |
| J. CREW GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, on March 6, 2006, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

WILLIAMS-SONOMA, INC.'S RESPONSES TO PLAINTIFF'S SECOND SET OF
INTERROGATORIES

## BY HAND DELIVERY

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19899

Cathy L. Reese, Esq
Titania R. Mack, Esq.
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Richard L. Horwitz, Esq.
Potter Anderson & Corroon LLP
P.O. Box 951
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Ronald J. Schutz, Esq.
Diane L. Simerson, Esq.
Andrea L. Gothing, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: |  |
| James G. Gilliland, Jr. | By: /s/ Philip A. Rovner |
| April E. Abele | Philip A. Rovner (#3215) |
| Robert G. Litts | Hercules Plaza, 6th Floor |
| Townsend and Townsend and Crew LLP | P.O. Box 951 |
| Two Embarcadero Center, 8th Floor | Wilmington, Delaware 19899 |
| San Francisco, California 94111 | (302) 984-6000 |
| (415) 576-0200 | E-mail: provner@potteranderson.com |
| Dated: March 6, 2006 | Attorneys for Defendant Williams-Sonoma, Inc. |

722525

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on March 6, 2006, the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served as indicated on the following counsel; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Cathy L. Reese, Esq.
Titania R. Mack, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

Richard L. Horwitz, Esq.
Potter Anderson & Corroon LLP
P.O. Box 951
Wilmington, DE 19899

I hereby certify that on March 6, 2006, I have sent the document by Federal Express, to the following non-registered participants:

Ronald J. Schutz, Esq.
Diane L. Simerson, Esq.
Andrea L. Gothing, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

713722v1