# EXHIBIT 2



# EXHIBIT 3



# EXHIBIT 4



# EXHIBIT 5



Office Depot's Website Is A Single Merchant Server

# EXHIBIT 6

# Office Depot's SKU Numbers And Dynamically Generated URLs



**USER 1**
**SKU 910-447-201**

http://www.officedepot.com/textSearch.do?uniqueSearchFlag=true&Ntt=910-447-201&x=21&y=15



**USER 2**
**SKU 910-447-201**

http://www.officedepot.com/textSearch.do?uniqueSearchFlag=true&Ntt=910-447-201