## CERTIFICATE OF SERVICE

I certify that on March 15, 2006 **Defendant Office Depot, Inc.'s Memorandum Of Law In Opposition To Plaintiff Internet Media Corporation's Motion For Leave To Amend Its Complaint To Add A Charge Of Willful Infringement** and **Compendium** were served by e-service to all counsel of record.

                                               /s/ Titania Mack
                                               Titania R. Mack (#4120)

DEL-FS1\155432v01