IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNET MEDIA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-633 (KAJ) |
| | ) | |
| DELL, INC., OFFICE DEPOT, INC., | ) | |
| J.C. PENNEY COMPANY, INC., | ) | **JURY TRIAL DEMANDED** |
| WILLIAMS-SONOMA, INC., and | ) | |
| J. CREW GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT DELL, INC.'S OPPOSITION TO PLAINTIFF INTERNET MEDIA CORPORATION'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT

Dell, Inc. ("Dell") hereby joins and incorporates by reference Defendant Office Depot Inc.'s Memorandum of Law in Opposition to Plaintiff Internet Media Corporation's ("IMC") Motion for Leave to Amend its Complaint (D.I. 89). In further support of its Opposition, Dell states that it had no knowledge of the asserted patent, Patent No. 6,049,835, prior to being served with the Complaint. Indeed, in its draft Amended Complaint, IMC has not even alleged that Dell willfully infringed the '835 patent prior to the suit. (D.I. 81, Ex. B at ¶ 27.) For these reasons, and for the reasons set out in Office Depot Inc.'s Opposition, IMC's motion for leave to amend its complaint to add a charge of willful infringement against Dell should be denied.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| David E. Killough<br>David B. Weaver<br>Avelyn M. Ross<br>Kristen P. Foster<br>Matthew S. Wermager<br>VINSON & ELKINS L.L.P.<br>2801 Via Fortuna, Suite 100<br>Austin, Texas 78746-7568<br>Tel.: (512) 542-8400<br><br>Dated: March 15, 2006<br>723863 | By: /s/ David E. Moore<br>　　Richard L. Horwitz (#2246)<br>　　David E. Moore (#3983)<br>　　Hercules Plaza, 6th Floor<br>　　1313 N. Market Street<br>　　P.O. Box 951<br>　　Wilmington, Delaware 19899<br>　　Tel. (302) 984-6000<br>　　rhorwitz@potteranderson.com<br>　　dmoore@potteranderson.com<br><br>*Attorneys for Defendant Dell, Inc.* |

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 15, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Thomas P. Preston
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, Delaware 19801

Cathy L. Reese
GreenbergTraurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

I hereby certify that on March 15, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Ronald J. Schutz
Diane L. Simerson
Andrea L. Gothing
Nicole N. Morris
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
rjschutz@rkmc.com
dlsimerson@rkmc.com
algothing@rkmc.com
nnmorris@rkmc.com

Douglas R. Weider
Barry J. Schindler
Michael A. Nicodema
Gaston Kroub
Greenberg Traurig LLP
MetLife Building
200 Park Avenue
New York, NY 10166
weiderd@gtlaw.com
nicodemam@gtlaw.com
kroubg@gtlaw.com
schindlerb@gtlaw.com

James G. Gilliland, Jr.
April E. Abele
Robert G. Litts
Townsend and Townsend and Crew LLP
Two Embarcadero Center
San Francisco, CA 94111
jggilliland@townsend.com
aeabele@townsend.com
rglitts@townsend.com

By:   /s/ David E. Moore
     Richard L. Horwitz
     David E. Moore
     Potter Anderson & Corroon LLP
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE  19899-0951
     (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

704823

2