IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-633-KAJ |
| ) | |
| DELL, INC., OFFICE DEPOT, INC., ) | |
| J.C. PENNEY COMPANY, INC., ) | |
| WILLIAMS-SONOMA, INC., and ) | |
| J. CREW GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS J. C. PENNEY COMPANY, INC.'S, WILLIAMS-SONOMA, INC.'S AND J. CREW GROUP, INC.'S JOINDER IN DEFENDANT OFFICE DEPOT INC.'S OPPOSITION TO PLAINTIFF INTERNET MEDIA CORPORATION'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT TO ADD A CHARGE OF WILLFUL INFRINGEMENT**

Defendants J.C. Penney Company, Inc. ("J.C. Penney"), Williams-Sonoma, Inc. ("Williams-Sonoma") and J. Crew Group, Inc. ("J. Crew") hereby oppose Plaintiff Internet Media Corporation's ("IMC") Motion for Leave to Amend its Complaint to add a Charge of Willful Infringement and join in and incorporate by reference Defendant Office Depot's Memorandum of Law in Opposition to IMC's Motion for Leave to Amend its Complaint to add a Charge of Willful Infringement as if fully set forth herein.

IMC did not have a basis for alleging willful infringement against any of the Defendants, including J.C. Penney, Williams-Sonoma and J. Crew, in the original Complaint. Now, in seeking to add a willful infringement allegation, the only basis upon which IMC is relying is the fact that Defendants, including J.C. Penney, Williams-Sonoma and J. Crew, are on notice of the patent-in-suit due to the filing of the Complaint. For the reasons set forth in Office Depot's Opposition, that basis is insufficient for adding an allegation of willful infringement.

Accordingly, IMC's motion for leave to amend its complaint to add a charge of willful infringement against J.C. Penney, Williams-Sonoma and J. Crew should be denied.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| James G. Gilliland, Jr.<br>Gregory S. Gilchrist<br>April E. Abele<br>Robert G. Litts<br>Townsend and Townsend and Crew LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111<br>(415) 576-0200<br><br>Dated: March 15, 2006<br><br>723868 | By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, Delaware 19899<br>(302) 984-6000<br>Email: provner@potteranderson.com<br><br>Attorneys for Defendants<br>J. C. Penney Company, Inc., Williams-Sonoma, Inc. and J. Crew Group, Inc. |

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on March 15, 2006, the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served as indicated on the following counsel; and that the document is available for viewing and downloading from CM/ECF.

## BY HAND DELIVERY

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Cathy L. Reese, Esq.
Titania R. Mack, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

Richard L. Horwitz, Esq.
Potter Anderson & Corroon LLP
P.O. Box 951
Wilmington, DE 19899

I hereby certify that on March 15, 2006, I have sent the document by Federal Express, to the following non-registered participants:

Ronald J. Schutz, Esq.
Diane L. Simerson, Esq.
Andrea L. Gothing, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

                                            /s/ Philip A. Rovner
                                            Philip A. Rovner (#3215)
                                            Potter Anderson & Corroon LLP
                                            Hercules Plaza
                                            P.O. Box 951
                                            Wilmington, Delaware 19899
                                            (302) 984-6000
                                            E-mail: provner@potteranderson.com

713722v1