IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>DELL, INC.; OFFICE DEPOT, INC.<br>J.C. PENNEY COMPANY, INC.<br>WILLIAMS-SONOMA, INC. and<br>J. CREW GROUP, INC.,<br><br>    Defendants. | Civil Action No.  05-633-KAJ |

## NOTICE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 15th day of March, 2006, I caused to be served upon the following counsel a copy of this Notice and Plaintiff's Response to Defendant Office Depot, Inc.'s Second Set of Interrogatories [Nos. 13-14].

**BY HAND**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

Willem G. Schuurman, Esquire
David B. Weaver, Esquire
Kristen P. Foster, Esquire
Matthew S. Wermager, Esquire
David Killough, Esquire
Vinson & Elkins L.L.P.
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

| | |
|---|---|
| **BY HAND** | **BY FIRST-CLASS MAIL** |
| Cathy L. Reese, Esquire<br>Titania R. Mack, Esquire<br>Michael Nicodema, Esquire<br>Ben Zuckerman, Esquire<br>Greenberg Traurig, LLP<br>The NeMours Building<br>1007 N. Orange Street, Suite 1200<br>Wilmington, DE 19801 | Kayla Carter Owens, Esquire<br>J. C. Penney Corp., Inc.<br>Plano, Texas 75075 |
| **BY HAND** | **BY FEDERAL EXPRESS** |
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | James G. Gilliland, Jr., Esquire<br>Gregory S. Gilchrist, Esquire<br>April E. Abele, Esquire<br>Robert G. Litts, Esquire<br>Townsend and Townsend and Crew LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111 |

| | |
|---|---|
| *Of Counsel:* | BLANK ROME LLP |
| Ronald J. Schutz<br>Diane L. Simerson<br>Michael A. Collyard<br>Andrea L. Gothing<br>Busola A. Akinwale<br>ROBINS, KAPLAN, MILLER & CIRESI, LLP<br>2800 LaSalle Plaza<br>Minneapolis, MN 55402-2015<br>(612) 349-8500<br><br>Dated: March 15, 2006 |      */s/ Thomas P. Preston*<br>By: _____<br>   Thomas P. Preston, Esquire<br>   I.D. No. 2548<br>   1201 Market Street, Suite 800<br>   Wilmington, DE 19801<br>   Ph:   (302) 425-6478<br>   Fax: (302) 425-6464<br><br>   *Attorneys for Plaintiff*<br>   *Internet Media Corporation* |