IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC.; OFFICE DEPOT, INC.<br>J.C. PENNEY COMPANY, INC.<br>WILLIAMS-SONOMA, INC. and<br>J. CREW GROUP, INC.,<br><br>Defendants. | Civil Action No. 05-633-KAJ |

## NOTICE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 16th day of March, 2006, I caused to be served upon the following counsel a copy of this Notice and Plaintiff's Third Set of Interrogatories to Defendant Office Depot, Inc. [Nos. 1-11]; Third Set of Interrogatories to Defendant J.C. Penney Company, Inc. [Nos. 10-11]; Third Set of Interrogatories to Defendant Williams-Sonoma, Inc. [Nos. 10-11]; Fourth Set of Interrogatories to Defendant J. Crew Group, Inc. [Nos. 11-12]; and Fourth Set of Interrogatories to Defendant Dell, Inc. [Nos. 11-12].

| BY HAND | BY FEDERAL EXPRESS |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899-0951 | Willem G. Schuurman, Esquire<br>David B. Weaver, Esquire<br>Kristen P. Foster, Esquire<br>Matthew S. Wermager, Esquire<br>David Killough, Esquire<br>Vinson & Elkins L.L.P.<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746-7568 |

**BY HAND**

Cathy L. Reese, Esquire
Titania R. Mack, Esquire
Michael Nicodema, Esquire
Ben Zuckerman, Esquire
Greenberg Traurig, LLP
The NeMours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

**BY HAND**

Philip A. Rovner, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Gaston Kroub, Esquire
Greenberg Traurig LLP
Metlife Building
200 Park Avenue
New York, NY 10166

**BY FEDERAL EXPRESS**

James G. Gilliland, Jr., Esquire
Gregory S. Gilchrist, Esquire
April E. Abele, Esquire
Robert G. Litts, Esquire
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

**BY FIRST-CLASS MAIL**

Kayla Carter Owens, Esquire
J. C. Penney Corp., Inc.
Plano, Texas 75075

*Of Counsel:*

Ronald J. Schutz
Diane L. Simerson
Michael A. Collyard
Andrea L. Gothing
Busola A. Akinwale
ROBINS, KAPLAN, MILLER &
CIRESI, LLP
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
(612) 349-8500

Dated: March 16, 2006

BLANK ROME LLP

                   */s/ Thomas P. Preston*
By: _____
   Thomas P. Preston, Esquire
   I.D. No. 2548
   1201 Market Street, Suite 800
   Wilmington, DE 19801
   Ph:  (302) 425-6478
   Fax: (302) 425-6464

   *Attorneys for Plaintiff
   Internet Media Corporation*