IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>              Plaintiff,<br><br>    v.<br><br>DELL, INC., OFFICE DEPOT, INC., J.C. PENNEY COMPANY, INC., WILLIAMS-SONOMA, INC., J. CREW GROUP, INC.<br><br>              Defendants. | Civil Action No. 05-633 (KAJ) |

## NOTICE OF SERVICE

I, Cathy L. Reese, hereby certify that on the 17th day of March, 2006, I caused to be served upon the following counsel in the matter indicated a copy of this Notice and Defendant Office Depot, Inc.'s Responses to Plaintiff's Second Set of Interrogatories.

**VIA HAND**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

**VIA FEDERAL EXPRESS**
Willem G. Schuurman, Esq.
David B. Weaver, Esq.
Kristen P. Foster Esq.
Matthew S. Wermager, Esq.
David Killough, Esq.
Vinson & Elkins LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

**VIA HAND**
Philip A. Rovner, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899-0951

**VIA HAND**
Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

Dated: March 17, 2006

**VIA FEDERAL EXPRESS**
James G. Gilliland, Jr., Esq.
Gregory S. Gilchrist, Esq.
April E. Abele, Esq.
Robert G. Litts, Esq.
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111

**VIA FEDERAL EXPRESS**
Ronald J. Schutz, Esq.
Diane L. Simerson, Esq.
Andrea L. Gothing, Esq.
Nicole N. Morris, Esq.
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
Minneapolis, MN  55402-2015

By: _____
Cathy L. Reese (#2838)
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington DE 19801
Tel.: (302) 661-7000
Fax: (302) 661-7360

Michael A. Nicodema
Gaston Kroub
GREENBERG TRAURIG LLP
200 Park Ave.
New York, New York 10166
(212) 801-2100

*Attorneys for Defendant Office Depot, Inc.*

DEL-FS1\155495v01