IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-633 (KAJ) |
| ) | |
| DELL, INC., OFFICE DEPOT, INC., ) | |
| J.C. PENNEY COMPANY, INC., ) | **JURY TRIAL DEMANDED** |
| WILLIAMS-SONOMA, INC., and ) | |
| J. CREW GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

The undersigned, counsel for Defendant Dell, Inc., hereby certifies that copies of Dell, Inc.'s Responses and Objections to Internet Media Corporation's Third Set of Interrogatories to Dell, Inc. were caused to be served on March 17, 2006 upon the following attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY

Thomas P. Preston
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, Delaware 19801

Cathy L. Reese
GreenbergTraurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Ronald J. Schutz | Douglas R. Weider |
| Diane L. Simerson | Barry J. Schindler |
| Andrea L. Gothing | Michael A. Nicodema |
| Nicole N. Morris | Gaston Kroub |
| Robins, Kaplan, Miller & Ciresi, LLP | Greenberg Traurig LLP |
| 2800 LaSalle Plaza | MetLife Building |
| 800 LaSalle Avenue | 200 Park Avenue |
| Minneapolis, MN 55402-2015 | New York, NY  10166 |
| rjschutz@rkmc.com | weiderd@gtlaw.com |
| dlsimerson@rkmc.com | nicodemam@gtlaw.com |
| algothing@rkmc.com | kroubg@gtlaw.com |
| nnmorris@rkmc.com | schindlerb@gtlaw.com |

James G. Gilliland, Jr.
April E. Abele
Robert G. Litts
Townsend and Townsend and Crew LLP
Two Embarcadero Center
San Francisco, CA 94111
jggilliland@townsend.com
aeabele@townsend.com
rglitts@townsend.com

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: |  |
| David E. Killough | By: /s/ David E. Moore |
| David B. Weaver | Richard L. Horwitz (#2246) |
| Avelyn M. Ross | David E. Moore (#3983) |
| Kristen P. Foster | Hercules Plaza, 6th Floor |
| Matthew S. Wermager | 1313 N. Market Street |
| VINSON & ELKINS L.L.P. | P.O. Box 951 |
| 2801 Via Fortuna, Suite 100 | Wilmington, Delaware 19899 |
| Austin, Texas 78746-7568 | Tel. (302) 984-6000 |
| Tel.: (512) 542-8400 | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |
| Dated:  March 17, 2006 |  |
| 724234 | *Attorneys for Defendant Dell, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 17, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Thomas P. Preston
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, Delaware 19801

Cathy L. Reese
GreenbergTraurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

I hereby certify that on March 17, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Ronald J. Schutz
Diane L. Simerson
Andrea L. Gothing
Nicole N. Morris
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
rjschutz@rkmc.com
dlsimerson@rkmc.com
algothing@rkmc.com
nnmorris@rkmc.com

Douglas R. Weider
Barry J. Schindler
Michael A. Nicodema
Gaston Kroub
Greenberg Traurig LLP
MetLife Building
200 Park Avenue
New York, NY 10166
weiderd@gtlaw.com
nicodemam@gtlaw.com
kroubg@gtlaw.com
schindlerb@gtlaw.com

James G. Gilliland, Jr.
April E. Abele
Robert G. Litts
Townsend and Townsend and Crew LLP
Two Embarcadero Center
San Francisco, CA 94111
jggilliland@townsend.com
aeabele@townsend.com
rglitts@townsend.com

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

704823

2