IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>                Plaintiff,<br><br>v.<br><br>DELL, INC., OFFICE DEPOT, INC., J.C. PENNEY COMPANY, INC., WILLIAMS-SONOMA, INC., J. CREW GROUP, INC.<br><br>                Defendants. | Civil Action No. 05-633 (KAJ) |

## NOTICE OF SERVICE

I, Cathy L. Reese, hereby certify that on the 21st day of March, 2006, I caused to be served upon the following counsel in the matter indicated a copy of this Notice and Defendant Office Depot, Inc.'s Third Set of Interrogatories to Plaintiff.

**VIA HAND**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899-0951

**VIA FEDERAL EXPRESS**
Willem G. Schuurman, Esq.
David B. Weaver, Esq.
Kristen P. Foster Esq.
Matthew S. Wermager, Esq.
David Killough, Esq.
Vinson & Elkins LLP
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568

DEL-FS1\155643v01

**VIA HAND**
Philip A. Rovner, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

**VIA FEDERAL EXPRESS**
James G. Gilliland, Jr., Esq.
Gregory S. Gilchrist, Esq.
April E. Abele, Esq.
Robert G. Litts, Esq.
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

**VIA HAND**
Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**
Ronald J. Schutz, Esq.
Diane L. Simerson, Esq.
Andrea L. Gothing, Esq.
Nicole N. Morris, Esq.
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
Minneapolis, MN 55402-2015

Dated: March 21, 2006

By: _____
Cathy L. Reese (#2838)
Titania R. Mack (#4120)
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington DE 19801
Tel.: (302) 661-7000
Fax: (302) 661-7360

Michael A. Nicodema
Gaston Kroub
GREENBERG TRAURIG LLP
200 Park Ave.
New York, New York 10166
(212) 801-2100

*Attorneys for Defendant Office Depot, Inc.*