## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNET MEDIA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DELL, INC., OFFICE DEPOT, INC., | ) | C.A. No. 05-633-KAJ |
| J.C. PENNEY COMPANY, INC., | ) | |
| WILLIAMS-SONOMA, INC., and | ) | |
| J. CREW GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Matthew R. Hulse, Esq., Townsend and Townsend and Crew LLP, 379 Lytton

Avenue, Palo Alto, CA 94301-1431, to represent defendant Williams-Sonoma, Inc. in this

matter.

POTTER ANDERSON & CORROON LLP

By: _____
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

*Attorneys for Defendant,*
*Williams-Sonoma, Inc.*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

<u>CERTIFICATION</u>

<u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

        □ has been paid to the Clerk of the Court; or

        ☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: *March 29, 2006*

Matthew R. Hulse
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301-1431
(650) 326-2400
E-mail: mrhulse@townsend.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on March 30, 2006, the within

document was electronically filed with the Clerk of the Court using CM/ECF which will

send notification of such filing(s) to the following; that the document was served as

indicated on the following counsel; and that the document is available for viewing and

downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
preston-t@blankrome.com

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
P.O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Cathy L. Reese, Esq.
Titania R. Mack, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801
reesec@gtlaw.com
mackt@gtlaw.com

I hereby certify that on March 30, 2006, I have sent the document in the

manner listed to the following non-registered participants:

### BY E-MAIL

Ronald J. Schutz, Esq.
Diane L. Simerson, Esq.
Andrea L. Gothing, Esq.
Nicole N. Morris, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
rjschutz@rkmc.com
dlsimerson@rkmc.com
algothing@rkmc.com
nnmorris@rkmc.com

### BY E-MAIL

David E. Killough, Esq.
David B. Weaver, Esq.
Matthew S. Wermager, Esq.
Vinson & Elkins L.L.P.
2801 Via Fortuna, Suite 100
Austin, TX 78746
dkillough@velaw.com
dweaver@velaw.com
mwermager@velaw.com

-2-

**BY E-MAIL**

Douglas R. Weider, Esq.
Michael A. Nicodema, Esq.
Greenberg Traurig LLP
MetLife Building
200 Park Avenue
New York, NY  10166
weiderd@gtlaw.com
nicodemam@gtlaw.com

                                                      /s/ Philip A. Rovner
                                      Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

713722v1