IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 05-633-KAJ |
| | ) |
| DELL, INC., OFFICE DEPOT, INC., J.C. | ) |
| PENNEY COMPANY, INC., WILLIAMS- | ) |
| SONOMA, INC., and J. CREW GROUP, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this **3rd** day of **April, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **April 11, 2006 at 2:00 p.m.** with the undersigned. **Counsel for Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE