IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC., OFFICE DEPOT, INC., J.C. PENNEY COMPANY, INC., WILLIAMS-SONOMA, INC., and J. CREW GROUP, INC.,<br><br>Defendants. | Civil Action No. 05-633-KAJ |

## ORDER

At Wilmington this **11th** day of **April, 2006**,

For the reasons set forth by the Court during the teleconference today,

IT IS HEREBY ORDERED that plaintiff's motion for leave to amend the complaint (D.I. 81) is GRANTED. Plaintiff shall electronically file a signed copy of the amended complaint.

UNITED STATES DISTRICT JUDGE