**EXHIBIT 8**



**EXHIBIT 9**



**EXHIBIT 10**



J. C. PENNEY COMPANY, INC.

2004 ANNUAL REPORT

ognized when DMS assets were reflected as a discontinued operation and in 2001, a $16 million loss was recognized upon completion of the sale. These losses were offset by gains of $34 million, $4 million and $1 million recognized in 2002, 2003 and 2004, respectively, due to tax regulation changes and a tax audit.

The Company's financial statements, accompanying notes and other information provided in this Annual Report reflect these businesses as discontinued operations for all periods presented.

## RESULTS OF OPERATIONS

The following discussion and analysis, consistent with all other financial data throughout this Annual Report, focuses on the results of operations and financial condition from the Company's continuing operations. All references to EPS are on a diluted basis, unless otherwise indicated.

### Income from Continuing Operations



2004 represented the fourth consecutive year of substantial earnings improvement. Income from continuing operations was $667 million, $364 million and $285 million in 2004, 2003 and 2002, respectively. Earnings increased as a result of continued strong sales growth, further gross margin improvement and leveraging of selling, general and administrative (SG&A) expenses. EPS from continuing operations increased 84% in 2004 to $2.23 compared to $1.21 in 2003 and $0.95 in 2002, driven by improved operating profit.

### Retail Sales, Net

| ($ in millions) | 2004 | 2003 | 2002 |
|---|---|---|---|
| Retail sales, net | $ 18,424 | $ 17,786 | $ 17,633 |
| Sales percent increase/(decrease): | | | |
| Total department stores | 5.0%(1) | (0.6%)(1) | 1.9% |
| Comparable stores(2) | 5.0% | 0.9% | 2.7% |
| Catalog/Internet | 3.3%(3) | 1.5%(3) | (22.0)% |

(1) Excludes the effect of the 53rd week in 2003. Including sales of $152 million for the 53rd week in 2003, total department store sales increased 4.0% and 0.5% for 2004 and 2003, respectively.
(2) Comparable store sales include the sales of stores after having been open for 12 full consecutive fiscal months. New and relocated stores become comparable on the first day of the 13th full fiscal month. Comparable store sales are presented on a 52-week basis.
(3) Excludes the effect of the 53rd week in 2003. Internet sales increased 34.0% and 47.8% for those periods. Including sales of $46 million for the 53rd week in 2003, total Catalog/Internet sales increased 1.5% and 3.3% for 2004 and 2003, respectively.

Comparable department store sales increased for the fourth consecutive year. Department Store sales, which were strong across the country and in all merchandise divisions in 2004, have continued to benefit from positive customer response to the Company's merchandise assortments, compelling marketing programs and continued improvement in the store shopping experience. The focus on maintaining fresh, stylish seasonal assortments contributed to the improvement in sales. Total department store sales include sales from the Renner Department Stores in Brazil of $329 million, $273 million and $249 million in 2004, 2003 and 2002, respectively.

Catalog/Internet sales on a 52-week basis increased 3.3% for 2004, compared to a 1.5% increase in 2003 and a 22.0% decline in 2002. Sales continue to reflect a focus on targeted specialty media and the expanded assortments and convenience of the Internet. Total Internet sales, which are an integral part of the Company's multichannel retailing strategy, increased approximately 32% in 2004, to $812 million, compared to $617 million for 2003 and $409 million for 2002. The 2003 increase in Catalog/Internet sales over the 2002 amount also reflected favorable customer response to better merchandise assortments, sharper pricing and certain marketing events, including free shipping.

The Company continues to edit its merchandise assortments to help ensure it is meeting the needs and wants of its targeted moderate customer. In May 2004, the Company launched the Chris Madden home furnishings collection, reflecting the Company's continuing strategy to provide its customers with style and quality at a competitive price. The Chris Madden for JCPenney Home Collection, Turning Home into Haven, is JCPenney's largest home furnishings launch ever and was introduced with a comprehensive national advertising campaign. Sales results from the collection were strong throughout the remainder of 2004, particularly in bedding and furniture. This line is being expanded in 2005 with new furniture, bedding and window coverings collections. In early 2005, the Company launched nicole by Nicole Miller, and W-work to weekend, an expansion of the Company's Worthington private brand, a dressy casual collection for women.

### Gross Margin

| Gross Margin % of Sales | | | |
|---|---|---|---|
| | 2004 | 2003 | 2002 |
| 38.7% | | | |
| 37.2% | | | |
| 35.9% | | | |

| ($ in millions) | 2004 | 2003 | 2002 |
|---|---|---|---|
| FIFO gross margin | $ 7,121 | $ 6,614 | $ 6,340 |
| LIFO credit/(charge) | 18 | 6 | (6) |
| LIFO gross margin | $ 7,139 | $ 6,620 | $ 6,334 |
| As a percent of sales | 38.7% | 37.2% | 35.9% |

Gross margin improved for the fourth consecutive year and was $7,139 million compared to $6,620 million in 2003 and $6,334 million in 2002. As a percent of sales, gross margin improved 150 basis points over last year and represents a 690 basis-point increase over the past four years, which restores the Company's gross margin to competitive levels and was part of the turnaround plan. The continued improvement reflects better inventory management, good seasonal transition, better timing of clearance markdowns, more consistent execution and continuing benefits from the centralized merchandising model. Benefits of the centralized model, which was substantially in place by the end of 2004, have included enhanced merchandise offerings, an integrated marketing plan, leverage in the buying and merchandising process and more efficient selection and allocation of merchandise to individual department stores. Gross margin also reflects initial benefits from the Company's new planning, allocation and replenishment systems, which were rolled out in the latter part of the year.

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 1 SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

### Nature of Operations

JCPenney was founded by James Cash Penney in 1902 and has grown to be a major retailer, operating 1,017 JCPenney Department Stores throughout the United States and Puerto Rico and 62 Renner Department Stores in Brazil. The Company sells family apparel, jewelry, shoes, accessories and home furnishings to customers through Department Stores, Catalog and the Internet. In addition, the Department Stores provide services, such as salon, optical, portrait photography and custom decorating, to customers.

### Basis of Presentation

The consolidated financial statements present the results of J. C. Penney Company, Inc. and its subsidiaries (the Company or JCPenney). All significant intercompany transactions and balances have been eliminated in consolidation.

Certain debt securities were issued by J. C. Penney Corporation, Inc. (JCP), the wholly owned operating subsidiary of the Company. The Company is a co-obligor (or guarantor, as appropriate) regarding the payment of principal and interest on JCP's outstanding debt securities. The guarantee by the Company of certain of JCP's outstanding debt securities is full and unconditional.

### Use of Estimates

The preparation of financial statements, in conformity with generally accepted accounting principles (GAAP), requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. While actual results could differ from these estimates, management does not expect the differences, if any, to have a material effect on the financial statements.

The most significant estimates relate to inventory valuation under the retail method, specifically permanent reductions to retail prices (markdowns) and adjustments for shortages (shrinkage); valuation of long-lived assets; valuation allowances and reserves, specifically those related to closed stores, workers' compensation and general liability, environmental contingencies, income taxes and litigation; reserves related to the Eckerd discontinued operations; and pension accounting. Closed store reserves are established for the estimated present value of operating lease obligations (PVOL) and other exit costs. Workers' compensation and general liability reserves are based on actuarially determined estimates of claims that have been reported, as well as those incurred but not yet reported resulting from historical experience and current data. Environmental remediation reserves are estimated using a range of potential liability, based on the Company's experience and consultation with independent engineering firms and in-house legal counsel, as appropriate. Income taxes are estimated for each jurisdiction in which the Company operates. Deferred tax assets are evaluated for recoverability, and a valuation allowance is recorded if it is deemed more likely than not that the asset will not be realized. Litigation reserves are based on management's best estimate of potential liability, with consultation of in-house and outside counsel. Related to pension accounting, the selection of assumptions, including the estimated rate of return on plan assets and the discount rate, impact the actuarially determined amounts reflected in the Company's consolidated financial statements.

### Fiscal Year

The Company's fiscal year has historically ended on the last Saturday in January. Effective as of January 29, 2005, the Company changed its fiscal year end to the Saturday closest to January 31, to be in alignment with the fiscal calendar used by the majority of national retail companies. This change had no impact on fiscal 2004 reported results, nor will it have any impact on fiscal 2005 financial statements. Fiscal 2006 will contain 53 weeks, instead of in 2008, when it would have occurred under the Company's historical reporting calendar. Unless otherwise stated, references to years in this report relate to fiscal years rather than to calendar years.

| Fiscal Year | Ended | Weeks |
|---|---|---|
| 2004 | January 29, 2005 | 52 |
| 2003 | January 31, 2004 | 53 |
| 2002 | January 25, 2003 | 52 |

The accounts of Renner are on a calendar year basis.

### Reclassifications

Certain reclassifications have been made to prior year amounts to conform to the current year presentation. None of the reclassifications impacted the Company's net income/(loss) in any period.

### Merchandise and Services Revenue Recognition

Revenue, net of estimated returns, is recorded at the point of sale when payment is made and customers take possession of the merchandise in department stores, at the point of shipment of merchandise ordered through Catalog/Internet or, in the case of services, the customer has received the benefit of the service, such as salon, portrait, optical or custom decorating. Commissions earned on sales generated by licensed departments are included as a component of retail sales. Shipping and handling fees charged to customers are also recorded as retail sales with related costs recorded as cost of goods sold. The Company provides for estimated future returns based on historical return rates and sales levels.

### Advertising

Advertising costs, which include newspaper, television, radio and other media advertising, are expensed either as incurred or the first time the advertising occurs. Total advertising costs, net of cooperative advertising agreements, were $1,234 million, $1,178 million and $1,081 million for 2004, 2003 and 2002, respectively. These totals include catalog book costs of $268 million, $264 million and $260 million for 2004, 2003 and 2002, respectively. Catalog book preparation and printing costs, which are considered

**EXHIBIT 11**

company information | products & services | promotions

about us
overview
directions to home office

shop JCPenney.com

# JCPenney Overview

J. C. Penney Corporation, Inc., the wholly-owned operating subsidiary of J. C. Penney Company, Inc., is one of America's largest department store, catalog, and e-commerce retailers, employing approximately 150,000 associates. As of Jan. 29, 2005, J. C. Penney Corporation, Inc. operated 1,017 JCPenney department stores throughout the United States and Puerto Rico, and 62 Renner department stores in Brazil. JCPenney Catalog, including e-commerce, is the nation's largest catalog merchant of general merchandise, and JCPenney.com is one of the largest apparel and home furnishings sites on the Internet. J. C. Penney Corporation, Inc. is a contributor to JCPenney Afterschool Fund, a charitable organization committed to providing children with high quality after school programs to help them reach their full potential.

### JCPenney Home Office
6501 Legacy Drive
Plano, Texas 75024
(972) 431-1000

### Exchange Listing
New York Stock Exchange - ticker symbol "JCP"

## Executive Board

**Michale T. Theilmann**

Executive Vice President, Chief Human Resources and Administration Office

**Bernard D. Feiwus**
Senior Vice President, JCPenney Direct Chief Operating Officer

**Charles F. Foughty**
Senior Vice President, Director of Store Environment, Design and Construction Services

**Ken C. Hicks**
President and Chief Merchandising Officer

**John W. Irvin**
Executive Vice President and President of JCPenney Direct

**Lana Cain Krauter**
Executive Vice President, General Merchandise Manager, Men's and Children's

**James W. LaBounty**
Senior Vice President, Director of Supply Chain

**Peter M. McGrath**
Executive Vice President, Director of Product Development and Sourcing

**Stephen F. Raish**
Executive Vice President, Chief Information Officer

**Elizabeth H. Sweney**
Executive Vice President, General Merchandise Manager, Women's Apparel

**Michael W. Taxter**
Executive Vice President, Director of JCPenney Stores

**EXHIBIT 12**

A mattress pad

## save 15%
### on crib mattress with purchase of crib
our crib mattresses meet California TB 603 flammability requirements

C
59⁴⁹
Sealy® Classic Sleep™
with crib purchase

D
76⁴⁹
Sealy Baby Ultra Classic™
with crib purchase

bed rail

G EZ change changing pad

B crib pad
pkg. of 2

E
93⁴⁹
Sealy Baby Prestige Sleep™
with crib purchase
■ STAPH-GARD® anti-bacterial cover
protects baby and mattress

H pkg. of 2 fitted sheets
yellow

pink

ecru

blue

white

sage

colors for I & J:
sage gingham

pink gingham

yellow gingham

K pkg. of 2 terry cloth covers
pink

ecru

white

lavender

sage green

light blue

L water-resistant pads
set of 6

**A. SUPER SOAKER® MATTRESS PAD** 🅡
Holds up to 8 cups of liquid. Quilted cotton diaper cloth top and sides. Soft vinyl liner helps keep mattress clean, dry and sanitary. Fits standard-size crib mattress. Polyester/rayon fill. Washable. USA.
FH 341-3301   **19.99**

**B. FITTED CRIB PADS** 🅡
Polyester fleece with a waterproof quilted vinyl layer inside for moisture protection. Quilted in our exclusive Teddy Bear design. Easy on/off, polyester/cotton fabric skirt helps hold pad in place. Washable. USA.
FH 341-2235   pkg. of 2   **19.99**

**C to E. SEALY® CRIB MATTRESSES**
Save 15% when you buy a mattress with crib. Strong, heat-tempered innerspring coil system offers lasting support. Reinforced laminate cover for easy cleaning. Fits most cribs and toddler beds. 52x27½x5½"H. USA.
**C. Sealy Classic Sleep™.** 150 coil; non-allergenic sleeping surface for long-lasting firmness and support.
FH 343-5830   ea. **69.99**; with crib, this item, **59.49**
**D. Sealy Baby Ultra Classic™.** 150 coil; cushioned non-allergenic top provides an extra-soft sleep area and resilient, cushioned support. Heavy-gauge steel border rods support active babies.
FH 343-5840   ea. **89.99**; with crib, this item, **76.49**
**E. Sealy Baby Prestige Sleep™.** Dual steel bars under mattress to evenly distribute weight. 204 coil system and heavy-gauge steel border rods support active babies.
FH 343-5850   ea. **109.99**; with crib, this item, **93.49**

24

**F. SECURE-HOLD BED RAIL**
Locks securely under and on top of mattress for safety. Two mesh organizer pockets. Adjusts to thickness of mattress from 4" to 12". 49x2⅛x20¼"H. China.
FH 343-7030   **29.99**

**G. EZ CHANGE CHANGING PAD** 🅡
Contoured, extra-thick pad fits standard-size changing tables, towers. Adjustable elastic strap. Cotton/polyester terry cover snaps off. Washable. 33x16x3½"H. China.
FH 341-3889   **24.99**
**Changing pad covers** (not shown). Waterproof vinyl laminated terry top. Includes adjustable safety strap. Fits EZ Change changing pad, sold above. For newborn to 2 years. Washable. 34x15x3½"H. China.
FH 341-3888   **14.99**

**H. CARTER'S® FITTED CRIB SHEETS** 🅡
Durable, reinforced corner pockets for a snug fit. Fits standard-size cribs and toddler beds. 28x52"L. Washable.
**Woven cotton.** Preshrunk, colorfast. Imported.
FH 341-2004   pkg. of 2   **14.99**
**Knit cotton.** USA.
FH 341-2008   pkg. of 2   **19.99**

**I. COTTON GINGHAM SHEETS**
Durable, reinforced corners with deep pockets. Elastic bottom for a snug fit. Fits standard-size cribs and toddler beds. 28x52"L. USA of imported fabric.
FH 341-5801   pkg. of 2   **19.99**

**J & K. CHANGING PAD COVERS**
Elastic edges. Washable cotton/polyester. Imported.
**J. Woven gingham.** Fits standard 17x36" pad.
FH 341-3097   pkg. of 2   **14.99**
**K. Knit terry cloth.** Waterproof urethane backing. Fits standard contoured 17x34" pad.
FH 341-3460   pkg. of 2   **24.99**

**L. WATER-RESISTANT PADS** 🅡
Includes three 12x13½" lap/burp pads, two 18x27" bassinet/changing table pads and one 27x52" crib pad. Two layers of polyester fleece. Waterproof layer of quilted vinyl inside. Washable. USA. Colors may vary.
FH 341-3300   set of 6   **19.99**
**Mattress pad protectors** (not shown). Waterproof polyester fleece mattress protection. Fits twin or youth bed. Vinyl layer inside. 36x54". Washable. USA.
FH 341-3302   pkg. of 2   **24.99**

**M. NEW! RESTING UP™ PILLOW**
Wedges position baby on back as recommended by the Surgeon General and the American Academy of Pediatricians. Memory foam molds to baby's body for maximum comfort. VELCRO® brand self-adhesive straps for perfect fit. Use to incline baby to help with digestion and reflux. Fleece-lined blanket is included to help keep baby warm and comfortable. For newborn to 6 months. Polyester; polyester/cotton encasing. Polyurethane foam. 12x16x5"H. Washable. USA. White.
FH 341-3196   **29.99** 🅢

**EXHIBIT 13**



**EXHIBIT 14**



**EXHIBIT 15**



# WILLIAMS-SONOMA, INC.

2004 ANNUAL REPORT

Annual Meeting of Shareholders
May 18, 2005

## TO OUR SHAREHOLDERS:

Fiscal year 2004 was a year of opportunity, achievement, and financial success. We broke new ground in our emerging brands, reengineered our distribution network to better serve our customers, optimized our supply chain to improve our operational efficiency, and delivered our fourth consecutive year of record financial results. It was also a year highlighted by a number of strategic advancements — all of which point to our strong position in the markets that we serve and our readiness for continued growth.

### Our Fiscal Year 2004 Financial Results

Revenues exceeded $3 billion dollars for the first time, increasing 13.9% to $3.14 billion, and we delivered the highest pre-tax operating margin and diluted earnings per share in our history. Our pre-tax operating margin increased 60 basis points to 9.9%, and our diluted earnings per share increased 21.2% to $1.60 — a 21.7% return on shareholders' equity. Our return on assets improved 40 basis points to a record 11.9%, and our cash flow from operating activities increased 45.4% due to strong earnings growth and effective working capital management. Our cash balance increased 45.9% to $239 million, and we financed all of our growth and infrastructure initiatives — in addition to a $79 million share repurchase — through internally generated funds.

We are extremely proud of these financial results and believe they reflect the ongoing strength of our portfolio of brands and the superior business model inherent in our multi-channel strategy.

### Our Multi-Channel Growth Drivers

The first highlight of our 2004 operating results was our growth in revenues, increasing 13.9%. This increase was led by exceptional performance in the Pottery Barn brand — delivering its highest annual growth rate in four years, despite a weaker than expected fourth quarter holiday performance.

Retail revenues increased 11.6%, driven by an 11.4% increase in retail leased square footage and a 3.5% increase in comparable store sales. During 2004, we opened 40 net new stores and ended the year with 552 stores in 43 states, Washington D.C. and Canada.

Direct-to-customer revenues increased 17.1%, driven by a 12.1% increase in catalog circulation and strong momentum in our e-commerce channel. During 2004, we mailed over 368 million catalogs, significantly expanded our electronic direct marketing, and continued to enhance the functionality of our e-commerce websites.

### Growth Driven by a Portfolio of Brands

In our core brands, revenues increased 12.2%, driven by a 14.7% increase in the Pottery Barn brand, a 5.3% increase in the Williams-Sonoma brand, and a 15.8% increase in the Pottery Barn Kids brand.

In our emerging brands — including PBteen, West Elm, Hold Everything, and Williams-Sonoma Home — revenues increased 38.4%, primarily driven by the strong performance of PBteen and West Elm. Also driving this year-over-year increase was the third quarter launch of our newest catalog concept, Williams-Sonoma Home, and the fourth quarter launch of our newest e-commerce website, holdeverything.com. Although all of the emerging brands are still in the early stages of development, we continue to be optimistic about their long-term growth potential.

### Driving Profitability to a New Level

The second highlight of our 2004 operating results was the improvement in our pre-tax operating margin — increasing from 9.3% in 2003 to 9.9% in 2004. This was a key strategic initiative, and our results exceeded our expectations. This increase was driven by several operational improvements — including cost reductions in the areas of direct-to-customer order fulfillment and corporate overhead. As these improvements were driven by fundamental changes in the way we operate our business, we believe the operating and financial disciplines required to sustain these benefits going forward are in place.

In 2004, the Chambers brand was retired as a result of the launch of Williams-Sonoma Home, our newest brand. This new premium brand, offering classic home furnishings and decorative accessories, extends the Williams-Sonoma lifestyle beyond the kitchen into every room of the home.

In addition, in 2004, we launched our first Hold Everything e-commerce website, opened three new prototype stores, transitioned the merchandise assortment and improved the visual presentation of both the retail stores and the catalog.

## RETAIL STORES

The retail segment has five merchandising concepts (Williams-Sonoma, Pottery Barn, Pottery Barn Kids, Hold Everything and West Elm). As of January 30, 2005, we operated 552 retail stores, located in 43 states, Washington, D.C. and Canada. This represents 254 Williams-Sonoma, 183 Pottery Barn, 87 Pottery Barn Kids, 9 Hold Everything, 4 West Elm, and 15 Outlet stores (our Outlet stores carry merchandise from all merchandising concepts).

In fiscal 2005, we expect to increase retail leased square footage by approximately 8% to 9%, including 28 new stores (8 in Pottery Barn, 7 in West Elm, 5 in Williams-Sonoma, 3 in Pottery Barn Kids, 3 in Williams-Sonoma Home and 2 in Hold Everything) and 10 remodeled stores (7 in Williams-Sonoma, 2 in Pottery Barn and 1 Outlet store) offset by the anticipated permanent closure of 2 Williams-Sonoma stores. The average leased square footage for new and expanded stores in fiscal 2005 will be approximately 16,300 leased square feet for West Elm, 13,900 leased square feet for Williams-Sonoma Home, 11,400 leased square feet for Pottery Barn, 9,000 leased square feet for Hold Everything, 7,300 leased square feet for Pottery Barn Kids and 6,500 leased square feet for Williams-Sonoma. Detailed financial information about the retail segment is found in Note M to our Consolidated Financial Statements.

## DIRECT-TO-CUSTOMER OPERATIONS

The direct-to-customer segment has seven merchandising concepts (Williams-Sonoma, Pottery Barn, Pottery Barn Kids, PBteen, Hold Everything, West Elm and Williams-Sonoma Home) and sells products through our eight direct-mail catalogs (Williams-Sonoma, Pottery Barn, Pottery Barn Kids, Pottery Barn Bed + Bath, PBteen, Hold Everything, West Elm and Williams-Sonoma Home) and six e-commerce websites (williams-sonoma.com, potterybarn.com, potterybarnkids.com, pbteen.com, westelm.com and holdeverything.com). Of these seven merchandising concepts, the Pottery Barn brand and its extensions have been the major source of sales growth in the direct-to-customer segment for the last several years. We believe that the success of the Pottery Barn brand and its extensions reflect our continuing investment in product design, product quality and multi-channel marketing.

The direct-to-customer channel over the past several years has been strengthened by the continued success of the Pottery Barn Kids brand, the introduction of e-commerce websites in all of our core brands and the launching of our newest brands, West Elm, PBteen and Williams-Sonoma Home. Although the amount of e-commerce sales that are incremental to our direct-to-customer channel cannot be identified precisely, we estimate that approximately 40% of our company-wide non-gift registry Internet sales are incremental to the direct-to-customer channel and approximately 60% are catalog-driven sales.

We send our catalogs to addresses from our proprietary customer list, as well as to names from lists from other mail order merchandisers, magazines and companies that we receive in exchange for either payment or new addresses, consistent with our published privacy policies. In accordance with prevailing industry practice, we rent our list to select merchandisers. Our customer list is continually updated to include new prospects and to eliminate non-responders.

The direct-to-customer business complements the retail business by building brand awareness and acting as an effective advertising vehicle. In addition, we believe that the mail order catalogs and the Internet act as a cost efficient means of testing market acceptance of new products and new brands. Detailed financial information about the direct-to-customer segment is found in Note M to our Consolidated Financial Statements.