**EXHIBIT 16**

Case 1:05-cv-00633-SLR    Document 106-4    Filed 04/11/2006    Page 1 of 20



### A. Kershaw tomato & citrus knives

new Designed specifically for slicing tomatoes and citrus fruit with exceptional precision, these Japanese knives are made of high-carbon steel with a colorful resin coating that resists the corrosion these acidic foods can cause. The red tomato knife has a partially serrated edge for clean slicing; the orange citrus knife has a completely serrated edge that easily handles thick peels. Matching sheaths hold knives upright for storage. Hand-wash. 6" long overall.

**Tomato Knife**
#59-6379960 **$18.00**

**Citrus Knife**
#59-6379986 **$18.00**

### B. mini herb spinner

This spinner thoroughly cleans and dries herbs without damaging delicate leaves. Rinse herbs in the basket, place basket in the bowl, then give the pump a push. To stop the motion, press the brake button. Soil washes away through the slotted colander. Dishwasher safe. 7¾" diam., 5¾" high. #59-4637419 **$18.00**

### C. Garlic Genius

Now you can finely chop garlic with a twist of the wrist. This tool cuts the cloves into tiny minced cubes, ready for use in cooking. Just place a peeled clove inside, turn the top, and diminutive pieces of garlic emerge from the base. Made of stainless steel, the chopper disassembles for cleaning. Dishwasher safe. 6" high. #59-4643979 **$39.00**

### D. paring knives

new Made in France, our paring knife has an extremely sharp stainless-steel blade and a colored beech handle. 3½" blade; 7½" long overall. Please specify Blue, Orange, Yellow, Green or Purple. Each #59-6673792 **$7.00**
Exclusive *Catalog and Internet only*

Set of Five, one of each color. #59-6735096 Reg. $35.00 **Special $29.00** Exclusive *Catalog and Internet only*

### E. herb snips

new Snipping fresh herbs retains their flavorful essential oils. Designed with large handles that are easy to grasp, these stainless-steel scissors have short, finely serrated blades that cut precisely and never need sharpening. They also feature a stripper for removing leaves from tough stems. Dishwasher safe. 7¼" long. #59-6776207 **$10.00** *Catalog and Internet only*

**EXHIBIT 17**

Case 1:05-cv-00633-SLR   Document 106-4   Filed 04/11/2006   Page 3 of 20



**EXHIBIT 18**

WILLIAMS-SONOMA

SHOP   GIFT IDEAS   RECIPES   CATALOG QUICK SHOP   REGISTRY

VIEW BASKET · SIGN IN · SEARCH [keyword or item #] [Go]

**Herb Snips**
*Internet/Catalog Only*

Snipping fresh herbs retains their flavorful essential oils. Designed with large handles and short blades, these stainless-steel scissors have finely serrated blades that cut precisely and never need sharpening. They also feature a stripper for removing leaves from tough stems. Dishwasher safe. 7 1/4" long.

$10.00

Qty: [ ]
Ship to: [You ▼]
☐ Add Gift Wrap

[Add to Basket]

◎ View Larger

You May Also Like:

Mini Herb Snips  Kershaw Tomato
/Paring Knives   & Citrus Knives

Williams-Sonoma, Inc. | Privacy Policy | Site Map | Catalog Request | Store Locator
Customer Service | Business Gift Giving | Introducing Williams-Sonoma Home
For questions or assistance, call 24 hours a day! (877) 812-6235

Enter your email address to receive recipes and special offers
[          ] [SUBMIT]

**EXHIBIT 19**



# FORM S-1

## J CREW GROUP INC – JCG

Filed: August 17, 2005 (period: )

General form of registration statement: Initial statement

**Table of Contents**

revenue, we use our direct channel to introduce and test new product offerings, to sell specialty product lines such as J.Crew Wedding and to offer extended sizes and colors on various products and to expand customer files to drive targeted marketing campaigns by collecting customer data to further segment customer groups.

We currently obtain customer information for 100% of our catalog and Internet customers. As of June 2005, our customer database contained approximately 20 million individual customer names, of which 2.1 million were households that had placed a catalog or Internet order with us or made a store purchase from us within the previous 12 months, and 2.6 million email addresses that had agreed to receive promotional emails from us.

We maintain a database of "customer files," which include sales patterns, detailed purchasing information, certain demographic information, geographic locations and email addresses of our customers. This database enables us to see how our customers use our various sales channels to shop and facilitates targeted marketing strategies. We segment our customer files based on several variables, and we tailor our catalog offerings and email notifications to address the different product needs of our customer groups. For example, we currently send targeted emails to such customer groups as purchasers of shoes, petite items and high dollar amount items. We focus on continually improving the segmentation of customer files and the acquisition of additional customer names from several sources, including our retail stores, our Internet website, list rentals and list exchanges with other catalog companies.

In fiscal 2004, approximately 58% of J.Crew Direct revenues were generated by customers who had made a purchase from a J.Crew catalog or on our Internet website in the prior 12 months.

*Catalog*

The J.Crew catalog is the primary branding and advertising vehicle for the J.Crew brand. We believe our catalog reinforces the J.Crew brand image and drives sales across all of our sales channels. For example, over 30% of our Internet customers reported that they had received a catalog in the mail prior to their Internet purchase, which we believe shows that our catalog drives sales on our Internet channel. We believe we have distinguished ourselves from other catalog retailers by utilizing high quality photography and paper to depict an aspirational lifestyle image. We have furthered this image recently by eliminating clearance catalogs and instead redirecting primary liquidation activity through our website. In fiscal 2004, we distributed 16 catalog editions with a circulation of approximately 50 million copies and approximately 5.4 billion pages circulated.

We segment our customer files and tailor our catalog offerings to address the different product needs of our customer groups. To increase core catalog productivity and improve the effectiveness of marginal and prospecting circulation, each customer group is offered a distinct array of catalog editions. For example, we have recently circulated particular catalog editions such as J.Crew Wedding, Resort Edition and Women's Collection to specific customer groups.

All creative work on the J.Crew catalog is coordinated by our in-house personnel, and we believe this allows us to shape and reinforce our brand image. Photography is executed both on location and in studios, and creative design and copy writing are executed on a desktop publishing system. Digital images are transmitted directly to outside printers, thereby reducing lead times and improving reproduction quality.

While we do not have long-term contracts with our suppliers of paper for our catalog, we believe our long-standing relationships with a number of the largest coated paper mills in the United States allow us to purchase paper at favorable prices. Projected paper requirements are communicated on an annual basis to paper mills to ensure the availability of an adequate supply.

**Table of Contents**

*Internet Website*

Since 1996, our website located at www.jcrew.com has allowed our customers to purchase our merchandise over the Internet. In fiscal 2004, our website logged over 48 million visits, an increase of 20% over our fiscal 2003 visits of 40 million and represented 61% of the J.Crew Direct business. We design and operate our website using an in-house technical staff. Our website emphasizes simplicity and ease of customer use while integrating the J.Crew brand's aspirational lifestyle imagery used in the catalog. We update our website periodically throughout the day to accurately reflect product availability and to determine where on the website a particular product generates the best sales. In addition to selling our regular merchandise on our website, we also use our website as a means to sell marked-down merchandise.

We plan to expand our Internet business by adding category-based "shops" to our website. We believe these "shops" will offer our customers a more personalized and interactive shopping experience. We also intend to increase the J.Crew factory business by bringing it to the Internet by launching www.jcrewfactory.com by the end of 2005. Since approximately two-thirds of our Internet channel customers who have made a purchase in the past 12 months have purchased marked-down merchandise, we believe that offering the products currently sold in our J.Crew factory channel online will target customers seeking lower-priced items while increasing the breadth of our sales channels.

**Marketing and Advertising**

The J.Crew catalog is the primary branding and advertising vehicle for the J.Crew brand. We believe our catalog reinforces the J.Crew brand image and drives sales in all of our sales channels. Our direct sales channels enable us to maintain a database of customer sales patterns and we are thus able to target segments of our customer base with specific marketing. Depending on their spending habits, we send certain customers special catalog editions and/or emails.

Our other marketing approach seeks to attract positive attention to our brand and products in less conventional, but, we believe, highly effective manners. We refer to this marketing approach as "advertising without advertising." For example, during the summer of 2004, we ran a "beach delivery service" in which our beach delivery team delivered some of our summer items to the East Hampton area and generated positive press coverage. We have also recognized the loyalty of our top customers by sending them "thank you letters" from top executives, some of which include shopping incentives such as discount offerings. We also plan to test print advertising in select publications targeting specific markets.

We also offer a private-label credit card through an agreement with World Financial Network National Bank ("WFNNB"), under which WFNNB owns the credit card accounts and Alliance Data Systems Corporation provides services to our private-label credit card customers. In fiscal 2004, sales on J.Crew credit cards made up 16% of our total net sales. We believe that our credit card program encourages frequent store and website visits and catalog sales and promotes multiple-item purchases, thereby cultivating customer loyalty to the J.Crew brand and increasing sales.

**Sourcing Production and Quality**

*Our Sourcing Strategy*

We do not own or operate any manufacturing facilities and instead contract with third-party vendors for production of our merchandise. Our sourcing strategy emphasizes the quality fabrics and construction that our customers expect of the J.Crew brand. To ensure that our high standards of quality and timely delivery of merchandise are met, we work with a select group of vendors and factories among which are some of the most reputable producers currently supplying the designer

**EXHIBIT 20**

## ...and classic, colorful flip-flops.



**FLIP-FLOPS**
These are the sandals of summer. We've made them in every style and color, then priced them just right, so you can show your toes in a different pair every day of the week. Import. Whole sizes 5-12M (half sizes order up). Buy two or more, get 20% off.

**I ELASTIC WEDGE**
Our classic wedge flip-flops, now with an elastic upper. 1¼" slip-resistant rubber wedge. No carrot, sorbet, navy. **67099J $19.50**

**J CLASSIC**
Rubber upper and footbed. ¾" slip-resistant rubber sole. No mango. **68149J $12.50**

**K CLASSIC WEDGE**
Rubber upper and footbed. Slip-resistant rubber sole, in a new wider width. 1¼" wedge. No mango. **68163J $16.50**

**L STRIPED**
Patterned rubber straps. ¾" slip-resistant striped rubber sole. **63551J $12.50**

**M CLASSIC BICOLOR WEDGE**
Rubber upper. Contrast-color EVA footbed with slip-resistant 1¼" sole. **67646J $16.50**

**EXHIBIT 21**

# J.CREW

### order by item number

HELP | ORDER STATUS | YOUR ACCOUNT | STORE LOCATOR | GIFT CARD | SHOPPING BAG
men | women | accessories | shoes | sale | order by item #

Enter up to three items from any of our paper catalogs to check stock and order.

Item #1 [68163]
Item #2 [    ]
Item #3 [    ]

e.g. 12345A

**SUBMIT**

**live help**
Unsure of an item number?
We'll help you find what you're looking for. Click here to call us over the web or give us your phone number...we'll call you right away!

Help  Size Charts  Returns  Shipping  Sign up and receive email from J.Crew [    ] enter

Contact Us | Search | Request a Catalog | Gift Cards | J.Crew Card | About Us | Privacy

Waiting for jcrew.com...

**EXHIBIT 22**



**EXHIBIT 23**

Combined offers valid 2/3-2/8.

# Whether it's work or just fun, the Inspiron™ 6000 notebook is always ready for action.



**SAVINGS SPOTLIGHT**
Inspiron 6000 Notebook
*Widescreen Entertainment*
- Intel® Pentium® M Processor 740 (1.73GHz)
- Genuine Windows® XP Media Center Edition 2005
- 512MB Shared¹ DDR2 SDRAM
- 60GB* Hard Drive
- CD/DVD Burner (DVD+/-RW*)
- Dell™ 1370 Internal Wireless (802.11b/g)
- 1-Year Limited Warranty*, Mail-In Service, Hardware Warranty Support

Pre-Savings $1064
 $799 after $265 off or as low as $24/mo.*
E-Value* Code: 07152-D80210F

**PROTECT IT LONGER!**
- 3-Year Limited Warranty*, At-Home Service*, Hardware Warranty Support $240
- 24-Month Subscription to Trend Micro™ PC-cillin™ Internet Security with Antivirus, Firewall and Spyware Removal $99

Starting at 6.65 lbs.*
Thinness 1.52", Width 14.02", Depth 10.45"
*Weights vary depending on configuration and manufacturing variability.

15.4" Widescreen XGA Display

Download your music from your PC.
Dell DJ Ditty™ MP3 Player
- 512MB* holds up to 220 songs*
- Integrated FM tuner

$99 Shown with Ultimate Ears* Earbuds - add for only $99



**DELL ON CALL** HERE TO HELP
**PC Running Slowly?**
Dell On Call™ is available to help with spyware and virus removal 24x7. Go online to www.dell.com/delloncall for more information. Starting at $49 per incident.

Dell recommends Windows® XP Media Center Edition

## Enhance your PC experience with these awesome essentials!



**19" Dell™ Flat Panel Display 1905FP**
Pre-Savings $399 Now Only $340 after 15% off
*See inside for important details.



**Dell™ Axim™ X51v 624MHz Handheld**
- 3.7" VGA display
- Integrated Wi-Fi and Bluetooth** technology
- Includes USB sync cradle

Pre-Savings $499 Now Only $400 after 20% off



**Dell™ 50" Widescreen Plasma HDTV**
- Built-in digital HD tuner for a crisp, clear picture
- Detachable stereo speakers with virtual surround sound
- FREE Shipping (3-5 day) ($39 handling charge applies)

Pre-Savings $3799 Now Only $3599 after $200 off or as low as $108/mo.*

Second-day or next-day shipping not available on Dell® Plasma TVs. Dell® Plasma TVs are not available in Alaska or Hawaii.



## 1-800-433-6649
Shop by phone 7 a.m.-11 p.m. CT

## www.dell.com/fsi
Click anytime for deals you can't find in retail stores

**IT'S A DELL**



**EXHIBIT 24**

