**EXHIBIT 25**

Screenshot of Dell Online Store - Build from System - Microsoft Internet Explorer showing the "Select Components" page for an Inspiron 6000 laptop configuration. Address bar shows http://configure.us.dell.com/dellstore/config.aspx?cs=19&kc=071628oc=D80210F&x=128y=12. Page displays tabs for 1. COMPONENTS, 2. SOFTWARE & SERVICES, 3. ACCESSORIES. Inspiron 6000 pricing: From $1,064, Now from $799, As low as $24/month. Options include Apply Now | Learn More, Discount Details, Preliminary Ship Date: 3/3/2006, Print Summary. Need Help? Chat with a Product Advisor available from 7AM to 10PM CST. E-Value Code: 07162 - D80210F. BUILD YOUR SYSTEM - Inspiron 6000 Standard Features on All Inspirons.

**EXHIBIT 26**

# We Carry All Your Digital Photo Needs

**$179.99** Plus FREE $15 Gift Card Instantly!
With purchase. Gift Card good toward next purchase. Available in store only.

5.0 MP 1.6" LCD



**KODAK®**
**EasyShare C340**
**5.0-Megapixel Digital Camera**
- Kodak Retinar 3x optical/5x digital zoom
- Accepts Secure Digital™/MultiMediaCard™ 279-392
Simulated screen enhanced to show details.

**SAVE $50**
99.99 Regular Price
- 20.00 Instant Savings
79.99 In Store Price
- 20.00 Mfr Mail-In Rebate
- 10.00 OD Mail-In Rebate
**$49.99** After Instant Savings & Mail-In Rebates
PNY 1GB Secure Digital™ Memory Card  957-752

**SAVE $40**
89.99 Regular Price
- 20.00 Instant Savings
69.99 In Store Price
- 20.00 Mfr Mail-In Rebate
**$49.99** After Instant Savings & Mail-In Rebate
PNY 512MB xD-Picture Card  895-880



**$199.99** Plus FREE $20 Gift Card Instantly!
With purchase. Gift Card good toward next purchase. Available in store only.

5.0 MP 1.5" LCD



**OLYMPUS®**
**FE-110 5.0-Megapixel Digital Camera**
- 2.8x optical/11x digital zoom
- Accepts xD-Picture Cards™ 272-528
Simulated screen enhanced to show details.

**$329.99** Plus FREE $30 Gift Card Instantly!
With purchase. Gift Card good toward next purchase. Available in store only.

7 MP 1.8" LCD



**NIKON®**
**Coolpix® 7600**
**7-Megapixel Digital Camera**
- 3x optical/4x digital zoom
- TV/VCR direct connect for viewing slideshows
- Accepts Secure Digital™ cards 821-992
Simulated screen enhanced to show details.

**SAVE $100**
**$299.99**

5.1 MP 2.5" LCD



**NIKON® Coolpix® P2 5.1-Megapixel Digital Camera**
- Built-In Wi-Fi
- 3.5x optical/4x digital zoom
- Accepts Secure Digital™ media cards
286-928  Reg. $399.99
Simulated screen enhanced to show details.

**$299.99** Plus FREE $30 Gift Card Instantly!
With purchase. Gift Card good toward next purchase. Available in store only.

6.0 MP 2.5" LCD



**OLYMPUS®**
**Stylus 600**
**6.0-Megapixel Digital Camera**
- 3x optical zoom
- Accepts xD-Picture Cards™
266-504
Simulated screen enhanced to show details.

---

## BUY 1 GET 1 FREE*
**T·Mobile** with 1-year activation of any family/rate plan

**SAVE $349.99 FOR 2**
439.98 Regular Price for 2
- 249.99 Instant Savings on 2
249.99 In Store Price for 2
- 100.00 Mail-In Rebate
**$149.99** After Instant Savings & Mail-In Rebate

**T-MOBILE® RAZR Wireless Phone by Motorola®**
- Built-In VGA camera
- Long-range Bluetooth®-enabled
- Thin & sleek!
Model V3  298-184



*Subject to credit approval. Activation and termination fees apply. Additional restrictions apply. See printed materials and T-Mobile's Terms and Conditions, viewable at www.t-mobile.com, for details. Limited time offer and subject to change without notice. T-Mobile is a registered trademark of Deutsche Telekom AG. © 2005 T-Mobile USA, Inc.
Phones and services not available in all locations.
Offer available in store only.   Simulated screen enhanced to show details.

## BUY 1 GET 1 FREE**
**Sprint** Same item only. **With 2-year service agreement on each phone.

**SAVE $389.99 FOR 2**
439.98 Regular Price for 2
- 300.00 Instant Savings on 2
- 40.00 OD Instant Savings on 2
99.98 In Store Price for 2
- 49.99 Mfr Mail-In Rebate
**$49.99** After Instant Savings & Mail-In Rebate

**SPRINT® Flip-Top Wireless Phone by Samsung**
- Built-In VGA camera
- Send e-mails & wireless postcards
- Supports voice messaging
Model PM-A840  224-964



**Sprint Nextel Offer Information:**
** Offer requires activation of two new lines of service with a two-year subscriber agreement on each phone. Offer ends 2/18/06. Not available in all markets. Phones subject to availability. Subject to credit. Restrictions apply. Rebate: Requires purchase by 02/18/06 with activation by 02/18/06. Account must be active account for 30 consecutive days. Rebate capped at purchase price. Phones must be purchased in one transaction. $36 activation and $150 termination fees apply. See printed material in-store for details.
Phones and services not available in all locations.
Offer available in store only.  Simulated screen enhanced to show details.

## Enhance your digital music experience

**SAVE $10**
**$29.99**



NEW!
**iSnug™ iPod® Case Kit**
517-669  Reg. $39.99
iPod sold separately.

**SAVE $10**
**$69.99**



NEW!
**Stereo Dock For iPod®**
518-796  Reg. $79.99
iPod sold separately.

**SAVE $10**
**$39.99**

NEW!
**iTrip® FM Transmitter with LCD for iPod®**
572-556  Reg. $49.99

**$199.99** Plus FREE $20 Gift Card Instantly!
With purchase. Gift Card good toward next purchase. Available in store only.

PLAYS MP3s



**PALM®**
**Tungsten™ E2**
- Wireless Bluetooth®-enabled
- Accepts Secure Digital™ media card
- View photos/videos, play MP3s
- 320 x 320 color screen resolution
964-632
Simulated screen enhanced to show details.

**$299.99** Plus FREE $30 Gift Card Instantly!
With purchase. Gift Card good toward next purchase. Available in store only.



2.2" LCD



**IRiver H10 20GB Portable Digital Player**
- Can hold 600 hours' worth of digital music
- Supports 3-D audio via SRS WOW
Model H10 20GB  314-624
While supplies last.
Simulated screen enhanced to show details.

---

4  4  ZA

**4 Office DEPOT®** | **3 WAYS TO SHOP** | CALL 1.800.GO.DEPOT (1.800.463.3768) fax: 1.800.685.5010 | CLICK officedepot.com AOL keyword: officedepot | COME BY 1.800.GO.DEPOT (1.800.463.3768) to locate a store near you

**EXHIBIT 27**

Office Depot — Office Supplies, Furniture, Technology / Microsoft Internet Explorer

File  Edit  View  Favorites  Tools  Help

Back  •  •  •  •  •  Search  Favorites  Media  •  •  •  •

Address: http://www.officedepot.com

Google  minnesota attorney  Search Web  •  PageRank  1759 blocked  Options  minnesota  attorney

**Office DEPOT** — *Taking Care of Business*

Login · Register · Help
1-800-GO-DEPOT
Find a Store

Office Supplies | Furniture | Technology | Tech Depot | Ink Depot | International Websites
Home | En Español | Business Center | Customer Service | Company Info

Search for 286-928  Search

**PRESIDENT'S DAY TECHNOLOGY SALE!**
$399.99 After Mail-in Rebates
23" LCD TV Monitor!
Regular Price $699.99!
→ Shop Now

**CATALOG QUICK SHOP**
ORDER BY ITEM NUMBER

**SuperValues**
FREE Case of Office Depot® Brand White Copy Paper When You Buy 3!
→ Details

**Rebate Center**
TurboTax Premier with State
Save with rebates!
Widescreen LCD TV & Monitor
Save $300 with rebates!
More →

**Advertised Specials**
View Specials →

Did You Know?
You can order many items online and pick them up the same day at your local Office

**Shopping Cart**
0 Item(s) in Cart
Subtotal: $0.00
Add $50.00 more for FREE Next Business Day Delivery*
View Cart | Check Out

**Shopping Tools**
Find Printer Supplies
Manufacturer
Find a Store
Order by Item #
Order Tracking
My Account
My Shopping Lists
Request a Catalog
Apply for Credit Card
Advantage Program
Buyer's Edge

$9.99
After Instant Savings** & Mail-in Rebate
MOTOROLA®
Cordless

**Office Supplies**
AV Supplies & Equipment
Basic Supplies & Labels
Binders & Accessories
Breakroom & Janitorial
Business Cases
Calendars & Planners
Custom Printing
Desk Accessories
Executive Gifts
Filing & Storage
Paper, Forms, Envelopes
Pens, Pencils & Markers
Printer & Fax Supplies
School Supplies

**Furniture**
Armoires
Bookcases & Shelving
Carts & Stands
Chairmats & Floor Mats
Chairs
Computer & Student Desks
Desk Collections
File & Storage Cabinets
Lamps & Light Bulbs
Office Furnishings
Panel Systems & LAN Furniture
Tables
Workstations

**Technology**
AV Supplies & Equipment
Cameras & Scanners
Computer Accessories
Computer Media
Computers & Monitors
Copier & Fax Machines
Data Storage & Networking
Mobile Devices & MP3 Players
Office Machines
Phones & Accessories
Printer & Fax Supplies
Printers & All-In-Ones
Software, Books & Maps

Enter for a chance to WIN
Your Company Logo on the No. 99 Office Depot Ford Fusion
$10,000 office makeover

*Taking Care of Business*

**Office DEPOT**
Success Strategies
FOR BUSINESSWOMEN
Business Resource Center

Start | RKMC Deliver... | Inbox - Micros... | Office Depot... | Document3 - ... | iMANAGE - [M... | FirstAmended...  11:18 AM

**EXHIBIT 28**

*Nikon® Coolpix P2 5.1-Megapixel Digital Camera - Office Depot - Microsoft Internet Explorer*

File  Edit  View  Favorites  Tools  Help

Back ▼ | ✕ | ↻ | 🔍 Search | ⭐ Favorites | 🎬 Media | ...

Address: http://www.officedepot.com/textSearch.do?uniqueSearchFlag=true&Nttt=286-928&x=48&y=10     Go    Links »

Google ▼ minnesota attorney | Search Web ▼ | PageRank | 1759 blocked | AutoFill | Options  🔍 minnesota  🔍 attorney

**Office DEPOT**
*Taking Care of Business*

Login · Register · Help
1-800-GO-DEPOT
Find a Store

| Office Supplies | Furniture | Technology | Home | En Español | Tech Depot | Ink Depot |
| Business Center | Customer Service | Company Info |

International Websites

Search for [286-928]    Search

**Nikon® Coolpix P2 5.1-Megapixel Digital Camera**
View all Nikon Digital Cameras

| Item # | Our Price | Units | Quantity |
|--------|-----------|-------|----------|
| 286928 | $399.99 | each | |

REBATE SAVINGS!
Click for printable mail-in rebate form.

[Compare]   [Add To Cart]   [Add To List]

Low Availability

*Built-in Wi-Fi technology lets you transfer photos to computer wirelessly!*

- **Enjoy wire-free transfer of pictures for archiving and e-mailing.** Harnessing the power of your Wi-Fi-enabled computer, you can upload photo files from your Coolpix P Series camera to your hard drive without the hassle of wires.
- **Professional-quality Zoom-Nikkor ED 3.5x optical lens ensures sharpness and clarity.** These P Series cameras offer a specialized ED (extra-low dispersion) glass lens, capturing amazingly accurate colors and clean contrasts. Plus, you can focus up close and frame your picture precisely with its 4x digital/3.5x optical zoom.
- **Aperture Priority Mode offers 10-step control for proper lighting.** Even in dimly lit areas or unusual lighting conditions, you can adjust the aperture with strict accuracy for ultimate results.
- **D-Lighting automatically lightens overly dark images in playback.** Nikon's exclusive Feature System not only corrects dark pictures, but also offers face-priority focusing

**Shopping Cart**
🛒 0 Item(s) in Cart
Subtotal: $0.00
Add $50.00 more for FREE Next Business Day Delivery!*
View Cart | Check Out

**Shopping Tools**
Find Printer Supplies
Manufacturer
Find a Store ➜
Order by Item # ➜
Order Tracking ➜
My Account ➜
My Shopping Lists ➜
Request a Catalog ➜
Apply for Credit Card ➜
Advantage Program ➜
Buyer's Edge ➜

**2005 BACK TO BUSINESS**
Take Advantage of Huge Savings on Supplies,

**Related Products**
Digital And 35mm Camera Bag, Small, Soft Acetate Weave, Silver/Gray
Price: $4.99
Units: each
Qty: [  ]  [Add]

Start | RKMC Deli... | Inbox - Mi... | 🔍 Nikon® C... | Microsoft ... | First Amen... | IMANAGE -... | Adobe Acr... |  11:21 AM