**EXHIBIT 29**






6  Shoe sale excludes Value Right.

**EXHIBIT 30**



**EXHIBIT 31**

