**EXHIBIT 32**



### c. double mezzaluna

This old-fashioned tool – whose name means "half-moon" in Italian – is still an international favorite for chopping. Using an easy two-handed rocking motion, you can swiftly chop onions, garlic or herbs. The curved parallel stainless-steel blades are 5½" long. #74-909648 **$30.00** Exclusive

### d. demi-glace

The foundation of many classic French sauces, demi-glace is a superconcentrated reduction of stocks and seasonings. Simmered for more than 20 hours to achieve its rich taste and intense color, ours adds remarkable depth of flavor to stews, sauces and gravies. Recipes included. 10 oz. Veal, Beef, Chicken or Wild Game. Exclusive #74-4420592 **$29.00**

### e. Le Creuset wide Dutch oven

Descended from the classic French *rondeau*, this is the pan to use for preparing generous portions of autumn favorites like osso buco, chicken stew or beef brisket. Its wide cooking surface provides ample room for browning and sautéing foods before long, slow oven or stovetop cooking. Sides are the perfect height to contain juices, while the enameled cast-iron body distributes heat slowly and evenly. The tight-fitting lid circulates heat and moisture, ensuring tender results. Dishwasher safe. 6¾-qt. cap.; 12" diam., 6¼" high. Specify Sonoma Blue†, Dijon†, Dune††, Flame††, Lemongrass† or Red. #74-6976825 Reg. $255.00 **Special $190.00**
†Exclusive  ††*Catalog and Internet only*

### f. Peugeot adjustable mills

NEW Distinguished by their dramatic red lacquer finish, these salt and pepper mills feature Peugeot's masterfully engineered grinding mechanisms – long considered among the finest available. Grind adjusts from ultrafine to coarse – just turn knob on each mill's top. Lacquered beechwood bodies with stainless-steel accents. 7" high. *Catalog and Internet only*
Salt Mill
#74-7431935 **$38.00**
Pepper Mill
#74-7429160 **$38.00**
Special Set, one of each. #74-7435522
Reg. $76.00
**Special $69.00**



**EXHIBIT 33**



**EXHIBIT 34**

