**EXHIBIT 35**



# pretty pleats
## introducing a new crop of spring skirts

**A SHIRTING STRIPE PLEATED SKIRT**
Cotton. Favorite fit. Side zip. Measures top of skirt. Unlined (as above). Knees 22" long. Import. Machine wash. 016-7431E-F88.

**B SUMMER WEIGHT PLEATED CHINO SKIRT**
Summer weight cotton chino. Favorite fit. Side zip. Unlined. Hits above knees 20" long. Import. Machine wash. 016-7288A-F88.

SHOE SIZES 5 AND 12 ARE CATALOG/JCREW.COM ONLY.

**EXHIBIT 36**



**EXHIBIT 37**

