# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC., OFFICE DEPOT INC., J.C. PENNEY COMPANY, INC., WILLIAMS-SONOMA, INC., J. CREW GROUP, INC.,<br><br>Defendants. | Civil Action no. 05-633-KAJ |

**FIRST SUPPLEMENT TO PROTECTIVE ORDER**

The confidentiality of code produced and designated by any defendant as CONFIDENTIAL INFORMATION will be subject to the following additional protections:

1. Defendants will produce a single electronic copy of source code or executable code on CDs which Internet Media may inspect on a stand-alone computer that is not connected to the internet or any other network.

2. The stand-alone computer shall be password protected and provided by Internet Media.

3. The stand-alone computer shall be located with Elysium Digital LLC ("Elysium") which will serve as escrow agent for the code. Elysium shall provide its most stringent and restrictive security measures to maintain the confidentiality of Defendants' source code.

4. Access to the stand-alone computer shall be permitted to only outside counsel representing the requesting party, Robins, Kaplan, Miller & Ciresi L.L.P., employee Shelley Gilliss and five (5) experts retained by the requesting party, all of whom have been approved under the Protective Order and further agree to be bound by these court-ordered additional protections for code. Such persons, other than counsel, shall confirm their said agreement in writing. Absent further agreement of the parties or further order of the Court, no one from the producing party shall have access to the stand-alone computer.

5. All source code that is printed must be logged including when and by whom printed copies were made. These printed copies must be secured by the escrow agent in the same

manner as the source code. Additionally, outside counsel for Internet Media may attach copies of the printed source code to expert reports, memoranda or other documents filed with the Court, and may use the printed code as exhibits in depositions of the producing party and expert witnesses. Any such source code shall be designated CONFIDENTIAL INFORMATION. Any such documents filed with the Court shall be filed UNDER SEAL.

6. The stand-alone computer may include software utilities which will allow counsel and experts to view, search, and analyze the source code. At a minimum, these utilities may provide the ability to (a) view, search, and line-number any source file, (b) search for a given pattern of text through a number of files, (c) compare two files and display their differences, and (d) compute the MD5 checksum of a file. No software shall be used to copy, alter or otherwise manipulate, or publish any source code except that Internet Media's experts may copy the CDs onto the hard drive of the stand alone computer. Internet Media has provided Defendants with a list of the tools and any other software that will be loaded onto the stand alone computer. Should Internet Media learn that additional tools are necessary to review the source code, it will provide defendants a list of any additional tools to be loaded onto the stand alone computer. Except as noted herein, no other software may be present on the stand alone computer.

7. Internet Media shall bear all costs associated with Elysium Digital, all security measures required hereunder and providing, obtaining software for, loading and maintaining the stand-alone computer.

8. Except to the extent an objection to production has been made on grounds other than confidentiality, Defendants agree to produce currently responsive source code designated as CONFIDENTIAL INFORMATION to Elysium Digital within seven (7) days of the entry of this supplement to the Protective Order.

DATED:_____    By:_____

                                                  UNITED STATES DISTRICT JUDGE

MP3 20176441.1

DATED: April 18, 2006                    BLANK ROME LLP


By: /s/ Thomas P. Preston
    Thomas P. Preston
    Chase Manhattan Centre
    1201 Market Street, Suite 800
    Wilmington, DE  19801
    Telephone:  302.425.6400

    Ronald J. Schutz
    Diane L. Simerson
    Andrea L. Gothing
    Nicole N. Morris
    Robins, Kaplan, Miller & Ciresi, LLP
    2800 LaSalle Plaza
    800 LaSalle Avenue
    Minneapolis, MN  55402
    Telephone:  612.349.8500

    Attorneys for Plaintiff
    Internet Media Corporation


DATED: April 18, 2006                    POTTER ANDERSON & CORROON LLP


By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza, 6th Floor
    P.O. Box 951
    Wilmington, Delaware 19899
    Telephone:  302.984.6000

    James G. Gilliland, Jr.
    Gregory S. Gilchrist
    April E. Abele
    Robert G. Litts
    Townsend and Townsend and Crew LLP
    Two Embarcadero Center, 8th Floor
    San Francisco, California 94111
    415.576.0200

    Attorneys for Defendants
    J.C. Penney Company, Inc.


MP3 20176441.1

        J. Crew Group, Inc.
        Williams-Sonoma, Inc.

DATED: <u>April 18, 2006</u>        POTTER ANDERSON & CORROON LLP

By: <u>/s/ Richard L. Horwitz</u>
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    P.O. Box 951
    Wilmington, Delaware 19899
    Telephone:  302.984.6000

    David B. Weaver
    David E. Killough
    Vinson & Elkins LLP
    2801 Via Fortuna, Suite 100
    Austin, TX  78746
    Telephone:  512.542.8400

    Attorneys for Defendant
    Dell, Inc.

DATED: <u>April 18, 2006</u>        GREENBERG TRAURIG, LLP

By: <u>/s/ Cathy L. Reese</u>
    Cathy L. Reese
    Paul D. Brown
    The Brandywine Building
    1000 West Street, Suite 1540
    Wilmington, DE  19801
    Telephone:  302.661.7000

    Michael A. Nicodema
    Greenberg Traurig, LLP
    MetLife Building
    200 Park Avenue
    New York, NY  10166
    Telephone:  212.801.9200

    Attorneys for Defendant
    Office Depot Inc.

Case 1:05-cv-00633-SLR    Document 107    Filed 04/18/2006    Page 5 of 5

MP3 20176441.1