IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC.; OFFICE DEPOT, INC.<br>J.C. PENNEY COMPANY, INC.<br>WILLIAMS-SONOMA, INC. and<br>J. CREW GROUP, INC.,<br><br>Defendants. | Civil Action No. 05-633-KAJ |

## NOTICE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 20th day of April, 2006, I caused to be served upon the following counsel a copy of this Notice and Plaintiff's Response to Defendant Office Depot, Inc.'s Third Set of Interrogatories [Nos. 14-16].

**BY HAND**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

Willem G. Schuurman, Esquire
David B. Weaver, Esquire
Kristen P. Foster, Esquire
Matthew S. Wermager, Esquire
David Killough, Esquire
Vinson & Elkins L.L.P.
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

**BY HAND**

Cathy L. Reese, Esquire
Titania R. Mack, Esquire
Michael Nicodema, Esquire
Ben Zuckerman, Esquire
Greenberg Traurig, LLP
The NeMours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Gaston Kroub, Esquire
Greenberg Traurig LLP
Metlife Building
200 Park Avenue
New York, NY 10166

**BY HAND**

Philip A. Rovner, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

James G. Gilliland, Jr., Esquire
Gregory S. Gilchrist, Esquire
April E. Abele, Esquire
Robert G. Litts, Esquire
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

**BY FIRST-CLASS MAIL**

Kayla Carter Owens, Esquire
J. C. Penney Corp., Inc.
Plano, Texas 75075

*Of Counsel:*

Ronald J. Schutz
Diane L. Simerson
Michael A. Collyard
Andrea L. Gothing
Busola A. Akinwale
ROBINS, KAPLAN, MILLER &
CIRESI, LLP
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
(612) 349-8500

Dated: April 20, 2006

BLANK ROME LLP

By: */s/ Thomas P. Preston*
    _____
    Thomas P. Preston, Esquire
    I.D. No. 2548
    1201 Market Street, Suite 800
    Wilmington, DE 19801
    Ph:  (302) 425-6478
    Fax: (302) 425-6464

*Attorneys for Plaintiff
Internet Media Corporation*