IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC., OFFICE DEPOT, INC., J.C. PENNEY COMPANY, INC., WILLIAMS-SONOMA, INC., J. CREW GROUP, INC.<br><br>Defendants. | Civil Action No. 05-633 (KAJ) |

## NOTICE OF INDIVIDUAL WITHDRAWAL OF APPEARANCE

Please take notice that Cathy L. Reese hereby withdraws her appearance on behalf of defendant Office Depot, Inc.. Titania R. Mack and the firm of Greenberg Traurig LLP will continue to represent defendant Office Depot, Inc.

Dated: April 26, 2006

By: /s/ *Cathy L. Reese*
Cathy L. Reese (#2838)
Titania R. Mack (#4120)
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington DE 19801
Tel.: (302) 661-7000
Fax: (302) 661-7360

Michael A. Nicodema
Gaston Kroub
GREENBERG TRAURIG LLP
200 Park Ave.
New York, New York 10166
(212) 801-2100

*Attorneys for Defendant Office Depot, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2006, a copy of the foregoing **Notice of Individual Withdrawal of Appearance** was caused to be served upon all parties via electronic service utilizing CM/ECF.

/s/ *Cathy L. Reese*
Cathy L. Reese (#2838)

DEL-FS1\157130v01