IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC., OFFICE DEPOT, INC., J.C. PENNEY COMPANY, INC., WILLIAMS-SONOMA, INC., J. CREW GROUP, INC.<br><br>Defendants. | Civil Action No. 05-633 (KAJ) |

## NOTICE OF SERVICE OF DISCOVERY

I, Titania R. Mack, hereby certify that I am an attorney at Greenberg Traurig, LLP, counsel for Defendant, Office Depot, Inc., and that on May 1, 2006, copies of *Defendant Office Depot, Inc.'s Responses to Plaintiff's Third Set of Interrogatories* was served upon the parties listed below as indicated:

VIA HAND DELIVERY:

Thomas P. Preston, Esquire
BLANK ROME LLP
Chase Manhattan Center
1201 Market Street, Suite 800
Wilmington, DE 19801

VIA FIRST CLASS MAIL:

Ronald J. Schutz
Diane L. Simerson
Andrea L. Gothing
Nicole N. Morris
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Dated: May 1, 2006

By: /s/ Titania Mack
Titania R. Mack (#2838)
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington DE 19801
Tel.: (302) 661-7000
Fax: (302) 661-7360