IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-633-KAJ |
| ) | |
| DELL, INC., OFFICE DEPOT, INC., ) | |
| J.C. PENNEY COMPANY, INC., ) | |
| WILLIAMS-SONOMA, INC., and ) | |
| J. CREW GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, on May 1, 2006, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

J. CREW GROUP, INC.'S RESPONSES TO PLAINTIFF'S FOURTH SET OF
INTERROGATORIES [NOS. 11-12]

**BY HAND DELIVERY AND E-MAIL**

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
preston-t@blankrome.com

Cathy L. Reese, Esq.
Titania R. Mack, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801
reesec@gtlaw.com
mackt@gtlaw.com

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
P.O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

| | |
|---|---|
| **BY E-MAIL AND FEDERAL EXPRESS** | **BY E-MAIL** |
| Ronald J. Schutz, Esq.<br>Diane L. Simerson, Esq.<br>Andrea L. Gothing, Esq.<br>Nicole N. Morris, Esq.<br>Robins, Kaplan, Miller & Ciresi, LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402-2015<br>rjschutz@rkmc.com<br>dlsimerson@rkmc.com<br>algothing@rkmc.com<br>nnmorris@rkmc.com | David E. Killough, Esq.<br>David B. Weaver, Esq.<br>Matthew S. Wermager, Esq.<br>Vinson & Elkins L.L.P.<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746<br>dkillough@velaw.com<br>dweaver@velaw.com<br>mwermager@velaw.com |

**BY E-MAIL**

Douglas R. Weider, Esq.
Michael A. Nicodema, Esq.
Greenberg Traurig LLP
MetLife Building
200 Park Avenue
New York, NY 10166
weiderd@gtlaw.com
nicodemam@gtlaw.com

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL:<br><br>James G. Gilliland, Jr.<br>April E. Abele<br>Matthew R. Hulse<br>Townsend and Townsend and Crew LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California 94111<br>(415) 576-0200<br><br>Dated: May 1, 2006<br><br>730328 | By: /s/ Philip A. Rovner<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, Delaware 19899<br>    (302) 984-6000<br>    E-mail: provner@potteranderson.com<br><br>Attorneys for Defendant J. Crew Group, Inc. |

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on May 1, 2006, the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served as indicated on the following counsel; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Thomas P. Preston, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
preston-t@blankrome.com

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
P.O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Cathy L. Reese, Esq.
Titania R. Mack, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801
reesec@gtlaw.com
mackt@gtlaw.com

I hereby certify that on May 1, 2006, I have sent the document in the manner listed to the following non-registered participants:

### BY E-MAIL AND FEDERAL EXPRESS

Ronald J. Schutz, Esq.
Diane L. Simerson, Esq.
Andrea L. Gothing, Esq.
Nicole N. Morris, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
rjschutz@rkmc.com
dlsimerson@rkmc.com
algothing@rkmc.com
nnmorris@rkmc.com

### BY E-MAIL

David E. Killough, Esq.
David B. Weaver, Esq.
Matthew S. Wermager, Esq.
Vinson & Elkins L.L.P.
2801 Via Fortuna, Suite 100
Austin, TX 78746
dkillough@velaw.com
dweaver@velaw.com
mwermager@velaw.com

-2-

**BY E-MAIL**

Douglas R. Weider, Esq.
Michael A. Nicodema, Esq.
Greenberg Traurig LLP
MetLife Building
200 Park Avenue
New York, NY  10166
weiderd@gtlaw.com
nicodemam@gtlaw.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
provner@potteranderson.com

713722