IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELL, INC., OFFICE DEPOT, INC., )<br>J.C. PENNEY COMPANY, INC., )<br>WILLIAMS-SONOMA, INC., and )<br>J. CREW GROUP, INC., )<br>)<br>Defendants. ) | C.A. No. 05-633 (KAJ)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Dell, Inc., hereby certifies that copies of **Dell, Inc.'s First Supplemental Responses and Objections to Internet Media Corporation's Interrogatories Nos. 1, 2 and 3**; and **Dell, Inc.'s First Supplemental Response to Internet Media Corporation's Interrogatory No. 4 to Dell, Inc.** were caused to be served on May 5, 2006 upon the following attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Thomas P. Preston
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, Delaware 19801

Titania R. Mack
GreenbergTraurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

**VIA ELECTRONIC MAIL**

Ronald J. Schutz
Diane L. Simerson
Andrea L. Gothing
Nicole N. Morris
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
rjschutz@rkmc.com
dlsimerson@rkmc.com
algothing@rkmc.com
nnmorris@rkmc.com

James G. Gilliland, Jr.
April E. Abele
Robert G. Litts
Townsend and Townsend and Crew LLP
Two Embarcadero Center
San Francisco, CA 94111
jggilliland@townsend.com
aeabele@townsend.com
rglitts@townsend.com

Douglas R. Weider
Barry J. Schindler
Michael A. Nicodema
Gaston Kroub
Greenberg Traurig LLP
MetLife Building
200 Park Avenue
New York, NY 10166
weiderd@gtlaw.com
nicodemam@gtlaw.com
kroubg@gtlaw.com
schindlerb@gtlaw.com

OF COUNSEL:

David E. Killough
David B. Weaver
Avelyn M. Ross
Kristen P. Foster
Matthew S. Wermager
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Tel.: (512) 542-8400

Dated: May 5, 2006
731061 / 29492

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, Delaware 19899
    Tel. (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant Dell, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 5, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Thomas P. Preston
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, Delaware 19801

Titania R. Mack
GreenbergTraurig, LLP
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

I hereby certify that on May 5, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Ronald J. Schutz
Diane L. Simerson
Andrea L. Gothing
Nicole N. Morris
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
rjschutz@rkmc.com
dlsimerson@rkmc.com
algothing@rkmc.com
nnmorris@rkmc.com

Douglas R. Weider
Barry J. Schindler
Michael A. Nicodema
Gaston Kroub
Greenberg Traurig LLP
MetLife Building
200 Park Avenue
New York, NY 10166
weiderd@gtlaw.com
nicodemam@gtlaw.com
kroubg@gtlaw.com
schindlerb@gtlaw.com

James G. Gilliland, Jr.
April E. Abele
Robert G. Litts
Townsend and Townsend and Crew LLP
Two Embarcadero Center
San Francisco, CA 94111
jggilliland@townsend.com
aeabele@townsend.com
rglitts@townsend.com

                                                    By:   /s/ David E. Moore
                                                                 Richard L. Horwitz
                                                                 David E. Moore
                                                                 Potter Anderson & Corroon LLP
                                                                 Hercules Plaza, 6th Floor
                                                               1313 N. Market Street
                                                               Wilmington, DE 19899-0951
                                                              (302) 984-6000
                                                               rhorwitz@potteranderson.com
                                                               dmoore@potteranderson.com

704823