IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DELL, INC, OFFICE DEPOT, INC., J.C. ) <br> PENNEY COMPANY, INC., WILLIAMS- ) <br> SONOMA, INC., J.CREW GROUP, INC. ) <br> ) <br> Defendants. ) | Civil Action No. 05-633 (KAJ) |

## NOTICE OF SERVICE

I, Titania R. Mack, hereby certify that on the 9th day of May, 2006, I caused to be served upon the following counsel a copy of **Defendant Office Depot Inc.'s First Supplemental Responses to Plaintiff's First Set of Interrogatories** in the manner indicated:

**Via Hand**
Richard L. Horwitz, Esq.
Philip Rovner, Esq.
David E. Moore, Esq.
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

**Via Hand**
Thomas P. Preston, Esq.
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

**Via First Class Mail**
Willem G. Schuurman, Esq.
David B. Weaver, Esq.
Kristen P. Foster, Esq.
Matthew S. Wermager, Esq.
David Killough Esq.
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

**Via First Class Mail**
James G. Gilliland, Jr., Esq.
Gregory S. Gilchrist, Esq.
April E. Abele, Esq.
Robert G. Litts, Esq.
TOWNSEND AND TOWNSEND AND
  CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

**Via First Class Mail**
Ronald J. Schutz, Esq.
Diane L. Simerson, Esq.
Andrea L. Gothing, Esq.
Nicole N. Morris, Esq.
ROBINS KAPLAN MILLER & CIRESI LLP
2800 LaSalle Plaza
Minneapolis, MN 55402-2015

**Via First Class Mail**
Christine A. Amatruda, Esq.
WILLIAMS-SONOMA, INC.
Legal Department
3250 Van Ness Avenue
San Francisco, CA 94109

**GREENBERG TRAURIG LLP**

By: /s/ Titania Mack
Titania R. Mack (No. 4120)
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

and

Michael A. Nicodema
Barry J. Schindler
Douglas Weider
Gaston Kroub
200 Park Avenue
New York, NY 10166
(212) 801-2100

Attorneys for Defendant
OFFICE DEPOT, INC.