IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNET MEDIA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-633-KAJ |
| | ) | |
| DELL, INC., | ) | |
| OFFICE DEPOT, INC., | ) | |
| J.C. PENNEY COMPANY, INC., | ) | |
| WILLIAMS-SONOMA, INC., | ) | |
| J. CREW GROUP, INC. | ) | |
| | ) | |
| Defendants. | | |

**PLAINTIFF INTERNET MEDIA CORPORATION'S REPLY TO DEFENDANT
OFFICE DEPOT, INC.'S COUNTERCLAIMS**

Plaintiff Internet Media Corporation ("Internet Media") hereby replies to the counterclaims alleged in paragraphs 98 – 107 of Defendant Office Depot, Inc.'s ("Office Depot") First Amended Answer, Affirmative Defenses and Counterclaims, which Office Depot filed with the Court on April 25, 2006.

### Parties

1. Internet Media admits the allegations set forth in paragraph 98.

2. Internet Media admits the allegations set forth in paragraph 99.

## Jurisdiction and Venue

3. Internet Media admits that jurisdiction is proper. To the extent paragraph 100 incorporates averments of non-infringement or invalidity, Internet Media denies those allegations.

4. Internet Media admits the allegations set forth in paragraph 101.

## Count One—Declaratory Judgment of Non-Infringement

5. In response to the allegations set forth in paragraph 102, Internet Media admits that an actual controversy exists between Internet Media and Office Depot with respect to U.S. Patent No. 6,049,835 ("the '835 patent").

6. Internet Media denies the allegations set forth in paragraph 103 of Office Depot's counterclaims.

7. In response to the allegations in paragraph 104, Internet Media admits that Office Depot seeks a declaration that Office Depot has not and is not now infringing the '835 patent. To the extent that paragraph 104 incorporates averments of non-infringement, Internet Media denies those allegations.

## Count Two—Declaratory Judgment of Invalidity

8. In response to the allegations in paragraph 105, Internet Media admits that an actual controversy exists between Internet Media and Office Depot with respect to the validity of the '835 patent.

9. In response to the allegations in paragraph 106, Internet Media admits that Office Depot seeks a declaration that the '835 patent fails to comply with 35 U.S.C. § 100 *et seq.* To the extent that paragraph 106 incorporates averments of invalidity, Internet Media denies those allegations.

000351.00601/40162041v.1

## EXCEPTIONAL CASE

10. Internet Media denies the allegations in paragraph 107.

## PRAYER FOR RELIEF

11. Internet Media denies that Office Depot is entitled to any of the relief requested in the prayer for relief asserted in connection with its counterclaims.

## AFFIRMATIVE DEFENSES TO OFFICE DEPOT'S COUNTERCLAIMS

12. In its counterclaims, Defendant Office Depot has failed to state a claim upon which relief can be granted.

## DEMAND FOR JURY TRIAL

13. Internet Media hereby respectfully requests a jury trial on all issues so triable as set forth in Office Depot's First Amended Answer, Affirmative Defenses and Counterclaims to Internet Media's First Amended Complaint.

## PRAYER FOR RELIEF

WHEREFORE, Internet Media prays for judgment as follows:

A. That Office Depot's counterclaims be dismissed with prejudice;

B. That Office Depot be ordered to pay attorneys' fees and costs, and any such additional amount that appears reasonable to the Court, to Internet Media; and

C. That Internet Media be awarded such other and further relief as the Court may deem just and equitable.

*Of Counsel:*

Ronald J. Schutz
Diane L. Simerson
Michael A. Collyard
Andrea L. Gothing
Busola A. Akinwale
ROBINS, KAPLAN, MILLER &
CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

Dated: May 15, 2006

BLANK ROME LLP

_____
Thomas P. Preston, Esquire
I.D. No. 2548
1201 Market Street, Suite 800
Wilmington, DE 19801
Ph: (302) 425-6478
Fax: (302) 425-6464

*Attorneys for Plaintiff
Internet Media Corporation*

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 15th day of May, 2006, I served **PLAINTIFF INTERNET MEDIA CORPORATION'S REPLY TO DEFENDANT OFFICE DEPOT, INC.'S COUNTERCLAIMS** on the following counsel:

### BY ELECTRONIC SERVICE

Richard L. Horwitz, Esquire
David E. Moore, Esquire
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

### BY FEDERAL EXPRESS

Willem G. Schuurman, Esquire
David B. Weaver, Esquire
Kristen P. Foster, Esquire
Matthew S. Wermager, Esquire
David Killough, Esquire
**Vinson & Elkins L.L.P.**
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

### BY ELECTRONIC SERVICE

Titania R. Mack, Esquire
Michael Nicodema, Esquire
Ben Zuckerman, Esquire
**Greenberg Traurig, LLP**
The NeMours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Gaston Kroub, Esquire
**Greenberg Traurig LLP**
Metlife Building
200 Park Avenue
New York, NY 10166

### BY ELECTRONIC SERVICE

Philip A. Rovner, Esquire
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

### BY FEDERAL EXPRESS

James G. Gilliland, Jr., Esquire
Gregory S. Gilchrist, Esquire
April E. Abele, Esquire
**Townsend and Townsend and Crew LLP**
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

**BY FIRST-CLASS MAIL**

Kayla Carter Owens, Esquire
**J. C. Penney Corp., Inc.**
Plano, Texas 75075

*/s/ Thomas P. Preston*
_____
Thomas P. Preston
I.D. No. 2548