IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-633-KAJ |
| ) | |
| DELL, INC., ) | |
| OFFICE DEPOT, INC., ) | |
| J.C. PENNEY COMPANY, INC., ) | |
| WILLIAMS-SONOMA, INC., ) | |
| J. CREW GROUP, INC. ) | |
| ) | |
| Defendants. | |

**PLAINTIFF INTERNET MEDIA CORPORATION'S REPLY TO DEFENDANT
J. CREW GROUP, INC.'S COUNTERCLAIMS**

Plaintiff Internet Media Corporation ("Internet Media") hereby replies to the counterclaims alleged in paragraphs 98 – 106 of Defendant J. Crew Group, Inc.'s ("J. Crew") Answer, Affirmative Defenses and Counterclaims to Plaintiff Internet Media Corporation's First Amended Complaint for Patent Infringement and Demand for Jury Trial, which J. Crew filed with the Court on April 25, 2006.

**Parties**

1. Internet Media admits the allegations set forth in paragraph 98.

2. Internet Media admits the allegations set forth in paragraph 99.

**Jurisdiction and Venue**

3.  Internet Media admits that jurisdiction is proper. To the extent paragraph 100 incorporates averments of non-infringement or invalidity, Internet Media denies those allegations.

4.  Internet Media admits the allegations set forth in paragraph 101.

**Count One—Declaratory Relief Regarding Non-Infringement**

5.  In response to the allegations in paragraph 102, Internet Media admits that an actual controversy exists between Internet Media and J. Crew with respect to the infringement of U.S. Pat. No. 6,049,835 ("the '835 patent").

6.  In response to the allegations in paragraph 103, Internet Media admits that J. Crew seeks a declaration that J. Crew has not infringed the '835 patent. To the extent that paragraph 103 incorporates averments of non-infringement, Internet Media denies those allegations.

**Count Two—Declaratory Relief Regarding Invalidity**

7.  In response to the allegations in paragraph 104, Internet Media admits that an actual controversy exists between Internet Media and J. Crew with respect to the validity of the '835 patent.

8.  In response to the allegations in paragraph 105, Internet Media admits that J. Crew seeks a declaration that the '835 patent fails to comply with 35 U.S.C. § 100 *et seq.* To the extent that paragraph 105 incorporates averments of invalidity, Internet Media denies those allegations.

## EXCEPTIONAL CASE

9.   Internet Media denies the allegations in paragraph 106.

## PRAYER FOR RELIEF

10.   Internet Media denies that J. Crew is entitled to any of the relief requested in the prayer for relief asserted in connection with its counterclaims.

## AFFIRMATIVE DEFENSES TO J. CREW'S COUNTERCLAIMS

11.   In its counterclaims, J. Crew has failed to state a claim upon which relief can be granted.

## DEMAND FOR JURY TRIAL

12.   Internet Media hereby respectfully requests a jury trial on all issues so triable as set forth in J. Crew's Answer, Affirmative Defenses and Counterclaims to Internet Media's First Amended Complaint for Patent Infringement and Demand for Jury Trial.

## PRAYER FOR RELIEF

WHEREFORE, Internet Media prays for judgment as follows:

A.   That J. Crew's counterclaims be dismissed with prejudice;

B.   That J. Crew be ordered to pay attorneys fees and costs, and any such additional amount that appears reasonable to the Court, to Internet Media; and

C.   That Internet Media be awarded such other and further relief as the Court may deem just and equitable.

*Of Counsel:*

Ronald J. Schutz
Diane L. Simerson
Michael A. Collyard
Andrea L. Gothing
Busola A. Akinwale
ROBINS, KAPLAN, MILLER &
CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

Dated: May 15, 2006

BLANK ROME LLP

_____
Thomas P. Preston, Esquire
I.D. No. 2548
1201 Market Street, Suite 800
Wilmington, DE 19801
Ph: (302) 425-6478
Fax: (302) 425-6464

*Attorneys for Plaintiff*
*Internet Media Corporation*

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 15th day of May, 2006, I served **PLAINTIFF INTERNET MEDIA CORPORATION'S REPLY TO DEFENDANT J. CREW GROUP, INC.'S COUNTERCLAIMS** on the following counsel:

**BY ELECTRONIC SERVICE**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

Willem G. Schuurman, Esquire
David B. Weaver, Esquire
Kristen P. Foster, Esquire
Matthew S. Wermager, Esquire
David Killough, Esquire
**Vinson & Elkins L.L.P.**
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

**BY ELECTRONIC SERVICE**

Titania R. Mack, Esquire
Michael Nicodema, Esquire
Ben Zuckerman, Esquire
**Greenberg Traurig, LLP**
The NeMours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Gaston Kroub, Esquire
**Greenberg Traurig LLP**
Metlife Building
200 Park Avenue
New York, NY 10166

**BY ELECTRONIC SERVICE**

Philip A. Rovner, Esquire
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

James G. Gilliland, Jr., Esquire
Gregory S. Gilchrist, Esquire
April E. Abele, Esquire
**Townsend and Townsend and Crew LLP**
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

**BY FIRST-CLASS MAIL**

Kayla Carter Owens, Esquire
**J. C. Penney Corp., Inc.**
Plano, Texas 75075

/s/ *Thomas P. Preston*
_____
Thomas P. Preston
I.D. No. 2548