**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTERNET MEDIA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-633-KAJ |
| | ) | |
| DELL, INC., | ) | |
| OFFICE DEPOT, INC., | ) | |
| J.C. PENNEY COMPANY, INC., | ) | |
| WILLIAMS-SONOMA, INC., | ) | |
| J. CREW GROUP, INC. | ) | |
| | ) | |
| Defendants. | | |

## PLAINTIFF INTERNET MEDIA CORPORATION'S REPLY TO DEFENDANT DELL, INC.'S COUNTERCLAIMS

Plaintiff Internet Media Corporation ("Internet Media") hereby replies to the counterclaims alleged in paragraphs 39 – 47 of Defendant Dell, Inc.'s ("Dell") Answer and Defenses to Plaintiff's First Amended Complaint and Counterclaims, which Dell filed with the Court on April 28, 2006.

### Parties

1.      Internet Media admits the allegations set forth in paragraph 39.

2.      Internet Media admits the allegations set forth in paragraph 40.

### Jurisdiction and Venue

3.      In response to paragraph 41, Internet Media admits that jurisdiction is proper, and that the counterclaims purport to be for declaratory judgment of non-infringement and patent invalidity. To the extent that paragraph 41 of Dell's counterclaims incorporates averments of non-infringement or invalidity, Internet Media denies those allegations.

4.      Internet Media admits the allegations set forth in paragraph 42 of Dell's counterclaims.

## Count One—Declaratory Relief Regarding Non-Infringement

5.      In response to the allegations in paragraph 43, Internet Media admits that an actual controversy exists between the parties with respect to the infringement of U.S. Pat. No. 6,049,835 ("the '835 patent"). Internet Media denies any remaining allegations in paragraph 43.

6.      In response to the allegations in paragraph 44, Internet Media admits that Dell seeks a declaration pursuant to 28 U.S.C. §§ 2201 *et. seq.*. To the extant paragraph 44 incorporates averments of non-infringement, Internet Media denies those allegations.

## Count Two—Declaratory Relief Regarding Invalidity

7.      In response to the allegations in paragraph 45, Internet Media admits that an actual controversy exists between the parties with respect to the '835 patent. Internet Media denies any remaining allegations in paragraph 45.

8.      In response to the allegations in paragraph 46, Internet Media admits that Dell seeks a declaration pursuant to 28 U.S.C. §§ 2201 *et seq*. To the extent that paragraph 46 incorporates averments of invalidity, Internet Media denies those allegations.

## EXCEPTIONAL CASE

9.      In response to paragraph 47, Internet Media admits that under 35 U.S.C. § 285, the Court may, in exceptional cases, award reasonable attorneys' fees to the prevailing party. To the extent that paragraph 47 incorporates averments that this case is exceptional under § 285, Internet Media denies those allegations.

2

## PRAYER FOR RELIEF

10.    Internet Media denies that Dell is entitled to any of the relief requested in the prayer for relief asserted in connection with its counterclaims.

## AFFIRMATIVE DEFENSES TO DELL'S COUNTERCLAIMS

11.    In its counterclaims, Dell has failed to state a claim upon which relief can be granted.

## DEMAND FOR JURY TRIAL

12.    Internet Media hereby respectfully requests a jury trial on all issues so triable as set forth in Dell's Answer and Defenses to Plaintiff's First Amended Complaint and Counterclaims.

## PRAYER FOR RELIEF

WHEREFORE, Internet Media prays for judgment as follows:

A.    That Dell's counterclaims be dismissed with prejudice;

B.    That Dell be ordered to pay attorneys' fees and costs, and any such additional amount that appears reasonable to the Court, to Internet Media; and

000351.00601/40162045v.1

C.     That Internet Media be awarded such other and further relief as the Court may deem just and equitable.

*Of Counsel:*

Ronald J. Schutz
Diane L. Simerson
Michael A. Collyard
Andrea L. Gothing
Busola A. Akinwale
ROBINS, KAPLAN, MILLER &
CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

Dated:  May 15, 2006

BLANK ROME LLP

Thomas P. Preston, Esquire
I.D. No. 2548
1201 Market Street, Suite 800
Wilmington, DE 19801
Ph:  (302) 425-6478
Fax:  (302) 425-6464

*Attorneys for Plaintiff*
*Internet Media Corporation*

4

000351.00601/40162045v.1

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 15th day of May, 2006, I served

**PLAINTIFF INTERNET MEDIA CORPORATION'S REPLY TO DEFENDANT DELL,**

**INC.'S COUNTERCLAIMS** on the following counsel:


**BY ELECTRONIC SERVICE**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951


**BY ELECTRONIC SERVICE**

Titania R. Mack, Esquire
Michael Nicodema, Esquire
Ben Zuckerman, Esquire
**Greenberg Traurig, LLP**
The NeMours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801


**BY ELECTRONIC SERVICE**

Philip A. Rovner, Esquire
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801


**BY FEDERAL EXPRESS**

Willem G. Schuurman, Esquire
David B. Weaver, Esquire
Kristen P. Foster, Esquire
Matthew S. Wermager, Esquire
David Killough, Esquire
**Vinson & Elkins L.L.P.**
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568


**BY FEDERAL EXPRESS**

Gaston Kroub, Esquire
**Greenberg Traurig LLP**
Metlife Building
200 Park Avenue
New York, NY 10166


**BY FEDERAL EXPRESS**

James G. Gilliland, Jr., Esquire
Gregory S. Gilchrist, Esquire
April E. Abele, Esquire
**Townsend and Townsend and Crew LLP**
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

**BY FIRST-CLASS MAIL**

Kayla Carter Owens, Esquire
**J. C. Penney Corp., Inc.**
Plano, Texas 75075

*/s/ Thomas P. Preston*

Thomas P. Preston
I.D. No. 2548