IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-633-KAJ |
| ) | |
| DELL, INC., ) | |
| OFFICE DEPOT, INC., ) | |
| J.C. PENNEY COMPANY, INC., ) | |
| WILLIAMS-SONOMA, INC., ) | |
| J. CREW GROUP, INC. ) | |
| ) | |
| Defendants. | |

**PLAINTIFF INTERNET MEDIA CORPORATION'S REPLY TO DEFENDANT WILLIAMS-SONOMA, INC.'S COUNTERCLAIMS**

Plaintiff Internet Media Corporation ("Internet Media") hereby replies to the counterclaims alleged in paragraphs 97 – 105 of Defendant Williams-Sonoma, Inc.'s ("Williams-Sonoma") Answer, Affirmative Defenses and Counterclaims, which Williams-Sonoma filed with the Court on April 25, 2006.

### Parties

1. Internet Media admits the allegations set forth in paragraph 97.

2. Internet Media admits the allegations set forth in paragraph 98.

## Jurisdiction and Venue

3.      Internet Media admits that jurisdiction is proper to the extent that paragraph 99 incorporates averments of non-infringement or invalidity, Internet Media denies those allegations.

4.      Internet Media admits the allegations set forth in paragraph 100.

## Count One—Declaratory Relief Regarding Non-Infringement

5.      In response to the allegations in paragraph 101, Internet Media admits that an actual controversy exists between Internet Media and Williams-Sonoma with respect to the infringement of U.S. Pat. No. 6,049,835 ("the '835 patent").

6.      In response to the allegations in paragraph 102, Internet Media admits that Williams-Sonoma seeks a declaration that Williams-Sonoma has not infringed the '835 patent. To the extent that paragraph 102 incorporated averments of non-infringement, Internet Media denies those allegations.

## Count Two—Declaratory Relief Regarding Invalidity

7.      In response to the allegations in paragraph 103, Internet Media admits that an actual controversy exists between Internet Media and Williams-Sonoma with respect to the validity of the '835 patent.

8.      In response to the allegations in paragraph 104, Internet Media admits that Williams-Sonoma seeks a declaration that the '835 patent fails to comply with 35 U.S.C. § 100 *et seq.* To the extent that paragraph 104 incorporates averments of invalidity, Internet Media denies those allegations.

MP3 20178393.1
000351.00601/40162046v.1

## EXCEPTIONAL CASE

9. Internet Media denies the allegations in paragraph 105.

## PRAYER FOR RELIEF

10. Internet Media denies that Williams-Sonoma is entitled to any of the relief requested in the prayer for relief asserted in connection with its counterclaims.

## AFFIRMATIVE DEFENSES TO WILLIAMS-SONOMA'S COUNTERCLAIMS

11. In its counterclaims, Williams-Sonoma has failed to state a claim upon which relief can be granting.

## DEMAND FOR JURY TRIAL

12. Internet Media hereby respectfully requests a jury trial on all issues so triable as set forth in Williams-Sonoma's Answer, Affirmative Defenses and Counterclaims to Internet Media's First Amended Complaint for Patent Infringement and Demand for Jury Trial.

## PRAYER FOR RELIEF

WHEREFORE, Internet Media prays for judgment as follows:

A. That William-Sonoma's counterclaims be dismissed with prejudice;

B. That William-Sonoma be ordered to pay attorneys' fees and costs, and any such additional amount that appears reasonable to the Court, to Internet Media; and

C. That Internet Media be awarded such other and further relief as the Court may deem just and equitable.

MP3 20178393.1
000351.00601/40162046v.1

*Of Counsel:*

Ronald J. Schutz
Diane L. Simerson
Michael A. Collyard
Andrea L. Gothing
Busola A. Akinwale
ROBINS, KAPLAN, MILLER &
CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

Dated: May 15, 2006

BLANK ROME LLP

_/s/ Thomas P. Preston_
Thomas P. Preston, Esquire
I.D. No. 2548
1201 Market Street, Suite 800
Wilmington, DE 19801
Ph:  (302) 425-6478
Fax: (302) 425-6464

*Attorneys for Plaintiff*
*Internet Media Corporation*

MP3 20178393.1
000351.00601/40162046v.1

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 15th day of May, 2006, I served **PLAINTIFF INTERNET MEDIA CORPORATION'S REPLY TO DEFENDANT WILLIAMS-SONOMA, INC.'S COUNTERCLAIMS** on the following counsel:

**BY ELECTRONIC SERVICE**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

**BY FEDERAL EXPRESS**

Willem G. Schuurman, Esquire
David B. Weaver, Esquire
Kristen P. Foster, Esquire
Matthew S. Wermager, Esquire
David Killough, Esquire
**Vinson & Elkins L.L.P.**
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

**BY ELECTRONIC SERVICE**

Titania R. Mack, Esquire
Michael Nicodema, Esquire
Ben Zuckerman, Esquire
**Greenberg Traurig, LLP**
The NeMours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Gaston Kroub, Esquire
**Greenberg Traurig LLP**
Metlife Building
200 Park Avenue
New York, NY 10166

**BY ELECTRONIC SERVICE**

Philip A. Rovner, Esquire
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

James G. Gilliland, Jr., Esquire
Gregory S. Gilchrist, Esquire
April E. Abele, Esquire
**Townsend and Townsend and Crew LLP**
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

**BY FIRST-CLASS MAIL**

Kayla Carter Owens, Esquire
**J. C. Penney Corp., Inc.**
Plano, Texas 75075

　　　　　　　　　　　*/s/ Thomas P. Preston*
　　　　　　　　　　　─────────────────────
　　　　　　　　　　　Thomas P. Preston
　　　　　　　　　　　I.D. No. 2548