
Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
302 984-6140 Direct Phone
302 658-1192 Fax

May 26, 2006

**BY E-FILE**

The Honorable Kent A. Jordan
United States District Court
  for the District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

   Re: Internet Media Corporation v. Dell, Inc., et al.,
     <u>D. Del., C.A. No. 05-633-KAJ</u>

Dear Judge Jordan:

   The parties jointly submit the enclosed proposed Stipulation and Order Regarding Early Claim Construction Schedule for U.S. Patent No. 6,049,835 and Request for Revised Scheduling Order for Your Honor's review and approval.

   Counsel are available at the Court's convenience should Your Honor have any questions.

              Respectfully,

              */s/ Philip A. Rovner*

              Philip A. Rovner
              <u>provner@potteranderson.com</u>

PAR/mes/733701
Encl.
cc: Clerk of the Court – by e-file and hand delivery
   Thomas P. Preston, Esq. – by e-file and hand delivery
   Richard L. Horwitz, Esq. – by e-file and hand delivery
   Titania R. Mack, Esq. – by e-file and hand delivery