

BLANK ROME LLP
COUNSELORS AT LAW

Phone:       (302) 425-6478
Fax:          (302) 425-6464
Email:       preston-t@blankrome.com

June 13, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
U.S. District for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

    **Re:    Internet Media Corp. v. Dell, Inc., et al., C.A. No. 05-633-KAJ**

Dear Judge Jordan:

      This letter is submitted in conformance with Paragraph 7 of the Court's Scheduling Order entered December 7, 2005.

      As the Court is aware, discovery has been suspended pending completion of early claim construction, which was agreed to by the parties by way of stipulation approved by the Court on May 31, 2006. Consequently, there is nothing to report beyond the obvious fact that discovery has proceeded to the point that early claim construction makes sense.

      The Court's schedule also provides, under Paragraph 8, for a status conference on June 20, 2006. Given that the claim construction hearing is scheduled for July 25, 2006, the parties agree that it would make sense to postpone that June 20 conference until some time after the claim construction hearing.

      Respectfully submitted,

Thomas P. Preston
I.D. 2548

TPP:pfc

cc:    Richard L. Horwitz, Esquire – by e-filing    David Killough, Esquire – by e-mail
       David E. Moore, Esquire – by e-filing    Kayla Carter Owens, Esquire – by e-mail
       Titania R. Mack, Esquire – by e-filing    April E. Abele, Esquire – by e-mail
       Philip A. Rovner, Esquire– by e-filing    Gaston Kroub, Esquire – by e-mail