# Greenberg Traurig

Titania R. Mack
(302) 661-7390
mackt@gtlaw.com

June 14, 2006

**BY HAND**

The Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Room 6325
Lockbox 10
Wilmington, DE 19801

      Re:    INTERNET MEDIA CORP. v. OFFICE DEPOT, INC., DELL, INC., OFFICE DEPOT, INC., J.C. PENNEY COMPANY, INC., WILLIAMS-SONOMA, INC., J. CREW GROUP, INC.
              Civil Action No. 05-633

Dear Judge Jordan:

    Attached to this letter is the Joint Claim Construction Chart which was emailed from counsel for Defendants to counsel for Plaintiff for filing. Plaintiff has informed Office Depot that it intends to modify what they received to exclude Office Depot's construction of two claim elements. Office Depot does not agree with Plaintiff's anticipated actions and hereby files the full Joint Claim Construction Chart as requested by the Court in its Order of May 31, 2006.

    Thank you for your consideration.

                                          Respectfully submitted,

                                          Titania R. Mack (#4120)

Enclosures
cc:    Michael A. Nicodema, Esq.

ALBANY · AMSTERDAM · ATLANTA · BOCA RATON · BOSTON · CHICAGO · DALLAS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS VEGAS · LOS ANGELES · MIAMI · MILAN* · NEW JERSEY · NEW YORK · ORANGE COUNTY, CA · ORLANDO · PHILADELPHIA · PHOENIX · ROME* · SACRAMENTO · SILICON VALLEY · TALLAHASSEE · TOKYO* · TYSONS CORNER · WASHINGTON, D.C. · WEST PALM BEACH · ZURICH

*Strategic Alliances
Tokyo-Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | The Nemours Building | 1007 North Orange Street | Suite 1200 | Wilmington, DE 19801
Tel 302.661.7000 | Fax 302.661.7360    www.gtlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-633 (KAJ) |
| ) | |
| DELL, INC, OFFICE DEPOT, INC., J.C. ) | |
| PENNEY COMPANY, INC., WILLIAMS- ) | |
| SONOMA, INC., J.CREW GROUP, INC. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Titania R. Mack, hereby certify that on the 14th day of June, 2006, I caused to be served upon the following counsel a copy of the foregoing document in the manner indicated:

**Via Hand**
Richard L. Horwitz, Esq.
Philip Rovner, Esq.
David E. Moore, Esq.
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

**Via First Class Mail**
Willem G. Schuurman, Esq.
David B. Weaver, Esq.
Kristen P. Foster, Esq.
Matthew S. Wermager, Esq.
David Killough Esq.
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

**Via Hand**
Thomas P. Preston, Esq.
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

**Via First Class Mail**
James G. Gilliland, Jr., Esq.
Gregory S. Gilchrist, Esq.
April E. Abele, Esq.
Robert G. Litts, Esq.
TOWNSEND AND TOWNSEND AND
  CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

**Via First Class Mail**
Ronald J. Schutz, Esq.
Diane L. Simerson, Esq.
Andrea L. Gothing, Esq.
Nicole N. Morris, Esq.
ROBINS KAPLAN MILLER & CIRESI LLP
2800 LaSalle Plaza
Minneapolis, MN 55402-2015

**Via First Class Mail**
Christine A. Amatruda, Esq.
WILLIAMS-SONOMA, INC.
Legal Department
3250 Van Ness Avenue
San Francisco, CA 94109

GREENBERG TRAURIG LLP

By: /s/ Titania Mack
Titania R. Mack (No. 4120)
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

and

Michael A. Nicodema
Barry J. Schindler
Douglas Weider
Gaston Kroub
200 Park Avenue
New York, NY 10166
(212) 801-2100

Attorneys for Defendant
OFFICE DEPOT, INC.