| Party | Claim Language | Construction | Intrinsic Support |
|---|---|---|---|
| Π | 1(a) a **published compilation of preselected Internet locations, said published compilation including a unique predetermined multi-digit jump code** assigned to each of said preselected Internet locations published therein; | **a published compilation of preselected Internet locations**<br><br>publicly disseminated collection of information, such as descriptions, text or graphics, at least some of which correspond to preselected internet locations<br><br>**internet location**<br><br>identified material or subject matter that is provided via the Internet by one or more computers | "[I]t is an object of the present invention to provide a printed publication containing descriptions of selected Web sites or addresses together with jump codes therefor which can readily be used in conjunction with a specialized Web site which includes software which, upon recognizing the inputted jump code, quickly and automatically accesses the desired Web site." (U.S. Pat. No. 6,049,835 (hereinafter "Exhibit 1"), col. 4, ll. 41-47).<br><br>"The Web thus provides an outlet for anyone who desires to self-publish articles, graphics, video clips, and audio files over the net. Since any individual Web site can be freely accessed by anyone else with Web access, anyone who creates a Web site has a form for broadcasting their information, news, announcements, or creative works to an audience of millions." (Exhibit 1, col. 2, ll. 47-53).<br><br>"Once a user has accessed the Web, any of the 100,000 or more Web sites and their linked articles, text articles, graphic images, video/audio clips, extensive software libraries, and communications features are easily accessible with a click of the user's mouse key. In addition, any good Web browser software also opens up the Web's multimedia potential by providing users with instant and automatic access to helper applications software that automatically plays video and sound clips. Such multimedia potential has become a big attraction on the Web." (Exhibit 1, col. 3, ll. 2-11).<br><br>"Using the Web, users can get instant access to many types of information, entertainment, and inter-active resources which are now available on the Web. Because of the explosion of newly created Web sites, the user can get access to useful, practical information on an almost infinite variety of subjects." (Exhibit 1, col. 3, ll. 17-22)<br><br>"A Web site or Web page describes an individual's 'place' on the Web containing a single Web-published feature." (Exhibit 1, col. 3, ll. 29-31).<br><br>"A Web site may consist of one Web page or of many Web pages, and usually also includes onscreen graphics, pictures, texts and video and audio clips, or an archive of software that can be downloaded, stored and used freely on the visitor's own personal computer." (Exhibit 1, col. 3, ll. 34-39). |

"As discussed above, in addition to Web sites, any other type of subject matter contained on the Internet which has a URL, can be accessed using the jump code provided therefor. An example of such an additional use is the accessing of newsgroups, or Usenet Internet discussion newsgroups, where on-line discussions on thousands of subjects can be attained. Such newsgroups can also be accessed by means of the specialized JumpCity Web site 108. A listing of such newsgroups together with their assigned jump codes can be accomplished in a manner similar to that for the Web sites." (Exhibit 1, col. 6, ll. 1-10).

Figures 1 and 2 (Exhibit 1).

"In addition to publishing a preselected number of descriptions and/or reviews of various Web sites 112-122 with their assigned jump codes 124-134 in printed publication or book 110, the specialized JumpCity Web site 108 can also contain such reviews and their accompanying jump codes." (Exhibit 1, col. 6, ll. 11-15).

"The preselected Web sites....are selected based upon four criteria. The first criteria is the content of the Web site. The selected Web sites preferably contain a substantial amount of original information, graphics and multimedia. The information contained in the selected Web sites is preferably comparable in value and amount to information that is available from traditional, professionally created media, such as newspapers and magazines. Also, it is preferable that the information available on the selected Web sites be updated on a reasonably frequent basis. The second criteria is the usefulness of the information on the preselected Web sites. For example, it is preferable that the information available at the selected Web sites provide advice, news, and entertainment value. In addition, it is desirable that the information be useful to the Web reader to solve a problem." (Exhibit 1, col. 6, ll. 26-42).

"There is no need to determine, nor input, the URL or address of the Web site which is desired to be accessed." (Exhibit 1, col. 5, ll. 65-67).

"The only URL the user need ever input in order to access any of the preselected (and best available) Web sites in the publication 110 is the URL of the JumpCity Web site 108." (Exhibit 1, col. 6, ll. 60-64).

MP3 20183627.1

| Π | unique predetermined multi-digit jump code | "Some Web pages also include a links page or jump site which consists of lists of links to many other Web sites." (Exhibit 1, col. 3, ll. 48-49). |
| | unique predetermined code consisting of more than one digit used to access an Internet location | "Each of the selected Web sites is assigned a specific four-digit jump code." (Exhibit 1, col. 4, ll. 57-58). |
| | | "[O]bviously a larger number of digits could be utilized in order to enable the accessing of a larger number of Web sites or newsgroups or other URL locations on the Internet. (Exhibit 1, col. 6, l. 66-col. 7, l. 2). |
| | | "In the example of FIG. 2, the 'H' is an abbreviation for "http://", the first eight hexadecimal digits [1A2B3C4D] are converted by processing program 110 to a 32-bit number which represents the Internet Protocol (IP) Address, the "/" is the slash literal, the letter "L" represents a query about the preferred language of the customer, the letter 'N' represents a query about the customer's name, the letter 'Q' represents a query about the customer's age." (U.S. Pat. No. 6,049,835 prosecution history (hereinafter "Exhibit 2") at IMC_PLTF 061529, col. 6, ll. 9-17; Exhibit 2 at IMC_PLTF 061516, FIG. 2)(Cragun et al. patent). |
| | | ""FIG 9 depicts the conversion process for creating an IP Address from eight hexadecimal digits…" (Exhibit 2 at IMC_PLTF 061531, col. 10, ll. 44-45; Exhibit 2 at IMC_PLTF 061525, FIG. 9)(Cragun et al. patent). |
| | | "The use of the jump codes printed in the printed publication or book 110 combined with the integrated specialized Web site 108 provides Web users with the fastest possible way of reaching the reviewed (and best) Web sites available on the World Wide Web portion of the Internet." (Exhibit 1, col. 7, ll. 15-19). |
| | | ""There are numerous link tags in HTML to enable a viewer of the document to jump to another place in the same document, to jump to the top of another document, to jump to a specific place in another document, or to create and jump to a remote link (via a new URL) to another server." (Exhibit 2 at IMC_PLTF 061763, col. 4, ll. 56-60) (Judson patent). |

MP3 20183627.1

| A | 1(a) a published compilation of preselected Internet locations, said published compilation including a unique predetermined multi-digit jump code assigned to each of said preselected Internet locations published therein; | a published compilation of preselected Internet locations - a publicly accessible collection of different URLs associated with more than one person or entity, each URL corresponding to a different preselected place on the Internet | "Every web site has an exact address, or location on the Web. Such addresses are known as a Uniform Resource Locator or URL." Exhibit 1, col. 3, ll.53-55.

"[W]hile Edelstein et al. proposes that information providers advertise the electronic addresses of their resources, it does not follow that information providers would have been motivated to publish a compilation, which would almost certainly include the electronic addresses of their competitors' resources. Instead, the advertisement taught by Edelstein et al. would take the form of an advertisement for a single company with the electronic address of that company's resource…..Therefore…Edelstein et al. teaches away from the present claimed invention….." Exhibit 2, IMC_PLTF 061834.

"The examiner took the position that the database of either Edelstein et al or Cragun et al could be printed out and used as a published compilation, that Cragun et al teaches listing numerical codes (UPC's) with URL's and that the known Internet directories provide motivation to print out the databases.

The applicant's representative responded as follows. First, it would not have been possible, much less obvious for a user to gain access to the database of Edelstein et al or Cragun et al. Second, Cragun et al is specifically intended for use in a store, where a user can take a can of chicken soup to the bar-code scanner of the client computer and scan in the UPC bar code to access the Web site of the manufacturer of the soup. By contrast, the published compilation of the present invention is usable from any computer with Internet access, e.g., a home computer, and is not limited to use with products bearing UPC codes. Third, it would not have been obvious to combine either Edelstein et al or Cragun et al with a published Internet directory. Edelstein et al teaches away from the use of published compilations depending on mnemonic codes instead. Cragun et al relies on the UPC bar codes on the packaging of actual products, with the result that a published compilation would have been superfluous." Exhibit 2, IMC_PLTF 061832-33. |

MP3 20183627.1

| (Office Depot) | Office Depot's Constructions | |
|---|---|---|
| | | "System for providing easy access to the World Wide Web utilizing a published list of preselected Internet locations together with their unique multi-digit jump codes." Exhibit 1, col. 1, ll. 1-5. |
| | | "Web browsers also have a bookmark or hot list feature, which allows the user to capture and save the location of any Web site that is visited, so that such sites can be readily reaccessed by clicking on it from the user's Web browser at any time." Exhibit 1, col.3, ll. 12-16. |
| | | "[T]he system described in the Levergood et al. patent is directed to…merely sub-links within a merchant's own website which is operated on the 'single merchant server.'" Exhibit 2, IMC_PLTF 061791. |
| | | "Applicant's invention provides Internet users with the ability to reach any and all Internet locations on any of the servers connected to the Internet, as opposed to the single merchant server utilized by the Levergood et al. system." Exhibit 2, IMC_PLTF 61792-93. |
| | | "After the JumpCity Web site 108 has been accessed, the user enters the four – digit jump code (obviously a larger number of digits could be utilized in order to enable the accessing of a larger number of Web sites or newsgroups or other URL locations on the Internet). Exhibit 1, col. 6, l. 64-col. 7, l. 2. |
| A (Office Depot) | a published compilation of preselected Internet locations, | Office Depot's Support |

| A | unique predetermined multi-digit jump code | "Applicant's jump code is an uniquely predetermined number" Exhibit 2, IMC_PLTF 061792 |
|---|---|---|
| | a different predetermined number consisting of more than one digit | "Each of the selected Web sites is assigned a specific four-digit jump code." Exhibit 1, col. 4, ll. 57-58. |
| | | "By contrast, Eedelstein et al teaches simplifying the addresses of Internet resources (typically, but not exclusively, Web sites) through easily remembered source aliases and resource aliases. Each source alias identifies a specific Internet resource (e.g., a Web page giving a biography of Senator Dole). The source aliases and resource aliases are stored on a registry server 102 and root servers 103 in a central server region 101. If a user enters an invalid resource alias, the user receives a list of proximate resource aliases, as described in column 11, lines 59-65." Exhibit 2, IMC_PLTF 061833. |
| | | "Edelstein et al teaches assigning a serial number to each resource alias, but that serial number is used for internal network purposes only. The user does not see the serial numbers. Instead, as explained in the paragraph spanning columns 11 and 12, the user enters a character sequence of a purported alias. Providing a published compilation of the serial numbers would defeat a key purpose of Edelstein et al taught in column 3, line 40, namely providing pneumonic aliases. Therefore, the use of multi-digit jump codes as recited in the present claims provide a further distinction over Edelstein et al. Exhibit 2, IMC_PLTF 061835. |
| | | "The examiner took the position that the database of either Edelstein et al or Cragun et al could be printed out and used as a published compilation, that Cragun et al teaches listing numerical codes (UPC's) with URL's and that the known Internet directories provide motivation to print out the databases. |
| | | The applicant's representative responded as follows. First, it would not have been possible, much less obvious for a user to gain access to the database of Edelstein et al or Cragun et al. Second, Cragun et al is specifically intended for use in a store, where a user can take a can of chicken soup to the bar-code scanner of the client computer and scan in the UPC bar code to access the Web site of the manufacturer of the soup. By contrast, the published compilation of the present invention is usable from any computer with Internet access, e.g., a home computer, |

and is not limited to use with products bearing UPC codes. Third, it would not have been obvious to combine either Edelstein et al or Cragun et al with a published Internet directory. Edelstein et al teaches away from the use of published compilations depending on mnemonic codes instead. Cragun et al relies on the UPC bar codes on the packaging of actual products, with the result that a published compilation would have been superfluous." Exhibit 2, IMC_PLTF 061832-33.

"The JumpCity Web site contains software which is capable of accepting a four digit code." Exhibit 1, col. 5, ll. 45-49.

"In the case of so-called "set top" TV Internet Terminals, such as those soon to be available from Sony and Phillips, the user accesses the specialized Web site using the TV Internet Terminal and then enters the desired jump codes using a remote control which is similar to a standard television channel selector. In that manner, users with the TV Internet Terminal will be able to access the desired Web sites using their television, the TV and the remote control push buttons." Exhibit 1, col. 4, l. 66 – col. 5 l. 7.

"After the JumpCity Web site 108 has been accessed, the user enters the four – digit jump code (obviously a larger number of digits could be utilized in order to enable the accessing of a larger number of Web sites or newsgroups or other URL locations on the Internet). Exhibit 1, col. 6, l. 64-col. 7, l. 2.

"Each of the selected Web sites is assigned a specific four-digit jump code. A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." Exhibit 1, col. 4 ll. 54-65.

"This software program searches through its database of URLs, and finds the URL which is linked to the input jump code." Exhibit 1, col. 7, ll. 6-8.

| | | "Levergood …is directed to utilizing conventional telephone numbers or other identifiers which are in reality merely sub-links within a merchant's own website which is operated on the 'single merchant server.'" Exhibit 2, IMC_PLTF 061791. |
| | | "Levergood is directed to allowing a single merchant server to provide 'multiple services that correspond to different external telephone numbers or other identifiers.'" Exhibit 2, IMC_PLTF 61791. |
| | | "[A] jump code corresponding to the preselected desired URL is entered by the user…" Exhibit 1, Abstract. |

9 of 38

MP3 20183627.1

| II | 1(b) a predetermined published Internet location having an address published in said published compilation, said predetermined published Internet location including means for capturing a desired multi-digit jump code assigned to each preselected Internet location after said multi-digit jump code has been entered by a user after accessing said predetermined published Internet location; | predetermined published Internet location<br><br>predetermined Internet location having an address published in said published compilation<br><br>address<br><br>designation for a particular Internet location | "[T]he present invention is directed to providing a central location which World Wide Web users of the Internet can reach and can then instruct to provide them with ready access to a particular location on the World Wide Web portion of the Internet." (Exhibit 1, col. 1, ll. 10-14).<br><br>"[I]t is an object of the present invention to provide a specialized Web site which can be used in conjunction with published jump codes to readily and automatically access other Web sites or Internet locations, without the user having to remember or input the URL of the desired Web site." (Exhibit 1, col. 4, ll. 36-40).<br><br>"A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit codes, and based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." (Exhibit 1, col. 4, ll. 57-64).<br><br>"Once the user has connected to the Internet, he accesses the specialized Web site 108, by entering the URL for that Web site. The specialized Web site is preferably a Web site called JumpCity, which has a URL of http://www.jumpcity.com/, although, obviously a specialized Web site for use as part of the inventive system disclosed herein could have any URL (and indeed would, of necessity, have to have its own URL), the only requirement being that the URL be disseminated in conjunction with the dissemination of the jump codes to be used therewith." (Exhibit 1, col. 5, ll. 34-44).<br><br>"The TV Internet Terminal…is connected by means of a modem 136 which may also preferably be a cable modem, through a telecommunications medium, such as a telephone line, cable system line 138 or other medium, such as by satellite, to the server 106 of the Internet access provider. From there the user is able to access the server on which the JumpCity Web site 108 resides, using the Internet." (Exhibit 1, col. 7, ll. 31-40). |

"URLs consist of a confusing string of subdirectories, files or executable commands, separated by slashes, which are extremely difficult to work with and which must be typed into the user's Web browser exactly as they appear, including the use of upper and lower-case letters, in order to go to a Web site." (Exhibit 1, col. 3, ll. 55-60).

"Once the user has connected to the Internet, he accesses the specialized Web site 108, by entering the URL for that Web site." (Exhibit 1, col. 5, ll. 34-36). 60).

"The only URL the user need ever input in order to access any of the preselected (and best available) Web sites in the publication 110 is the URL of the JumpCity Web cite 108." (Exhibit 1, col. 6, ll. 60-63).

| A | 1(b) a predetermined published Internet location having an address published in said published compilation, said predetermined published Internet location including means for capturing a desired multi-digit jump code assigned to each preselected Internet location after said multi-digit jump code has been entered by a user after accessing said predetermined published Internet location; | predetermined published Internet location having an address published in said published compilation –<br><br>a publicly accessible predetermined place on the Internet having a URL published in said published compilation and providing access to other places on the Internet associated with other persons or entities | "Once the user has connected to the Internet, he accesses the specialized Web site 108, by entering the URL for that Web site. The specialized Web site is preferably a Web site called JumpCity, which has a URL of http://www.jumpcity.com/, although, obviously a specialized Web site for use as part of the inventive system disclosed herein could have any URL (and indeed would, of necessity, have to have its own URL), the only requirement being that the URL be disseminated in conjunction with the dissemination of the jump codes to be used therewith." Exhibit 1, col. 5, ll 37-44 (emphasis added).<br><br>"The only URL the user need ever input in order to access any of the preselected (and best available) Web sites in the publication 110 is the URL of the JumpCity Web site 108." Exhibit 1, col. 6, ll. 61-64.<br><br>"Applicant's invention provides Internet users with the ability to reach any and all Internet locations on any of the servers connected to the Internet, as opposed to the single merchant server utilized by the Levergood et al. system." Exhibit 2, IMC_PLTF 061792-93.<br><br>"Levergood ...is directed to utilizing conventional telephone numbers or other identifiers which are in reality merely sub-links within a merchant's own website which is operated on the 'single merchant server.'" Exhibit 2, IMC_PLTF 061791<br><br>"A web site is basically a collection of files located on a directory somewhere on someone's computer connected to the Internet." Exhibit 1, col. 3, ll. 31-34.<br><br>"The present invention is directed to a system for providing users of the Internet with easy access to the World Wide Web. More particularly, the present invention is directed to providing a central location which World Wide Web users of the Internet can reach and can then instruct to provide them with ready access to a particular location on the World Wide Web portion of the Internet." Exhibit 1, col. 1, ll.10-14. |

"Frequently, Web pages utilize links or hot links... When a visitor clicks on a link with his mouse, he is immediately linked to another Web site or location on the current Web site containing the information that is referred to by the link. Any single Web site may contain dozens, hundreds, or even thousands of hot links, both to other sections within the same site or to other Web sites located anywhere else in the world." Exhibit 1, col. 3, ll.39-48.

"[I]t is a primary object of the present invention to provide a system by which user's [sic] of the World Wide Web portion of the Internet can readily access preselected Web sites or Internet addresses, after they have gained access to the World Wide Web portion of the Internet. More particularly, it is an object of the present invention to provide a specialized Web site which can be used in conjunction with published jump codes to readily and automatically access other Web sites or Internet locations, without the user having to remember or input the URL of the desired Web site." Exhibit 1, col. 4 ll.31-40.

"The JumpCity Web site 108 contains software which is capable of accepting a four-digit jump code, looking up the corresponding URL for the Web site denoted by that jump code in a stored data base, and then for immediately and automatically accessing that URL or Web site." Exhibit 1, col. 5, ll. 45-49.

"Every Web site has an exact address, or location on the Web. Such addresses are known as a Uniform Resource Locator or URL. URLs consist of a confusing string of subdirectories, files or executable commands, separated by slashes, which are extremely difficult to work with and which must be typed into the user's Web browser exactly as they appear, including the use of upper and lower-case letters, in order to go to a Web site. While clicking on hot links will get the user to a Web site without having to type in a URL or copying a URL from a text file (if it is located on the user's computer) and pasting it into the user's Web browser-screen can save the user from this arduous task, the use of URL's has become the bane of the use of the Web." Exhibit 1, col. 3, ll. 52-65.

MP3 20183627.1

"[W]hile Edelstein et al. proposes that information providers advertise the electronic addresses of their resources, it does not follow that information providers would have been motivated to publish a compilation, which would almost certainly include the electronic addresses of their competitors' resources. Instead, the advertisement taught by Edelstein et al. would take the form of an advertisement for a single company with the electronic address of that company's resource....Therefore...Edelstein et al. teaches away from the present claimed invention...." Exhibit 2, IMC_PLTF 061834.

MP3 20183627.1

| | | **means for capturing a desired multi-digit jump code** | "The code is entered in a standard on-screen HTML box or form which is then read by software resident on the JumpCity specialized Web site 108." (Exhibit 1, col. 7, ll. 3-6). |
|---|---|---|---|
| Π | | | |
| | | structure: a computer programmed to capture a desired multi-digit jump code through the use of an on-screen HTML box or form or their equivalents | "The TV Internet Terminal…is connected by means of a modem 136 which may also preferably be a cable modem, through a telecommunications medium, such as a telephone line, cable system line 138 or other medium, such as by satellite, to the server 106 of the Internet access provider. From there the user is able to access the server on which the JumpCity Web site 108 resides, using the Internet." (Exhibit 1, col. 7, ll. 31-40). |
| | | function: *capturing a desired multi-digit jump code* assigned to each preselected Internet location after said multi-digit jump code has been entered by a user after accessing said predetermined published Internet location | |
| | | **desired multi-digit jump code** | |
| | | selected one of the unique predetermined multi-digit jump codes corresponding to a desired preselected Internet location | |

MP3 20183627.1

| A | means for capturing a desired multi-digit jump code | "The code is entered in a standard on-screen HTML box or form which is then read by software resident on the JumpCity specialized Web site 108." Exhibit 1, col. 7, ll. 3-6 (emphasis added). |
|---|---|---|
| | **means-plus-function element to be construed under 35 U.S.C. § 112, ¶6:** | |
| | structure: no structure is disclosed in the specification to perform the recited function, i.e., capturing a desired multi-digit jump code assigned to each preselected Internet location after said multi-digit jump code has been entered by a user after accessing said predetermined published Internet location | |
| | *function: capturing a desired multi-digit jump code assigned to each preselected Internet location after said multi-digit jump code has been entered by a user after accessing said predetermined published Internet location* | |
| | **desired multi-digit jump code –** selected one of the unique predetermined multi-digit jump codes | |

| II | 1(d) means for receiving said desired multi-digit jump code from said means for capturing and means for converting said received multi-digit jump code to a URL address corresponding to the desired preselected Internet location; and | **means for receiving said desired multi-digit jump code**<br><br>structure: a computer programmed to read the desired multi-digit jump code entered into a standard on-screen HTML box or form<br><br>function: receiving said desired multi-digit jump code from said means for capturing | "The code is entered in a standard on-screen HTML box or form which is then read by software resident on the JumpCity specialized Web site 108." (Exhibit 1, col. 7, ll. 3-6).<br><br>"Once the user has connected to the Internet, he accesses the specialized Web site 108, by entering the URL for that Web site. The specialized Web site is preferably a Web site called JumpCity, which has a URL of http://www.jumpcity.com/, although, obviously a specialized Web site for use as part of the inventive system disclosed herein could have any URL (and indeed would, of necessity, have to have its own URL), the only requirement being that the URL be disseminated in conjunction with the dissemination of the jump codes to be used therewith." (Exhibit 1, col. 5, ll. 34-44).<br><br>"The TV Internet Terminal...is connected by means of a modem 136 which may also preferably be a cable modem, through a telecommunications medium, such as a telephone line, cable system line 138 or other medium, such as by satellite, to the server of the Internet access provider. From there the user is able to access the server 106 on which the JumpCity Web site 108 resides, using the Internet." (Exhibit 1, col. 7, ll. 31-40).<br><br>"A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." (Exhibit 1, col. 4, ll. 57-64). |

| A | | |
|---|---|---|
| 1(d) **means for receiving said desired multi-digit jump code from said** means for capturing and **means for converting said received multi-digit jump code to a URL address** corresponding to the desired preselected Internet location; and | **means for receiving said desired multi-digit jump code** <br><br> **means-plus-function element to be construed under 35 U.S.C. § 112, ¶6:** <br><br> structure: the specification describes this function being performed by software resident on the JumpCity specialized Web site the JumpCity specialized Web site which is not a disclosure of structure under 35 USC § 112, ¶6 <br><br> function: *receiving said desired multi-digit jump code from said means for capturing* | "The code is entered in a standard on-screen HTML box or form which is then read by software resident on the JumpCity specialized Web site 108." Exhibit 1, col. 7, ll. 3-6. <br><br> "A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." Exhibit 1, col. 4, ll. 57-64 (emphasis added). |

18 of 38

| Π | **means for converting said received multi-digit jump code to a URL address**<br><br>structure: a computer programmed to convert said received multi-digit jump code to a URL address<br><br>*function: converting said received multi-digit jump code to a URL address corresponding to the desired preselected Internet location* | "A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." (Exhibit 1, col. 4, ll. 57-64).<br><br>"The TV Internet Terminal…is connected by means of a modem 136 which may also preferably be a cable modem, through a telecommunications medium, such as a telephone line, cable system line 138 or other medium, such as by satellite, to the server 106 of the Internet access provider. From there the user is able to access the server on which the JumpCity Web site 108 resides, using the Internet." (Exhibit 1, col. 7, ll. 31-40).<br><br>"The JumpCity Web site 108 contains software which is capable of accepting a four-digit jump code, looking up the corresponding URL for the Web site denoted by that jump code in a stored data base, and then for immediately and automatically accessing that URL or Web site." (Exhibit 1, col. 5, ll. 45-49).<br><br>"This software program searches through its database of URLs, and finds the URL which is linked to the input jump code. The software then links the user either directly to the desired Website, or alternatively, first to a brief written review of the web site." (Exhibit 1, col. 7, ll. 6-10). |
| Π | **URL address**<br><br>an address that can be used by software, such as a web browser, to access a resource | "Every Web site has an exact address, or location on the Web. Such addresses are known as a Uniform Resource Locator or URL. URLs consist of a confusing string of subdirectories, files or executable commands, separated by slashes, which are extremely difficult to work with and which must be typed into the user's Web browser exactly as they appear, including the use of upper and lower-case letters, in order to go to a Web site." (Exhibit 1, col. 3, ll. 52-60).<br><br>"By entering a simple four-digit code, the user is much more easily and conveniently able to access the desired Web sites, as compared to the standard method of accessing those Web sites, which requires the error-prone, tedious and confusing entry of URLs." (Exhibit 1, col. 7, ll. 10-15). |

| | | |
|---|---|---|
| A | **means for converting said received multi-digit jump code to a URL address**<br><br>**means-plus-function element to be construed under 35 U.S.C. § 112, ¶6:**<br><br>**structure:** although the specification describes that software resident on the JumpCity specialized Web site searches its database of URLs and finds the URL liked to the input jump code, that is neither a disclosure of structure under 35 USC § 112, ¶ 6 nor a disclosure accomplishing a "converting" function<br><br>**function:** *converting said received multi-digit jump code to a URL address corresponding to the desired preselected Internet location* | "A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." Exhibit 1, col. 4, ll. 57-64 (emphasis added).<br><br>"The JumpCity Web site 108 contains software which is capable of accepting a four-digit jump code, looking up the corresponding URL for the Web site denoted by that jump code in a stored data base, and then for immediately and automatically accessing that URL or Web site." Exhibit 1, col. 5, ll. 45-49 (emphasis added).<br><br>"This software program searches through its database of URLs, and finds the URL which is linked to the input jump code. The software then links the user either directly to the desired Website, or alternatively, first to a brief written review of the web site." Exhibit 1, col. 7, ll. 6-10 (emphasis added).<br><br>"Contrary to Applicant's invention, the system suggested by that portion of the Levergood et al patent is directed to a web browser which includes a specialized dial command which seeks the input from the user of a telephone number and then uses that telephone number to construct a special URL. That special URL is sent by the browser to a directory server. The directory server uses a database to translate the NUMBER to a target URL that describes the "merchant server and document that implements the service corresponding to NUMBERS." Exhibit 2, IMC_PLTF 061791 |

| | | URL address – |
|---|---|---|
| Δ | URL address – URL – (Uniform Resource Locator or Universal Resource Locator) a way of specifying the location of publicly available information on the Internet, in the form<br><br>protocol://machine:port number/filename;<br><br>often the port number and/or filename is unnecessary. For example, http://ai.uga.edu:80/ means 'connect to port 80 of ai.uga.edu using Hypertext Transfer Protocol,' and<br><br>ftp://ai.uga.edu/pub/natural.language/ Contents means to download a particular file from ai.uga.edu by File Transfer Protocol. Other possible protocols include gopher and telnet.Barron's Dictionary of Computer and Internet Terms, 5th ed., 1996. | "Every Web site has an exact address, or location on the Web. Such addresses are known as a Uniform Resource Locator or URL. URLs consist of a confusing string of subdirectories, files or executable commands, separated by slashes, which are extremely difficult to work with and which must be typed into the user's Web browser exactly as they appear, including the use of upper and lower-case letters, in order to go to a Web site." Exhibit 1, col. 3, ll. 52-60.<br><br>"The specialized Web site is preferably a Web site called JumpCity, which has a URL of http://www.jumpcity.com/, although, obviously a specialized Web site for use as part of the inventive system disclosed herein could have any URL (and indeed would, of necessity, have to have its own URL), the only requirement being that the URL be disseminated in conjunction with the dissemination of the jump codes to be used therewith." Exhibit 1, col. 5, ll. 37-44.<br><br>"By entering a simple four-digit code, the user is much more easily and conveniently able to access the desired Web sites, as compared to the standard method of accessing those Web sites, which requires the error-prone, tedious and confusing entry of URLs." Exhibit 1, col. 7, ll. 10-15. |

| | | |
|---|---|---|
| Π | 1(e) means for automatically accessing said desired Internet location using said URL address corresponding to said desired preselected Internet location, whereby said user need only enter said desired multi-digit jump code to access a desired preselected Internet location without having to enter said | means for automatically accessing said desired Internet location<br><br>structure: a computer programmed to access the preselected Internet location using said URL address corresponding to said desired preselected Internet location without the user having to enter said URL corresponding to said desired preselected Internet location<br><br>function: automatically accessing said desired preselected Internet location using said URL address corresponding to said desired preselected Internet | "Web browsers are also provided by well-known major on-line computer services such as Compuserve, American On-line, Prodigy, MCI and Netcom. Recently, Microsoft's Windows 95 operating system was introduced, which also includes its own Web browser." (Exhibit 1, col. 2, ll. 15-21).<br><br>"The standard protocols which define the Web work in combination with a Web browser which runs on personal computers and handles the chores of accessing and displaying graphics and texts, and playing back video and audio files found on the Web." (Exhibit 1, col. 2, ll. 21-25).<br><br>"In addition, any good Web browser software also opens up the Web's multimedia potential by providing users with instant and automatic access to helper applications software that automatically plays video and sound clips.'" (Exhibit 1, col. 3, ll. 6-10).<br><br>"A user desiring to access one of the preselected Web sites first gains access to the |

| | | |
|---|---|---|
| corresponding URL address. | *location, whereby said user need only enter said multi-digit jump code to access a desired preselected Internet location without having to enter said corresponding URL address* | World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." (Exhibit 1, col. 4, ll. 57-64). |
| | | "The TV Internet Terminal…is connected by means of a modem 136 which may also preferably be a cable modem, through a telecommunications medium, such as a telephone line, cable system line 138 or other medium, such as by satellite, to the server 106 of the Internet access provider. From there the user is able to access the server on which the JumpCity Web site 108 resides, using the Internet." (Exhibit 1, col. 7, ll. 31-40). |
| | | "This software program searches through its database of URLs, and finds the URL which is linked to the input jump code. The software then links the user either directly to the desired Web site, or alternatively, first to a brief written review of the web site. By entering a simple four-digit code, the user is much more easily and conveniently able to access the desired Web sites, as compared to the standard method of accessing those Web sites, which requires the error prone, tedious and confusing entry of URLs." (Exhibit 1, col. 7, ll. 6-10). |
| △ | **1(e) means for automatically accessing said desired preselected Internet location using said URL address corresponding to said desired preselected Internet location, whereby said user need only enter said desired multi-digit jump code to access a desired preselected Internet location without having to enter said corresponding URL address.** | **means for automatically accessing said desired preselected Internet location** <br><br> **means-plus-function element to be construed under 35 U.S.C. § 112, ¶6:** <br><br> *structure:* the specification describes this function being performed by software resident on the JumpCity specialized Web site at 7:8-10 which is not a disclosure of structure under 35 USC § 112, ¶6 <br><br> *function:* automatically accessing said desired preselected Internet location using said URL address corresponding to said desired | "Even more particularly, it is an object of the present invention to provide a printed publication containing descriptions of selected Web sites or addresses together with jump codes therefor which can readily be used in conjunction with a specialized Web site which includes software which, upon recognizing the inputted jump code, quickly and automatically accesses the desired Web site." Exhibit 1, col. 4, ll. 41-48 (emphasis added). <br><br> "A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." Exhibit 1, col. 4, ll. 57-64 (emphasis added). <br><br> "The JumpCity Web site 108 contains software which is capable of accepting a four-digit jump code, looking up the corresponding URL for the Web site denoted by that jump code in a stored data base, and then for immediately and automatically accessing that URL or Web site." Exhibit 1, col. 5, ll. 45-49 (emphasis added). |

| | |
|---|---|
| *preselected Internet location, whereby said user need only enter said desired multi-digit jump code to access a desired preselected Internet location without having to enter said corresponding URL address.* | "This software program searches through its database of URLs, and finds the URL which is linked to the input jump code. The software then links the user either directly to the desired Web site, or alternatively, first to a brief written review of the web site. By entering a simple four-digit code, the user is much more easily and conveniently able to access the desired Web sites, as compared to the standard method of accessing those Web sites, which requires the error prone, tedious and confusing entry of URLs." Exhibit 1, col. 7, ll. 6-10 (emphasis added). |

| II | | publishing a compilation of preselected Internet locations – | |
|----|---|---|---|
| | 11(a) publishing a compilation of preselected Internet locations, said published compilation including a unique predetermined multi-digit jump code assigned to each of said preselected Internet locations published therein; | | |
| II | | unique predetermined multi-digit jump code | |

| A | 11(a) publishing a compilation of preselected Internet locations, said published compilation including a unique predetermined multi-digit jump code assigned to each of said preselected Internet locations published therein; | publishing a compilation of preselected Internet locations - a publicly accessible collection of different URLs associated with more than one person or entity, each URL corresponding to a different preselected place on the Internet | "Every web site has an exact address, or location on the Web. Such addresses are known as a Uniform Resource Locator or URL." Exhibit 1, col. 3, ll.53-55.

"[W]hile Edelstein et al. proposes that information providers advertise the electronic addresses of their resources, it does not follow that information providers would have been motivated to publish a compilation, which would almost certainly include the electronic addresses of their competitors' resources. Instead, the advertisement taught by Edelstein et al. would take the form of an advertisement for a single company with the electronic address of that company's resource....Therefore...Edelstein et al. teaches away from the present claimed invention...." Exhibit 2, IMC_PLTF 061834.

"The examiner took the position that the database of either Edelstein et al or Cragun et al could be printed out and used as a published compilation, that Cragun et al teaches listing numerical codes (UPC's) with URL's and that the known Internet directories provide motivation to print out the databases.

The applicant's representative responded as follows. First, it would not have been possible, much less obvious for a user to gain access to the database of Edelstein et al or Cragun et al. Second, Cragun et al is specifically intended for use in a store, where a user can take a can of chicken soup to the bar-code scanner of the client computer and scan in the UPC bar code to access the Web site of the manufacturer of the soup. By contrast, the published compilation of the present invention is usable from any computer with Internet access, e.g., a home computer, and is not limited to use with products bearing UPC codes. Third, it would not have been obvious to combine either Edelstein et al or Cragun et al with a published Internet directory. Edelstein et al teaches away from the use of published compilations depending on mnemonic codes instead. Cragun et al relies on the UPC bar codes on the packaging of actual products, with the result that a published compilation would have been superfluous." Exhibit 2, IMC_PLTF 061832-33. |

| (Office Depot) | Office Depot's Construction | |
|---|---|---|
| Δ publishing a compilation of preselected Internet locations, | | "System for providing easy access to the World Wide Web utilizing a published list of preselected Internet locations together with their unique multi-digit jump codes." Exhibit 1, col. 1, ll. 1-5. |
| | | "Web browsers also have a bookmark or hot list feature, which allows the user to capture and save the location of any Web site that is visited, so that such sites can be readily reaccessed by clicking on it from the user's Web browser at any time." Exhibit 1, col.3, ll. 12-16. |
| | | "[T]he system described in the Levergood et al. patent is directed to...merely sub-links within a merchant's own website which is operated on the 'single merchant server.'" Exhibit 2, IMC_PLTF 061791. |
| | | "Applicant's invention provides Internet users with the ability to reach any and all Internet locations on any of the servers connected to the Internet, as opposed to the single merchant server utilized by the Levergood et al. system."   Exhibit 2, IMC PLTF 61792-93. |
| | | "After the JumpCity Web site 108 has been accessed, the user enters the four – digit jump code (obviously a larger number of digits could be utilized in order to enable the accessing of a larger number of Web sites or newsgroups or other URL locations on the Internet). Exhibit 1, col. 6, l. 64-col. 7, l. 2. |



| ▲ | unique predetermined multi-digit jump code | |
|---|---|---|
| | a different predetermined number consisting of more than one digit | "Applicant's jump code is an uniquely predetermined number" Exhibit 2, IMC_PLTF 061792 |
| | | "Each of the selected Web sites is assigned a specific four-digit jump code." Exhibit 1, col. 4, ll. 57-58. |
| | | "By contrast, Eedelstein et al teaches simplifying the addresses of Internet resources (typically, but not exclusively, Web sites) through easily remembered source aliases and resource aliases. Each source alias identifies a specific Internet resource (e.g., a Web page giving a biography of Senator Dole). The source aliases and resource aliases are stored on a registry server 102 and root servers 103 in a central server region 101. If a user enters an invalid resource alias, the user receives a list of proximate resource aliases, as described in column 11, lines 59-65." Exhibit 2, IMC_PLTF 061833. |
| | | "Edelstein et al teaches assigning a serial number to each resource alias, but that serial number is used for internal network purposes only. The user does not see the serial numbers. Instead, as explained in the paragraph spanning columns 11 and 12, the user enters a character sequence of a purported alias. Providing a published compilation of the serial numbers would defeat a key purpose of Edelstein et al taught in column 3, line 40, namely providing pneumonic aliases. Therefore, the use of multi-digit jump codes as recited in the present claims provide a further distinction over Edelstein et al. Exhibit 2, IMC_PLTF 061835. |
| | | "The examiner took the position that the database of either Edelstein et al or Cragun et al could be printed out and used as a published compilation, that Cragun et al teaches listing numerical codes (UPC's) with URL's and that the known Internet directories provide motivation to print out the databases. |
| | | The applicant's representative responded as follows.  First, it would not have been possible, much less obvious for a user to gain access to the database of Edelstein et al or Cragun et al.  Second, Cragun et al is specifically intended for use in a store, where a user can take a can of chicken soup to the bar-code scanner of the client computer and scan in the UPC bar code to access the Web site of the manufacturer of the soup. By contrast, the published compilation of the present invention is usable from any computer with Internet access, e.g., a home computer, |

and is not limited to use with products bearing UPC codes. Third, it would not have been obvious to combine either Edelstein et al or Cragun et al with a published Internet directory. Edelstein et al teaches away from the use of published compilations depending on mnemonic codes instead. Cragun et al relies on the UPC bar codes on the packaging of actual products, with the result that a published compilation would have been superfluous." Exhibit 2, IMC_PLTF 061832-33.

"The JumpCity Web site contains software which is capable of accepting a four digit code." Exhibit 1, col. 5, ll. 45-49.

"In the case of so-called "set top" TV Internet Terminals, such as those soon to be available from Sony and Phillips, the user accesses the specialized Web site using the TV Internet Terminal and then enters the desired Web site using a remote control which is similar to a standard television channel selector. In that manner, users with the TV Internet Terminal will be able to access the desired Web sites using their television, the TV and the remote control push buttons." Exhibit 1, col. 4, l. 66 – col. 5 l. 7.

"After the JumpCity Web site 108 has been accessed, the user enters the four – digit jump code (obviously a larger number of digits could be utilized in order to enable the accessing of a larger number of Web sites or newsgroups or other URL locations on the Internet). Exhibit 1, col. 6, l. 64–col. 7, l. 2.

"Each of the selected Web sites is assigned a specific four-digit jump code. A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." Exhibit 1, col. 4 ll. 54-65.

"This software program searches through its database of URLs, and finds the URL which is linked to the input jump code." Exhibit 1, col. 7, ll. 6-8.

"Levergood …is directed to utilizing conventional telephone numbers or other identifiers which are in reality merely sub-links within a merchant's own website which is operated on the 'single merchant server.'" Exhibit 2, IMC_PLTF 061791.

"Levergood is directed to allowing a single merchant server to provide 'multiple

| | | | |
|---|---|---|---|
| II | 11(b) providing a predetermined Internet location having an address published in said published compilation, said predetermined Internet location comprising means for capturing a desired multi-digit jump code assigned to said preselected Internet location, said desired multi-digit jump code being entered by a user after said predetermined Internet location has been accessed; | a predetermined Internet location having an address published in said published compilation | services that correspond to different external telephone numbers or other identifiers.'" Exhibit 2, IMC_PLTF 61791.<br><br>"[A] jump code corresponding to the preselected desired URL is entered by the user..." Exhibit 1, Abstract. |
| II | | means for capturing a desired multi-digit jump code<br><br>structure: a computer programmed to capture a desired multi-digit jump code through the use of an on-screen HTML box or form or their equivalents<br><br>*function: capturing a multi-digit jump code assigned to said preselected Internet location* | "The code is entered in a standard on-screen HTML box or form which is then read by software resident on the JumpCity specialized Web site 108." (Exhibit 1, col. 7, ll. 3-6).<br><br>"The TV Internet Terminal…is connected by means of a modem 136 which may also preferably be a cable modem, through a telecommunications medium, such as a telephone line, cable system line 138 or other medium, such as by satellite, to the server 106 of the Internet access provider. From there the user is able to access the server on which the JumpCity Web site 108 resides, using the Internet." (Exhibit 1, col. 7, ll. 31-40). |
| A | 11(b) providing a | a predetermined Internet location | "Once the user has connected to the Internet, he accesses the specialized Web site |

MP3 20183627.1

| predetermined Internet location having an address published in said published compilation, said predetermined Internet location comprising means for capturing a desired multi-digit jump code assigned to said preselected Internet location, said desired multi-digit jump code being entered by a user after said predetermined Internet location has been accessed; | having an address published in said published compilation<br><br>a publicly accessible predetermined place on the Internet having a URL published in the published compilation and providing access to other places on the Internet associated with other persons or entities | 108, by entering the URL for that Web site. The specialized Web site is preferably a Web site called JumpCity, which has a URL of http://www.jumpcity.com/, although, obviously a specialized Web site for use as part of the inventive system disclosed herein could have any URL (and indeed would, of necessity, have to have its own URL), the only requirement being that the URL be disseminated in conjunction with the dissemination of the jump codes to be used therewith." Exhibit 1, col. 5, ll 37-44 (emphasis added).<br><br>"The only URL the user need ever input in order to access any of the preselected (and best available) Web sites in the publication 110 is the URL of the JumpCity Web site 108." Exhibit 1, col. 6, ll. 61-64.<br><br>"Applicant's invention provides Internet users with the ability to reach any and all Internet locations on any of the servers connected to the Internet, as opposed to the single merchant server utilized by the Levergood et al. system."   Exhibit 2, IMC_PLTF 061792-93.<br><br>"Levergood …is directed to utilizing conventional telephone numbers or other identifiers which are in reality merely sub-links within a merchant's own website which is operated on the 'single merchant server.'"   Exhibit 2, IMC_PLTF 061791.<br><br>"A web site is basically a collection of files located on a directory somewhere on someone's computer connected to the Internet." Exhibit 1, col. 3, ll. 31-34.<br><br>"The present invention is directed to a system for providing users of the Internet with easy access to the World Wide Web. More particularly, the present invention is directed to providing a central location which World Wide Web users of the Internet can reach and can then instruct to provide them with ready access to a particular location on the World Wide Web portion of the Internet." Exhibit 1, col. 1, ll.10-14.<br><br>"Frequently, Web pages utilize links or hot links… When a visitor clicks on a link with his mouse, he is immediately linked to another Web site or location on the current Web site containing the information that is referred to by the link. Any single Web site may contain dozens, hundreds, or even thousands of hot links, both to other sections within the same site or to other Web sites located anywhere else in the world." Exhibit 1, col. 3, ll.39-48.<br><br>"[I]t is a primary object of the present invention to provide a system by which user's [sic] of the World Wide Web portion of the Internet can readily access |

preselected Web sites or Internet addresses, after they have gained access to the World Wide Web portion of the Internet. More particularly, it is an object of the present invention to provide a specialized Web site which can be used in conjunction with published jump codes to readily and automatically access other Web sites or Internet locations, without the user having to remember or input the URL of the desired Web site." Exhibit 1, col. 4 ll.31-40.

"The JumpCity Web site 108 contains software which is capable of accepting a four-digit jump code, looking up the corresponding URL for the Web site denoted by that jump code in a stored data base, and then for immediately and automatically accessing that URL or Web site." Exhibit 1, col. 5, ll. 45-49.

"Every Web site has an exact address, or location on the Web. Such addresses are known as a Uniform Resource Locator or URL. URLs consist of a confusing string of subdirectories, files or executable commands, separated by slashes, which are extremely difficult to work with and which must be typed into the user's Web browser exactly as they appear, including the use of upper and lower-case letters, in order to go to a Web site. While clicking on hot links will get the user to a Web site without having to type in a URL or copying a URL from a text file (if it is located on the user's computer) and pasting it into the user's Web browser-screen can save the user from this arduous task, the use of URL's has become the bane of the use of the Web." Exhibit 1, col. 3, ll. 52-65.

"[W]hile Edelstein et al. proposes that information providers advertise the electronic addresses of their resources, it does not follow that information providers would have been motivated to publish a compilation, which would almost certainly include the electronic addresses of their competitors' resources. Instead, the advertisement taught by Edelstein et al. would take the form of an advertisement for a single company with the electronic address of that company's resource....Therefore...Edelstein et al. teaches away from the present claimed invention...." Exhibit 2, IMC_PLTF 061834.

"The code is entered in a standard on-screen HTML box or form which is then read by software resident on the JumpCity specialized Web site 108." Exhibit 1, col. 7, ll. 3-6 (emphasis added).

| | |
|---|---|
| ◁ | **means for capturing a desired multi-digit jump code**<br><br>**means-plus-function element to be construed under 35 U.S.C. § 112, ¶6:** |

| | | **structure:** an HTML box or form<br><br>**function:** *capturing a desired multi-digit jump code assigned to said preselected Internet location* |
|---|---|---|
| **ᄆ** | **11(d) receiving said multi-digit jump code entered into said predetermined Internet location after said multi-digit jump code has been captured at said predetermined Internet location;** | **receiving said multi-digit jump code**<br><br>receiving said multi-digit jump code entered into said predetermined Internet location, wherein receiving means to read or acquire | "The code is entered in a standard on-screen HTML box or form which is then read by software resident on the JumpCity specialized Web site 108." (Exhibit 1, col. 7, ll. 3-6).<br><br>"Once the user has connected to the Internet, he accesses the specialized Web site 108, by entering the URL for that Web site. The specialized Web site is preferably a Web site called JumpCity, which has a URL of http://www.jumpcity.com/, although, obviously a specialized Web site for use as part of the inventive system disclosed herein could have any URL (and indeed would, of necessity, have to have its own URL), the only requirement being that the URL be disseminated in conjunction with the dissemination of the jump codes to be used therewith." (Exhibit 1, col. 5, ll. 34-44).<br><br>"A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputed by the user." (Exhibit 1, col. 4, ll. 57-64).<br><br>"The TV Internet Terminal...is connected by means of a modem 136 which may also preferably be a cable modem, through a telecommunications medium, such as a telephone line, cable system line 138 or other medium, such as by satellite, to the server 106 of the Internet access provider. From there the user is able to access the server on which the JumpCity Web site 108 resides, using the Internet." (Exhibit 1, col. 7, ll. 31-40). |
| **◁** | **11(d) receiving said multi-digit jump code entered into said predetermined Internet** | **receiving said multi-digit jump code** | "The code is entered in a standard on-screen HTML box or form which is then read by software resident on the JumpCity specialized Web site 108." Exhibit 1, col. 7, ll. 3-6. |

33 of 38

| | | |
|---|---|---|
| location after said multi-digit jump code has been captured at said predetermined Internet location; | plain meaning | "A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." Exhibit 1, col. 4, ll. 57-64 (emphasis added). |
| **11(e) converting the received multi-digit jump code to a URL address corresponding to the desired preselected Internet location; and** | **converting the received multi-digit jump code to a URL address**<br><br>converting the received multi-digit jump code to a URL address corresponding to the desired preselected Internet location, wherein converting means to change from one form or function to another | "A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." (Exhibit 1, col. 4, ll. 57-64).<br><br>"The TV Internet Terminal...is connected by means of a modem 136 which may also preferably be a cable modem, through a telecommunications medium, such as a telephone line, cable system line 138 or other medium, such as by satellite, to the server 106of the Internet access provider. From there the user is able to access the server on which the JumpCity Web site 108 resides, using the Internet." (Exhibit 1, col. 7, ll. 31-40).<br><br>"The JumpCity Web site 108 contains software which is capable of accepting a four-digit jump code, looking up the corresponding URL for the Web site denoted by that jump code in a stored data base, and then for immediately and automatically accessing that URL or Web site." (Exhibit 1, col. 5, ll. 45-49).<br><br>"This software program searches through its database of URLs, and finds the URL which is linked to the input jump code. The software then links the user either directly to the desired Website, or alternatively, first to a brief written review of the web site." (Exhibit 1, col. 7, ll. 6-10). |

MP3 20183627.1

| | | **URL address** | |
|---|---|---|---|
| | | an address that can be used by software, such as a web browser, to access a resource | "Every Web site has an exact address, or location on the Web. Such addresses are known as a Uniform Resource Locator or URL. URLs consist of a confusing string of subdirectories, files or executable commands, separated by slashes, which are extremely difficult to work with and which must be typed into the user's Web browser exactly as they appear, including the use of upper and lower-case letters, in order to go to a Web site." (Exhibit 1, col. 3, ll. 52-60).

"By entering a simple four-digit jump code, the users is much more easily and conveniently able to access the desired Web sites, as compared to the standard method of accessing those Web sites, which requires the error-prone, tedious and confusing entry of URLs." (Exhibit 1, col. 7, ll. 10-15). |
| Δ | 11(e) **converting the received multi-digit jump code to a URL address** corresponding to the desired preselected Internet location; and | **converting the received multi-digit jump code to a URL address** changing (as from one form or function to another) the received multi-digit jump code into the URL corresponding to the desired preselected place on the Internet | "A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." Exhibit 1, col. 4, ll. 57-64 (emphasis added).

"The JumpCity Web site 108 contains software which is capable of accepting a four-digit jump code, looking up the corresponding URL for the Web site denoted by that jump code in a stored data base, and then for immediately and automatically accessing that URL or Web site." Exhibit 1, col. 5, ll. 45-49 (emphasis added).

"This software program searches through its database of URLs, and finds the URL which is linked to the input jump code. The software then links the user either directly to the desired Website, or alternatively, first to a brief written review of the web site." Exhibit 1, col. 7, ll. 6-10 (emphasis added).

"Contrary to Applicant's invention, the system suggested by that portion of the Levergood et al patent is directed to a web browser which includes a specialized dial command which seeks the input from the user of a telephone number and then uses that telephone number to construct a special URL. That special URL is sent by the browser to a directory server. The directory server uses a database to translate the NUMBER to a target URL that describes the "merchant server and document that implements the service corresponding to NUMBERS." Exhibit 2, IMC_PLTF 061791 |

| | | |
|---|---|---|
| Δ | URL address – URL – (Uniform Resource Locator or Universal Resource Locator) a way of specifying the location of publicly available information on the Internet, in the form<br><br>protocol://machine:port number/filename;<br><br>often the port number and/or filename is unnecessary. For example, http://ai.uga.edu:80/ means 'connect to port 80 of ai.uga.edu using Hypertext Transfer Protocol,' and<br><br>ftp://ai.uga.edu/pub/natural.language/Contents means to download a particular file from ai.uga.edu by File Transfer Protocol. Other possible protocols include gopher and telnet. Barron's Dictionary of Computer and Internet Terms, 5th ed., 1996. | "Every Web site has an exact address, or location on the Web. Such addresses are known as a Uniform Resource Locator or URL. URLs consist of a confusing string of subdirectories, files or executable commands, separated by slashes, which are extremely difficult to work with and which must be typed into the user's Web browser exactly as they appear, including the use of upper and lower-case letters, in order to go to a Web site." Exhibit 1, col. 3, ll. 52-60.<br><br>"The specialized Web site is preferably a Web site called JumpCity, which has a URL of http://www.jumpcity.com/, although, obviously a specialized Web site for use as part of the inventive system disclosed herein could have any URL (and indeed would, of necessity, have to have its own URL), the only requirement being that the URL be disseminated in conjunction with the dissemination of the jump codes to be used therewith." Exhibit 1, col. 5, ll. 37-44.<br><br>"By entering a simple four-digit code, the user is much more easily and conveniently able to access the desired Web sites, as compared to the standard method of accessing those Web sites, which requires the error-prone, tedious and confusing entry of URLs." Exhibit 1, col. 7, ll. 10-15. |
| 11 | **11(f) automatically accessing said desired preselected Internet location using said URL address corresponding to said desired preselected Internet location corresponding to said received multi-digit jump code.** | **automatically accessing said desired preselected Internet location**<br><br>accessing the desired preselected Internet location without the user having to enter the URL address corresponding to said desired preselected Internet location | "Web browsers are also provided by well-known major on-line computer services such as Compuserve, American On-line, Prodigy, MCI and Netcom. Recently, Microsoft's Windows 95 operating system was introduced, which also includes its own Web browser." (Exhibit 1, col. 2, ll. 15-21).<br><br>"The standard protocols which define the Web work in combination with a Web browser which runs on personal computers and handles the chores of accessing and displaying graphics and texts, and playing back video and audio files found on the Web." (Exhibit 1, col. 2, ll. 21-25).<br><br>"In addition, any good Web browser software also opens up the Web's multimedia potential by providing users with instant and automatic access to helper applications software that automatically plays video and sound clips." (Exhibit 1, col. 3, ll. 6-10). |

MP3 20183627.1

| | | | |
|---|---|---|---|
| | | | "A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." (Exhibit 1, col. 4, ll. 57-64).

"This software program searches through its database of URLs, and finds the URL which is linked to the input jump code. The software then links the user either directly to the desired Website, or alternatively, first to a brief written review of the web site. By entering a simple four-digit code, the user is much more easily and conveniently able to access the desired Web sites, as compared to the standard method of accessing those Web sites, which requires the error prone, tedious and confusing entry of URLs." (Exhibit 1, col. 7, ll. 6-10).

"The TV Internet Terminal...is connected by means of a modem 136 which may also preferably be a cable modem, through a telecommunications medium, such as a telephone line, cable system line 138 or other medium, such as by satellite, to the server 106 of the Internet access provider. From there the user is able to access the server on which the JumpCity Web site 108 resides, using the Internet." (Exhibit 1, col. 7, ll. 31-40). |
| A | 11(f) automatically accessing said desired preselected Internet location using said URL address corresponding to said desired preselected Internet location corresponding to said received multi-digit jump code. | automatically accessing said desired preselected Internet location

accessing directly without user intervention the desired preselected place on the Internet | "Even more particularly, it is an object of the present invention to provide a printed publication containing descriptions of selected Web sites or addresses together with jump codes therefor which can readily be used in conjunction with a specialized Web site which includes software which, upon recognizing the inputted jump code, quickly and automatically accesses the desired Web site." Exhibit 1, col. 4, ll. 41-48 (emphasis added).

"A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." Exhibit 1, col. 4, ll. 57-64 (emphasis added).

"The JumpCity Web site 108 contains software which is capable of accepting a four-digit jump code, looking up the corresponding URL for the Web site denoted by that jump code in a stored data base, and then for immediately and automatically accessing that URL or Web site." Exhibit 1, col. 5, ll. 45-49 (emphasis added). |

"This software program searches through its database of URLs, and finds the URL which is linked to the input jump code. The software then links the user either directly to the desired Web site, or alternatively, first to a brief written review of the web site. By entering a simple four-digit code, the user is much more easily and conveniently able to access the desired Web sites, as compared to the standard method of accessing those Web sites, which requires the error prone, tedious and confusing entry of URLs." Exhibit 1, col. 7, ll. 6-10 (emphasis added).