# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

MICHAEL A. COLLYARD
612-349-0975

June 14, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
U.S. District for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Re:   Internet Media Corp. v. Dell, Inc., et al., C.A. No. 05-633-KAJ

Dear Judge Jordan:

We write regarding the parties' Joint Claim Construction Chart, which is being filed contemporaneously with this letter, and to inform the Court of a dispute that arose today regarding this chart.

Internet Media agreed to enter into early claim construction pursuant to an agreement that defendants would provide *one* construction for each term in dispute. The parties then submitted a motion for an early claim construction hearing. In response, the Court issued its May 31, 2006 Order setting forth the requirements for an early claim construction. Paragraph 4 of that Order required that:

> "Within one week of the date of [the] Order, each side shall exchange their proposed claim constructions[.]...Subsequent to exchanging that list, the Parties will meet and confer to prepare a Joint Claim Construction Chart to be submitted pursuant to paragraph 5 below. The Parties' Joint Claim Construction Chart should identify for the Court the term(s)/phrase(s) of the claim(s) at issue, and should include each side's proposed construction of the disputed language... ."

On June 7, Internet Media provided defendants with its claim constructions and corresponding intrinsic support. Defendants collectively in turn provided a single claim construction chart to Internet Media. On Monday, June 12, 2006, the parties met and conferred on each sides' claim constructions. One hour before the close of business EST today, defendants e-mailed Internet Media a copy of the Joint Claim Construction Chart, which included each sides claim constructions and corresponding intrinsic support. Surprisingly, this chart also included additional new constructions provided by Office Depot that were not previously provided to Internet Media nor discussed during the June 12, 2006 meet and confer.

June 14, 2006
Page 2

     After receiving Office Depot's additional constructions, Internet Media immediately contacted counsel for Office Depot and explained that this was not what the parties had agreed to prior to moving for an early claim construction, nor was it in compliance with the Court's May 31, 2006 Order. Internet Media also informed Office Depot that in view of the foregoing, it would not include Office Depot's additional claim constructions in the Joint Claim Construction Chart to be filed with the Court. Office Depot, in turn, explained that it disagreed with Internet Media's position and would file a separate chart with its additional constructions.

     Because Thomas P. Preston, local counsel for Internet Media is currently out of the office, this letter is being submitted by outside counsel for Internet Media.

                      Sincerely,

                      ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                      Michael A. Collyard

cc: | Richard L. Horwitz, Esquire – by e-filing | David Killough, Esquire – by e-mail
---|---|---
| David E. Moore, Esquire – by e-filing | Kayla Carter Owens, Esquire – by e-mail
| Titania R. Mack, Esquire – by e-filing | April E. Abele, Esquire – by e-mail
| Philip A. Rovner, Esquire– by e-filing | Gaston Kroub, Esquire – by e-mail

MP3 20183629.1