IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNET MEDIA CORPORATION, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-633-KAJ |
| DELL, INC., OFFICE DEPOT, INC., J.C. PENNEY COMPANY, INC., WILLIAMS-SONOMA, INC., and J. CREW GROUP, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER

At Wilmington this **19th** day of **June, 2006**,

IT IS ORDERED that the status teleconference presently set for **June 20, 2006 at 4:30 p.m.** is hereby rescheduled to **June 21, 2006 at 12:45 p.m.** Counsel for plaintiff shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE