IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELL, INC., OFFICE DEPOT, INC., )<br>J.C. PENNEY COMPANY, INC., )<br>WILLIAMS-SONOMA, INC., and )<br>J. CREW GROUP, INC., )<br>)<br>Defendants. ) | C.A. No. 05-633-KAJ |

**STIPULATION AND ORDER REGARDING EARLY CLAIM CONSTRUCTION SCHEDULE FOR U.S. PATENT NUMBER 6,049,835 AND REQUEST FOR REVISED SCHEDULING ORDER**

Plaintiff Internet Media Corporation ("Internet Media") and defendants Dell, Inc., Office Depot, Inc., J.C. Penney Company, Inc., Williams-Sonoma, Inc. and J. Crew Group, Inc. (collectively the "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, at the direction of the Court during the June 22, 2006 status conference, the attorneys for all parties have now met and conferred about an early claim construction schedule for a few selected phrases of the one patent-in-suit in this action, U.S. Patent Number 6,049,835 ("the '835 Patent");

NOW, THEREFORE, it is hereby stipulated and agreed, subject to the approval of the Court, that:

1.    The Defendants and Internet Media (collectively the "Parties") agree to an early claim construction hearing of the following three phrases of the '835 Patent:

    (a)    "a published compilation of preselected Internet locations" (claim 1 and its dependent claims)/"publishing a compilation of preselected Internet locations" (claim 11 and its dependent claims);

    (b)    "a predetermined published Internet location having an address published in said published compilation" (claim 1 and its dependent claims)/"providing a predetermined Internet location having an address published in said published compilation" (claim 11 and its dependent claims);

    (c)    "a unique predetermined multi-digit jump code" (claims 1 and 11 and the respective dependent claims);

2. In the event that an early claim construction does not lead to disposition of this action, a subsequent claim construction hearing of additional terms or phrases will be held in conjunction with case dispositive motions consistent with the original Scheduling Order in this case.

3. Defendants preserve all non-infringement and invalidity contentions and arguments regarding the asserted claims of the '835 Patent.

4. No more than forty pages shall be allotted to each side for simultaneous opening briefs on issues of claim construction to be served and filed by each side on July 5, 2006. No more than twenty pages shall be allotted for each side for simultaneous reply briefs to be served and filed by each side on July 17, 2006.

5. Beginning at _____ \_.m. on _____, 2006, the Court will hear evidence and argument on claim construction. No expert declarations or testimony on claim construction will be presented.

6. Discovery is stayed during the foregoing claim construction process, with discovery resuming after this Court enters its claim construction order.

7. The dates set forth in this Court's December 7, 2005 Scheduling Order (D.I. 45) shall be revised and extended by the period of time during which discovery is stayed pending this Court's claim construction order.

8. This Order supercedes the Court's Order entered on May 31, 2006 (D.I. 131).

| | |
|---|---|
| BLANK ROME LLP | POTTER ANDERSON & CORROON LLP |
| By: /s/ Thomas P. Preston<br>Thomas P. Preston (#2548)<br>Chase Manhattan Centre<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>(302) 425-6400<br>E-mail: preston-t@blankrome.com | By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, Delaware 19899<br>(302) 984-6000<br>E-mail: provner@potteranderson.com |
| *Attorneys for Plaintiff*<br>*Internet Media Corporation* | *Attorneys for Defendants*<br>*J. C. Penney Company, Inc., Williams-Sonoma, Inc., and J. Crew Group, Inc.* |
| POTTER ANDERSON & CORROON LLP | GREENBERG TRAURIG, LLP |
| By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, Delaware 19899<br>(302) 984-6000<br>E-mail: rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | By: /s/ Titania R. Mack<br>Titania R. Mack (#4120)<br>The Nemours Building<br>1007 N. Orange Street, Suite 1200<br>Wilmington, DE 19801<br>(302) 661-7000<br>E-mail: mackt@gtlaw.com |
| *Attorneys for Defendant Dell, Inc.* | *Attorneys for Defendant Office Depot, Inc.* |

SO ORDERED, this _____ day of June, 2006.

_____
United States District Judge

60769016 v1

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 28th day of June, 2006, I served a copy of the **STIPULATION AND ORDER REGARDING EARLY CLAIM CONSTRUCTION SCHEDULE FOR U.S. PATENT NUMBER 6,049,835 AND REQUEST FOR REVISED SCHEDULING ORDER** on the following counsel:

### BY ELECTRONIC SERVICE

Richard L. Horwitz, Esquire
David E. Moore, Esquire
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

### BY FIRST-CLASS MAIL

Willem G. Schuurman, Esquire
David B. Weaver, Esquire
Kristen P. Foster, Esquire
Matthew S. Wermager, Esquire
David Killough, Esquire
**Vinson & Elkins L.L.P.**
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

### BY ELECTRONIC SERVICE

Titania R. Mack, Esquire
Michael Nicodema, Esquire
Ben Zuckerman, Esquire
**Greenberg Traurig, LLP**
The NeMours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

### BY FIRST-CLASS MAIL

Gaston Kroub, Esquire
**Greenberg Traurig LLP**
Metlife Building
200 Park Avenue
New York, NY 10166

### BY ELECTRONIC SERVICE

Philip A. Rovner, Esquire
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

### BY FIRST-CLASS MAIL

James G. Gilliland, Jr., Esquire
Gregory S. Gilchrist, Esquire
April E. Abele, Esquire
**Townsend and Townsend and Crew LLP**
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

**BY FIRST-CLASS MAIL**

Kayla Carter Owens, Esquire
**J. C. Penney Corp., Inc.**
Plano, Texas 75075

/s/ *Thomas P. Preston*
_____
Thomas P. Preston
I.D. No. 2548