## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| INTERNET MEDIA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-633-KAJ |
| | ) | |
| DELL, INC., | ) | |
| OFFICE DEPOT, INC., | ) | |
| J.C. PENNEY COMPANY, INC., | ) | |
| WILLIAMS-SONOMA, INC., | ) | |
| J. CREW GROUP, INC., | ) | |
| | ) | |
| Defendants. | | |

## INTERNET MEDIA CORPORATION, INC.'S
## OPENING CLAIM CONSTRUCTION BRIEF

## FILED UNDER SEAL

Thomas P. Preston, Esquire
I.D. No. 2548
**BLANK ROME LLP**
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: 302-425-6400

*Attorneys for Plaintiff*
*Internet Media Corporation*

OF COUNSEL:

Ronald J. Schutz
Diane L. Simerson
Michael A. Collyard
Andrea L. Gothing
Busola A. Akinwale
**ROBINS, KAPLAN, MILLER &**
**CIRESI, LLP**
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
(612) 349-8500

Dated: July 5, 2006