## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 5th day of July, 2006, I served **PLAINTIFF INTERNET MEDIA CORPORATION'S OPENING CLAIM CONSTRUCTION BRIEF (FILED UNDER SEAL)** on the following counsel:

| BY ELECTRONIC SERVICE | BY FEDERAL EXPRESS |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>**Potter Anderson & Corroon LLP**<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899-0951 | Willem G. Schuurman, Esquire<br>David B. Weaver, Esquire<br>Kristen P. Foster, Esquire<br>Matthew S. Wermager, Esquire<br>David Killough, Esquire<br>**Vinson & Elkins L.L.P.**<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746-7568 |

| BY ELECTRONIC SERVICE | BY FEDERAL EXPRESS |
|---|---|
| Titania R. Mack, Esquire<br>Michael Nicodema, Esquire<br>Ben Zuckerman, Esquire<br>**Greenberg Traurig, LLP**<br>The NeMours Building<br>1007 N. Orange Street, Suite 1200<br>Wilmington, DE 19801 | Gaston Kroub, Esquire<br>**Greenberg Traurig LLP**<br>Metlife Building<br>200 Park Avenue<br>New York, NY 10166 |

| BY ELECTRONIC SERVICE | BY FEDERAL EXPRESS |
|---|---|
| Philip A. Rovner, Esquire<br>**Potter Anderson & Corroon LLP**<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | James G. Gilliland, Jr., Esquire<br>Gregory S. Gilchrist, Esquire<br>April E. Abele, Esquire<br>**Townsend and Townsend and Crew LLP**<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111 |

**BY FIRST-CLASS MAIL**

Kayla Carter Owens, Esquire
**J. C. Penney Corp., Inc.**
Plano, Texas 75075


/s/ *Thomas P. Preston*
_____
Thomas P. Preston
I.D. No. 2548