## EXHIBIT LIST

**EXHIBIT 1**    U.S. Patent No. 6,049,835

**EXHIBIT 2**    Office Depot's Claim Construction and Support Chart

**EXHIBIT 3**    Webopedia Definition of "Web site"

**EXHIBIT 4**    Relevant excerpts from *What's on the Web*

**EXHIBIT 5**    MW.com Definition of "Select"

**EXHIBIT 6**    Excerpts from the `835 patent's file history"

# EXHIBIT 1

US006049835A

# United States Patent [19]

## Gagnon

[11] **Patent Number:** 6,049,835

[45] **Date of Patent:** Apr. 11, 2000

[54] **SYSTEM FOR PROVIDING EASY ACCESS TO THE WORLD WIDE WEB UTILIZING A PUBLISHED LIST OF PRESELECTED INTERNET LOCATIONS TOGETHER WITH THEIR UNIQUE MULTI-DIGIT JUMP CODES**

[75] Inventor: **Eric F. Gagnon**, Brooklyn, N.Y.

[73] Assignee: **Internet Media Corporation**, Brooklyn, N.Y.

[21] Appl. No.: **08/705,967**

[22] Filed: **Aug. 30, 1996**

[51] Int. Cl.[7] .................................................. **G06F 15/16**
[52] U.S. Cl. ....................................... **709/245; 709/227**
[58] Field of Search ................................. 348/27, 8, 13;
386/83; 709/218, 229, 219, 245, 227; 345/335;
707/3; 235/375

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,706,121 | 11/1987 | Young | 348/27 |
| 5,526,127 | 6/1996 | Yonetani et al. | 386/83 |
| 5,572,643 | 11/1996 | Judson | 709/218 |
| 5,612,730 | 3/1997 | Lewis | 348/8 |
| 5,625,781 | 4/1997 | Cline et al. | 345/335 |
| 5,659,729 | 8/1997 | Nielsen | 707/3 |
| 5,694,163 | 12/1997 | Harrison | 348/13 |
| 5,708,780 | 1/1998 | Levergood et al. | 709/229 |
| 5,764,906 | 6/1998 | Edelstein et al. | 709/219 |
| 5,804,803 | 9/1998 | Cragun et al. | 235/375 |

*Primary Examiner*—Albert De Cady
*Assistant Examiner*—David Ton
*Attorney, Agent, or Firm*—Blank Rome Comisky & McCauley LLP

[57] **ABSTRACT**

A system for quickly and easily accessing preselected desired addresses or URLs on the Internet is disclosed in which a published list of Internet or World Wide Web sites together with their unique jump codes is utilized in connection with a corresponding specialized Web site which is accessed by a user using either a personal computer or a TV Internet Terminal and remote control, after which access a jump code corresponding to the preselected desired URL is entered by the user and software contained in the specialized Web site immediately and automatically accesses the desired Web site.

**20 Claims, 1 Drawing Sheet**





FIG. 1



FIG. 2

6,049,835

**1**

# SYSTEM FOR PROVIDING EASY ACCESS TO THE WORLD WIDE WEB UTILIZING A PUBLISHED LIST OF PRESELECTED INTERNET LOCATIONS TOGETHER WITH THEIR UNIQUE MULTI-DIGIT JUMP CODES

## BACKGROUND OF THE INVENTION

The present invention is directed to a system for providing users of the Internet with easy access to the World Wide Web. More particularly, the present invention is directed to providing a central location which World Wide Web users of the Internet can reach and can then instruct to provide them with ready access to a particular location on the World Wide Web portion of the Internet.

Use of the Internet, a worldwide network of more than 100,00 individual computer networks and over 50 million users, has been gaining in popularity in the last several years. At the present time, almost every large corporation, university, government, organization, and many businesses around the world are connected to and have access to the worldwide network known as the Internet. The Internet is a collection of individual computer networks which are connected to each other by means of high-speed telephone and satellite data links, and are all connected by a public-domain communications software standard.

The Internet was developed in the late 1960s, when it was established by the United States Defense Department as a research project for use by defense contractors and universities. The purpose of the Internet at that time was to create a military computer network which could still function reliably if any parts of it were destroyed in a nuclear war. A series of standardized communications protocols for sending information around the computer network were developed in order to ensure against the inherent unreliability of telephone lines and exposed telephone switching stations.

For over 25 years, the Internet was used primarily as a research-oriented computer communications network for universities, defense contractors, governments, and organizations in science and academia. During those years, it grew slowly but steadily and its proven freely, available communications protocols were also adopted by the computer and telecommunications industries and by large corporations, who used the Internet for electronic mail communications between and among their companies. In 1992, the United States Government turned over operation of the Internet's high-speed data links to commercial communications networks. That transfer, as well as the concurrent explosion in the use of personal computers, local area networks, bulletin boards systems, and consumer-oriented online services, caused the Internet to grow tremendously. Because of the convergence of those events, a critical mass for acceptance of the Internet as a standard means for the worldwide connection of individual computer networks of all kinds and sizes was created.

One of the reasons for the explosive growth of the Internet, which is growing at an estimated rate of 15%–20% per month, is the widespread acceptance of the Internet as the standard for electronic mail. The Internet is also well known for its two other main features, its usenet newsgroups, which constitute thousands of on-line discussion groups covering a wide variety of business, personal, and technical subjects, and the latest Internet phenomenon, the World Wide Web.

The World Wide Web or Web, as it is more commonly known, is a standardized method of combining the display of graphics, text, video and audio clips, as well as other features, such as secure credit card transactions, into a standardized, graphical, friendly interface that is easy for anyone to use. That is in contrast to the use of the Internet for electronic mail, which primarily consists of rapid text-based communications among one or more individuals.

The Web was designed by a British scientist in 1991 as a way to let researchers easily swap images instead of just messages. The creation of the first point-and-click software for "browsing" the Web, known as Mosaic, by the University of Illinois, enabled ready access to the Web by non-technically skilled users. Then, commercial companies, such as Netscape Communications Corporation, developed more sophisticated Web browsers, such as Netscape's Navigator. Another Web browser is the recently introduced Explorer 3.0 from Microsoft Corporation. Web browsers are also provided by well-known major on-line computer services such as Compuserve, American On-line, Prodigy, MCI and Netcom. Recently, Microsoft's Windows 95 operating system was introduced, which also includes its own Web browser.

The standard protocols which define the Web work in combination with a Web browser which runs on personal computers and handles the chores of accessing and displaying graphics and texts, and playing back video and audio files found on the Web. In addition to providing Web access, Web browsers and the Web tie together all the Internet's other useful features that existed before the advent of the Web, such as the newsgroups, FTP text file access, access to the net's Gopher sites, and, of course, sending or receiving electronic mail.

The World Wide Web uses essentially a text coding, or "mark-up" method, where selected elements in a text file, such as article headlines, subheads, images and important words highlighted in the body of a text file can, by the insertion of special, bracketed codes (called HTML or Hyper Text Mark-up Language codes), be turned into hot links that are easily and instantly accessible by anyone with a Web browser.

The World Wide Web is considered by many to be the true information superhighway. It lays the foundation for the use of the Internet as an entirely new broadcast medium, one which provides individuals, groups, and companies with unprecedented new opportunities for broadcast communication. For example, it is now fairly easy to create one's own Web site or address on the Web such that all users on the Internet can reach it The Web thus provides an outlet for anyone who desires to self-publish articles, graphics, video clips, and audio files over the net. Since any individual Web site can be freely accessed by anyone else with Web access, anyone who creates a Web site has a form for broadcasting their information, news, announcements, or creative works to an audience of millions. In addition, communication by Internet electronic mail can be established by any member of this audience with the author of a Web site, thus providing a new level of two-way communication to this new broadcast medium.

Because the Web provides several key benefits for Internet users, those benefits are encouraging the explosive growth of the Web and, ultimately, the acceptance of the Internet as the world's de facto computer communications medium.

First, using the Web, is simplicity itself. Compared to the confusing Unix based commands which were required to use the Internet just a few years ago, using a Web browser provides the user with the same friendly, graphical point-and-click access to all the Internet's features that the users

6,049,835

3

have come to expect from any good stand-alone Windows commercial software product. Once a user has accessed the Web, any of the 100,000 or more Web sites and their linked articles, text articles, graphic images, video/audio clips, extensive software libraries, and communications features are easily accessible with a click of the user's mouse key. In addition, any good Web browser software also opens up the Web's multimedia potential by providing users with instant and automatic access to helper applications software that automatically plays video and sound clips. Such multimedia potential has become a big attraction on the Web.

Web browsers also have a bookmark or hot list feature, which allows the user to capture and save the location of any Web site that is visited, so that such sites can be readily reaccessed by clicking on it from the user's Web browser at any time.

Using the Web, users can get instant access to many types of information, entertainment, and inter-active resources which are now available on the Web. Because of the explosion of newly created Web sites, the user can get access to useful, practical information on an almost infinite variety of subjects. The Web also provides an instant connection to millions of other people on the Internet. The resources which may be found on the Web are almost limitless.

In order to understand the use and operation of the Web, it is believed that certain terms that will be used herein should be defined. A Web browser, as previously discussed, is a graphical, Windows-based software program which is used on a personal computer to access the Web. A Web site or Web page describes an individual's "place" on the Web containing a single Web-published feature. A Web site is basically a collection of files located under a directory somewhere on someone's computer connected to the Internet. A Web site may consist of one Web page or of many Web pages, and usually also includes onscreen graphics, pictures, texts and video and audio clips, or an archive of software that can be downloaded, stored and used freely on the visitor's own personal computer.

Frequently, Web pages utilize links or hot links, two terms which are used interchangeably, to describe words or groups of words which are highlighted on Web pages. When a visitor clicks on a link with his mouse, he is immediately linked to another Web site or location on the current Web site containing the information that is referred to by the link. Any single Web site may contain dozens, hundreds, or even thousands of hot links, both to other sections within the same site or to other Web sites located anywhere else in the world.

Some Web pages also include a links page or jump site which consists of lists of links to many other Web sites. These are often a Web site author's favorite sites or feature links to Web sites pertaining to a specific subject.

Every Web site has an exact address, or location on the Web. Such addresses are known as a Uniform Resource Locator or URL. URLs consist of a confusing string of subdirectories, files or executable commands, separated by slashes, which are extremely difficult to work with and which must be typed into the user's Web browser exactly as they appear, including the use of upper and lower-case letters, in order to go to a Web site. While clicking on hot links will get the user to a Web site without having to type in a URL or copying a URL from a text file (if it is located on the user's computer) and pasting it into the user's Web browser-screen can save the user from this arduous task, the use of URLs has become the bane of the use of the Web.

Another difficulty with accessing the 100,000 or more individual Web sites is that many of them do not offer any

4

truly useful information or other benefits. In addition, there are many Web sites which consist of nothing more than lists of links to other Web sites, which often do nothing more than link the visitor to a Web site to other useless Web link pages. Skimming along such pages can be a frustrating and information starving experience, and one which should hopefully be avoided. Thus, while in general, the Web makes everything on the Internet easy to find and access, there is a need for a directory of the well-thought out and useful sites, coupled with a way to easily and quickly access such sites in order for users to get the most from their Web experience as well as experiencing the best the Web has to offer. More particularly, given the 100,000 plus Web sites that exist at that the present time, with many more being added every day, there is a need for a system which the Web user can use to access Web sites which contain a substantial amount of original information, graphics, or multi-media, provide useful advice, news or entertainment, and present the information in a well-thought out and professional manner. Most importantly, there is a great need to provide Web users with a system for accessing such Web pages in an easy to use, automatic, and efficient manner.

SUMMARY AND OBJECTS OF THE INVENTION

In light of the above-described drawbacks of accessing the World Wide Web, it is clear that there is still a need in the art for a system for quickly and easily accessing selected beneficial sites or addresses on the World Wide Web portion of the Internet.

Therefore, it is a primary object of the present invention to provide a system by which user's of the World Wide Web portion of the Internet can readily access preselected Web sites or Internet addresses, after they have gained access to the World Wide Web portion of the Internet. More particularly, it is an object of the present invention to provide a specialized Web site which can be used in conjunction with published jump codes to readily and automatically access other Web sites or Internet locations, without the user having to remember or input the URL of the desired Web site.

Even more particularly, it is an object of the present invention to provide a printed publication containing descriptions of selected Web sites or addresses together with jump codes therefor which can readily be used in conjunction with a specialized Web site which includes software which, upon recognizing the inputted jump code, quickly and automatically accesses the desired Web site.

It is a further object of the present invention to be able to use the system of the present invention with any one of personal computers connected to the Web, Television Internet Terminal devices, or any other electronic device which can be used for Internet access.

The system of the present invention utilizes a published list of preselected Web sites, which are selected according to predetermined criteria, such as content, usefulness, presentation, and authorship. Each of the selected Web sites is assigned a specific four-digit jump code. A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user.

In the case of so-called "set top" TV Internet Terminals, such as those soon to be available from Sony and Phillips,

6,049,835

5

the user accesses the specialized Web site using the TV Internet Terminal and then enters the desired jump codes using a remote control which is similar to a standard television channel selector. In that manner, users with the TV Internet Terminal will be able to access the desired Web sites using their television, the TV Internet Terminal, and the remote control push buttons.

With these and other objects, advantages and features of the invention that may become hereinafter apparent, the nature of the invention may be more clearly understood by reference to the following detailed description of the invention, the appended claims and to the several drawings attached herein.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows, in schematic block diagram form, the inventive system of the present invention for use in connection with personal computer access to the Internet; and

FIG. 2 shows the system of the present invention for use with television Internet terminal access to the Internet.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring now to the figures, wherein like reference numerals designate like elements throughout, there is shown in FIG. 1 the system of the present invention for use in connecting to the Internet by means of a personal computer. A personal computer 100, having a Web browser, is connected by means of a modem 136 by means of a telephone line or other communications medium, to a server computer 106 which provides access for the personal computer 100 directly to the Internet. The personal computer 100 includes a video monitor 102, as well as a keyboard 104 and a pointing device, such as a mouse or track ball, 105. Once the user has connected to the Internet, he accesses the specialized Web site 108, by entering the URL for that Web site. The specialized Web site is preferably a Web site called JumpCity, which has a URL of http://www.jumpcity.com/, although, obviously a specialized Web site for use as part of the inventive system disclosed herein could have any URL (and indeed would, of necessity, have to have its own URL), the only requirement being that the URL be disseminated in conjunction with the dissemination of the jump codes to be used therewith.

The JumpCity Web site 108 contains software which is capable of accepting a four-digit jump code, looking up the corresponding URL for the Web site denoted by that jump code in a stored data base, and then for immediately and automatically accessing that URL or Web site.

In order to provide Web users with the jump codes, it is preferable that a printed publication which contains preselected Web sites based on certain criteria be disseminated so that the jump codes associated with each of the preselected Web sites can be easily determined by the users. Such a publication, entitled "What's on the Web" published by Internet Media Corporation is one such type of book which is fully integrated with the specialized Web site 108. Such a book 110 contains a plurality of reviews of Web sites 112, 114, 116, 118, 120, and 122, each of which has a corresponding four digit jump code 124, 126, 128, 130, 132, and 134, associated therewith. After the user is on-line with the specialized JumpCity Web site 108, entering the four digit jump code will instantly link the the Web site corresponding thereto to the JumpCity Web site, thus providing immediate access to the desired Web site for the user. There is no need to determine, nor input, the URL or address of the Web site which is desired to be accessed.

6

As discussed above, in addition to Web sites, any other type of subject matter contained on the Internet which has a URL, can be accessed using the jump code provided therefor. An example of such an additional use is the accessing of newsgroups, or Usenet Internet discussion newsgroups, where on-line discussions on thousands of subjects can be attained. Such newsgroups can also be accessed by means of the specialized JumpCity Web site 108. A listing of such newsgroups together with their assigned jump codes can be accomplished in a manner similar to that for the Web sites.

In addition to publishing a preselected number of descriptions and/or reviews of various Web sites 112–122 with their assigned jump codes 124–134 in a printed publication or book 110, the specialized JumpCity Web site 108 can also contain such reviews and their accompanying jump codes. In that matter, instant Web access to each of the reviews in the book 110, plus the latest news and reviews of the latest and best Web sites, updated, for example, daily, can be provided for users who access the specialized JumpCity Web site 108. In addition, without having to enter the URLs for accessing the preselected Web sites, users, after having access to the JumpCity Web site 108 and visiting other Web sites, can provide comments on the Web sites visited, vote on their favorite Web sites, and also participate in on-line discussions concerning those Web sites.

The preselected Web sites (over 1800 of which are covered in the "What's on the Web" book 110), are selected based upon four criteria. The first criteria is the content of the Web site. The selected Web sites preferably contain a substantial amount of original information, graphics and multimedia. The information contained in the selected Web sites is preferably comparable in value and amount to information that is available from traditional, professionally created media, such as newspapers and magazines. Also, it is preferable that the information available on the selected Web sites be updated on a reasonably frequent basis.

The second criteria is the usefulness of the information on the preselected Web sites. For example, it is preferable that the information available at the selected Web sites provide advice, news, and entertainment value. In addition, it is desirable that the information be useful to the Web reader to solve a problem.

The third criteria for selecting Web sites which are assigned jump codes is whether the site has good design and production values, that is, whether the graphics used by the site are interesting, professional-looking, and appropriate from the standpoint of Web design.

The fourth criteria used to preselect Web sites which are then assigned jump codes for use with the integrated specialized JumpCity Web site 108 and the Internet access system of the present invention is the authorship of the Web site. Preferably, the authors of the Web site are known and are highly knowledgeable concerning the information they are disseminating.

In order to use the Internet access system of the present invention, as discussed above, the user first must access the JumpCity specialized Web site 108 which is maintained for exclusive use in connection with the publication 110 which contains the preselected and reviewed Web sites 112–122 and their corresponding jump codes 124–134. The only URL the user need ever input in order to access any of the preselected (and best available) Web sites in the publication 110 is the URL of the JumpCity Web site 108. After the JumpCity Web site 108 has been accessed, the user enters the four-digit jump code (obviously a larger number of digits could be utilized in order to enable the accessing of a larger

6,049,835

7

number of Web sites or newsgroups or other URL locations on the Internet) which corresponds to the selected Web site or newsgroup or other address the user desires to access. The code is entered in a standard on-screen HTML box or form which is then read by software resident on the JumpCity specialized Web site 108. This software program searches through its database of URLs, and finds the URL which is linked to the input jump code. The software then links the user either directly to the desired Web site, or alternatively, first to a brief written review of the Web site. By entering a simple four-digit code, the user is much more easily and conveniently able to access the desired Web sites, as compared to the standard method of accessing those Web sites, which requires the error-prone, tedious and confusing entry of URLs. The use of the jump codes printed in the printed publication or book 110 combined with the integrated specialized Web site 108 provides Web users with the fastest possible way of reaching the reviewed (and best) Web sites available on the World Wide Web portion of the Internet.

Referring now to FIG. 2, there is shown the system of the present invention for use with an alternative Internet access hardware and software. Specifically, a set-top TV Internet Terminal 202, such as that available from Sony or Philips, which uses software and hardware available from WebTV Networks, Inc., of Palo Alto, Calif., and known as a "Web TV Internet Terminal" is utilized, in connection with a standard broadcast television 200. The TV Internet Terminal 202 is connected to the television 200 such that the television functions in the same manner as the video monitor 102, that is, it displays the computer video generated by the TV Internet Terminal 202. The TV Internet Terminal 202, in addition to containing the necessary hardware and software for enabling the television 200 to display computer video, is connected by means of a modem 136 which may also preferably be a cable modem, through a telecommunications medium, such as a telephone line, cable system line 138 or other medium, such as by satellite, to the server 106 of the Internet access provider. From there the user is able to access the server on which the JumpCity Web site 108 resides, using the Internet.

The users of the TV Internet Terminal accessing hardware are likewise provided with a book 110 which contains the same information discussed above in connection with FIG. 1.

In order to access the selected Web sites contained and reviewed in the book 110, the users of the TV Internet Terminal are provided with a remote control device 204, which has an outward appearance similar to a standard television channel changer but which is designed to work in connection with the TV Internet Terminal 202. For that purpose, a plurality of specialized push buttons 206–216 are provided so that the TV Internet Terminal 202 can be commanded to access the Internet. In particular, in order to access the JumpCity Web site 108, one of the specialized buttons 206–216 may be a specialized function button which causes the TV Internet Terminal 202 to transmit the URL of the JumpCity Web site 108. Alternatively, the remote control 204 can contain enough push buttons to enable the user to enter the URL using the push buttons 206–216. After the user has accessed the JumpCity Web site 108, a jump code is entered followed by the depression of a specialized function key, similar to the enter key of the keyboard 104. In all other respects, accessing the desired Web site as published in the book or printed publication 110 or as published as an on-line list within the JumpCity Web site 108, is the same as described above in connection with FIG. 1. Obviously, the design of such a remote control 204 with

8

specialized push buttons and function buttons as well as the TV Internet Terminal 202, will be known to those of ordinary skill in the art.

Although only a preferred embodiment is specifically illustrated and described herein, it will be appreciated that many modifications and variations of the present invention are possible in light of the above teachings and within the purview of the appended claims without departing from the spirit and intended scope of the invention.

What is claimed is:

1. A system for providing automatic access to preselected locations on the Internet, comprising:

a published compilation of preselected Internet locations, said published compilation including a unique predetermined multi-digit jump code assigned to each of said preselected Internet locations published therein;

a predetermined published Internet location having an address published in said published compilation, said predetermined published Internet location including means for capturing a desired multi-digit jump code assigned to each preselected Internet location after said multi-digit jump code has been entered by a user after accessing said predetermined published Internet location;

means for accessing said predetermined published Internet location;

means for receiving said desired multi-digit jump code from said means for capturing and means for converting said received multi-digit jump code to a URL address corresponding to the desired preselected Internet location; and

means for automatically accessing said desired preselected Internet location using said URL address corresponding to said desired preselected Internet location, whereby said user need only enter said desired multi-digit jump code to access a desired preselected Internet location without having to enter said corresponding URL address.

2. The system of claim 1, wherein said means for accessing said preselected published Internet location comprises a personal computer.

3. The system of claim 1, wherein said means for accessing said preselected published Internet location comprises a television Internet device.

4. The system of claim 3, wherein said television Internet device comprises a remote control device having a plurality of push buttons for controlling said television Internet device.

5. The system of claim 1, wherein said preselected locations on the Internet are in the World Wide Web.

6. The system of claim 1, wherein said published compilation of preselected Internet locations is published as printed matter.

7. The system of claim 1, wherein said published compilation of preselected Internet locations is published on-line in said predetermined published Internet location on the Internet.

8. The system of claim 1, wherein said means for capturing a desired multi-digit jump code entered by a user after accessing said predetermined Internet location comprises an on-screen HTML form.

9. The system of claim 1, wherein said multi-digit jump code is a four digit number.

10. The system of claim 1, wherein said published compilation comprises a review of each of said preselected Internet locations.

6,049,835

**9**

11. A method for providing automatic access to preselected locations on the Internet, comprising the steps of:

publishing a compilation of preselected Internet locations, said published compilation including a unique predetermined multi-digit jump code assigned to each of said preselected Internet locations published therein;

providing a predetermined Internet location having an address published in said published compilation, said predetermined Internet location comprising means for capturing a desired multi-digit jump code assigned to said preselected Internet location, said desired multi-digit jump code being entered by a user after said predetermined Internet location has been accessed;

accessing said predetermined Internet location and entering said desired multi-digit jump code into said predetermined Internet location;

receiving said multi-digit jump code entered into said predetermined Internet location after said multi-digit jump code has been captured at said predetermined Internet location;

converting the received multi-digit jump code to a URL address corresponding to the desired preselected Internet location; and

automatically accessing said desired preselected Internet location using said URL address corresponding to said desired preselected Internet location corresponding to said received multi-digit jump code.

**10**

12. The method of claim 11, wherein said step of accessing said predetermined Internet location comprises using a personal computer to enter said multi-digit jump code.

13. The method of claim 11, wherein said step of accessing said predetermined Internet location comprises using a television Internet device.

14. The system of claim 13, wherein said television Internet device comprises a remote control device having a plurality of push buttons for controlling said television Internet device.

15. The method of claim 11 wherein said preselected locations on the Internet are on the World Wide Web.

16. The method of claim 11, wherein said step of publishing a compilation of preselected Internet locations comprises publishing said compilation as printed matter.

17. The method of claim 11, wherein said step of publishing a compilation of preselected Internet locations comprises publishing said compilation on-line in said predetermined Internet location.

18. The method of claim 11, wherein said means for capturing a desired multi-digit jump code entered by a user after accessing said predetermined Internet location comprises an on-screen HTML form.

19. The method of claim 11, wherein said multi-digit jump code is a four digit number.

20. The method of claim 11, wherein said published compilation comprises a review of each of said preselected Internet locations.

* * * * *

# EXHIBIT 2

**Exhibit 1 – Office Depot's Claim Construction Chart**
**For U.S. Patent No. 6,049,835**

| Claim Language | Office Depot's Construction | Support for Construction |
|---|---|---|
| **a published compilation of preselected Internet locations,** | **a published compilation of preselected Internet locations –**<br><br>a publically accessible preselected list of pre-existing Websites and other pre-existing Internet sites having unique URL addresses, the URL addresses being associated with diverse individuals or entities | **"What's On The Web"**, Internet Media Corporation © 1995-1996.<br><br>"**select**": "chosen from a number or group by fitness or preference"; and "judicious or restrictive in choice". **Merriam-Webster Online.**<br><br>"**Web site**": "a site (location) on the World Wide Web". **Webopedia**<br><br>"A system for quickly and easily accessing **preselected desired addresses or URLs** on the Internet is disclosed in which a published list of Internet or World Wide Web sites together with their unique jump codes is utilized in connection with a corresponding specialized Web site which is accessed by a user using either a personal computer or a TV Internet Terminal and remote control, after which access a jump code corresponding to the preselected desired URL is entered by the user and software contained in the specialized Web site immediately and automatically accesses the desired Web site" (Exhibit 1: Abstract (emphasis added)).<br><br>"System for providing easy access to the World Wide Web utilizing **a published list of preselected Internet locations** together with their unique multi-digit jump codes." (Exhibit 1, col. 1, ll. 1-5 (emphasis added)).<br><br>"The present invention is directed to a system for providing users of the Internet with easy access to the World Wide Web. More particularly, the present invention is directed to providing a central location which World Wide Web users of the Internet can reach and can then instruct to provide them with ready access to a **particular location** on the World Wide Web portion of the Internet."(Exhibit 1, col. 1, ll. 8-14 (emphasis added)).<br><br>"Web browsers also have a bookmark or hot list feature, which |

1

| Claim Language | Office Depot's Construction | Support for Construction |
|---|---|---|
| | | allows the user to capture and save the **location of any Web site that is visited**, so that such sites can be readily reaccessed by clicking on it from the user's Web browser at any time." (Exhibit 1, col. 3, ll. 12-16 (emphasis added)).<br><br>"In order to understand the use and operation of the Web, it is believed that certain terms that will be used herein should be defined. A Web browser, as previously discussed, is a graphical, Windows-based software program which is used on a personal computer to access the Web. **A Web site or Web page describes an individual's "place" on the Web containing a single Web-published feature.** A Web site is basically a collection of files located under a directory somewhere on someone's computer connected to the Internet. **A Web site may consist of one Web page** or of many **Web pages**, and usually also includes onscreen graphics, pictures, texts and video and audio clips, or an archive of software that can be downloaded, stored and used freely on the visitor's own personal computer."(Exhibit 1, col. 3, ll. 25-38 (emphasis added)).<br><br>"Frequently, **Web pages** utilize links or hot links, two terms which are used interchangeably, to describe words or groups of words which are highlighted on **Web pages**. When a visitor clicks on a link with his mouse, he is immediately linked to another **Web site** or location on the current **Web site** containing the information that is referred to by the link. Any single **Web site** may contain dozens, hundreds, or even thousands of hot links, both to other sections within the same site or to other **Web sites** located anywhere else in the world."(Exhibit 1, col. 3, ll. 39-48 (emphasis added)).<br><br>"**Every Web site has an exact address, or location on the Web. Such addresses are known as a Uniform Resource Locator or URL.** URLs consist of a **confusing** string of subdirectories, files or executable commands, separated by slashes, which are **extremely difficult to work with** and which must be typed into the user's Web browser exactly as they appear, including the use of upper and lower-case letters, in order to go to a **Web site**. While clicking on hot links will get the user to a **Web site** without having to type in a |

2

| Claim Language | Office Depot's Construction | Support for Construction |
|---|---|---|
| | | URL or copying a URL from a text file (if it is located on the user's computer) and pasting it into the user's Web browser-screen can save the user from this arduous task, the use of URLs has become **the bane of the use of the Web.**" (Exhibit 1, col. 3, ll. 53-65 (emphasis added)). |
| | | "Therefore, it is **a primary object of the present invention to provide a system by which user's of the World Wide Web portion of the Internet can readily access preselected Web sites or Internet addresses,** after they have gained access to the World Wide Web portion of the Internet. More particularly, it is an object of the present invention to provide a specialized Web site which can be used in conjunction with published jump codes to readily and automatically access other **Web sites or Internet locations,** without the user having to remember or input the URL of the desired Web site." (Exhibit 1, col. 4, ll. 31-40 (emphasis added)). |
| | | "The system of the present invention utilizes a **published list of preselected Web sites, which are selected according to predetermined criteria, such as content, usefulness, presentation, and authorship.** Each of the selected Web sites is assigned a specific four-digit jump code. A user desiring to access **one of the preseleted Web sites** first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the **Web site corresponding to the jump code inputted by the user.**" (Exhibit 1, col. 4, ll. 54-65 (emphasis added) |
| | | "In order to provide Web users with the jump codes, it is preferable that **a printed publication which contains preselected Web sites based on certain criteria** be disseminated so that the jump codes associated with each of the preselected Web sites can be easily determined by the users. **Such a publication, entitled "What's on the Web" published by Internet Media Corporation is one such type of book** which is fully integrated with the specialized Web site 108. **Such a book 110 contains a plurality of reviews of Web** |

| Claim Language | Office Depot's Construction | Support for Construction |
|---|---|---|
| | | **sites** 112, 114, 116, 118, 120, and 122, each of which has a corresponding four digit jump code 124, 126, 128, 130, 132, and 134, associated therewith. After the user is on-line with the specialized JumpCity Web site 108, entering the four digit jump code will instantly link the Web site corresponding thereto to the JumpCity Web site, thus providing immediate access to **the desired Web site** for the user. There is no need to determine, nor input, the URL or address of the Web site which is desired to be accessed. |
| | | **As discussed above, in addition to Web sites, any other type of subject matter contained on the Internet which has a URL, can be accessed using the jump code provided therefor.** An example of such an additional use is the accessing of newsgroups, or Usenet **Internet discussion newsgroups**, where on-line discussions on thousands of subjects can be attained. Such newsgroups can also be accessed by means of the specialized JumpCity Web site 108. A listing of such newsgroups together with their assigned jump codes can be accomplished in a manner similar to that for the Web sites". (Exhibit 1, col. 5, line 50 – col. 6, line 10 (emphasis added)) |
| | | "**The preselected Web sites (over 1800 of which are covered in the "What's on the Web" book 110), are selected based upon four criteria.** The first criteria is the content of the Web site. The selected Web sites preferably contain a substantial amount of **original information**, graphics and multimedia. The information contained in the selected Web sites is preferably comparable in value and amount to information that is available from traditional, professionally created media, such as newspapers and magazines. Also, it is preferable that the information available on the selected Web sites be updated on a reasonably frequent basis. |
| | | The second criteria is the **usefulness of the information on the preselected Web sites.** For example, it is preferable that the information available at the selected Web sites provide advice, news, and entertainment value. In addition, it is desirable that the information be useful to the Web reader to solve a problem. |
| | | The third criteria for selecting Web sites which are assigned jump |

4

| Claim Language | Office Depot's Construction | Support for Construction |
|---|---|---|
| | | codes is whether **the site has good design and production values**, that is, whether the graphics used by the site are interesting, professional-looking, and appropriate from the standpoint of Web design. |
| | | The fourth criteria used to preselect Web sites which are then assigned jump codes for use with the integrated specialized JumpCity Web site 108 and the Internet access system of the present invention is the **authorship of the Web site**. Preferably, the authors of the Web site are known and are highly knowledgeable concerning the information they are disseminating". (Exhibit 1, col. 6, ll. 26-55 (emphasis added)). |
| | | "In order to use the Internet access system of the present invention, as discussed above, the user first must access the JumpCity specialized Web site 108 which is maintained for exclusive use in connection with the publication 110 which contains **the preselected and reviewed Web sites 112-122** and their corresponding jump codes 124-134. The only URL the user need ever input in order to access any of **the preselected (and best available) Web sites in the publication 110** is the URL of the JumpCity Web site 108. After the JumpCity Web site 108 has been accessed, the user enters the four-digit jump code (obviously a larger number of digits could be utilized in order to enable the accessing of a larger number of **Web sites or newsgroups or other URL locations on the Internet**) which corresponds to the selected **Web site or newsgroup or other address the user desires to access**. The code is entered in a standard on-screen HTML box or form which is then read by software resident on the JumpCity specialized Web site 108. This software program searches through its database of URLs, and finds the URL which is linked to the input jump code, **The software then links the user either directly to the desired Web site, or alternatively, first to a brief written review of the Web site.** By entering a simple four-digit code, the user is much more easily and conveniently able to access the desired Web sites, as compared to the standard method of accessing those **Web sites**, which requires the error-prone, tedious and confusing entry of URLs. The use of the jump codes printed in the printed publication |

| Claim Language | Office Depot's Construction | Support for Construction |
|---|---|---|
| | | or book 110 combined with the integrated specialized Web site 108 provides Web users with the fastest possible way of reaching **the reviewed (and best) Web sites** available on the World Wide Web portion of the Internet." (Exhibit 1, col. 6, line 56- col. 7, line 19 (emphasis added)). |
| | | "[T]he system described in the Levergood et al. patent is directed to utilizing conventional telephone numbers or other identifiers which in reality are merely sub-links within a **merchant's own website** which is operated on the '**single merchant server**.'" (Exhibit 2, IMC_PLTF 061791 (emphasis added)). |
| | | "Levergood is directed to allowing a **single merchant server** to provide '**multiple services** that correspond to different external telephone numbers or other identifiers.'" (Exhibit 2, IMC_PLTF 061791 (emphasis added)). |
| | | "Applicant's invention provides Internet users with the ability to reach **any and all Internet locations** on any of the servers connected to the Internet, as opposed to the **single merchant server** utilized by the Levergood et al. system." (Exhibit 2, IMC_PLTF 061792-93 (emphasis added)). |
| | | "[W]hile Edelstein et al. proposes that information providers advertise the electronic addresses of their resources, it does not follow that information providers would have been motivated to publish a **compilation**, which would almost certainly include the **electronic addresses of their competitors' resources**. Instead, the advertisement taught by Edelstein et al. would take the form of an advertisement for a **single company with the electronic address of that company's resources, just as companies today advertise their own (not their competitors') resources by their URL's.** Therefore, the Applicant respectfully submits that Edelstein et al. teaches away from the present claimed invention...." (Exhibit 2, IMC_PLTF 061834 (emphasis added)). |

| Claim 11 and Dependent Claims | Office Depot's Construction | Support for Construction |
|---|---|---|
| **publishing a compilation of preselected Internet locations,** | **publishing a compilation of preselected Internet locations –** publishing an accessible preselected list of pre-existing Websites and other pre-existing Internet sites having unique URL addresses, the URL addresses being associated with diverse individuals or entities | **"What's On The Web"**, Internet Media Corporation © 1995-1996. **"select"**: "chosen from a number or group by fitness or preference"; and "judicious or restrictive in choice". **Merriam-Webster Online.** **"Web site"**: "a site (location) on the World Wide Web". **Webopedia** "A system for quickly and easily accessing **preselected desired addresses or URLs** on the Internet is disclosed in which a published list of Internet or World Wide Web sites together with their unique jump codes is utilized in connection with a corresponding specialized Web site which is accessed by a user using either a personal computer or a TV Internet Terminal and remote control, after which access a jump code corresponding to the preselected desired URL is entered by the user and software contained in the specialized Web site immediately and automatically accesses the desired Web site" (Exhibit 1: Abstract (emphasis added)). "System for providing easy access to the World Wide Web utilizing **a published list of preselected Internet locations** together with their unique multi-digit jump codes." (Exhibit 1, col. 1, ll. 1-5 (emphasis added)). "The present invention is directed to a system for providing users of the Internet with easy access to the World Wide Web. More particularly, the present invention is directed to providing a central location which World Wide Web users of the Internet can reach and can then instruct to provide them with ready access to a **particular location** on the World Wide Web portion of the Internet."(Exhibit 1, col. 1, ll. 8-14 (emphasis added)). "Web browsers also have a bookmark or hot list feature, which allows the user to capture and save the **location of any Web site that is visited**, so that such sites can be readily reaccessed by |

clicking on it from the user's Web browser at any time." (Exhibit 1, col. 3, ll. 12-16 (emphasis added)).

"In order to understand the use and operation of the Web, it is believed that certain terms that will be used herein should be defined. A Web browser, as previously discussed, is a graphical, Windows-based software program which is used on a personal computer to access the Web. A **Web site or Web page describes an individual's "place" on the Web containing a single Web-published feature. A Web site** is basically a collection of files located under a directory somewhere on someone's computer connected to the Internet. A **Web site** may consist of one **Web page** or of many **Web pages**, and usually also includes onscreen graphics, pictures, texts and video and audio clips, or an archive of software that can be downloaded, stored and used freely on the visitor's own personal computer." (Exhibit 1, col. 3, ll. 25-38 (emphasis added)).

"Frequently, **Web pages** utilize links or hot links, two terms which are used interchangeably, to describe words or groups of words which are highlighted on **Web pages**. When a visitor clicks on a link with his mouse, he is immediately linked to another **Web site** or location on the current **Web site** containing the information that is referred to by the link. Any single **Web site** may contain dozens, hundreds, or even thousands of hot links, both to other sections within the same site or to other **Web sites** located anywhere else in the world." (Exhibit 1, col. 3, ll. 39-48 (emphasis added)).

"**Every Web site has an exact address, or location on the Web. Such addresses are known as a Uniform Resource Locator or URL.** URLs consist of a **confusing** string of subdirectories, files or executable commands, separated by slashes, which are **extremely difficult to work with** and which must be typed into the user's Web browser exactly as they appear, including the use of upper and lower-case letters, in order to go to a **Web site**. While clicking on hot links will get the user to a **Web site** without having to type in a URL or copying a URL from a text file (if it is located on the user's computer) and pasting it into the user's Web browser-screen can save the user from this arduous task, the use of URLs has become the **bane** of the use of the Web." (Exhibit 1, col. 3, ll. 53-65

(emphasis added)).

"Therefore, it is **a primary object of the present invention** to provide a system by which user's of the World Wide Web portion of the Internet can readily access **preselected Web sites or Internet addresses,** after they have gained access to the World Wide Web portion of the Internet. More particularly, it is an object of the present invention to provide a specialized Web site which can be used in conjunction with published jump codes to readily and automatically access other **Web sites or Internet locations,** without the user having to remember or input the URL of the desired Web site." (Exhibit 1, col. 4, ll. 31–40 (emphasis added)).

"The system of the present invention utilizes a **published list of preselected Web sites, which are selected according to predetermined criteria, such as content, usefulness, presentation, and authorship.** Each of the selected Web sites is assigned a specific four-digit jump code. A user desiring to access one **of the preselected Web sites** first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the **Web site corresponding to the jump code inputted by the user.**" (Exhibit 1, col. 4, ll. 54–65 (emphasis added))

"In order to provide Web users with the jump codes, it is preferable that **a printed publication which contains preselected Web sites based on certain criteria** be disseminated so that the jump codes associated with each of the preselected Web sites can be easily determined by the users. **Such a publication, entitled "What's on the Web" published by Internet Media Corporation is one such type of book** which is fully integrated with the specialized Web site 108. **Such a book 110 contains a plurality of reviews of Web sites** 112, 114, 116, 118, 120, and 122, each of which has a corresponding four digit jump code 124, 126, 128, 130, 132, and 134, associated therewith. After the user is on-line with the specialized JumpCity Web site 108, entering the four digit jump code will instantly link the Web site corresponding thereto to the JumpCity Web site, thus providing immediate access to **the desired**

**Web site for the user. There is no need to determine, nor input, the** URL or address of the Web site which is desired to be accessed.

**As discussed above, in addition to Web sites, any other type of subject matter contained on the Internet which has a URL, can be accessed using the jump code provided therefor.** An example of such an additional use is the accessing of newsgroups, or **Usenet Internet discussion newsgroups,** where on-line discussions on thousands of subjects can be attained. Such newsgroups can also be accessed by means of the specialized JumpCity Web site 108. A listing of such newsgroups together with their assigned jump codes can be accomplished in a manner similar to that for the Web sites". (Exhibit 1, col. 5, line 50 – col. 6, line 10 (emphasis added)).

**"The preselected Web sites (over 1800 of which are covered in the "What's on the Web" book 110), are selected based upon four criteria.** The first criteria is the **content of the Web site.** The selected Web sites preferably contain a substantial amount of **original information,** graphics and multimedia. The information contained in the selected Web sites is preferably comparable in value and amount to information that is available from traditional, professionally created media, such as newspapers and magazines. Also, it is preferable that the information available on the selected Web sites be updated on a reasonably frequent basis.

The second criteria is the **usefulness of the information on the preselected Web sites.** For example, it is preferable that the information available at the selected Web sites provide advice, news, and entertainment value. In addition, it is desirable that the information be useful to the Web reader to solve a problem.

The third criteria for selecting Web sites which are assigned jump codes is whether the **site has good design and production values,** that is, whether the graphics used by the site are interesting, professional-looking, and appropriate from the standpoint of Web design.

The fourth criteria used to preselect Web sites which are then assigned jump codes for use with the integrated specialized JumpCity Web site 108 and the Internet access system of the

11

present invention is the **authorship of the Web site**. Preferably, the authors of the Web site are known and are highly knowledgeable concerning the information they are disseminating". (Exhibit 1, col. 6, ll. 26-55 (emphasis added)).

"In order to use the Internet access system of the present invention, as discussed above, the user first must access the JumpCity specialized Web site 108 which is maintained for exclusive use in connection with the publication 110 which contains **the preselected and reviewed Web sites 112–122** and their corresponding jump codes 124–134. The only URL the user need ever input in order to access any of **the preselected (and best available) Web sites in the publication 110** is the URL of the JumpCity Web site 108. After the JumpCity Web site 108 has been accessed, the user enters the four-digit jump code (obviously a larger number of digits could be utilized in order to enable the accessing of a larger number of **Web sites or newsgroups or other URL locations on the Internet**) which corresponds to the selected **Web site or newsgroup or other address the user desires to access**. The code is entered in a standard on-screen HTML box or form which is then read by software resident on the JumpCity specialized Web site 108. This software program searches through its database of URLs, and finds the URL which is linked to the input jump code. **The software then links the user either directly to the desired Web site, or alternatively, first to a brief written review of the Web site.** By entering a simple four-digit code, the user is much more easily and conveniently able to access the desired Web sites, as compared to the standard method of accessing those **Web sites**, which requires the error-prone, tedious and confusing entry of URLs. The use of the jump codes printed in the printed publication or book 110 combined with the integrated specialized Web site 108 provides Web users with the fastest possible way of reaching the **reviewed (and best) Web sites** available on the World Wide Web portion of the Internet." (Exhibit 1, col. 6, line 56- col. 7, line 19 (emphasis added)).

"[T]he system described in the Levergood et al. patent is directed to utilizing conventional telephone numbers or other identifiers which in reality are merely sub-links within a merchant's own website which is operated on the '**single merchant server**.'" (Exhibit 2,

IMC_PLTF 061791 (emphasis added)).

"Levergood is directed to allowing a **single merchant server** to provide '**multiple services** that correspond to different external telephone numbers or other identifiers.'" (Exhibit 2, IMC_PLTF 061791 (emphasis added)).

"Applicant's invention provides Internet users with the ability to reach **any and all Internet locations** on any of the servers connected to the Internet, as opposed to the **single merchant server** utilized by the Levergood et al. system." (Exhibit 2, IMC_PLTF 061792-93 (emphasis added)).

"[W]hile Edelstein et al. proposes that information providers advertise the electronic addresses of their resources, it does not follow that information providers would have been motivated to publish a **compilation**, which would almost certainly include the **electronic addresses of their competitors' resources**. Instead, the advertisement taught by Edelstein et al. would take the form of an advertisement for **a single company with the electronic address of that company's resources, just as companies today advertise their own (not their competitors') resources by their URL's.** Therefore, the Applicant respectfully submits that Edelstein et al. teaches away from the present claimed invention...." (Exhibit 2, IMC_PLTF 061834 (emphasis added)).

13

# EXHIBIT 3

| New: | Lights, Camera, Fabrikam—A Complete Smart Client Sample. Read this article from Tablet PC Developer |
|---|---|



internet.com®   You are in: Small Business Computing Channel   View Sites +   Small Business Computing Channel

**Behind-the-scenes of JavaOne 2006:** Watch video of luminaries and JavaOne attendees, get how-to demos, and download the latest Java development tools all at Sun Developer Network Channel.

internet.com **(Webopēdia)** The #1 online encyclopedia dedicated to computer technology

Enter a word for a definition...                    ...or choose a computer category.

[            ] Go!                    [ choose one...        ▼ ] Go!

# Web site

Last modified: Monday, April 11, 2005

A site (location) on the World Wide Web. Each Web site contains a home page, which is the first document users see when they enter the site. The site might also contain additional documents and files. Each site is owned and managed by an individual, company or organization.



**MENU**
Home
Term of the Day
New Terms
Pronunciation
New Links
Quick Reference
Did You Know?
Categories
Tech Support
Webopedia Jobs
About Us
Link to Us
Advertising

**Compare Prices:**
[          ] go
Hardware Central

**Talk To Us...**
Submit a URL
Suggest a Term
Report an Error

**Access Free Developer Tools**

**Tablet PC Developer: Microsoft Sudoku—Optimizing UMPC Applications for Touch and Ink Development**
This article details the algorithmic aspects of implementing a Sudoku game, in addition to specifics that help you implement other applications designed for Tablet PC and UMPC. Sample code in C++ and C#.

**Download: Free, Lightweight, Open Source-based J2EE Application Server from IBM**
WebSphere Application Server Community Edition V1.0.1.1 is a free,



**Get in-depth technical articles, downloads, and more!**

internet.com

Developer
International
Internet Lists
Internet News
Internet Resources
IT
Linux/Open Source
Personal Technology
Small Business
Windows Technology
xSP Resources
Search internet.com
Advertise
Corporate Info
Newsletters
Tech Jobs
E-mail Offers

**internet commerce**

Be a Commerce Partner
Home Loans
Budget Web Hosting
GPS
Online Booking Hotels
Cell Phone Plans
Computer Parts
Auto Insurance Quote
Dedicated Servers
Merchant Accounts
Boat Donations
Health Insurance
Laptop Computers
Online Masters
Email Marketing

lightweight J2EE application server built on Apache Geronimo technology. It harnesses the latest innovations from the open source community to deliver an integrated, readily accessible and flexible foundation for developing and deploying Java applications.

**Whitepaper: Introduction to Crystal Xcelsius for Developers**
Learn how developers and programmers can use Crystal Xcelsius to build interactive data visualization and dashboard solutions within their own projects. Read this whitepaper for a deeper understanding of the Crystal Xcelsius technology and design environment.

**Whitepaper: The Key to High Level Application Security**
How can you make it more expensive for users to pirate your software than to purchase it? Download this white paper on hardware token based solutions and the best practices for implementing them.

**Tired of Java Code Infernos? Download JProbe Today.**
Certify and deliver fully optimized code to production with confidence. With JProbe, you can quickly find and fix performance problems and memory leaks in pre-production. Download the trial.

## •E-mail this definition to a colleague•

### Sponsored listings

**BuyerZone: Web Site Design - Free Quotes** - Submit a free quote request and receive competitive responses from national and local Web Site Design vendors. Compare offers and save.

**Aplus.Net: Web Design Services** - Professional Web design and online marketing services starting from $249. Twelve years in the business and thousands of satisfied customers.

**Engine Ready, Inc: Web Marketing** - Start making more sales on your web site. Discover the secrets to maximizing your web marketing ROI. Click here to get your free SEM analysis.

*For internet.com pages about Web site CLICK HERE. Also check out the following links!*

**LINKS**          ≷!≶ = Great Page!

### HTML Made Easy ≷!≶
This tutorial was made for those of you who would like to learn html but after looking at the source code of all those nice Web pages on the net, thought "Whoa! this is too complicated."

### Great Website design tips site
Offers beginner, advanced and expert Web authoring information and links, along with information on running and managing a Web site.

### PCR Online's Web Design Tips

**Related Categories**

World Wide Web

**Related Terms**

e-zine

ghost site

home page

microsite

mirror site

MS FrontPage

site map

WAI

Web server

Web site

Webmaster

World Wide Web

**(Webopedia)**
**Give Us Your Feedback**

**Shopping web site Products**

This site hosts a weekly article focusing on various aspects of Web page design and includes illustrated tutorials.

## Robots.txt Information
Information about the ROBOTS.TXT file. The ROBOTS.TXT file is used to prevent Web robots from indexing some or all of a Web site. This is useful to exclude anything which is felt does not need to be included in search engines.

## Web site Statistics and Traffic Analysis
This site statistics and traffic analysis Web site offers real-time information about your Web site's traffic. Service available include a hit counter, which you can opt to make invisible on your site's pages, system tracking, referring URL's and domains, search engine/keyword analysis, private Web site statistics and other tracking services useful to Webmasters.

## WebScripts
Offers descriptions and download links for several Perl CGI scripts and log analysis tools.

Compare Products,Prices and Stores

**Shop by Category:**
**Software**
1174 Model Matches

**Fragrance**
3 Store Offers

**Furniture**
15497 Store Offers

**Lighting**
12049 Store Offers

**Web Cameras**
194 Model Matches

**Sponsored listings**

**Estrela Marketing Solutions: Online Marketing** - Offers combined experience in marketing and internet technologies to manage online media. Uses results-oriented approach to maximize use of budgets.

**JumpFly: Online Advertising PPC Management** - Expert Pay Per Click (PPC) Management for Yahoo! Search Marketing and Google AdWords. Catering to monthly spends between $1000 and $100,000/mo.

**ProfitRank: Online Marketing** - Analyzes opportunities and online programs to create a marketing plan that fits business needs, including affiliate marketing, PPC and SEO.

**Sprokkit: Web Development** - Los Angeles agency offering web design, print design, corporate branding and identity, consulting, motion video, and specialized technology solutions.

**Blue Tent Marketing: Web Development** - New media marketing company offers search engine optimization, search engine marketing, email marketing, web development, and web design services.

## Behind-the-scenes of JavaOne 2006

Find out why more than 14,000 developers go to JavaOne every year. Watch video interviews of luminaries and Java attendees, get how--to demos, and download the latest Java development tools all at Sun Developer Network Channel

**JupiterWeb networks:**

internet.com | EARTHWEB | devx | graphics.com

Search JupiterWeb: [                                    ] Find!

Jupitermedia Corporation has two divisions:
Jupiterimages and JupiterWeb

Copyright 2006 Jupitermedia Corporation All Rights Reserved.
Legal Notices, Licensing, Reprints, & Permissions, Privacy Policy.

Jupitermedia Corporate Info | Newsletters | Tech Jobs | Shopping | E-mail Offers

# EXHIBIT 4

# WHAT'S ON THE WEB

Fall/Winter 1995/1996

**Internet Media**

Publisher & Editor:
**ERIC GAGNON**

Senior Review Editor:
**LEE PHILIP STRAL**

Lead Reviewers:
**CHRISTINE PAUSTIAN**
**EDWINNA VON BAEYER**

Contributing Reviewers:
**RIC BOHANNON**
**SARA BROWN**
**HILARY LANE**
**JON VAN OAST**
**TIM WINDSOR**

"What's on the Web," "What's on the Internet," and Jump City are trademarks of Internet Media Corporation.

# *What's on the Web*
# *Fall/Winter 1995/1996*

© 1995 by Internet Media Corporation
Published by Internet Media Corp.

Internet Media Corp.
3052 Railroad Vine
Fairfax, VA 22031
Phone: (703) 255-6569
FAX: (703) 255-7237
WEB: http://www.jumpcity.com/

Editor: Eric Gagnon, INTERNET: gagnon@interramp.com
Designer: Chris Gagnon
Production/Layout: Chris Gagnon, Bram J. Meehan
Proofreaders: Celia Beattie, Kathryn Beck, Carol Clauden

**What's on the Web**, **What's on the Internet**, and **Jump City** are registered trademarks of Internet Media Corporation.

**Notice of Rights**

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage or retrieval system, without the prior written permission of the publisher. For information, contact Internet Media Corp. Photographs and illustrations used in this book have been downloaded from Web sites and publicly accessible file archives and are used in this book for news reportage purposes only to demonstrate the variety of graphics resources available via electronic access. The caption with each photograph or illustration identifies its source. Text and images available over the Internet may be subject to copyright and other rights owned by third parties. Online availability of text and images does not imply that they may be reused without the permission of rights holders, although the Copyright Act does permit certain unauthorized reuse as fair use under 17 U.S.C. §107. Care should be taken to ensure that all necessary rights are cleared prior to reusing material distributed over the Internet. Information about reuse rights is available from the institutions who make their materials available over the Internet.

**Notice of Liability**

The information in this book is distributed on an "As Is" basis, without warranty. While every precaution has been taken in the preparation of this book, neither the author nor Internet Media Corp. shall have any liability to any person or entity with respect to any liability, loss, or damage caused or alleged to be caused directly or indirectly by the instructions contained in this book or by the computer software or hardware products described herein.

**Distribution**

Internet Media books are distributed to the U.S. book trade by Publishers Group West, 4065 Hollis St., Emeryville, CA 94609, phone (800) 788-3123 or (510) 658-1834. Resellers outside the book trade can contact Internet Media directly at (703) 255-6569.

**Trademarks**

Throughout this book, trademarked names are used. Rather than put a trademark symbol in every occurrence of a trademarked name, we are using the names only in an editorial fashion and to the benefit of the trademark owner, with no intention of infringement of the trademark.

ISBN 1-884640-18-4
0 9 8 7 6 5 4 3 2 1
Printed and bound in the United States of America

*quality*, and *context*. With over 50,000 Web sites in existence already, and hundreds more added each week, the mystery of accessing all this information (now solved by the Web) has given way to a nearly overwhelming sense of confusion concerning all the choices available. What's out there? Is it any good? Where can I find a Web site that meets my particular need? When I get there, what will I find?

That's where **What's on the Web** comes in: our reviewers spend countless hours searching the Web—finding, comparing, selecting, and reviewing only those sites which stand out among the all rest as your first, best, and most useful stops along the Web. Throughout the pages of this book, and its extensive Subject Index, you'll find many useful starting points for your Web journeys.

But **What's on the Web** is not just a book; it's also a Web site. You can reach all of the Web sites covered in this book through our own Web site, **Jump City**, simply by entering the four-digit **Jump** code we've assigned to every Web site reviewed here. While you're at **Jump City**, you'll also get free access to our reviews of the Web's hottest new sites, plus other special new enhancements we're adding to make **What's on the Web** and **Jump City** one of your first, best starting points for whatever you need to find on the Internet's World Wide Web.

I hope that this book will open many new and exciting opportunities and connections for you as it has for us. If you have any comments or suggestions for ways we can improve future editions of **What's on the Web** and **Jump City**, let us know by sending e-mail to me at **gagnon@interramp.com**.

Special thanks to Chris, my wife and partner of 15 years, for working with me, side by side, on the design, layout, and production of this book, and for creating the book's informational graphics. Thanks also to our senior review editor, Lee Stral, a true self-starter, for his diligent and productive writing effort, and to all our reviewers: Edwinna von Baeyer, Christine Paustian, Hilary Lane, Sara Brown, Jon van Oast, Ric Bohannon, and Tim Windsor. This book would not have been possible without their efforts. Thanks also to Bram Meehan of Innovative Projects, who helped us on the layout of this book under deadline pressure, and to Web site authors David Siegel and Tim Windsor, for allowing us to use their Web sites as examples for our book's informational graphics.

See you on the Net!

Eric Gagnon (**gagnon@interramp.com**)
Fairfax, VA

## Inventors on the Web

**invent.html** `Jump` **5106**    

Whether you're a workshop tinkerer or moonlight engineer, Inventus is a Web forum where you can present your inventions, ideas, speculations, and more. There are news and announcements for the inventor, including a list of new inventions, tips and guides, a look at the legal aspects of patent protection, and relevant news from around the world. For a list of inventions and products, check the "Shelves" section of this site. There are also other links to business, patent, and science information. A great Web resource! —(S.B.)

`URL` ▶ http://www.sgn.com/invent.html



### Follow that Package!

**FedEx Airbill Tracking Form** `Jump` **7112**    

Feeling nervous about the big business presentation you sent, via Federal Express, to your business partners? Will they receive them in time? Well, wipe the sweat off your brow and log onto to FedEx's tracking page. There you can track where your package or envelope is, anywhere in the world, anytime of the day. It couldn't be simpler— just type in your tracking number in the field provided and the status of the package will be displayed. —(E.v.B.)

`URL` ▶ http://www.fedex.com/cgi-bin/track_it


INTERNATIONAL TRADE LAW PROJECT

### World Trade Documents

**WTA/WTO & GATT 1994** `Jump` **7154**    

Need to know the regulations on shipping living plants across national boundaries? Visit here and download the Agreement on Sanitary and Phytosanitary Measures. The World Trade Agreement (WTA), World Trade Organization (WTO), the General Agreement on Tariffs and Trade (GATT) and more, all gathered under one electronic umbrella. Searching through these documents is a snap, thanks to the Law Faculty at the University of Tromso, Norway, which has established the online International Trade Law Project—an impressive collection of the full texts of these acts and agreements. —(E.v.B.)

`URL` ▶ http://ananse.irv.uit.no/trade_law/gatt/nav/toc.html

## Form a Corporation Online

**The Company Corporation** `Jump` **2029**    
COMMERCE

The Company Corporation, developers of this site, can help you incorporate your business in the United States or internationally, online, by phone, or by FAX, for as little as $119. Even if you don't want to take advantage of their services, there's good information here, enough to give you more than the basic whys and wherefores about incorporating. Online, there's information about the costs of incorporating in various states, an incorporation FAQ, plus a review of the different forms of corporations. You also can request a free guide to incorporating here, too. —(L.S.)

`KEY NEWSGROUP` **alt.business.misc**  `URL` ▶ http://www.service.com/tcc/home.html



### Web Advertising for Small Business

**The Internet Emporium** `Jump` **2096**    COMMERCE

There are any number of companies that will let you use their Web server to advertise your company's products and services, but most can be very expensive for a small business owner or entrepreneur. The Internet Emporium offers an alternative, with free, small ads and very reasonable prices for home pages with graphics, including page creation. If you want a Web presence, but didn't think you could afford it, this is a site to check. —(L.S.)

`KEY NEWSGROUP` **misc.entrepreneurs.moderated**  `URL` ▶ http://www.mountain.net/hp/marcom/emporium.htm

# EXHIBIT 5



# Merriam-Webster OnLine

Merriam-Webster FOR KIDS    Encyclopædia BRITANNICA

Merriam-Webster ONLINE    Merriam-Webster COLLEGIATE®    Merriam-Webster UN...



**Unlimited**
sales leads, mailing lists and business credit reports.

*Salesgenie*

Unlimited Sales Leads & ...

**HOME**
**PREMIUM SERVICES** ▼
  M-WCollegiate.com
  M-WUnabridged.com
  Britannica.com
  Multi-User Licenses
**DOWNLOADS** ◄
**WORD OF THE DAY** ◄
**WORD GAMES** ◄
**SPELLING BEE HIVE** ◄
**WORD FOR THE WISE** ◄
**ONLINE STORE** ◄
**HELP** ◄

**Merriam-Webster Inc.**
**Company Information**

## Merriam-Webster Online Dictionary

[ Thesaurus ]

### select

3 entries found for **select**.
To select an entry, click on it.

| select[1,adjective] | Go |
| select[2,verb] | |
| select[3,noun] | |

Main Entry: ¹se·lect 
Pronunciation: sə-'lekt
Function: *adjective*
Etymology: Latin *selectus,* past participle of *seligere* to
select, from *se-* apart (from *sed, se* without) + *legere* to
gather, select -- more at SUICIDE, LEGEND
**1 :** chosen from a number or group by fitness or preference
**2 a :** of special value or excellence **: SUPERIOR, CHOICE b :**
exclusively or fastidiously chosen often with regard to
social, economic, or cultural characteristics
**3 :** judicious or restrictive in choice **: DISCRIMINATING**
<pleased with the *select* appreciation of his books -- Osbert
Sitwell>
- **se·lect·able** ◄) /sə-'lek-tə-bəl/ *adjective*
- **se·lect·ness** ◄) /sə-'lek(t)-nəs/ *noun*
- **se·lec·tor** ◄) /sə-'lek-tər/ *noun*

For **More Information on "select" go to Britannica.com**

Get the **Top 10 Search Results for "select"**

**Ads by Google**

**SQL Server 2000 $1840**
1 Processor Unlimited Client
www.techusastore.com

Merriam-Webster
  ⦿ **Dictionary**
  ○ **Thesaurus**

**Browse by letter**
A B C D E F G H I ...
N O P Q R S T U V ...

**Browse words n...**
**select**

 Brita...

[ select ]

# EXHIBIT 6



PW 776810

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 23, 2005

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS
OF:

APPLICATION NUMBER: *08/705,967*
FILING DATE: *August 30, 1996*
PATENT NUMBER: *6,049,835*
ISSUE DATE: *April 11, 2000*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

H. L. JACKSON
Certifying Officer

IMC_PLTF 061481

there is first discussed the provision of facilities which allow users to utilize conventional telephone numbers or other identifiers to access merchant services. However, as discussed beginning at line 11, the Levergood et al. patent merely proposes utilizing a "web browser client 601" which "provides a 'dial' command to accept a telephone number from the user as by clicking on a 'dial' icon and inputting the telephone number through the keyboard. The browser then constructs a URL in the form of ...."

Contrary to Applicant's invention, the system suggested by that portion of the Levergood et al. patent is directed to a web browser which includes a specialized "dial" command which seeks the input from the user of a telephone number and then uses that telephone number to construct a special URL. That special URL is sent by the browser to a directory server. The directory server uses a database to translate the NUMBER to a target URL that describes the "merchant server and document that implements the service corresponding to NUMBERS" (see column 9, lines 29-30).

As is made clear for example at column 10, lines 10-12 and 24-26, the system described in the Levergood et al. patent is directed to utilizing conventional telephone numbers or other identifiers which are in reality merely sub-links within a merchant's own website which is operated on the "single merchant server." Indeed, as set forth specifically in lines 24-26 of column 10, the system disclosed in the Levergood et al. patent is directed to allowing a single merchant server to provide "multiple services that corresponds to different external 'telephone numbers' or other identifiers." As further described at lines 26-36, the example of a "priority gold number" given is utilized within the merchant's own Internet server.

It is the Examiner's further contention that lines 26-32 of column 9 of the Levergood et

3

IMC_PLTF 061791

Internet location having an address published in the published compilation. In fact, the Examiner acknowledges that *Edelstein et al* does not explicitly teach publishing the compilation.

However, the Examiner argues that *Edelstein et al* teaches published compilations such as Yellow Pages, White Pages or Web crawlers. The Examiner reasons that it would have been obvious to publish the list of resource aliases of *Edelstein et al* "because it would provide more advertisement of the URL address by using other media . . . ."

The Applicant respectfully disagrees with the Examiner's reasoning for the following reasons. First, column 2 of *Edelstein et al* discusses the disadvantages of the known Yellow Pages, White Pages and Web crawlers, and it is one of the goals of *Edelstein et al* to overcome those disadvantages. Therefore, *Edelstein et al,* far from rendering obvious the use of Yellow Pages, White Pages and Web crawlers, teaches away from their use.

As a consequence, the present claimed invention, by using a published compilation, proceeds contrary to the accepted wisdom of the prior art as evidenced by *Edelstein et al*. That fact is strong evidence of nonobviousness. *W. L. Gore & Associates, Inc. v. Garlock, Inc.,* 220 U.S.P.Q. 303, 312 (Fed. Cir. 1983), *cert. denied,* 469 U.S. 851 (1984).

Second, while *Edelstein et al* proposes that information providers advertise the electronic addresses of *their* resources, it does not follow that information providers would have been motivated to publish a compilation, which would almost certainly include the electronic addresses of their competitors' resources. Instead, the advertisement taught by *Edelstein et al* would take the form of an advertisement for a single company with the electronic address of that company's resource, just as companies today advertise their own (not their competitors') resources by their URL's. Therefore, the Applicant respectfully submits that *Edelstein et al* teaches away from the present claimed invention for that reason as well.

Moreover, even if the published compilation were for some reason deemed to be obvious

4

IMC_PLTF 061834