## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 12th day of July, 2006, I electronically served the **REDACTED VERSION OF INTERNET MEDIA CORPORATION, INC.'S OPENING CLAIM CONSTRUCTION BRIEF** on the following counsel:

**BY ELECTRONIC SERVICE**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

**BY ELECTRONIC SERVICE**

Titania R. Mack, Esquire
Michael Nicodema, Esquire
Ben Zuckerman, Esquire
**Greenberg Traurig, LLP**
The NeMours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

**BY ELECTRONIC SERVICE**

Philip A. Rovner, Esquire
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

/s/ Thomas P. Preston
_____
Thomas P. Preston
I.D. No. 2548