IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELL, INC., )<br>OFFICE DEPOT, INC., )<br>J.C. PENNEY COMPANY, INC., )<br>WILLIAMS-SONOMA, INC., )<br>J. CREW GROUP, INC., )<br>)<br>Defendants. ) | Civil Action No. 05-633-KAJ<br><br>**REDACTED** |

DECLARATION OF THOMAS P. PRESTON IN SUPPORT OF
INTERNET MEDIA CORPORATION, INC.'S
<u>OPENING CLAIM CONSTRUCTION BRIEF</u>

I, Thomas P. Preston, declare as follows:

1.   I am an attorney with the law firm of Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel representing Plaintiff in the above-captioned action.

2.   I am admitted to practice before this Court.

3.   This Declaration is submitted in support of Internet Media Corporation's Opening Markman Brief dated July 5, 2006.

4.   Attached to this Declaration as **Exhibit 1** is a true and correct copy of United States Patent No. 6,049,835, the patent-in-suit in the above-captioned matter.

5.   Attached to this Declaration as **Exhibit 2** is a true and correct copy of excerpts from Microsoft Press Computer Dictionary, 3rd Edition (1997).

6.   Attached to this Declaration as **Exhibit 3** is a true and correct copy of excerpts from Webster's New World Computer Dictionary, 10th Edition (2003).

7. Attached to this Declaration as **Exhibit 4** is a true and correct copy of excerpts from Webster's New World Dictionary of Computer Terms, 6th Edition (1997).

8. Attached to this Declaration as **Exhibit 5** is a true and correct copy of excerpts from the text *Build a Web Site* by Net Genesis and Devra Hall, published in 1995 by Prima Publishing.

9. Attached to this Declaration as **Exhibit 6** is a true and correct copy of excerpts from a **CONFIDENTIAL** document produced by Office Depot, Inc. in the above-captioned matter. The excerpted pages are Bates numbered OD000082 – 83.

10. Attached to this Declaration as **Exhibit 7** is a true and correct copy of an excerpt from a **CONFIDENTIAL** document produced by Office Depot, Inc. in the above-captioned matter. The excerpted page is Bates numbered. OD008856.

11. Attached to this Declaration as **Exhibit 8** is a true and correct copy of an excerpt from a **CONFIDENTIAL** document produced by Office Depot, Inc. in the above-captioned matter. The excerpted page is Bates numbered OD008912.

12. Attached to this Declaration as **Exhibit 9** is a true and correct copy of a document produced by Dell, Inc. in the above-captioned matter and titled "When it Comes to Service and Support, Dell.com is on the Mark," Bates No. Dell071383.

13. Attached to this Declaration as **Exhibit 10** is a true and correct copy of an excerpt from a **CONFIDENTIAL** document produced by Office Depot, Inc. in the above-captioned matter. The excerpted page is Bates numbered OD 008888.

14. Attached to this Declaration as **Exhibit 11** is a true and correct copy of excerpts from the text *Web Client Programming with Perl* by Clinton Wong, published in 1997 by O'Reilly & Associates Inc.

15. Attached to this Declaration as **Exhibit 12** is a true and correct copy of excerpts from the text *Foundations of World Wide Web Programming with HTML and CGI* by Ed Tittel, Mark Gaither, Sebastian Hassinger, and Mike Erwin, published in 1995 by IDG Books Worldwide, Inc.

16. Attached to this Declaration as **Exhibit 13** is a true and correct copy of excerpts from the text *HTML Publishing on the Internet* by Brent Heslop and David Holzgang, published in 1995 by Ventana Communications Group, Inc.

17. Attached to this Declaration as **Exhibit 14** is a true and correct copy of document produced by Internet Media Corp. in the above-captioned matter. The document, Bates Number IMC_PLTF063447, is a screen shot of a Web page that results when a Web user enters an incorrect E-Value code into a location on a Dell, Inc. Web page.

18. Attached to this Declaration as **Exhibit 15** is a true and correct copy of portion of a Dell, Inc. print advertisement from an August 2005 catalog.

19. Attached to this Declaration as **Exhibit 16** is a true and correct copy of document produced by Internet Media Corp. in the above-captioned matter and Bates numbered IMC_PLTF063442–43. This document is a February 11, 1999, Dell Press Release titled "Dell Introduces E-Value to Make it Fast and Easy for Consumers and Small Businesses to do Business Online."

20. Attached to this Declaration as **Exhibit 17** are true and correct copies of screenshots of Dell, Inc. Web pages.

21. Attached to this Declaration as **Exhibit 18** is a true and correct copy of a portion of a 1999 Dell catalog produced in the above-captioned matter by Dell, Inc. and Bates numbered DELL071336.

000351.00601/40163239v.1

22. Attached to this Declaration as **Exhibit 19** is a true and correct copy of a portion of an Office Depot, Inc. print advertisement.

23. Attached to this Declaration as **Exhibit 20** are true and correct copies of screenshots of Office Depot, Inc. Web pages.

24. Attached to this Declaration as **Exhibit 21** is a true and correct copy of excerpts from a **CONFIDENTIAL** document produced in the above-captioned matter by Office Depot, Inc. in the above-captioned matter. The excerpted pages are Bates numbered OD08154 and OD08173–74.

25. Attached to this Declaration as **Exhibit 22** is a true and correct copy of excerpts from J.C. Penney Company, Inc.'s Spring/Summer Catalog 2005.

26. Attached to this Declaration as **Exhibit 23** are true and correct copies of screenshots of J.C. Penney, Company, Inc. Web pages.

27. Attached to this Declaration as **Exhibit 24** is a true and correct copy of excerpts from J.Crew Group, Inc.'s February 2006 catalog.

28. Attached to this Declaration as **Exhibit 25** are true and correct copies of screenshots of J. Crew Group, Inc.'s Web pages.

29. Attached to this Declaration as **Exhibit 26** is a true and correct copy of excerpts from the J. Crew Resort 2004 Women's and Men's catalog produced by J. Crew Group, Inc. in the above-captioned matter. The excerpted pages are Bates numbered JCREW633-003577, 003609.

30. Attached to this Declaration as **Exhibit 27** is a true and correct copy of excerpts from a **CONFIDENTIAL** document produced in the above-captioned matter by Williams-Sonoma, Inc. The excerpted pages are Bates numbered WS633-000009, WS633-000022–24.

31. Attached to this Declaration as **Exhibit 28** is a true and correct copy of a portion of a Williams-Sonoma, Inc. catalog distributed in February 2006.

32. Attached to this Declaration as **Exhibit 29** is a true and correct copy of a screenshot of William-Sonoma, Inc. Web page.

33. Attached to this Declaration as **Exhibit 30** are true and correct copies of screenshots of Williams-Sonoma, Inc. Web pages.

34. Attached to this Declaration as **Exhibit 31** are true and correct copies of a portion of a Williams-Sonoma, Inc. catalog.

35. Attached to this Declaration as **Exhibit 32** is a true and correct copy of a Joint Claim Construction Chart that includes Plaintiff's and Defendants' proposed claim constructions for the terms currently under construction.

36. Attached to this Declaration as **Exhibit 33** is a true and correct copy of excerpts form Merriam-Webster's Collegiate Dictionary, 10th Edition (1995).

37. Attached to this Declaration as **Exhibit 34** is a true and correct copy of portions of the file history for U.S. Patent No. 6,049,835, the patent-in-suit in the above-captioned matter.

38. Attached to this Declaration as **Exhibit 35** is a true and correct copy of Defendants' Proposed Claim Constructions of Disputed Terms served on Internet Media on June 7, 2006.

39. Attached to this Declaration as **Exhibit 36** is a true and correct copy the Office Depot, Inc. Web page that corresponds to the URL address "www.techdepot.com."

40. Attached to this Declaration as **Exhibit 37** is a true and correct copy of a screenshot of an Office Depot, Inc. Web page that corresponds to the URL address "solutions4sure.com."

41.   Attached to this Declaration as **Exhibit 38** is a true and correct copy of the Joint Claim Construction Chart filed with the Court by Office Depot, Inc. on June 14, 2006.

42.   Attached to this Declaration as **Exhibit 39** is a portion of the publication *What's on the Web* edited Eric Gagnon and published in 1995 by Internet Media Corporation.

BLANK ROME LLP

By   */s/ Thomas P. Preston*
_____
Thomas P. Preston, Esquire
I.D. No. 2548
1201 Market Street, Suite 800
Wilmington, DE 19801
Ph:   (302)425-6478
Fax: (302) 425-6464
*Attorneys for Plaintiff*

July 5, 2006

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 5th day of July, 2006, I served the on the following counsel the **DECLARATION OF THOMAS P. PRESTON IN SUPPORT OF INTERNET MEDIA CORPORATION, INC.'S OPENING CLAIM CONSTRUCTION BRIEF**:

| BY ELECTRONIC SERVICE | BY FEDERAL EXPRESS |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>**Potter Anderson & Corroon LLP**<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899-0951 | Willem G. Schuurman, Esquire<br>David B. Weaver, Esquire<br>Kristen P. Foster, Esquire<br>Matthew S. Wermager, Esquire<br>David Killough, Esquire<br>**Vinson & Elkins L.L.P.**<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746-7568 |

| BY ELECTRONIC SERVICE | BY FEDERAL EXPRESS |
|---|---|
| Titania R. Mack, Esquire<br>Michael Nicodema, Esquire<br>Ben Zuckerman, Esquire<br>**Greenberg Traurig, LLP**<br>The NeMours Building<br>1007 N. Orange Street, Suite 1200<br>Wilmington, DE 19801 | Gaston Kroub, Esquire<br>**Greenberg Traurig LLP**<br>Metlife Building<br>200 Park Avenue<br>New York, NY 10166 |

| BY ELECTRONIC SERVICE | BY FEDERAL EXPRESS |
|---|---|
| Philip A. Rovner, Esquire<br>**Potter Anderson & Corroon LLP**<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | James G. Gilliland, Jr., Esquire<br>Gregory S. Gilchrist, Esquire<br>April E. Abele, Esquire<br>**Townsend and Townsend and Crew LLP**<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111 |

**BY FIRST-CLASS MAIL**

Kayla Carter Owens, Esquire
**J. C. Penney Corp., Inc.**
Plano, Texas 75075

/s/ *Thomas P. Preston*
_____
Thomas P. Preston
I.D. No. 2548

MP3 20151581.1
000351.00601/40163239v.1