**EXHIBIT 4**

# Webster's New World Dictionary of Computer Terms

## Sixth Edition

By Bryan Pfaffenberger, Ph.D.

Que

Webster's New World™

Dictionary of Computer Terms, 6th Edition

Copyright © 1997 by
Simon & Schuster, Inc.

All rights reserved, including the right of reproduction in whole or in part in any form.

Macmillan General Reference
A Simon & Schuster Macmillan Company
1633 Broadway
New York, NY 10019-6785

Macmillan Publishing books may be purchased for business or sales promotional use. For information please write: Special Markets Department, Macmillan Publishing USA, 1633 Broadway, New York, NY 10019.

A Webster's New World™ Book
MACMILLAN is a registered trademark of Macmillan, Inc.
WEBSTER'S NEW WORLD DICTIONARY is a registered trademark of Simon & Schuster, Inc.

Library of Congress Catalog Card Number: 97-80220

ISBN: 0-02-861890-4

Manufactured in the United States of America

1 2 3 4 5 6 7   97 8 99 00 1 02

## Dedication

*To my family...*

iii

**Font/DA Mover** A utility program, provided with Macintosh System software, that adds *fonts* and *desk accessories* (DA) to the *System Folder* of the computer's startup disk.

**font downloader** See *downloading utility*.

**font family** A set of *fonts* in several sizes and weights that share the same typeface. A font family can sometimes include several similar typefaces. Arial, Helvetica, and MS Sans Serif are all considered part of the Swiss font family, for example.

**font ID conflict** In the *Macintosh* environment, a system error caused by conflicts between the identification numbers assigned to the screen fonts stored in the *System Folder*. The Macintosh System and many Mac *application programs* recognize and retrieve fonts by the identification number, not by name. The original Mac operating system let you assign only 128 unique numbers, so you could inadvertently assemble a repertoire of screen fonts with conflicting numbers, causing printing errors. Beginning with System 6, Macintosh introduced a New Font Numbering Table (NFNT) scheme that lets you assign 16,000 unique numbers, reducing—but not eliminating—the potential for font ID conflicts.

**font metric** The width and height information for each character in a *font*. The font metric is stored in a width table.

**font smoothing** In high-resolution *laser printers*, the reduction of *aliasing* and other distortions when text or *graphics* are printed.

**font substitution** Substituting an *outline font* in place of a *bitmapped screen font* for printing purposes. In the *Macintosh* environment, the Apple LaserWriter printer driver substitutes the outline fonts *Helvetica*, Times Roman, and Courier for the screen fonts Geneva, New York, and Monaco.

**font utility** A utility program, used with early laser printers, that downloaded fonts to the printer's memory so they could be used to print a document. The functions of font utilities are now built into current operating systems, such as *Microsoft Windows 95*.

**footer** In a *word processing* or *page layout* program, repetitive material printed at the bottom of the documents pages. See *header*.

**footnote** In a *word processing* or *page layout* program, a reference or note positioned at the bottom of the page. Most word processing programs number footnotes automatically and renumber them if you insert or delete a note. The best programs can float lengthy footnotes to the next page so that they take up no more than half the page. See *endnote*.

**footprint** The amount of space occupied by a computer, printer, monitor, or other piece of equipment on a desk, shelf, or floor.

**forced page break** A *page break* inserted by the user; the page always breaks at this location. Synonymous with *hard page break*.

**forced perfect termination** Like *active termination* and *passive termination*, a way of ending a *Small Computer System Interface* (SCSI) *daisy chain*. Terminating the chain of SCSI devices presents a problem because the terminator may reflect signals, causing errors. Forced perfect termination actively monitors the electrical characteristics of the bus to make sure that no reflection occurs.

**forecasting** In a *spreadsheet* program, a method of analysis that projects past trends into the future.

**foreground task** In a computer capable of *multitasking*, the job that the computer is performing in the *active window*. In *networks* and MS-DOS, a *foreground task* is a job that receives priority status before *background tasks* are executed. *Background* printing or calculation, for example, takes place in brief pauses while the foreground task executes.

**forgery** In *Usenet*, mailing lists, or *e-mail*, a message written by someone other than the apparent author. *Internet* software enables any person with a modicum of technical knowledge to forge messages. An old Usenet custom is a host of April Fool's Day forgeries, which are harmless enough, but many forgeries are intended to embarrass and harass. A famous 1995 forgery filed a press release announcing that Microsoft Corporation had purchased the Roman Catholic Church; Microsoft had to issue a statement denying the forgery's allegations.

**form** 1. In *database* programs, an on-screen form that enables users to supply data in the provide data entry area. 2. In *Hypertext Markup Language* (HTML) and *World Wide Web* (WWW)

**form**  documents; a set of document features (including fill-in text areas, drop-down list boxes, check boxes, and option buttons) that enable you to interact with a Web page. Not all *Web browsers* can change each item might read "Set the count to 1. Select to the interact with forms. See *forms-capable browser*.

**format**  The organization of information for storage, printing, or displaying. The format of *floppy disks* and *hard disks* is the magnetic pattern laid down by the formatting utility. In a document, the format includes margins; the *font* and *alignment* used for text, headers, footers, and page numbering; and the way that numbers are displayed. In a *database management program*, the format is the physical arrangement of field names and data, fields in an on-screen data-entry form. 

**formatting**  An operation that establishes a pattern for the display, storage, or printing of data. In operating systems, an operation that prepares a floppy disk for use in a particular computer system by laying down a magnetic pattern. See *format*, *high-level format*, and *low-level format*.

**form factor**  The physical size (usually just height) of a *hard disk* or *floppy disk drive*. Most modern hard and floppy disks fit into *half-height* drive bays, but a few high-capacity hard disks require *full-height* bays.

**form feed**  A command that forces the printer to eject the current page and start a new page.

**forms-capable browser**  A *Web browser* that can deal with *HyperText Markup Language (HTML)* tags that create on-screen, interactive *forms*, including fill-in text boxes, option buttons, and drop-down list boxes. Some early *Web browsers* could not interact with forms; the leading programs, such as *Microsoft Internet Explorer* and *Netscape Navigator*, have no trouble with these features.

**formula**  In a *spreadsheet* program, a *cell definition* that defines the relationship between two or more *values*. In a database management program, an expression that tells the program to perform calculations on numeric data contained in one or more data fields. See *calculated field* and *precedence*.

**formula bar**  In *Microsoft Excel*, the bar, located below the toolbar, in which you enter or edit *formulas* and which displays the address of the *current cell*.

**FOR/NEXT loop**  In *programming*, a *loop* control structure that carries out a procedure a specified number of times. Suppose that you have a list of 10 items. A FOR/NEXT loop to change each item might read "Set the count to 1. Select to the end of the line. Apply formatting. Move down one line. Then set the count to the previous count plus 1. Keep doing this until the count is equal to 10." See *macro*.

**FORTH**  A *high-level programming language* that offers direct control over hardware devices. Astronomer Charles Moore developed FORTH in 1970 to help him control the equipment at the Kitt Peak National Radio Observatory. FORTH (short for *fourth-generation programming language*) has been slow to gain acceptance as a general-purpose programming language. Because FORTH accepts user-defined commands, one FORTH programmer's code might be unintelligible to another programmer. FORTH sometimes is preferred for laboratory data acquisition, robotics, machine control, arcade games, automation, patient monitoring, and interfaces with musical devices.

**FORTRAN**  The first compiled *high-level programming language*. FORTRAN (short for *formula translator*), which strongly resembles *BASIC*, enables programmers to describe and solve complex mathematical calculations. Still highly suited to mathematical applications, FORTRAN is widely used in scientific, academic, and technical settings. See *modular programming*, *Pascal*, and *structured programming*.

**forum**  See *newsgroup*.

**Forum of Incident Response and Security Teams (FIRST)**  A unit of the *Internet Society* that coordinates the activities of several *Computer Emergency Response Teams (CERTs)* worldwide. FIRST's purpose is to bring these teams together to foster cooperation and coordination when security-related incidents occur and to promote the sharing of information concerning the security perils facing the Internet.

**forward chaining**  In *expert systems*, an inference technique that requires the user to state all the relevant data before processing begins. A forward-chaining system starts with the data and works forward through its rules to determine whether additional data is required and how to draw the inference. See *backward chaining* and *knowledge base*.

**Web server** In the *World Wide Web (WWW)*, a *program* that accepts requests for information framed according to the *HyperText Transfer Protocol (HTTP)*. The server processes these requests and sends the requested document. Web servers have been developed for most computer systems, including *Unix* workstations, *Microsoft Windows 95* and *Microsoft Windows NT* systems, and *Macintoshes*. See *HyperText Transfer Protocol Daemon (httpd)*, *MacHTTP*, *Netscape Commerce Server* and *Netscape Messaging Server*.

**Web site** In the *World Wide Web (WWW)*, a *computer system* that runs a *Web server* and has been set up for publishing documents on the Web.

**weight** The overall lightness or darkness of a *typeface*, design, or the gradations of lightness to darkness within a font family. A type style can be light or dark, and within a type style, you can see several gradations of weight: extra light, light, semi-light, regular, medium, semi-bold, bold, extra bold, and ultra-bold. See *book weight*.

**Weitek coprocessors** Numeric coprocessors Created for computers that use *Intel 80386* or *80486* microprocessors. These coprocessors offer faster performance than the *Intel 80387* and *80487SX* and are widely used for professional *computer-aided design (CAD)* applications. The Weitek 4167 can perform floating-point math three to five times faster than a 486 alone, but programs often require special modifications to use Weitek coprocessors.

**welcome page** In the *World Wide Web (WWW)*, a *Web-*accessible document that is meant to be the point of entry to a series of related documents, called a *web*. For example, a company's welcome page typically includes the company's logo, a brief description of the web's purpose, and links to the additional documents available at that site. Welcome pages are also called *home pages* because they are the home page (the top-level document) of the series of related documents that makes up the web.

**well-known port** An *Internet* port address that has been permanently linked with a certain application by the *Internet Assigned Numbers Authority (IANA)*. A *port address* enables the *TCP/IP* software to direct incoming data to a certain application. The port address 80, for example, directs the incoming data

to a Web server. Because IANA fixes port numbers for frequently used Internet applications (such as *Telnet*, *File Transfer Protocol [FTP]*, and the *World Wide Web [WWW]*), it is not generally necessary to include port addresses when you are trying to locate data; the *domain name* is sufficient.

**well-structured programming language** A *programming language* that encourages programmers to create logically organized programs that are easy to read, debug, and update. Poorly structured programming languages allow *programmers* to create illogically organized programs, based on *spaghetti code*, that are almost impossible to debug or alter. Modular programming languages encourage *structured programming*: clear, logical code by allowing the programmer to break down the program into separate modules, each of which accomplishes just one function. More recently, *object-oriented programming (OOP) languages* (such as SmallTalk and C++) have introduced another approach to modularity. The languages are structured by a hierarchy of objects, such as option buttons, *dialog boxes*, and *windows*.

**what-if analysis** In *spreadsheet* programs, an important form of data exploration in which you change key variables to see the effect on the results of the computation. What-if analysis provides businesspeople and professionals with an effective vehicle for exploring the effect of alternative strategies.

**what-you-see-is-what-you-get (WYSIWYG)** A design philosophy for word processing programs in which formatting commands directly affect the text on-screen, so the screen shows the appearance of the printed text. See *embedded formatting commands*.

**white pages** A computer version of the white pages section of a telephone book. White pages services are set up by organizations (such as corporations or universities) to provide computer assistance to people looking for a person's phone number or e-mail address. Many white pages services are accessible via the *Internet*. See *X.500*.

**white space** The portion of the page not printed. Good page design involves the use of white space to balance the areas that receive text and graphics, and also to improve the readability of the document.

**white-write technique** See *print engine*.

**EXHIBIT 5**





Valuable annotated Web specs included!



# Build a Web Site

The Programmer's Guide to Creating, Building, and Maintaining a Web Presence

NET.GENESIS AND DEVRA HALL

FOREWORD BY TIM BERNERS-LEE,
CREATOR OF THE WORLD WIDE WEB

AMZ-B00285079



*To Mom and Dad*

P™ is a trademark of Prima Publishing, a division of Prima Communications, Inc.

Prima Publishing™ is a trademark of Prima Communications, Inc.

Prima Online™ is a trademark of Prima Publishing, Inc.

Prima Computer Books is an imprint of Prima Publishing, Rocklin, California 95677.

© 1995 by net.Genesis. All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage or retrieval system without written permission from Prima Publishing, except for the inclusion of quotations in a review.

Project Editor: Stefan Grünwedel

Prima Publishing and the authors have attempted throughout this book to distinguish proprietary trademarks from descriptive terms by following the capitalization style used by the manufacturer.

Information contained in this book has been obtained by Prima Publishing from sources believed to be reliable. However, because of the possibility of human or mechanical error by our sources, Prima Publishing, or others, the Publisher does not guarantee the accuracy, adequacy, or completeness of any information and is not responsible for any errors or omissions or the results obtained from use of such information.

ISBN: 0-7615-0064-2

Library of Congress Catalog Card Number: 94-74104

Printed in the United States of America

95 96 97 98 AA 10 9 8 7 6 5 4 3 2 1

**UNIX** Men who at a young age have undergone surgery to remove—uh, never mind. Also a widely used operating system developed at AT&T's Bell Labs, refined at Berkeley, and various other places. It doesn't stand for anything.

**URI (Universal Resource Identifier)** An identification scheme for Internet resources that encompasses URLs and URNs.

**URL (Uniform Resource Locator)** A means of identifying the exact location of a particular resource on the Internet.

**URN (Uniform Resource Name)** A naming scheme for resources on the Internet that can be used to map a particular name to one or more resources (much like a hostname can map to one or more IP addresses).

## W

**World Wide Web** The distributed, multimedia network of hypertext documents designed by Tim Berners-Lee of CERN.

**W3C** World Wide Web Consortium. A global standards body charged with furthering the progress and development of the Web.

**Wandex** A Web search engine maintained and constantly updated by net.Genesis. It is a content-based search engine, which analyzes the contents of documents it indexes.