**EXHIBIT 6**

# EXHIBIT 6

# REDACTED IN ITS ENTIRETY

**EXHIBIT 7**

# EXHIBIT 7

# REDACTED IN ITS ENTIRETY

**EXHIBIT 8**

# EXHIBIT 8

# REDACTED IN ITS ENTIRETY