**EXHIBIT 9**

# WHEN IT COMES TO SERVICE AND SUPPORT, DELL.COM IS ON THE MARK.

[AND IT'S AVAILABLE 24 HOURS A DAY.]

## PREMIER PAGES™ SERVICE

Your simplest and fastest online link to Dell is your own Premier Pages website. As a direct, secure connection to Dell™ service and support, Premier Pages service offers around-the-clock access to pertinent information that can revolutionize the way you procure and manage your IT needs. It can help boost business productivity by helping you manage time and costs more efficiently. Dell's Premier Pages service features:

- Direct access to a dedicated Dell account team
- Approved hardware configurations
- Customization options and special features
- Order status and order watch
- Electronic purchase orders
- Purchase history reports
- Premier invoicing
- Multiple support services



## Dell | E Works

We've been an E-BUSINESS for years. And we've learned a lot along the way. These days dell.com is one of the world's premier E-COMMERCE sites with sales of more than $40 million a day. Now we've taken this experience and compressed it into one URL. It's called DellEWorks.com and it's pretty incredible. There, you'll have access to our EXPERTISE and a range of consulting options. You'll also enjoy the benefits of our PARTNERSHIPS with leading software and hardware developers. Is uptime an issue? That's why we created 24x7 Critical Care™ service and open-standard servers and systems. Just getting started? Check out our LEASING OPTIONS and venture capital opportunities. It's all there, all at one convenient URL — DELLEWORKS.COM.



ASK DUDLEY.™ This 24-hour support tool is ready to answer any of your technical service and support questions. Ask Dudley questions in plain English and he'll give you instant answers. Dudley will provide a link to the Dell Knowledge Base page offering easy instructions on how to remedy your support issue. He'll also suggest helpful links to related information for in-depth research.



**VALUE**

E-VALUE™ It's easy to get exactly the system you like with E-Value. Simply enter the system's unique E-Value code and click the "Go" button. You'll go directly to our online configurator, where you can customize the PC to your needs or purchase it as is. Just click "Update Price" for instant pricing.

DELL071383
05-633-KAJ