**EXHIBIT 10**

# EXHIBIT 10

# REDACTED IN ITS ENTIRETY