**EXHIBIT 11**

*Automating Tasks on the Web*



# Web Client Programming



| DISCOUNT PRICE | ORIGINAL PRICE |
|---|---|
| 14.99 | 29.95 |

9 781402 872112    01499

WEB CLIENT PROG W PERL
61898   042827-00   11/15/02 DEC PROMO

**O'REILLY®**

*Web Client Programming with Perl*
by Clinton Wong

Copyright © 1997 O'Reilly & Associates, Inc. All rights reserved.
Printed in the United States of America.

Published by O'Reilly & Associates, Inc., 101 Morris Street, Sebastopol, CA 95472.

**Editor:** Linda Mui

**Production Editor:** Jane Ellin

**Printing History:**

    March 1997:    First Edition

Nutshell Handbook, the Nutshell Handbook logo, and the O'Reilly logo are registered trademarks and The Java Series is a trademark of O'Reilly & Associates, Inc.

Many of the designations used by manufacturers and sellers to distinguish their products are claimed as trademarks. Where those designations appear in this book, and O'Reilly & Associates, Inc. was aware of a trademark claim, the designations have been printed in caps or initial caps.

While every precaution has been taken in the preparation of this book, the publisher assumes no responsibility for errors or omissions, or for damages resulting from the use of the information contained herein.



This book is printed on acid-free paper with 85% recycled content, 15% post-consumer waste. O'Reilly & Associates is committed to using paper with the highest recycled content available consistent with high quality.

ISBN: 1-56592-214-X      [4/99]

*user*

ant

that
er a
e is
*ody*

TP
has

is

In

ent.

hat

ent
ing
if

*Behind the Scenes of a Simple Document*                                                                 13

Figure 2-2. *A simple transaction*

## Parsing the HTML

The document is in HTML (as promised in the Content-type line). The browser retrieves the document and then formats it as needed—for example, each `<li>` item between the `<ul>` and `</ul>` is printed as a bullet and indented, the `<img>` tag displays a graphic on the screen, etc.

And while we're on the topic of the `<img>` tag, how did that graphic get on the screen? While parsing the HTML file, the browser sees:

```
<img src="/images/oreilly_mast.gif">
```

and figures out that it needs the data for the image as well. Your browser then sends a second request, such as this one, through its connection to the web server:

```
GET /images/oreilly_mast.gif HTTP/1.0
Connection: Keep-Alive
User-Agent: Mozilla/3.0Gold (WinNT; I)
Host: hypothetical.ora.com
Accept: image/gif, image/x-xbitmap, image/jpeg, image/pjpeg, */*
```

The server responds with:

```
HTTP/1.0 200 OK
Date: Fri, 04 Oct 1996 14:32:01 GMT
Server: Apache/1.1.1
Content-type: image/gif
Content-length: 9487
Last-modified: Tue, 31 Oct 1995 00:03:15 GMT

[data of GIF file]
```

Figure 2-3 shows the complete transaction, with the image requested as well as the original document.



Figure 2-3. Simple transaction with embedded image

There are a few differences between this request/response pair and the previous one. Based on the <img> tag, the browser knows where the image is stored on

*Behind the Scenes of a Simple Document*                                                                 15

the server. From `<img src="/images/oreilly_mast.gif">`, the browser requests a document at a different location than "/":

```
GET /images/oreilly_mast.gif HTTP/1.0
```

The server's response is basically the same, except that the content type is different:

```
Content-type: image/gif
```

From the declared content type, the browser knows what kind of image it will receive and can render it as required. The browser shouldn't guess the content type based on the document path; it is up to the server to tell the client.

The important thing to note here is that the HTML formatting and image rendering are done at the browser end. All the server does is return documents; the browser is responsible for how they look to the user.

## *Clicking on a Hyperlink*

When you click on a hyperlink, the client and server go through something similar to what happened when we visited *http://hypothetical.ora.com/*. For example, when you click on the hyperlink from the previous example, the browser looks at its associated HTML:

```
<a href="/example2.html"> hyperlink </a>
```

From there, it knows that the next location to retrieve is */example2.html*. The browser then sends the following to *hypothetical.ora.com*:

```
GET /example2.html HTTP/1.0
Connection: Keep-Alive
User-Agent: Mozilla/3.0Gold (WinNT; I)
Host: hypothetical.ora.com
Accept: image/gif, image/x-xbitmap, image/jpeg, image/pjpeg, */*
```

The server responds with:

```
HTTP/1.0 200 OK
Date: Fri, 04 Oct 1996 14:32:14 GMT
Server: Apache/1.1.1
Content-type: text/html
Content-length: 431
Last-modified: Thu, 03 Oct 1996 08:39:45 GMT

[HTML data]
```

And the browser displays the new HTML page on the user's screen.

## Retrieving a Document Manually

Now that you see what a browser does, it's time for the most empowering statement in this book: There's nothing in these transactions that you can't do yourself. And you don't need to write a program—you can just do it by hand, using the standard *telnet* client and a little knowledge of HTTP.

Telnet to *www.ora.com* at port 80. From a UNIX shell prompt:[*]

```
% telnet www.ora.com 80
Trying 198.112.208.23 ...
Connected to www.ora.com.
Escape character is '^]'.
```

(The second argument for *telnet* specifies the port number to use. By default, *telnet* uses port 23. Most web servers use port 80. If you are behind a firewall, you may have problems accessing *www.ora.com* directly from your machine. Replace *www.ora.com* with the hostname of a web server inside your firewall for the same effect.)

Now type in a GET command[†] for the document root:

```
GET / HTTP/1.0
```

Press ENTER twice, and you receive what a browser would receive:

```
HTTP/1.0 200 OK
Server: WN/1.15.1
Date: Mon, 30 Sep 1996 14:14:20 GMT
Last-modified: Fri, 20 Sep 1996 17:04:18 GMT
Content-type: text/html
Title: O'Reilly &amp; Associates
Link: <mailto:webmaster@ora.com>; rev="Made"

<HTML>
<HEAD>
<LINK REV=MADE HREF="mailto:webmaster@ora.com">
  .
  .
  .
```

When the document is finished, your shell prompt should return. The server has closed the connection.

Congratulations! What you've just done is simulate the behavior of a web client.

---

[*] You can use a *telnet* client on something other than UNIX, but it might look different. On some non-UNIX systems, your telnet client may not show you what you're typing if you connect directly to a web server at port 80.

[†] Actually called a *method*, but *command* makes more sense for people who are going through this the first time around. More about this later.

## *Behind the Scenes of an HTML Form*

You've probably seen fill-out forms on the Web, in which you enter information into your browser and submit the form. Common uses for forms are guestbooks, accessing databases, or specifying keywords for a search engine.

When you fill out a form, the browser needs to send that information to the server, along with the name of the program needed to process it. The program that processes the form information is called a *CGI program.* Let's look at how a browser makes a request from a form. Let's direct our browser to contact our hypothetical server and request the document */search.html*:

```
GET /search.html HTTP/1.0
Connection: Keep-Alive
User-Agent: Mozilla/3.0Gold (WinNT; I)
Host: hypothetical.ora.com
Accept: image/gif, image/x-xbitmap, image/jpeg, image/pjpeg, */*
```

The server responds with:

```
HTTP/1.0 200 OK
Date: Fri, 04 Oct 1996 14:33:43 GMT
Server: Apache/1.1.1
Content-type: text/html
Content-length: 547
Last-modified: Tue, 01 Oct 1996 08:48:02 GMT
<title>Library Search</title>
<FORM ACTION="http://hypothetical.ora.com/cgi-bin/query" METHOD=POST>
Enter book title, author, or subject here:<p>
   <INPUT TYPE="radio" NAME="querytype" VALUE="title" CHECKED> Title<p>
   <INPUT TYPE="radio" NAME="querytype" VALUE="author"> Author<p>
   <INPUT TYPE="radio" NAME="querytype" VALUE="subject"> Subject<p>
Keywords:
<input type="text" name="queryconst" value="" size="50,2" ><p>
<BR>Press DONE to start your search.
<hr>
<input type="submit" value="Done">
<input type="reset" value="Start over">
</FORM>
```

The formatted document is shown in Figure 2-4.

Let's fill out the form and submit it, as shown in Figure 2-5.

After hitting the Done button, the browser connects to *hypothetical.ora.com* at port 80, as specified with the <FORM> tag in the HTML:

```
<FORM ACTION="http://hypothetical.ora.com/cgi-bin/query" METHOD=POST>
```

The browser then sends:

```
POST /cgi-bin/query HTTP/1.0
Referer: http://hypothetical.ora.com/search.html
```