**EXHIBIT 12**



for the working programmer

CD-ROM Features Valuable Source Code Plus CGI Programming Tools & Utilities

# FOUNDATIONS of World Wide Web Programming with HTML & CGI

Get Complete Coverage of Forms-Handling CGI

Learn How to Write a Database Front End

Find Special Coverage of WWW Programming Languages: Perl, Java, Python, C, and UNIX Shells

PROGRAMMERS PRESS

ED TITTEL, MARK GAITHER, SEBASTIAN HASSINGER, & MIKE ERWIN



## HTTP CHARACTER SETS

In all cases in HTTP where RFC 822 characters are allowed, these may be extended to use the full ISO-Latin-1 character set. 8-bit transmission is always used.

For more information about the HTTP/1.0 specification, consult this URL:

```
http://www.w3.org/hypertext/WWW/Protocols/HTTP1.0/HTTP1.0-IO_1.html
```

# The Common Gateway Interface

The WWW contains a plethora of static hyperdocuments like those that probably describe your organization and its products or services. But this is not enough. Today, dynamically created hyperdocuments are the rage. To support dynamic interaction on the Web, you need an interface for running external programs under the direction of an HTTP server. The Common Gateway Interface (CGI) supplies this functionality; it is a gateway between the WWW and other sources of data, like your company's SQL database of products. With a CGI application, you can provide a delivery mechanism for SQL queries from the Web, back to the Web clients that made those queries.

CGI defines an interface for running external applications and programs on behalf of a Web server. You can think of CGI as a mechanism for extending the capabilities and functionality of any WWW server. With CGI applications at your site, you can add external functionality to your server that can make your site unique.

Currently, CGI supports only access to HTTP servers. This does not preclude the future extension of CGI to include other networking protocols, but that's where things stand today.

Gateways are really applications that handle information requests on a server's behalf. The server hands client requests off to referenced CGI applications, including the appropriate data from the requesting client. The CGI application executes using this input data, and returns its



results back to the server. The server, in turn, passes this back to the requesting client. This relationship is depicted in Figure 1-1.



**Figure 1-1**
*For CGI, the client/server relationship introduces a back-end CGI program that provides services to the client on behalf of the Web server.*

Such gateways can be used for a wide variety of applications on the Web, but the most common CGI applications by far handle HTML <FORM> and <ISINDEX> requests.

In Chapter 6 we will dissect CGI and look at all of its internals.

# The HyperText Markup Language (HTML)

HTML is an application of the Standard Generalized Markup Language (SGML). SGML (ISO-8879) was approved as an international standard in 1986. SGML provides a way to represent document and hyperdocument structure. It is also a way to encode hyperdocuments so they can be interchanged. This is similar to the exchange of documents during a collaborative authoring effort between multiple authors at different remote sites.

SGML is also a *metalanguage* for formally describing document markup systems. In fact, HTML uses SGML to define a language that describes a WWW hyperdocument's structure and interconnectivity.

Following the rigors of SGML, TBL bore HTML to the world in 1990. Since then, many of us have found it to be easy to use but sometimes quite limiting. These limiting factors are being addressed by the World Wide Web Consortium (aka W3C) at MIT. But HTML had to start somewhere, and its success argues that it didn't start out too badly!

the invocation of external applications that run under the auspices of a WWW server, called by the browser in the form of an ordinary-looking URL on the Web document currently in use. Each of these external applications can be tailor-made to deliver customized, on-demand HTML documents.

Today, many commercial institutions realize the wealth and value of information that resides in their customer and product databases. Many of them want to provide this ancillary information for public consumption. Some key questions they're grappling with are: "How can we make this information accessible?" and "What's the best way to present it for easy consumption and use?" and "How can we make money on this thing?"

The WWW provides the infrastructure and mechanisms for seamless integration of this kind of information, along with typical sales documents like spec sheets, brochures, testimonials, technical documents, and whatnot (which we'll refer to rather loosely as *collaterals*). A key technology underlying the WWW permits static information to be queried and imported on demand and also supports custom construction of Web documents on-the-fly. This technology is called the Common Gateway Interface (CGI), the subject of this chapter.

# What Is the Common Gateway Interface?

The Common Gateway Interface (CGI) supplies the middleware among WWW servers, external databases, and information sources. CGI scripts or programs may be considered to be extensions to the core functionality of a WWW server, like that supplied in the CERN or NCSA *httpd* packages. CGI applications perform specific information-processing, retrieval, and formatting tasks on behalf of their WWW servers. The CGI interface defines a method for the Web server to accommodate additional programs and services that may be used to access external applications from within the context of any active Web document.

The term *gateway* describes the relationship between the WWW server and the external applications that handle data access and manipulation chores on its behalf. This gateway incorporates enough built-in

intelligence to guarantee successful communication between the server and the external application. Normally, a gateway handles information requests in some orderly fashion and then returns an appropriate response — for example, an HTML document generated on-the-fly that includes the results of a query applied against an external database.

In other words, CGI allows a WWW server to provide information to WWW clients that would not otherwise be available to those clients in a readable form. This could, for example, allow a WWW client to issue a query to an Informix database and receive an appropriate response in the form of a custom-built Web document. That's why we believe that CGI's main purpose is to support communications with information and services outside the normal purview of WWW, ultimately to produce HTTP objects from non-HTTP objects that a WWW client can render. In short, CGI opens up a door to the whole world of information and services that would otherwise be inaccessible to Web clients and servers alike.

Gateways can be designed and deployed for a variety of purposes, but the most common is the handling of <ISINDEX> and <FORM> HTTP requests. Some common uses of CGI include:

- Gathering user feedback about your product line or your WWW server through an HTML form.
- Dynamic conversion of your system's documentation (for example, *man* pages) into HTML, for easy Web-based access.
- Querying Archie or WAIS databases and rendering results as HTML documents.

Working in tandem with the HTTP server application (*httpd*), CGI applications service requests made by WWW clients by accepting requests for services at the server's behest, handling those requests, and sending appropriate responses back to the client. A client HTTP request consists of the following elements:

- a Universal Resource Identifier (URI)
- a request method
- other important information about the request provided by the transport mechanism of the HTTP

■ ■ ■ **128** ■ ■     Part I • Foundations of HTML and CGI

In the sections that follow, you'll have a chance to understand all of these elements in detail as you become familiar with the structure and function of a client HTTP request.

# The CGI Specification: Extending HTTP

The CGI specification was created and documented by the main HTTP server authors: Tony Sanders, Ari Luotonen, George Phillips, and John Franks. These folks discovered that they didn't want to keep adding functionality to their HTTP servers every day, in keeping with the needs of one particular Web activity or another. They decided to build a clearly defined core of WWW server functionality and to provide a way to extend services and capabilities from there.

They needed an application programming interface (API) available to any Perl, C, or shell hacker willing to learn the appropriate interface details. Hence, the creation of CGI as a formal, rigorous specification that includes some nasty notation and grammar.

For more information about the CGI specification, please consult the following URL:

```
http://hoohoo.ncsa.uiuc.edu/cgi/interface.html
```

In the subsections that follow, you'll have a chance to cover the elements of the specification, as we prepare you to build CGI programs of your own.

## A Cast of Environment Variables

Environment variables are entities that exist within a particular user's computer environment. Many of these variables attain their values whenever a user logs into a computer, or when the computer is booted for a single-tasking operating system like DOS. Environment variables

**EXHIBIT 13**

# HTML PUBLISHING ON THE internet



*A15048 749956*

QA
76.76
.H94
H48
1995

**FOR MACINTOSH**

Create Great-Looking Documents Online:
Home Pages, Newsletters, Catalogs, Ads & Forms

Brent Heslop & David Holzgang

## VENTANA

HTML Publishing on the Internet for Macintosh: Create Great-Looking Documents Online: Home Pages, Newsletters, Catalogs, Ads & Forms
Copyright © 1995 by Brent Heslop & David Holzgang

All rights reserved. This book may not be duplicated in any way without the expressed written consent of the publisher, except in the form of brief excerpts or quotations for the purposes of review. The information contained herein is for the personal use of the reader and may not be incorporated in any commercial programs, other books, databases or any kind of software without written consent of the publisher or authors. Making copies of this book or any portion for any purpose other than your own is a violation of United States copyright laws.

Library of Congress Cataloging-in-Publication Data
Heslop, Brent D.
    HTML publishing on the Internet for Macintosh: create great-looking documents online: home pages, newsletters, catalogs, ads & forms / Brent Heslop & David Holzgang. — 1st ed.
        p. cm.
    Includes bibliographical references and index.
    ISBN 1-56604-228-3
        1. Hypertext systems.  2. HTML (Document markup language)  3. Internet (Computer network)
4. Macintosh (Computer)
    I. Holzgang, David A.  II. Title.
    QA76.76.H94H48  1995
    005.75—dc20                                              95-652
                                                              CIP

Book design: Marcia Webb
Cover illustration: Tom Draper Design
Acquisitions Editor: Cheri Robinson
Art Director: Marcia Webb
Design staff: Bradley King, Charles Overbeck, Dawne Sherman
Editorial Manager: Pam Richardson
Editorial staff: Angela Anderson, Amy Moyers, Beth Snowberger
Developmental Editor: Tim C. Mattson
Project Editor: Jessica Ryan
Print Department: Kristen DeQuattro, Dan Koeller, Wendy Bernhardt
Production Manager: John Cotterman
Production staff: Patrick Berry
Index service: Richard T. Evans, Infodex
Proofreader: Angela Anderson
Technical review: Matthew Saderholm

First Edition 9 8 7 6 5 4 3 2 1
Printed in the United States of America

Ventana Communications Group, Inc.
P.O. Box 13964
Research Triangle Park, NC 27709-3964
919/544-9404
FAX 919/544-9472

Limits of Liability and Disclaimer of Warranty
The authors and publisher of this book have used their best efforts in preparing the book and the programs contained in it. These efforts include the development, research and testing of the theories and programs to determine their effectiveness. The authors and publisher make no warranty of any kind, expressed or implied, with regard to these programs or the documentation contained in this book.
    The authors and publisher shall not be liable in the event of incidental or consequential damages in connection with, or arising out of, the furnishing, performance or use of the programs, associated instructions and/or claims of productivity gains.



The way your back-end program collects data from the server depends on the method used to send the form. (Remember that you control the method when you set up your form, so you'll know in advance which to expect.) With the POST method (the recommended method), the data from the form is sent to your application as a stream named post_args. With the GET method, the data sent from the form will be in the http_search_args environment variable. In either case the data sent will be in the format:

name1=datastring1&name2=datastring2&name3=datastring3

Each piece of data (each field on the form) is identified with the *name=* part of the data stream, and the actual user data follows that up to the ampersand. Your program parses this data and takes whatever action is appropriate, such as performing a search or a database lookup. To create the result, your program generates the data to be displayed on the user's screen. While this is typically an HTML form (Content-type: text/html), it can also be a plain text display (Content-type: text/plain). The type of data returned is identified by your program to the server (and viewer) by the header information created by your program.

When returning the results page to the server, your program has the option of creating only the content of the return page, in which case the server adds HTTP headers, as shown in the following example:

```
Content-type: text/html
<HTML><HEAD><TITLE>Processed Return</TITLE>
</HEAD>
<BODY><H1>Processed Return</H1>
<P>This was processed by the server code to add HTTP headers.</P>
</BODY></HTML>
```

This format is particularly useful for acknowledging receipt of information or sending error or status information back to your user. Alternatively, your program can create the entire return message, including the HTTP headers, as shown in the following example:

```
HTTP/1.0 200 OK
Server: Server-version-here
MIME-Version: 1.0
```

Case 1:05-cv-00633-SLR    Document 149-8    Filed 07/12/2006    Page 12 of 19

Case 1:05-cv-00633-SLR    Document 149-8    Filed 07/12/2006    Page 12 of 19



```
Content-type: text/html
<HTML><HEAD><TITLE>Transparent Return</TITLE>
</HEAD>
<BODY><H1>Transparent Return</H1>
<P>This was returned transparently.</P>
</BODY></HTML>
```

A third option for your program is to issue a two-line message that redirects the Web browser to yet another URL. The target URL could be any kind of document, including an HTML document or a plain text document. The two-line reply is shown in the following example:

```
Location: /mypath/my-document.html
[the second line is blank]
```

The document URL is typically another document on your own server, but could also be a full link to another site. This kind of a link can direct the Web browser to open a document that meets the criteria of a search, or direct a user to an instruction page if a query was done incorrectly.

## Processing CGI Environment Data



All this is fairly theoretical at this point. Let's look at a simple example that just returns all the environment variables sent by WebSTAR. The example presented in this section is for WebSTAR 1.1, which can be found on the Companion CD-ROM, and uses a form bounce_info.html and a script, BounceInfo.acgi, which are also on the Companion CD-ROM. The sample simply constructs an HTML document that displays the environment variables you learned about earlier. To run this, you must have both WebSTAR and AppleScript installed. If you want to follow along with the example and build the sample yourself, you'll need a copy of AppleScript's Script Editor installed on your computer.

### Sample Program: Processing CGI Environment Data

The first thing to do is to create a simple CGI script that will process this data. The script here is derived from the sample newtest.acgi, which comes with your WebSTAR server software. This is the text listing for the BounceInfo.acgi script.

**EXHIBIT 14**

Dell - Client & Enterprise Solutions, Software, Peripherals, Services      http://configure.us.dell.com/dellstore/nodata.aspx?c=us&cs=04&kc=6W300&l=en&oc=nemtr...

Dell recommends Microsoft® Windows® XP Professional

Buy Online or Call 1-800-757-8434

**D≪LL** USA Small Business

Search
Advanced Search

BACK TO: USA > Small Business

### We need you to adjust your order.

Thank you for choosing Dell.

We're sorry, but we are unable to process your request. The e-value code you entered is either incorrect, not eligible on the small business website, or has expired. If you feel you have reached this page in error please try the following steps:

1. Please review your e-value code's format. E-value codes have two parts and generally contain five alphanumeric digits followed by five or six alphanumeric digits XXXXX-XXXXXX. Try entering the e-value code again here.
2. This site is for Small Business e-value codes only. If you have a Home and Home Office e-value code, please click here.
3. If you still believe you have reached this page in error, please call our sales division at 1-800-917-DELL.

BACK TO: USA > Small Business

Pricing, specifications, availability and terms of offers may change without notice, are not transferable and are valid only for new purchases from Dell Small Business for delivery in the 50 United States. Taxes, fees and shipping and handling charges are extra, vary, and not subject to discount. The Small Business site and offers contained herein valid only for end users and not for resellers and/or online auctions. Dell cannot be responsible for pricing or other errors, omissions, or consequences of misuse of site and its functions and reserves the right to cancel orders arising from such errors. Offers not necessarily combinable. Discounts cannot be retroactively applied. Orders subject to cancellation by Dell. Software and peripherals offers do not apply to software and peripherals in the online system configuration pages (including PowerConnect switches); you must purchase eligible items through the separate Software & Peripherals online store. Limit 5 systems and 5 discounted or promotional products per customer. In case of customers leasing under this promotion, please note that items leased will be subject to applicable end of lease options or requirements. All sales are subject to Dell's Terms and Conditions of Sale located at http://www.dell.com/terms unless you have a separate agreement with Dell.

Copyright 1999-2005 Dell Inc. For customers of the 50 United States and the District of Columbia only.
Site Terms | Terms and Conditions of Sale | Privacy Policy | About Dell | Careers | Contact Us | Site Map | Visit ID     ▲ Top

⊕ Large Text

1 of 1                                                                                                       8/3/2005 9:52 AM

IMC_PLTF063447

**EXHIBIT 15**

# Dimension™ 2400 and Dimension 3000
## The definition of value.

These desktops for essential computing offer some pretty impressive features. In fact, both come with loads of software, Intel® processor technology, single- or dual-channel memory and six USB ports for connecting to printers, digital cameras and other peripherals. They deliver everything you need for everyday word processing, Web browsing, e-mailing and home record-keeping. No wonder they're ideal for students and families seeking maximum value at minimum cost.

**Dell recommends Microsoft® Windows® XP Professional**

Belkin® 10-Outlet SurgeMaster™ Gold
Surge protection for the PC, printer, phone and DSL/cable modem. Integrated child-safety covers.
$39



### Services Offered Through Dell

Help protect your investment and enjoy peace of mind! Upgrade to four years of warranty, service and support for your Dimension 2400 or Dimension 3000. See p.25 for details.
Includes:
- 4-Year Limited Warranty*
- 4-Year At-Home Service*
- 4-Year Technical Support

Only **$139** $199 before $60 mail-in rebate*

**FREE for 3 months!**

### Surf the Internet at blazing speeds.

Sign up for High-Speed Internet through Dell (where available) and get these great benefits FREE for 3 months:
- A blazing-fast, always-on connection.
- Speedy music and video streams.
- Awesomely quick downloads.

See p.26 for details, including additional charges that may apply. (For SBC Yahoo! customers, free after Dell mail-in rebate.)

Shop recommended systems below. Want to personalize? Go to pp.36-41 for options.

|  | Dimension 2400 | Dimension 3000 | Dimension 3000 |
|---|---|---|---|
| processor | Intel Celeron® Processor (2.40GHz, 128KB L2 Cache, 400MHz FSB) | Intel Celeron D Processor 330 (2.66GHz, 256KB L2 Cache, 533MHz FSB) | Intel Pentium® 4 Processor (2.80GHz, 1MB L2 Cache, 533MHz FSB) |
| operating system | Microsoft® Windows® XP Home Edition* | Microsoft® Windows® XP Home Edition* | Microsoft® Windows® XP Home Edition* |
| memory | 256MB Shared* DDR SDRAM | 512MB Shared* DDR SDRAM | 512MB Shared* DDR SDRAM |
| hard drive | 80GB* Hard Drive | 80GB* Hard Drive | 80GB* Hard Drive |
| monitor | 17" (16.0" v.i.s., .27dp) E773 Monitor | 15" Flat Panel Display (E153) | 15" Flat Panel Display (E153) |
| graphics card | Integrated Intel Extreme Graphics | Integrated Intel Extreme Graphics 2 | Integrated Intel Extreme Graphics 2 |
| optical drive | 48x CD Burner | 16x Max CD/DVD Burner (DVD+/-RW*) | 48x CD Burner/DVD Combo Drive |
| sound card | Integrated Audio | Integrated Audio | Integrated Audio |
| speakers | Dell™ A215 Stereo Speakers | Dell A215 Stereo Speakers | Dell A215 Speakers |
| warranty, service & support | 90-Day Limited Warranty*; 90-Day At-Home Service*; 90-Day Technical Support | 90-Day Limited Warranty*; 90-Day At-Home Service*; 90-Day Technical Support | 1-Year Limited Warranty*; 1-Year At-Home Service*; 1-Year Technical Support |

**FREE Dell Color Printer or Upgrade to a Dell Photo All-in-One Printer 922 for just $35 with select PC purchases.**

Use E-Value Codes to get featured PCs and pricing.

**$299** $374 before instant savings or mail-in rebate* or as low as $12/mo.*
E-Value™ Code: 6F899-D50802V

**$529** $629 before instant savings or mail-in rebate* or as low as $19/mo.*
E-Value Code: 6F899-D50806V

**$799** $899 before instant savings or mail-in rebate* or as low as $27/mo.*
E-Value Code: 6F899-D50808T

*See p.48 for important details.    Shop online 24 hours a day, 7 days a week.   dell.com/aug  | 31

**EXHIBIT 16**



**Buy Online or Call**

Search / Advanced Search

Company | Media | Investors | Leadership | Innovation | Commitment | Careers

BACK TO: USA

### Dell Introduces E-Value to Make it Fast and Easy for Consumers and Small Businesses to do Business Online
Company Seeks To Improve Customers' Online Shopping Experience

**Round Rock, Texas, February 11, 1999**

Dell Computer Corporation (Nasdaq:DELL), the world's leading direct computer systems company, today announced E-Value$^{TM}$, a new online tool to provide consumers and small businesses with a quick and easy way to go from a Dell print advertisement directly to the Internet for the latest price and product information.

With E-Value, a customer finds a specific system in a Dell print advertisement or catalog, goes to www.dell.com and enters the E-Value code which takes them directly to that system. This can save them time and money by taking them directly to the system they want, at the latest price, with just a few clicks instead of having to rebuild the entire system online.

"Buying a Dell server online was fast, easy and convenient with E-Value," said Michael Larson, chief executive officer of Profit Solutions, Inc., a software developer in Minneapolis. "All I had to do was type in a few numbers and the exact system I wanted popped up on the screen. Dell's online store is much easier to use than its competitors'."

As part of Dell's effort to improve the customer experience and do 50 percent of its business online by the end of the year 2000, E-Value helps make shopping on the Internet easier and more accessible for consumers and small businesses.

"While other PC manufacturers are trying to replicate our direct model, we continue to refine it and take it to the next level," said Paul Bell, senior vice president and general manager, Dell Home and Small Business Group. "E-Value provides the simplicity and ease that are sought by many consumers and small businesses and is another example of how we continue to make it easy for customers to do business online and buy direct from Dell."

Dell has revolutionized the way customers purchase computers by selling built-to-order systems over the telephone and the Internet. Now with E-Value, customers can buy the exact system they want with just a few clicks or custom configure a system from the bottom up if they wish. Dell, a leader in online sales, service and support, does more than $10 million a day in sales over the Internet.

"The E-value tool is a valuable shortcut. After I typed the keycode number I saw in the Dell catalog, the configuration appeared," said Marshall Gilchrist of Charlotte, North Carolina. ""I added a couple extra items and I was done."

For more information on Dell's E-Value, consumers and small and medium businesses can go to the Dell Web site at http://www.dell.com/ or call Dell at 800-388-8542.

Dell talks to about 60,000 consumers and 20,000 small and medium-sized businesses every week Dell was ranked No. 1 in total PC market share for the combined small and medium business markets in the third quarter of 1998, according to IDC.[1] Dell defines the small and medium business market as companies with 400 or fewer employees.

Ranked No. 125 among the Fortune 500 companies and No. 363 in the Fortune Global 500, Dell Computer Corporation is the world's leading direct computer systems company, based on revenues of $16.8 billion for the past four quarters. Dell designs, manufactures and customizes products and services to customer requirements and offers an extensive selection of software and peripherals. Information on Dell and its products can be obtained through its toll-free number 1-800-388-8542 or by accessing the Dell World Wide Web site at www.dell.com.

BACK TO: USA                                                                        Printable Version

[1] According to IDC's Worldwide Quarterly PC Market Tracker, December 1998. IDC defines a small business as having under 100 employees and not based at home and defines a medium business as having between 100-499 employees.

DellWare is a service mark of Dell Computer Corporation.

E-Value is a registered trademark of Dell Computer Corporation.

Fortune 500 is a registered trademark of Time Inc.

IMC_PLTF063442

Dell is a trademark of Dell Computer Corporation.

Dell disclaims any proprietary interest in the marks and names of others.

---
Copyright 1999-2006 Dell Inc.
About Dell | Conditions of Sale and Site Terms | Privacy Policy | Contact Us | Site Map     ▲ Top

---

⊕ Large Text

IMC_PLTF063443