**EXHIBIT 17**





**EXHIBIT 18**

## GO ONLINE

# Ordering Online From Dell Is Quick And Easy With The E-Value Code!



**MVP** PCComputing **Winner**
Internet-Shopping Service
Dell Direct Web Site
January 1999

**Find The E-Value Code.**

See a desktop or notebook configuration in this catalog that you like or think is pretty close to what you want? Then take note of its E-Value Code, which is located under the system's price.

**Go Online.**

Visit Dell's award-winning Web Site at www.dell.com/evalue and type in your chosen system's E-Value Code. (While you're at it, you may want to check out all the helpful information on our Web Site, designed especially for your home technology needs. Find out about our free technical help, product information, special promos and more!)

**Customize It!**

After you enter the E-Value Code, the same system you see in this catalog will then appear on-screen. Click on one of the listed components, and a helpful pull-down menu will display other options you can choose from. (The system's overall price is adjusted if you go with another option.) Customize your system with the exact components you need to make it your dream machine!

When you're finished custom-building, all you have to do is click on the **ADD TO CART** button, and then you can continue shopping or place your order. It's as easy as that!

### See What The Power Of The E-Value Code Can Do For You!
### Visit www.dell.com/evalue
### And Order Your System Today!

**▶ WHAT DO THESE SYMBOLS MEAN?**

 Wherever you see one of these icons in our catalog, an **E-VALUE CODE** is nearby to use for a quick and easy ordering experience, online or by phone.

 **HELP ME CHOOSE** Click here for instant product information to help you make the decisions that best meet your specific home technology needs.

12