**EXHIBIT 19**

# Office DEPOT
### Taking Care of Business



**OFFICE DEPOT®
MULTIPURPOSE PAPER**
Item# 293-940-593, Reg. $29.99
Coupon Code: 54116802*
See page 7.

BUY 3, GET 1 FREE!



**THE POPCORN FACTORY GIFT BOX**

FREE with your delivery order of $100 or more!
Mention Coupon Code 30326923
See page 1A for redemption details.



SAVE 60%

**PHILIPS®
RECORDABLE AND REWRITEABLE
CD/DVD MEDIA**
Item# 293-852-283
Coupon Code: 73444812*, Reg. $19.99
See page 65.

# THANK YOU
## FOR YOUR RECENT ORDER.
## LOOK INSIDE FOR 100'S MORE
# SALE ITEMS
## JUST FOR YOU!



Get a McDonald's® Gift Certificate
See page 15 for details.



**Post-it®
SUPER STICKY NOTES**
Item# 293-504-728, 3" x 3",
Reg. $12.19
See page 15.

SAVE $10

**OFFICE DEPOT®
HEAVY-DUTY FIXED PAPER PUNCH**
Item# 293-733-441, Reg. $34.99
See page 39.



Save 15% on Office Depot brand Inks and Toners compared to National Brands

**OFFICE DEPOT®
INK & TONER CARTRIDGES**
See pages 70-80.

## LOW PRICE GUARANTEE EVERYDAY

*See page 3 for redemption details.

Catalog prices and offers valid through 9/3/05 (unless otherwise noted), and only on phone or online orders using "Order by Item #" feature. Prices not valid in stores.

## FREE next-business-day DELIVERY
On orders of $50 or more. See page B of the Order Form for details.

📞 **CALL**
1-800-GO-DEPOT
(1-800-463-3768)
FAX 1-800-685-5010

🖱 **CLICK**
www.officedepot.com

🛒 **COME BY!**
visit a store near you!

C8.06_X

## TABLE OF CONTENTS
| Section | Pages |
|---|---|
| Paper, Writing Pads & Envelopes | 4-13 |
| Self-Stick Notes, Labels & Mailing | 14-19 |
| Special New Products | 20, 21 |
| Filing, Binders & Storage | 22-35 |
| Desktop Essentials | 36-41 |
| Exclusive Offers, Fax Order Form | A-D |
| Writing Instruments | 42-49 |
| Furniture | 50-55 |
| Breakroom & Cleaning Supplies | 56-59 |
| Office Technology | 60-69 |
| Printer, Copier & Machine Supplies | 70-82 |

If you can't find what you are looking for here... See our BIG BOOK CATALOG or visit www.officedepot.com



**5% Back to SCHOOLS**

**As parents, you value a great education. We do too!**

Every time parents, teachers, and school supporters give a school's 5% Back to Schools* Program ID number when buying school supplies at Office Depot, that school receives credits equal to 5% of the qualifying purchases to use for FREE SUPPLIES!

**We Carry School Supply Lists**
We've already done the homework for you by featuring in our stores school supply lists supplied by local teachers. No need to waste a trip going anyplace else for school supplies. We make it more convenient than ever to shop from our wide assortment.

**Wide Assortment of School Supplies**
Whether you're looking for pencils, filler paper, thumb drives or a new computer, make Office Depot your first choice for all of your supply needs. We feature thousands of school-related items, at the prices you want!

**Check out pages 1B & 2 for great offers on your school supply needs and help your school get Free Supplies!**

*See page 8 of the fax order form for complete details.

# Ordering Made Easy!



## Call any time
24 hours a day, 7 days a week.
Call 1-800-GO-DEPOT
(1-800-463-3768)
Fax 1-800-685-5010



A representative will be available to help you any time, day or night. For Free Items, mention the 8-digit coupon code listed. To ensure you receive special pricing from this catalog when an item is listed without a coupon code, use 9-digit item number(s) listed.



## Shop Online
Click www.officedepot.com



### 3 WAYS TO SHOP ONLINE:

**HOW TO REDEEM YOUR ITEM(S) *with* COUPON CODES**

1. Visit www.officedepot.com
2. Coupons can be added to the shopping cart page by entering the 8-digit coupon code provided to the Optional Coupon field, or click on the "Coupon" icon at checkout.
3. In order to redeem a free item, remember to select your qualifying item(s) by clicking on "more information"
4. Proceed to shop. Discount will appear at checkout.

Free Items: Valid for in-stock items only. No rainchecks. While supplies last. However, Office Depot at its discretion reserves the right to make substitutions of equal or greater value. Nonreturnable.

**HOW TO REDEEM YOUR ITEM(S) *without* COUPON CODES**

1. Visit www.officedepot.com and enter 9-digit item number(s) in the "Search Tools" box
2. Add item to cart and proceed to shop

**HOW TO RECEIVE YOUR MAIL-IN REBATE**

1. To print out a rebate, visit www.officedepot.com/links/rebatecenter
2. Enter the last 6-digits of the item number in the "Product Sku" entry box and select Find
3. Click on the "Click to Print" link below the image of the rebate
4. Click "Print this rebate & close window" to complete the process

Mail-In Rebate: Limit 1 mail-in rebate per product.

**CALL** 1-800-GO-DEPOT (1-800-463-3768) **CLICK** www.officedepot.com **COME BY!**

## Look for the Office Depot® brand: Our best value—guaranteed!

### A. Office DEPOT MULTIPURPOSE PAPER
**$29.99 CASE** — BUY 3 GET 1 FREE!

GIVE YOUR COPIES AN EXTRA BURST OF BRIGHTNESS.
- The right weight for day-to-day use.
- Adaptable! Works in a variety of office machines.
- 104-bright paper makes images stand out.
- Clean and smooth for problem-free feeding.

500 sheets per ream. Available in a 10-ream case (8-½" x 11" and 8-½" x 14-½") or a 5-ream case (11" x 17").†

20 lb / 104 / HUB

100% Guaranteed Tested

Coupon Code: 54166802. See page 3 for redemption details. Offer applies to sku: 274-940-593 only.

**SALE**

| Item # | Mfr. # | Description | Qty. | Your Price | BUY 3 GET 1 FREE |
|---|---|---|---|---|---|
| 274-940-593 | OD9011 | 8-½" x 11" | CS | $29.99 | |
| 274-940-601 | OD903H | 8-½" x 11", 3-Hole Punched | CS | $34.79 | |
| 274-940-635 | OD8614 | 8-½" x 14" | CS | $39.89 | |
| 274-940-643 | OD9017 | 11" x 17" | CS | $35.69 | |
| 274-244-491 | OD8611RM | 8-½" x 11" | RM | $4.19 | |



### B. Office DEPOT INKJET PAPER
**$4.49** AS LOW AS — BUY MORE AND SAVE

DESIGNED FOR PERFECT INKJET PERFORMANCE—PRICED TO SAVE YOU MONEY!
- 104 brightness for excellent contrast and detail.
- 24-lb paper holds up to tough jobs.
- Eco friendly: Recycled with 35% postconsumer fibers.
- Acid-free paper lasts longer.

Sold by the ream (500 sheets) or available in a 5-ream case.†

24 lb / 104

| | | | | BUY MORE AND SAVE! PRICE PER REAM | |
|---|---|---|---|---|---|
| Item # | Mfr. # | Description | Qty. | EACH | 5 |
| 274-751-381* | ODIJ9211 | 8-½" x 11" | RM | $5.09 | $4.49 |

### C. HP BRIGHT WHITE INKJET PAPER
**$9.09** AS LOW AS — BUY MORE AND SAVE

FORMULATED FOR BOLDER, BRIGHTER PICTURE-QUALITY COLORS.
- Fast-drying paper ensures smear-resistant colors.
- Exceptional 110 brightness for rich, vivid colors.
- 24-lb stock minimizes bleed-through.

Sold by the ream (500 sheets) or available in a 5-ream case.†

24 lb / 110 / acid free

| | | | | BUY MORE AND SAVE! PRICE PER REAM | |
|---|---|---|---|---|---|
| Item # | Mfr. # | Description | Qty. | EACH | 5 |
| 274-530-972 | HEWB1124 | 8-½" x 11" | RM | $10.19 | $9.09 |

### D. HAMMERMILL® GREAT WHITE® MULTIUSE 20 PAPER
**$35.09 CASE** AS LOW AS



RECYCLED TO BENEFIT THE ENVIRONMENT—QUALITY-MADE TO BENEFIT YOUR BUSINESS.
- 30% postconsumer recycled fiber meets government standards.
- 20-lb multipurpose formulation for use in any machine.
- Acid free for longevity.

Available in a ream (500 sheets) or a 10-ream case.

20 lb / 84

| Item # | Mfr. # | Description | Qty. | Your Price |
|---|---|---|---|---|
| 274-680-017* | GW86700CA | 8-½" x 11" | CS | $35.09 |
| 274-745-190* | GW86700RM | 8-½" x 11" | RM | $4.69 |
| 274-167-046* | GW86704CA | 8-½" x 14" | CS | $44.99 |
| 274-679-985* | GW86704RM | 8-½" x 14" | RM | $8.49 |

### E. HP MULTIPURPOSE PAPER
**$5.99** AS LOW AS — BUY MORE AND SAVE

SPECIFICALLY DESIGNED FOR MAXIMUM PERFORMANCE IN TODAY'S SOPHISTICATED OFFICE EQUIPMENT.
- Versatile 20-lb paper with HP quality.
- 92 brightness for sharp, crisp, contrast.
- Acid-free paper for longer lasting documents.

Available in a ream (500 sheets) or a 10-ream case except for 11" x 17" which comes in a 5-ream case.†

20 lb / 92 / acid free

| | | | | BUY MORE AND SAVE! PRICE PER CASE | |
|---|---|---|---|---|---|
| Item # | Mfr. # | Description | Qty. | EACH | 10 |
| 274-251-668* | HEWM1120 | 8-½" x 11" | CS | $39.96 | — |
| | | | | PRICE PER REAM | |
| 274-805-226 | HEWM1120REAM | 8-½" x 11" | RM | $5.14 | — |
| 274-317-447 | HEWM113H | 8-½" x 11", 3-Hole Punched | RM | $6.99 | $5.99 |
| 274-317-429 | HEWM1420 | 8-½" x 14" | RM | $7.19 | $5.99 |
| | | | | EACH | 5 |
| 274-317-410 | HEWM1720 | 11" x 17" | RM | $10.59 | $9.39 |

7   Z74 274   † Must be purchased in full case quantities to receive case savings discount.

**CALL** 1-800-GO-DEPOT (1-800-463-3768)  **CLICK** www.officedepot.com  ...**COME BY!**

MULTIPURPOSE/INKJET PAPER • PAPER, WRITING PADS & ENVELOPES