**EXHIBIT 20**



