# EXHIBIT 21

# REDACTED IN ITS ENTIRETY

**EXHIBIT 21**