**EXHIBIT 22**

Case 1:05-cv-00633-SLR   Document 149-13   Filed 07/12/2006   Page 2 of 4

it's all inside.

JCPenney

catalog.com

SPRING/SUMMER CATALOG 2005

Head for the beach with our cool new umbrella chair and playful robe and slipper set. See page 2.



Rooms Babies Love

Plus travel gear and more. Great quality, styles and prices!

A. mattress pad

## save 15%
### on crib mattress with purchase of crib
our crib mattresses meet California TB 603 flammability requirements

C
**59.49**
Sealy® Classic Sleep™
with crib purchase

D
**76.49**
Sealy Baby Ultra Classic™
with crib purchase

E
**93.49**
Sealy Baby Prestige Sleep™
with crib purchase
■ STAPH-GARD® anti-bacterial cover protects baby and mattress

F. bed rail

G. EZ change changing pad

B. crib pad pkg. of 2

H. pkg. of 2 fitted sheets
yellow
pink
ecru
blue
white
sage

colors for I & J
sage gingham
pink gingham
yellow gingham
blue gingham

K. pkg. of 2 terry cloth covers
pink
ecru
white
lavender
sage green
light blue

L. water-resistant pads
set of 6





**A. SUPER SOAKER® MATTRESS PAD**
Holds up to 8 cups of liquid. Quilted cotton diaper cloth top and sides. Soft vinyl liner helps keep mattress clean, dry and sanitary. Fits standard-size crib mattress. Polyester/rayon fill. Washable. USA.
FH 341-3301    **19.99**

**B. FITTED CRIB PADS**
Polyester fleece with a waterproof quilted vinyl layer inside for moisture protection. Quilted in our exclusive Teddy Bear design. Easy on/off, polyester/cotton fabric skirt helps hold pad in place. Washable. USA.
FH 341-2235   pkg. of 2   **19.99**

**C to E. SEALY® CRIB MATTRESSES**
Save 15% when you buy a mattress with crib. Strong, heat-tempered innerspring coil system offers lasting support. Reinforced laminate cover for easy cleaning. Fits most cribs and toddler beds. 52x27½x5¼"H. USA.
**C. Sealy Classic Sleep™.** 150 coil; non-allergenic sleeping surface for long-lasting firmness and support.
FH 343-5830   ea. **69.99**; with crib, this item, **59.49**
**D. Sealy Baby Ultra Classic™.** 150 coil; cushioned non-allergenic top provides an extra-soft sleep area and resilient, cushioned support. Heavy-gauge steel border rods support active babies.
FH 343-5840   ea. **89.99**; with crib, this item, **76.49**
**E. Sealy Baby Prestige Sleep™.** Dual steel bars under mattress to evenly distribute weight. 204 coil system and heavy-gauge steel border rods support active babies.
FH 343-5850   ea. **109.99**; with crib, this item, **93.49**

**F. SECURE-HOLD BED RAIL**
Locks securely under and on top of mattress for safety. Two mesh organizer pockets. Adjusts to thickness of mattress from 4" to 12". 49x2½x20¼"H. China.
FH 343-7030   **29.99**

**G. EZ CHANGE CHANGING PAD**
Contoured, extra-thick pad fits standard-size changing tables, towers. Adjustable elastic strap. Cotton/polyester terry cover snaps off. Washable. 33x16x3½"H. China.
FH 341-3889   **24.99**
**Changing pad covers** (not shown). Waterproof vinyl laminated terry top. Includes adjustable safety strap. Fits EZ Change changing pad, sold above. For newborn to 2 years. Washable. 34x15x3½"H. China.
FH 341-3888   **14.99**

**H. CARTER'S® FITTED CRIB SHEETS**
Durable, reinforced corner pockets for a snug fit. Fits standard-size cribs and toddler beds. 28x52"L. Washable.
**Woven cotton.** Preshrunk, colorfast. Imported.
FH 341-2004   pkg. of 2   **14.99**
**Knit cotton.** USA.
FH 341-2008   pkg. of 2   **19.99**

**I. COTTON GINGHAM SHEETS**
Durable, reinforced corners with deep pockets. Elastic bottom for a snug fit. Fits standard-size cribs and toddler beds. 28x52"L. USA of imported fabric.
FH 341-5801   pkg. of 2   **19.99**

**J & K. CHANGING PAD COVERS**
Elastic edges. Washable cotton/polyester. Imported.
**J. Woven gingham.** Fits standard 17x36" pad.
FH 341-3097   pkg. of 2   **14.99**
**K. Knit terry cloth.** Waterproof urethane backing. Fits standard contoured 17x34" pad.
FH 341-3460   pkg. of 2   **24.99**

**L. WATER-RESISTANT PADS**
Includes three 12x13½" lap/burp pads, two 18x27" bassinet/changing table pads and one 27x52" crib pad. Two layers of polyester fleece. Waterproof layer of quilted vinyl inside. Washable. USA. Colors may vary.
FH 341-3300   set of 6   **19.99**
**Mattress pad protectors** (not shown). Waterproof polyester fleece mattress protection. Fits twin or youth bed. Vinyl layer inside. 36x54". Washable. USA.
FH 341-3302   pkg. of 2   **24.99**

**M. NEW! RESTING UP™ PILLOW**
Wedges position baby on back as recommended by the Surgeon General and the American Academy of Pediatricians. Memory foam molds to baby's body for maximum comfort. VELCRO® brand self-adhesive straps for perfect fit. Use to incline baby to help with digestion and reflux. Fleece-lined blanket is included to help keep baby warm and comfortable. For newborn to 6 months. Polyester; polyester/cotton encasing. Polyurethane foam. 12x16x5"H. Washable. USA. White.
FH 341-3196   **29.99**



**N. MATERNITY PILLOW**
Designed especially for mothers-to-be. Position VELCRO® brand self-adhesive fastener panels to your comfort level. 200 thread-count cover is Teflon®-treated to resist stains, dust and soil. Polyester fiberfill. Hypoallergenic. 20x26"L. Washable cotton cover is trimmed with lace. USA.
FH 725-1605   **39.99**

**O. NEW! ANGEL BLANKET**
Wrap baby up in a warm, soft blanket. Satin edging and appliqué wings. 28x28" dress-up fleece blanket with satin hood for warmth. Shell is microfiber polyester fleece. Washable. Imported.
FH 341-5955   **19.99**

**P. HAMPER**
A handy way to keep dirty clothing out of sight. In three colors sure to fit any decor. Plus, its classic style means your little one won't outgrow it! Wood frame with removable, washable cotton mesh laundry bag. Pink is gingham, ecru and denim are solid. 16½x14½x28½"H. Imported.
FH 342-9044   **24.99**

Catalog & Internet only item

Shipped directly to you from the supplier in 7-10 days (not shipped beyond the contiguous United States).

**Q. MOSES BASKET SET**
Mix and match to fit your nursery's decor. For stationary use only. Includes basket, cotton; polyester fill cable-knit bumper and mattress with removable pad. Washable. Imported.
FH 341-9067   set   **69.99**

**R. CABLE-KNIT BLANKET**
Provide your baby with the ultimate in softness. Matches Moses basket set [Q]. (Bedding sold on page 29.) Cotton. Washable. Imported.
FH 341-9068   **19.99**

Q basket set includes bumper and mattress pad
R blanket

Q & R
blue
pink
green
lavender
navy
red

page 25
to order
jcpenney.com
1.800.222.6161