**EXHIBIT 23**





**EXHIBIT 24**

# J.CREW



February 2006



men's flip-flops:
the next-best thing
to going barefoot.

A CRISP ORANGE

B BRITISH KHAKI

A DUTCH BLUE

B RED

A VIVID LIME

**FLIP-FLOPS**
Rubber sole. Import. Whole sizes
7-13M (half sizes order up).

**A yarn-dyed webbing**
Yarn-dyed striped cotton/nylon
upper. 74113F $22.50

**B critter**
Embroidered critters on cotton
twill, which is stitched to webbing
on upper. Nubuck footbed.
73949F $39.50

**EXHIBIT 25**





**EXHIBIT 26**

# J.CREW



**RESORT 2004**
**WOMEN'S AND MEN'S**

JCREW633-003577

## 4 Easy Ways to Order

We accept J Crew Credit Card, American Express®, MasterCard®, Visa®, and Discover/NOVUS®.

**1. jcrew.com** Order quickly and easily at any hour, with helpful features across our site. Order By Item Number: go directly to a state from our catalog simply by entering the item number. View enlarged photos, and see every item in every color. Shop items not shown in our catalog. Still have a question? Submit your telephone number and a J.Crew telephone associate will call within minutes to help you complete your order.

**2. Toll-free 800 562 0258** Call us toll-free and our telephone associates will help you with sizing, fit, colors, or any other questions you might have regarding an order. We're here 24 hours a day, seven days a week. Save time by completing your order form before you call.

Include your credit card number and expiration date, and note any mistakes on your catalog mailing label when you speak to our associates. Keep the order form as a record of your order.
TDD (hearing impaired) 800 451 7982

**3. Fax 434 385 5750**

**4. Mail** One Ivy Crescent, Lynchburg, VA 24513-1001 USA. If an item is out of stock, we'll inform you immediately and tell you when it will be available. Orders are subject to verification and acceptance before shipping. We are not responsible for typographical errors.

## Our Guarantee

We guarantee our merchandise to be free of manufacturing defects, and will accept any defective items for refund or exchange.

**jcrew.com**
Browse our selection and see every item in every color at jcrew.com. Place an order, request a catalog, find a store, send a gift card, and more

**Store Locations**
Our stores carry an edited range of colors and sizes. For a list of our retail locations, visit us at jcrew.com or call 800 562 0258

**Customer Service**
800 932 0043 Service inquiries can be made by phone 24 hours a day, seven days a week, by email at service@jcrew.com, or by writing us at J Crew Customer Relations, One Ivy Crescent, Lynchburg, VA 24513-1001 USA

**Free Catalog**
If you'd like to share our catalog with someone or request one for yourself, call 800 782 8244 or log on to jcrew.com

**Price Adjustments**
J Crew gladly honors price adjustments within 14 days of the mail-order ship date or retail purchase, when accompanied by the original receipt

**Returns**
J.Crew gladly accepts returns of unworn, unwashed, or defective merchandise for full refund or exchange. Refunds must be accompanied by the original packing slip and will be made in the form of the original payment. If the packing slip is unavailable, we'll make an exchange or issue a gift card based on the current selling price For your convenience, catalog and Internet purchases may be returned to any J Crew retail store for immediate credit. Monogrammed items are not returnable

**Smart Label™**
This flat free prepaid return label makes returns easy and convenient, and allows you to drop your return parcel at any post office or mail box. Smart Label™ costs only if you use it, the cost is deducted from your refund

**Mail List**
Occasionally, we make our customer list available for one-time use by a few carefully screened firms. If you prefer not to have your address disclosed - or if you would like to stop receiving our catalog - cut out your name and address from the order form and mail it to J Crew Mail Option, at the Lynchburg address above. You may also call us toll-free at 800 782 8244 or send your request via email to service@jcrew.com Please indicate whether you are cancelling our catalog or removing your name from our shared list



**Gift Services**
Let us send your gifts, and we'll include your personalized message on a separate card, and mail you confirmation. Our kraft paper gift box, in six sizes, is available for an additional $5 per box, and includes tissue paper and ribbon

**J Crew Gift Cards**
This modern version of a gift certificate makes gift-giving easy. You choose the amount, and the card keeps track of the balance. You can add to it whenever you want. We'll send the card with our most recent catalog and your personalized message

JCREW633-003609