**EXHIBIT 27**

# EXHIBIT 27

# REDACTED IN ITS ENTIRETY