**EXHIBIT 28**



### c. double mezzaluna
This old-fashioned tool – whose name means "half-moon" in Italian – is still an international favorite for chopping. Using an easy two-handed rocking motion, you can swiftly chop onions, garlic or herbs. The curved parallel stainless-steel blades are 5½" long. #74-909648 **$30.00** Exclusive

### d. demi-glace
The foundation of many classic French sauces, demi-glace is a superconcentrated reduction of stocks and seasonings. Simmered for more than 20 hours to achieve its rich taste and intense color, ours adds remarkable depth of flavor to stews, sauces and gravies. Recipes included. 10 oz. Veal, Beef, Chicken or Wild Game. Exclusive. #74-4420592 **$29.00**

### e. Le Creuset wide Dutch oven
Descended from the classic French *rondeau*, this is the pan to use for preparing generous portions of autumn favorites like osso buco, chicken stew or beef brisket. Its wide cooking surface provides ample room for browning and sautéing foods before long, slow oven or stove-top cooking. Sides are the perfect height to contain juices, while the enameled cast-iron body distributes heat slowly and evenly. The tight-fitting lid circulates heat and moisture, ensuring tender results. Dishwasher safe. 6¾-qt. cap.; 12" diam., 6¼" high. Specify Sonoma Blue*†, Dijon†, Dune†*, Flame†*, Lemongrass†* or Red. #74-6975825 Reg. $255.00 **Special $190.00**
†Exclusive *Catalog and Internet only*

### f. Peugeot adjustable mills
NEW Distinguished by their dramatic red lacquer finish, these salt and pepper mills feature Peugeot's masterfully engineered grinding mechanisms – long considered among the finest available. Grind adjusts from ultrafine to coarse – just turn knob on each mill's top. Lacquered beechwood bodies with stainless-steel accents. 7" high. *Catalog and Internet only*
Salt Mill
#74-7431935 **$38.00**
Pepper Mill
#74-7429160 **$38.00**
Special Set, one of each. #74-7435522
Reg. $76.00
**Special $69.00**



**EXHIBIT 29**



**EXHIBIT 30**

Case 1:05-cv-00633-SLR    Document 149-16    Filed 07/12/2006    Page 5 of 9



WILLIAMS-SONOMA

SHOP | GIFT IDEAS | RECIPES | CATALOG QUICK SHOP | REGISTRY

VIEW BASKET | SIGN IN | SEARCH [keyword or item #] GO

### Le Creuset Wide Dutch Oven, Red

Descended from the classic French *rondeau*, this is the pan to use for preparing generous portions of favorites like chicken with garlic cloves, osso buco or beef brisket. Its wide cooking surface provides ample room for browning foods on the stovetop before long, slow oven or stovetop cooking. Its sides are the perfect height to contain juices, while its enameled cast-iron body distributes heat slowly and evenly. The tight-fitting lid circulates heat and moisture, ensuring tender results. Two loop handles are easy to grasp with oven mitts. Dishwasher safe. 6 3/4-qt. cap.; 12" diam., 6 1/4" high. Dijon, Sonoma Blue, Flame and Lemongrass are Williams-Sonoma exclusive colors.

View Larger

Select a View:
Red | Sonoma Blue | Dune | Dijon | Flame | Lemongrass

| Color | Price | Qty |
|---|---|---|
| Red | Regular: $265.00  Special: $190.00 | |
| Sonoma Blue | Regular: $265.00  Special: $190.00 | |
| Dune *Internet/Catalog Only* | Regular: $265.00  Special: $190.00 | |
| Dijon | Regular: $265.00  Special: $190.00 | |
| Flame *Internet/Catalog Only* | Regular: $265.00  Special: $190.00 | |
| Lemongrass | Regular: $265.00  Special: $190.00 | |

Ship to: You
Add Gift Wrap

You May Also Like

Related Topics

**EXHIBIT 31**

### F. fruit & vegetable scoops
Scraping out flesh and seeds and removing pulp from fruits and vegetables are simple tasks with these scoops. They are constructed with stainless-steel handles and reinforced nylon heads. The set includes red, green and orange scoops in three sizes. Dishwasher safe. 1¾"–3¼" diam., 6¾"–8½" long. Set of three #59-6119408 **$14.00** *Catalog and Internet only*

### G. tomato slicer
This tool from Italy is a necessity for tomato lovers. Use a gentle sawing motion, and the slicer's serrated blades glide through a tomato, creating uniform slices. Blades are 18/10 stainless steel; handle is soft-grip rubber. Dishwasher safe. 3½" x 11¼". #59-6063085 **$11.00**

### H. mozzarella slicer
Mozzarella is best enjoyed in its fresh state, but the soft, slippery balls of cheese can make for tricky slicing. With one push, the blades of this stainless-steel gadget swiftly cut a ball of fresh mozzarella into neat, even slices without compacting its delicate form. Use the slicer with other soft cheeses as well. Dishwasher safe. 6¾" x 6" x 1½" high. #59-6260665 **$22.00** *Exclusive*

### I. tomato knife
This knife slices ripe tomatoes neatly without squashing them. Its scalloped steel blade glides easily through firm skins and juicy interiors, producing thin, even slices. Use the blade's broad rounded tip to transfer tomato slices from cutting board to serving plate. Dishwasher safe. 4¾" blade; 9½" long overall. #59-4812491 **$15.00**

### J. Rösle vegetable chopper
*new* Efficient for chopping vegetables with speed and precision while keeping them neatly contained, this spring-loaded chopper has a sharp, serrated stainless-steel blade that descends and then rotates 61° when you depress the top. Chopping container has a protective cover for storage. Dishwasher safe. 5" diam., 10" high. #59-6197784 **$40.00**

### K. hot spot
*new* Safe to 675°F, this flexible silicone pot holder provides a steady hold on hot cookware. The textured nonslip pad doubles as a trivet to protect surfaces. Dishwasher safe. 7" sq. Specify Blue, Lemongrass or Honeysuckle Yellow. #59-6670111 **$8.00** *Exclusive Catalog and Internet only*
Set of Three, one of each color. #59-6670178 Reg. $24.00 **Special $20.00** *Exclusive Catalog and Internet only*

## cooks' tools
Spring offers a wealth of ingredients that require only minimal preparation to highlight their flavors. Enjoy artichokes steamed and dipped in melted butter or aioli. Drizzle asparagus spears with olive oil, then roast or grill. Sauté tender spring greens such as baby spinach, arugula and pea shoots with olive oil and garlic, and enhance salads with sliced fennel, watercress and baby beets. Make creamy soups with peas, leeks and spring onions, and garnish with chopped fresh herbs.


G


H | I


J


K