# EXHIBIT 33



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1995 by Merriam-Webster, Incorporated

Philippines Copyright 1995 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.

p. cm.

Includes index.
ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
— ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
1. English language—Dictionaries. I. Merriam-Webster, Inc.
PE1628.M36 1995
423—dc20 94-30967
CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

101112131415RMcN95

is if acting a part 3 : one that takes ə-rish\ *adj*
sent in action ⟨children *act out* what action ⟨unwilling to *act out* their be- lse or a fantasy⟩ directly in overt be- nply with social norms
oman who is an actor — **ac·tress·y**

: a book in the New Testament nar- tian Church — called also *Acts of the*

. *adj* [ME *actuel,* fr. MF, fr. LL *actu-* ACTIVE 2 **a** : existing in act and not in fact or reality ⟨~ and imagined ent ⟨~ costs⟩ 3 : existing or occur- : in the ~ commission of a crime⟩ money equal to the cost of replacing ifter depreciation
k-shə-\ *n, pl* **-ties** (1652) 1 : the 2 : something that is actual : FACT, : been seized upon as *actualities* —T.

-w)ə-,līz\ *vb* **-ized; -iz·ing** *vt* (1701) : to become actual — **ac·tu·al·iza-** (ə-w)ə-lə-\ *n*
w)ə-lē; 'aksh-lē, 'aks-\ *adv* (15c) 1 ually but not ~ independent —Karl d they ~ are⟩ ⟨~, they just arrived⟩ ed to suggest something unexpected ~ read the Greek⟩
ə-\ *adj* (1869) 1 : of or relating to al calculation esp. of life expectancy

, *pl* **-ar·ies** [L *actuarius* shorthand record — more at ACT] (1553) 1 *obs* ) calculates insurance and annuity

**at·ed; -at·ing** [ML *actuatus,* pp. of (1645) 1 : to put into mechanical action *syn* see MOVE — **ac·tu·a-**

\ *n* (ca. 1864) : one that actuates; ving or controlling something different from that which is normal an unruly, recalcitrant, or capricious ction improperly ⟨this typewriter is ctive or acute after being quiescent

[MF *acuité,* fr. LL *acuitat-, acuitas,* erception : SHARPNESS
*culeatus* having stings, fr. *aculeus* ) or being hymenopterans (as bees, ion (Aculeata) typically having the

*n* [L *acumin-, acumen,* lit., point, fr. lepth of perception, discernment, or atters : SHREWDNESS *syn* see DIS-

646) : tapering to a slender point kə-\ *n* (1859) : SHIATSU
L *acus* + E *puncture*] (1684) : an g the body (as with needles) at spe- e pain (as in surgery) — **acu·punc-**

**t·est** [L *acutus,* pp. of *acuere* to *cer* sharp — more at EDGE] (14c) 1 or severity ⟨~ pain⟩ (2) : having rt course ⟨~ disease⟩ **b** : lasting a ding in a sharp point: as **a** : being ss than 90 degrees ⟨~ angle⟩ **b** riangle⟩ 3 **a** *of an accent mark* ith an acute accent **c** : of the vari- **a** : marked by keen discernment btle distinctions : PENETRATING ⟨an impressions or stimuli ⟨~ hearing⟩ ntensely ⟨~ distress⟩ 6 : seriously **te·ly** *adv* — **acute·ness** *n*
ean of uncertain outcome. ACUTE ions leading to a culmination or shortage⟩. CRITICAL adds to ACUTE of attendant suspense, and of deci- as entered a *critical* phase⟩. CRUCIAL d often a test or trial involving the or direction ⟨a *crucial* vote⟩. *syn*

i) : not cyclic: as **a** : not disposed open-chain structure : ALIPHATIC

+ *cycl-* + *virus*] (1979) : a cyclic treat the symptoms of the genital

r. *acid*] (1899) : a radical RCO— y removal of the hydroxyl from all ation
**ing** (1907) : to introduce an acyl -shən\ *n*
DVERTISEMENT 2 **2** : ADVERTISING

• *or* **as-** *or* **at-** *prefix* [ME, fr. MF, — more at AT] 1 : to : toward — ion⟩ and *af-* before *f* ⟨*afflu*ent⟩ and efore *l* ⟨*alliteration*⟩ and *ap-* before ssive⟩ and *at-* before *t* ⟨*attune*⟩ and ies *ad-* even before one of the listed

consonants ⟨*adsorb*⟩ 2 : near : adjacent to — in this sense always in the form *ad-* ⟨*adrenal*⟩
**¹-ad** \ad, əd\ *adv suffix* [L *ad*] : in the direction of : toward ⟨cephal*ad*⟩
**²-ad** *n suffix* [prob. fr. NL *-ad-, -as,* fr. Gk, suffix denoting descent from or connection with] : member of a botanical group ⟨bromeli*ad*⟩
**Ada** \'ā-də\ *trademark* — used for a structured computer programming language
**ad·age** \'a-dij\ *n* [MF, fr. L *adagium,* fr. *ad-* + *-agium* (akin to *aio* I say); akin to Gk *ē he* said] (1548) : a saying often in metaphorical form that embodies a common observation
**¹ada·gio** \ə-'dä-j(ē-,)ō, ä-, -zh(ē-,)ō\ *adv or adj* [It, fr. *ad* to + *agio* ease] (1724) : at a slow tempo — used chiefly as a direction in music
**²adagio** *n, pl* **-gios** (1754) 1 : a musical composition or movement in adagio tempo 2 : a ballet duet by a man and woman or a mixed trio displaying difficult feats of balance, lifting, or spinning
**¹Ad·am** \'a-dəm\ *n* [ME, fr. LL, fr. Gk, fr. Heb *Ādhām*] 1 : the first man and father by Eve of Cain and Abel 2 : the unregenerate nature of man — used esp. in the phrase *the old Adam* — **Adam·ic** \ə-'da-mik\ *or* **Adam·i·cal** \-mi-kəl\ *adj*
**²Adam** *adj* [Robert *Adam* & James *Adam*] (1872) : of, relating to, or being an 18th century decorative style (as of furniture) characterized by straight lines, surface decoration, and conventional designs (as festooned garlands and medallions)
**ad·a·mance** \'a-də-mən(t)s\ *n* (1954) : ADAMANCY
**ad·a·man·cy** \-mən(t)-sē\ *n* [²*adamant* + *-cy*] (1937) : OBSTINACY
**adam–and–eve** \,a-də-mən-'(d)ēv\ *n* (1807) : PUTTYROOT
**¹ad·a·mant** \'a-də-mənt, -,mant\ *n* [ME, fr. MF, fr. L *adamant-, adamas* hardest metal, diamond, fr. Gk] (14c) 1 : a stone (as a diamond) formerly believed to be of impenetrable hardness 2 : an unbreakable or extremely hard substance
**²adamant** *adj* (1923) : unshakable or immovable esp. in opposition : UNYIELDING *syn* see INFLEXIBLE — **ad·a·mant·ly** *adv*
**ad·a·man·tine** \,a-də-'man-,tēn, -,tīn, -'man-tᵊn\ *adj* [ME, fr. L *adamantinus,* fr. Gk *adamantinos,* fr. *adamant-, adamas*] (13c) 1 : made of or having the quality of adamant 2 : rigidly firm : UNYIELDING 3 : resembling the diamond in hardness or luster
**Adam's apple** *n* (ca. 1775) : the projection in the front of the neck formed by the largest cartilage of the larynx
**Adam's needle** *n* (ca. 1760) : an often cultivated yucca (*Yucca filamentosa*) of coastal pine barrens of the eastern U.S. with a basal rosette of sharp-tipped leaves having loose threads along the margins
**adapt** \ə-'dapt, a-\ *vb* [F or L; F *adapter,* fr. L *adaptare,* fr. *ad-* + *aptare* to fit, fr. *aptus* apt, fit] *vt* (15c) : to make fit (as for a specific or new use or situation) often by modification ~ *vi* : to become adapted — **adapt·ed·ness** *n*
*syn* ADAPT, ADJUST, ACCOMMODATE, CONFORM, RECONCILE mean to bring one thing into correspondence with another. ADAPT implies a modification according to changing circumstances ⟨*adapted* themselves to the warmer climate⟩. ADJUST suggests bringing into a close and exact correspondence or harmony such as exists between parts of a mechanism ⟨*adjusted* the budget to allow for inflation⟩. ACCOMMODATE may suggest yielding or compromising to effect a correspondence ⟨*accommodated* his political beliefs in order to win⟩. CONFORM applies to bringing into accordance with a pattern, example, or principle ⟨refused to *conform* to society's idea of morality⟩. RECONCILE implies the demonstration of the underlying compatibility of things that seem to be incompatible ⟨tried to *reconcile* what they said with what I knew⟩.
**adapt·able** \ə-'dap-tə-bəl, a-\ *adj* (1800) : capable of being adapted : SUITABLE *syn* see PLASTIC — **adapt·abil·i·ty** \-,dap-tə-'bi-lə-tē\ *n*
**ad·ap·ta·tion** \,a-,dap-'tā-shən, -dəp-\ *n* (1610) 1 : the act or process of adapting : the state of being adapted 2 : adjustment to environmental conditions: as **a** : adjustment of a sense organ to the intensity or quality of stimulation **b** : modification of an organism or its parts that makes it more fit for existence under the conditions of its environment 3 : something that is adapted; *specif* : a composition rewritten into a new form — **ad·ap·ta·tion·al** \-shnəl, -shə-nᵊl\ *adj* — **ad·ap·ta·tion·al·ly** *adv*
**adapt·er** *also* **adap·tor** \ə-'dap-tər, a-\ *n* (1801) 1 : one that adapts 2 **a** : a device for connecting two parts (as of different diameters) of an apparatus **b** : an attachment for adapting apparatus for uses not orig. intended
**adap·tion** \ə-'dap-shən, a-\ *n* (1704) : ADAPTATION
**adap·tive** \ə-'dap-tiv, a-\ *adj* (1824) : showing or having a capacity for or tendency toward adaptation — **adap·tive·ly** *adv* — **adap·tive·ness** *n* — **ad·ap·tiv·i·ty** \,a-,dap-'ti-və-tē\ *n*
**adaptive radiation** *n* (1902) : evolutionary diversification of a generalized ancestral form with production of a number of adaptively specialized forms
**Adar** \ä-'där, 'ä-\ *n* [ME, fr. Heb *Ādhār*] (14c) : the 6th month of the civil year or the 12th month of the ecclesiastical year in the Jewish calendar — see MONTH table
**Adar She·ni** \ä-,där-shā-'nē\ *n* [Heb *Ādhār Shēnī* second Adar] (ca. 1901) : VEADAR
**ad·ax·i·al** \(,)a-'dak-sē-əl\ *adj* (ca. 1900) : situated on the same side as or facing the axis (as of an organ) ⟨the ~ or upper surface of a leaf⟩
**add** \'ad\ *vb* [ME, fr. L *addere,* fr. *ad-* + *-dere* to put — more at DO] *vt* (14c) 1 : to join or unite so as to bring about an increase or improvement ⟨~s 60 acres to his land⟩ ⟨wine ~s a creative touch to cooking⟩ 2 : to say further : APPEND 3 : to combine (numbers) into an equivalent simple quantity or number 4 : to include as a member of a group ⟨don't forget to ~ me in⟩ ~ *vi* 1 **a** : to perform addition **b** : to come together or unite by addition 2 **a** : to serve as an addition ⟨the movie will ~ to his fame⟩ **b** : to make an addition ⟨~ed to her savings⟩ — **add·able** *or* **add·ible** \'a-də-bəl\ *adj*
**ad·dax** \'a-,daks\ *n, pl* **ad·dax·es** [L] (1693) : a large light-colored Saharan antelope (*Addax nasomaculatus*) that has long spiralling horns
**ad·dend** \'a-,dend, ə-'dend\ *n* [short for *addendum*] (1674) : a number to be added to another
**ad·den·dum** \ə-'den-dəm\ *n, pl* **-den·da** \-'den-də\ [L, neut. of *addendus,* gerundive of *addere*] (1684) 1 : a thing added : ADDITION 2 : a supplement to a book — often used in pl. but sing. in constr.
**¹ad·der** \'a-dər\ *n* [ME, alter. (by false division of *a naddre*) of *naddre,* fr. OE *nǣdre;* akin to OHG *nātara* adder, L *natrix* water snake] (14c) 1 : the common venomous viper (*Vipera berus*) of Europe; *broadly* : a terrestrial viper (family Viperidae) 2 : any of several No. American snakes (as the hognose snakes) that are harmless but are popularly believed to be venomous

adder 1

**²add·er** \'a-dər\ *n* (1580) : one that adds; *esp* : a device (as in a computer) that performs addition
**ad·der's–tongue** \'a-dərz-,təŋ\ *n* (1578) 1 : any of a genus (*Ophioglossum,* family Ophioglossaceae) of small ferns having a spore-bearing stalk resembling a serpent's tongue 2 : DOGTOOTH VIOLET
**¹ad·dict** \ə-'dikt\ *vt* [L *addictus,* pp. of *addicere* to favor, fr. *ad-* + *dicere* to say — more at DICTION] (1534) 1 : to devote or surrender (oneself) to something habitually or obsessively ⟨~*ed* to gambling⟩ 2 : to cause addiction to a substance in
**²ad·dict** \'a-(,)dikt\ *n* (1909) 1 : one who is addicted to a substance 2 : DEVOTEE ⟨a detective novel ~⟩
**ad·dic·tion** \ə-'dik-shən, a-\ *n* (1599) 1 : the quality or state of being addicted ⟨~ to reading⟩ 2 : compulsive need for and use of a habit-forming substance (as heroin, nicotine, or alcohol) characterized by tolerance and by well-defined physiological symptoms upon withdrawal; *broadly* : persistent compulsive use of a substance known by the user to be harmful
**ad·dic·tive** \-'dik-tiv\ *adj* (1939) : causing or characterized by addiction
**Ad·di·son's disease** \'a-də-sənz-\ *n* [Thomas *Addison* †1860 Eng. physician] (ca. 1856) : a destructive disease marked by deficient adrenocortical secretion and characterized by extreme weakness, loss of weight, low blood pressure, gastrointestinal disturbances, and brownish pigmentation of the skin and mucous membranes
**ad·di·tion** \ə-'di-shən, a-\ *n* [ME, fr. MF, fr. L *addition-, additio,* fr. *addere*] (14c) 1 : a part added (as to a building or residential section) 2 : the result of adding : INCREASE 3 : the act or process of adding; *esp* : the operation of combining numbers so as to obtain an equivalent simple quantity 4 : direct chemical combination of substances into a single product — **in addition** : ²BESIDES, ALSO — **in addition to** : combined or associated with : ¹BESIDES 2
**ad·di·tion·al** \-'dish-nəl, -'di-shə-nᵊl\ *adj* (1646) : existing by way of addition : ADDED
**ad·di·tion·al·ly** \-'dish-nə-lē, -'di-shən-lē, 'di-shə-nᵊl-ē\ *adv* (ca. 1665) : in or by way of addition : FURTHERMORE
**¹ad·di·tive** \'a-də-tiv\ *adj* (1699) 1 : of, relating to, or characterized by addition 2 : produced by addition 3 : characterized by, being, or producing effects (as drug responses or gene products) that when the causative factors act together are the sum of their individual effects — **ad·di·tive·ly** *adv* — **ad·di·tiv·i·ty** \,a-də-'ti-və-tē\ *n*
**²additive** *n* (1945) : a substance added to another in relatively small amounts to effect a desired change in properties ⟨food ~s⟩
**additive identity** *n* (1960) : an identity element (as 0 in the group of whole numbers under the operation of addition) that in a given mathematical system leaves unchanged any element to which it is added
**additive inverse** *n* (1958) : a number that when added to a given number gives zero ⟨the *additive inverse* of 4 is −4⟩ — compare OPPOSITE 3
**¹ad·dle** \'a-dᵊl\ *adj* [ME *adel* filth, fr. OE *adela;* akin to MLG *adele* liquid manure] (1592) 1 *of an egg* : ROTTEN 2 : CONFUSED
**²addle** *vb* **ad·dled; ad·dling** \'ad-liŋ, 'a-dᵊl-iŋ\ *vt* (ca. 1712) : to throw into confusion : CONFOUND ~ *vi* 1 : to become rotten : SPOIL 2 : to become confused
**ad·dle·pat·ed** \'a-dᵊl-,pā-təd\ *adj* (1630) 1 : being mixed up : CONFUSED 2 : ECCENTRIC
**¹add–on** *n* (1946) : something added on: as **a** : a sum or amount added on **b** : something (as an accessory or added feature) that enhances the thing it is added to
**²add–on** \'a-,dän, -,dȯn\ *adj* (1955) 1 : being or able to be added on 2 : able to be added to ⟨~ certificates of deposit⟩
**¹ad·dress** \ə-'dres, a- *also* 'a-,dres\ *vb* [ME *adressen,* fr. MF *adresser,* fr. *a-* (fr. L *ad-*) + *dresser* to arrange — more at DRESS] *vt* (14c) 1 *archaic* **a** : DIRECT, AIM **b** : to direct to go : SEND 2 **a** : to direct the efforts or attention of (oneself) ⟨will ~ himself to the problem⟩ **b** : to deal with : TREAT ⟨intrigued by the chance to ~ important issues —I. L. Horowitz⟩ 3 *archaic* : to make ready; *esp* : DRESS 4 **a** : to communicate directly ⟨~*es* his thanks to his host⟩ **b** : to speak or write directly to; *esp* : to deliver a formal speech to 5 **a** : to mark directions for delivery on ⟨~ a letter⟩ **b** : to consign to the care of another (as an agent or factor) 6 : to greet by a prescribed form 7 : to adjust the club preparatory to hitting (a golf ball) 8 : to identify (as a peripheral or memory location) by an address or a name for information transfer ~ *vi, obs* : to direct one's speech or attentions — **ad·dress·er** *n*
**²ad·dress** \ə-'dres, *for 5 & 7 & 4 also* 'a-,dres\ *n* (1539) 1 : dutiful and courteous attention esp. in courtship — usu. used in pl. 2 **a** : readiness and capability for dealing (as with a person or problem) skillfully and smoothly : ADROITNESS **b** *obs* : a making ready; *also* : a state of preparedness 3 **a** : manner of bearing oneself ⟨a man of rude ~⟩ **b** : manner of speaking or singing : DELIVERY 4 : a formal communication; *esp* : a prepared speech delivered to a special audience or on a special occasion 5 **a** : a place where a person or organization may be communicated with **b** : directions for delivery on the outside of an object (as a letter or package) **c** : the designation of place of delivery placed between the heading and salutation on a business letter 6 : a preparatory position of the player and club in golf 7 : a location (as in the memory of a computer) where particular information is stored; *also* : the digits that identify such a location *syn* see TACT
**ad·dress·able** \ə-'dre-sə-bəl\ *adj* (1953) 1 : able to be addressed : di-

**cockboat • codon** 221

s *Erythroxylon*, family Erythroxylaceae); *esp* : primary source of cocaine 2 : dried leaves of *coca*) containing alkaloids including cocaine
\ *n* (1874) : a bitter crystalline alkaloid n coca leaves that is used medically as a topi- for its euphoric effects and that may result in al need
*vt* -ized; -iz·ing (1887) : to treat or anesthe-
ain·i·za·tion \-,kä-nə-'zā-shən\ *n*
:är-'bäk-sə-,läs, -,läz\ *n* (1932) : a coenzyme hat is a pyrophosphate of thiamine and is reactions (as decarboxylation in the Krebs
r-'si-nə-jən, kō-'kär-sᵊn-ə-,jen\ *n* (1938) : an carcinogenic effects of another substance — -,kär-sᵊn-ō-'je-nik\ *adj*
*Coccus*, genus of scales, fr. Gk *kokkos* grain, E INSECT
\(,)käk-,si-dē-,ō(-)dō-(,)mī-'kō-səs\ *n* [NL, fr. gi (fr. *coccidium*) + *mycosis*] (1937) : a dis- omestic animals caused by a fungus (*Coccidi-* esp. by fever and pulmonary symptoms
-dē-'ō-səs\ *n*, *pl* -o·ses \-,sēz\ [NL] (1892) se caused by coccidia
m\ *n*, *pl* -ia \-dē-ə\ [NL, dim. of *coccus*] (ca. Coccidia) of protozoans usu. parasitic in the rtebrates
1893) : of, relating to, or resembling a coccus oid *n*
c·ci \'kä-,kī, -,kē; 'käk-,sī, -,sē\ [NL, fr. Gk al bacterium — coc·cal \'kä-kəl\ *adj* -cocci [NL] : berry-shaped microorganism
l\ *adj* [ML *coccygeus* of the coccyx, fr. Gk of or relating to the coccyx
coc·cy·ges \'käk-sə-,jēz\ *also* coc·cyx·es k *kokkyx* cuckoo, coccyx; fr. its resemblance 5) : a small bone that articulates with the sists of four fused vertebrae which form the mn in humans and tailless apes
*hin* China, part of French Indochina] (1853) of large domestic fowl with thick plumage, densely feathered legs and feet — called also
'kō-\ *n* [MF & Sp; MF *cochenille*, fr. OSp ] (1582) 1 : a red dye consisting of the dried insects 2 : COCHINEAL INSECT
) : a small red cactus-feeding scale insect males of which are the source of cochineal
ē-\ *n*, *pl* co·chle·as *or* co·chle·ae \-klē-,ē, shell, fr. Gk *kochlias*, fr. *kochlos* snail; prob. ] (1688) : a division of the bony labyrinth of rtebrates that is usu. coiled like a snail shell ing organ — see EAR illustration — co·chle-
'r. OE *cocc*, of imit. origin] (bef. 12c) 1 a mestic fowl (*Gallus gallus*) b : the male of estic fowl c : WOODCOCK d *archaic* : the OCKCROW e : WEATHERCOCK 2 : a device (as ulating the flow of a liquid 3 a : a chief rson of spirit and often of a certain swagger hammer in the lock of a firearm b : the mer 5 : PENIS — usu. considered vulgar — hat dominates a group or situation esp. over-
SWAGGER 2 : to turn, tip, or stick up 3 : to firearm for firing ~ *vi* 1 a : to draw the k and set for firing; *also* : to set (the trigger) bend back in preparation for throwing or nism (as a camera shutter) for tripping 2 a lip, or tilt usu. to one side 3 : to turn up (as ok *also* **cock snooks** : to thumb the nose ⟨~ of the head⟩
origin] (14c) : a small pile (as of hay) ay) into cocks
dif. of F *cocarde*, fr. fem. of *cocard* vain, fr. . origin] (1709) : an ornament (as a rosette) ge — **cock·ad·ed** \-'kā-dəd\ *adj*
, -'hüp\ *adj* [fr. the phrase *to set cock a hoop* umphantly boastful : EXULTING 2 : AWRY 4E *cokaygne*, fr. MF (*pais de*) *cocaigne* land ary land of great luxury and ease
-kē\ *n* [alter. of *cockle* (dim. of ¹*cock*) + a soup made of chicken and leeks
om, -'lôr-\ *n*, *pl* -rums [prob. modif. of obs. of imit. origin] (ca. 1715) 1 : a boastful 2 : LEAPFROG 3 : boastful talk
na·mie \,kä-kə-'mā-mē\ *adj* [perh. alter. of ICULOUS, INCREDIBLE ⟨of all the ~ excuses I
i-kən-'bül-\ *n* (1795) : an incredible story
[alter. of *cocker* (*spaniel*) + *poodle*] (1970) en a cocker spaniel and a poodle
*n* [D *kaketielje*, fr. Pg *cacatilha*, fr. *cacatua* d small gray Australian parrot (*Nymphicus* ead
*pl* -toos [D *kaketoe*, fr. Malay *kakatua*] e noisy chiefly Australasian crested parrots genus *Cacatua*)
tris\ *n* [ME *cocatrice*, fr. MF *cocatris* ich- L *cocatric-*, *cocatrix* ichneumon] (14c) : a atched by a reptile from a cock's egg and

**cock·boat** \'käk-,bōt\ *n* (15c) : a small boat; *esp* : one used as a tender to a larger boat

**cock·cha·fer** \'käk-,chā-fər\ *n* [¹*cock* + *chafer*] (1712) : a large European beetle (*Melolontha melolontha*) destructive to vegetation as an adult and to roots as a larva; *also* : any of various related beetles

**cock·crow** \'käk-,krō\ *n* (13c) : DAWN

**cocked hat** \'käkt-\ *n* (1673) 1 : a hat with brim turned up to give a 3-cornered appearance 2 : a hat with brim turned up on two sides and worn either front to back or sideways

¹**cock·er** \'kä-kər\ *vt* [ME *cokeren*] (15c) : INDULGE, PAMPER

²**cocker** *n* (1689) : a keeper or handler of fighting cocks

³**cocker** *n* (ca. 1811) : COCKER SPANIEL

**cock·er·el** \'kä-k(ə-)rəl\ *n* [ME *cokerelle*, fr. MF dial. *kokerel*, dim. of OF *coc*] (15c) : a young male of the domestic fowl (*Gallus gallus*)

**cock·er spaniel** \'kä-kər-\ *n* [*cocking* woodcock hunting] (1840) 1 : ENGLISH COCKER SPANIEL 2 : any of a breed of spaniels developed in the U.S. from the English cocker spaniel that are smaller in size and have a shorter muzzle and longer thicker coat

**cock·eye** \'käk-'ī, -,ī\ *n* (ca. 1825) : a squinting eye

**cock·eyed** \'käk-,īd\ *adj* (1821) 1 : having a cockeye 2 a : ASKEW, AWRY b : slightly crazy : TOPSY-TURVY ⟨a ~ scheme⟩ c : DRUNK 1a — **cock·eyed·ly** \'käk-,ī(-ə)d-lē\ *adv* — **cock·eyed·ness** \-,īd-nəs\ *n*

**cock·fight** \'käk-,fīt\ *n* (ca. 1566) : a contest in which gamecocks usu. fitted with metal spurs are pitted against each other — **cock·fight·ing** \-,fī-tiŋ\ *adj or n*

**cock·horse** \'käk-,hȯrs\ *n* [perh. fr. cock, adj., (male) + *horse*] (ca. 1541) : ROCKING HORSE

¹**cock·le** \'kä-kəl\ *n* [ME, fr. OE *coccel*] (bef. 12c) : any of several weedy plants of the pink family; *esp* : CORN COCKLE

²**cockle** *n* [ME *cokille*, fr. MF *coquille* shell, modif. of L *conchylia*, pl. of *conchylium*, fr. Gk *konchylion*, fr. *konchē* conch] (14c) 1 : any of various chiefly marine bivalve mollusks (family Cardiidae) having a shell with convex radially ribbed valves; *esp* : a common edible European bivalve (*Cerastoderma edule* syn. *Cardium edule*) 2 : COCKLESHELL

³**cockle** *n* [ME *kokell*, ultim. fr. MF *coquillé* wavy or rounded like a shell, fr. *coquille*] (15c) : PUCKER, WRINKLE — **cockle** *vb*

**cock·le·bur** \'kä-kəl-,bər, 'kə-\ *n* (1804) : any of a genus (*Xanthium*) of prickly-fruited composite plants; *also* : one of its stiff-spined fruits

**cock·le·shell** \'kä-kəl-,shel\ *n* (15c) 1 a : the shell or one of the shell valves of a cockle b : a shell (as a scallop shell) suggesting a cockleshell 2 : a light flimsy boat

cockleshell 1a

**cockles of the heart** [perh. fr. ²*cockle*] (1671) : the core of one's being — usu. used in the phrase *warm the cockles of the heart*

**cock·loft** \'käk-,lȯft\ *n* [prob. fr. ¹*cock*] (1589) : a small garret

**cock·ney** \'käk-nē\ *n*, *pl* **cockneys** [ME *cokeney*, lit., cocks' egg, fr. *coken* (gen. pl. of *cok* cock) + *ey* egg, fr. OE *ǣg*] (14c) 1 *obs* a : a spoiled child b : a squeamish woman 2 *often cap* a : a native of London and esp. of the East End of London b : the dialect of London or of the East End of London — **cockney** *adj* — **cock·ney·fy** \'käk-ni-,fī\ *vt* — **cock·ney·ish** \-nē-ish\ *adj* — **cock·ney·ism** \-,i-zəm\ *n*

**cock·pit** \'käk-,pit\ *n* (1587) 1 a : a pit or enclosure for cockfights b : a place noted for esp. bloody, violent, or long-continued conflict 2 *obs* : the pit of a theater 3 : a compartment in a sailing warship used as quarters for junior officers and for treatment of the wounded in an engagement 4 : a space or compartment in a usu. small vehicle (as a boat, airplane, or automobile) from which it is steered, piloted, or driven — see AIRPLANE illustration

**cock·roach** \'käk-,rōch\ *n* [by folk etymology fr. Sp *cucaracha* cockroach, fr. *cuca* caterpillar] (1623) : any of an order or suborder (Blattodea syn. Blattaria) of chiefly nocturnal insects including some that are domestic pests

**cocks·comb** \'käks-,kōm\ *n* (1542) 1 : COXCOMB 2 : a garden plant (*Celosia cristata*) of the amaranth family grown for its flowers

**cocks·foot** \-,fu̇t\ *n* (1697) : ORCHARD GRASS

**cock·shut** \'käk-,shət\ *n* [fr. the time poultry are shut in to rest] (1598) *dial Eng* : evening twilight

**cock·shy** \-,shī\ *n*, *pl* **cockshies** [¹*cock* + *shy*, n.] (1836) 1 a : a throw at an object set up as a mark b : a mark or target so set up 2 : an object or person taken as a butt (as of criticism)

**cock·suck·er** \-,sə-kər\ *n* (ca. 1891) : one who performs fellatio — usu. considered obscene; often used as a generalized term of abuse

**cock·sure** \'käk-'shu̇r\ *adj* [prob. fr. ¹*cock* + *sure*] (1672) 1 : feeling perfect assurance sometimes on inadequate grounds 2 : marked by overconfidence or presumptuousness : COCKY **syn** see SURE — **cock·sure·ly** *adv* — **cock·sure·ness** *n*

¹**cock·tail** \'käk-,tāl\ *n* [prob. fr. ¹*cock* + *tail*] (1806) 1 a : an iced drink of wine or distilled liquor mixed with flavoring ingredients b : something resembling or suggesting such a drink c : a solution of agents taken or used together esp. for medical treatment or diagnosis 2 : an appetizer served as a first course at a meal

²**cocktail** *adj* (1865) 1 : of, relating to, or set aside for cocktails ⟨a ~ hour⟩ 2 : designed for semiformal wear ⟨~ dress⟩

³**cocktail** *n* [¹*cock* + *tail*] (1808) : a horse with its tail docked

**cocktail glass** *n* (1907) : a bell-shaped drinking glass usu. having a foot and stem and holding about three ounces (90 milliliters)

**cocktail lounge** *n* (1939) : a public room (as in a hotel, club, or restaurant) where cocktails and other drinks are served

**cocktail party** *n* (1928) : an informal or semiformal party or gathering at which cocktails are served

**cocktail table** *n* (1946) : COFFEE TABLE

**cock–up** \'kä-,kəp\ *n* (ca. 1948) *Brit* : MESS 3b

**cocky** \'kä-kē\ *adj* **cock·i·er**; **-est** (1768) 1 : boldly or brashly self-confident 2 : JAUNTY — **cock·i·ly** \'kä-kə-lē\ *adv* — **cock·i·ness** \'kä-kē-nəs\ *n*

**co·co** \'kō-(,)kō\ *n*, *pl* **cocos** [Sp *coco* & Pg *côco* bogeyman, grimace, coconut] (1555) : the coconut palm; *also* : its fruit

**co·coa** \'kō-(,)kō\ *n* [modif. of Sp *cacao*] (1788) 1 a : powdered ground roasted cacao beans from which a portion of the fat has been removed b : a beverage prepared by heating cocoa with water or milk 2 : CACAO 2 3 : a medium brown color

**cocoa bean** *n* (1855) : CACAO 1

**cocoa butter** *n* (1872) : a pale vegetable fat with a low melting point obtained from cacao beans

**co·co·nut** \'kō-kə-(,)nət\ *n* (1613) 1 : the drupaceous fruit of the coconut palm whose outer fibrous husk yields coir and whose nut contains thick edible meat and coconut milk 2 : the edible meat of the coconut

**coconut crab** *n* (ca. 1889) : a large edible coconut-eating burrowing land crab (*Birgus latro*) widely distributed about islands of the tropical Indian and Pacific Oceans

**coconut oil** *n* (1838) : a fatty oil or semisolid fat extracted from fresh coconuts and used esp. in making soaps and food products

**coconut palm** *n* (1852) : a tall pinnate-leaved coconut-bearing palm (*Cocos nucifera*) that grows along tropical coasts

¹**co·coon** \kə-'kün\ *n* [F *cocon*, fr. Prov *coucoun*, fr. *coco* shell, prob. fr. L *coccum* kermes (thought to be a gall or berry), fr. Gk *kokkos* berry, kermes] (1699) 1 a : an envelope often largely of silk which an insect larva forms about itself and in which it passes the pupa stage b : any of various other protective coverings produced by animals 2 a : a covering suggesting a cocoon b : a protective covering placed or sprayed over military or naval equipment in storage

²**cocoon** *vt* (1881) : to wrap or envelop in or as if in a cocoon

**co·coon·ing** \-'kü-niŋ\ *n* (1987) : the practice of spending leisure time at home in preference to going out

**co·cotte** \kō-'kȯt\ *n*, *pl* **cocottes** \-kȯt(s)\ [F] (1867) 1 : PROSTITUTE 2 : a shallow individual baking dish usu. with one or two handles

**co·co·yam** \'kō-(,)kō-yam\ *n* [prob. *coco* + *yam*] (1922) 1 : TARO 2 : YAUTIA

**co·cur·ric·u·lar** \,kō-kə-'ri-kyə-lər\ *adj* (1949) : being outside of but usu. complementing the regular curriculum

**cod** \'käd\ *n*, *pl* **cod** *also* **cods** [ME] (14c) 1 : any of various bottom-dwelling fishes (family Gadidae, the cod family) that usu. occur in cold marine waters and often have barbels and three dorsal fins: as a : one (*Gadus morhua*) of the No. Atlantic that is an important food fish b : one (*Gadus macrocephalus*) of the Pacific Ocean 2 : any of various bony fishes resembling the true cods

**co·da** \'kō-də\ *n* [It, lit., tail, fr. L *cauda*] (ca. 1753) 1 a : a concluding musical section that is formally distinct from the main structure b : a concluding part of a literary or dramatic work 2 : something that serves to round out, conclude, or summarize yet has its own interest

**cod·dle** \'kä-dᵊl\ *vt* **cod·dled**; **cod·dling** \'käd-liŋ, 'kä-dᵊl-iŋ\ [perh. fr. *caudle*] (1598) 1 : to cook (as eggs) in liquid slowly and gently just below the boiling point 2 : to treat with extreme care : PAMPER — **cod·dler** \'käd-lər, 'kä-dᵊl-ər\ *n*

¹**code** \'kōd\ *n* [ME, fr. MF, fr. L *caudex*, *codex* trunk of a tree, document formed orig. from wooden tablets] (14c) 1 : a systematic statement of a body of law; *esp* : one given statutory force 2 : a system of principles or rules ⟨moral ~⟩ 3 a : a system of signals or symbols for communication b : a system of symbols (as letters or numbers) used to represent assigned and often secret meanings 4 : GENETIC CODE 5 : a set of instructions for a computer — **code·less** \-ləs\ *adj*

²**code** *vb* **cod·ed**; **cod·ing** *vt* (1815) : to put in or into the form or symbols of a code ~ *vi* : to specify the genetic code ⟨a gene that ~s for a protein⟩ — **cod·able** \'kō-də-bəl\ *adj* — **cod·er** *n*

**code·book** *n* (1884) : a book containing an alphabetical list of words or expressions with their code equivalents

**co·deine** \'kō-,dēn\ *n* [F *codéine*, fr. Gk *kōdeia* poppyhead] (1881) : a morphine derivative $C_{18}H_{21}NO_3 \cdot H_2O$ that is found in opium, is weaker in action than morphine, and is used esp. in cough remedies

**code name** *n* (1919) : a designation having a secret meaning — **code-name** \'kōd-,nām\ *vt*

**co·de·pen·dence** \,kō-di-'pen-dən(t)s\ *n* (1989) : CODEPENDENCY

**co·de·pen·den·cy** \-dən(t)-sē\ *n* (1987) : a psychological condition or a relationship in which a person is controlled or manipulated by another who is affected with a pathological condition (as an addiction to alcohol or heroin) — **co·de·pen·dent** \-dənt\ *n or adj*

**co·de·ter·mi·na·tion** \,kō-di-,tər-mə-'nā-shən\ *n* (1949) : the participation of labor with management in determining business policy

**code word** *n* (1884) 1 : CODE NAME 2 : EUPHEMISM

**co·dex** \'kō-,deks\ *n*, *pl* **co·di·ces** \'kō-də-,sēz, 'kä-\ [L] (1670) : a manuscript book esp. of Scripture, classics, or ancient annals

**cod·fish** \'käd-,fish\ *n* (14c) : COD; *also* : its flesh used as food

**cod·ger** \'kä-jər\ *n* [prob. alter. of *cadger*] (1756) : an often mildly eccentric and usu. elderly fellow ⟨old ~⟩

**cod·i·cil** \'kä-də-səl, -,sil\ *n* [MF *codicille*, fr. L *codicillus*, dim. of *codic-*, *codex*] (15c) 1 : a legal instrument made to modify an earlier will 2 : APPENDIX, SUPPLEMENT — **cod·i·cil·la·ry** \,kä-də-'si-lə-rē\ *adj*

**co·di·col·o·gy** \,kō-də-'kä-lə-jē, ,kä-\ *n* [L *codic-*, *codex* + *-o-* + E *-logy*] (1953) : the study of manuscripts as cultural artifacts for historical purposes — **co·di·co·log·i·cal** \-kə-'lä-ji-kəl\ *adj*

**cod·i·fy** \'kä-də-,fī, 'kō-\ *vt* **-fied**; **-fy·ing** (ca. 1800) 1 : to reduce to a code 2 a : SYSTEMATIZE b : CLASSIFY — **cod·i·fi·abil·i·ty** \,kä-də-,fī-ə-'bi-lə-tē, ,kō-\ *n* — **cod·i·fi·ca·tion** \-fə-'kā-shən\ *n*

¹**cod·ling** \'käd-liŋ\ *n* (13c) 1 : a young cod 2 : any of several hakes (esp. genus *Urophycis*)

²**cod·ling** \'käd-liŋ\ *or* **cod·lin** \-lən\ *n* [alter. of ME *querdlyng*] (15c) : a small immature apple; *also* : any of several elongated greenish English cooking apples

**codling moth** *n* (1747) : a small tortricid moth (*Cydia pomonella*) having larvae that live in apples, pears, quinces, and English walnuts

**cod–liver oil** *n* (1783) : an oil obtained from the liver of the cod and closely related fishes and used as a source of vitamins A and D

**co·dom·i·nant** \,kō-'dä-mə-nənt, -'däm-nənt\ *adj* (ca. 1900) 1 a : forming part of the main canopy of a forest ⟨~ trees⟩ b : sharing in the controlling influence of a biotic community 2 : being fully expressed in the heterozygous condition ⟨~ alleles⟩ — **codominant** *n*

**co·don** \'kō-,dän\ *n* [¹*code* + ²*-on*] (1963) : a specific sequence of three consecutive nucleotides that is part of the genetic code and that speci-

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \à, k̟, ⁿ, œ, ǣ, ue, u̅e, ᵞ\ see Guide to Pronunciation

ces affecting an individual — used of some ...ve) — **com·pas·sion·ate·ly** *adv* — com...

...a-shə-,nāt\ *vt* **-at·ed; -at·ing** (1592) : pity... 48) : a coarse yellow-flowered composite ... with large pinnatifid leaves that occurs in ... s and railroad tracks of the central U.S. ... 891) : a circle graduated to degrees or quarters to show direction

...ə-tə-bəl\ *adj* [ME, fr. MF, fr. ML *compati...* — *compati*] (15c) **1 :** capable of existing together ... **2 :** capable of cross-fertilizing freely or ... capable of forming a homogeneous mixture ... s altered by chemical interaction **4 :** capable ... ion or grafting without immunological reaction ... ssue rejection) **5 :** designed to work with ... without modification; *esp* : being a computer ... the same manner and use the same software ... **com·pat·i·bil·i·ty** \-,pa-tə-'bi-lə-tē\ *n* — com... **·i·ble·ness** \-'pa-tə-bəl-nəs\ *n* — **com·pat·i...**

...ā-trē-ət, kām-, -trē-,at, *chiefly Brit* -'pa-... *patriota,* fr. L *com-* + LL *patriota* fellow co... ...TRIOT] (1611) **1 :** a person born, residing ... the same country as another **2 :** COMPEER ... **ri·ot·ic** \kəm-,pā-trē-'ä-tik, ,kām-, *chiefly* ...

...kām-, kəm-'\ *n* [ME, fr. OF *compere*, lit., godfather ... fr. L *com-* + *pater* father — more at FATHER ...

...ère, fr. OF, fr. L *compar*, fr. *compar*, adj., like ... : EQUAL, PEER — **compeer** *vt, obs*

**com·pelled; com·pel·ling** [ME *compellen* ... *mpellere*, fr. *com-* + *pellere* to drive — more ... ve or urge forcefully or irresistibly **2 :** to cause ... whelming pressure **3** *archaic* **:** to drive together

**·pel·la·ble** \-'pe-lə-bəl\ *adj*

...-pə-'lā-shən, ,-pe-\ *n* [L *compellation-, compellatio* ... address, fr. *com-* + *-pellare* (as in *appellare* ... 03) **1 :** an act or action of addressing someone

...lin\ *adj* (1606) **:** that compels: as **a :** FORCEFUL ... **:** demanding attention (for ~ reasons) ... idence) — **com·pel·ling·ly** *adv*

...\ *n* [ML *compendium*] (1596) **:** COMPENDIUM ... 'pen-dē-əs\ *adj* (14c) **:** marked by brief expression ... tive matter **:** concise and comprehensive ... *n*: see CONCISE — **com·pen·di·ous·ly** *adv* ...

...'pen-dē-əm\ *n, pl* **-di·ums** *or* **-dia** \-dē-ə\ [ML ... fr. *compendere* to weigh together, fr. *com-* ... re at PENDANT] (1589) **1 :** a brief summary ... ld of knowledge **:** ABSTRACT **2 a :** a list ... OLLECTION, COMPILATION

...pen(t)-sə-bəl\ *adj* (1661) **:** that is to be or can be ... -related injury) — **com·pen·sa·bil·i·ty** ...

...ən-,sāt, -,pen-\ *vb* **-sat·ed; -sat·ing** [L *compensatus* ... *re,* freq. of *compendere*] *vt* (1646) **1 :** to ... RBALANCE **2 :** to make an appropriate and ... ient to **3 a :** to provide with means of ... **:** to neutralize the effect of (variations) ~ *vi* ... nt — used with *for* **2 :** to offset an error ... **3 :** to undergo or engage in psychological ... ation *syn* see PAY — **com·pen·sa·tive** \kəm-... 'pen(t)-sə-\ *adj* — **com·pen·sa·tor** \'kām-... **om·pen·sa·to·ry** \kəm-'pen(t)-sə-,tōr-ē ...

...-pən-'sā-shən, -,pen-\ *n* (14c) **1 a :** the act of ... ite of being compensated **b :** correction of ... by hypertrophy or by increased functioning of ... paired parts of the same organ **c :** a psychological ... ch feelings of inferiority, frustration, or failure ... alanced by achievement in another **2 a :** ... itutes an equivalent or recompense (age basis ... *unemployed or injured workers or their dependents* ... :EMUNERATION — **com·pen·sa·tion·al** \-shnəl ...

...**tion** *n* (1965) **:** educational programs intended ... nces (as cultural) lacked by disadvantaged ch...

...e \'kām-,per\ *n* [F *compère*, lit., godfather ... 4) *chiefly Brit* **:** the master of ceremonies of ... vision program)

...**vb com·pered** *or* **com·pèred; com·per·ing** ... *chiefly Brit* **:** to act as compere for ~ *vi, chiefly* ... re

...**com·pet·ed; com·pet·ing** [LL *competere* ... come together, agree, be suitable, fr. *com-* ... more at FEATHER] (1620) **:** to strive consciously ... objective (as position, profit, or a prize) **:** be ...

...tən(t)s\ *n* (1632) **1 :** a sufficiency of means ... conveniences of life (provided his family with ... Ingamells) **2 :** the quality or state of being ... properties of an embryonic field that enable it ... istic manner to an organizer **b :** readiness ... metic transformation **3 :** the knowledge ... ak and understand a language — compare ...

...(t)-sē\ *n, pl* **-cies** (1596) **:** COMPETENCE ... ənt\ *adj* [ME, suitable, fr. MF & L; MF, ... fr. prp. of *competere*] (15c) **1 :** proper ... having requisite or adequate ability or qualities ...

... (a ~ teacher) (a ~ piece of work) **3 :** legally qualified or adequate (a ~ witness) **4 :** having the capacity to function or develop in a particular way; *specif* **:** having the capacity to respond (as by producing an antibody) to an antigenic determinant (immunologically ~ cells) *syn* see SUFFICIENT — **com·pe·tent·ly** *adv*

**com·pe·ti·tion** \,kām-pə-'ti-shən\ *n* [LL *competition-, competitio*, fr. L *competere*] (1605) **1 :** the act or process of competing **:** RIVALRY; as **a :** the effort of two or more parties acting independently to secure the business of a third party by offering the most favorable terms **b :** active demand by two or more organisms or kinds of organisms for some environmental resource in short supply **2 :** a contest between rivals; *also* **:** one's competitors (faced tough ~)

**com·pet·i·tive** \kəm-'pe-tə-tiv\ *adj* (1829) **1 :** relating to, characterized by, or based on competition (~ sports) **2 :** inclined, desiring, or suited to compete (a ~ personality) (salary benefits must be ~ —M. S. Kennedy) **3 :** depending for effectiveness on the relative concentration of two or more substances (~ inhibition of an enzyme) — **com·pet·i·tive·ly** *adv* — **com·pet·i·tive·ness** *n*

**com·pet·i·tor** \kəm-'pe-tə-tər\ *n* (1534) **:** one that competes: as **a :** RIVAL **b :** one selling or buying goods or services in the same market as another **c :** an organism that lives in competition with another

**com·pi·la·tion** \,kām-pə-'lā-shən *also* -,pī-\ *n* (15c) **1 :** the act or process of compiling **2 :** something compiled

**com·pile** \kəm-'pī(ə)l\ *vt* **com·piled; com·pil·ing** [ME, fr. MF *compiler*, fr. L *compilare* to plunder] (14c) **1 :** to compose out of materials from other documents **2 :** to collect and edit into a volume **3 :** to run (as a program) through a compiler **4 :** to build up gradually (compiled a record of four wins and two losses)

**com·pil·er** \kəm-'pī-lər\ *n* (14c) **1 :** one that compiles **2 :** a computer program that translates an entire set of instructions written in a higher-level symbolic language (as Pascal) into machine language before the instructions can be executed

**com·pla·cence** \kəm-'plā-sᵊn(t)s\ *n* (15c) **1 :** calm or secure satisfaction with oneself or one's lot **:** SELF-SATISFACTION **2** *obs* **:** COMPLAISANCE *syn* **:** UNCONCERN

**com·pla·cen·cy** \-sᵊn(t)-sē\ *n, pl* **-cies** (1650) **1 :** COMPLACENCE; *esp* **:** self-satisfaction accompanied by unawareness of actual dangers or deficiencies **2 :** an instance of complacency

**com·pla·cent** \kəm-'plā-sᵊnt\ *adj* [L *complacent-, complacens*, prp. of *complacere* to please greatly, fr. *com-* + *placere* to please — more at PLEASE] (1767) **1 :** SELF-SATISFIED (a ~ smile) **2 :** COMPLAISANT **3 :** UNCONCERNED — **com·pla·cent·ly** *adv*

**com·plain** \kəm-'plān\ *vi* [ME *compleynen*, fr. MF *complaindre*, fr. (assumed) VL *complangere*, fr. L *com-* + *plangere* to lament — more at PLAINT] (14c) **1 :** to express grief, pain, or discontent **2 :** to make a formal accusation or charge — **com·plain·er** *n* — **com·plain·ing·ly** *adv*

**com·plain·ant** \kəm-'plā-nənt\ *n* (15c) **:** the party who makes the complaint in a legal action or proceeding

**com·plaint** \kəm-'plānt\ *n* [ME *compleynte*, fr. MF *complainte*, fr. OF, fr. *complaindre*] (14c) **1 :** expression of grief, pain, or dissatisfaction **2 a :** something that is the cause or subject of protest or outcry **b :** a bodily ailment or disease **3 :** a formal allegation against a party

**com·plai·sance** \kəm-'plā-sᵊn(t)s, -zᵊn(t)s; ,kām-plā-'zan(t)s, -plə-, -'zān(t)s\ *n* (1651) **:** disposition to please or comply **:** AFFABILITY

**com·plai·sant** \-sᵊnt, -zᵊnt, -'zant, -'zānt\ *adj* [F, fr. MF, fr. prp. of *complaire* to gratify, acquiesce, fr. L *complacere*] (1647) **1 :** marked by an inclination to please or oblige **2 :** tending to consent to others' wishes *syn* see AMIABLE — **com·plai·sant·ly** *adv*

**com·pleat** \kəm-'plēt\ *adj* [archaic variant of *complete* in *The Compleat Angler* (1653) by Izaak Walton] (1526) **:** COMPLETE 3

**com·plect·ed** \kəm-'plek-təd\ *adj* [irreg. fr. *complexion*] (1806) **:** having a specified facial complexion (a tall, thin man, fairly dark ~ —E. J. Kahn)

*usage* Not an error, nor a dialectal term, nor nonstandard—all of which it has been labeled—*complected* still manages to raise hackles. It is an Americanism, apparently nonexistent in British English. Its currency in American English is attested as early as 1806 (by Meriwether Lewis) and it appears in the works of such notable American writers as Mark Twain, O. Henry, James Whitcomb Riley, and William Faulkner. *Complexioned*, recommended by handbooks, has less use than *complected*. Literary use, old and new, slightly favors *complected*.

**¹com·ple·ment** \'kām-plə-mənt\ *n* [ME, fr. L *complementum*, fr. *complēre* to fill up, complete, fr. *com-* + *plēre* to fill — more at FULL] (14c) **1 a :** something that fills up, completes, or makes perfect **b :** the quantity or number required to make a thing complete (the usual ~ of eyes and ears —Francis Parkman); *esp* **:** the whole force or personnel of a ship **c :** one of two mutually completing parts **:** COUNTERPART **2 a :** the angle or arc that when added to a given angle or arc equals a right angle in measure **b :** the set of all elements that do not belong to a given set and are contained in a particular mathematical set containing the given set **c :** a number that when added to another number of the same sign yields zero if the significant digit farthest to the left is discarded — used esp. in assembly language programming **3 :** the musical interval required with a given interval to complete the octave **4 :** an added word or expression by which a predication is made complete (as *president* in "they elected him president" and *beautiful* in "he thought her beautiful") **5 :** the thermolabile group of proteins in normal blood serum and plasma that in combination with antibodies causes the destruction esp. of particulate antigens (as bacteria and foreign blood corpuscles)

complement 2a: *ACB* right angle, *ACD* complement of *DCB* (and vice versa), *AD* complement of *DB* (and vice versa)

**²com·ple·ment** \-,ment\ *vi* (1602) *obs* **:** to exchange formal courtesies ~ *vt* **1 :** to be complementary to **2** *obs* **:** COMPLIMENT

**com·ple·men·tal** \,kām-plə-'men-tᵊl\ *adj* (1597) **1 :** relating to or being a complement **2** *obs* **:** CEREMONIOUS, COMPLIMENTARY

**com·ple·men·tar·i·ty** \,kām-plə-(,)men-'tar-ə-tē, -mən-\ *n* (1911) **:** the quality or state of being complementary

**com·ple·men·ta·ry** \,kām-plə-'men-t(ə-)rē\ *adj* (1829) **1 :** relating to or constituting one of a pair of contrasting colors that produce a neutral color when combined in suitable proportions **2 :** serving to fill out or complete **3 :** mutually supplying each other's lack **4 :** being complements of each other (~ acute angles) **5 :** characterized by the capacity for precise pairing of purine and pyrimidine bases between strands of DNA and sometimes RNA such that the structure of one strand determines the other — **com·ple·men·ta·ri·ly** \-'men-t(ə-)rə-lē, -(,)men-'ter-ə-lē\ *adv* — **com·ple·men·ta·ri·ness** \-'men-t(ə-)rē-nəs\ *n* — **complementary** *n*

**com·ple·men·ta·tion** \,kām-plə-(,)men-'tā-shən, -mən-\ *n* (1942) **1 :** the operation of determining the complement of a mathematical set **2 :** production of normal phenotype in an individual heterozygous for two closely related mutations with one on each homologous chromosome and at a slightly different position

**complement fixation** *n* (1906) **:** the process of binding serum complement to the product formed by the union of an antibody and the antigen for which it is specific that occurs when complement is added to a suitable mixture of such an antibody and antigen

**complement–fixation test** *n* (1911) **:** a diagnostic test for the presence of a particular antibody in the serum of a patient that involves inactivation of the complement in the serum, addition of measured amounts of the antigen for which the antibody is specific and of foreign complement, and detection of the presence or absence of complement fixation by the addition of a suitable indicator system — compare WASSERMANN TEST

**com·ple·men·tiz·er** \'kām-plə-mən-,tī-zər, -(,)men-\ *n* (1965) **:** a function word or morpheme that combines with a clause or verbal phrase to form a subordinate clause

**¹com·plete** \kəm-'plēt\ *adj* **com·plet·er; -est** [ME *complet*, fr. MF, fr. L *completus*, fr. pp. of *complēre*] (14c) **1 a :** having all necessary parts, elements, or steps (~ diet) **b :** having all four sets of floral organs **c** *of a subject or predicate* **:** including modifiers, complements, or objects **2 :** brought to an end **:** CONCLUDED (a ~ period of time) **3 :** highly proficient (a ~ artist) **4 a :** fully carried out **:** THOROUGH (a ~ renovation) **b :** TOTAL, ABSOLUTE (~ silence) **5** *of insect metamorphosis* **:** characterized by the occurrence of a pupal stage between the motile immature stages and the adult — compare INCOMPLETE 1b **6** *of a metric space* **:** having the property that every Cauchy sequence of elements converges to a limit in the space *syn* see FULL — **com·plete·ly** *adv* — **com·plete·ness** *n* — **com·ple·tive** \-'plē-tiv\ *adj* — **complete with :** made complete by the inclusion of (a birthday cake *complete with* candles)

**²complete** *vt* **com·plet·ed; com·plet·ing** (15c) **1 :** to bring to an end and esp. into a perfected state (~ a painting) **2 a :** to make whole or perfect (its song ~s the charm of this bird) **b :** to mark the end of (a rousing chorus ~s the show) **c :** EXECUTE, FULFILL (~ a contract) **3 :** to carry out (a forward pass) successfully *syn* see CLOSE

**complete fertilizer** *n* (1900) **:** a fertilizer that contains the three chief plant nutrients nitrogen, phosphoric acid, and potash

**com·ple·tion** \kəm-'plē-shən\ *n* (1657) **1 :** the act or process of completing **2 :** the quality or state of being complete **3 :** a completed forward pass in football

**¹com·plex** \'kām-,pleks\ *n* [LL *complexus* totality, fr. L, embrace, fr. *complecti*] (1643) **1 :** a whole made up of complicated or interrelated parts (a ~ of university buildings) (a ~ of welfare programs) (the military-industrial ~) **2 a :** a group of culture traits relating to a single activity (as hunting), process (as use of flint), or culture unit **b (1) :** a group of repressed desires and memories that exerts a dominating influence upon the personality **(2) :** an exaggerated reaction to a subject or situation **c :** a group of obviously related units of which the degree and nature of the relationship is imperfectly known **3 :** a chemical association of two or more species (as ions or molecules) joined usu. by weak electrostatic bonds rather than covalent bonds

**²com·plex** \'kām-'pleks, kəm-', 'kām-,\ *adj* [L *complexus*, pp. of *complecti* to embrace, comprise (a multitude of objects), fr. *com-* + *plectere* to braid — more at PLY] (ca. 1652) **1 a :** composed of two or more parts **:** COMPOSITE **b (1)** *of a word* **:** having a bound form as one or more of its immediate constituents (*unmanly* is a ~ word) **(2)** *of a sentence* **:** consisting of a main clause and one or more subordinate clauses **2 :** hard to separate, analyze, or solve **3 :** of, concerned with, being, or containing complex numbers (a ~ root) (~ analysis) — **com·plex·ly** *adv* — **com·plex·ness** *n*

*syn* COMPLEX, COMPLICATED, INTRICATE, INVOLVED, KNOTTY mean having confusingly interrelated parts. COMPLEX suggests the unavoidable result of a necessary combining and does not imply a fault or failure (a complex recipe). COMPLICATED applies to what offers great difficulty in understanding, solving, or explaining (*complicated* legal procedures). INTRICATE suggests such interlacing of parts as to make it nearly impossible to follow or grasp them separately (an *intricate* web of deceit). INVOLVED implies extreme complication and often disorder (a rambling, *involved* explanation). KNOTTY suggests complication and entanglement that make solution or understanding improbable (*knotty* ethical questions).

**³com·plex** *same as* ²\ *vt* (1658) **1 :** to make complex or into a complex **2 :** CHELATE — **com·plex·a·tion** \,kām-,plek-'sā-shən, kəm-\ *n*

**complex fraction** *n* (1827) **:** a fraction with a fraction or mixed number in the numerator or denominator or both — compare SIMPLE FRACTION

**com·plex·i·fy** \kām-'plek-sə-,fī, kəm-\ *vb* **-fied; -fy·ing** *vt* (1830) **:** to make complex ~ *vi* **:** to become complex

**com·plex·ion** \kəm-'plek-shən\ *n* [ME, fr. MF, fr. ML *complexion-, complexio*, fr. L, combination, fr. *complecti*] (14c) **1 :** the combination of the hot, cold, moist, and dry qualities held in medieval physiology to determine the quality of a body **2 a :** an individual complex of ways of thinking or feeling **b :** a complex of attitudes and inclinations **3 :** the hue or appearance of the skin and esp. of the face (a dark ~) **4**

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \à, ḵ, ⁿ, œ, œ̄, ue, ue̅, ʸ\ see Guide to Pronunciation

vident manner : CLEARLY, OBVIOUSLY ⟨any style ... d-rate —T. S. Eliot⟩ 2 : on the basis of availa... rn . . . ~ in Texas —Robert Coughlan⟩
en & US also ˈē-(ˌ)vil\ adj evil·er or evil·ler ... E, fr. OE yfel; akin to OHG ubil evil] (bef. 12c) ... nsible : SINFUL, WICKED ⟨an ~ impulse⟩ b : ar... ated bad character or conduct ⟨a man of ~ repu... : INFERIOR b : causing discomfort or repulsion ... odor⟩ c : DISAGREEABLE ⟨woke late and in an ... using harm : PERNICIOUS ⟨the ~ institution of sl... by misfortune : UNLUCKY — evil adv, archaic — evil·ness \-nəs\ n
a : the fact of suffering, misfortune, and wrongdo... evil force 2 : something that brings sorrow, ...
ə-ər\ n (14c) : one who does evil
n (14c) : the act or action of doing evil
: an eye or glance held capable of inflicting harm ... ved to have such an eye or glance
l-ˈmīn-dəd, -vil-\ adj (1531) : having an evil dispo... nts — evil–mind·ed·ly adv — evil–mind·ed·ness
evinced; evinc·ing [L evincere to vanquish, win ... cere to conquer — more at VICTOR] (1621) 1 : ... evidence of 2 : to display clearly : REVEAL syn ...
ble \-ˈvin(t)-sə-bəl\ adj
ə-ˌrāt\ vb -at·ed; -at·ing [L evisceratus, pp. of ev... ra viscera] vt (1621) 1 a : to take out the entrails ... : to deprive of vital content or force 2 : to remove ... tient) or the contents of (an organ) ~ vi : to pro... gical incision or suffer protrusion of a part through — ... cer·a·tion \-ˌvi-sə-ˈrā-shən\ n
-bəl\ adj [L evitabilis, fr. evitare to avoid, fr. e... 2) : capable of being avoided
-bəl, i-ˈvō-kə-\ adj (1886) : capable of being evoked
cā-shən, ˌe-və-\ n [L evocation-, evocatio, fr. evocare ... or fact of evoking : SUMMONING: as a : the su... b : imaginative recreation ⟨an ~ of the past⟩ ...
vo·ca·tor \ˈē-vō-ˌkā-tər, ˈe-və-\ n
ə-tiv\ adj (1657) : evoking or tending to evoke ... onse ⟨settings . . . so ~ that they bring tears to th... s⟩ — evoc·a·tive·ly adv — evoc·a·tive·ness n
oked; evok·ing [F évoquer, fr. L evocare, fr. e-... re at VOCATION] (ca. 1626) 1 : to call forth or up ... ⟨~ evil spirits⟩ b : to cite esp. with approval or ... : to bring to mind or recollection ⟨this place ... ecreate imaginatively syn see EDUCE
also ˈē-və-\ n (ca. 1736) : the locus of the centers ... elope of the normals of a curve
ü-shən, ˌē-və-\ n [L evolution-, evolutio unrolling, fr. ... : one of a set of prescribed movements 2 a : ... a certain direction : UNFOLDING b : the action ... ing and giving something off : EMISSION c (1) : ... ous change from a lower, simpler, or worse to ... lex, or better state : GROWTH (2) : a process ... ly peaceful social, political, and economic advance ... ved 3 : the process of working out or developing ... l development of a biological group (as a race ... Y b : a theory that the various types of animals ... r origin in other preexisting types and that the di... nces are due to modifications in successive genera... action of a mathematical root 6 : a process ... verse is a progression of interrelated phenomena ... \-shə-ˌner-ə-lē\ adv — evo·lu·tion·ary \-shə-ner... -tion·ism \-shə-ˌni-zəm\ n — evo·lu·tion·ist ...
v, ē- also -ˈväv or -ˈvȯv\ vb evolved; evolv·ing [L ... e- + volvere to roll — more at VOLUBLE] vt (1641) ... IVE, EDUCE b : to produce by natural evolutionary ... LOP, WORK OUT ⟨~ social, political, and literary pa... Doob⟩ ~ vi : to undergo evolutionary change ... və-bəl, -ˈvȯl- also -ˈvä-və- or -ˈvȯ-və-\ ad... välv-mənt, -ˈvȯlv- also -ˈväv- or -ˈvȯv-\ n
n\ n [L evulsion-, evulsio, fr. evellere to pluck out ... luck — more at VULNERABLE] (ca. 1611) : EXTRAC...
[NGk euzōnos, fr. Gk, active, lit., well girt, fr. eu- ... ore at ZONE] (1897) : a member of a select Greek ... erving as a palace guard
ls also ˈyō\ n [ME, fr. OE ēowu; akin to OHG ouwi ... k ois] (bef. 12c) : the female of the sheep esp. when ... male of various related animals
n, pl Ewe also Ewes (1861) : a people of Ghana ... a Kwa language; also : the
(1820) : a thin neck with a ... ring as a defect in dogs and ... ked \-ˈnekt\ adj
ə)r\ n [ME, fr. AF, fr. OF ... water source, neut. of aquar- ... ua water — more at ISLAND] ... d pitcher or jug

ewer

\ˈyü-iŋz-\ n [James Ewing ... ogist] (1951) : a tumor that ... a long bone and that tends to ... astasizes
(ca. 1755) 1 : out of : FROM: ... fied place or source b : from ... romising calf by Eric XVI ~ ... free from : WITHOUT: as a ... ed value or right — used esp. ... e of charges precedent to re... cified place with purchaser to

... (provide) means of subsequent transportation ⟨~ dock⟩
... (1827) : one that formerly held a specified position or place; ... spouse
... (1889) : the letter x
... occurs in this prefix where only i is shown below (as in "ex-... sometimes occurs where only gz is shown (as in "exact")\ ... [ME, fr. OF & L; OF, fr. L (also, prefix with perfective and caus... : ex out of, from; akin to Gk ex, ex- out of, from OCS iz] ... outside ⟨exclave⟩ 2 : not ⟨exstipulate⟩ 3 \(ˌ)eks, ˈeks\ ... fr. L]: former ⟨ex-president⟩
... [ISV, modif. of Gk hexa- hexa-] : quintillion ⟨exa-...
ex·ac·er·bate \ig-ˈza-sər-ˌbāt\ vt -bat·ed; -bat·ing [L exacerbatus, pp. of exacerbare, fr. ex- + acerbus harsh, bitter, fr. acer sharp — more at EDGE] (1660) : to make more violent, bitter, or severe ⟨the proposed ... would ~ unemployment problems —Science⟩ — ex·ac·er·ba·tion \-ˌza-sər-ˈbā-shən\ n
ex·act \ig-ˈzakt\ vt [ME, to require as payment, fr. L exactus, pp. of exigere to drive out, demand, measure, fr. ex- + agere to drive — more at AGENT] (1564) 1 : to call for forcibly or urgently and obtain ⟨from them has been ~ed the ultimate sacrifice —D. D. Eisenhower⟩ 2 : to call for as necessary or desirable syn see DEMAND — ex·act·able \-ˈzak-tə-bəl\ adj — ex·ac·tor also ex·act·er \-ˈzak-tər\ n
²exact adj [L exactus] (1533) 1 : exhibiting or marked by strict, particular, and complete accordance with fact or a standard 2 : marked by thorough consideration or minute measurement of small factual details syn see CORRECT — ex·act·ness \-ˈzak(t)-nəs\ n
ex·ac·ta \ig-ˈzak-tə\ n [AmerSp (quiniela) exacta exact quiniela] (1964) : PERFECTA
exact differential n (1825) : a differential expression of the form $X_1 dx_1 + \dots + X_n dx_n$ where the $X$'s are the partial derivatives of a function $f(x_1, \dots, x_n)$ with respect to $x_1, \dots, x_n$ respectively
ex·act·ing \ig-ˈzak-tiŋ\ adj (1634) 1 : tryingly or unremittingly severe in making demands 2 : requiring careful attention and precision syn see ONEROUS — ex·act·ing·ly \-tiŋ-lē\ adv — ex·act·ing·ness n
ex·ac·tion \ig-ˈzak-shən\ n (15c) 1 a : the act or process of exacting b : EXTORTION 2 : something exacted; esp : a fee, reward, or contribution demanded or levied with severity or injustice
ex·ac·ti·tude \ig-ˈzak-tə-ˌtüd, -ˌtyüd\ n (1734) : the quality or an instance of being exact : EXACTNESS
ex·act·ly \ig-ˈzak-(t)lē\ adv (1612) 1 a : in a manner or measure or to a degree or number that strictly conforms to a fact or condition ⟨it's ~ 3 o'clock⟩ ⟨these two pieces are ~ the same size⟩ b : in every respect : ALTOGETHER, ENTIRELY ⟨that was ~ the wrong thing to do⟩ ⟨not ~ what I had in mind⟩ 2 : quite so — used to express agreement
exact science n (1843) : a science (as physics, chemistry, or astronomy) whose laws are capable of accurate quantitative expression
ex·ag·ger·ate \ig-ˈza-jə-ˌrāt\ vb -at·ed; -at·ing [L exaggeratus, pp. of exaggerare, lit., to heap up, fr. ex- + agger heap, fr. aggerere to carry toward, fr. ad- + gerere to carry] vt (ca. 1587) 1 : to enlarge beyond bounds or the truth : OVERSTATE ⟨a friend ~s a man's virtues —Joseph Addison⟩ 2 : to enlarge or increase esp. beyond the normal : OVEREMPHASIZE ~ vi : to make an overstatement — ex·ag·ger·at·ed·ly adv — ex·ag·ger·at·ed·ness n — ex·ag·ger·a·tion \-ˌza-jə-ˈrā-shən\ n — ex·ag·ger·a·tive \-ˈza-jə-ˌrā-tiv, -ˈzaj-rə-, -ˈza-jə-\ adj — ex·ag·ger·a·tor \-ˈza-jə-ˌrā-tər\ n — ex·ag·ger·a·to·ry \-ˈzaj-rə-ˌtȯr-ē, -ˌtȯr-, -ˈza-jə-\ adj
ex·alt \ig-ˈzȯlt\ vb [ME, fr. MF & L; MF exalter, fr. L exaltare, fr. ex- + altus high — more at OLD] vt (15c) 1 : to raise in rank, power, or character 2 : to elevate by praise or in estimation : GLORIFY 3 obs : ELATE 4 : to raise high : ELEVATE 5 : to enhance the activity of : INTENSIFY ⟨rousing and ~ing the imagination —George Eliot⟩ ~ vi : to induce exaltation — ex·alt·ed·ly adv — ex·alt·er n
ex·al·ta·tion \ˌeg-ˌzȯl-ˈtā-shən, ˌek-ˌsȯl-\ n (14c) 1 : an act of exalting : the state of being exalted 2 : an excessively intensified sense of well-being, power, or importance 3 : an increase in degree or intensity ⟨~ of virulence of a virus⟩
ex·am \ig-ˈzam\ n (1877) : EXAMINATION
ex·a·men \ig-ˈzā-mən\ n [L, tongue of a balance, examination, fr. exigere — more at EXACT] (1606) 1 : EXAMINATION 2 : a critical study
ex·am·i·nant \-ˈza-mə-nənt\ n (1588) 1 : EXAMINEE 2 : one who examines : EXAMINER
ex·am·i·na·tion \ig-ˌza-mə-ˈnā-shən\ n (14c) 1 : the act or process of examining : the state of being examined 2 : an exercise designed to examine progress or test qualification or knowledge 3 : a formal interrogation — ex·am·i·na·tion·al \-shnəl, -shə-nᵊl\ adj
ex·am·ine \ig-ˈza-mən\ vb ex·am·ined; ex·am·in·ing \-ˈzam-niŋ, -ˈza-mə-\ [ME, fr. MF examiner, fr. L examinare, fr. examen] vt (14c) 1 a : to inspect closely b : to test the condition of c : to inquire into carefully : INVESTIGATE 2 a : to interrogate closely ⟨~ a prisoner⟩ b : to test by questioning in order to determine progress, fitness, or knowledge ~ vi : to make or give an examination syn see SCRUTINIZE — ex·am·in·able \-ˈza-mə-nə-bəl\ adj — ex·am·in·er \-ˈzam-nər, -ˈza-mə-\ n
ex·am·in·ee \ig-ˌza-mə-ˈnē\ n (1788) : a person who is examined
¹ex·am·ple \ig-ˈzam-pəl\ n [ME, fr. MF, fr. L exemplum, fr. eximere to take out, fr. ex- + emere to take — more at REDEEM] (14c) 1 : one that serves as a pattern to be imitated or not to be imitated ⟨a good ~⟩ ⟨a bad ~⟩ 2 : a punishment inflicted on someone as a warning to others; also : an individual so punished 3 : one (as an item or incident) that is representative of all of a group or type 4 : a parallel or closely similar case esp. when serving as a precedent or model 5 : an instance (as a problem to be solved) serving to illustrate a rule or precept or to act as an exercise in the application of a rule syn see INSTANCE, MODEL — for example \fər-ig-ˈzam-pəl, frig-\ : as an example ⟨there are many sources of air pollution; exhaust fumes, for example⟩
²example vt ex·am·pled; ex·am·pling \-p(ə-)liŋ\ (15c) 1 : to serve as an example of 2 archaic : to be or set an example to
ex·an·i·mate \eg-ˈza-nə-mət\ adj [L exanimatus, pp. of exanimare to deprive of life or spirit, fr. ex- + anima breath, soul — more at ANIMATE] (ca. 1534) 1 : lacking animation : SPIRITLESS 2 : being or appearing lifeless
ex·an·them \eg-ˈzan(t)-thəm, ˈek-ˌsan-ˌthem\ also ex·an·the·ma \ˌeg-ˌzan-ˈthē-mə\ n, pl -thems also -them·a·ta \ˌeg-ˌzan-ˈthe-mə-tə\ or -themas [LL exanthema, fr. Gk exanthēma, fr. exanthein to bloom, break out, fr. ex- + anthos flower — more at ANTHOLOGY] (1656) : an eruptive disease (as measles) or its symptomatic eruption — ex·an·them·a·tous \ˌeg-ˌzan-ˈthe-mə-təs\ or ex·an·the·mat·ic \-ˌzan-thə-ˈma-tik\ adj
¹ex·arch \ˈek-ˌsärk\ n [LL exarchus, fr. LGk exarchos, fr. Gk, leader, fr. exarchein to begin, take the lead, fr. ex- + archein to rule, begin — more at ARCH-] (1588) 1 : a Byzantine viceroy 2 : an Eastern bishop ranking below a patriarch and above a metropolitan; specif : the head of an independent church — ex·ar·chal \ek-ˈsär-kəl\ adj — ex·arch·ate \ˈek-ˌsär-kət\ n — ex·ar·chy \ˈek-ˌsär-kē\ n
²exarch adj [exo- + -arch] (1891) : formed or taking place from the periphery toward the center ⟨~ xylem⟩
¹ex·as·per·ate \ig-ˈzas-pə-ˌrāt\ vt -at·ed; -at·ing [L exasperatus, pp. of exasperare, fr. ex- + asper rough — more at ASPERITY] (1534) 1 a : to excite the anger of : ENRAGE b : to cause irritation or annoyance to 2 obs : to make more grievous : AGGRAVATE syn see IRRITATE — ex·as·per·at·ed·ly adv — ex·as·per·at·ing·ly \-ˌrā-tiŋ-lē\ adv
²ex·as·per·ate \-p(ə-)rət\ adj (1541) 1 : irritated or annoyed esp. to the point of injudicious action : EXASPERATED 2 : roughened with irregular prickles or elevations ⟨~ seed coats⟩
ex·as·per·a·tion \ig-ˌzas-pə-ˈrā-shən\ n (1547) 1 : the state of being exasperated 2 : the act or an instance of exasperating
Ex·cal·i·bur \ek-ˈska-lə-bər\ n [ME Excalaber, fr. OF Escalibor, fr. ML Caliburnus] : the sword of King Arthur
ex ca·the·dra \ˌeks-kə-ˈthē-drə\ adv or adj [NL, lit., from the chair] (1818) : by virtue of or in the exercise of one's office or position ⟨ex cathedra pronouncements⟩
ex·ca·vate \ˈek-skə-ˌvāt\ vb -vat·ed; -vat·ing [L excavatus, pp. of excavare, fr. ex- + cavare to make hollow — more at CAVATINA] vt (1599) 1 : to form a cavity or hole in 2 : to form by hollowing out 3 : to dig out and remove 4 : to expose to view by or as if by digging away a covering ⟨~ the remains of a temple⟩ ⟨another writer whose work I excavated —William Zinsser⟩ ~ vi : to make excavations
ex·ca·va·tion \ˌek-skə-ˈvā-shən\ n (ca. 1611) 1 : the action or process of excavating 2 : a cavity formed by cutting, digging, or scooping — ex·ca·va·tion·al \-shnəl, -shə-nᵊl\ adj
ex·ca·va·tor \ˈek-skə-ˌvā-tər\ n (ca. 1815) : one that excavates; esp : a power-operated shovel
ex·ceed \ik-ˈsēd\ vb [ME exceden, fr. MF exceder, fr. L excedere, fr. ex- + cedere to go] vt (14c) 1 : to extend outside of ⟨the river will ~ its banks⟩ 2 : to be greater than or superior to 3 : to go beyond a limit set by ⟨~ed his authority⟩ ~ vi 1 obs : OVERDO 2 : PREDOMINATE
syn EXCEED, SURPASS, TRANSCEND, EXCEL, OUTDO, OUTSTRIP mean to go or be beyond a stated or implied limit, measure, or degree. EXCEED implies going beyond a limit set by authority or established by custom or by prior achievement ⟨exceed the speed limit⟩. SURPASS suggests superiority in quality, merit, or skill ⟨the book surpassed our expectations⟩. TRANSCEND implies a rising or extending notably above or beyond ordinary limits ⟨transcended the values of their culture⟩. EXCEL implies preeminence in achievement or quality and may suggest superiority to all others ⟨excels in mathematics⟩. OUTDO applies to a bettering or exceeding what has been done before ⟨outdid herself this time⟩. OUTSTRIP suggests surpassing in a race or competition ⟨outstripped other firms in sales⟩.
ex·ceed·ing adj (15c) : exceptional in amount, quality, or degree
ex·ceed·ing·ly \-ˈsē-diŋ-lē\ also ex·ceed·ing adv (1535) : to an extreme degree : EXTREMELY
ex·cel \ik-ˈsel\ vb ex·celled; ex·cel·ling [ME excellen, fr. L excellere, fr. ex- + -cellere to rise, project; akin to L collis hill — more at HILL] vt (15c) : to be superior to : surpass in accomplishment or achievement ~ vi : to be distinguishable by superiority : surpass others ⟨~ in sports⟩ ⟨excelled at lipreading⟩ syn see EXCEED
ex·cel·lence \ˈek-s(ə-)lən(t)s\ n (14c) 1 : the quality of being excellent 2 : an excellent or valuable quality : VIRTUE 3 : EXCELLENCY 2
ex·cel·len·cy \-s(ə-)lən(t)-sē\ n, pl -cies (15c) 1 : EXCELLENCE; esp : outstanding or valuable quality — usu. used in pl. ⟨so crammed, as he thinks, with excellencies —Shak.⟩ 2 — used as a title for high dignitaries of state (as a governor or an ambassador) or church (as a Roman Catholic archbishop or bishop)
ex·cel·lent \ˈek-s(ə-)lənt\ adj [ME, fr. MF, fr. L excellent-, excellens, fr. prp. of excellere] (14c) 1 archaic : SUPERIOR 2 : very good of its kind : eminently good : FIRST-CLASS — ex·cel·lent·ly adv
ex·cel·si·or \ik-ˈsel-sē-ər, -ˌȯr\ n [trade name, fr. L, higher, compar. of excelsus high, fr. pp. of excellere] (1868) : fine curled wood shavings used esp. for packing fragile items
¹ex·cept \ik-ˈsept\ also ex·cept·ing \-ˈsep-tiŋ\ prep (14c) : with the exclusion or exception of ⟨daily ~ Sundays⟩
²except vb [ME, fr. MF excepter, fr. L exceptare, fr. exceptus, pp. of excipere to take out, except, fr. ex- + capere to take — more at HEAVE] vt (14c) : to take or leave out from a number or a whole : EXCLUDE ~ vi : to take exception : OBJECT — ex·cep·tive \-ˈsep-tiv\ adj
³except also excepting conj (15c) 1 : on any other condition than that : UNLESS ⟨~ you repent⟩ 2 : with this exception, namely ⟨was inaccessible ~ by boat⟩ 3 : ONLY — often followed by that ⟨I would go ~ that it's too far⟩
except for prep (1842) 1 : with the exception of ⟨everyone was gone except for me⟩ 2 : were it not for ⟨except for you I would be dead⟩
ex·cep·tion \ik-ˈsep-shən\ n (14c) 1 : the act of excepting : EXCLUSION 2 : one that is excepted; esp : a case to which a rule does not apply 3 : QUESTION, OBJECTION ⟨witnesses whose authority is beyond ~ —T. B. Macaulay⟩ 4 : an oral or written legal objection
ex·cep·tion·able \ik-ˈsep-sh(ə-)nə-bəl\ adj (1691) : being likely to cause objection : OBJECTIONABLE ⟨visitors even drink the ~ beer —W. D. Howells⟩ — ex·cep·tion·abil·i·ty \-ˌsep-sh(ə-)nə-ˈbi-lə-tē\ n — ex·cep·tion·ably \-ˈsep-sh(ə-)nə-blē\ adv

*jogleour,* fr. L *joculator,* fr. *joculari*] (14c) 1 a : one who performs tricks or acts of magic or deftness b : one skilled in keeping several objects in motion in the air at the same time by alternately tossing and catching them 2 : one who manipulates esp. in order to achieve a desired end

**jug·glery** \'jə-glə-rē\ *n* (14c) 1 : the art or practice of a juggler 2 : manipulation or trickery esp. to achieve a desired end

[1]**jug·u·lar** \'jə-gyə-lər *also* 'jü- *also* -g(ə-)lər\ *adj* [LL *jugularis,* fr. L *jugulum* collarbone, throat, fr. *jugum* yoke] (1597) 1 : of or relating to the throat or neck 2 : of or relating to the jugular vein

[2]**jugular** *n* (1615) 1 : JUGULAR VEIN 2 : the most vital or vulnerable part of something ⟨showed an instinct for the ~ in competition⟩

**jugular vein** *n* (1597) : any of several veins of each side of the neck that return blood from the head

**ju·gum** \'jü-gəm\ *n, pl* **ju·ga** \-gə\ *or* **jugums** [NL, fr. L, yoke — more at YOKE] (1893) : the most posterior and basal region of an insect's wing modified in some lepidopterans into a lobe that couples the fore and hind wings during flight

**jug wine** *n* (1972) : table wine sold in large bottles

[1]**juice** \'jüs\ *n* [ME *jus,* fr. OF, broth, juice, fr. L; akin to ON *ostr* cheese, Gk *zymē* leaven, Skt *yūṣa* broth] (14c) 1 : the extractable fluid contents of cells or tissues 2 a *pl* : the natural fluids of an animal body b : the liquid or moisture contained in something 3 a : the inherent quality of a thing : ESSENCE b : STRENGTH, VIGOR, VITALITY 4 : a medium (as electricity or gasoline) that supplies power 5 *slang* : LIQUOR 6 *slang* : exorbitant interest exacted of a borrower under the threat of violence 7 *slang* : INFLUENCE, CLOUT 8 : a motivating, inspiring, or enabling force or factor ⟨creative ~*s*⟩ — **juice·less** \'jüs-ləs\ *adj*

[2]**juice** *vt* **juiced; juic·ing** (1603) 1 : to add juice to 2 : to extract the juice of

**juiced** \'jüst\ *adj* (1592) 1 : containing juice — usu. used in combination ⟨precious-*juiced* flowers —Shak.⟩ 2 *slang* : DRUNK 1a

**juice·head** \'jüs-,hed\ *n* (1955) *slang* : ALCOHOLIC

**juic·er** \'jü-sər\ *n* (1938) 1 : an appliance for extracting juice from fruit or vegetables 2 *slang* : a heavy or habitual drinker

**juice up** *vt* (1955) : to give life, energy, or spirit to

**juicy** \'jü-sē\ *adj* **juic·i·er; -est** (15c) 1 : having much juice : SUCCULENT 2 : rewarding or profitable esp. financially : FAT ⟨~ contract⟩ ⟨a ~ dramatic role⟩ 3 a : rich in interest : COLORFUL ⟨~ details⟩ b : SENSATIONAL, RACY ⟨a ~ scandal⟩ c : full of vitality : LUSTY — **juic·i·ly** \-sə-lē\ *adv* — **juic·i·ness** \-sē-nəs\ *n*

**ju·jit·su** *or* **ju·jut·su** \jü-'jit-(,)sü\ *n* [Jp *jūjutsu,* fr. *jū* weakness, gentleness + *jutsu* art, skill] (1875) : an art of weaponless fighting employing holds, throws, and paralyzing blows to subdue or disable an opponent

**ju·ju** \'jü-(,)jü\ *n* [of W. African origin; akin to Hausa *jùju* fetish] (1894) 1 : a fetish, charm, or amulet of West African peoples 2 : the magic attributed to or associated with jujus

**ju·jube** \'jü-,jüb, *esp for 2* 'jü-jü-,bē\ *n* [ME, fr. ML *jujuba,* alter. of L *zizyphum,* fr. Gk *zizyphon*] (14c) 1 a : an edible drupaceous fruit of any of several trees (genus *Ziziphus*) of the buckthorn family; *esp* : one of an Asian tree (*Z. jujuba*) b : a tree producing this fruit 2 : a fruit-flavored gumdrop or lozenge

**juke** \'jük\ *vb* **juked; juk·ing** [prob. alter. of E dial. *jouk* to cheat, deceive] *vt* (1967) : to fake out of position (as in football) ~ *vi* : to juke someone

**juke·box** \'jük-,bäks\ *n* [*juke* brothel, akin to Gullah *juke* disorderly, of W. African origin; akin to Bambara *dzugu* wicked] (1939) : a coin-operated phonograph or compact-disc player that automatically plays recordings selected from its list

**juke joint** *n* (1937) : a small inexpensive establishment for eating, drinking, or dancing to the music of a jukebox

**ju·lep** \'jü-ləp\ *n* [ME, fr. MF, fr. Ar *julāb,* fr. Per *gulāb,* fr. *gul* rose + *āb* water] (14c) 1 : a drink consisting of sweet syrup, flavoring, and water 2 : a drink consisting of a liquor (as bourbon or brandy) and sugar poured over crushed ice and garnished with mint

**Ju·lian calendar** \'jül-yən-\ *n* [L *julianus,* fr. Gaius *Julius* Caesar] (ca. 1771) : a calendar introduced in Rome in 46 B.C. establishing the 12-month year of 365 days with each fourth year having 366 days and the months each having 31 or 30 days except for February which has 28 or in leap years 29 days — compare GREGORIAN CALENDAR

[1]**ju·li·enne** \,jü-lē-'en, ,zhü-\ *n* [F, short for *potage à la julienne,* prob. fr. *Julienne* woman's name] (1841) 1 : a consommé containing julienned vegetables 2 a : food (as meat or vegetables) that has been julienned b : a preparation or garnish of julienned food ⟨a ~ of leeks⟩ — **julienne** *adj*

[2]**julienne** *vt* **-enned; -en·ning** (ca. 1930) : to slice into thin strips the size of matchsticks ⟨wash and ~ the carrots⟩

**Ju·liet** \'jül-yət; ,jü-lē-'et, 'jü-lē-,\ *n* : the heroine of Shakespeare's tragedy *Romeo and Juliet* who dies for love of Romeo

**Ju·li·ett** \,jü-lē-'et\ [prob. irreg. fr. *Juliet*] (1952) — a communications code word for the letter *j*

**Ju·ly** \jü-'lī\ *n* [ME *Julie,* fr. OE *Julius,* fr. L, fr. Gaius *Julius* Caesar] (13c) : the 7th month of the Gregorian calendar

**Ju·ma·da** \jü-'ma-də\ *n* [Ar *Jumāda*] (1771) : either of two months of the Islamic year: a : the 5th month b : the 6th month — see MONTH table

[1]**jum·ble** \'jəm-bəl\ *vb* **jum·bled; jum·bling** \-b(ə-)liŋ\ [perh. imit.] *vi* (ca. 1529) : to move in a confused or disordered manner ~ *vt* : to mix into a confused or disordered mass — often used with *up*

[2]**jumble** *n* (1661) 1 a : a mass of things mingled together without order or plan : HODGEPODGE b : a state of confusion 2 *Brit* : articles for a rummage sale

[3]**jumble** *n* [origin unknown] (1615) : a small thin usu. ring-shaped sugared cookie or cake

**jumble sale** *n* (1898) *Brit* : RUMMAGE SALE

**jum·bo** \'jəm-(,)bō\ *n, pl* **jumbos** [*Jumbo,* a huge elephant exhibited by P. T. Barnum] (1883) : a very large specimen of its kind — **jumbo** *adj*

[1]**jump** \'jəmp\ *vb* [prob. akin to LG *gumpen* to jump] *vi* (1530) 1 a : to spring into the air : LEAP; *esp* : to spring free from the ground or other base by the muscular action of feet and legs b : to move suddenly or involuntarily : START c : to move over a position occupied by an opponent's piece in a board game often thereby capturing the piece d : to undergo a vertical or lateral displacement owing to imp[roper] alignment of the film on a projector mechanism e : to start o[ut] forward : BEGIN — usu. used with *off* ⟨~ off to a big lead⟩ f : to [move] energetically : HUSTLE g : to go from one sequence of instruction[s] [in a] computer program to another ⟨~ to a subroutine⟩ 2 : COINC[IDE], AGREE 3 a : to move haphazardly or irregularly : shift abr[uptly] ⟨~*ed* from job to job⟩ b : to change or abandon employment esp. [in] violation of contract c : to rise suddenly in rank or status d : [to] undergo a sudden sharp change in value ⟨prices ~*ed*⟩ e : to ma[ke a] jump in bridge f : to make a hurried judgment ⟨~ to conclusions⟩ [g] : to show eagerness ⟨~*ed* at the chance⟩ h : to enter eagerly ⟨~ [on] the bandwagon⟩ 4 : to make a sudden physical or verbal attack ⟨~ [ed] on him for his criticism⟩ 5 : to bustle with activity ⟨the bar was [jumping] with young people⟩ ~ *vt* 1 a : to leap over ⟨~ a hurdle⟩ [b : to] move over (a piece) in a board game c : to act, move, or begin be[fore] (as a signal) ⟨~ the green light⟩ d : to leap aboard ⟨~ a freight⟩ [2] *obs* : RISK, HAZARD 3 a : to escape from : AVOID b : to leave ha[stily] or in violation of contract ⟨~ town without paying their bills —Ha[mil]ton Basso⟩ c : to depart from (a normal course) ⟨~ the track⟩ [4 a] : to make a sudden physical or verbal attack on b : to occupy il[le]gally ⟨~ a mining claim⟩ 5 a (1) : to cause to leap (2) : to c[ause] (game) to break cover : START, FLUSH b : to elevate in rank or statu[s] [c] : to raise (a bridge partner's bid) by more than one rank d : to [in]crease suddenly and sharply — **jump bail** : to abscond after be[ing] released from prison on bail — **jump ship** 1 : to leave the comp[any] of a ship without authority 2 : to desert a cause or party esp. abrupt[ly] : DEFECT — **jump the gun** 1 : to start in a race before the star[ting] signal 2 : to act, move, or begin something before the proper tim[e] — **jump the queue** *Brit* : to advance directly to or as if to the head [of a] line

[2]**jump** *adv* (1539) *obs* : EXACTLY, PAT

[3]**jump** *n* (ca. 1552) 1 a (1) : an act of jumping : LEAP (2) : any [of] several sports competitions featuring a leap, spring, or bound (3) [:] space cleared or covered by a leap (4) : an obstacle to be jumped o[ver] or from b : a sudden involuntary movement : START c : a mo[ve] made in a board game by jumping d : a transfer from one sequen[ce of] instructions in a computer program to a different sequence ⟨co[ndi]tional ~⟩ 2 *obs* : VENTURE 3 a (1) : a sharp sudden increase (2) : a bid in bridge of more tricks than are necessary to overcall the pr[e]ceding bid — compare SHIFT b : an abrupt change or transition [c] (1) : a quick short journey (2) : one in a series of moves from o[ne] place to another 4 : an advantage at the start ⟨desirous of getting [the] ~ on the competition —Elmer Davis⟩

**jump ball** *n* (1924) : a method of putting a basketball into play [by] tossing it into the air between two opponents who jump up and [at]tempt to tap the ball to a teammate

**jump boot** *n* (1942) : a boot worn esp. by paratroopers

**jump cut** *n* (1948) : a sudden often jarring cut from one shot or sc[ene] to another without intervening devices (as fade-outs or dissolv[es]); *broadly* : an abrupt transition (as in a narrative) — **jump–cut** \'jəm[p]-,kət\ *vb*

[1]**jump·er** \'jəm-pər\ *n* (1611) 1 : a person who jumps 2 a : any [of] various devices operating with a jumping motion b : any of seve[ral] sleds c : a short wire used to close a break or cut out part of a circ[uit] 3 : any of several jumping animals; *esp* : a saddle horse trained [to] jump obstacles 4 : JUMP SHOT

[2]**jum·per** \'jəm-pər\ *n* [prob. fr. E dial. *jump* jumper] (1853) 1 [:] loose blouse or jacket worn by workmen 2 : a sleeveless one-pi[ece] dress worn usu. with a blouse 3 : a child's coverall — usu. used in [pl.] 4 *chiefly Brit* : SWEATER 2

**jumper cables** *n pl* (ca. 1926) : a pair of heavy-duty electrical cab[les] with alligator clamps used to make a connection for jump-starting [a] vehicle

**jump hook** *n* (1982) : a hook shot in which the player jumps be[fore] releasing the ball

**jumping bean** *n* (ca. 1889) : a seed of any of several Mexican shru[bs] (genera *Sebastiania* and *Sapium*) of the spurge family that tumble[s] about because of the movements of the larva of a small moth (*Cy[dia] pocapsa saltitans*) inside it

**jumping jack** *n* (1883) 1 : a toy figure of a man jointed and made [to] jump or dance by means of strings or a sliding stick 2 : a conditio[n]ing exercise performed from a standing position by jumping to a po[si]tion with legs spread and hands touching overhead and then to [the] original position — called also *side-straddle hop*

**jumping mouse** *n* (1826) : any of several small hibernating No. Am[er]ican rodents (family Zapodidae) with long hind legs and tail and [no] cheek pouches

**jumping–off place** \,jəm-piŋ-'ȯf-\ *n* (1826) 1 : a remote or isola[ted] place 2 : a place or point from which an enterprise, investigation[, or] discussion is launched — called also *jumping-off point*

**jumping plant louse** *n* (ca. 1901) : any of numerous plant lice (fam[ily] Psyllidae) with the femurs thickened and adapted for leaping

**jumping spider** *n* (1813) : any of a family (Salticidae) of small spid[ers] that stalk and leap upon their prey

**jump jet** *n* (1964) : a military jet aircraft with vertical takeoff an[d] landing capability

**jump–off** \'jəm-,pȯf\ *n* (1917) 1 : the start of a race or an attack [2] : a jumping competition to break a tie at the end of regular comp[eti]tion (as in a horse show)

**jump pass** *n* (ca. 1948) : a pass made by a player (as in football [or] basketball) while jumping

**jump rope** *n* (1834) : a rope used for exercises and children's ga[mes] that involve jumping over the usu. twirling rope each time it reaches [its] lowest point; *also* : a game played with a jump rope

**jump seat** *n* (ca. 1864) 1 : a movable carriage seat 2 : a folding se[at] between the front and rear seats of a passenger automobile

**jump shot** *n* (1948) : a shot in basketball made by jumping into the [air] and releasing the ball with one or both hands at the peak of the jump

**jump–start** \'jəmp-'stärt\ *vt* (1973) 1 : to start (an engine or vehic[le]) by temporary connection to an external power source (as another ve[hi]cle's battery) 2 a : to get off to a speedy start ⟨advertising can ~ [a] political campaign⟩ b : to impart fresh or renewed energy to : ENER[GIZE] ⟨a plan to ~ the stagnant economy⟩ — **jump start** *n*

ishly, or with a lisp ~ *vt* : to utter falteringly or with a lisp — **lisp·er** *n*

²**lisp** *n* (ca. 1625) **1** : a speech defect or affectation characterized by lisping **2** : a sound resembling a lisp

**LISP** \'lisp\ *n* [*list processing*] (1959) : a computer programming language that is designed for easy manipulation of data strings and is used extensively for work in artificial intelligence

**lis·some** *also* **lis·som** \'li-səm\ *adj* [alter. of *lithesome*] (ca. 1800) **1 a** : easily flexed **b** : LITHE 2 **2** : NIMBLE — **lis·some·ly** *adv* — **lis·some·ness** *n*

¹**list** \'list\ *vb* [ME *lysten*, fr. OE *lystan*; akin to OE *lust* desire, lust] *vt* (bef. 12c) *archaic* : PLEASE, SUIT ~ *vi*, *archaic* : WISH, CHOOSE

²**list** *n* [ME, prob. fr. *lysten*] (13c) *archaic* : INCLINATION, CRAVING

³**list** *vb* [ME, fr. OE *hlystan*, fr. *hlyst* hearing; akin to OE *hlysnan* to listen] *vi* (bef. 12c) *archaic* : LISTEN ~ *vt*, *archaic* : to listen to : HEAR

⁴**list** *n* [ME, fr. OE *liste*; akin to OHG *lista* edge, Alb *leth*] (bef. 12c) **1** : a band or strip of material: as **a** : LISTEL **b** : SELVAGE **c** : a narrow strip of wood cut from the edge of a board **2** *pl but sing or pl in constr* **a** : an arena for combat (as jousting) **b** : a field of competition or controversy **3** *obs* : LIMIT, BOUNDARY **4** : STRIPE

⁵**list** *vt* (1635) **1** : to cut away a narrow strip from the edge of **2** : to prepare or plant (land) in ridges and furrows with a lister

⁶**list** *n* [F *liste*, fr. It *lista*, of Gmc origin; akin to OHG *lista* edge] (1602) **1 a** : a simple series of words or numerals (as the names of persons or objects) ⟨a guest ~⟩ **b** : an official roster : ROLL **2** : CATALOG, CHECKLIST **3** : the total number to be considered or included ⟨a situation that heads their ~ of troubles⟩

⁷**list** *vt* (1614) **1 a** : to make a list of : ENUMERATE **b** : to include on a list : REGISTER **2** : to place (oneself) in a specified category ⟨~s himself as a political liberal⟩ **3** *archaic* : RECRUIT ~ *vi* **1** *archaic* : ENLIST **2** : to become entered in a catalog with a selling price ⟨a car that ~s for $12,000⟩ — **list·ee** \li-'stē\ *n*

⁸**list** *vb* [origin unknown] *vi* (1626) : to tilt to one side; *esp*, *of a boat or ship* : to tilt to one side in a state of equilibrium (as from an unbalanced load) — compare HEEL ~ *vt* : to cause to list

⁹**list** *n* (1633) : a deviation from the vertical : TILT; *also* : the extent of such a deviation

**lis·tel** \'lis-tᵊl, lis-'tel\ *n* [F, fr. It *listello*, dim. of *lista* fillet, roster] (1598) : a narrow band in architecture : FILLET

¹**lis·ten** \'li-sᵊn\ *vb* **lis·tened; lis·ten·ing** \'lis-niŋ, 'li-sᵊn-iŋ\ [ME *listnen*, fr. OE *hlysnan*; akin to Skt *śroṣati* he hears, OE *hlūd* loud] *vi* (bef. 12c) *archaic* : to give ear to : HEAR ~ *vi* **1** : to pay attention to sound ⟨~ to music⟩ **2** : to hear something with thoughtful attention : give consideration ⟨~ to a plea⟩ **3** : to be alert to catch an expected sound ⟨~ for his step⟩ — **lis·ten·er** \'lis-nər, 'li-sᵊn-ər\ *n*

²**listen** *n* (1788) : an act of listening

**lis·ten·able** \'lis-nə-bəl, 'li-sᵊn-ə-\ *adj* (1942) : agreeable to listen to

**lis·ten·er·ship** \'lis-nər-,ship, 'li-sᵊn-ər-\ *n* (1943) : the audience for a radio program or recording; *also* : the number or kind of that audience

**listen in** *vi* (1905) **1** : to tune in to or monitor a broadcast **2** : to listen to a conversation without participating in it; *esp* : EAVESDROP — **lis·ten·er–in** \,lis-nər-'in, ,li-sᵊn-ər-\ *n*

**listening post** *n* (1942) : a center for monitoring electronic communications (as of an enemy)

¹**list·er** \'lis-tər\ *n* (1682) : one that lists or catalogs

²**lister** *n* [⁵*list*] (1887) : a double-moldboard plow often equipped with a subsoiling attachment and used mainly where rainfall is limited

**lis·te·ri·o·sis** \lis-,tir-ē-'ō-səs\ *n*, *pl* **-o·ses** \-,sēz\ [NL, fr. *Listeria*, fr. Joseph *Lister*] (1941) : a serious commonly fatal encephalitic disease of a great variety of wild and domestic mammals and birds and occas. humans that is caused by a bacterium (*Listeria monocytogenes*)

**list·ing** *n* (1659) **1** : an act or instance of making or including in a list **2** : something that is listed

**list·less** \'list-ləs\ *adj* [ME *listles*, fr. ²*list*] (15c) : characterized by lack of interest, energy, or spirit : LANGUID ⟨a ~ melancholy attitude⟩ — **list·less·ly** *adv* — **list·less·ness** *n*

**list price** *n* (1871) : the basic price of an item as published in a catalog, price list, or advertisement before any discounts are taken

¹**lit** \'lit\ *past and past part of* LIGHT

²**lit** *n* [by shortening] (1850) : LITERATURE

³**lit** *adj* [pp. of ³*light*] (1904) : affected by alcohol : DRUNK

**lit·a·ny** \'li-tᵊn-ē, 'lit-nē\ *n*, *pl* **-nies** [ME *letanie*, fr. OF & LL; OF, fr. LL *litania*, fr. LGk *litaneia*, fr. Gk, entreaty, fr. *litanos* suppliant] (13c) **1** : a prayer consisting of a series of invocations and supplications by the leader with alternate responses by the congregation **2 a** : a resonant or repetitive chant ⟨a ~ of cheering phrases —Herman Wouk⟩ **b** : a usu. lengthy recitation or enumeration ⟨a familiar ~ of complaints⟩

**li·tchi** \'lē-(,)chē, 'li-\ *n* [Chin (Beijing) *lìzhī*] (1588) **1** : the oval fruit of a tree (*Litchi chinensis*) of the soapberry family having a hard scaly reddish outer covering and sweet whitish edible flesh that surrounds a single large seed — called also *litchi nut* **2** : a tree bearing litchis

**lit crit** \'lit-,krit\ *n* (1963) : literary criticism

**lite** \'līt\ *var of* ⁴LIGHT 9a

**-lite** *n comb form* [F, alter. of *-lithe*, fr. Gk *lithos* stone] : mineral ⟨rhodo*lite*⟩ : rock ⟨aero*lite*⟩ : fossil ⟨stromato*lite*⟩

**li·ter** \'lē-tər\ *n* [F *litre*, fr. ML *litra*, a measure, fr. Gk, a weight] (1797) : a metric unit of capacity equal to one cubic decimeter — see METRIC SYSTEM table

**lit·er·a·cy** \'li-t(ə-)rə-sē\ *n* (1883) : the quality or state of being literate

¹**lit·er·al** \'li-t(ə-)rəl\ *adj* [ME, fr. MF, fr. ML *litteralis*, fr. L, of a letter, fr. *littera* letter] (14c) **1 a** : according with the letter of the scriptures **b** : adhering to fact or to the ordinary construction or primary meaning of a term or expression : ACTUAL ⟨liberty in the ~ sense is impossible —B. N. Cardozo⟩ **c** : free from exaggeration or embellishment ⟨the ~ truth⟩ **d** : characterized by a concern mainly with facts ⟨a very ~ man⟩ **2** : of, relating to, or expressed in letters **3** : reproduced word for word : EXACT, VERBATIM ⟨a ~ translation⟩ — **lit·er·al·i·ty** \,li-tə-'ra-lə-tē\ *n* — **lit·er·al·ness** \'li-t(ə-)rəl-nəs\ *n*

²**literal** *n* (1622) : a small error usu. of a single letter (as in writing)

**lit·er·al·ism** \'li-t(ə-)rə-,liz-əm\ *n* (1644) **1** : adherence to the explicit substance of an idea or expression ⟨biblical ~⟩ **2** : fidelity to observable fact : REALISM — **lit·er·al·ist** \-list\ *n* — **lit·er·al·is·tic** \,li-t(ə-)rə-'lis-tik\ *adj*

**lit·er·al·ize** \'li-t(ə-)rə-,līz\ *vt* **-ized; -iz·ing** (1826) : to make literal — **lit·er·al·i·za·tion** \,li-t(ə-)rə-lə-'zā-shən\ *n*

**lit·er·al·ly** \'li-tə-rə-lē, 'li-trə-lē, 'li-tər-lē\ *adv* (1533) **1** : in a literal sense or manner : ACTUALLY ⟨took the remark ~⟩ ⟨was ~ insane⟩ **2** : in effect : VIRTUALLY ⟨will ~ turn the world upside down to combat cruelty or injustice —Norman Cousins⟩

*usage* Since some people take sense 2 to be the opposite of sense 1, it has been frequently criticized as a misuse. Instead, the use is pure hyperbole intended to gain emphasis, but it often appears in contexts where no additional emphasis is necessary.

**lit·er·ary** \'li-tə-,rer-ē\ *adj* (1749) **1 a** : of, relating to, or having the characteristics of humane learning or literature **b** : BOOKISH 2 **c** : of or relating to books **2 a** : WELL-READ **b** : of or relating to authors, scholars or to their professions — **lit·er·ar·i·ly** \,li-tə-'rer-ə-lē\ *adv* — **lit·er·ar·i·ness** \'li-tə-,rer-ē-nəs\ *n*

**literary executor** *n* (1868) : a person entrusted with the management of the papers and unpublished works of a deceased author

¹**lit·er·ate** \'li-tə-rət *also* 'li-trət\ *adj* [ME *literat*, fr. L *litteratus* marked with letters, literate, fr. *litterae* letters, literature, fr. pl. of *littera*] (15c) **1 a** : EDUCATED, CULTURED **b** : able to read and write **2 a** : versed in literature or creative writing : LITERARY **b** : LUCID, POLISHED ⟨a ~ essay⟩ **c** : having knowledge or competence ⟨computer-literate⟩ ⟨politically ~⟩ — **lit·er·ate·ly** *adv* — **lit·er·ate·ness** *n*

²**literate** *n* (ca. 1550) **1** : an educated person **2** : a person who can read and write

**li·te·ra·ti** \,li-tə-'rä-(,)tē\ *n pl* [obs. It *litterati*, fr. L, pl. of *litteratus*] (1621) **1** : the educated class; *also* : INTELLIGENTSIA **2** : persons interested in literature or the arts

**lit·er·a·tim** \,li-tə-'rā-təm, -'rä-\ *adv or adj* [ML, fr. L *littera*] (1643) : letter for letter ⟨printed ~ from the manuscript —I. A. Gordon⟩

**lit·er·a·tion** \,li-tə-'rā-shən\ *n* [L *littera* + E *-ation*] (ca. 1889) : the representation of sound or words by letters

**lit·er·a·tor** \'li-tə-,rā-tər, ,li-tə-'rä-,tȯr\ *n* (1791) : LITTERATEUR

**lit·er·a·ture** \'li-tə-rə-,chu̇r, 'li-trə-,chu̇r, 'li-tə(r)-,chu̇r, -chər, -,tu̇r\ *n* [ME, fr. L *litteratura* writing, grammar, learning, fr. *litteratus*] (14c) **1** *archaic* : literary culture **2** : the production of literary work esp. as an occupation **3 a (1)** : writings in prose or verse; *esp* : writings having excellence of form or expression and expressing ideas of permanent or universal interest **(2)** : an example of such writings ⟨what came out, though rarely ~, was always a roaring good story —*People*⟩ **b** : the body of written works produced in a particular language, country, or age **c** : the body of writings on a particular subject ⟨scientific ~⟩ **d** : printed matter (as leaflets or circulars) ⟨campaign ~⟩ **4** : the aggregate of a usu. specified type of musical composition ⟨Brahms piano ~⟩

**lit·er·a·tus** \,li-tə-'rä-təs\ *n* [NL, back-formation fr. E *literati* (taken as L)] (1704) : a member of the literati

**lith-** *or* **litho-** *comb form* [L, fr. Gk, fr. *lithos*] : stone ⟨*litho*logy⟩

**-lith** *n comb form* [NL *-lithus* & F *-lithe*, fr. Gk *lithos*] **1** : structure or implement of stone ⟨mega*lith*⟩ ⟨eo*lith*⟩ **2** : calculus ⟨uro*lith*⟩ **3** : [illegible] ⟨lacco*lith*⟩

**li·tharge** \'li-,thärj, li-'\ *n* [ME, fr. MF, fr. L *lithargyrus*, fr. Gk *lithargyros*, fr. *lithos* + *argyros* silver — more at ARGENT] (14c) : a fused lead monoxide; *broadly* : LEAD MONOXIDE

**lithe** \'līth, 'līth\ *adj* [ME, fr. OE *līthe* gentle; akin to OHG *lindi* gentle, L *lentus* slow] (14c) **1** : easily bent or flexed ⟨~ steel⟩ ⟨a ~ vine⟩ **2** : characterized by easy flexibility and grace ⟨a ~ dancer⟩ ⟨treading with a ~ silent step⟩; *also* : athletically slim ⟨the most ~ and graspable of waists —R. P. Warren⟩ — **lithe·ly** *adv* — **lithe·ness** *n*

**lithe·some** \'līth-səm, 'līth-\ *adj* (ca. 1774) : LISSOME

**li·thi·a·sis** \li-'thī-ə-səs\ *n*, *pl* **-a·ses** \-,sēz\ [NL, fr. Gk, fr. *lithos*] (ca. 1657) : the formation of stony concretions in the body (as in the gallbladder)

**lith·ic** \'li-thik\ *adj* [Gk *lithikos*, fr. *lithos*] (1797) **1** : STONY 1 **2** : of, relating to, or being a stone tool

**-lithic** *adj comb form* [*lithic*] : relating to or characteristic of a (specified) stage in humankind's use of stone as a cultural tool ⟨Neo*lithic*⟩

**lith·i·fy** \'li-thə-,fī\ *vb* **-fied; -fy·ing** *vt* (1877) : to change to stone : PETRIFY; *esp* : to convert (unconsolidated sediment) into solid rock ~ *vi* : to become changed into stone — **lith·i·fi·ca·tion** \,li-thə-fə-'kā-shən\ *n*

**lith·i·um** \'li-thē-əm\ *n* [NL, fr. *lithia* oxide of lithium, fr. Gk *lithos*] (1818) **1** : a soft silver-white element of the alkali metal group that is the lightest metal known and that is used in chemical synthesis and in storage batteries — see ELEMENT table **2** : a salt of lithium (as lithium carbonate) used in psychiatric medicine

**lithium carbonate** *n* (1873) : a crystalline salt $Li_2CO_3$ used in the glass and ceramic industries and in medicine in the treatment of manic-depressive psychosis

**lithium fluoride** *n* (1944) : a crystalline salt LiF used esp. in making prisms and ceramics and as a flux

**lithium ni·o·bate** \-'nī-ə-,bāt\ *n* [*niob*ium + ¹*-ate*] (1966) : a crystalline material $LiNbO_3$ whose physical properties change in response to pressure or the presence of an electric field and which is used in fiber optics and as a synthetic gemstone

**litho** \'li-(,)thō\ *n*, *pl* **lith·os** (ca. 1889) **1** : LITHOGRAPH **2** : LITHOGRAPHY 1

¹**lith·o·graph** \'li-thə-,graf\ *vt* (1825) : to produce, copy, or portray by lithography — **li·thog·ra·pher** \li-'thä-grə-fər, 'li-thə-,gra-fər\ *n*

²**lithograph** *n* (1828) : a print made by lithography — **lith·o·graph·ic** \,li-thə-'gra-fik\ *adj* — **lith·o·graph·i·cal·ly** \-fi-k(ə-)lē\ *adv*

**li·thog·ra·phy** \li-'thä-grə-fē\ *n* [G *Lithographie*, fr. *lith-* + *-graphie* -graphy] (1813) **1** : the process of printing from a plane surface (as a smooth stone or metal plate) on which the image to be printed is ink-receptive and the blank area ink-repellent **2** : the process of producing patterns on semiconductor crystals for use as integrated circuits

**li·thol·o·gy** \li-'thä-lə-jē\ *n*, *pl* **-gies** (1716) **1** : the study of rocks **2** : the character of a rock formation; *also* : a rock formation having a particular set of characteristics — **lith·o·log·ic** \,li-thə-'lä-jik\ *or* **lith·o·log·i·cal** \-ji-kəl\ *adj* — **lith·o·log·i·cal·ly** \-ji-k(ə-)lē\ *adv*

**lith·o·phane** \'li-thə-,fān\ *n* [prob. fr. G *Lithophan*, fr. Gk *lithos* + *diaphan* diaphanous] (ca. 1889) : porcelain impressed with figures that are made distinct by transmitted light; *also* : an object of this material

classification assigned by a predication; *specif* : CATEGORY 1 2 : CONDITION, STATE; *esp* : a difficult, perplexing, or trying situation

**¹pred·i·cate** \'pre-di-kət\ *n* [ME, fr. LL *praedicatum*, fr. neut. of *praedicatus*] (15c) **1 a** : something that is affirmed or denied of the subject in a proposition in logic **b** : a term designating a property or relation **2** : the part of a sentence or clause that expresses what is said of the subject and that usu. consists of a verb with or without objects, complements, or adverbial modifiers — **pred·i·ca·tive** \-kə-tiv, -,kā-\ *adj* — **pred·i·ca·tive·ly** *adv*

**²pred·i·cate** \'pre-də-,kāt\ *vt* **-cat·ed; -cat·ing** [LL *praedicatus*, pp. of *praedicare* to assert, predicate logically, preach, fr. L, to proclaim publicly, assert — more at PREACH] (1552) **1 a** : AFFIRM, DECLARE **b** *archaic* : PREACH **2 a** : to assert to be a quality, attribute, or property — used with following *of* ⟨~s intelligence of humans⟩ **b** : to make (a term) the predicate in a proposition **3** : FOUND, BASE — usu. used with *on* ⟨the theory is *predicated* on recent findings⟩ **4** : IMPLY

**³pred·i·cate** \'pre-di-kət\ *adj* (1887) : completing the meaning of a copula ⟨~ adjective⟩ ⟨~ noun⟩

**predicate calculus** *n* (1950) : the branch of symbolic logic that uses symbols for quantifiers and for arguments and predicates of propositions as well as for unanalyzed propositions and logical connectives — called also *functional calculus*; compare PROPOSITIONAL CALCULUS

**predicate nominative** *n* (1887) : a noun or pronoun in the nominative or common case completing the meaning of a copula

**pred·i·ca·tion** \,pre-də-'kā-shən\ *n* [ME *predicacion*, fr. MF *predication*, fr. L *praedication-*, *praedicatio*, fr. *praedicare*] (14c) **1** *archaic* **a** : an act of proclaiming or preaching **b** : SERMON **2** : an act or instance of predicating: as **a** : the expression of action, state, or quality by a grammatical predicate **b** : the logical affirmation of something about another; *esp* : assignment of something to a class

**pred·i·ca·to·ry** \'pre-di-kə-,tōr-ē, -,tòr-\ *adj* [LL *praedicatorius*, fr. *praedicare* to preach] (1611) : of or relating to preaching

**pre·dict** \pri-'dikt\ *vb* [L *praedictus*, pp. of *praedicere*, fr. *prae-* pre- + *dicere* to say — more at DICTION] *vt* (ca. 1632) : to declare or indicate in advance; *esp* : foretell on the basis of observation, experience, or scientific reason ~ *vi* : to make a prediction **syn** see FORETELL — **pre·dict·abil·i·ty** \-,dik-tə-'bi-lə-tē\ *n* — **pre·dict·able** \-'dik-tə-bəl\ *adj* — **pre·dic·tive** \-'dik-tiv\ *adj* — **pre·dic·tive·ly** \-lē\ *adv* — **pre·dic·tor** \-'dik-tər\ *n*

**pre·dict·ably** \-'dik-tə-blē\ *adv* (1914) **1** : in a manner that can be predicted ⟨works quickly and ~⟩ **2** : as one could predict : as one would expect ⟨~, the politicians howled⟩

**pre·dic·tion** \pri-'dik-shən\ *n* (1561) **1** : an act of predicting **2** : something that is predicted : FORECAST

**pre·di·gest** \,prē-di-'jest, -də-\ *vt* (1663) **1** : to subject to predigestion **2** : to simplify for easy use ⟨~*ed* classics for children⟩

**pre·di·ges·tion** \-'jes-chən, -'jesh-\ *n* (ca. 1612) : artificial or natural partial digestion of food ⟨enzymatic ~⟩ ⟨microbial ~⟩

**pre·di·lec·tion** \,pre-dᵊl-'ek-shən, ,prē-\ *n* [F *prédilection*, fr. ML *praediligere* to love more, prefer, fr. L *prae-* + *diligere* to love — more at DILIGENT] (1742) : an established preference for something

**syn** PREDILECTION, PREPOSSESSION, PREJUDICE, BIAS mean an attitude of mind that predisposes one to favor something. PREDILECTION implies a strong liking deriving from one's temperament or experience ⟨a *predilection* for horror movies⟩. PREPOSSESSION suggests a fixed conception likely to preclude objective judgment of anything counter to it ⟨a *prepossession* against technology⟩. PREJUDICE usu. implies an unfavorable prepossession and connotes a feeling rooted in suspicion, fear, or intolerance ⟨a mindless *prejudice* against the unfamiliar⟩. BIAS implies an unreasoned and unfair distortion of judgment in favor of or against a person or thing ⟨the common *bias* against overweight people⟩.

**pre·dis·pose** \,prē-di-'spōz\ *vt* (1646) **1** : to dispose in advance ⟨a good teacher ~s children to learn⟩ **2** : to make susceptible ⟨malnutrition ~s one to disease⟩ ~ *vi* : to bring about susceptibility **syn** see INCLINE — **pre·dis·po·si·tion** \,prē-,dis-pə-'zi-shən\ *n*

**pred·nis·o·lone** \pred-'ni-sə-,lōn\ *n* [blend of *prednisone* and ¹*-ol*] (1955) : a glucocorticoid $C_{21}H_{28}O_5$ that is a dehydrogenated analogue of hydrocortisone and is used esp. as an anti-inflammatory drug

**pred·ni·sone** \'pred-nə-,sōn, *also* -,zōn\ *n* [prob. fr. *pregnane* ($C_{21}H_{36}$) + *diene* (compound containing two double bonds) + *cortisone*] (1955) : a glucocorticoid $C_{21}H_{26}O_5$ that is a dehydrogenated analogue of cortisone and is used as an anti-inflammatory agent esp. in the treatment of arthritis, as an antineoplastic agent, and as an immunosuppressant

**pre·doc·tor·al** \(,)prē-'däk-t(ə-)rəl\ *adj* (1937) : of, relating to, or engaged in academic study leading to the doctoral degree

**pre·dom·i·nance** \pri-'dä-mə-nən(t)s, -'däm-nən(t)s\ *n* (1602) : the quality or state of being predominant

**pre·dom·i·nan·cy** \-nən(t)-sē\ *n* (1598) : PREDOMINANCE

**pre·dom·i·nant** \-nənt\ *adj* [MF, fr. ML *praedominant-*, *praedominans*, prp. of *praedominari* to predominate, fr. L *prae-* + *dominari* to rule, govern — more at DOMINATE] (1576) **1** : having superior strength, influence, or authority : PREVAILING **2** : being most frequent or common **syn** see DOMINANT

**pre·dom·i·nant·ly** \-nənt-lē\ *adv* (1681) : for the most part : MAINLY

**¹pre·dom·i·nate** \-nət\ *adj* [alter. of *predominant*] (1591) : PREDOMINANT — **pre·dom·i·nate·ly** *adv*

**²pre·dom·i·nate** \pri-'dä-mə-,nāt\ *vb* [ML *praedominatus*, pp. of *praedominari*] *vi* (1594) **1** : to hold advantage in numbers or quantity **2** : to exert controlling power or influence : PREVAIL ~ *vt* : to exert control over : DOMINATE — **pre·dom·i·na·tion** \-,dä-mə-'nā-shən\ *n*

**pree** \'prē\ *vt* **preed; pree·ing** [alter. of *preve* to prove, test, fr. ME *preven*, fr. OF *preuv-*, stem of *prover* to prove] (1680) *Scot* : to taste tentatively : SAMPLE

**pre·eclamp·sia** \,prē-i-'klam(p)-sē-ə\ *n* [NL] (1923) : a toxic condition developing in late pregnancy that is characterized by a sudden rise in blood pressure, excessive weight gain, generalized edema, albuminuria, severe headache, and visual disturbances — **pre·eclamp·tic** \-'klam(p)-tik\ *adj*

**pre·emer·gence** \,prē-ə-'mər-jən(t)s\ *adj* (1935) : used or occurring before emergence of seedlings above the ground ⟨~ herbicides⟩

**pre·emer·gent** \-jənt\ *adj* (1959) : PREEMERGENCE

**pree·mie** \'prē-mē\ *n* [*premature* + *-ie*] (1927) : a premature baby

**pre·em·i·nence** \prē-'e-mə-nən(t)s\ *n* (13c) : the quality or state of being preeminent : SUPERIORITY

**pre·em·i·nent** \-nənt\ *adj* [ME, fr. LL *praeeminent-*, *praeeminens*, prp. of *praeeminēre* to be outstanding, fr. *prae-* + *eminēre* to stand out — more at EMINENT] (15c) : having paramount rank, dignity, or importance : OUTSTANDING — **pre·em·i·nent·ly** *adv*

**pre·empt** \prē-'em(p)t\ *vb* [back-formation fr. *preemption*] *vt* (1850) **1** : to acquire (as land) by preemption **2** : to seize upon to the exclusion of others : take for oneself ⟨the movement was then ~*ed* by a lunatic fringe⟩ **3** : to replace with something considered to be of greater value or priority : take precedence over ⟨the program did not appear, having been ~*ed* by a baseball game —Robert MacNeil⟩ **4** : to gain a commanding or preeminent place in **5** : to prevent from happening or taking place : FORESTALL, PRECLUDE ~ *vi* : to make a preemptive bid in bridge — **pre·emp·tor** \-'em(p)-tər\ *n*

**pre·emp·tion** \-'em(p)-shən\ *n* [ML *praeemption-*, *praeemptio* previous purchase, fr. *praeemere* to buy before, fr. L *prae-* pre- + *emere* to buy — more at REDEEM] (1602) **1 a** : the right of purchasing before others; *esp* : one given by the government to the actual settler upon a tract of public land **b** : the purchase of something under this right **2** : a prior seizure or appropriation : a taking possession before others

**pre·emp·tive** \-'em(p)-tiv\ *adj* (1855) **1 a** : of or relating to preemption **b** : having power to preempt **2** *of a bid in bridge* : higher than necessary and intended to shut out bids by the opponents **3** : giving a stockholder first option to purchase new stock in an amount proportionate to his existing holdings **4** : marked by the seizing of the initiative : initiated by oneself ⟨a ~ attack⟩ — **pre·emp·tive·ly** *adv*

**¹preen** \'prēn\ *n* [ME *prene*, fr. OE *prēon*; akin to MHG *pfrieme* awl] (bef. 12c) **1** *dial chiefly Brit* : PIN **2** *dial chiefly Brit* : BROOCH

**²preen** *vt* (1572) *chiefly Scot* : PIN

**³preen** *vb* [ME *preinen*] *vt* (14c) **1** : to dress or smooth (oneself) up : PRIMP **2** *of a bird* : to trim or dress with a bill **3** : to pride or congratulate (oneself) for achievement ~ *vi* **1** : to make oneself sleek **2** : GLOAT, SWELL — **preen·er** *n*

**pre–en·gi·neered** \,prē-,en-jə-'nird\ *adj* (1951) : constructed of or employing prefabricated modules ⟨a ~ building⟩

**pre·ex·il·ic** \,prē-eg-'zi-lik\ *adj* (1880) : previous to the exile of the Jews to Babylon in about 600 B.C.

**pre·ex·ist** \,prē-ig-'zist\ *vi* (1599) : to exist earlier or before ~ *vt* : ANTEDATE

**pre·ex·is·tence** \-ig-'zis-tən(t)s\ *n* (ca. 1652) : existence in a former state or previous to something else; *specif* : existence of the soul before its union with the body — **pre·ex·is·tent** \-tənt\ *adj*

**pre·fab** \(,)prē-'fab, 'prē-,\ *n* (1937) : a prefabricated structure — **prefab** *adj*

**pre·fab·ri·cate** \(,)prē-'fa-bri-,kāt\ *vt* (1932) **1** : to fabricate the parts of at a factory so that construction consists mainly of assembling and uniting standardized parts **2** : to produce artificially — **pre·fab·ri·ca·tion** \,prē-,fa-bri-'kā-shən\ *n*

**¹pref·ace** \'pre-fəs\ *n* [ME, fr. MF, fr. ML *prephatia*, alter. of L *praefation-*, *praefatio* foreword, fr. *praefari* to say beforehand, fr. *prae-* pre- + *fari* to say — more at BAN] (14c) **1** *often cap* : a variable doxology beginning with the Sursum Corda and ending with the Sanctus in traditional eucharistic liturgies **2** : the introductory remarks of a speaker or author **3** : APPROACH, PRELIMINARY

**²preface** *vb* **pref·aced; pref·ac·ing** *vt* (1619) : to make introductory remarks ~ *vt* **1** : to say or write as preface ⟨a note *prefaced* to the manuscript⟩ **2** : PRECEDE, HERALD **3** : to introduce by or begin with a preface **4** : to stand in front of ⟨a porch ~s the entrance⟩ **5** : to be a preliminary to — **pref·ac·er** *n*

**pref·a·to·ry** \'pre-fə-,tōr-ē, -,tòr-\ *adj* [L *praefari*] (1675) **1** : of, relating to, or constituting a preface **2** : located in front

**pre·fect** \'prē-,fekt\ *n* [ME, fr. MF, fr. L *praefectus*, fr. pp. of *praeficere* to place at the head of, fr. *prae-* + *facere* to make — more at DO] (14c) **1** : any of various high officials or magistrates of differing functions and ranks in ancient Rome **2** : a chief officer or chief magistrate **3** : a student monitor in a private school

**prefect apostolic** *n* (ca. 1888) : a Roman Catholic clergyman and usu. a priest with quasi-episcopal jurisdiction over a district of a missionary territory

**pre·fec·ture** \'prē-,fek-chər\ *n* (15c) **1** : the office or term of office of a prefect **2** : the official residence of a prefect **3** : the district governed by a prefect — **pre·fec·tur·al** \'prē-,fek-chə-rəl, pri-'\ *adj*

**prefecture apostolic** *n* (1911) : the district under a prefect apostolic

**pre·fer** \pri-'fər\ *vt* **pre·ferred; pre·fer·ring** [ME *preferren*, fr. MF *preferer*, fr. L *praeferre* to put before, prefer, fr. *prae-* + *ferre* to carry — more at BEAR] (14c) **1** : to promote or advance to a rank or position **2** : to like better or best ⟨~s sports to reading⟩ ⟨~s to watch TV⟩ **3** : to give (a creditor) priority **4** *archaic* : to put or set forward or before someone : RECOMMEND **5** : to bring or lay against someone ⟨won't ~ charges⟩ **6** : to bring forward or lay before one for consideration — **pre·fer·rer** *n*

**pref·er·a·ble** \'pre-f(ə-)rə-bəl, 'pre-fər-bəl *also* pri-'fər-ə-bəl\ *adj* (1660) : having greater value or desirability : being preferred — **pref·er·a·bil·i·ty** \,pre-f(ə-)rə-'bi-lə-tē\ *n* — **pref·er·a·bly** \-blē\ *adv*

**pref·er·ence** \'pre-fərn(t)s, 'pre-f(ə-)rən(t)s\ *n* [ME *preferraunce*, fr. MF *preferance*, fr. ML *praeferentia*, fr. L *praeferent-*, *praeferens*, prp. of *praeferre*] (15c) **1 a** : the act of preferring : the state of being preferred **b** : the power or opportunity of choosing **2** : one that is preferred **3** : the act, fact, or principle of giving advantages to some over others **4** : priority in the right to demand and receive satisfaction of an obligation **5** : ORIENTATION 2 ⟨sexual ~⟩ **syn** see CHOICE

**pref·er·en·tial** \,pre-fə-'ren(t)-shəl\ *adj* (1849) **1** : showing preference **2** : employing or creating a preference in trade relations **3** : designed to permit expression of preference among candidates ⟨a ~ primary⟩ **4** : giving preference esp. in hiring to union members ⟨a ~ shop⟩ — **pref·er·en·tial·ly** \-'ren(t)-sh(ə-)lē\ *adv*

**pre·fer·ment** \pri-'fər-mənt\ *n* (15c) **1 a** : advancement or promotion in dignity, office, or station **b** : a position or office of honor or profit **2** : priority or seniority in right esp. to receive payment or to purchase property on equal terms with others **3** : the act of bringing forward (as charges)

**preferred stock** *n* (ca. 1859) : stock guaranteed priority by a corporation's charter over common stock in the payment of dividends and usu. in the distribution of assets

Case 1:05-cv-00633-SLR Document 149-18 Filed 07/12/2006 Page 11 of 15

**pro·vas·cu·lar** \(,)prō-'vas-kyə-lər\ *adj* (ca. 1948) : of, relating to, or being procambium

**prove** \'prüv\ *vb* **proved; proved** *or* **prov·en** \'prü-vən, *Brit also* 'prō-\; **prov·ing** \'prü-viŋ\ [ME, fr. OF *prover*, fr. L *probare* to test, approve, prove, fr. *probus* good, honest, fr. *pro-* for, in favor + *-bus* (akin to OE *bēon* to be) — more at PRO-, BE] *vt* (13c) **1** *archaic* : to learn or find out by experience **2** **a** : to test the truth, validity, or genuineness of ⟨the exception ~*s* the rule⟩ ⟨~ a will at probate⟩ **b** : to test the worth or quality of; *specif* : to compare against a standard — sometimes used with *up* or *out* **c** : to check the correctness of (as an arithmetic result) **3** **a** : to establish the existence, truth, or validity of (as by evidence or logic) ⟨~ a theorem⟩ ⟨the charges were never *proved* in court⟩ **b** : to demonstrate as having a particular quality or worth ⟨the vaccine has been *proven* effective after years of tests⟩ ⟨*proved* herself a great actress⟩ **4** : to show (oneself) to be worthy or capable ⟨eager to ~ myself in the new job⟩ ~ *vi* : to turn out esp. after trial or test ⟨the new drug *proved* effective⟩ — **prov·able** \'prü-və-bəl\ *adj* — **prov·able·ness** *n* — **prov·ably** \-blē\ *adv* — **prov·er** \'prü-vər\ *n*

*usage* The past participle *proven*, orig. the past participle of *preve*, a Middle English variant of *prove* that survived in Scotland, has gradually worked its way into standard English over the past three and a half centuries. It seems to have first become established in legal use and to have come only slowly into literary use. Tennyson was one of its earliest frequent users, prob. for metrical reasons. It was disapproved by 19th century grammarians, one of whom included it in a list of "words that are not words." Surveys made some 30 or 40 years ago indicated that *proved* was about four times as frequent as *proven*. But our evidence from the last 10 or 15 years shows this no longer to be the case. As a past participle *proven* is now about as frequent as *proved* in all contexts. As an attributive adjective ⟨*proved* or *proven* gas reserves⟩ *proven* is much more common than *proved*.

**prov·e·nance** \'präv-nən(t)s, 'prä-və-,nän(t)s\ *n* [F, fr. *provenir* to come forth, originate, fr. L *provenire*, fr. *pro-* forth + *venire* to come — more at PRO-, COME] (1785) **1** : ORIGIN, SOURCE **2** : the history of ownership of a valued object or work of art or literature

[1]**Pro·ven·çal** \,prō-,vän-'säl, ,prä-vən-, *sense 1 also* prə-'ven(t)-səl\ *adj* [MF, fr. *Provence* Provence] (1589) **1** : of, relating to, or characteristic of Provence or the people of Provence **2** *or* **Pro·ven·çale** : cooked with garlic, onion, mushrooms, tomato, olive oil, and herbs ⟨scallops ~⟩

[2]**Pro·ven·çal** \,prō-,vän-'säl, ,prä-vən-\ *n* (1600) **1** : a native or inhabitant of Provence **2** : a Romance language spoken in southern France; *esp* : the dialect of this language spoken in Provence

**prov·en·der** \'prä-vən-dər\ *n* [ME, fr. MF *provende, provendre*, fr. ML *provenda*, alter. of *praebenda* prebend] (14c) **1** : dry food for domestic animals : FEED **2** : FOOD, VICTUALS

**pro·ve·nience** \prə-'vē-nyən(t)s, -nē-ən(t)s\ *n* [alter. of *provenance*] (1882) : ORIGIN, SOURCE

**prov·en·ly** \'prü-vən-lē, *Brit also* 'prō-\ *adv* (1887) : demonstrably as stated : without doubt or uncertainty

**pro·ven·tric·u·lus** \,prō-ven-'tri-kyə-ləs\ *n, pl* **-li** \-,lī, -,lē\ [NL] (ca. 1836) **1** : the glandular or true stomach of a bird that is situated between the crop and gizzard **2** : a muscular dilatation of the foregut in most mandibulate insects that is armed internally with chitinous teeth or plates for triturating food **3** : the thin-walled sac in front of the gizzard of an earthworm

**prove out** *vi* (1941) : to turn out to be satisfactory or as expected

[1]**prov·erb** \'prä-,vərb\ *n* [ME *proverbe*, fr. MF, fr. L *proverbium*, fr. *pro-* + *verbum* word — more at WORD] (14c) **1** : a brief popular epigram or maxim : ADAGE **2** : BYWORD 4

[2]**proverb** *vt* (14c) **1** : to speak of proverbially **2** *obs* : to provide with a proverb

**pro–verb** \'prō-,vərb, -'vərb\ *n* (1907) : a form of the verb *do* used to avoid repetition of a verb (as *do* in "act as I do")

**pro·ver·bi·al** \prə-'vər-bē-əl\ *adj* (1548) **1** : of, relating to, or resembling a proverb **2** : that has become a proverb or byword : commonly spoken of ⟨the ~ smoking gun⟩ — **pro·ver·bi·al·ly** \-ə-lē\ *adv*

**Prov·erbs** \'prä-,vərbz\ *n pl but sing in constr* : a collection of moral sayings and counsels forming a book of canonical Jewish and Christian Scripture — see BIBLE table

**pro·vide** \prə-'vīd\ *vb* **pro·vid·ed; pro·vid·ing** [ME, fr. L *providēre*, lit., to see ahead, fr. *pro-* forward + *vidēre* to see — more at PRO-, WIT] *vi* (15c) **1** : to take precautionary measures ⟨~ for the common defense —*U.S. Constitution*⟩ **2** : to make a proviso or stipulation ⟨the constitution . . . ~*s* for an elected two-chamber legislature —*Current Biog.*⟩ **3** : to make preparation to meet a need ⟨~ for entertainment⟩; *esp* : to supply something for sustenance or support ⟨~*s* for the poor⟩ ~ *vt* **1** *archaic* : to prepare or get ready in advance **2** **a** : to supply or make available (something wanted or needed) ⟨*provided* new uniforms for the band⟩; *also* : AFFORD ⟨curtains ~ privacy⟩ **b** : to make something available to ⟨~ the children with free balloons⟩ **3** : to have as a condition : STIPULATE ⟨the contract ~*s* that certain deadlines will be met⟩

**provided** *conj* [ME, pp. of *providen* to provide] (15c) : on condition that : with the understanding : IF *usage* see PROVIDING

**prov·i·dence** \'prä-və-dən(t)s, -,den(t)s\ *n* [ME, fr. MF, fr. L *providentia*, fr. *provident-, providens*] (14c) **1** **a** *often cap* : divine guidance or care **b** *cap* : God conceived as the power sustaining and guiding human destiny **2** : the quality or state of being provident

**prov·i·dent** \-dənt, -,dent\ *adj* [ME, fr. L *provident-, providens*, fr. prp. of *providēre*] (15c) **1** : making provision for the future : PRUDENT **2** : FRUGAL, SAVING — **prov·i·dent·ly** *adv*

**prov·i·den·tial** \,prä-və-'den(t)-shəl\ *adj* (1648) **1** : of, relating to, or determined by Providence **2** *archaic* : marked by foresight : PRUDENT **3** : occurring by or as if by an intervention of Providence ⟨a ~ escape⟩ *syn* see LUCKY — **prov·i·den·tial·ly** \-'den(t)-sh(ə-)lē\ *adv*

**pro·vid·er** \prə-'vī-dər\ *n* (1523) : one that provides; *esp* : BREADWINNER

**providing** *conj* [ME, prp. of *providen*] (15c) : on condition that : in case

*usage* Although occas. still disapproved, *providing* is as well established as a conjunction as *provided* is. *Provided* is more common.

**prov·ince** \'prä-vən(t)s\ *n* [ME, fr. MF, fr. L *provincia*] (14c) **1** **a** : a country or region brought under the control of the ancient Roman government **b** : an administrative district or division of a country **c** *pl* : all of a country except the metropolises **2** **a** : a division of a country forming the jurisdiction of an archbishop or metropolitan **b** : a territorial unit of a religious order **3** **a** : a biogeographic division of less rank than a region **b** : an area that exhibits essential continuity of geological history; *also* : one characterized by particular structural or petrological features **4** **a** : proper or appropriate function or scope : SPHERE **b** : a department of knowledge or activity *syn* see FUNCTION

[1]**pro·vin·cial** \prə-'vin(t)-shəl\ *n* [in sense 1, fr. ME, fr. MF, fr. ML *provincialis*, fr. *provincia* ecclesiastical province; in other senses, fr. L *provincialis*, fr. *provincia* province] (14c) **1** : the superior of a province of a Roman Catholic religious order **2** : one living in or coming from a province **3** **a** : a person of local or restricted interests or outlook **b** : a person lacking urban polish or refinement

[2]**provincial** *adj* (14c) **1** : of, relating to, or coming from a province **2** **a** : limited in outlook : NARROW **b** : lacking the polish of urban society : UNSOPHISTICATED **3** : of or relating to a decorative style (as in furniture) marked by simplicity, informality, and relative plainness; *esp* : FRENCH PROVINCIAL — **pro·vin·cial·ly** \-'vin(t)-sh(ə-)lē\ *adv*

**pro·vin·cial·ism** \-shə-,li-zəm\ *n* (1770) **1** : a dialectal or local word, phrase, or idiom **2** : the quality or state of being provincial

**pro·vin·cial·ist** \-'vin(t)-sh(ə-)list\ *n* (1656) : a native or inhabitant of a province

**pro·vin·ci·al·i·ty** \prə-,vin(t)-shē-'a-lə-tē\ *n, pl* **-ties** (1782) **1** : PROVINCIALISM 2 **2** : an act or instance of provincialism

**pro·vin·cial·ize** \-'vin(t)-shə-,līz\ *vt* **-ized; -iz·ing** (1829) : to make provincial — **pro·vin·cial·i·za·tion** \-,vin(t)-sh(ə-)lə-'zā-shən\ *n*

**proving ground** *n* (ca. 1890) **1** : a place for scientific experimentation or testing (as of vehicles or weapons) **2** : a place where something is developed or tried out

**pro·vi·rus** \(,)prō-'vī-rəs\ *n* [NL] (1949) : a form of a virus that is integrated into the genetic material of a host cell and by replicating with it can be transmitted from one cell generation to the next without causing lysis — **pro·vi·ral** \-rəl\ *adj*

[1]**pro·vi·sion** \prə-'vi-zhən\ *n* [ME, fr. MF, fr. LL & L; LL *provision-, provisio* act of providing, fr. L, foresight, fr. *providēre* to see ahead — more at PROVIDE] (14c) **1** **a** : the act or process of providing **b** : the fact or state of being prepared beforehand **c** : a measure taken beforehand to deal with a need or contingency : PREPARATION ⟨made ~ for replacements⟩ **2** : a stock of needed materials or supplies; *esp* : a stock of food — usu. used in pl. **3** : PROVISO, STIPULATION

[2]**provision** *vt* **pro·vi·sioned; pro·vi·sion·ing** \-'vi-zhə-niŋ, -'vizh-niŋ\ (1809) : to supply with provisions

[1]**pro·vi·sion·al** \prə-'vizh-nəl, -'vi-zhə-nᵊl\ *adj* (1601) : serving for the time being : TEMPORARY — **pro·vi·sion·al·ly** *adv*

[2]**provisional** *n* (1886) : a postage stamp for use until a regular issue appears — compare DEFINITIVE

**pro·vi·sion·ary** \prə-'vi-zhə-,ner-ē\ *adj* (1617) : PROVISIONAL

**pro·vi·sion·er** \-'vi-zhə-nər, -'vizh-nər\ *n* (1866) : a furnisher of provisions

**pro·vi·so** \prə-'vī-(,)zō\ *n, pl* **-sos** *or* **-soes** [ME, fr. ML *proviso quod* provided that] (15c) **1** : an article or clause (as in a contract) that introduces a condition **2** : a conditional stipulation

**pro·vi·so·ry** \-'vī-zə-rē, -'vīz-rē\ *adj* (ca. 1611) **1** : containing or subject to a proviso : CONDITIONAL **2** : PROVISIONAL

**pro·vi·ta·min** \(,)prō-'vī-tə-mən\ *n* (1927) : a precursor of a vitamin convertible into the vitamin in an organism

**Pro·vo** \'prō-(,)vō\ *n, pl* **Provos** [*Pro*visional I.R.A., name of the faction + [1]-o] (1971) : a member of the extremist faction of the Irish Republican Army

**pro·vo·ca·teur** \prō-,vä-kə-'tər\ *n* (1919) : AGENT PROVOCATEUR

**prov·o·ca·tion** \,prä-və-'kā-shən\ *n* [ME *provocacioun*, fr. MF *provocation*, fr. L *provocation-, provocatio*, fr. *provocare*] (14c) **1** : the act of provoking : INCITEMENT **2** : something that provokes, arouses, or stimulates

**pro·voc·a·tive** \prə-'vä-kə-tiv\ *adj* (15c) : serving or tending to provoke, excite, or stimulate — **provocative** *n* — **pro·voc·a·tive·ly** *adv* — **pro·voc·a·tive·ness** *n*

**pro·voke** \prə-'vōk\ *vt* **pro·voked; pro·vok·ing** [ME, fr. MF *provoquer*, fr. L *provocare*, fr. *pro-* forth + *vocare* to call, fr. *voc-, vox* voice — more at PRO-, VOICE] (14c) **1** **a** *archaic* : to arouse to a feeling or action **b** : to incite to anger **2** **a** : to call forth (as a feeling or action) : EVOKE ⟨~ laughter⟩ **b** : to stir up purposely ⟨~ a fight⟩ **c** : to provide the needed stimulus for ⟨will ~ a lot of discussion⟩ — **pro·vok·er** *n*

*syn* PROVOKE, EXCITE, STIMULATE, PIQUE, QUICKEN mean to arouse as if by pricking. PROVOKE directs attention to the response called forth ⟨my stories usually *provoke* laughter⟩. EXCITE implies a stirring up or moving profoundly ⟨news that *excited* anger and frustration⟩. STIMULATE suggests a rousing out of lethargy, quiescence, or indifference ⟨*stimulating* conversation⟩. PIQUE suggests stimulating by mild irritation or challenge ⟨that remark *piqued* my interest⟩. QUICKEN implies beneficially stimulating and making active or lively ⟨the high salary *quickened* her desire to have the job⟩. *syn* see in addition IRRITATE

**pro·vok·ing** \-'vō-kiŋ\ *adj* (1642) : causing mild anger : ANNOYING — **pro·vok·ing·ly** \-kiŋ-lē\ *adv*

**pro·vo·lo·ne** \,prō-və-'lō-nē\ *n* [It, aug. of *provola*, a kind of cheese] (1912) : a usu. firm pliant often smoked cheese of Italian origin

**pro·vost** \'prō-,vōst, 'prä-vəst, 'prō-vəst, *esp attrib* ,prō-(,)vō\ *n* [ME, fr. OE *profost* & OF *provost*, fr. ML *propositus*, alter. of *praepositus*, fr. L, one in charge, director, fr. pp. of *praeponere* to place at the head — more at PREPOSITION] (bef. 12c) **1** : the chief dignitary of a collegiate or cathedral chapter **2** : the chief magistrate of a Scottish burgh **3** : the keeper of a prison **4** : a high-ranking university administrative officer

**provost court** *n* (1864) : a military court usu. for the trial of minor offenses within an occupied hostile territory

**provost guard** *n* (1862) : a police detail of soldiers under the authority of the provost marshal

**provost marshal** *n* (1535) : an officer who supervises the military police of a command

[1]**prow** \'praù\ *adj* [ME, fr. MF *prou* — more at PROUD] (14c) *archaic* : VALIANT, GALLANT

**pter·y·la** \'ter-ə-lə\ *n, pl* **-lae** \-ˌlē, -ˌlī\ [NL, fr. Gk *pteron* + *hylē* wood, forest] (1867) : one of the definite areas of the skin of a bird on which feathers grow

**Ptol·e·ma·ic** \ˌtä-lə-'mā-ik\ *adj* [Gk *Ptolemaikos*, fr. *Ptolemaios* Ptolemy] (1674) **1** : of or relating to Ptolemy the geographer and astronomer who flourished at Alexandria about A.D. 130 **2** : of or relating to the Greco-Egyptian Ptolemies ruling Egypt from 323 to 30 B.C.

**Ptolemaic system** *n* (ca. 1771) : the system of planetary motions according to which the earth is at the center with the sun, moon, and planets revolving around it

**pto·maine** \'tō-ˌmān, tō-'\ *n* [It *ptomaina*, fr. Gk *ptōma* fall, fallen body, corpse, fr. *piptein* to fall — more at FEATHER] (1880) : any of various organic bases which are formed by the action of putrefactive bacteria on nitrogenous matter and some of which are poisonous

**ptomaine poisoning** *n* (1893) : food poisoning caused by bacteria or bacterial products

**pto·sis** \'tō-səs\ *n, pl* **pto·ses** \-ˌsēz\ [NL, fr. Gk *ptōsis* act of falling, fr. *piptein*] (1743) : a sagging or prolapse of an organ or part; *esp* : a drooping of the upper eyelid

**pty·a·lin** \'tī-ə-lən\ *n* [Gk *ptyalon* saliva, fr. *ptyein* to spit — more at SPEW] (1845) : an amylase found in the saliva of many animals that converts starch into sugar

**pty·a·lism** \-ˌli-zəm\ *n* [NL *ptyalismus*, fr. Gk *ptyalismos*, fr. *ptyalizein* to salivate, fr. *ptyalon*] (1676) : an excessive flow of saliva

**p–type** \'pē-ˌtīp\ *adj* [*positive type*] (1946) : relating to or being a semiconductor in which charge is carried by holes — compare N-TYPE

**pub** \'pəb\ *n* (ca. 1859) **1** *chiefly Brit* : PUBLIC HOUSE 2 **2** : an establishment where alcoholic beverages are sold and consumed

**pub crawler** *n* (1910) : one who goes from bar to bar — **pub–crawl** *vi* — **pub crawl** *n*

**pu·ber·tal** \'pyü-bər-tᵊl\ *or* **pu·ber·al** \'pyü-bə-rəl\ *adj* [*pubertal* fr. *puberty*; *puberal* fr. ML *puberalis*, fr. L *puber*] (ca. 1837) : of or relating to puberty

**pu·ber·ty** \'pyü-bər-tē\ *n* [ME *puberte*, fr. L *pubertas*, fr. *puber* pubescent] (14c) **1** : the condition of being or the period of becoming first capable of reproducing sexually marked by maturing of the genital organs, development of secondary sex characteristics, and in the human and in higher primates by the first occurrence of menstruation in the female **2** : the age at which puberty occurs often construed legally as 14 in boys and 12 in girls

**pu·ber·u·lent** \pyü-'ber-ə-lənt, -yə-lənt\ *adj* [L *puber* pubescent + E *-ulent* (as in *pulverulent*)] (ca. 1859) : covered with fine pubescence

**pu·bes** \'pyü-(ˌ)bēz\ *n, pl* **pubes** [NL, fr. L, manhood, body hair, pubic region; akin to L *puber* pubescent] (ca. 1570) **1** : the hair that appears on the lower part of the hypogastric region at puberty **2** : the pubic region

**pu·bes·cence** \pyü-'be-sᵊn(t)s\ *n* (15c) **1** : the quality or state of being pubescent **2** : a pubescent covering or surface

**pu·bes·cent** \-sᵊnt\ *adj* [L *pubescent-, pubescens*, prp. of *pubescere* to reach puberty, become covered as with hair, fr. *pubes*] (1646) **1 a** : arriving at or having reached puberty **b** : of or relating to puberty **2** : covered with fine soft short hairs — compare VILLOUS

**pu·bic** \'pyü-bik\ *adj* (1831) : of, relating to, or situated in or near the region of the pubes or the pubis

**pu·bis** \'pyü-bəs\ *n, pl* **pu·bes** \-(ˌ)bēz\ [NL *os pubis*, lit., bone of the pubic region] (1597) : the ventral and anterior of the three principal bones composing either half of the pelvis — called also *pubic bone*

1**pub·lic** \'pə-blik\ *adj* [ME *publique*, fr. MF, fr. L *publicus*; akin to L *populus* the people] (14c) **1 a** : exposed to general view : OPEN **b** : WELL-KNOWN, PROMINENT **c** : PERCEPTIBLE, MATERIAL **2 a** : of, relating to, or affecting all the people or the whole area of a nation or state ⟨~ law⟩ **b** : of or relating to a government **c** : of, relating to, or being in the service of the community or nation **3 a** : of or relating to people in general : UNIVERSAL **b** : GENERAL, POPULAR **4** : of or relating to business or community interests as opposed to private affairs : SOCIAL **5** : devoted to the general or national welfare : HUMANITARIAN **6 a** : accessible to or shared by all members of the community **b** : capitalized in shares that can be freely traded on the open market — often used with *go* — **pub·lic·ness** *n*

2**public** *n* (15c) **1** : a place accessible or visible to the public — usu. used in the phrase *in public* **2** : the people as a whole : POPULACE **3** : a group of people having common interests or characteristics; *specif* : the group at which a particular activity or enterprise aims

**public–address system** *n* (1923) : an apparatus including a microphone and loudspeakers used for broadcasting to a large audience in an auditorium or outdoors

**pub·li·can** \'pə-bli-kən\ *n* [ME, fr. OF, fr. L *publicanus* tax farmer, fr. *publicum* public revenue, fr. neut. of *publicus*] (13c) **1 a** : a Jewish tax collector for the ancient Romans **b** : a collector of taxes or tribute **2** *chiefly Brit* : the licensee of a public house

**public assistance** *n* (1884) : government aid to needy, blind, aged, or disabled persons and to dependent children

**pub·li·ca·tion** \ˌpə-blə-'kā-shən\ *n* [ME *publicacioun*, fr. MF *publication*, fr. L *publication-, publicatio*, fr. *publicare*, fr. *publicus* public] (14c) **1** : the act or process of publishing **2** : a published work

**public defender** *n* (1918) : a lawyer usu. holding public office whose duty is to defend accused persons unable to pay for legal assistance

**public domain** *n* (1832) **1** : land owned directly by the government **2** : the realm embracing property rights that belong to the community at large, are unprotected by copyright or patent, and are subject to appropriation by anyone

**public health** *n* (1617) : the art and science dealing with the protection and improvement of community health by organized community effort and including preventive medicine and sanitary and social science

**public house** *n* (1658) **1** : INN, HOSTELRY **2** *chiefly Brit* : a licensed saloon or bar

**pub·li·cise** *Brit var of* PUBLICIZE

**pub·li·cist** \'pə-blə-sist\ *n* (1792) **1 a** : an expert in international law **b** : an expert or commentator on public affairs **2** : one that publicizes; *specif* : PRESS AGENT

**pub·lic·i·ty** \(ˌ)pə-'bli-sə-tē, -'blis-tē\ *n* (1791) **1** : the quality or state of being public **2 a** : an act or device designed to attract public interest; *specif* : information with news value issued as a means of gaining public attention or support **b** : the dissemination of information or promotional material **c** : paid advertising **d** : public attention or acclaim

**pub·li·cize** \'pə-blə-ˌsīz\ *vt* **-cized; -ciz·ing** (1925) : to bring to the attention of the public : ADVERTISE

**public land** *n* (1789) : land owned by a government; *specif* : that part of the U.S. public domain subject to sale or disposal under the homestead laws

**public law** *n* (1773) **1** : a legislative enactment affecting the public at large **2** : a branch of law concerned with regulating the relations of individuals with the government and the organization and conduct of the government itself — compare PRIVATE LAW

**pub·lic·ly** \'pə-bli-klē\ *also* **pub·li·cal·ly** \-li-k(ə-)lē\ *adv* (1567) **1** : in a manner observable by or in a place accessible to the public : OPENLY **2 a** : by the people generally **b** : by a government

**public officer** *n* (1925) : a person who has been legally elected or appointed to office and who exercises governmental functions

**public relations** *n pl but usu sing in constr, often attrib* (1807) : the business of inducing the public to have understanding for and goodwill toward a person, firm, or institution; *also* : the degree of understanding and goodwill achieved

**public sale** *n* (1678) : AUCTION 1

**public school** *n* (1580) **1** : an endowed secondary boarding school in Great Britain offering a classical curriculum and preparation for the universities or public service **2** : a free tax-supported school controlled by a local governmental authority

**public servant** *n* (1676) : a governmental official or employee

**public service** *n* (ca. 1576) **1** : the business of supplying a commodity (as electricity or gas) or service (as transportation) to any or all members of a community **2** : a service rendered in the public interest **3** : governmental employment; *esp* : CIVIL SERVICE

**public–service corporation** *n* (1904) : a quasi-public corporation

**public speaking** *n* (1762) **1** : the act or process of making speeches in public **2** : the art of effective oral communication with an audience

**public–spirited** *adj* (1677) : motivated by devotion to the general or public welfare — **pub·lic–spir·it·ed·ness** *n*

**public television** *n* (1965) : television supported by public funds and private contributions rather than by commercials

**public utility** *n* (1903) : a business organization (as an electric company) performing a public service and subject to special governmental regulation

**public works** *n pl* (1676) : works (as schools, highways, docks) constructed for public use or enjoyment esp. when financed and owned by the government

**pub·lish** \'pə-blish\ *vb* [ME, modif. of MF *publier*, fr. L *publicare*, fr. *publicus* public] *vt* (14c) **1 a** : to make generally known **b** : to make public announcement of **2 a** : to disseminate to the public **b** : to produce or release for distribution; *specif* : PRINT 2c **c** : to issue the work of (an author) ~ *vi* **1** : to put out an edition **2** : to have one's work accepted for publication — **pub·lish·able** \-bli-shə-bəl\ *adj*

**pub·lish·er** \'pə-bli-shər\ *n* (15c) : one that publishes something; *esp* : a person or corporation whose business is publishing

**pub·lish·ing** \-shiŋ\ *n* (1580) : the business or profession of the commercial production and issuance of literature, information, musical scores or sometimes recordings, or art ⟨newspaper ~⟩ ⟨software ~⟩

**puc·coon** \(ˌ)pə-'kün\ *n* [Virginia Algonquian *poughkone*] (1612) **1** : any of several American plants (as bloodroot) yielding a red or yellow pigment **2** : a pigment from a puccoon

**puce** \'pyüs\ *n* [F, lit., flea, fr. L *pulic-, pulex* — more at PSYLLA] (1882) : a dark red

1**puck** \'pək\ *n* [ME *puke*, fr. OE *pūca*; akin to ON *pūki* devil] (bef. 12c) **1** *archaic* : an evil spirit : DEMON **2** : a mischievous sprite : HOBGOBLIN; *specif, cap* : ROBIN GOODFELLOW

2**puck** *n* [E dial. *puck* to poke, hit, prob. fr. Ir *poc* butt, stroke in hurling, lit., buck (male deer)] (1891) : a vulcanized rubber disk used in ice hockey

**pucka** *var of* PUKKA

1**puck·er** \'pə-kər\ *vb* **puck·ered; puck·er·ing** \-k(ə-)riŋ\ [prob. irreg. fr. 1*poke*] *vi* (1598) : to become wrinkled or constricted ~ *vt* : to contract into folds or wrinkles

2**pucker** *n* (ca. 1750) : a fold or wrinkle in a normally even surface

**puck·ery** \'pə-k(ə-)rē\ *adj* (1830) : that puckers or causes puckering

**puck·ish** \'pə-kish\ *adj* [1*puck*] (1874) : IMPISH, WHIMSICAL — **puck·ish·ly** *adv* — **puck·ish·ness** *n*

**pud** \'pu̇d\ *n* (1706) *Brit* : PUDDING

**pud·ding** \'pu̇-diŋ\ *n* [ME] (13c) **1** : BLOOD SAUSAGE **2 a** (1) : a boiled or baked soft food usu. with a cereal base ⟨corn ~⟩ (2) : a dessert of a soft, spongy, or thick creamy consistency ⟨chocolate ~⟩ (3) *Brit* : DESSERT 1 **b** : a dish often containing suet or having a suet crust and orig. boiled in a bag ⟨steak and kidney ~⟩

**pudding stone** *n* (1753) : CONGLOMERATE

1**pud·dle** \'pə-dᵊl\ *n* [ME *podel*; akin to LG *pudel* puddle, OE *pudd* ditch] (14c) **1** : a very small pool of usu. dirty or muddy water **2 a** : an earthy mixture (as of clay, sand, and gravel) worked while wet into a compact mass that becomes impervious to water when dry **b** : a thin mixture of soil and water for puddling plants

2**puddle** *vb* **pud·dled; pud·dling** \'pəd-liŋ, 'pə-dᵊl-iŋ\ *vi* (15c) : to dabble or wade around in a puddle ~ *vt* **1** : to make muddy or turbid : MUDDLE **2 a** : to work (a wet mixture of earth or concrete) into a dense impervious mass **b** : to subject (iron) to the process of puddling **3 a** : to strew with puddles **b** : to compact (soil) esp. by working when too wet **c** : to dip the roots of (a plant) in a thin mud before transplanting — **pud·dler** \'pəd-lər, 'pə-dᵊl-ər\ *n*

**puddle duck** *n* (1877) : DABBLER b

**puddle jumper** *n* (1942) *slang* : LIGHTPLANE

**pud·dling** \'pəd-liŋ, 'pə-dᵊl-iŋ\ *n* (1839) : the process of converting pig iron into wrought iron or rarely steel by subjecting it to heat and frequent stirring in a furnace in the presence of oxidizing substances

**pu·den·cy** \'pyü-dᵊn(t)-sē\ *n* [L *pudentia*, fr. *pudent-, pudens*, prp. of *pudēre* to be ashamed, make ashamed] (1611) : MODESTY

**pu·den·dum** \pyu̇-'den-dəm\ *n, pl* **-da** \-də\ [NL, sing. of L *pudenda*, fr. neut. pl. of *pudendus*, gerundive of *pudēre* to be ashamed] (1634) : the external genital organs of a human being and esp. of a woman — usu. used in pl. — **pu·den·dal** \-dᵊl\ *adj*

**see–through** \'sē-,thrü\ *adj* (1945) : TRANSPARENT 1

1**seg·ment** \'seg-mənt\ *n* [L *segmentum*, fr. *secare* to cut — more at SAW] (1570) 1 a : a separate piece of something : BIT, FRAGMENT ⟨chop the stalks into short ~s⟩ b : one of the constituent parts into which a body, entity, or quantity is divided or marked off by or as if by natural boundaries ⟨all ~s of the population agree⟩ 2 : a portion cut off from a geometric figure by one or more points, lines, or planes: as a : the part of a circular area bounded by a chord and an arc of that circle or so much of the area as is cut off by the chord b : the part of a sphere cut off by a plane or included between two parallel planes c : the finite part of a line between two points in the line *syn* see PART — **seg·men·tary** \-mən-,ter-ē\ *adj*

2**seg·ment** \'seg-,ment\ *vt* (1859) : to separate into segments : give off as segments

**seg·men·tal** \seg-'men-tᵊl\ *adj* (1816) 1 : of, relating to, or having the form of a segment and esp. the sector of a circle ⟨~ fanlight⟩ 2 : of, relating to, or composed of somites or metameres : METAMERIC 3 a : divided into segments ⟨~ knowledge⟩ b : PARTIAL, INCOMPLETE c : resulting from segmentation — **seg·men·tal·ly** \-tᵊl-ē\ *adv*

**seg·men·ta·tion** \,seg-mən-'tā-shən, -,men-\ *n* (1851) : the process of dividing into segments; *esp* : the formation of many cells from a single cell (as in a developing egg)

**segmentation cavity** *n* (1888) : BLASTOCOEL

**seg·ment·ed** \'seg-,men-təd, seg-'\ *adj* (1854) : divided into or composed of segments or sections ⟨~ worms⟩

**se·gno** \'sān-(,)yō\ *n*, *pl* **segnos** [It, sign, fr. L *signum* — more at SIGN] (1908) : a notational sign; *specif* : the sign that marks the beginning or end of a musical repeat

**se·go lily** \'sē-(,)gō-\ *n* [*sego* the bulb of the sego lily, fr. Southern Paiute *siyoʔo*] (1913) : a mariposa lily (*Calochortus nuttallii*) of western No. America having mostly white or in some areas mostly yellow flowers mottled with a darker color

sego lily

**seg·re·gant** \'se-gri-gənt\ *n* (1926) : a genetic segregate

1**seg·re·gate** \'se-gri-,gāt\ *vb* **-gat·ed; -gat·ing** [L *segregatus*, pp. of *segregare*, fr. *se-* apart + *greg-*, *grex* herd — more at SECEDE] *vt* (1542) 1 : to separate or set apart from others or from the general mass : ISOLATE 2 : to cause or force the separation of (as from the rest of society) ~ *vi* 1 : SEPARATE, WITHDRAW 2 : to practice or enforce a policy of segregation 3 : to undergo genetic segregation — **seg·re·ga·tive** \-,gā-tiv\ *adj*

2**seg·re·gate** \'se-gri-gət, -,gāt\ *n* (1871) : one that is in some respect segregated; *esp* : one that differs genetically from the parental line because of genetic segregation

**segregated** *adj* (1652) 1 a : set apart or separated from others of the same kind or group ⟨a ~ account in a bank⟩ b : divided in facilities or administered separately for members of different groups or races ⟨~ education⟩ c : restricted to members of one group or one race by a policy of segregation ⟨~ schools⟩ 2 : practicing or maintaining segregation esp. of races ⟨~ states⟩

**seg·re·ga·tion** \,se-gri-'gā-shən\ *n* (1555) 1 : the act or process of segregating : the state of being segregated 2 a : the separation or isolation of a race, class, or ethnic group by enforced or voluntary residence in a restricted area, by barriers to social intercourse, by separate educational facilities, or by other discriminatory means b : the separation for special treatment or observation of individuals or items from a larger group ⟨~ of gifted children into accelerated classes⟩ 3 : the separation of allelic genes that occurs typically during meiosis

**seg·re·ga·tion·ist** \-sh(ə-)nist\ *n* (1913) : a person who believes in or practices segregation esp. of races — **segregationist** *adj*

1**se·gue** \'se-(,)gwā, 'sā-\ *vb imper* [It, there follows, fr. *seguire* to follow, fr. L *sequi* — more at SUE] (ca. 1740) 1 : proceed to what follows without pause — used as a direction in music 2 : perform the music that follows like that which has preceded — used as a direction in music

2**segue** *vi* **se·gued; se·gue·ing** (ca. 1913) 1 : to proceed without pause from one musical number or theme to another 2 : to make a transition without interruption from one activity, topic, scene, or part to another

3**segue** *n* (ca. 1937) : the act or an instance of segueing

**se·gui·di·lla** \,se-gə-'dē-yə, -'dēl-yə\ *n* [Sp, dim. of *seguida*, a dance, lit., sequence, fr. *seguido*, pp. of *seguir* to follow, fr. L *sequi*] (1763) 1 a : a Spanish dance with many regional variations b : the music for such a dance 2 : a Spanish stanza of four or seven short partly assonant verses

**sei·cen·to** \sā-'chen-(,)tō\ *n* [It, lit., six-hundred, fr. *sei* six (fr. L *sex*) + *cento* hundred — more at SIX, CINQUECENTO] (ca. 1902) : the 17th century; *specif* : the 17th century period in Italian literature and art

**seiche** \'sāsh, 'sēch\ *n* [F] (ca. 1839) : an oscillation of the surface of a landlocked body of water (as a lake) that varies in period from a few minutes to several hours

**sei·del** \'sī-dᵊl, 'zī-\ *n* [G, fr. MHG *sīdel*, fr. L *situla* bucket] (1908) : a large glass for beer

**Seid·litz powders** \'sed-ləts-\ *n pl* [*Sedlitz*, (Sedlčany), village in Bohemia; fr. the similarity of their effect to that of the water of the village] (1815) : effervescing salts consisting of one powder of sodium bicarbonate and Rochelle salt and another of tartaric acid that are mixed in water and drunk as a mild cathartic

**sei·gneur** \sān-'yər\ *n*, *often cap* [MF, fr. ML *senior*, fr. L, adj., elder — more at SENIOR] (1592) 1 : a man of rank or authority; *esp* : the feudal lord of a manor 2 : a member of the landed gentry of Canada

**sei·gneur·ial** \-'yür-ē-əl, -'yər-\ *adj* (1656) : of, relating to, or befitting a seigneur

**sei·gneury** \'sān-yə-rē\ *n*, *pl* **-gneur·ies** (1683) 1 a : the territory under the government of a feudal lord b : a landed estate held in Canada by feudal tenure until 1854 2 : the manor house of a Canadian seigneur

**sei·gnior** \sān-'yȯr, 'sān-,\ *n* [ME *seigniour*, fr. MF *seigneur*] (15c) : SEIGNEUR 1

**sei·gnior·age** *or* **sei·gnor·age** \'sān-yə-rij\ *n* [ME *seigneurage*, fr. MF, right of the lord (esp. to coin money), fr. *seigneur*] (15c) : a government revenue from the manufacture of coins calculated as the difference between the face value and the metal value of the coins

**sei·gniory** *or* **sei·gnory** \'sān-yə-rē\ *n*, *pl* **-gnior·ies** *or* **-gnor·ies** (14c) 1 : LORDSHIP, DOMINION; *specif* : the power or authority of a feudal lord 2 : the territory over which a lord holds jurisdiction

**sei·gno·ri·al** \sān-'yȯr-ē-əl, -'yȯr-\ *adj* (1818) : of, relating to, or befitting a seignior : MANORIAL

1**seine** \'sān\ *n* [ME, fr. OE *segne*, fr. L *sagena*, fr. Gk *sagēnē*] (bef. 12c) : a large net with sinkers on one edge and floats on the other that hangs vertically in the water and is used to enclose fish when its ends are pulled together or are drawn ashore

2**seine** *vb* **seined; sein·ing** *vi* (1836) : to fish with or catch fish with a seine ~ *vt* : to fish for or in with a seine

**sein·er** \'sā-nər\ *n* (1602) 1 : one who fishes with a seine 2 : a boat used for seining

**sei·sin** *or* **sei·zin** \'sē-zᵊn\ *n* [ME *seisine*, fr. OF *saisine*, fr. *saisir* to seize — more at SEIZE] (14c) 1 : the possession of land or chattels 2 : the possession of a freehold estate in land by one having title thereto

**seis·mic** \'sīz-mik, 'sīs-\ *adj* [Gk *seismos* shock, earthquake, fr. *seiein* to shake; prob. akin to Av *thwaēshō* fear] (1858) 1 : of, subject to, or caused by an earthquake; *also* : of or relating to an earth vibration caused by something else (as an explosion or the impact of a meteorite) 2 : of or relating to a vibration on a celestial body (as the moon) comparable to a seismic event on earth 3 : having a strong or widespread impact : EARTHSHAKING ⟨~ social changes⟩ — **seis·mi·cal·ly** \-mi-k(ə-)lē\ *adv*

**seis·mic·i·ty** \sīz-'mi-sə-tē, sīs-\ *n* (1902) : the relative frequency and distribution of earthquakes

**seismo-** *comb form* [Gk, fr. *seismos*] : earthquake : vibration ⟨*seismometer*⟩

**seis·mo·gram** \'sīz-mə-,gram, 'sīs-\ *n* [ISV] (ca. 1891) : the record of an earth tremor by a seismograph

**seis·mo·graph** \-,graf\ *n* [ISV] (1858) : an apparatus to measure and record vibrations within the earth and of the ground — **seis·mog·ra·pher** \sīz-'mä-grə-fər, sīs-\ *n* — **seis·mo·graph·ic** \,sīz-mə-'gra-fik, ,sīs-\ *adj* — **seis·mog·ra·phy** \sīz-'mä-grə-fē, sīs-\ *n*

**seis·mol·o·gy** \sīz-'mä-lə-jē, sīs-\ *n* [ISV] (1858) : a science that deals with earthquakes and with artificially produced vibrations of the earth — **seis·mo·log·i·cal** \,sīz-mə-'lä-ji-kəl, ,sīs-\ *adj* — **seis·mol·o·gist** \sīz-'mä-lə-jist, sīs-\ *n*

**seis·mom·e·ter** \sīz-'mä-mə-tər, sīs-\ *n* (1841) : a seismograph measuring the actual movements of the ground (as on the earth or the moon) — **seis·mo·met·ric** \,sīz-mə-'me-trik, ,sīs-\ *adj*

**seis·mom·e·try** \sīz-'mä-mə-trē, sīs-\ *n* [ISV] (1858) : the scientific study of earthquakes

**sei whale** \'sā-, 'sī-\ *n* [part trans. of Norw *seihval*, fr. *sei* coalfish + *hval* whale] (1912) : a common and widely distributed dark gray rorqual (*Balaenoptera borealis*) that has a ridge on the top of the head and grows to a length of nearly 60 feet (18 meters) — called also *sei*

**seize** \'sēz\ *vb* **seized; seiz·ing** [ME *saisen*, fr. OF *saisir* to put in possession of, fr. ML *sacire*, of Gmc origin; perh. akin to OHG *sezzen* to set — more at SET] *vt* (14c) 1 a *usu* **seise** \'sēz\ : to vest ownership of a freehold estate in b *often* **seise** : to put in possession of something ⟨the biographer will be *seized* of all pertinent papers⟩ 2 a : to take possession of : CONFISCATE b : to take possession of by legal process 3 a : to possess or take by force : CAPTURE b : to take prisoner : ARREST 4 a : to take hold of : CLUTCH b : to possess oneself of : GRASP c : to understand fully and distinctly : APPREHEND 5 a : to attack or overwhelm physically : AFFLICT ⟨suddenly *seized* with an acute illness —H. G. Armstrong⟩ b : to possess (as one's mind) completely or overwhelmingly ⟨*seized* the popular imagination —Basil Davenport⟩ 6 : to bind or fasten together with a lashing of small stuff (as yarn, marline, or fine wire) ~ *vi* 1 : to take or lay hold suddenly or forcibly 2 a : to cohere to a relatively moving part through excessive pressure, temperature, or friction — used esp. of machine parts (as bearings, brakes, or pistons) b : to fail to operate due to the seizing of a part — used of an engine *syn* see TAKE — **seiz·er** *n*

**seizing** *n* (14c) 1 a : the cord or lashing used in binding or fastening b : the fastening so made — see KNOT illustration 2 : the operation of fastening together or lashing with tarred small stuff

**sei·zure** \'sē-zhər\ *n* (15c) 1 a : the act, action, or process of seizing : the state of being seized b : the taking possession of person or property by legal process 2 : a sudden attack (as of disease) ⟨an epileptic ~⟩

**se·jant** \'sē-jənt\ *adj* [modif. of MF *seant*, prp. of *seoir* to sit, fr. L *sedēre* — more at SIT] (ca. 1500) : SITTING — used of a heraldic animal

**sel** \'sel\ *chiefly Scot var of* SELF

**se·la·chi·an** \sə-'lā-kē-ən\ *n* [ultim. fr. Gk *selachos* cartilaginous phosphorescent fish; akin to Gk *selas* brightness] (1835) : any of a variously defined group (Selachii) of cartilaginous fishes that includes all the elasmobranchs or all elasmobranchs except the chimaeras, the existing sharks and rays or in its most restricted use the existing sharks as distinguished from the rays — **selachian** *adj*

**se·lag·i·nel·la** \sə-,la-jə-'ne-lə\ *n* [NL, fr. L *selagin-*, *selago*, a plant resembling the savin] (1835) : any of a genus (*Selaginella*) of mossy lower tracheophytes that are related to or grouped with the club mosses and have branching stems and scalelike leaves and produce one-celled sporangia containing both megaspores and microspores

**se·lah** \'sē-lə, -,lä\ *interj* [Heb *selāh*] (1530) — a term of uncertain meaning found in the Hebrew text of the Psalms and Habakkuk carried over untranslated into some English versions

**sel·couth** \'sel-,küth\ *adj* [ME, fr. OE *seldcūth*, fr. *seldan* seldom + *cūth* known — more at UNCOUTH] (bef. 12c) *archaic* : UNUSUAL, STRANGE

1**sel·dom** \'sel-dəm\ *adv* [ME, fr. OE *seldan*; akin to OHG *seltan* seldom] (bef. 12c) : in few instances : RARELY, INFREQUENTLY

2**seldom** *adj* (13c) : RARE, INFREQUENT

1**se·lect** \sə-'lekt\ *adj* [L *selectus*, pp. of *seligere* to select, fr. *se-* apart (fr. *sed*, *se* without) + *legere* to gather, select — more at SUICIDE, LEGEND] (1565) 1 : chosen from a number or group by fitness or preference 2 a : of special value or excellence : SUPERIOR, CHOICE b : exclusively or fastidiously chosen often with regard to social, economic, or cultural characteristics 3 : judicious or restrictive in choice : DISCRIMINATING

money), fr. *seigneur*] (15c) : a govern... ...ire of coins calculated as the differ... ...e metal value of the coins
...in-yə-rē\ *n, pl* -gnior·ies or -gnor... ...N: *specif* : the power or authority... ...ver which a lord holds jurisdiction ...ór-\ *adj* (1818) : of, relating to, or ...

...gne, fr. L *sagena*, fr. Gk *sagēnē*] (bef. 12c) ...one edge and floats on the other ...and is used to enclose fish when its ends are brought ashore
(1836) : to fish with or catch fish with a seine ... one who fishes with a seine 2 : a boat ...

...4E *seisine*, fr. OF *saisine*, fr. *saisir* to seize ...le possession of land or chattels 2 : the ...in land by one having title thereto
...ik *seismos* shock, earthquake, fr. *seiein* to ...*ēshō* fear] (1858) 1 : of, subject to, or ... 2 : of or relating to an earth vibration ...n explosion or the impact of a meteorite ... on a celestial body (as the moon) ...arth 3 : having a strong or widespread ...ocial changes) — seis·mi·cal·ly \-mi-...

...\ *n* (1902) : the relative frequency and ...

...*mos*] : earthquake : vibration (*seismo*...

...sīs-\ *n* [ISV] (ca. 1891) : the record of ...ph
(1858) : an apparatus to measure and ...rth and of the ground — seis·mo·graph... — seis·mo·graph·ic \ˌsīz-mə-ˈgra-fik, ... sīz-ˈmä-grə-fē, sīs-\ *n*
...\ *n* [ISV] (1858) : a science that deals ...ically produced vibrations of the earth ...ˈlä-ji-kəl, ˌsīs-\ *adj* — seis·mol·o·gist

...sīs-\ *n* (1841) : a seismograph measu... ...ground (as on the earth or the moon) ...e-trik, ˌsīs-\ *adj*
...sīs-\ *n* [ISV] (1858) : the scientific ...

...ns. of Norw *seihval*, fr. *sei* coalfish + ...and widely distributed dark gray ror... ...has a ridge on the top of the head and ...(18 meters) — called also *sei*
[ME *saisen*, fr. OF *saisir* to put in pos... ...c origin; perh. akin to OHG *sezzen* to ...a *usu* seise \ˈsēz\ : to vest ownership ...seise : to put in possession of some... ...zed of all pertinent papers) 2 a : to ... b : to take possession of by legal ...e by force : CAPTURE b : to take pris... ...ld of : CLUTCH b : to possess oneself ...illy and distinctly : APPREHEND 5 a ...ily : AFFLICT (suddenly *seized* with an ...) b : to possess (as one's mind) com... ...ed the popular imagination —Basil ... together with a lashing of small stuff ...~ *vi* 1 : to take or lay hold suddenly ...relatively moving part through exces... ...tion — used esp. of machine parts (as ...to fail to operate due to the seizing of ...see TAKE — seiz·er *n*
...r lashing used in binding or fastening ...NOT illustration 2 : the operation of ...tarred small stuff
...the act, action, or process of seizing ... taking possession of person or prop... ...an attack (as of disease) (an epileptic ...

...MF *seant*, prp. of *seoir* to sit, fr. L ...SITTING — used of a heraldic animal

...., fr. Gk *selachos* cartilaginous phos... ...rightness] (1835) : any of a variously ...aginous fishes that includes all the ...hs except the chimaeras, the existing ...ricted use the existing sharks as dis... ...lan *adj*
[NL, fr. L *selagin-, selago*, a plant ...y of a genus (*Selaginella*) of mossy ...ated to or grouped with the club ...and scalelike leaves and produce ...h megaspores and microspores
...*h*] (1530) — a term of uncertain ...f the Psalms and Habakkuk carried ...versions
OE *seldcūth*, fr. *seldan* seldom + ...H] (bef. 12c) *archaic* : UNUSUAL
...OE *seldan*; akin to OHG *seltan* sel... ...RARELY, INFREQUENTLY
...IT
...of *seligere* to select, fr. *se-* apart (fr. ...select — more at SUICIDE, LEGEND] ...or group by fitness or preference 2 ...UPERIOR, CHOICE b : exclusively or ...d to social, economic, or cultural ...rictive in choice : DISCRIMINATING

(pleased with the ~ appreciation of his books —Osbert Sitwell) — se·lect·able \sə-ˈlek-tə-bəl\ *adj* — se·lect·ness \sə-ˈlek(t)-nəs\ *n* — se·lec·tor \sə-ˈlek-tər\ *n*

²select *vt* (1567) : to choose (as by fitness or excellence) from a number or group : pick out ~ *vi* : to make a choice

³select *n* (1610) : one that is select — often used in pl.

se·lect·ed *adj* (1590) : SELECT; *specif* : of a higher grade or quality than the ordinary

se·lect·ee \sə-ˌlek-ˈtē\ *n* (1940) 1 : one inducted into military service under selective service 2 : one who is chosen from a group by fitness or preference

se·lec·tion \sə-ˈlek-shən\ *n* (ca. 1623) 1 : the act or process of selecting : the state of being selected 2 : one that is selected : CHOICE; *also* : a collection of selected things 3 : a natural or artificial process that results or tends to result in the survival and propagation of some individuals or organisms but not of others with the result that the inherited traits of the survivors are perpetuated — compare DARWINISM, NATURAL SELECTION *syn* see CHOICE

se·lec·tion·ist \-sh(ə-)nist\ *n* (1892) : one who considers natural selection a fundamental factor in evolution — selectionist *adj*

se·lec·tive \sə-ˈlek-tiv\ *adj* (1625) 1 : of, relating to, or characterized by selection : selecting or tending to select 2 : highly specific in activity or effect (~ pesticides) (~ absorption) — se·lec·tive·ly *adv* — se·lec·tive·ness *n* — se·lec·tiv·i·ty \sə-ˌlek-ˈti-və-tē, ˌsē-\ *n*

selective service *n* (1917) : a system under which men are called up for military service : DRAFT

se·lect·man \si-ˈlek(t)-ˌman, -ˌlek(t)-ˈman; -ˈlek(t)-mən; ˈsē-ˌlek(t)-ˌman\ *n* (1635) : one of a board of officials elected in towns of all New England states except Rhode Island to serve as the chief administrative authority of the town

selen- or seleno- *comb form* [L *selen-*, fr. Gk *selēn-*, fr. *selēnē* — more at SELENIUM] : moon (*selenium*) (*selenology*)

²selen- or seleni- *comb form* [Sw, fr. NL *selenium*] : selenium (*seleniferous*)

sel·e·nate \ˈse-lə-ˌnāt\ *n* [Sw *selenat*, fr. *selen* of or containing selenium, fr. NL *selenium*] (1818) : a salt containing the anion $SeO_4^{2-}$

Se·le·ne \sə-ˈlē-nē\ *n* : the Greek goddess of the moon

sel·e·nide \ˈse-lə-ˌnīd\ *n* (1849) : a binary compound of selenium with a more electropositive element or group

sel·e·nif·er·ous \ˌse-lə-ˈni-f(ə-)rəs\ *adj* (1823) : containing or yielding selenium (~ vegetation) (~ soils)

sel·e·nite \ˈse-lə-ˌnīt\ *n* [ME *selinete*, fr. L *selenites*, fr. Gk *selēnitēs* (*lithos*), lit., stone of the moon, fr. *selēnē*; fr. the belief that it waxed and waned with the moon] (15c) : a variety of gypsum occurring in transparent crystals or crystalline masses

se·le·ni·um \sə-ˈlē-nē-əm\ *n* [NL, fr. Gk *selēnē* moon, fr. *selas* brightness] (1818) : a nonmetallic element that resembles sulfur and tellurium chemically, is obtained chiefly as a by-product in copper refining, and is a photoconductive semiconductor in its crystalline form — see ELEMENT table

selenium cell *n* (1880) : an insulated strip of selenium mounted with electrodes and used as a photoconductive element

se·le·no·cen·tric \sə-ˌlē-nə-ˈsen-trik\ *adj* [ISV] (ca. 1852) : of or relating to the center of the moon; *also* : referred to or involving the moon as a center

sel·e·nol·o·gy \ˌse-lə-ˈnä-lə-jē\ *n* (1821) : a branch of astronomy that deals with the moon — se·le·no·log·i·cal \ˌse-lə-nō-ˈlä-ji-kəl, sə-ˌlē-nə-ˈlä-\ *adj* — sel·e·nol·o·gist \ˌse-lə-ˈnä-lə-jist\ *n*

Se·leu·cid \sə-ˈlü-səd, sel-ˈyü-\ *n* [NL *seleucides*, fr. *Seleucus I*] (1851) : a member of a Greek dynasty ruling Syria and at various times other Asian territories from 312 B.C. to 64 B.C. — Seleucid *adj*

¹self \ˈself, *Southern also* ˈsef\ *pron* [ME (intensive pron.), fr. OE; akin to OHG *selb*, intensive pron., and prob. to L *suus* one's own — more at SUICIDE] (bef. 12c) : MYSELF, HIMSELF, HERSELF (check payable to ~)

²self *adj* (bef. 12c) 1 *obs* : IDENTICAL, SAME 2 *obs* : belonging to oneself : OWN 3 a : having a single character or quality throughout; *specif* : having one color only (a ~ flower) b : of the same kind (as in color, material, or pattern) as something with which it is used (~ trimming)

³self *n, pl* selves \ˈselvz, *Southern also* ˈsevz\ (13c) 1 a : the entire person of an individual b : the realization or embodiment of an abstraction 2 a (1) : an individual's typical character or behavior (her true ~ was revealed) (2) : an individual's temporary behavior or character (his better ~) b : a person in prime condition (feel like my old ~ today) 3 : the union of elements (as body, emotions, thoughts, and sensations) that constitute the individuality and identity of a person 4 : personal interest or advantage 5 : material that is part of an individual organism (ability of the immune system to distinguish ~ from nonself)

⁴self *vi* (1914) 1 : INBREED 2 : to pollinate with pollen from the same flower or plant ~ *vi* : to undergo self-pollination

self- *comb form* [ME, fr. OE, fr. *self*] 1 a : oneself or itself (*self*-supporting) b : of oneself or itself (*self*-abasement) c : by oneself or itself (*self*-propelled) (*self*-acting) 2 a : to, with, for, or toward oneself or itself (*self*-consistent) (*self*-addressed) (*self*-love) b : of or in oneself or itself inherently (*self*-evident) c : from or by means of oneself or itself (*self*-fertile)

self–abase·ment
self–ab·ne·gat·ing
self–ab·ne·ga·tion
self–ac·cel·er·at·ing
self–ac·cep·tance
self–ac·cu·sa·tion
self–ac·cu·sa·to·ry
self–ac·cus·ing
self–ac·knowl·edged
self–ad·just·ing
self–ad·min·is·ter
self–ad·min·is·tra·tion
self–ad·mit·ted
self–ad·mit·ted·ly
self–ad·u·la·to·ry
self–ad·vance·ment
self–ad·ver·tise·ment
self–ad·ver·tis·er
self–af·fir·ma·tion
self–ag·gran·dize·ment
self–ag·gran·diz·ing
self–alien·ation
self–ansolut·ed
self–ap·prais·al
self–ap·pro·ba·tion
self–as·sess·ment
self–as·sign·ment
self–au·then·ti·cat·ing
self–avowed
self–bet·ter·ment
self–can·cel
self–care
self–car·i·ca·ture
self–cas·ti·gate
self–cas·ti·ga·tion
self–cen·sor·ship
self–char·ac·ter·i·za·tion
self–clas·si·fi·ca·tion
self–clean·ing
self–com·mand
self–com·mun·ing
self–com·mu·nion
self–com·pla·cen·cy
self–com·pla·cent
self–con·dem·na·tion
self–con·demned
self–con·firm·ing
self–con·se·cra·tion
self–con·sti·tut·ed
self–con·sum·ing
self–con·tempt
self–cre·at·ed
self–cre·a·tion
self–crit·i·cal
self–crit·i·cism
self–cri·tique
self–cul·ti·va·tion
self–cul·ture
self–damn·ing
self–de·base·ment
self–de·ceit
self–de·ceive
self–de·cep·tion
self–de·feat·ing
self–de·lud·ed
self–de·lud·ing
self–de·lu·sion
self–den·i·grat·ing
self–den·i·gra·tion
self–de·pen·dence
self–de·pen·dent
self–dep·re·cat·ing
self–dep·re·cat·ing·ly
self–dep·re·ca·tion
self–dep·re·ca·to·ry
self–de·pre·ci·a·tion
self–de·scribed
self–de·scrip·tion
self–de·scrip·tive
self–de·vel·op·ment
self–de·vour·ing
self–dif·fer·en·ti·a·tion
self–di·rect·ed
self–di·rect·ing
self–di·rec·tion
self–di·rec·tive
self–dis·gust
self–dis·play
self–dis·sat·is·fac·tion
self–doubt
self–ed·u·cat·ed
self–ed·u·cat·ing
self–ed·u·ca·tion
self–ef·face·ment
self–ef·fac·ing
self–eman·ci·pa·tion
self–emas·cu·la·tion
self–en·closed
self–en·grossed
self–en·hance·ment
self–eval·u·ate
self–eval·u·a·tion
self–ex·clu·sion
self–ex·cul·pa·tion
self–ex·hi·bi·tion
self–ex·is·tence
self–ex·is·tent
self–ex·plain·ing
self–ex·tinc·tion
self–fi·nance
self–formed
self–gen·er·ate
self–giv·ing
self–guid·ed
self–hate
self–hat·ing
self–ha·tred
self–heal·ing
self–help
self–hum·bling
self–hu·mil·i·a·tion
self–hyp·no·sis
self–idol·a·try
self–im·posed
self–im·prove·ment
self–im·prov·er
self–in·duced
self–in·fat·u·at·ed
self–in·fla·tion
self–in·flict·ed
self–ini·ti·at·ed
self–in·struct·ed
self–in·struc·tion
self–in·struc·tion·al
self–in·ter·view
self–in·vent·ed
self–in·ven·tion
self–iso·la·tion
self–la·beled
self–lac·er·at·ing
self–lac·er·a·tion
self–loath·ing
self–lock·ing
self–lu·bri·cat·ing
self–lu·mi·nous
self–main·te·nance
self–man·age·ment
self–mas·tery
self–med·i·ca·tion
self–mock·ery
self–mock·ing
self–mor·ti·fi·ca·tion
self–mo·ti·vat·ed
self–mu·ti·lat·ing
self–mu·ti·la·tion
self–ne·gat·ing
self–ob·sessed
self–op·er·at·ing
self–or·dained
self–ori·ent·ed
self–par·o·dist
self–par·o·dy
self–penned
self–per·pet·u·at·ing
self–per·pet·u·a·tion
self–pla·gia·rism
self–pleas·ing
self–po·lic·ing
self–praise
self–pre·oc·cu·pa·tion
self–pre·oc·cu·pied
self–pre·serv·ing
self–pro·claimed
self–pro·duced
self–pro·fessed
self–pro·mot·er
self–pro·mot·ing
self–pro·mo·tion
self–pro·tec·tion
self–pro·tec·tive
self–pro·tec·tive·ness
self–pun·ish·ing
self–pun·ish·ment
self–raised
self–re·crim·i·na·tion
self–ref·er·en·tial
self–re·fer·ring
self–re·flex·ive
self–ref·or·ma·tion
self–reg·u·la·tion
self–reg·u·la·tive
self–reg·u·la·to·ry
self–re·in·forc·ing
self–re·new·al
self–re·new·ing
self–re·nounc·ing
self–re·nun·ci·a·tion
self–re·proach
self–re·proach·ful
self–re·proof
self–re·prov·ing
self–re·straint
self–rid·i·cule
self–sat·i·riz·ing
self–se·lect·ed
self–se·lec·tion
self–set
self–sur·ren·der
self–sus·tained
self–ther·a·py
self–tor·ment
self–tor·men·tor
self–tor·ture
self–tran·scen·dence
self–trans·for·ma·tion
self–un·der·stand·ing
self–val·i·dat·ing
self–wor·ship
self–wor·ship·er

self–aban·doned \ˌself-ə-ˈban-dənd\ *adj* (1791) : abandoned by oneself; *esp* : given up to one's impulses

self–aban·don·ment \-dən-mənt\ *n* (1818) 1 : a surrender of one's selfish interests or desires 2 : a lack of self-restraint

self–ab·sorbed \-əb-ˈsȯrbd, -ˈzȯrbd\ *adj* (1847) : absorbed in one's own thoughts, activities, or interests

self–ab·sorp·tion \-ˈsȯrp-shən, -ˈzȯrp-\ *n* (1862) : preoccupation with oneself

self–abuse \-ə-ˈbyüs\ *n* (1605) 1 : reproach of oneself 2 : MASTURBATION 3 : abuse of one's body or health

self–act·ing \-ˈak-tiŋ\ *adj* (ca. 1680) : acting or capable of acting of or by itself : AUTOMATIC

self–ac·tiv·i·ty \-ˌak-ˈti-və-tē\ *n* (1644) : independent and esp. self-determined activity

self–ac·tu·al·ize \-ˈak-ch(ə-w)ə-ˌlīz, -sh(ə-w)ə-ˌlīz\ *vi* (1874) : to realize fully one's potential — self–ac·tu·al·i·za·tion \-ˌak-ch(ə-w)ə-lə-ˈzā-shən, -sh(ə-w)ə-lə-\ *n*

self–ad·dressed \-ə-ˈdrest, -ˈa-ˌdrest\ *adj* (1904) : addressed for return to the sender (a ~ envelope)

self–ad·he·sive \-əd-ˈhē-siv, -ziv\ *adj* (1958) : having a side coated with an adhesive that sticks without wetting (~ labels)

self–ad·just·ment \-ə-ˈjəs(t)-mənt\ *n* (1848) : adjustment to oneself or one's environment

self–ad·mi·ra·tion \-ˌad-mə-ˈrā-shən\ *n* (1661) : SELF-CONCEIT

self–af·fect·ed \-ə-ˈfek-təd\ *adj* (1606) : CONCEITED, SELF-LOVING

self–anal·y·sis \-ə-ˈna-lə-səs\ *n* (1860) : a systematic attempt by an individual to understand his or her own personality without the aid of another person

self–an·a·lyt·i·cal \-ˌa-nə-ˈli-ti-kəl\ *also* self–an·a·lyt·ic *adj* (1943) : using self-analysis

self–an·ni·hi·la·tion \-ə-ˌnī-ə-ˈlā-shən\ *n* (1647) : annihilation of the self (as in mystical contemplation of God)

self–ap·plaud·ing \-ə-ˈplȯ-diŋ\ *adj* (1654) : marked by self-applause

self–ap·plause \-ə-ˈplȯz\ *n* (1678) : an expression or feeling of approval of oneself

self–ap·point·ed \-ə-ˈpȯin-təd\ *adj* (1799) : appointed by oneself : SELF-STYLED

self–as·sem·bly \-ə-ˈsem-blē\ *n* (1966) : the process by which a complex macromolecule (as collagen) or a supramolecular system (as a

**uni·di·men·sion·al** \ˌyü-ni-də-ˈmench-nəl, -ˈmen(t)-sh(ə-)nᵊl *also* -ˌdī-\ *adj* (1883) : ONE-DIMENSIONAL — **uni·di·men·sion·al·i·ty** \-ˌmen(t)-shə-ˈna-lə-tē\ *n*

**uni·di·rec·tion·al** \ˌyü-ni-də-ˈrek-shnəl, -dī-, -shə-nᵊl\ *adj* (1883) **1** : involving, functioning, moving, or responsive in a single direction **2** : not subject to change or reversal of direction — **uni·di·rec·tion·al·ly** *adv*

**unidirectional current** *n* (1883) : DIRECT CURRENT

**uni·fi·ca·tion** \ˌyü-nə-fə-ˈkā-shən\ *n* (1851) : the act, process, or result of unifying : the state of being unified

**uni·fo·li·ate** \-ˈfō-lē-ət\ *adj* [*uni-* + L *folium* leaf — more at BLADE] (1849) **1** : having only one leaf **2** : UNIFOLIOLATE

**uni·fo·li·o·late** \-ˈfō-lē-ə-ˌlāt\ *adj* [*uni-* + LL *foliolum* leaflet, dim. of L *folium* leaf] (ca. 1859) *of a leaf* : compound but having only a single leaflet and distinguishable from a simple leaf by the basal joint

¹**uni·form** \ˈyü-nə-ˌfȯrm\ *adj* [MF *uniforme*, fr. L *uniformis*, fr. *uni-* + *-formis* -form] (1538) **1** : consistent in conduct or opinion ⟨~ interpretation of laws⟩ **2** : having always the same form, manner, or degree : not varying or variable **3** : of the same form with others : conforming to one rule or mode : CONSONANT **4** : presenting an unvaried appearance of surface, pattern, or color ⟨~ red brick houses⟩ **5** : relating to or being convergence of a series whose terms are functions in such manner that the absolute value of the difference between the sum of the first *n* terms of the series and the sum of all terms can be made arbitrarily small for all values of the domain of the functions by choosing the *n*th term sufficiently far along in the series — **uni·form·ly** \ˈyü-nə-ˌfȯrm-lē, ˌyü-nə-ˈ\ *adv* — **uni·form·ness** \ˈyü-nə-ˌfȯrm-nəs\ *n*

²**uniform** *vt* (ca. 1681) **1** : to bring into uniformity **2** : to clothe with a uniform

³**uniform** *n* (1748) : dress of a distinctive design or fashion worn by members of a particular group and serving as a means of identification; *broadly* : distinctive or characteristic clothing

**Uniform** (ca. 1956) — a communication code word for the letter *u*

**uni·for·mi·tar·i·an** \ˌyü-nə-ˌfȯr-mə-ˈter-ē-ən\ *n* (1840) **1** : an adherent of the doctrine of uniformitarianism **2** : an advocate of uniformity — **uniformitarian** *adj*

**uni·for·mi·tar·i·an·ism** \-ē-ə-ˌni-zəm\ *n* (1865) : a geological doctrine that existing processes acting in the same manner as at present are sufficient to account for all geological changes — compare CATASTROPHISM

**uni·for·mi·ty** \ˌyü-nə-ˈfȯr-mə-tē\ *n, pl* **-ties** (15c) **1** : the quality or state of being uniform **2** : an instance of uniformity

**uni·fy** \ˈyü-nə-ˌfī\ *vt* **-fied; -fy·ing** [LL *unificare*, fr. L *uni-* + *-ficare* -fy] (1502) : to make into a unit or a coherent whole : UNITE — **uni·fi·able** \-ˌfī-ə-bəl\ *adj* — **uni·fi·er** \-ˌfī(-ə)r\ *n*

**uni·lat·er·al** \ˌyü-ni-ˈla-tə-rəl, -ˈla-trəl\ *adj* (1802) **1 a** : done or undertaken by one person or party **b** : of, relating to, or affecting one side of a subject : ONE-SIDED **c** : constituting or relating to a contract or engagement by which an express obligation to do or forbear is imposed on only one party **2 a** : having parts arranged on one side ⟨a ~ raceme⟩ **b** : occurring on, performed on, or affecting one side of the body or one of its parts ⟨~ exophthalmos⟩ **3** : UNILINEAL **4** : having only one side — **uni·lat·er·al·ly** *adv*

**uni·lin·e·al** \-ˈli-nē-əl\ *adj* (1952) : tracing descent through either the maternal or paternal line only

**uni·lin·e·ar** \ˌyü-ni-ˈli-nē-ər\ *adj* (1851) : developing in or involving a series of stages usu. from the primitive to the more advanced ⟨a ~ cultural sequence⟩

**uni·lin·gual** \ˌyü-ni-ˈliŋ-gwəl, -gyə-wəl\ *adj* [*uni-* + L *lingua* tongue, language — more at TONGUE] (1866) : composed in or using one language only

**un·il·lu·sioned** \ˌən-i-ˈlü-zhənd\ *adj* (1926) : free from illusion

**uni·loc·u·lar** \ˌyü-ni-ˈlä-kyə-lər\ *adj* (1753) : containing a single cavity

**un·imag·in·able** \ˌən-ə-ˈmaj-nə-bəl, -ˈma-jə-\ *adj* (1611) : not imaginable or comprehensible — **un·imag·in·ably** \-blē\ *adv*

**un·im·peach·able** \ˌən-im-ˈpē-chə-bəl\ *adj* (1784) : not impeachable : not to be called in question : not liable to accusation : IRREPROACHABLE, BLAMELESS — **un·im·peach·ably** \-blē\ *adv*

¹**un·im·proved** \-ˈprüvd\ *adj* (1602) *obs* : not reproved or admonished

²**unimproved** *adj* (1665) : not improved: as **a** : not tilled, built on, or otherwise improved for use ⟨~ land⟩ **b** : not used or employed advantageously ⟨wasted time and ~ opportunities⟩ **c** : not selectively bred for better quality or productiveness

**un·in·hib·it·ed** \ˌən-in-ˈhi-bə-təd\ *adj* (1880) : free from inhibition; *also* : boisterously informal — **un·in·hib·it·ed·ly** *adv* — **un·in·hib·it·ed·ness** *n*

**un·ini·ti·ate** \ˌən-ə-ˈni-sh(ē-)ət\ *adj* (1801) : not initiated : INEXPERIENCED — **uninitiate** *n*

**un·in·ter·est** \ˌən-ˈin-trəst; -ˈin-tə-rəst, -tə-ˌrest, -tərst; -ˈin-ˌtrest\ *n* (1890) : lack of interest

**uninterested** *adj* (1661) : not interested : not having the mind or feelings engaged *usage* see DISINTERESTED

**uni·nu·cle·ate** \ˌyü-ni-ˈnü-klē-ət, -ˈnyü-\ *adj* (1885) : having a single nucleus ⟨a ~ yeast cell⟩

¹**union** \ˈyün-yən\ *n* [ME, fr. MF, fr. LL *union-*, *unio* oneness, union, fr. L *unus* one — more at ONE] (15c) **1 a** : an act or instance of uniting or joining two or more things into one: as **(1)** : the formation of a single political unit from two or more separate and independent units **(2)** : a uniting in marriage; *also* : SEXUAL INTERCOURSE **(3)** : the growing together of severed parts **b** : a unified condition : COMBINATION, JUNCTION ⟨a gracious ~ of excellence and strength⟩ **2** : something that is made one : something formed by a combining or coalition of parts or members: as **a** : a confederation of independent individuals (as nations or persons) for some common purpose **b (1)** : a political unit constituting an organic whole formed usu. from previously independent units (as England and Scotland in 1707) which have surrendered their principal powers to the government of the whole or to a newly created government (as the U.S. in 1789) **(2)** *cap* : the federal union of states during the period of the U.S. Civil War **c** *cap* : an organization on a college or university campus providing recreational, social, cultural, and sometimes dining facilities; *also* : the building housing such an organization **d** : the set of all elements belonging to one or more of a given collection of two or more sets — called also *join*, *sum* **e** : LABOR UNION **3 a** : a device emblematic of the union of two or more sovereignties borne on a national flag typically in the upper inner corner or constituting the whole design of the flag **b** : the upper inner corner of a flag **4** : any of various devices for connecting parts (as of a machine); *esp* : a coupling for pipes or pipes and fittings

²**union** *adj* (1707) : of, relating to, dealing with, or constituting a union; *esp, cap* : of, relating to, or being the side favoring the Union in the U.S. Civil War ⟨*Union* troops⟩

**union card** *n* (1874) **1** : a card certifying personal membership in good standing in a labor union **2** : something that resembles a union card esp. in being necessary for employment or in providing evidence of in-group status

**union church** *n* (1847) : a local church uniting members of diverse denominational backgrounds in an interdenominational congregation

**un·ion·i·sa·tion, union·ise** *Brit var of* UNIONIZATION, UNIONIZE

**union·ism** \ˈyün-yə-ˌni-zəm\ *n* (1845) : the principle or policy of forming or adhering to a union: as **a** *cap* : adherence to the policy of a firm federal union between the states of the United States esp. during the Civil War period **b** : the principles, theory, advocacy, or system of trade unions

**union·ist** \-nist\ *n* (1799) : an advocate or supporter of union or unionism

**union·i·za·tion** \ˌyün-yə-nə-ˈzā-shən\ *n* (1896) **1** : the quality or state of being unionized **2** : the action of unionizing

**union·ize** \ˈyün-yə-ˌnīz\ *vb* **-ized; -iz·ing** *vt* (1890) : to organize into a labor union ~ *vi* : to form or join a labor union

**unionized** *adj* (1900) : characterized by the presence of labor unions ⟨~ states⟩

**union jack** *n* (1674) **1** : a jack consisting of the union of a national ensign **2** *cap U&J* : the state flag of the United Kingdom consisting of the union of the British national ensign

**union shop** *n* (1904) : an establishment in which the employer by agreement is free to hire nonmembers as well as members of the union but retains nonmembers on the payroll only on condition of their becoming members of the union within a specified time

**union suit** *n* (1892) : an undergarment with shirt and drawers in one piece

**uni·pa·ren·tal** \ˌyü-ni-pə-ˈren-tᵊl\ *adj* (1900) : having or involving a single parent; *esp* : PARTHENOGENETIC — **uni·pa·ren·tal·ly** \-tᵊl-ē\ *adv*

**unique** \yü-ˈnēk\ *adj* [F, fr. L *unicus*, fr. *unus* one — more at ONE] (1602) **1** : being the only one : SOLE ⟨his ~ concern was his own comfort⟩ ⟨I can't walk away with a ~ copy. Suppose I lost it? —Kingsley Amis⟩ ⟨the ~ factorization of a number into prime factors⟩ **2 a** : being without a like or equal : UNEQUALED ⟨could stare at the flames, each one new, violent, ~ —Robert Coover⟩ **b** : distinctively characteristic : PECULIAR 1 ⟨this is not a condition ~ to California —Ronald Reagan⟩ **3** : UNUSUAL ⟨a very ~ ball-point pen⟩ ⟨we were fairly ~, the sixty of us, in that there wasn't one good mixer in the bunch —J. D. Salinger⟩ *syn* see STRANGE — **unique·ly** *adv* — **unique·ness** *n*

union suit

*usage* Many commentators have objected to the comparison or modification (as by *somewhat* or *very*) of *unique*; the statement that a thing is either unique or it is not has often been repeated by them. Objections are based chiefly on the assumption that *unique* has but a single absolute sense, an assumption contradicted by information readily available in a dictionary. *Unique* dates back to the 17th century but was little used until the end of the 18th when, according to the Oxford English Dictionary, it was reacquired from French. H. J. Todd entered it as a foreign word in his edition (1818) of Johnson's Dictionary, characterizing it as "affected and useless." Around the middle of the 19th century it ceased to be considered foreign and came into considerable popular use. With popular use came a broadening of application beyond the original two meanings (here numbered 1 and 2a). In modern use both comparison and modification are widespread and standard but are confined to the extended senses 2b and 3. When sense 1 or sense 2a is intended, *unique* is used without qualifying modifiers.

¹**uni·sex** \ˈyü-nə-ˌseks\ *n* (1966) : the state or condition of not being distinguishable (as by hair or clothing) as to sex

²**unisex** *adj* (1968) **1** : not distinguishable as male or female ⟨a ~ face⟩ **2** : suitable or designed for both males and females ⟨~ clothes⟩

**uni·sex·u·al** \ˌyü-nə-ˈsek-sh(ə-)wəl, -shəl\ *adj* (ca. 1802) **1** : of, relating to, or restricted to one sex: **a** : male or female but not hermaphroditic **b** : DICLINOUS ⟨a ~ flower⟩ **2** : UNISEX — **uni·sex·u·al·i·ty** \-ˌsek-shə-ˈwa-lə-tē\ *n*

**uni·son** \ˈyü-nə-sən, -nə-zən\ *n* [MF, fr. ML *unisonus* having the same sound, fr. L *uni-* + *sonus* sound — more at SOUND] (1575) **1 a** : identity in musical pitch; *specif* : the interval of a perfect prime **b** : the state of being so tuned or sounded **c** : the writing, playing, or singing of parts in a musical passage at the same pitch or in octaves **2** : a harmonious agreement or union : CONCORD — **unison** *adj* — **in unison 1** : in perfect agreement : so as to harmonize exactly **2** : at the same time : SIMULTANEOUSLY

¹**unit** \ˈyü-nət\ *n* [back-formation fr. *unity*] (1570) **1 a** : the first and least natural number : ONE **b** : a single quantity regarded as a whole in calculation **2** : a determinate quantity (as of length, time, heat, or value) adopted as a standard of measurement: as **a** : an amount of work used in education in calculating student credits **b** : an amount of a biologically active agent (as a drug or antigen) required to produce a specific result under strictly controlled conditions **3 a** : a single thing, person, or group that is a constituent of a whole **b** : a part of a military establishment that has a prescribed organization (as of personnel and materiel) **c** : a piece or complex of apparatus serving to perform one particular function **d** : a part of a school course focusing on a central theme **e** : a local congregation of Jehovah's Witnesses

²**unit** *adj* (1844) : being, relating to, or measuring one unit

**unit·age** \ˈyü-nə-tij\ *n* (1935) **1** : specifications of the amount constituting a unit **2** : amount in units

**uni·tard** \ˈyü-nə-ˌtärd\ *n* [*uni-* + *leotard*] (1961) : a close-fitting one-piece garment for the torso, legs, feet, and often the arms

**uni·tar·i·an** \ˌyü-nə-ˈter-ē-ən\ *n* [NL *unitarius*, fr. L *unitas* unity] (1687) **1 a** *often cap* : one who believes that the deity exists only in