# EXHIBIT 34



**United States Patent** [19]
**Cragun et al.**

[11] **Patent Number: 5,804,803**
[45] **Date of Patent: Sep. 8, 1998**

[54] **MECHANISM FOR RETRIEVING INFORMATION USING DATA ENCODED ON AN OBJECT**

[75] Inventors: **Brian John Cragun; Wayne Jay Rothschild**, both of Rochester, Minn.

[73] Assignee: **International Business Machines Corporation**, Armonk, N.Y.

[21] Appl. No.: **627,744**

[22] Filed: **Apr. 2, 1996**

[51] **Int. Cl.**[6] .................... **G06K 7/10; G06F 17/00; G06F 7/00**

[52] **U.S. Cl.** .................... 235/375; 235/462; 395/600

[58] **Field of Search** .................... 235/462, 472, 235/379, 454, 494; 395/500, 600, 601

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,500,880 | 2/1985 | Gomersall et al. | 340/825.35 |
| 4,780,599 | 10/1988 | Baus | 235/383 |
| 4,916,441 | 4/1990 | Gombrich | 340/712 |
| 5,250,789 | 10/1993 | Johnsen | 235/383 |
| 5,280,609 | 1/1994 | MacPhail | 395/600 |
| 5,345,071 | 9/1994 | Dumont | 235/383 |
| 5,359,698 | 10/1994 | Goldberg et al. | 395/2.1 |
| 5,448,046 | 9/1995 | Swartz | 235/383 |
| 5,490,217 | 2/1996 | Wang et al. | 235/462 |
| 5,600,833 | 2/1997 | Senn et al. | 395/601 |

OTHER PUBLICATIONS

IBM Technical Disclosure Bulletin, vol. 35, No. 1A, Jun. 1992, pp. 315–318, "Portable Self–Checkout Retail System".

Business Week, Mar. 18, 1996, p. 63, "The Only Book You'll Ever Need?".

*Primary Examiner*—Donald T. Hajec
*Assistant Examiner*—Thien Minh Le
*Attorney, Agent, or Firm*—Owen J. Gamon

[57] **ABSTRACT**

A client computer with a scanner capable of scanning objects for a code. The client computer scans the object of interest and translates the code into a URL (Uniform Resource Locator) that specifies both a server computer and the location within the server of information that is relevant to the object. The client computer transmits the URL to the server computer, receives the information related to the object from the server computer, and communicates the information to the customer.

**21 Claims, 14 Drawing Sheets**







U.S. Patent Sep. 8, 1998 Sheet 4 of 14 5,804,803

Abbreviated Form
220
Expanded Form
230
Data-filled Form
240
%H1A2B3C4D/LNG
http://26.43.60.77/??LANGUAGE??&??CNAME??&??CAGE??
http://26.43.60.77/LANGUAGE=Spanish&CNAME=Smith,+John&CAGE=47
Customer Data Record
108
210
Field
Value
Formula
CID
132435
LANGUAGE
Spanish
CAGE
CurrentDate-CBIRTH
CBIRTH
Feb 16, 1947
CNAME
Smith, John

FIG. 2

IMC_PLTF 061516

In the preferred embodiment, client computer device 102 uses the Microsoft MS-DOS 6.22 operating system and PenDOS, and the application environment of Microsoft Windows for Pen Computing and Microsoft Visual Basic. However any appropriate operating system and application environment that allows code reading could be used.

Computer 160 functioning as a remote server is shown. Remote server computer 160 contains Central Processing Unit (CPU) 162, which is a processor connected via bus 164 to external network connection 166, memory 168 and storage 176.

Memory 168 is a random access memory sufficiently large to hold the necessary programming and data structures. While memory 168 is shown as a single entity, it should be understood that memory 168 may in fact comprise a plurality of modules, and that memory may exist at multiple levels, from high-speed registers and caches to lower speed but larger DRAM chips. Memory 168 contains network processing program 170 and client processing program 172. Network processing program 170 contains instructions that, when executed on CPU 162, provide support for connecting remote server computer 160 to external network 148 via external network connection 166. Client processing program 172 contains instructions that, when executed on CPU 162, provide support for responding to requests from clients, such as client 102 or local server 122. The contents of memory 168 can be loaded from and stored to storage 176 as CPU 162 has a need for it.

Storage 176 contains document 174, which contains information related to object 115. Document 174 is identified by the URL in URL output buffer 111 created by processing program 110 from code 117, as will be further described under the description for FIG. 6.

Client computer 102, local server computer 122, and remote server 160 could be other types of computer systems, whether they be microcomputers such as an Apple Macintosh or mainframe computers such as an IBM System/390, and still fall within the spirit and scope of this invention. In addition, client computer 102, local server computer 122, and remote server 160 could be a microcomputer or minicomputer such as described above but connected to a larger computer system. It will be readily appreciated that the principles of the invention may apply to other computer applications, such as other mainframes, minicomputers, network servers, supercomputers, personal computers, or workstations, as well as other electronics applications. Therefore, while the discussion herein focuses on a particular application, the invention should not be limited to the particular hardware designs, software designs, communications protocols, performance parameters, or application-specific functions disclosed herein.

FIG. 2 shows an example of how the data from code 117 is converted after scanning device 118 reads code 117 from object 115 into barcode input buffer 109. Processing program 110 converts code 117 in barcode input buffer 109 into a URL in URL output buffer 111, and then ultimately sends the URL to network 148 via local server computer 122. A URL (Uniform Resource Locator) is the citation system for the Internet, and it identifies the location address (both the server name and the location within the server) of the document of interest. The standard format for an Internet URL is "service://server name/path name/file name." This standard format is frequently too long to be of practical use for printing with a bar code. In the preferred embodiment, a URL is represented in three possible forms: abbreviated form 220, expanded form 230, or data-filled form 240. Either abbreviated form 220 or expanded form 230 could be encoded on object 115, depending on the space available in code 117.

Abbreviated form 220 is shorter than either expanded form 230 or data-filled form 240, making abbreviated form 220 more suitable for encoding in bar-codes. In abbreviated form 220, a modal character (percent sign "%" in the preferred embodiment) indicates that the following information is abbreviated by tokens. In the example of FIG. 2, the "H" is an abbreviation for "http://", the first eight hexadecimal digits are converted by processing program 110 to a 32-bit number which represents the Internet Protocol (IP) Address, the "/" is the slash literal, the letter "L" represents a query about the preferred language of the customer, the letter "N" represents a query about the customer's name, and the letter "Q" represents a query about the customer's age. A list of the abbreviations used in the preferred embodiment for abbreviated form 220 and their mapping by processing program 110 to expanded form 230 are further described in FIG. 4.

Continuing with FIG. 2, processing program 110 converts abbreviated form 220 to expanded form 230 to contain the full IP address and the places in the URL representing requests for information that should be sent with the URL when it is sent to network 148. As can be seen in the example, "H" is indeed replaced by "http://", the hexadecimal string "1A2B3C4D" has been converted and replaced with the standard decimal octuplet "26.43.60.77" representing the IP address, and the slash has been transferred literally as "/". The L, N, and Q have been replaced with the long form of their queries: ??LANGUAGE??, ??CNAME?? and ??CAGE??, respectively, and have been separated by ampersands "&". The conversion from abbreviated form 220 to expanded form 230 is more fully described under the description for FIG. 7.

Expanded form 230 may or may not have query fields. In expanded form 230, the tokens have been replaced by their expansion, and literals have been transferred unmodified. If expanded form 230 does not have query fields, then expanded form 230 is in the standard URL format. If expanded form 230 contains query fields, then the URL is complete except that the data fields need to be filled in with customer specific data from customer data record 108.

An example of expanded form URL 230 that has embedded query fields is illustrated in FIG. 2. Processing program 110 fills in expanded form 230 with data to create data-filled form 240. As shown in the example, the ??LANGUAGE?? keyword has been replaced with the field identifier and field value "LANGUAGE=Spanish". The field values come from customer data record 108, which was loaded to client computer 102 when the customer first checked it out. In a similar manner, the ??CNAME?? keyword has been replaced with the field identifier and field value "CNAME=Smith,+John", the value also coming from customer data record 108, and the value being modified in a manner consistent with the industry custom of replacing a blank (" ") with a plus-sign ("+") in URL strings.

Finally the ??CAGE?? keyword is replaced with the field identifier and field value "CAGE=47", a value which is not in customer data record 108, but which is calculated from the current date and the customer birth date from customer data record 108, using a formula provided for that value (subtracting the birth date from the current date), as depicted in the illustration of customer data record 108. Thus, processing program 110 can manipulate the data from customer data record 108 before it is sent with the URL.

customer data base. In addition, the URLs contained in the document might be in expanded form 230, such that additional interaction by the customer might utilize additional detail from customer database 134 to create additional URLs in data-filled form 240. Thus, the URL encoded on the object can point to a brief amount of customer and product information, and yet allow the capability to query remote documents at length and extract even greater amounts of information than are practical in an initial pre-specified query.

Processing program 120 now returns to block 620, and loops continuously, processing the URLs in the document, which could themselves be in expanded form, until at any point in the process, the customer requests to exit, as depicted in block 632. Finally, in block 634, processing is completed.

FIG. 7 depicts the processing of expanding abbreviated URL form 220 to expanded URL form 230. Entry is depicted in block 702, when a modal character ("%") has been observed. In block 704, the processing program 110 sets the value IPAFound, which indicates whether the Internet Protocol Address has yet been found, to false, and sets the variable Mode to Literal, meaning that the next series of characters are not abbreviated and should be used as found, rather than being expanded. At block 706, processing program 110 tests the next character in the abbreviated URL string to see if it is the special modal character ("%") which, when found alone, shifts the mode between Literal and Abbreviate. If the next character is not the modal character, processing program 110 outputs the character to URL output buffer 111 without changes, as shown in block 708, after which flow returns to block 706. Otherwise, if the next character is the modal character at block 706 (always the case on first entry to the code), processing program 110 tests the following character at block 710 to see if it is also the modal character (block 710), in which case processing program 110 outputs the modal character itself to URL output buffer 111 (block 712) and flow returns to block 706.

If the check at block 710 is false, then only one modal character was found, so processing program 110 continues to block 714, where processing program 110 sets the variable Mode to Abbrev, indicating that the next series of characters are abbreviations for the actual information that should be sent to the output buffer 111. At block 716, processing program 110 checks if the next character in the input stream is a hexadecimal character and the IP Address is not yet found. If this check is true, flow transfers to block 718, where processing program 110 interprets the character and the following seven hexadecimal characters as a 32-bit address and converts them to an industry standard IP address in standard octuplet form, as is further explained under the description for FIG. 9. Also, processing program 110 sets IPAFound to true. Flow then continues to block 722.

If, in block 716, the next character is not hexadecimal, or the IP Address has already been found, flow continues to block 720, where processing program 110 replaces the character in URL output buffer 111, as shown in FIG. 2, by its expansion (FIG. 4). If the expansion will become a field, and other field expansions have already been processed, a separator character "&" is output preceding the output of the expansion string (not shown), since all field expansions except the first one must be preceded by a field separator, as shown in block 720. Flow then continues to block 722.

In block 722, still in Abbreviation mode, processing program 110 checks to see if the next character is a modal character. If the modal character is not found, processing program 110 returns to block 716. If the modal character is found, processing program 10 checks the following character at block 724 to see if it is also the modal character. If a second modal character is found, processing program 110 outputs the modal character a single time at block 726. Otherwise, if only one modal character was found (the check by processing program 110 at block 724 is false), processing program 110 changes the variable Mode back to Literal at block 728 and flow returns to block 706 for literal processing. If at any point there are no more characters to process as shown in block 730, processing stops at block 732, and control returns to the calling procedure, block 618 of FIG. 6.

FIG. 8 depicts the processing of converting expanded URL form 230 to datafilled URL form 240. Processing starts in block 802. Processing program 110 parses the URL string looking for known field query expansions. In the preferred embodiment, processing program 110 identifies field query expansions by keywords surrounded by double question marks ("??"), as shown in FIG. 2. For each one that is found by processing program 110 at block 804, the field identifier is inserted into the text stream at block 806. At block 808, processing program 110 inserts an equal sign into the text stream. At block 810, processing program 110 creates a the data string for the field query created and outputs it to the text stream. As previously described under the description for FIG. 2, the data string may be a verbatim copy of the data, or may be a calculated value, based on available customer data and/or other available information. In some cases, this is done by simply taking the customer data value and outputting it to the text stream, as is the case with a Zip-code. In some cases, the customer data must receive special formatting, as is the case with the customer name, where plus "+" must be substituted for any blanks, according to standards for URLs. In some cases the customer data must be manipulated to produce the query. A case of this is the customer age, which may vary over time. Only the customer birth date is kept in the customer database, thus the age on any given date must be calculated. Any variety of calculations could be done on the data and still be within the spirit and scope of the invention. When there are no more recognized field queries at block 804, the flow of processing program 110 branches to block 812, where control returns to the calling procedure at block 620 of FIG. 6.

FIG. 9 depicts the conversion process for creating an IP Address from eight hexadecimal digits, and its flow is invoked from block 718 of FIG. 7. Upon entry at block 902, processing program 110 continues to a loop that starts at block 904, where the first three pairs of hexadecimal digits are processed, a pair at a time. For each pair of hexadecimal digits, in block 906, processing program 110 converts the pair to a decimal number and inserts it into the text stream. Next in block 908, processing program 110 inserts a period (".") into the text stream. After processing for the first three pairs of hexadecimal numbers is complete, processing program 110 continues in block 910, where processing program 110 converts the final pair of hexadecimal digits to decimal and inserts them in the text stream. At block 914, control is returned to the calling procedure at block 718 of FIG. 7.

FIG. 10 shows an article of manufacture or a computer program product including a storage medium for storing thereon program means for carrying out the method of this invention in the system of FIG. 1. It is important to note that while the present invention has been described in the context of a computer system, that those skilled in the art will appreciate that the mechanisms of the present invention are capable of being distributed as a program product in a variety of forms, and that the present invention applies

US005572643A

# United States Patent [19]

Judson

[11] Patent Number: 5,572,643

[45] Date of Patent: Nov. 5, 1996

[54] **WEB BROWSER WITH DYNAMIC DISPLAY OF INFORMATION OBJECTS DURING LINKING**

[76] Inventor: **David H. Judson**, 6823 Northport, Dallas, Tex. 75230

[21] Appl. No.: 543,876

[22] Filed: Oct. 19, 1995

[51] Int. Cl.⁶ .......... G06F 19/00

[52] U.S. Cl. .......... 395/793

[58] Field of Search .......... 395/155–161, 395/145–149; 380/4

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,782,463 | 11/1988 | Sanders et al. | 395/700 |
| 4,827,508 | 5/1989 | Shear | 380/4 |
| 4,833,308 | 5/1989 | Humble | 235/383 |
| 4,953,209 | 8/1990 | Ryder, Sr. et al. | 380/23 |
| 5,204,947 | 4/1993 | Bernstein et al. | 395/157 |
| 5,297,249 | 3/1994 | Bernstein et al. | 395/156 |
| 5,355,472 | 10/1994 | Lewis | 395/600 |
| 5,359,708 | 10/1994 | Bloomer et al. | 395/148 |
| 5,367,621 | 11/1994 | Cohen et al. | 395/154 |
| 5,367,623 | 11/1994 | Iwai et al. | 395/157 |
| 5,408,659 | 4/1995 | Cavendish et al. | 395/159 X |
| 5,412,772 | 5/1995 | Monson | 395/161 X |
| 5,428,529 | 6/1995 | Hatrick et al. | 395/145 X |
| 5,438,508 | 8/1995 | Wyman | 380/4 X |
| 5,442,771 | 8/1995 | Flepp et al. | 395/650 |
| 5,461,667 | 10/1995 | Remillard | 379/96 |
| 5,491,820 | 2/1996 | Belove et al. | 395/600 |
| 5,511,160 | 4/1996 | Robson | 395/162 |
| 5,515,490 | 5/1996 | Buchanan et al. | 395/154 |

OTHER PUBLICATIONS

Pike et al., Using Mosaic, 1994, pp. 82–85, 222–223.

Baker, Hypertext Browsing on the Internet, UNIX Review, v. 12, No. 9, Sep. 1994, pp. 21–26.

DeVoney, Using PCDOS, 1986, p. 340, 1986.

SPRY, AIRMOS.HLP Windows Help File, Apr. 3, 1995, Browsing With Mosaic, The SPRY Mosaic Console.

Gunn, Power in Pictures, Computer Shopper, Nov. 1994, vol. 14 No. 11, pp. 598–600.

Michalski, Content in Context, RELease 1.0, vol. 94, No. 9, Sep. 27, 1994, pp. 1–13.

McArthur, World Wide Web & HTML, Dr. Dobb's Journal, Dec. 1994.

Davison, Coding With HTML Forms, Dr. Dobb's Journal, Jun. 1995, pp. 70–75, 106–109.

Grobe, Michael, "HTML Quick Reference" Oct. 11, 1995, Academic Computing Services, The University of Kansas.

Ayre, Rick and Don Willmott, "See the Sites Beyond Browsing" Oct. 10, 1995, PC Magazine, pp. 151–201.

*Primary Examiner*—Mark K. Zimmerman
*Assistant Examiner*—Anton W. Fetting

[57] **ABSTRACT**

A method of browsing the Worldwide Web of the Internet using an HTML-compliant client supporting a graphical user interface and a browser. The method begins as a web page is being displayed on the graphical user interface, the web page having at least one link to a hypertext document preferably located at a remote server. In response to the user clicking on the link, the link is activated by the browser to thereby request downloading of the hypertext document from the remote server to the graphical user interface of the client. While the client waits for a reply and/or as the hypertext document is being downloaded, the browser displays one or more different types of informational messages to the user. Such messages include, for example, advertisements, notices, messages, copyright information and the like.

**19 Claims, 8 Drawing Sheets**



periods when the browser is busy processing links to other documents or web sites.

The foregoing has outlined some of the more pertinent objects of the present invention. These objects should be construed to be merely illustrative of some of the more prominent features and applications of the invention. Many other beneficial results can be attained by applying the disclosed invention in a different manner or modifying the invention as will be described. Accordingly, other objects and a fuller understanding of the invention may be had by referring to the following Detailed Description of the preferred embodiment.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the present invention and the advantages thereof, reference should be made to the following Detailed Description taken in connection with the accompanying drawings in which:

FIG. 1 illustrates a computer network in which the present invention is implemented;

FIG. 2 illustrates a client computer supporting an HTML-compliant Worldwide Web browser;

FIG. 3 is a flowchart diagram of a preferred method of the present invention for dynamic display of an information object during linking;

FIG. 4 is a representative graphical user interface illustrating browser navigation tools;

FIG. 5 is a representative web page illustrating a hypertext link;

FIG. 6 is a view of the HTML source code for the web page of FIG. 5;

FIG. 7 is an example of a modified version of the HTML source code for the web page illustrated in FIG. 5, showing an information object embedded therein through a comment tag; and

FIG. 8 is a representative screen display illustrating how the information object appears as a "mini" web page upon activation of the hypertext link in the web page of FIG. 5.

## DETAILED DESCRIPTION

As represented in FIG. 1, the Internet is a known computer network based on the client-server model. Conceptually, the Internet comprises a large network of "servers" 10 which are accessible by "clients" 12, typically users of personal computers, through some private Internet access provider 14 (such as Internet America) or an on-line service provider 16 (such as America On-Line, Prodigy, Compuserve, the Microsoft Network, and the like). Each of the clients may run a "browser," which is a known software tool used to access the servers via the access providers. A server 10 operates a so-called "web site" which supports files in the form of documents and pages. A network path to a server is identified by a so-called Uniform Resource Locator or URL having a known syntax for defining a network connection.

The "World Wide Web" (WWW) is that collection of servers of the Internet that utilize the Hypertext Transfer Protocol (HTTP). HTTP is a known application protocol that provides users access to files (which can be in different formats such as text, graphics, images, sound, video, etc.) using a standard page description language known as Hypertext Markup Language (HTML). HTML provides basic document formatting and allows the developer to specify "links" to other servers and files. Use of an HTML-compliant client browser involves specification of a link via the URL. Upon such specification, the client makes a tcp/ip request to the server identified in the link and receives a "web page" (namely, a document formatted according to HTML) in return.

FIG. 2 shows a block diagram of a representative "client" computer in which the present invention is implemented. The system unit 21 includes a system bus or plurality of system buses 31 to which various components are coupled and by which communication between the various components is accomplished. The microprocessor 32 is connected to the system bus 31 and is supported by read only memory (ROM) 33 and random access memory (RAM) 34 also connected to system bus 31. The ROM 33 contains among other code the Basic Input-Output system (BIOS) which controls basic hardware operations such as the interaction and the disk drives and the keyboard. The RAM 34 is the main memory into which the operating system and application programs are loaded. The memory management chip 35 is connected to the system bus 31 and controls direct memory access operations including, passing data between the RAM 34 and hard disk drive 36 and floppy disk drive 37. The CD ROM 42, also coupled to the system bus 131, is used to store a large amount of data, e.g., a multimedia program or large database.

Also connected to this system bus 31 are various I/O controllers: the keyboard controller 38, the mouse controller 39, the video controller 40, and the audio controller 41. The keyboard controller 38 provides the hardware interface for the keyboard 22, the controller 39 provides the hardware interface for the mouse (or other point and click device) 23, the video controller 40 is the hardware interface for the display 24, and the audio controller 41 is the hardware interface for the multimedia speakers 25a and 25b. A modem 50 enables communication over a network 56 to other computers over the computer network.

The operating system 60 of the computer may be DOS, WINDOWS 3.x, WINDOWS '95, OS/2, AIX, or any other known and available operating system, and each computer is sometimes referred to as a machine. RAM 34 also supports a number of Internet access tools including, for example, the HTTP-compliant web browser 62. Known browser software includes Netscape, Netscape Navigator 2.0, Mosaic, and the like. The present invention is designed to operate within any of these known or developing web browsers, which are preferably modified as described herein to achieve the dynamic display of information objects during web site linking activities. RAM 34 may also support other Internet services including simple mail transfer protocol (SMTP) or e-mail, file transfer protocol (FTP), network news transfer protocol (NNTP) or "Usenet", and remote terminal access (Telnet).

HyperText Markup Language uses so-called "tags," denoted by the <> symbols, with the actual tag between the brackets. Most tags have a beginning (<tag>) and an ending section, with the end shown by the slash symbol (</tag>). There are numerous link tags in HTML to enable the viewer of the document to jump to another place in the same document, to jump to the top of another document, to jump to a specific place in another document, or to create and jump to a remote link (via a new URL) to another server. Links are typically displayed on a web page in color or with an underscore. In response to the user pointing and clicking on the link, the link is said to be "activated" to begin the download of the linked document or text. For more details on HTML, the reader is directed to the *HTML Reference Manual*, published by Sandia National Laboratories, and available on the Internet at "http://www.sandia.gov/sci_

# EXHIBIT 35

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

INTERNET MEDIA CORPORATION,

Plaintiff,

v.

DELL, INC., OFFICE DEPOT, INC., J.C. PENNEY COMPANY, INC., WILLIAMS-SONOMA, INC., and J. CREW GROUP, INC.,

Defendants.

C.A. No. 05-633-KAJ

**DEFENDANTS' PROPOSED CLAIM CONSTRUCTIONS OF DISPUTED TERMS**

Pursuant to the Stipulation and Order Regarding Early Claim Construction ("Order"), Defendants' proposed constructions of those claim term(s)/phrase(s) in dispute as identified (in bold below) in the Order are as follows:

| Claim 1 | Defendants' Construction |
|---|---|
| 1. A system for providing automatic access to preselected locations on the Internet, comprising: | |
| **a published compilation of preselected Internet locations,** | a publicly accessible collection of different URLs associated with more than one person or entity, each URL corresponding to a different preselected place on the Internet |
| said published compilation including **a unique predetermined multi-digit jump code** assigned to each of said preselected Internet locations published therein; | a different predetermined number consisting of more than one digit |

| Claim 1 | Defendants' Construction |
|---|---|
| **a predetermined published Internet location having an address published in said published compilation,** | a publicly accessible predetermined place on the Internet having a URL published in said published compilation and providing access to other places on the Internet associated with other persons or entities |
| said predetermined published Internet location including **means for capturing a desired multi-digit jump code** assigned to each preselected Internet location after said multi-digit jump code has been entered by a user after accessing said predetermined published Internet location; | **means-plus-function element to be construed under 35 U.S.C. § 112, ¶6:**<br><br>structure: no structure is disclosed in the specification to perform the recited function<br><br>function: capturing a desired multi-digit jump code assigned to each preselected Internet location after said multi-digit jump code has been entered by a user after accessing said predetermined published Internet location<br><br>**desired multi-digit jump code** – selected one of the unique predetermined multi-digit jump codes |
| means for accessing said predetermined published Internet location; | |
| **means for receiving said desired multi-digit jump code** from said means for capturing and | **means-plus-function element to be construed under 35 U.S.C. § 112, ¶6:**<br><br>structure: the specification describes this function being performed by software resident on the JumpCity specialized Web site which is not a disclosure of structure under 35 USC § 112, ¶ 6<br><br>function: receiving said desired multi-digit jump code from said means for capturing |
| **means for converting said received multi-digit jump code to a URL address corresponding to the desired preselected Internet location;** and | **means-plus-function element to be construed under 35 U.S.C. § 112, ¶6:**<br><br>structure: the specification describes this function being performed by software resident on the JumpCity specialized Web site at 4:60-65 and 7:6-10 which is not a disclosure of structure under 35 USC § 112, ¶ 6<br><br>function: converting said received multi-digit jump code to a URL address corresponding to the desired |

| Claim 1 | Defendants' Construction |
|---|---|
| | preselected Internet location<br><br>**URL address – URL –** (Uniform Resource Locator or Universal Resource Locator) a way of specifying the location of publicly available information on the Internet, in the form<br><br>protocol://machine:port number/filename;<br><br>often the port number and/or filename is unnecessary. For example, http://ai.uga.edu:80/ means 'connect to port 80 of ai.uga.edu using Hypertext Transfer Protocol,' and<br><br>ftp://ai.uga.edu/pub/natural.language/Contents means to download a particular file from ai.uga.edu by File Transfer Protocol. Other possible protocols include gopher and telnet. |
| **means for automatically accessing said desired preselected Internet location** using said URL address corresponding to said desired preselected Internet location, whereby said user need only enter said desired multi-digit jump code to access a desired preselected Internet location without having to enter said corresponding URL address. | **means-plus-function element to be construed under 35 U.S.C. § 112, ¶6:**<br><br>structure: the specification describes this function being performed by software resident on the JumpCity specialized Web site at 7:8-10 which is not a disclosure of structure under 35 USC § 112, ¶ 6<br><br>function: automatically accessing said desired preselected Internet location using said URL address corresponding to said desired preselected Internet location, whereby said user need only enter said desired multi-digit jump code to access a desired preselected Internet location without having to enter said corresponding URL address. |

| Claim 11 | |
|---|---|
| 11. A method for providing automatic access to preselected locations on the Internet, comprising the steps of: | |
| **publishing a compilation of** | making publicly accessible a collection of different URLs |

| Claim 11 | |
|---|---|
| **preselected Internet locations,** | associated with more than one person or entity, each URL corresponding to a different preselected place on the Internet |
| said published compilation including **a unique predetermined multi-digit jump code** assigned to each of said preselected Internet locations published therein; | a different predetermined number consisting of more than one digit |
| providing **a predetermined Internet location having an address published in said published compilation,** | a publicly accessible predetermined place on the Internet having a URL published in the published compilation and providing access to other places on the Internet associated with other persons or entities |
| said predetermined Internet location comprising **means for capturing a desired multi-digit jump code** assigned to said preselected Internet location, said **desired multi-digit jump code** being entered by a user after said predetermined Internet location has been accessed; | **means-plus-function element to be construed under 35 U.S.C. § 112, ¶6:**<br><br>structure: an HTML box or form<br><br>function: capturing a desired multi-digit jump code assigned to said preselected Internet location<br><br>**desired multi-digit jump code** – selected one of the unique predetermined multi-digit jump codes |
| accessing said predetermined Internet location and entering said desired multi-digit jump code into said predetermined Internet location; | |
| **receiving said multi-digit jump code** entered into said predetermined Internet location after said multi-digit jump code has been captured at said predetermined Internet location; | plain meaning |
| **converting the received multi-digit jump code to a URL address corresponding to the desired preselected Internet** | changing (as from one form or function to another) the received multi-digit jump code into a URL corresponding to the desired preselected place on the Internet |

| Claim 11 | |
|---|---|
| **location**; and | |
| **automatically accessing said desired preselected Internet location** using said URL address corresponding to said desired preselected Internet location corresponding to said received multi-digit jump code. | accessing directly without user intervention the desired preselected place on the Internet |

Dated: June 7, 2006

TOWNSEND & TOWNSEND & CREW, LLP

By: electronically approved 6/7/06
April Abele

*Attorneys for Defendants J. C. Penney Company, Inc., Williams-Sonoma, Inc., and J. Crew Group, Inc.*

GREENBERG TRAURIG, LLP

By: electronically approved 6/7/06
Gaston Kroub

*Attorneys for Defendant Office Depot, Inc.*

VINSON & ELKINS, L.L.P.
2801 Via Fortuna Ste. 100
Ausin, Texas 78746

By: [signature]
Matt Wermager

*Attorneys for Defendant Dell, Inc.*

# EXHIBIT 36

Tech Depot Your Online Technology Superstore Case 1:05-cv-00633-SLR Document 149-19 Filed 07/12/2006 Page 15 of 19

Home Use
Business
Public Sector
Office Depot
TECH
AN OFFICE DEPOT COMPANY
WELCOME
800.721.8344
Log-in | Checkout | Order Tracking | Help
Accessories Components Electronics Cameras Memory Servers Software Supplies Clearance Refurbished
Computers Build a PC Notebooks Networking Cabling Monitors Printers PDAs Projectors Scanners Storage
Search
Enter a keyword:
Search
Platform:
Any PC Mac
Advanced Search
Memory Finder
Supplies Finder
Notebook Finder
PDA Finder
Desktop Finder
Connectivity Wizards
Compare Center
Shopping Cart
CART IS EMPTY
Saved Carts
Ways To Shop
Our Top Brands
Vendor Showcase
Special Features
Tech Depot Email
Customer Care
Track Your Order
Purchasing Options
Returns Information
Shipping Policies
Purchase History
Mail In Rebate Forms
Customer Support Center
Product Support
Frequently Asked Questions
Contact Us
Buy with Confidence, Guaranteed
Store
Microsoft Store
LINKSYS
lenovo
Looking for toner, ink and media? Find it fast!
Buy NETGEAR and get FREE stuff!
Complete power protection this storm season
Find Palm PDAs and accessories here!
EXCLUSIVE!!!!
SONICWALL
TZ 150 Frwl Sec. Appl
- Integrated 4-port auto-MDIX
- Configuration Wizards
- 3DES/AES
$223.99
Details
Adobe Photoshop Elements 4.0 for Windows
- Creatively edit your photos
- Entertain others
- Find & view photos
$66.95*
Details
Sony BX Savings!!
SONY
Sony VAIO BX540B - Pentium M 740 1.73 GHz - 14.1
- Intel Pentium M 740
- 1.73 GHz, 512MB RAM,40GB
- CD-RW/DVD, XP Pro
$1,129.95
Details
Tech Depot Email
SAVE BIG!
Technology Deals delivered right to you.
Sign up now!
Enter your email address below.
Subscribe
New Low Price
Kingston
Kingston Data Traveler USB flash drive - 2 GB
- rates of up 6MB/sec
- Hi-Speed USB 2.0
- Five-year warranty
$69.99
Details
Today's Top Pick
SONY
Internal DVD-R Dual Layer/DVD+RWDVD-RAM
$69.99
CS50/HL10 Combo
PLANTRONICS.
Wireless Headset w/ Lifter
- Remote Handset Lifter
- 300 Foot Range
- Noise Canceling Technology
$229.99
Details
SONY
STYLEPRO SDM-S95DRB flat panel display
- 1280 x 1024 Resolution
- 550:1 Contrast Ratio
- DVI, VGA Interface
$292.95
Details
hp
HP LaserJet 1160 - printer - B/W - laser
- USB/Parallel
- 22ppm, 1200dpi, 16MB
- 133MHz processor
$329.00
Details
New!
lenovo
3200+ J105 Athlon 64 512/160/MultiBurner
- AMD Athlon 64 3200+
- 512MB RAM, 160GB HD
- Multi-Burner, XP Pro
$549.99*
Details
*Reflects after-rebate cost

COMPANY INFO: Press Room | Leadership | Contact Info | Career Opportunities | Location | FAQ
COMPANY POLICIES: Security Info | Returns | Shipping Info | Guarantee | Legal Notices
HELP | SEARCH

© Copyright 2003 Tech Depot - An Office Depot Company. All rights reserved. Published by 4SURE.com. All product names throughout this catalog are trademarks of their respective holders. Click here to read full legal disclaimer.

http://www.techdepot.com/ (1 of 2)6/23/2006 11:27:22 AM

Tech Depot Your Online Technology Superstore

http://www.techdepot.com/ (2 of 2)6/23/2006 11:27:22 AM

# EXHIBIT 37

Tech Depot Your Online Technology Superstore

Home Use | Business | Public Sector | Office Depot
TECH
AN OFFICE DEPOT COMPANY
WELCOME
800.721.8344
Log-in | Checkout | Order Tracking | Help
Accessories | Components | Electronics | Cameras | Memory | Servers | Software | Supplies | Clearance | Refurbished
Computers | Build a PC | Notebooks | Networking | Cabling | Monitors | Printers | PDAs | Projectors | Scanners | Storage
Search
Enter a keyword:
Search
Platform:
Any PC Mac
Advanced Search
Memory Finder
Supplies Finder
Notebook Finder
PDA Finder
Desktop Finder
Connectivity Wizards
Compare Center
Shopping Cart
CART IS EMPTY
Saved Carts
Ways To Shop
Our Top Brands
Vendor Showcase
Special Features
Tech Depot Email
Customer Care
Track Your Order
Purchasing Options
Returns Information
Shipping Policies
Purchase History
Mail In Rebate Forms
Customer Support Center
Product Support
Frequently Asked Questions
Contact Us
Buy with Confidence, Guaranteed
Store
Microsoft Store
LINKSYS
lenovo
Looking for toner, ink and media? Find it fast!
Complete power protection this storm season
Buy NETGEAR and get FREE stuff!
Find Palm PDAs and accessories here!
EXCLUSIVE!!!!!
SONICWALL
TZ 150 Frwl Sec. Appl
- Integrated 4-port auto-MDIX
- Configuration Wizards
- 3DES/AES
$223.99 Details
Adobe Photoshop Elements 4.0 for Windows
- Creatively edit your photos
- Entertain others
- Find & view photos
$66.95* Details
Sony BX Savings!!
SONY
Sony VAIO BX540B - Pentium M 740 1.73 GHz - 14.1
- Intel Pentium M 740
- 1.73 GHz, 512MB RAM,40GB
- CD-RW/DVD, XP Pro
$1,129.95 Details
New Low Price
Kingston
Kingston Data Traveler USB flash drive - 2 GB
- rates of up 6MB/sec
- Hi-Speed USB 2.0
- Five-year warranty
$69.99 Details
Today's Top Pick
SONY
Internal DVD-R Dual Layer/DVD+RWDVD-RAM
$69.99
CS50/HL10 Combo
PLANTRONICS
Wireless Headset w/ Lifter
- Remote Handset Lifter
- 300 Foot Range
- Noise Canceling Technology
$229.99 Details
SONY
STYLEPRO SDM-S95DRB flat panel display
- 1280 x 1024 Resolution
- 550:1 Contrast Ratio
- DVI, VGA Interface
$292.95 Details
HP LaserJet 1160 - printer - B/W - laser
- USB/Parallel
- 22ppm, 1200dpi, 16MB
- 133MHz processor
$329.00 Details
New!
lenovo
3200+ J105 Athlon 64 512/160/MultiBurner
- AMD Athlon 64 3200+
- 512MB RAM, 160GB HD
- Multi-Burner, XP Pro
$549.99* Details
*Reflects after-rebate cost
Tech Depot Email
SAVE BIG!
Technology Deals delivered right to you. Sign up now! Enter your email address below.
Subscribe

COMPANY INFO: Press Room | Leadership | Contact Info | Career Opportunities | Location | FAQ

COMPANY POLICIES: Security Info | Returns | Shipping Info | Guarantee | Legal Notices

HELP | SEARCH

© Copyright 2003 Tech Depot - An Office Depot Company. All rights reserved. Published by 4SURE.com. All product names throughout this catalog are trademarks of their respective holders. Click here to read full legal disclaimer.

http://solutions4sure.com/ (1 of 2)6/23/2006 11:26:31 AM



Tech Depot Your Online Technology Superstore

http://solutions4sure.com/ (2 of 2)6/23/2006 11:26:31 AM