**EXHIBIT 38**

# Greenberg Traurig

Titania R. Mack
(302) 661-7390
mackt@gtlaw.com

June 14, 2006

**BY HAND**

The Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Room 6325
Lockbox 10
Wilmington, DE 19801

      Re:   INTERNET MEDIA CORP. v. OFFICE DEPOT, INC., DELL,
           INC., OFFICE DEPOT, INC., J.C. PENNEY COMPANY, INC.,
           WILLIAMS-SONOMA, INC., J. CREW GROUP, INC.
           Civil Action No. 05-633

Dear Judge Jordan:

      Attached to this letter is the Joint Claim Construction Chart which was emailed
from counsel for Defendants to counsel for Plaintiff for filing. Plaintiff has informed
Office Depot that it intends to modify what they received to exclude Office Depot's
construction of two claim elements. Office Depot does not agree with Plaintiff's
anticipated actions and hereby files the full Joint Claim Construction Chart as requested by
the Court in its Order of May 31, 2006.

      Thank you for your consideration.

                       Respectfully submitted,

                       Titania R. Mack (#4120)

Enclosures
cc:   Michael A. Nicodema, Esq.

ALBANY

AMSTERDAM

ATLANTA

BOCA RATON

BOSTON

CHICAGO

DALLAS

DELAWARE

DENVER

FORT LAUDERDALE

HOUSTON

LAS VEGAS

LOS ANGELES

MIAMI

MILAN*

NEW JERSEY

NEW YORK

ORANGE COUNTY, CA

ORLANDO

PHILADELPHIA

PHOENIX

ROME*

SACRAMENTO

SILICON VALLEY

TALLAHASSEE

TOKYO*

TYSONS CORNER

WASHINGTON, D.C.

WEST PALM BEACH

ZURICH

*Strategic Alliances
Tokyo-Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | The Nemours Building | 1007 North Orange Street | Suite 1200 | Wilmington, DE 19801
Tel 302.661.7000 | Fax 302.661.7360

www.gtlaw.com

| Party | Claim Language | Construction | Intrinsic Support |
|---|---|---|---|
| II | 1(a) a published compilation of preselected Internet locations, said published compilation including a unique predetermined multi-digit jump code assigned to each of said preselected Internet locations published therein; | **a published compilation of preselected Internet locations**<br><br>publicly disseminated collection of information, such as descriptions, text or graphics, at least some of which correspond to preselected Internet locations<br><br>**Internet location**<br><br>identified material or subject matter that is provided via the Internet by one or more computers | "[I]t is an object of the present invention to provide a printed publication containing descriptions of selected Web sites or addresses together with jump codes therefor which can readily be used in conjunction with a specialized Web site which includes software which, upon recognizing the inputted jump code, quickly and automatically accesses the desired Web site." (U.S. Pat. No. 6,049,835 (hereinafter "Exhibit 1"), col. 4, ll. 41-47).<br><br>"The Web thus provides an outlet for anyone who desires to self-publish articles, graphics, video clips, and audio files over the net. Since any individual Web site can be freely accessed by anyone else with Web access, anyone who creates a Web site has a form for broadcasting their information, news, announcements, or creative works to an audience of millions." (Exhibit 1, col. 2, ll. 47-53).<br><br>"Once a user has accessed the Web, any of the 100,000 or more Web sites and their linked articles, text articles, graphic images, video/audio clips, extensive software libraries, and communications features are easily accessible with a click of the user's mouse key. In addition, any good Web browser software also opens up the Web's multimedia potential by providing users with instant and automatic access to helper applications software that automatically plays video and sound clips. Such multimedia potential has become a big attraction on the Web." (Exhibit 1, col. 3, ll. 2-11).<br><br>"Using the Web, users can get instant access to many types of information, entertainment, and inter-active resources which are now available on the Web. Because of the explosion of newly created Web sites, the user can get access to useful, practical information on an almost infinite variety of subjects." (Exhibit 1, col. 3, ll. 17-22)<br><br>"A Web site or Web page describes an individual's 'place' on the Web containing a single Web-published feature." (Exhibit 1, col. 3, ll. 29-31).<br><br>"A Web site may consist of one Web page or of many Web pages, and usually also includes onscreen graphics, pictures, texts and video and audio clips, or an archive of software that can be downloaded, stored and used freely on the visitor's own personal computer." (Exhibit 1, col. 3, ll. 34-39). |

"As discussed above, in addition to Web sites, any other type of subject matter contained on the Internet which has a URL, can be accessed using the jump code provided therefor. An example of such an additional use is the accessing of newsgroups, or Usenet Internet discussion newsgroups, where on-line discussions on thousands of subjects can be attained. Such newsgroups can also be accessed by means of the specialized JumpCity Web site 108. A listing of such newsgroups together with their assigned jump codes can be accomplished in a manner similar to that for the Web sites." (Exhibit 1, col. 6, ll. 1-10).

Figures 1 and 2 (Exhibit 1).

"In addition to publishing a preselected number of descriptions and/or reviews of various Web sites 112-122 with their assigned jump codes 124-134 in printed publication or book 110, the specialized JumpCity Web site 108 can also contain such reviews and their accompanying jump codes." (Exhibit 1, col. 6, ll. 11-15).

"The preselected Web sites....are selected based upon four criteria. The first criteria is the content of the Web site. The selected Web sites preferably contain a substantial amount of original information, graphics and multimedia. The information contained in the selected Web sites is preferably comparable in value and amount to information that is available from traditional, professionally created media, such as newspapers and magazines. Also, it is preferable that the information available on the selected Web sites be updated on a reasonably frequent basis. The second criteria is the usefulness of the information on the preselected Web sites. For example, it is preferable that the information available at the selected Web sites provide advice, news, and entertainment value. In addition, it is desirable that the information be useful to the Web reader to solve a problem." (Exhibit 1, col. 6, ll. 26-42).

"There is no need to determine, nor input, the URL or address of the Web site which is desired to be accessed." (Exhibit 1, col. 5, ll. 65-67).

"The only URL the user need ever input in order to access any of the preselected (and best available) Web sites in the publication 110 is the URL of the JumpCity Web site 108." (Exhibit 1, col. 6, ll. 60-64).

| II | unique predetermined multi-digit jump code | "Some Web pages also include a links page or jump site which consists of lists of links to many other Web sites." (Exhibit 1, col. 3, ll. 48-49). |
| | unique predetermined code consisting of more than one digit used to access an Internet location | "Each of the selected Web sites is assigned a specific four-digit jump code." (Exhibit 1, col. 4, ll. 57-58). |
| | | "[O]bviously a larger number of digits could be utilized in order to enable the accessing of a larger number of Web sites or newsgroups or other URL locations on the Internet. (Exhibit 1, col. 6, l. 66-col. 7, l. 2). |
| | | "In the example of FIG. 2, the "H" is an abbreviation for "http//", the first eight hexadecimal digits [1A2B3C4D] are converted by processing program 110 to a 32-bit number which represents the Internet Protocol (IP) Address, the "/" is the slash literal, the letter "L" represents a query about the preferred language of the customer, the letter 'N' represents a query about the customer's name, the letter 'Q' represents a query about the customer's age." (U.S. Pat. No. 6,049,835 prosecution history (hereinafter "Exhibit 2") at IMC_PLTF 061529, col. 6, ll. 9-17; Exhibit 2 at IMC_PLTF 061516, FIG. 2)(Cragun et al. patent). |
| | | ""FIG 9 depicts the conversion process for creating an IP Address from eight hexadecimal digits..." (Exhibit 2 at IMC_PLTF 061531, col. 10, ll. 44-45; Exhibit 2 at IMC_PLTF 061525, FIG. 9)(Cragun et al. patent). |
| | | "The use of the jump codes printed in the printed publication or book 110 combined with the integrated specialized Web site 108 provides Web users with the fastest possible way of reaching the reviewed (and best) Web sites available on the World Wide Web portion of the Internet." (Exhibit 1, col. 7, ll. 15-19). |
| | | "There are numerous link tags in HTML to enable a viewer of the document to jump to another place in the same document, to jump to the top of another document, to jump to a specific place in another document, or to create and jump to a remote link (via a new URL) to another server." (Exhibit 2 at IMC_PLTF 061763, col. 4, ll. 56-60) (Judson patent). |

| | | |
|---|---|---|
| A | **1(a) a published compilation of preselected Internet locations, said published compilation including a unique predetermined multi-digit jump code assigned to each of said preselected Internet locations published therein;** | **a published compilation of preselected Internet locations –** a publicly accessible collection of different URLs associated with more than one person or entity, each URL corresponding to a different preselected place on the Internet | "Every web site has an exact address, or location on the Web. Such addresses are known as a Uniform Resource Locator or URL." Exhibit 1, col. 3, ll.53-55.<br><br>"[W]hile Edelstein et al. proposes that information providers advertise the electronic addresses of their resources, it does not follow that information providers would have been motivated to publish a compilation, which would almost certainly include the electronic addresses of their competitors' resources. Instead, the advertisement taught by Edelstein et al. would take the form of an advertisement for a single company with the electronic address of that company's resource....Therefore...Edelstein et al. teaches away from the present claimed invention...." Exhibit 2, IMC_PLTF 061834.<br><br>"The examiner took the position that the database of either Edelstein et al or Cragun et al could be printed out and used as a published compilation, that Cragun et al teaches listing numerical codes (UPC's) with URL's and that the known Internet directories provide motivation to print out the databases.<br><br>The applicant's representative responded as follows. First, it would not have been possible, much less obvious for a user to gain access to the database of Edelstein et al or Cragun et al. Second, Cragun et al is specifically intended for use in a store, where a user can take a can of chicken soup to the bar-code scanner of the client computer and scan in the UPC bar code to access the Web site of the manufacturer of the soup. By contrast, the published compilation of the present invention is usable from any computer with Internet access, e.g., a home computer, and is not limited to use with products bearing UPC codes. Third, it would not have been obvious to combine either Edelstein et al or Cragun et al with a published Internet directory. Edelstein et al teaches away from the use of published compilations depending on mnemonic codes instead. Cragun et al relies on the UPC bar codes on the packaging of actual products, with the result that a published compilation would have been superfluous." Exhibit 2, IMC_PLTF 061832-33. |

"System for providing easy access to the World Wide Web utilizing a published list of preselected Internet locations together with their unique multi-digit jump codes." Exhibit 1, col. 1, ll. 1-5.

"Web browsers also have a bookmark or hot list feature, which allows the user to capture and save the location of any Web site that is visited, so that such sites can be readily reaccessed by clicking on it from the user's Web browser at any time." Exhibit 1, col.3, ll. 12-16.

"[T]he system described in the Levergood et al. patent is directed to...merely sub-links within a merchant's own website which is operated on the 'single merchant server.'" Exhibit 2, IMC_PLTF 061791.

"Applicant's invention provides Internet users with the ability to reach any and all Internet locations on any of the servers connected to the Internet, as opposed to the single merchant server utilized by the Levergood et al. system." Exhibit 2, IMC_PLTF 61792-93.

"After the JumpCity Web site 108 has been accessed, the user enters the four–digit jump code (obviously a larger number of digits could be utilized in order to enable the accessing of a larger number of Web sites or newsgroups or other URL locations on the Internet). Exhibit 1, col. 6, l. 64–col. 7, l. 2.

| Δ (Office Depot) | Office Depot's Constructions | Office Depot's Support |
|---|---|---|
| a published compilation of preselected Internet locations, | a published compilation of preselected Internet locations –<br><br>a publically accessible preselected collection of pre-existing Websites and other pre-existing places on the Internet having unique URL addresses, the URL addresses being associated with diverse individuals or entities | "What's On The Web", Internet Media Corporation © 1995-1996.<br><br>"A system for quickly and easily accessing preselected desired addresses or URLs on the Internet is disclosed in which a published list of Internet or World Wide Web sites together with their unique jump codes is utilized in connection with a corresponding specialized Web site which is accessed by a user using either a personal computer or a TV Internet Terminal and remote control, after which access a jump code corresponding to the preselected desired URL is entered by the user and software contained in the specialized Web site immediately and automatically accesses the desired Web site" (Exhibit 1: Abstract (emphasis added).<br><br>"System for providing easy access to the World Wide Web utilizing a published list of preselected Internet locations together with their unique multi-digit jump codes." (Exhibit 1, col. 1, ll. 1-5 (emphasis added)).<br><br>"The present invention is directed to a system for providing users of the Internet with easy access to the World Wide Web. More particularly, the present invention is directed to providing a central location which World Wide Web users of the Internet can reach and can then instruct to provide them with ready access to a particular location on the World Wide Web portion of the Internet." (Exhibit 1, col. 1, ll. 8-14 (emphasis added).<br><br>"Web browsers also have a bookmark or hot list feature, which allows the user to capture and save the location of any Web site that is visited, so that such sites can be readily reaccessed by clicking on it from the user's Web browser at any time." (Exhibit 1, col. 3, ll. 12-16 (emphasis added)).<br><br>"In order to understand the use and operation of the Web, it is believed that certain terms that will be used herein should be defined. A Web browser, as previously discussed, is a graphical, Windows-based software program which is used on a personal computer to access the Web. A Web site or Web page describes an individual's "place" on the Web containing a single Web-published feature. A Web site is basically a collection of files located under a directory somewhere on someone's computer connected to the Internet. A Web site may consist of one Web page or of many Web pages, and usually also includes onscreen graphics, pictures, texts and video and audio clips, or an archive of software that can be downloaded, stored and used freely on the visitor's own personal |

computer."(Exhibit 1, col. 3, ll. 25-38 (emphasis added)).

"Frequently, Web pages utilize links or hot links, two terms which are used interchangeably, to describe words or groups of words which are highlighted on Web pages. When a visitor clicks on a link with his mouse, he is immediately linked to another Web site or location on the current Web site containing the information that is referred to by the link. Any single Web site may contain dozens, hundreds, or even thousands of hot links, both to other sections within the same site or to other Web sites located anywhere else in the world."(Exhibit 1, col. 3, ll. 39-48 (emphasis added)).

"Every Web site has an exact address, or location on the Web. Such addresses are known as a Uniform Resource Locator or URL. URLs consist of a confusing string of subdirectories, files or executable commands, separated by slashes, which are extremely difficult to work with and which must be typed into the user's Web browser exactly as they appear, including the use of upper and lower-case letters, in order to go to a Web site. While clicking on hot links will get the user to a Web site without having to type in a URL or copying a URL from a text file (if it is located on the user's computer) and pasting it into the user's Web browser-screen can save the user from this arduous task, the use of URLs has become the bane of the use of the Web." (Exhibit 1, col. 3, ll. 53-65 (emphasis added)).

"Therefore, it is a primary object of the present invention to provide a system by which user's of the World Wide Web portion of the Internet can readily access preselected Web sites or Internet addresses, after they have gained access to the World Wide Web portion of the Internet. More particularly, it is an object of the present invention to provide a specialized Web site which can be used in conjunction with published jump codes to readily and automatically access other Web sites or Internet locations, without the user having to remember or input the URL of the desired Web site." (Exhibit 1, col. 4, ll. 31-40 (emphasis added)).

"The system of the present invention utilizes a published list of preselected Web sites, which are selected according to predetermined criteria, such as content, usefulness, presentation, and authorship. Each of the selected Web sites is assigned a specific four-digit jump code. A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site

corresponding to the jump code inputted by the user." (Exhibit 1, col. 4, ll. 54-65 (emphasis added))

"In order to provide Web users with the jump codes, it is preferable that a printed publication which contains preselected Web sites based on certain criteria be disseminated so that the jump codes associated with each of the preselected Web sites can be easily determined by the users. Such a publication, entitled "What's on the Web" published by Internet Media Corporation is one such type of book which is fully integrated with the specialized Web site 108. Such a book 110 contains a plurality of reviews of Web sites 112, 114, 116, 118, 120, and 122, each of which has a corresponding four digit jump code 124, 126, 128, 130, 132, and 134, associated therewith. After the user is on-line with the specialized JumpCity Web site 108, entering the four digit jump code will instantly link the Web site corresponding thereto to the JumpCity Web site, thus providing immediate access to the desired Web site for the user. There is no need to determine, nor input, the URL or address of the Web site which is desired to be accessed.

As discussed above, in addition to Web sites, any other type of subject matter contained on the Internet which has a URL, can be accessed using the jump code provided therefor. An example of such an additional use is the accessing of newsgroups, or Usenet Internet discussion newsgroups, where on-line discussions on thousands of subjects can be attained. Such newsgroups can also be accessed by means of the specialized JumpCity Web site 108. A listing of such newsgroups together with their assigned jump codes can be accomplished in a manner similar to that for the Web sites". (Exhibit 1, col. 5, line 50 – col. 6, line 10 (emphasis added)).

"The preselected Web sites (over 1800 of which are covered in the "What's on the Web" book 110), are selected based upon four criteria. The first criteria is the content of the Web site. The selected Web sites preferably contain a substantial amount of original information, graphics and multimedia. The information contained in the selected Web sites is preferably comparable in value and amount to information that is available from traditional, professionally created media, such as newspapers and magazines. Also, it is preferable that the information available on the selected Web sites be updated on a reasonably frequent basis.

The second criteria is the usefulness of the information on the preselected Web sites. For example, it is preferable that the information available at the selected

Web sites provide advice, news, and entertainment value. In addition, it is desirable that the information be useful to the Web reader to solve a problem.

The third criteria for selecting Web sites which are assigned jump codes is whether the site has good design and production values, that is, whether the graphics used by the site are interesting, professional-looking, and appropriate from the standpoint of Web design.

The fourth criteria used to preselect Web sites which are then assigned jump codes for use with the integrated specialized JumpCity Web site 108 and the Internet access system of the present invention is the authorship of the Web site. Preferably, the authors of the Web site are known and are highly knowledgeable concerning the information they are disseminating". (Exhibit 1, col. 6, ll. 26-55 (emphasis added)).

"In order to use the Internet access system of the present invention, as discussed above, the user first must access the JumpCity specialized Web site 108 which is maintained for exclusive use in connection with the publication 110 which contains the preselected and reviewed Web sites 112-122 and their corresponding jump codes 124-134. The only URL the user need ever input in order to access any of the preselected (and best available) Web sites in the publication 110 is the URL of the JumpCity Web site 108. After the JumpCity Web site 108 has been accessed, the user enters the four-digit jump code (obviously a larger number of digits could be utilized in order to enable the accessing of a larger number of Web sites or newsgroups or other URL locations on the Internet) which corresponds to the selected Web site or newsgroup or other address the user desires to access. The code is entered in a standard on-screen HTML box or form which is then read by software resident on the JumpCity specialized Web site 108. This software program searches through its database of URLs, and finds the URL which is linked to the input jump code. The software then links the user either directly to the desired Web site, or alternatively, first to a brief written review of the Web site. By entering a simple four-digit code, the user is much more easily and conveniently able to access the desired Web sites, as compared to the standard method of accessing those Web sites, which requires the error-prone, tedious and confusing entry of URLs. The use of the jump codes printed in the printed publication or book 110 combined with the integrated specialized Web site 108 provides Web users with the fastest possible way of reaching the reviewed (and best) Web sites available on the World Wide Web portion of the Internet." (Exhibit 1, col. 6, line 56- col. 7, line 19 (emphasis added)).

"[T]he system described in the Levergood et al. patent is directed to utilizing conventional telephone numbers or other identifiers which in reality are merely sub-links within a merchant's own website which is operated on the 'single merchant server.'" (Exhibit 2, IMC_PLTF 061791 (emphasis added)).

"Levergood is directed to allowing a single merchant server to provide 'multiple services that correspond to different external telephone numbers or other identifiers.'" (Exhibit 2, IMC_PLTF 061791 (emphasis added)).

"Applicant's invention provides Internet users with the ability to reach any and all Internet locations on any of the servers connected to the Internet, as opposed to the single merchant server utilized by the Levergood et al. system." (Exhibit 2, IMC_PLTF 061792-93 (emphasis added)).

"[W]hile Edelstein et al. proposes that information providers advertise the electronic addresses of their resources, it does not follow that information providers would have been motivated to publish a compilation, which would almost certainly include the electronic addresses of their competitors' resources. Instead, the advertisement taught by Edelstein et al. would take the form of an advertisement for a single company with the electronic address of that company's resources, just as companies today advertise their own (not their competitors') resources by their URL's. Therefore, the Applicant respectfully submits that Edelstein et al. teaches away from the present claimed invention...." (Exhibit 2, IMC_PLTF 061834 (emphasis added)).

| Δ | unique predetermined multi-digit jump code | "Applicant's jump code is an uniquely predetermined number" Exhibit 2, IMC_PLTF 061792 |
| | a different predetermined number consisting of more than one digit | "Each of the selected Web sites is assigned a specific four-digit jump code." Exhibit 1, col. 4, ll. 57-58. |
| | | "By contrast, Eedelstein et al teaches simplifying the addresses of Internet resources (typically, but not exclusively, Web sites) through easily remembered source aliases and resource aliases. Each source alias identifies a specific Internet resource (e.g., a Web page giving a biography of Senator Dole). The source aliases and resource aliases are stored on a registry server 102 and root servers 103 in a central server region 101. If a user enters an invalid resource alias, the user receives a list of proximate resource aliases, as described in column 11, lines 59-65." Exhibit 2, IMC_PLTF 061833. |
| | | "Edelstein et al teaches assigning a serial number to each resource alias, but that serial number is used for internal network purposes only. The user does not see the serial numbers. Instead, as explained in the paragraph spanning columns 11 and 12, the user enters a character sequence of a purported alias. Providing a published compilation of the serial numbers would defeat a key purpose of Edelstein et al taught in column 3, line 40, namely providing pneumonic aliases. Therefore, the use of multi-digit jump codes as recited in the present claims provide a further distinction over Edelstein et al. Exhibit 2, IMC_PLTF 061835. |
| | | "The examiner took the position that the database of either Edelstein et al or Cragun et al could be printed out and used as a published compilation, that Cragun et al teaches listing numerical codes (UPC's) with URL's and that the known Internet directories provide motivation to print out the databases. |
| | | The applicant's representative responded as follows. First, it would not have been possible, much less obvious for a user to gain access to the database of Edelstein et al or Cragun et al. Second, Cragun et al is specifically intended for use in a store, where a user can take a can of chicken soup to the bar-code scanner of the client computer and scan in the UPC bar code to access the Web site of the manufacturer of the soup. By contrast, the published compilation of the present invention is usable from any computer with Internet access, e.g., a home computer, |

and is not limited to use with products bearing UPC codes. Third, it would not have been obvious to combine either Edelstein et al or Cragun et al with a published Internet directory. Edelstein et al teaches away from the use of published compilations depending on mnemonic codes instead. Cragun et al relies on the UPC bar codes on the packaging of actual products, with the result that a published compilation would have been superfluous." Exhibit 2, IMC_PLTF 061832-33.

"The JumpCity Web site contains software which is capable of accepting a four digit code." Exhibit 1, col. 5, ll. 45-49.

"In the case of so-called "set top" TV Internet Terminals, such as those soon to be available from Sony and Phillips, the user accesses the specialized Web site using the TV Internet Terminal and then enters the desired jump codes using a remote control which is similar to a standard television channel selector. In that manner, users with the TV Internet Terminal will be able to access the desired Web sites using their television, the TV and the remote control push buttons." Exhibit 1, col. 4, l. 66 – col. 51.7.

"After the JumpCity Web site 108 has been accessed, the user enters the four – digit jump code (obviously a larger number of digits could be utilized in order to enable the accessing of a larger number of Web sites or newsgroups or other URL locations on the Internet). Exhibit 1, col. 6, l. 64–col. 7, l. 2.

"Each of the selected Web sites is assigned a specific four-digit jump code. A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." Exhibit 1, col. 4 ll. 54-65.

"This software program searches through its database of URLs, and finds the URL which is linked to the input jump code." Exhibit 1, col. 7, ll. 6-8.

| | | "Levergood ...is directed to utilizing conventional telephone numbers or other identifiers which are in reality merely sub-links within a merchant's own website which is operated on the 'single merchant server.'" Exhibit 2, IMC_PLTF 061791.<br><br>"Levergood is directed to allowing a single merchant server to provide 'multiple services that correspond to different external telephone numbers or other identifiers.'" Exhibit 2, IMC_PLTF 61791.<br><br>"[A] jump code corresponding to the preselected desired URL is entered by the user..." Exhibit 1, Abstract. |
| --- | --- | --- |
| | | |

| II | 1(b) a predetermined published Internet location having an address published in said published compilation, said predetermined published Internet location including means for capturing a desired multi-digit jump code assigned to each preselected Internet location after said multi-digit jump code has been entered by a user after accessing said predetermined published Internet location; | predetermined published Internet location<br><br>predetermined Internet location having an address published in said published compilation<br><br>address<br><br>designation for a particular Internet location | "[T]he present invention is directed to providing a central location which World Wide Web users of the Internet can reach and can then instruct to provide them with ready access to a particular location on the World Wide Web portion of the Internet." (Exhibit 1, col. 1, ll. 10-14).<br><br>"[I]t is an object of the present invention to provide a specialized Web site which can be used in conjunction with published jump codes to readily and automatically access other Web sites or Internet locations, without the user having to remember or input the URL of the desired Web site." (Exhibit 1, col. 4, ll. 36-40).<br><br>"A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit codes, and based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." (Exhibit 1, col. 4, ll. 57-64).<br><br>"Once the user has connected to the Internet, he accesses the specialized Web site 108, by entering the URL for that Web site. The specialized Web site is preferably a Web site called JumpCity, which has a URL of http://www.jumpcity.com/, although, obviously a specialized Web site for use as part of the inventive system disclosed herein could have any URL (and indeed would, of necessity, have to have its own URL), the only requirement being that the URL be disseminated in conjunction with the dissemination of the jump codes to be used therewith." (Exhibit 1, col. 5, ll. 34-44).<br><br>"The TV Internet Terminal…is connected by means of a modem 136 which may also preferably be a cable modem, through a telecommunications medium, such as a telephone line, cable system line 138 or other medium, such as by satellite, to the server 106 of the Internet access provider. From there the user is able to access the server on which the JumpCity Web site 108 resides, using the Internet" (Exhibit 1, col. 7, ll. 31-40). |

"URLs consist of a confusing string of subdirectories, files or executable commands, separated by slashes, which are extremely difficult to work with and which must be typed into the user's Web browser exactly as they appear, including the use of upper and lower-case letters, in order to go to a Web site." (Exhibit 1, col. 3, ll. 55-60).

"Once the user has connected to the Internet, he accesses the specialized Web site 108, by entering the URL for that Web site." (Exhibit 1, col. 5, ll. 34-36, 60).

"The only URL the user need ever input in order to access any of the preselected (and best available) Web sites in the publication 110 is the URL of the JumpCity Web cite 108." (Exhibit 1, col. 6, ll. 60-63).

| | | |
|---|---|---|
| A | 1(b) a predetermined published Internet location having an address published in said published compilation, said predetermined published Internet location including means for capturing a desired multi-digit jump code assigned to each preselected Internet location after said multi-digit jump code has been entered by a user after accessing said predetermined published Internet location; | predetermined published Internet location having an address published in said published compilation –<br><br>a publicly accessible predetermined place on the Internet having a URL published in said published compilation and providing access to other places on the Internet associated with other persons or entities | "Once the user has connected to the Internet, he accesses the specialized Web site 108, by entering the URL for that Web site. The specialized Web site is preferably a Web site called JumpCity, which has a URL of http://www.jumpcity.com/, although, obviously a specialized Web site for use as part of the inventive system disclosed herein could have any URL (and indeed would, of necessity, have to have its own URL), the only requirement being that the URL be disseminated in conjunction with the dissemination of the jump codes to be used therewith." Exhibit 1, col. 5, ll 37-44 (emphasis added).<br><br>"The only URL the user need ever input in order to access any of the preselected (and best available) Web sites in the publication 110 is the URL of the JumpCity Web site 108." Exhibit 1, col. 6, ll. 61-64.<br><br>"Applicant's invention provides Internet users with the ability to reach any and all Internet locations on any of the servers connected to the Internet, as opposed to the single merchant server utilized by the Levergood et al. system." Exhibit 2, IMC_PLTF 061792-93.<br><br>"Levergood ...is directed to utilizing conventional telephone numbers or other identifiers which are in reality merely sub-links within a merchant's own website which is operated on the 'single merchant server.'" Exhibit 2, IMC_PLTF 061791<br><br>"A web site is basically a collection of files located on a directory somewhere on someone's computer connected to the Internet." Exhibit 1, col. 3, ll. 31-34.<br><br>"The present invention is directed to a system for providing users of the Internet with easy access to the World Wide Web. More particularly, the present invention is directed to providing a central location which World Wide Web users of the Internet can reach and can then instruct to provide them with ready access to a particular location on the World Wide Web portion of the Internet." Exhibit 1, col. 1, ll.10-14. |

"Frequently, Web pages utilize links or hot links... When a visitor clicks on a link with his mouse, he is immediately linked to another Web site or location on the current Web site containing the information that is referred to by the link. Any single Web site may contain dozens, hundreds, or even thousands of hot links, both to other sections within the same site or to other Web sites located anywhere else in the world." Exhibit 1, col. 3, ll.39-48.

"[I]t is a primary object of the present invention to provide a system by which user's [sic] of the World Wide Web portion of the Internet can readily access preselected Web sites or Internet addresses, after they have gained access to the World Wide Web portion of the Internet. More particularly, it is an object of the present invention to provide a specialized Web site which can be used in conjunction with published jump codes to readily and automatically access other Web sites or Internet locations, without the user having to remember or input the URL of the desired Web site." Exhibit 1, col. 4 ll.31-40.

"The JumpCity Web site 108 contains software which is capable of accepting a four-digit jump code, looking up the corresponding URL for the Web site denoted by that jump code in a stored data base, and then for immediately and automatically accessing that URL or Web site." Exhibit 1, col. 5, ll. 45-49.

"Every Web site has an exact address, or location on the Web. Such addresses are known as a Uniform Resource Locator or URL. URLs consist of a confusing string of subdirectories, files or executable commands, separated by slashes, which are extremely difficult to work with and which must be typed into the user's Web browser exactly as they appear, including the use of upper and lower-case letters, in order to go to a Web site. While clicking on hot links will get the user to a Web site without having to type in a URL or copying a URL from a text file (if it is located on the user's computer) and pasting it into the user's Web browser-screen can save the user from this arduous task, the use of URL's has become the bane of the use of the Web." Exhibit 1, col. 3, ll. 52-65.

"[W]hile Edelstein et al. proposes that information providers advertise the electronic addresses of their resources, it does not follow that information providers would have been motivated to publish a compilation, which would almost certainly include the electronic addresses of their competitors' resources. Instead, the advertisement taught by Edelstein et al. would take the form of an advertisement for a single company with the electronic address of that company's resource....Therefore...Edelstein et al. teaches away from the present claimed invention...." Exhibit 2, IMC_PLTF 061834.

| II | means for capturing a desired multi-digit jump code | "The code is entered in a standard on-screen HTML box or form which is then read by software resident on the JumpCity specialized Web site 108." (Exhibit 1, col. 7, ll. 3-6). |
| | | |
| | structure: a computer programmed to capture a desired multi-digit jump code through the use of an on-screen HTML box or form or their equivalents | "The TV Internet Terminal... is connected by means of a modem 136 which may also preferably be a cable modem, through a telecommunications medium, such as a telephone line, cable system line 138 or other medium, such as by satellite, to the server 106 of the Internet access provider. From there the user is able to access the server on which the JumpCity Web site 108 resides, using the Internet." (Exhibit 1, col. 7, ll. 31-40). |
| | | |
| | function: capturing a desired multi-digit jump code assigned to each preselected Internet location after said multi-digit jump code has been entered by a user after accessing said predetermined published Internet location | |
| | | |
| | desired multi-digit jump code | |
| | | |
| | selected one of the unique predetermined multi-digit jump codes corresponding to a desired preselected Internet location | |

| A | | |
|---|---|---|
| means for capturing a desired multi-digit jump code | means-plus-function element to be construed under 35 U.S.C. § 112, ¶6:<br><br>structure: no structure is disclosed in the specification to perform the recited function, i.e., capturing a desired multi-digit jump code assigned to each preselected Internet location after said multi-digit jump code has been entered by a user after accessing said predetermined published Internet location<br><br>function: capturing a desired multi-digit jump code assigned to each preselected Internet location after said multi-digit jump code has been entered by a user after accessing said predetermined published Internet location<br><br>desired multi-digit jump code – selected one of the unique predetermined multi-digit jump codes | "The code is entered in a standard on-screen HTML box or form which is then read by software resident on the JumpCity specialized Web site 108." Exhibit 1, col. 7, ll. 3-6 (emphasis added). |

| II | 1(d) means for receiving said desired multi-digit jump code from said means for capturing and means for converting said received multi-digit jump code to a URL address corresponding to the desired preselected Internet location; and | means for receiving said desired multi-digit jump code<br><br>structure: a computer programmed to read the desired multi-digit jump code entered into a standard on-screen HTML box or form<br><br>function: receiving said desired multi-digit jump code from said means for capturing | "The code is entered in a standard on-screen HTML box or form which is then read by software resident on the JumpCity specialized Web site 108." (Exhibit 1, col. 7, ll. 3-6).<br><br>"Once the user has connected to the Internet, he accesses the specialized Web site 108, by entering the URL for that Web site. The specialized Web site is preferably a Web site called JumpCity, which has a URL of http://www.jumpcity.com/, although, obviously a specialized Web site for use as part of the inventive system disclosed herein could have any URL (and indeed would, of necessity, have to have its own URL), the only requirement being that the URL be disseminated in conjunction with the dissemination of the jump codes to be used therewith." (Exhibit 1, col. 5, ll. 34-44).<br><br>"The TV Internet Terminal…is connected by means of a modem 136 which may also preferably be a cable modem, through a telecommunications medium, such as a telephone line, cable system line 138 or other medium, such as by satellite, to the server of the Internet access provider. From there the user is able to access the server 106 on which the JumpCity Web site 108 resides, using the Internet." (Exhibit 1, col. 7, ll. 31-40).<br><br>"A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." (Exhibit 1, col. 4, ll. 57-64). |

| △ | 1(d) means for receiving said desired multi-digit jump code from said means for capturing and means for converting said received multi-digit jump code to a URL address corresponding to the desired preselected Internet location; and | means for receiving said desired multi-digit jump code<br><br>means-plus-function element to be construed under 35 U.S.C. § 112, ¶6:<br><br>structure: the specification describes this function being performed by software resident on the JumpCity specialized Web site which is not a disclosure of structure under 35 USC § 112, ¶6<br><br>function: receiving said desired multi-digit jump code from said means for capturing | "The code is entered in a standard on-screen HTML box or form which is then read by software resident on the JumpCity specialized Web site 108." Exhibit 1, col. 7, ll. 3-6.<br><br>"A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." Exhibit 1, col. 4, ll. 57-64 (emphasis added). |

| II | means for converting said received multi-digit jump code to a URL address<br><br>structure: a computer programmed to convert said received multi-digit jump code to a URL address<br><br>function: converting said received multi-digit jump code to a URL address corresponding to the desired preselected Internet location | "A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." (Exhibit 1, col. 4, ll. 57-64).<br><br>"The TV Internet Terminal...is connected by means of a modem 136 which may also preferably be a cable modem, through a telecommunications medium, such as a telephone line, cable system line 138 or other medium, such as by satellite, to the server 106 of the Internet access provider. From there the user is able to access the server on which the JumpCity Web site 108 resides, using the Internet." (Exhibit 1, col. 7, ll. 31-40).<br><br>"The JumpCity Web site 108 contains software which is capable of accepting a four-digit jump code, looking up the corresponding URL for the Web site denoted by that jump code in a stored data base, and then for immediately and automatically accessing that URL or Web site." (Exhibit 1, col. 5, ll. 45-49).<br><br>"This software program searches through its database of URLs, and finds the URL which is linked to the input jump code. The software then links the user either directly to the desired Website, or alternatively, first to a brief written review of the web site." (Exhibit 1, col. 7, ll. 6-10). |
| II | URL address<br><br>an address that can be used by software, such as a web browser, to access a resource | "Every Web site has an exact address, or location on the Web. Such addresses are known as a Uniform Resource Locator or URL. URLs consist of a confusing string of subdirectories, files or executable commands, separated by slashes, which are extremely difficult to work with and which must be typed into the user's Web browser exactly as they appear, including the use of upper and lower-case letters, in order to go to a Web site." (Exhibit 1, col. 3, ll. 52-60).<br><br>"By entering a simple four-digit code, the user is much more easily and conveniently able to access the desired Web sites, as compared to the standard method of accessing those Web sites, which requires the error-prone, tedious and confusing entry of URLs." (Exhibit 1, col. 7, ll. 10-15). |

| △ | means for converting said received multi-digit jump code to a URL address<br><br>means-plus-function element to be construed under 35 U.S.C. § 112, ¶6:<br><br>structure: although the specification describes that software resident on the JumpCity specialized Web site searches its database of URLs and finds the URL liked to the input jump code, that is neither a disclosure of structure under 35 USC § 112, ¶ 6 nor a disclosure accomplishing a "converting" function<br><br>function: converting said received multi-digit jump code to a URL address corresponding to the desired preselected Internet location | "A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." Exhibit 1, col. 4, ll. 57-64 (emphasis added).<br><br>"The JumpCity Web site 108 contains software which is capable of accepting a four-digit jump code, looking up the corresponding URL for the Web site denoted by that jump code in a stored data base, and then for immediately and automatically accessing that URL or Web site." Exhibit 1, col. 5, ll. 45-49 (emphasis added).<br><br>"This software program searches through its database of URLs, and finds the URL which is linked to the input jump code. The software then links the user either directly to the desired Website, or alternatively, first to a brief written review of the web site." Exhibit 1, col. 7, ll. 6-10 (emphasis added).<br><br>"Contrary to Applicant's invention, the system suggested by that portion of the Levergood et al patent is directed to a web browser which includes a specialized dial command which seeks the input from the user of a telephone number and then uses that telephone number to construct a special URL. That special URL is sent by the browser to a directory server. The directory server uses a database to translate the NUMBER to a target URL that describes the "merchant server and document that implements the service corresponding to NUMBERS." Exhibit 2, IMC_PLTF 061791 |

| | | | |
|---|---|---|---|
| Δ | | URL address – URL – (Uniform Resource Locator or Universal Resource Locator) a way of specifying the location of publicly available information on the Internet, in the form<br><br>protocol//machine:port number/filename;<br><br>often the port number and/or filename is unnecessary. For example, http://ai.uga.edu:80/ means 'connect to port 80 of ai.uga.edu using Hypertext Transfer Protocol,' and<br><br>ftp://ai.uga.edu/pub/natural.language/ Contents means to download a particular file from ai.uga.edu by File Transfer Protocol. Other possible protocols include gopher and telnet.Barron's Dictionary of Computer and Internet Terms, 5th ed., 1996. | URL address –<br>"Every Web site has an exact address, or location on the Web. Such addresses are known as a Uniform Resource Locator or URL. URLs consist of a confusing string of subdirectories, files or executable commands, separated by slashes, which are extremely difficult to work with and which must be typed into the user's Web browser exactly as they appear, including the use of upper and lower-case letters, in order to go to a Web site." Exhibit 1, col. 3, ll. 52-60.<br><br>"The specialized Web site is preferably a Web site called JumpCity, which has a URL of http://www.jumpcity.com/, although, obviously a specialized Web site for use as part of the inventive system disclosed herein could have any URL (and indeed would, of necessity, have to have its own URL), the only requirement being that the URL be disseminated in conjunction with the dissemination of the jump codes to be used therewith." Exhibit 1, col. 5, ll. 37-44.<br><br>"By entering a simple four-digit code, the user is much more easily and conveniently able to access the desired Web sites, as compared to the standard method of accessing those Web sites, which requires the error-prone, tedious and confusing entry of URLs." Exhibit 1, col. 7, ll. 10-15. |
| Π | 1(e) means for automatically accessing said desired preselected Internet location using said URL address corresponding to said desired preselected Internet location, whereby said user need only enter said desired multi-digit jump code to access a desired preselected Internet location without having to enter said | means for automatically accessing said desired preselected Internet location<br><br>structure: a computer programmed to access the preselected Internet location using said URL address corresponding to said desired preselected Internet location without the user having to enter said URL corresponding to said desired preselected Internet location<br><br>function: *automatically accessing said desired preselected Internet location using said URL address corresponding to said desired preselected Internet* | "Web browsers are also provided by well-known major on-line computer services such as Compuserve, American On-line, Prodigy, MCI and Netcom. Recently, Microsoft's Windows 95 operating system was introduced, which also includes its own Web browser." (Exhibit 1, col. 2, ll. 15-21).<br><br>"The standard protocols which define the Web work in combination with a Web browser which runs on personal computers and handles the chores of accessing and displaying graphics and texts, and playing back video and audio files found on the Web." (Exhibit 1, col. 2, ll. 21-25).<br><br>"In addition, any good Web browser software also opens up the Web's multimedia potential by providing users with instant and automatic access to helper applications software that automatically plays video and sound clips." (Exhibit 1, col. 3, ll. 6-10).<br><br>"A user desiring to access one of the preselected Web sites first gains access to the |

| | | | |
|---|---|---|---|
| corresponding URL address. | *location, whereby said user need only enter said multi-digit jump code to access a desired preselected Internet location without having to enter said corresponding URL address* | | World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." (Exhibit 1, col. 4, ll. 57-64).<br><br>"The TV Internet Terminal... is connected by means of a modem 136 which may also preferably be a cable modem, through a telecommunications medium, such as a telephone line, cable system line 138 or other medium, such as by satellite, to the server 106 of the Internet access provider. From there the user is able to access the server on which the JumpCity Web site 108 resides, using the Internet." (Exhibit 1, col. 7, ll. 31-40).<br><br>"This software program searches through its database of URLs, and finds the URL which is linked to the input jump code. The software then links the user either directly to the desired Web site, or alternatively, first to a brief written review of the web site. By entering a simple four-digit code, the user is much more easily and conveniently able to access the desired Web sites, as compared to the standard method of accessing those Web sites, which requires the error prone, tedious and confusing entry of URLs." (Exhibit 1, col. 7, ll. 6-10). |
| △ 1(e) means for automatically accessing said desired preselected Internet location using said URL address corresponding to said desired preselected Internet location, whereby said user need only enter said desired multi-digit jump code to access a desired preselected Internet location without having to enter said corresponding URL address. | means for automatically accessing said desired preselected Internet location<br><br>means-plus-function element to be construed under 35 U.S.C. § 112, ¶6:<br><br>structure: the specification describes this function being performed by software resident on the JumpCity specialized Web site at 7:8-10 which is not a disclosure of structure under 35 USC § 112, ¶ 6<br><br>*function: automatically accessing said desired preselected Internet location using said URL address corresponding to said desired* | | "Even more particularly, it is an object of the present invention to provide a printed publication containing descriptions of selected Web sites or addresses together with jump codes therefor which can readily be used in conjunction with a specialized Web site which includes software which, upon recognizing the inputted jump code, quickly and automatically accesses the desired Web site." Exhibit 1, col. 4, ll. 41-48 (emphasis added).<br><br>"A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." Exhibit 1, col. 4, ll. 57-64 (emphasis added).<br><br>"The JumpCity Web site 108 contains software which is capable of accepting a four-digit jump code, looking up the corresponding URL for the Web site denoted by that jump code in a stored data base, and then for immediately and automatically accessing that URL or Web site." Exhibit 1, col. 5, ll. 45-49 (emphasis added). |

| | | |
|---|---|---|
| | *preselected Internet location, whereby said user need only enter said desired multi-digit jump code to access a desired preselected Internet location without having to enter said corresponding URL address.* | "This software program searches through its database of URLs, and finds the URL which is linked to the input jump code. The software then links the user either directly to the desired Web site, or alternatively, first to a brief written review of the web site. By entering a simple four-digit code, the user is much more easily and conveniently able to access the desired Web sites, as compared to the standard method of accessing those Web sites, which requires the error prone, tedious and confusing entry of URLs." Exhibit I, col. 7, ll. 6-10 (emphasis added). |
| | | |
| | | |

| II | II(a) publishing a compilation of preselected Internet locations, said published compilation including a unique predetermined multi-digit jump code assigned to each of said preselected Internet locations published therein; | publishing a compilation of preselected Internet locations - | |
| II | | unique predetermined multi-digit jump code | |

| A | 11(a) publishing a compilation of preselected Internet locations, said published compilation including a unique predetermined multi-digit jump code assigned to each of said preselected Internet locations published therein; | publishing a compilation of preselected Internet locations - a publicly accessible collection of different URLs associated with more than one person or entity, each URL corresponding to a different preselected place on the Internet | "Every web site has an exact address, or location on the Web. Such addresses are known as a Uniform Resource Locator or URL." Exhibit 1, col. 3, ll.53-55.

"[W]hile Edelstein et al. proposes that information providers advertise the electronic addresses of their resources, it does not follow that information providers would have been motivated to publish a compilation, which would almost certainly include the electronic addresses of their competitors' resources. Instead, the advertisement taught by Edelstein et al. would take the form of an advertisement for a single company with the electronic address of that company's resource....Therefore...Edelstein et al. teaches away from the present claimed invention...." Exhibit 2, IMC_PLTF 061834.

"The examiner took the position that the database of either Edelstein et al or Cagun et al could be printed out and used as a published compilation, that Cagun et al teaches listing numerical codes (UPC's) with URL's and that the known Internet directories provide motivation to print out the databases.

The applicant's representative responded as follows.  First, it would not have been possible, much less obvious for a user to gain access to the database of Edelstein et al or Cagun et al.  Second, Cagun et al is specifically intended for use in a store, where a user can take a can of chicken soup to the bar-code scanner of the client computer and scan in the UPC bar code to access the Web site of the manufacturer of the soup.  By contrast, the published compilation of the present invention is usable from any computer with Internet access, e.g., a home computer, and is not limited to use with products bearing UPC codes.  Third, it would not have been obvious to combine either Edelstein et al or Cagun et al with a published Internet directory.  Edelstein et al teaches away from the use of published compilations depending on mnemonic codes instead.  Cagun et al relies on the UPC bar codes on the packaging of actual products, with the result that a published compilation would have been superfluous." Exhibit 2, IMC_PLTF 061832-33. |

"System for providing easy access to the World Wide Web utilizing a published list of preselected Internet locations together with their unique multi-digit jump codes." Exhibit 1, col. 1, ll. 1-5.

"Web browsers also have a bookmark or hot list feature, which allows the user to capture and save the location of any Web site that is visited, so that such sites can be readily reaccessed by clicking on it from the user's Web browser at any time." Exhibit 1, col.3, ll. 12-16.

"[T]he system described in the Levergood et al. patent is directed to...merely sub-links within a merchant's own website which is operated on the 'single merchant server.'" Exhibit 2, IMC_PLTF 061791.

"Applicant's invention provides Internet users with the ability to reach any and all Internet locations on any of the servers connected to the Internet, as opposed to the single merchant server utilized by the Levergood et al. system." Exhibit 2, IMC_PLTF 61792-93.

"After the JumpCity Web site 108 has been accessed, the user enters the four-digit jump code (obviously a larger number of digits could be utilized in order to enable the accessing of a larger number of Web sites or newsgroups or other URL locations on the Internet). Exhibit 1, col. 6, l. 64-col. 7, l. 2.

| Δ (Office Depot) | Office Depot's Construction | Office Depot's Support |
|---|---|---|
| publishing a compilation of preselected Internet locations, | publishing a compilation of preselected Internet locations –<br><br>making publically accessible a preselected collection of pre-existing Websites and other pre-existing places on the Internet having unique URL addresses, the URL addresses being associated with diverse individuals or entities | "What's On The Web", Internet Media Corporation © 1995-1996.<br><br>"A system for quickly and easily accessing preselected addresses or URLs on the Internet is disclosed in which a published list of Internet or World Wide Web sites together with their unique jump codes is utilized in connection with a corresponding specialized Web site which is accessed by a user using either a personal computer or a TV Internet Terminal and remote control, after which access a jump code corresponding to the preselected desired URL is entered by the user and software contained in the specialized Web site immediately and automatically accesses the desired Web site" (Exhibit 1: Abstract (emphasis added).<br><br>"System for providing easy access to the World Wide Web utilizing a published list of preselected Internet locations together with their unique multi-digit jump codes." (Exhibit 1, col. 1, ll. 1-5 (emphasis added).<br><br>"The present invention is directed to a system for providing users of the Internet with easy access to the World Wide Web. More particularly, the present invention is directed to providing a central location which World Wide Web users of the Internet can reach and can then instruct to provide them with ready access to a particular location on the World Wide Web portion of the Internet."(Exhibit 1, col. 1, ll. 8-14 (emphasis added).<br><br>"Web browsers also have a bookmark or hot list feature, which allows the user to capture and save the location of any Web site that is visited, so that such sites can be readily reaccessed by clicking on it from the user's Web browser at any time." (Exhibit 1, col. 3, ll. 12-16 (emphasis added).<br><br>"In order to understand the use and operation of the Web, it is believed that certain terms that will be used herein should be defined. A Web browser, as previously discussed, is a graphical, Windows-based software program which is used on a personal computer to access the Web. A Web site or Web page describes an individual's "place" on the Web containing a single Web-published feature. A Web site is basically a collection of files located under a directory somewhere on someone's computer connected to the Internet. A Web site may consist of one Web page or of many Web pages, and usually also includes onscreen graphics, pictures, texts and video and audio clips, or an archive of software that can be downloaded, stored and used freely on the visitor's own personal |

computer." (Exhibit 1, col. 3, ll. 25-38 (emphasis added)).

"Frequently, Web pages utilize links or hot links, two terms which are used interchangeably, to describe words or groups of words which are highlighted on Web pages. When a visitor clicks on a link with his mouse, he is immediately linked to another Web site or location on the current Web site containing the information that is referred to by the link. Any single Web site may contain dozens, hundreds, or even thousands of hot links, both to other sections within the same site or to other Web sites located anywhere else in the world." (Exhibit 1, col. 3, ll. 39-48 (emphasis added)).

"Every Web site has an exact address, or location on the Web. Such addresses are known as a Uniform Resource Locator or URL. URLs consist of a confusing string of subdirectories, files or executable commands, separated by slashes, which are extremely difficult to work with and which must be typed into the user's Web browser exactly as they appear, including the use of upper and lower-case letters, in order to go to a Web site. While clicking on hot links will get the user to a Web site without having to type in a URL or copying a URL from a text file (if it is located on the user's computer) and pasting it into the user's Web browser-screen can save the user from this arduous task, the use of URLs has become the bane of the use of the Web." (Exhibit 1, col. 3, ll. 53-65 (emphasis added)).

"Therefore, it is a primary object of the present invention to provide a system by which user's of the World Wide Web portion of the Internet can readily access preselected Web sites or Internet addresses, after they have gained access to the World Wide Web portion of the Internet. More particularly, it is an object of the present invention to provide a specialized Web site which can be used in conjunction with published jump codes to readily and automatically access other Web sites or Internet locations, without the user having to remember or input the URL of the desired Web site." (Exhibit 1, col. 4, ll. 31-40 (emphasis added)).

"The system of the present invention utilizes a published list of preselected Web sites, which are selected according to predetermined criteria, such as content, usefulness, presentation, and authorship. Each of the selected Web sites is assigned a specific four-digit jump code. A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site

corresponding to the jump code inputted by the user." (Exhibit 1, col. 4, ll. 54-65 (emphasis added))

"In order to provide Web users with the jump codes, it is preferable that a printed publication which contains preselected Web sites based on certain criteria be disseminated so that the jump codes associated with each of the preselected Web sites can be easily determined by the users. Such a publication, entitled "What's on the Web" published by Internet Media Corporation is one such type of book which is fully integrated with the specialized Web site 108. Such a book 110 contains a plurality of reviews of Web sites 112, 114, 116, 118, 120, and 122, each of which has a corresponding four digit jump code 124, 126, 128, 130, 132, and 134, associated therewith. After the user is on-line with the specialized JumpCity Web site 108, entering the four digit jump code will instantly link the Web site corresponding thereto to the JumpCity Web site, thus providing immediate access to the desired Web site for the user. There is no need to determine, nor input, the URL or address of the Web site which is desired to be accessed.

As discussed above, in addition to Web sites, any other type of subject matter contained on the Internet which has a URL, can be accessed using the jump code provided therefor. An example of such an additional use is the accessing of newsgroups, or Usenet Internet discussion newsgroups, where on-line discussions on thousands of subjects can be attained. Such newsgroups can also be accessed by means of the specialized JumpCity Web site 108. A listing of such newsgroups together with their assigned jump codes can be accomplished in a manner similar to that for the Web sites". (Exhibit 1, col. 5, line 50 – col. 6, line 10 (emphasis added)).

"The preselected Web sites (over 1800 of which are covered in the "What's on the Web" book 110), are selected based upon four criteria. The first criteria is the content of the Web site. The selected Web sites preferably contain a substantial amount of original information, graphics and multimedia. The information contained in the selected Web sites is preferably comparable in value and amount to information that is available from traditional, professionally created media, such as newspapers and magazines. Also, it is preferable that the information available on the selected Web sites be updated on a reasonably frequent basis.

The second criteria is the usefulness of the information on the preselected Web sites. For example, it is preferable that the information available at the selected

Web sites provide advice, news, and entertainment value. In addition, it is desirable that the information be useful to the Web reader to solve a problem.

The third criteria for selecting Web sites which are assigned jump codes is whether the site has good design and production values, that is, whether the graphics used by the site are interesting, professional-looking, and appropriate from the standpoint of Web design.

The fourth criteria used to preselect Web sites which are then assigned jump codes for use with the integrated specialized JumpCity Web site 108 and the Internet access system of the present invention is the authorship of the Web site. Preferably, the authors of the Web site are known and are highly knowledgeable concerning the information they are disseminating". (Exhibit 1, col. 6, ll. 26-55 (emphasis added)).

"In order to use the Internet access system of the present invention, as discussed above, the user first must access the JumpCity specialized Web site 108 which is maintained for exclusive use in connection with the publication 110 which contains the preselected and reviewed Web sites 112-122 and their corresponding jump codes 124-134. The only URL the user need ever input in order to access any of the preselected (and best available) Web sites in the publication 110 is the URL of the JumpCity Web site 108. After the JumpCity Web site 108 has been accessed, the user enters the four-digit jump code (obviously a larger number of digits could be utilized in order to enable the accessing of a larger number of Web sites or newsgroups or other URL locations on the Internet) which corresponds to the selected Web site or newsgroup or other address the user desires to access. The code is entered in a standard on-screen HTML box or form which is then read by software resident on the JumpCity specialized Web site 108. This software program searches through its database of URLs, and finds the URL which is linked to the input jump code. The software then links the user either directly to the desired Web site, or alternatively, first to a brief written review of the Web site. By entering a simple four-digit code, the user is much more easily and conveniently able to access the desired Web sites, as compared to the standard method of accessing those Web sites, which requires the error-prone, tedious and confusing entry of URLs. The use of the jump codes printed in the printed publication or book 110 combined with the integrated specialized Web site 108 provides Web users with the fastest possible way of reaching the reviewed (and best) Web sites available on the World Wide Web portion of the Internet." (Exhibit 1, col. 6, line 56- col. 7, line 19 (emphasis added)).

| Δ | | |
|---|---|---|
| | unique predetermined multi-digit jump code | "Applicant's jump code is an uniquely predetermined number" Exhibit 2, IMC_PLTF 061792 |
| | a different predetermined number consisting of more than one digit | "Each of the selected Web sites is assigned a specific four-digit jump code." Exhibit 1, col. 4, ll. 57-58.<br><br>"By contrast, Eedelstein et al teaches simplifying the addresses of Internet resources (typically, but not exclusively, Web sites) through easily remembered source aliases and resource aliases. Each source alias identifies a specific Internet resource (e.g., a Web page giving a biography of Senator Dole). The source aliases and resource aliases are stored on a registry server 102 and root servers 103 in a central server region 101. If a user enters an invalid resource alias, the user receives a list of proximate resource aliases, as described in column 11, lines 59-65." Exhibit 2, IMC_PLTF 061833.<br><br>"Edelstein et al teaches assigning a serial number to each resource alias, but that serial number is used for internal network purposes only. The user does not see the serial numbers. Instead, as explained in the paragraph spanning columns 11 and 12, the user enters a character sequence of a purported alias. Providing a published compilation of the serial numbers would defeat a key purpose of Edelstein et al taught in column 3, line 40, namely providing pneumonic aliases. Therefore, the use of multi-digit jump codes as recited in the present claims provide a further distinction over Edelstein et al. Exhibit 2, IMC_PLTF 061835.<br><br>"The examiner took the position that the database of either Edelstein et al or Cragun et al could be printed out and used as a published compilation, that Cragun et al teaches listing numerical codes (UPC's) with URL's and that the known Internet directories provide motivation to print out the databases.<br><br>The applicant's representative responded as follows. First, it would not have been possible, much less obvious for a user to gain access to the database of Edelstein et al or Cragun et al. Second, Cragun et al is specifically intended for use in a store, where a user can take a can of chicken soup to the bar-code scanner of the client computer and scan in the UPC bar code to access the Web site of the manufacturer of the soup. By contrast, the published compilation of the present invention is usable from any computer with Internet access, e.g., a home computer, |

and is not limited to use with products bearing UPC codes. Third, it would not have been obvious to combine either Edelstein et al or Cragun et al with a published Internet directory. Edelstein et al teaches away from the use of published compilations depending on mnemonic codes instead. Cragun et al relies on the UPC bar codes on the packaging of actual products, with the result that a published compilation would have been superfluous." Exhibit 2, IMC_PLTF 061832-33.

"The JumpCity Web site contains software which is capable of accepting a four digit code." Exhibit 1, col. 5, ll. 45-49.

"In the case of so-called "set top" TV Internet Terminals, such as those soon to be available form Sony and Phillips, the user accesses the specialized Web site using the TV Internet Terminal and then enters the desired jump codes using a remote control which is similar to a standard television channel selector. In that manner, users with the TV Internet Terminal will be able to access the desired Web sites using their television, the TV and the remote control push buttons." Exhibit 1, col. 4, l. 66 – col. 5 l. 7.

"After the JumpCity Web site 108 has been accessed, the user enters the four – digit jump code (obviously a larger number of digits could be utilized in order to enable the accessing of a larger number of Web sites or newsgroups or other URL locations on the Internet). Exhibit 1, col. 6, l. 64-col. 7, l. 2.

"Each of the selected Web sites is assigned a specific four-digit jump code. A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special four-digit jump code which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the jump code inputted by the user, directly accesses the Web site corresponding to the jump code inputted by the user." Exhibit 1, col. 4 ll. 54-65.

"This software program searches through its database of URLs, and finds the URL which is linked to the input jump code." Exhibit 1, col. 7, ll. 6-8.

"Levergood ...is directed to utilizing conventional telephone numbers or other identifiers which are in reality merely sub-links within a merchant's own website which is operated on the 'single merchant server.'" Exhibit 2, IMC_PLTF 061791.

"Levergood is directed to allowing a single merchant server to provide 'multiple

| | | | |
|---|---|---|---|
| | | | services that correspond to different external telephone numbers or other identifiers.'" Exhibit 2, IMC_PLTF 61791.<br><br>"'[A] jump code corresponding to the preselected desired URL is entered by the user....'" Exhibit 1, Abstract. |
| II | 11(b) providing a predetermined Internet location having an address published in said published compilation, said predetermined Internet location comprising means for capturing a desired multi-digit jump code assigned to said preselected Internet location, said desired multi-digit jump code being entered by a user after said predetermined Internet location has been accessed; | a predetermined Internet location having an address published in said published compilation | |
| II | | means for capturing a desired multi-digit jump code<br><br>*structure:* a computer programmed to capture a desired multi-digit jump code through the use of an on-screen HTML box or form or their equivalents<br><br>*function: capturing a multi-digit jump code assigned to said preselected Internet location* | "The code is entered in a standard on-screen HTML box or form which is then read by software resident on the JumpCity specialized Web site 108." (Exhibit 1, col. 7, ll. 3-6).<br><br>"The TV Internet Terminal...is connected by means of a modem 136 which may also preferably be a cable modem, through a telecommunications medium, such as a telephone line, cable system line 138 or other medium, such as by satellite, to the server 106 of the Internet access provider. From there the user is able to access the server on which the JumpCity Web site 108 resides, using the Internet." (Exhibit 1, col. 7, ll. 31-40). |
| Δ | 11(b) providing a | a predetermined Internet location | "Once the user has connected to the Internet, he accesses the specialized Web site |

| | | |
|---|---|---|
| predetermined Internet location having an address published in said published compilation, said predetermined Internet location comprising means for capturing a desired multi-digit jump code assigned to said preselected Internet location, said desired multi-digit jump code being entered by a user after said predetermined Internet location has been accessed; | having an address published in said published compilation<br><br>a publicly accessible predetermined place on the Internet having a URL published in the published compilation and providing access to other places on the Internet associated with other persons or entities | 108, by entering the URL for that Web site. The specialized Web site is preferably a Web site called JumpCity, which has a URL of http://www.jumpcity.com/, although, obviously a specialized Web site for use as part of the inventive system disclosed herein could have any URL (and indeed would, of necessity, have to have its own URL), the only requirement being that the URL be disseminated in conjunction with the dissemination of the jump codes to be used therewith." Exhibit 1, col. 5, ll 37-44 (emphasis added).<br><br>"The only URL the user need ever input in order to access any of the preselected (and best available) Web sites in the publication 110 is the URL of the JumpCity Web site 108." Exhibit 1, col. 6, ll. 61-64.<br><br>"Applicant's invention provides Internet users with the ability to reach any and all Internet locations on any of the servers connected to the Internet, as opposed to the single merchant server utilized by the Levergood et al. system." Exhibit 2, IMC_PLTF 061792-93.<br><br>"Levergood ...is directed to utilizing conventional telephone numbers or other identifiers which are in reality merely sub-links within a merchant's own website which is operated on the single merchant server." Exhibit 2, IMC_PLTF 061791.<br><br>"A web site is basically a collection of files located on a directory somewhere on someone's computer connected to the Internet." Exhibit 1, col. 3, ll. 31-34.<br><br>"The present invention is directed to a system for providing users of the Internet with easy access to the World Wide Web. More particularly, the present invention is directed to providing a central location which World Wide Web users of the Internet can reach and can then instruct to provide them with ready access to a particular location on the World Wide Web portion of the Internet." Exhibit 1, col. 1, ll.10-14.<br><br>"Frequently, Web pages utilize links or hot links... When a visitor clicks on a link with his mouse, he is immediately linked to another Web site or location on the current Web site containing the information that is referred to by the link. Any single Web site may contain dozens, hundreds, or even thousands of hot links, both to other sections within the same site or to other Web sites located anywhere else in the world." Exhibit 1, col. 3, ll.39-48.<br><br>"[I]t is a primary object of the present invention to provide a system by which user's [sic] of the World Wide Web portion of the Internet can readily access |

| | | |
|---|---|---|
| | | "preselected Web sites or Internet addresses, after they have gained access to the World Wide Web portion of the Internet. More particularly, it is an object of the present invention to provide a specialized Web site which can be used in conjunction with published jump codes to readily and automatically access other Web sites or Internet locations, without the user having to remember or input the URL of the desired Web site." Exhibit 1, col. 4 ll.31-40.<br><br>"The JumpCity Web site 108 contains software which is capable of accepting a four-digit jump code, looking up the corresponding URL for the Web site denoted by that jump code in a stored data base, and then for immediately and automatically accessing that URL or Web site." Exhibit 1, col. 5, ll. 45-49.<br><br>"Every Web site has an exact address, or location on the Web. Such addresses are known as a Uniform Resource Locator or URL. URLs consist of a confusing string of subdirectories, files or executable commands, separated by slashes, which are extremely difficult to work with and which must be typed into the user's Web browser exactly as they appear, including the use of upper and lower-case letters, in order to go to a Web site. While clicking on hot links will get the user to a Web site without having to type in a URL or copying a URL from a text file (if it is located on the user's computer) and pasting it into the user's Web browser-screen can save the user from this arduous task, the use of URL's has become the bane of the use of the Web." Exhibit 1, col. 3, ll. 52-65.<br><br>"[W]hile Edelstein et al. proposes that information providers advertise the electronic addresses of their resources, it does not follow that information providers would have been motivated to publish a compilation, which would almost certainly include the electronic addresses of their competitors' resources. Instead, the advertisement taught by Edelstein et al. would take the form of an advertisement for a single company's website the electronic address of that company's resource....Therefore...Edelstein et al. teaches away from the present claimed invention...." Exhibit 2, IMC_PLTF 061834. |
| A | **means for capturing a desired multi-digit jump code**<br><br>means-plus-function element to be construed under 35 U.S.C. § 112, ¶6: | "The code is entered in a standard on-screen HTML box or form which is then read by software resident on the JumpCity specialized Web site 108." Exhibit 1, col. 7, ll. 3-6 (emphasis added). |

| | | | |
|---|---|---|---|
| | | structure: an HTML box or form<br><br>function: capturing a desired multi-digit jump code assigned to said preselected Internet location | |
| II | 11(d) receiving said multi-digit jump code entered into said predetermined Internet location after said multi-digit jump code has been captured at said predetermined Internet location; | receiving said multi-digit jump code<br><br>receiving said multi-digit jump code entered into said predetermined Internet location, wherein receiving means to read or acquire | "The code is entered in a standard on-screen HTML box or form which is then read by software resident on the JumpCity specialized Web site 108." (Exhibit 1, col. 7, ll. 3-6).<br><br>"Once the user has connected to the Internet, he accesses the specialized Web site 108, by entering the URL for that Web site. The specialized Web site is preferably a Web site called JumpCity, which has a URL of http://www.jumpcity.com/, although, obviously a specialized Web site for use as part of the inventive system disclosed herein could have any URL (and indeed would, of necessity, have to have its own URL), the only requirement being that the URL be disseminated in conjunction with the dissemination of the jump codes to be used therewith." (Exhibit 1, col. 5, ll. 34-44).<br><br>"A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." (Exhibit 1, col. 4, ll. 57-64).<br><br>"The TV Internet Terminal...is connected by means of a modem 136 which may also preferably be a cable modem, through a telecommunications medium, such as a telephone line, cable system line 138 or other medium, such as by satellite, to the server 106 of the Internet access provider. From there the user is able to access the server on which the JumpCity Web site 108 resides, using the Internet." (Exhibit 1, col. 7, ll. 31-40). |
| A | 11(d) receiving said multi-digit jump code entered into said predetermined Internet | receiving said multi-digit jump code | "The code is entered in a standard on-screen HTML box or form which is then read by software resident on the JumpCity specialized Web site 108." Exhibit 1, col. 7, ll. 3-6. |

| | | plain meaning | |
|---|---|---|---|
| | location after said multi-digit jump code has been captured at said predetermined Internet location; | | "A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." Exhibit 1, col. 4, ll. 57-64 (emphasis added). |
| II | 11(e) converting the received multi-digit jump code to a URL address corresponding to the desired preselected Internet location; and | converting the received multi-digit jump code to a URL address<br><br>converting the received multi-digit jump code to a URL address corresponding to the desired preselected Internet location, wherein converting means to change from one form or function to another | "A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." (Exhibit 1, col. 4, ll. 57-64).<br><br>"The TV Internet Terminal...is connected by means of a modem 136 which may also preferably be a cable modem, through a telecommunications medium, such as a telephone line, cable system line 138 or other medium, such as by satellite, to the server 106of the Internet access provider. From there the user is able to access the server on which the JumpCity Web site 108 resides, using the Internet." (Exhibit 1, col. 7, ll. 31-40).<br><br>"The JumpCity Web site 108 contains software which is capable of accepting a four-digit jump code, looking up the corresponding URL for the Web site denoted by that jump code in a stored data base, and then for immediately and automatically accessing that URL or Web site." (Exhibit 1, col. 5, ll. 45-49).<br><br>"This software program searches through its database of URLs, and finds the URL which is linked to the input jump code. The software then links the user either directly to the desired Website, or alternatively, first to a brief written review of the web site." (Exhibit 1, col. 7, ll. 6-10). |

| | | URL address | |
|---|---|---|---|
| | | an address that can be used by software, such as a web browser, to access a resource | "Every Web site has an exact address, or location on the Web. Such addresses are known as a Uniform Resource Locator or URL. URLs consist of a confusing string of subdirectories, files or executable commands, separated by slashes, which are extremely difficult to work with and which must be typed into the user's Web browser exactly as they appear, including the use of upper and lower-case letters, in order to go to a Web site." (Exhibit 1, col. 3, ll. 52-60).<br><br>"By entering a simple four-digit jump code, the users is much more easily and conveniently able to access the desired Web sites, as compared to the standard method of accessing those Web sites, which requires the error-prone, tedious and confusing entry of URLs." (Exhibit 1, col. 7, ll. 10-15). |
| 4 | 11(e) converting the received multi-digit jump code to a URL address corresponding to the desired preselected Internet location; and | converting the received multi-digit jump code to a URL address<br><br>changing (as from one form or function to another) the received multi-digit jump code into the URL corresponding to the desired preselected place on the Internet | "A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." Exhibit 1, col. 4, ll. 57-64 (emphasis added).<br><br>"The JumpCity Web site 108 contains software which is capable of accepting a four-digit jump code, looking up the corresponding URL for the Web site denoted by that jump code in a stored data base, and then for immediately and automatically accessing that URL or Web site." Exhibit 1, col. 5, ll. 45-49 (emphasis added).<br><br>"This software program searches through its database of URLs, and finds the URL which is linked to the input jump code. The software then links the user either directly to the desired Website, or alternatively, first to a brief written review of the web site." Exhibit 1, col. 7, ll. 6-10 (emphasis added).<br><br>"Contrary to Applicant's invention, the system suggested by that portion of the Levergood et al patent is directed to a web browser which includes a specialized dial command which seeks the input from the user of a telephone number and then uses that telephone number to construct a special URL. That special URL is sent by the browser to a directory server. The directory server uses a database to translate the NUMBER to a target URL that describes the "merchant server and document that implements the service corresponding to NUMBERS." Exhibit 2, IMC_PLTF 061791 |

| Δ | URL address – URL – (Uniform Resource Locator or Universal Resource Locator) a way of specifying the location of publicly available information on the Internet, in the form<br><br>protocol://machine:port number/filename;<br><br>often the port number and/or filename is unnecessary. For example, http://ai.uga.edu:80/ means 'connect to port 80 of ai.uga.edu using Hypertext Transfer Protocol,' and<br><br>ftp://ai.uga.edu/pub/natural.language/Contents means to download a particular file from ai.uga.edu by File Transfer Protocol. Other possible protocols include gopher and telnet. Barron's Dictionary of Computer and Internet Terms, 5th ed., 1996. | "Every Web site has an exact address, or location on the Web. Such addresses are known as a Uniform Resource Locator or URL. URLs consist of a confusing string of subdirectories, files or executable commands, separated by slashes, which are extremely difficult to work with and which must be typed into the user's Web browser exactly as they appear, including the use of upper and lower-case letters, in order to go to a Web site." Exhibit 1, col. 3, ll. 52-60.<br><br>"The specialized Web site is preferably a Web site called JumpCity, which has a URL of http://www.jumpcity.com/, although, obviously a specialized Web site for use as part of the inventive system disclosed herein could have any URL (and indeed would, of necessity, have to have its own URL), the only requirement being that the URL be disseminated in conjunction with the dissemination of the jump codes to be used therewith." Exhibit 1, col. 5, ll. 37-44.<br><br>"By entering a simple four-digit code, the user is much more easily and conveniently able to access the desired Web sites, as compared to the standard method of accessing those Web sites, which requires the error-prone, tedious and confusing entry of URLs." Exhibit 1, col. 7, ll. 10-15. |
| II | 11(f) automatically accessing said desired preselected Internet location using said URL address corresponding to said desired preselected Internet location corresponding to said received multi-digit jump code. | automatically accessing said desired preselected Internet location<br><br>accessing the desired preselected Internet location without the user having to enter the URL address corresponding to said desired preselected Internet location | "Web browsers are also provided by well-known major on-line computer services such as Compuserve, American On-line, Prodigy, MCI and Netcom. Recently, Microsoft's Windows 95 operating system was introduced, which also includes its own Web browser." (Exhibit 1, col. 2, ll. 15-21).<br><br>"The standard protocols which define the Web work in combination with a Web browser which runs on personal computers and handles the chores of accessing and displaying graphics and texts, and playing back video and audio files found on the Web." (Exhibit 1, col. 2, ll. 21-25).<br><br>"In addition, any good Web browser software also opens up the Web's multimedia potential by providing users with instant and automatic access to helper applications software that automatically plays video and sound clips." (Exhibit 1, col. 3, ll. 6-10). |

| | 11(f) automatically accessing said desired preselected Internet location using said URL address corresponding to said desired preselected Internet location corresponding to said received multi-digit jump code. | automatically accessing said desired preselected Internet location<br><br>accessing directly without user intervention the desired preselected place on the Internet | "A user desiring to access to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." (Exhibit 1, ll. 57-64). |
| Δ | | | "This software program searches through its database of URLs, and finds the URL which is linked to the input jump code. The software then links the user either directly to the desired Website, or alternatively, first to a brief written review of the web site. By entering a simple four-digit code, the user is much more easily and conveniently able to access the desired Web sites, as compared to the standard method of accessing those Web sites, which requires the error prone, tedious and confusing entry of URLs." (Exhibit 1, col. 7, ll. 6-10). |
| | | | "The TV Internet Terminal…is connected by means of a modem 136 which may also preferably be a cable modem, through a telecommunications medium, such as a telephone line, cable system line 138 or other medium, such as by satellite, to the server 106 of the Internet access provider. From there the user is able to access the server on which the JumpCity Web site 108 resides, using the Internet." (Exhibit 1, col. 7, ll. 31-40). |
| | | | "Even more particularly, it is an object of the present invention to provide a printed publication containing descriptions of selected Web sites or addresses together with jump codes therefor which can readily be used in conjunction with a specialized Web site which includes software which, upon recognizing the inputted jump code, quickly and automatically accesses the desired Web site." Exhibit 1, col. 4, ll. 41-48 (emphasis added). |
| | | | "A user desiring to access one of the preselected Web sites first gains access to the World Wide Web, using a Web browser, by accessing a special Web site which contains software for receiving any of the published four-digit jump codes and, based upon the stored relationship of the URLs corresponding to the input jump code, directly accesses the Web site corresponding to the jump code inputted by the user." Exhibit 1, col. 4, ll. 57-64 (emphasis added). |
| | | | "The JumpCity Web site 108 contains software which is capable of accepting a four-digit jump code, looking up the corresponding URL for the Web site denoted by that jump code in a stored data base, and then for immediately and automatically accessing that URL or Web site." Exhibit 1, col. 5, ll. 45-49 (emphasis added). |

"This software program searches through its database of URLs, and finds the URL which is linked to the input jump code. The software then links the user either directly to the desired Web site, or alternatively, first to a brief written review of the web site. By entering a simple four-digit code, the user is much more easily and conveniently able to access the desired Web sites, as compared to the standard method of accessing those Web sites, which requires the error prone, tedious and confusing entry of URLs." Exhibit 1, col. 7, ll. 6-10 (emphasis added).

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTERNET MEDIA CORPORATION,    )
    )
            Plaintiff,    )
    )
    v.    )    Civil Action No. 05-633 (KAJ)
    )
DELL, INC, OFFICE DEPOT, INC., J.C.    )
PENNEY COMPANY, INC., WILLIAMS-    )
SONOMA, INC., J.CREW GROUP, INC.    )
    )
            Defendants.    )

## CERTIFICATE OF SERVICE

I, Titania R. Mack, hereby certify that on the 14th day of June, 2006, I caused to be served upon the following counsel a copy of the foregoing document in the manner indicated:

**Via Hand**
Richard L. Horwitz, Esq.
Philip Rovner, Esq.
David E. Moore, Esq.
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

**Via Hand**
Thomas P. Preston, Esq.
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

**Via First Class Mail**
Ronald J. Schutz, Esq.
Diane L. Simerson, Esq.
Andrea L. Gothing, Esq.
Nicole N. Morris, Esq.
ROBINS KAPLAN MILLER & CIRESI LLP
2800 LaSalle Plaza
Minneapolis, MN 55402-2015

**Via First Class Mail**
Willem G. Schuurman, Esq.
David B. Weaver, Esq.
Kristen P. Foster, Esq.
Matthew S. Wermager, Esq.
David Killough Esq.
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

**Via First Class Mail**
James G. Gilliland, Jr., Esq.
Gregory S. Gilchrist, Esq.
April E. Abele, Esq.
Robert G. Litts, Esq.
TOWNSEND AND TOWNSEND AND
    CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

**Via First Class Mail**
Christine A. Amatruda, Esq.
WILLIAMS-SONOMA, INC.
Legal Department
3250 Van Ness Avenue
San Francisco, CA 94109

GREENBERG TRAURIG LLP

By: _____
    Titania R. Mack (No. 4120)
    The Nemours Building
    1007 N. Orange Street, Suite 1200
    Wilmington, DE 19801
    (302) 661-7000

    and.

    Michael A. Nicodema
    Barry J. Schindler
    Douglas Weider
    Gaston Kroub
    200 Park Avenue
    New York, NY 10166
    (212) 801-2100

    Attorneys for Defendant
    OFFICE DEPOT, INC.

## LaFrance, Donna M.

**From:**   ded_nefreply@ded.uscourts.gov
**Sent:**   Wednesday, June 14, 2006 4:58 PM
**To:**     ded_ecf@ded.uscourts.gov
**Subject:** Activity In Case 1:05-cv-00633-KAJ Internet Media Corporation v. Dell Inc. et al "Letter"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from Mack, Titania entered on 6/14/2006 at 5:57 PM EDT and filed on 6/14/2006

**Case Name:**        Internet Media Corporation v. Dell Inc. et al
**Case Number:**      1:05-cv-633
**Filer:**
**Document Number:** 134

**Docket Text:**
Letter to The Honorable Kent A. Jordan from Titania R. Mack, Esq., Counsel to Office Depot, Inc. regarding Joint Claim Construction Chart - re [131] Order, Set Hearings. (Attachments: # (1) Joint Claim Construction Chart)(Mack, Titania)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/14/2006] [FileNumber=229636-0]
[2eed2537b93e2d44104ede96af32ab6c83b1ead013bc7388e217bd62c1ecdbd8ef28
03a49d2a24274c35a770dd9ab4fca7f0bf2d2b3e48e091e9fee50c7ccebe]]
**Document description:** Joint Claim Construction Chart
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/14/2006] [FileNumber=229636-1]
[1f2cfcdaeb4fbdc0426e522b774bca1b55bca17b4d14dd01f0fd51ff2484b6a9fd34
c202db69875a8493d62feb2d35719a3cb09014c7d8a9ac955b56860be9ff]]

**1:05-cv-633 Notice will be electronically mailed to:**

April E. Abele    aeabele@townsend.com

Busola A. Akinwale    baakinwale@rkmc.com

6/15/2006

Michael A. Collyard    macollyard@rkmc.com,

Kristen P. Foster    kfoster@velaw.com

James G. Gilliland , Jr    jggilliland@townsend.com

Andrea L. Gothing    algothing@rkmc.com

Joseph D. Gray    jgray@velaw.com

Richard L. Horwitz    rhorwitz@potteranderson.com, dmoore@potteranderson.com;
nmcmenamin@potteranderson.com; achin@potteranderson.com; mbaker@potteranderson.com;
ntarantino@potteranderson.com; kmorris@potteranderson.com; ! iplitigation@potteranderson.com

David E. Killough    dkillough@velaw.com

Gaston Kroub    Kroubg@gtlaw.com

Titania Renita Mack    mackt@gtlaw.com, districtcourtdel@gtlaw.com

David Ellis Moore    dmoore@potteranderson.com, ntarantino@potteranderson.com

Thomas P. Preston    preston-t@blankrome.com, clark-pa@blankrome.com

Avelyn M. Ross    aross@velaw.com

Philip A. Rovner    provner@potteranderson.com, mstackel@potteranderson.com;
nmcmenamin@potteranderson.com; iplitigation@potteranderson.com

Ronald J. Schutz !    rjschutz@rkmc.com

Willem G. Schuurman!    bschuurman@velaw.com

Diane L. Simerson    dlsimerson@rkmc.com

David B. Weaver    dweaver@velaw.com

Matthew S. Wermager    mwermager@velaw.com

**1:05-cv-633 Notice will be delivered by other means to:**

6/15/2006

**EXHIBIT 39**

**BONUS WEB SITE ACCESS!**
GET TO THE WEB SITES FEATURED HERE FROM OUR OWN WEB SITE, **JumpCity.**™

**FALL/WINTER 1995/1996**

# WHAT'S ON

# THE WEB™

TODAY'S INDISPENSABLE GUIDE TO THOUSANDS OF USEFUL WORTHWHILE

**BUSINESS, PROFESSIONAL, PERSONAL, TECHNICAL & SOCIAL PLACES**

PLACES ON THE

**WORLD WIDE WEB**

Internet Media

HOW TO TAP THE BEST OF THE INTERNET'S WORLD WIDE WEB, INSTANTLY, AND GET THE MOST FROM THE WEB'S 50,000 WEB SITES FOR YOUR PERSONAL, BUSINESS, ENTERTAINMENT AND FAMILY LIFE



**STAY ON TOP OF THE HOTTEST NEW TRENDS**
— access thousands of Web sites for instant information, talk, and news you won't see anywhere else (scene from *The X Files*, from Fox Television at http://www.foxnetwork.com/)...

**CONNECT WITH THOUSANDS WHO SHARE YOUR SPECIAL INTERESTS**
— through tens of thousands of Web sites covering virtually any entertainment, music, hobby, special interest, social, or sports-related subject (photo via Images, Icons, and Flags at 2047)...



**GET A NEW JOB, START A NEW BUSINESS, OR EXPAND YOUR OWN BUSINESS** — by tapping thousands of Web sites for readers' business advice and careers (photo via Images, Icons, and Flags at 2047)...

Edited by **ERIC GAGNON** with **Lee Philip Stral**, *Senior Reviewer*
**Edwinna von Baeyer** and **Christine Paustian**, *Lead Reviewers*

*What's on the Web*
*Fall/Winter 1995/1996*

© 1995 by Internet Media Corporation
Published by Internet Media Corp.

Internet Media Corp.
3052 Railroad Vine
Fairfax, VA 22031
Phone: (703) 255-6569
FAX: (703) 255-7237
WEB: http://www.jumpcity.com/

Editor: Eric Gagnon, INTERNET: gagnon@interramp.com
Designer: Chris Gagnon
Production/Layout: Chris Gagnon, Bram J. Meehan
Proofreaders: Celia Beattie, Kathryn Beck, Carol Clauden

*What's on the Web*, *What's on the Internet*, and **Jump City** are registered trademarks of Internet Media Corporation.

**Notice of Rights**
All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage or retrieval system, without the prior written permission of the publisher. For information, contact Internet Media Corp. Photographs and illustrations used in this book have been downloaded from Web sites and publicly accessible file archives and are used in this book for news reportage purposes only to demonstrate the variety of graphics resources available via electronic access. The caption with each photograph or illustration identifies its source. Text and images available over the Internet may be subject to copyright and other rights owned by third parties. Online availability of text and images does not imply that they may be reused without the permission of rights holders, although the Copyright Act does permit certain unauthorized reuse as fair use under 17 U.S.C. §107. Care should be taken to ensure that all necessary rights are cleared prior to reusing material distributed over the Internet. Information about reuse rights is available from the institutions who make their materials available over the Internet.

**Notice of Liability**
The information in this book is distributed on an "As Is" basis, without warranty. While every precaution has been taken in the preparation of this book, neither the author nor Internet Media Corp. shall have any liability to any person or entity with respect to any liability, loss, or damage caused or alleged to be caused directly or indirectly by the instructions contained in this book or by the computer software or hardware products described herein.

**Distribution**
Internet Media books are distributed to the U.S. book trade by Publishers Group West, 4065 Hollis St., Emeryville, CA 94609, phone (800) 788-3123 or (510) 658-1834. Resellers outside the book trade can contact Internet Media directly at (703) 255-6569.

**Trademarks**
Throughout this book, trademarked names are used. Rather than put a trademark symbol in every occurrence of a trademarked name, we are using the names only in an editorial fashion and to the benefit of the trademark owner, with no intention of infringement of the trademark.

ISBN 1-884640-18-4
0 9 8 7 6 5 4 3 2 1
Printed and bound in the United States of America

# Contents







**WHAT'S ON THE WEB**

**Fall/Winter 1995/1996**

**Contents**

**Preface**   1

**Chapter 1: Introduction**   3

*There's a revolution being waged by thousands of ordinary people doing extraordinary things with words, images, and sounds over the Internet.*

*Using little more than their own talent and a few simple electronic tools, these individuals are creating, day by day, a new media for the 21st Century.*

*There's a simple name for this revolutionary new media. It's called the Web...*





▲ *Roulette on the Web graphic, from* **U Roulette,** *at* **[JUMP] 0108** *and* ◄ *vintage 1934 Popular Mechanics cover, from* **The PM Zone,** *at* **[JUMP] 2355.**

SEE PAGE 8►

**Chapter 2: Searching & Linking on the Web**   28

*The Web makes it easier than ever to locate the information you're looking for, and many helpful Web users have created a wide variety of big Web indexes and other Web searching features to help you find what you're looking for. We show you where the best ones are, so you can get to them and be productive on the Web—immediately.*

**Big Web Hotlists & Indexes**   30

**Finding Web Sites**   33

**Internet & Web Resources**   35

**Chapter 3: Business, Consumer, Health, Investment, & Self-Help**   41

*Looking for information on expanding your business, or starting a new one? Or, how about putting up your own Web site? The Web is also a gold mine of information for the entrepreneur, with lots more useful information on many consumer, financial, and self-help subjects, too.*

**Entertainment & the Media**



### *Late Show* **News**
**Late Show with David Letterman**  〔**Jump**〕 **0035**          〔**CONTENT**〕

Jason Lindquist's Web site features Aaron Barnhart's wonderful weekly e-mail newsletter feature on the Letterman show, as well as other late night TV shows. Features plenty of "industry insider" info, personal observations, and more, from one of Dave's most devoted fans. Also featured are links to other Letterman show schedules, anecdotes, jokes, bits, etc. —(E.G.)

〔**KEY NEWSGROUP**〕 alt.fan.letterman  〔**URL**〕▶ http://www.cen.uiuc.edu/~jl8287/late.news.html



### **Get the Top Ten, Straight from Dave!**
**The Late Show with David Letterman**  〔**Jump**〕 **3683**          〔**CONTENT**〕

Everything you ever needed to know about the *Late Show*, past, present—and future! Search an archive for prior Top Ten Listings (look for Joey Buttafuoco's Summer Fun Tips for a good laugh); browse through photos of Dave, guests, and more Dave; join the CBS "Eye On" Club and get a discount in their online shop of cool stuff, and much more! So even if you're never awake at 11:30, you, too, can be a first-hand Letterman fan! bookmark material, for sure! —(C.P.)

〔**KEY NEWSGROUP**〕 alt.fan.letterman  〔**URL**〕▶ http://www.cbs.com/lateshow/lateshow.html



### *Max Headroom* **Redux**
**Network 23—Main Menu**  〔**Jump**〕 **7225**          〔**CONTENT**〕

Nick Jarecki, who heads Network 23, an Internet access provider, has a serious interest in *Max Headroom*—remember that stuttering, computer-generated talking head from the popular cult TV show of the 1980s? You can view video clips, read stories, download images, and enjoy many other *Max Headroom* memorabilia. And don't leave without reading his "quote of the day." —(E.v.B.)

〔**URL**〕▶ http://net23.com/



### *Mystery Science Theater 3000* **Home Page**
**Mystery Science Theater 3000: Deus Ex Machina**  〔**Jump**〕 **4039**          〔**CONTENT**〕

David Levine brings you this collection of resources and links of everything having to do with the popular Comedy Central cable television show *Mystery Science Theater 3000*. From FAQ's, to episode guides, to Usenet groups, to weekly schedules, the information here is enough to keep the show's fans busy for a while. There's also links to picture, sound and software archives, as well as numerous other MST3K sites along the Web. —(R.B.)

〔**KEY NEWSGROUP**〕 rec.arts.tv.mst3k  〔**URL**〕▶ http://sunsite.unc.edu/lunar/mst3k/mst3k.html



### *The Simpsons*
**The Simpsons Archive**  〔**Jump**〕 **0033**          〔**CONTENT**〕

Gary Goldberg and Howard Jones have done a wonderful job linking together tons of fun Simpsons picture and icon files, downloadable audio and video clips, FAQs, and detailed episode information for devoted fans of Fox TV's *The Simpsons* (O.K., we confess—we downloaded Barney's burp into our Mac sound control panel—what can we say?). A fun stop for all *Simpsons* fans! —(E.G.)

〔**KEY NEWSGROUP**〕 alt.tv.simpsons  〔**URL**〕▶ http://www.digimark.net/TheSimpsons/index.html



### **Fox's** *Simpsons* **Site**
**Springfield.com**  〔**Jump**〕 **4506**          〔**COMMERCE**〕

It's a bit of a graphic-intensive link, so if you don't have a 28.8K modem, you might want to run to the fridge while this one is loading. But the wait is worth it: this site features a nice blend of commerce and fandom as (at press time) you're invited to speculate (through an interactive ballot) on who shot Springfield's original Nasty Old Man, J. Montgomery Burns. No doubt the subject matter will change as that question is answered in the next season. —(T.W.)

〔**KEY NEWSGROUP**〕 alt.tv.simpsons  〔**URL**〕▶ http://www.springfield.com

〔**Jump**〕 to these Web sites from **JumpCity**™ http://www.jumpcity.com/



**(302)**  Chapter 9: **Science, Education & Technology**    What's on the Web




◀ *Images of Buzz Aldrin's moonwalk, from the Apollo 11 mission and* ▲ *Hubble Space Telescope image of Saturn, via* **Images, Icons and Flags,** *at* **JUMP** *2047.*



### Space Junkies' Home Page
**Shuttle Launch Countdown Page**  **JUMP** 7183    **CONTENT**

NASA has created a wonderful set of pages that allow you to track the progress of each Space Shuttle launch from liftoff to landing. You can read press releases and watch clips of the liftoff and the crew going about different tasks in space. You can read the biographies of each Shuttle crew, as well as a wealth of technical information on that mission's objective and the workings of the Shuttle while in orbit. In addition, a vast archive of downloadable sound and video clips, photos, and other documentation of past missions can be accessed. —(E.v.B.)

**KEY NEWSGROUP** sci.space.shuttle  **URL** ▶ http://www.ksc.nasa.gov/shuttle/countdown/