## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 17th day of July, 2006, I served **PLAINTIFF INTERNET MEDIA CORPORATION, INC.'S CLAIM CONSTRUCTION REPLY BRIEF** on the following counsel:

### BY ELECTRONIC SERVICE

Richard L. Horwitz, Esquire
David E. Moore, Esquire
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

### BY FEDERAL EXPRESS

Willem G. Schuurman, Esquire
David B. Weaver, Esquire
Kristen P. Foster, Esquire
Matthew S. Wermager, Esquire
David Killough, Esquire
**Vinson & Elkins L.L.P.**
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

### BY ELECTRONIC SERVICE

Titania R. Mack, Esquire
Michael Nicodema, Esquire
Ben Zuckerman, Esquire
**Greenberg Traurig, LLP**
The NeMours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Gaston Kroub, Esquire
**Greenberg Traurig LLP**
Metlife Building
200 Park Avenue
New York, NY 10166

### BY ELECTRONIC SERVICE

Philip A. Rovner, Esquire
**Potter Anderson & Corroon LLP**
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

### BY FEDERAL EXPRESS

James G. Gilliland, Jr., Esquire
Gregory S. Gilchrist, Esquire
April E. Abele, Esquire
**Townsend and Townsend and Crew LLP**
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

**BY FIRST-CLASS MAIL**

Kayla Carter Owens, Esquire
**J. C. Penney Corp., Inc.**
Plano, Texas 75075

/s/ *Thomas P. Preston*
_____
Thomas P. Preston
I.D. No. 2548

MP3 20151581.1
000351.00601/40157370v.1