IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-633-KAJ |
| ) | |
| DELL, INC., ) | |
| OFFICE DEPOT, INC., ) | |
| J.C. PENNEY COMPANY, INC., ) | |
| WILLIAMS-SONOMA, INC., ) | |
| J. CREW GROUP, INC. ) | |
| ) | |
| Defendants. | |

**DECLARATION OF THOMAS P. PRESTON IN SUPPORT OF INTERNET MEDIA CORPORATION, INC.'S CLAIM CONSTRUCTION REPLY BRIEF**

I, Thomas Preston, declare as follows:

1. I am an attorney with the law firm of Blank and Rome LLP, Chase Manhattan Centre 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel representing Plaintiff in the above-captioned action.

2. I am admitted to practice before this Court.

3. This Declaration is submitted in support of Internet Media Corporation, Inc.'s Reply Claim Construction Brief dated July 17, 2006.

4. Attached to this Declaration as **Exhibit A** is a true and correct copy of excerpts from the publication *Weaving the Web – The Original Design and Ultimate Destiny of the World Wide Web* by Tim Berners-Lee, published in 2000 by HarperCollins Publishers Inc.

5. Attached to this Declaration as **Exhibit B** is a true and correct copy of excerpts from the Spring and Summer 2001 Catalog produced by J.C. Penney Company, Inc. in the above-captioned and Bates numbered JCP633-000135 – 136.

6. Attached to this Declaration as **Exhibit C** is a true and correct copy of excerpts from the publication *Beginning ASP.NET 2.0* by Chris Hart et al., published in 2006 by Wiley Publishing, Inc.

7. Attached to this Declaration as **Exhibit D** is a true and correct copy of United States Patent No. 5,764,906 to Edelstein *et al.* This patent was cited during the prosecution the patent-in-suit ("United States Patent No. 6,049,835). The copy is Bates numbered IMC_PLTF 061535 - 551.

8. Attached to this Declaration as **Exhibit E** is a true and correct copy of United States Patent No. 5,804,803 to Cragun. This patent was cited during the prosecution of the patent-in-suit. The copy is Bates numbered IMC_PLTF 061512 - 533.

9. Attached to this Declaration as **Exhibit F** is a true and correct copy of excerpts from United States Patent No. 5,708,780. This patent was cited during the prosecution of the patent-in-suit. The copy is Bates numbered IMC_PLTF 061620 – 633.

10. Attached to this Declaration as **Exhibit G** is a true and correct copy of an April 9, 1998 Office Action Summary related to the application for the patent-in-suit. The copy is Bates numbered IMC_PLTF 061688 – 693.

11. Attached to this Declaration as **Exhibit H** is a true and correct copy of a August 7, 1998 Response to the April 1998 Office Action related to the application for the patent-in-suit. The copy is Bates numbered IMC_PLTF 061789 –795.

MP3 20187073.1
000351.00601/40163501v.1

12. Attached to this Declaration as **Exhibit I** is a true and correct copy of a October 26, 1998 Office Action related to the application for the patent-in-suit. The copy is Bates numbered IMC_PLTF 061796 - 799.

13. Attached to this Declaration as **Exhibit J** is a true and correct copy of a February 5, 1999 Amendment responsive to a October 1998 Office Action related to the application for patent-in-suit. The copy is Bates numbered IMC_PLTF 061804 – 812.

14. Attached to this Declaration as **Exhibit K** is a true and correct copy of a June 11, 1999 Office Action related to the application for the patent-in-suit. The copy is Bates numbered IMC_PLTF 061822 – 828.

15. Attached to this Declaration as **Exhibit L** is a true and correct copy of the examiner's August 17, 1999 Interview Summary and Applicant's subsequent September 13, 1999 Amendment responsive to said Interview. The copy is Bates numbered IMC_PLTF 061829 – 837.

16. Attached to this Declaration as **Exhibit M** is a true and correct copy of the September 29, 1999 Notice of Allowability for the patent-in-suit. The copy is Bates numbered IMC_PLTF 061840 – 842.

17. Attached to this Declaration as **Exhibit N** is a true and correct copy of Internet Media Corporation's Proposed Constructions for the disputed claim terms.

18.  Attached to this Declaration as **Exhibit O** is a true and correct copy of a screenshot from J.C.Penney Company, Inc.'s Online Shopping Page, which results when a Web user enters www.jcpenney.com into a Web browser.

By   */s/ Thomas P. Preston*
      Thomas P. Preston, Esquire
      I.D. No. 2548
      1201 Market Street, Suite 800
      Wilmington, DE 19801
      Ph:   (302)425-6478
      Fax:  (302) 425-6464

*Attorneys for Plaintiff*
*Internet Media Corporation*

July 17, 2006