**EXHIBIT A**



# Weaving THE WEB

## THE ORIGINAL DESIGN AND ULTIMATE DESTINY OF THE WORLD WIDE WEB



"[An] important account of how, when, where, and why [Berners-Lee] cooked up the web--- well worth reading."
—New York Times Book Review

Foreword by MICHAEL DERTOUZOS, *Director of MIT Laboratory for Computer Science*

## TIM BERNERS-LEE

WITH MARK FISCHETTI



*To Nancy*

WEAVING THE WEB: *The Original Design and Ultimate Destiny of the World Wide Web by Its Inventor.* Copyright © 1999, 2000 by Tim Berners-Lee. All rights reserved. Printed in the United States of America. No part of this book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews. For information address HarperCollins Publishers Inc., 10 East 53rd Street, New York, NY 10022.

HarperCollins books may be purchased for educational, business, or sales promotional use. For information please write: Special Markets Department, HarperCollins Publishers Inc., 10 East 53rd Street, New York, NY 10022.

HarperCollins Web Site: www.harpercollins.com

First paperback edition published 2000.

*Designed by Laura Lindgren and Celia Fuller*

Library of Congress Cataloging-in-Publication Data
Berners-Lee, Tim.
    Weaving the Web : the original design of the World Wide Web by its
inventor / Tim Berners-Lee with Mark Fischetti. —1st ed.
        p.  cm.
    ISBN 0-06-251587-X (paper)
    1. World Wide Web—History. 2. Berners-Lee, Tim. I. Fischetti, Mark.
II. Title.
TK5105.888.B46           2000
025.04—dc21                                                              00-039593

05  06  07  08  ❖/RRD  10  9  8  7  6  5  4  3



g l o s s a r y

tual Reality Markup Language," and implemented by Mark Pesce as a variant of Silicon Graphics's "Inventor" format; later managed by the VRML consortium, now "Web 3D" consortium.

W3C (World Wide Web Consortium)  A neutral meeting of those to whom the Web is important, with the mission of leading the Web to its full potential.

WAI (Web Accessibility Initiative)  A domain of W3C that attempts to ensure the use of the Web by anyone regardless of disability.

WAIS (Wide Area Information Servers)  A distributed information system designed by Brewster Kahle while at Thinking Machines. WAIS was like a Web of search engines, but without hypertext.

Web  Short for *World Wide Web*.

World Wide Web (three words; also known as WWW)  The set of all information accessible using computers and networking, each unit of information identified by a URI.

WorldWideWeb (one word; no spaces)  The name of the first Web client, a browser/editor that ran on a NeXT machine.

X  The X Window system, invented by Bob Scheifler; a standard interface between a program and a screen that was ubiquitous on Unix systems. Unlike Microsoft's Windows, from the beginning X allowed programs running on one machine to display on another, across the Internet. Scheifler ran the X Consortium from MIT/LCS for many years, then spun it off, and eventually closed it.

Xanadu  Ted Nelson's planned global hypertext project.

XML (Extensible Markup Language)  A simplified successor to SGML. W3C's generic language for creating new markup languages. Markup languages (such as HTML) are used to represent documents with a nested, treelike structure. XML is a product of W3C and a trademark of MIT.

XSL (Extensible Style Sheet Language)  A style sheet language, like CSS, but also allowing document transformation.

239