**EXHIBIT B**



# Online Shopping



It's easy to make your way down the aisles at JCPenney.com where you'll find the best selection of apparel, toys, electronics and home furnishings anywhere on the web.

And, while you're stopping by be sure to browse through our specialty sites for a variety of hard-to-fit sizes, special interests and collections.

**Shop on-site,** or simply enter any item number from any current JCPenney Catalog.

**Order securely,** and have your purchases shipped right to your door, to your nearest JCPenney store, or select Eckerd drugstores in just 2 to 3 days.

**Register your e-mail address** for advanced notice of new items and special promotions.