**EXHIBIT C**

Programmer to Programmer™



# Beginning
# ASP.NET 2.0

Chris Hart, John Kauffman, David Sussman, Chris Ullman



*Updates, source code, and Wrox technical support at* **www.wrox.com**

# Beginning ASP.NET 2.0

Published by
**Wiley Publishing, Inc.**
10475 Crosspoint Boulevard
Indianapolis, IN 46256
www.wiley.com

Copyright © 2006 by Wiley Publishing, Inc., Indianapolis, Indiana

Published simultaneously in Canada

ISBN-13: 978-0-7645-8850-1
ISBN-10: 0-7645-8850-8

Manufactured in the United States of America

10 9 8 7 6 5 4 3 2

1B/SW/RQ/QV/IN

Library of Congress Cataloging-in-Publication Data is available from the Publisher.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 646-8600. Requests to the Publisher for permission should be addressed to the Legal Department, Wiley Publishing, Inc., 10475 Crosspoint Blvd., Indianapolis, IN 46256, (317) 572-3447, fax (317) 572-4355, or online at http://www.wiley.com/go/permissions.

LIMIT OF LIABILITY/DISCLAIMER OF WARRANTY: THE PUBLISHER AND THE AUTHOR MAKE NO REPRESENTATIONS OR WARRANTIES WITH RESPECT TO THE ACCURACY OR COMPLETENESS OF THE CONTENTS OF THIS WORK AND SPECIFICALLY DISCLAIM ALL WARRANTIES, INCLUDING WITHOUT LIMITATION WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE. NO WARRANTY MAY BE CREATED OR EXTENDED BY SALES OR PROMOTIONAL MATERIALS. THE ADVICE AND STRATEGIES CONTAINED HEREIN MAY NOT BE SUITABLE FOR EVERY SITUATION. THIS WORK IS SOLD WITH THE UNDERSTANDING THAT THE PUBLISHER IS NOT ENGAGED IN RENDERING LEGAL, ACCOUNTING, OR OTHER PROFESSIONAL SERVICES. IF PROFESSIONAL ASSISTANCE IS REQUIRED, THE SERVICES OF A COMPETENT PROFESSIONAL PERSON SHOULD BE SOUGHT. NEITHER THE PUBLISHER NOR THE AUTHOR SHALL BE LIABLE FOR DAMAGES ARISING HEREFROM. THE FACT THAT AN ORGANIZATION OR WEBSITE IS REFERRED TO IN THIS WORK AS A CITATION AND/OR A POTENTIAL SOURCE OF FURTHER INFORMATION DOES NOT MEAN THAT THE AUTHOR OR THE PUBLISHER ENDORSES THE INFORMATION THE ORGANIZATION OR WEBSITE MAY PROVIDE OR RECOMMENDATIONS IT MAY MAKE. FURTHER, READERS SHOULD BE AWARE THAT INTERNET WEBSITES LISTED IN THIS WORK MAY HAVE CHANGED OR DISAPPEARED BETWEEN WHEN THIS WORK WAS WRITTEN AND WHEN IT IS READ.

For general information on our other products and services please contact our Customer Care Department within the United States at (800) 762-2974, outside the United States at (317) 572-3993 or fax (317) 572-4002.

**Trademarks:** Wiley, the Wiley logo, Wrox, the Wrox logo, Programmer to Programmer, and related trade dress are trademarks or registered trademarks of John Wiley & Sons, Inc. and/or its affiliates, in the United States and other countries, and may not be used without written permission. All other trademarks are the property of their respective owners. Wiley Publishing, Inc., is not associated with any product or vendor mentioned in this book.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books.

## Chapter 3

Now if you change the selection so that your page is supposed to target the XHTML 1.1 standard, you'll see plenty of red squiggly underlining, as shown in Figure 3-14.



Figure 3-14

The highlighted error shown in Figure 3-14 refers to the fact that `<br />` tags are supposed to only appear within a block element, such as a `<div>`. If you changed the first part of the page to be enclosed within a `<div>` element, this error would be fixed, without any discernable change to the appearance of the page:

```
<div>
    <div style="float:left">Left-hand content here</div>
    <div style="float:right">Right-hand content here</div>
    <br />
</div>
```

The rules of XHTML are also followed in any code that ASP.NET generates dynamically. You haven't created much in the way of dynamic content so far, so let's move on to looking at how you can make pages a bit more exciting.

# Dynamic Content

In order to move from the static world of HTML to the dynamic world of ASP.NET, it's important to know what is meant by dynamic content.

70

When you click a button on a form on a web page, you expect something to happen—and most of the time (if the page has been coded correctly), something does happen. You might submit an order form for a stack of CDs by clicking a button. You might also select an item on a menu on a page—take, for example, a menu from the Wrox United web site. Clicking the menu causes the menu contents to pop out (see Figure 3-15) and become selectable in a similar way to clicking your Start button.



Figure 3-15

Now notice that there's no lag between clicking the menu and clicking a different menu—the page responds just like your own system. Your browser's actually executing some local code in order to display these items. Click a button or a hyperlink on a form and the page will likely take longer to respond. Clicking buttons, hyperlinks, or other similar elements on a page causes your browser to start talking to the server, asking for something, or sending some data.

## Dynamic Client Code and Dynamic Server Code

Hovering over the menu on the Wrox United web site will run some code on the page that is likely written in JavaScript, a programming language that most browsers can understand and run, and is used to provide quick responses to user input. The page won't flicker and refresh (unlike clicking a hyperlink) because the browser already knows what to display when you hover over the menu. This is an example of dynamic client code.

When a more complicated response is required (for example, when you submit an order on a shopping site or when you want to search for a specific item on a shopping site), the page submits information back to the web server for processing. The processing on the server is dynamic *server* code, and this is the code that you will learn to write over the course of this book.

71

## Chapter 3

Server-side code can be written in many different languages, not just ASP.NET with VB.NET, C#, or other .NET languages. You probably have heard of PHP and perhaps JSP (Java Server Pages) — these are just two examples of other languages used by developers to write server-side code. Each language has its strengths and weaknesses, but you'll be hard-pressed to find a server-side technology that's as easy to use and as powerful as ASP.NET.

When it comes to creating dynamic pages in ASP.NET, the fastest way to build a dynamic page is to drag server controls onto the page, set properties on those controls, and eventually write code to customize their functionality. This *drag-and-drop* architecture has improved greatly in the latest edition of ASP.NET, making it possible to create the structural framework for an entire site without having to write any code at all.

# Introduction to Server Controls

When you look at the Visual Web Developer Toolbox, you'll notice several different sections, each containing a different set of tools. Many of these tools are *server controls*, and you'll be using these controls regularly when you develop ASP.NET applications.

> A server control appears on the source code for an ASP.NET page as a tag; for example, `<asp:textbox ... />`. These tags are not standard HTML elements, so a browser will not be able to understand them if they appear on a page; however, when you request an ASP.NET page from a web server, these tags are converted into HTML elements dynamically, so the browser only receives HTML content that it can understand.

This section starts by taking a look at some of the categories of controls available to you, and then discussing how they work.

## The Server Control Toolbox

At first glance, the array of server controls in the Toolbox can be quite overwhelming. Not only do you have standard web page elements to choose from (such as radio buttons, hyperlinks, and drop-down lists), but other categories of controls are also available (shown minimized in Figure 3-16) that contain even more controls. The Toolbox will change appearance depending on which type of page is being edited, so Figure 3-16 is the standard appearance when working on ASP.NET pages.

The categories of controls available are as follows:

- **Standard:** Common controls that make up 90 percent of all pages.
- **Data:** Controls used to connect to data sources (databases or XML files).
- **Validation:** Controls that can be added to a page to validate user input (for example, to ensure that certain text boxes contain data or that data has been entered in the correct format).
- **Navigation:** Controls used to provide a simple and quick solution to making a site navigable (for example, dynamic menus and breadcrumbs of hyperlinks).
- **Login:** A set of controls that make it simple to move from a completely open site to one that has personalized areas.

72

❑ **WebParts:** Controls that make it possible to create Sharepoint-style sites with drag-and-droppable sections, known as Web Parts, which enable the user to rearrange their view of a site.

❑ **HTML:** Simple HTML elements.



Figure 3-16

Throughout the rest of this book, you'll meet many of the controls in each category. Later in this chapter, you can play with some of the navigation controls when you build some menus for the Wrox United site.

## What Are Server Controls?

Let's start from first principles — when you create a simple HTML page and save it to your local file system, you can view that page in your browser by double-clicking the file. This is fine if you're putting together a static HTML site and want to test the output, but there's no point in developing a web site that

73

## Chapter 3

users would have to download to view! That's why, when a web site is deployed, it is uploaded to a *web server*, which everyone can access via its URL (Uniform Resource Locator).

Now that the site is hosted on a web server, people can access the site from other machines and browse through the HTML pages. However, if the server has the right software installed, you can then do much more than offer static HTML pages. When you request an HTML page, the server looks up the file and sends it to you; when you request an ASP.NET page (a page with the file extension .aspx), the server looks up the file on its file system and reads the file, and then it performs some processing before sending the resulting page back to you. The "performs some processing" bit is the magic that makes ASP.NET work.

The extra processing that the server performs includes the capability to read an ASP.NET page and convert the server controls in that page into HTML that the browser can understand. Remember, your browser doesn't speak ASP.NET. A web browser is a simple thing that only speaks HTML and possibly JavaScript — it cannot process ASP.NET code. The *server* reads the ASP.NET code and processes it, *converting* anything that is ASP.NET-specific to HTML and (as long as the browser supports it) a bit of JavaScript, and sends the freshly generated HTML back to the browser.

The process of converting ASP.NET code to HTML is how server controls work; you can happily create pages that contain server controls when you are developing the source .aspx page, yet the browser that requests that page from the web server will only receive HTML and JavaScript (see Figure 3-17). This is a key concept to understand, and the process is discussed in more detail in Chapter 6.



Figure 3-17

You can see how this works with the aid of a simple example. The following Try It Out is a really simple example to demonstrate the differences between the ASP.NET code and HTML code.

### Try It Out   Adding Server Controls in Design View

1. Start by reopening the Chapter03 web site.
2. Right-click the root of the web site and select Add New Item.

74