# **EXHIBIT I**



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/705,967 | 08/30/96 | GAGNON | E  0351.001/P |

| | |
|---|---|
| LM21/1026 | EXAMINER |
| WIGMAN COHEN LEITNER & MYERS | TON, D |
| THE FARRAGUT BUILDING 10TH FLOOR | ART UNIT \| PAPER NUMBER |
| 900 17TH STREET NW SUITE 1000 | 2782 \| 7 |
| WASHINGTON DC 20006 | |
| | DATE MAILED: |
| | 10/26/98 |

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

## OFFICE ACTION SUMMARY

☑ Responsive to communication(s) filed on _Response filed 08/07/98_

☑ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 D.C. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___3 mos___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☑ Claim(s) ___1-14___ is/are pending in the application.

Of the above, claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☑ Claim(s) ___1-14___ is/are rejected.

Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) _____

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☐ Notice of Reference Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

**-- SEE OFFICE ACTION ON THE FOLLOWING PAGES --**

PTOL-326 (Rev. 10/95)

* US GPO 1996-409-290-40029

IMC_PLTF 061796

Serial Number: 08/705,967                                                                                         2
Art Unit: 2782

1.     Applicant's Response filed on 08/07/98 in response to Examiner's Office Action has been
reviewed.


2.     Applicant's arguments that are not in claimed language are not being considered by Examiner.


3.     In the Remarks, Applicant argued in substance that prior art does not teach "a compilation
of preselected locations on the Internet, each having a unique predetermined jump code published
therewith, be published".

       Levergood teaches that a directory server 602 uses database 604 to translate the NUMBER
to target URL (col. 9 lines 26-30 and Fig. 6); inherently, the NUMBER is unique and the information
in the database 604 can be published.


4.     Applicant's arguments filed on 08/07/98 have been fully considered but they are not deemed
to be persuasive.


5.     **THIS ACTION IS MADE FINAL.** See MPEP § 706.07(a). Applicant is reminded of the
extension of time policy as set forth in 37 CFR 1.136(a).

       A shortened statutory period for response to this final action is set to expire THREE
MONTHS from the date of this action. In the event a first response is filed within TWO MONTHS
of the mailing date of this final action and the advisory action is not mailed until after the end of the
THREE-MONTH shortened statutory period, then the shortened statutory period will expire on the

Serial Number: 08/705,967                                                                                    3
Art Unit: 2782

date the advisory action is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be

calculated from the mailing date of the advisory action. In no event will the statutory period for

response expire later than SIX MONTHS from the date of this final action.

6.      Any inquiry concerning this communication or earlier communications from the examiner

should be directed to David Ton, whose telephone number is (703) 306-3043. The examiner can

normally be reached Monday through Friday from 7:00 AM to 3:30 PM.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Thomas C. Lee, can be reached at (703) 305-9717.

        Any inquiry of a general nature of relating to the status of this application should be directed

to the Group receptionist whose telephone number is (703) 305-9600.

        Any response to this action should be mailed to:

                Commissioner of Patents and Trademarks

                Washington, D.C. 20231

        or faxed to:

                (703) 308-9051 (for formal communications intended for entry)

        Or:

                (703) 308-5359 (for informal or draft communications, please label

                "PROPOSED" or "DRAFT")

IMC_PLTF 061798

Serial Number: 08/705,967                                                    4
Art Unit: 2782

Hand-delivered responses should be brought to Crystal Park II, 2121 Crystal Drive,

Arlington. VA., Sixth Floor  (Receptionist).

DT
David Ton

October 19, 1998

THOMAS C. LEE
SUPERVISORY PATENT EXAMINER
GROUP 2700

IMC_PLTF 061799