**EXHIBIT K**



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

A-5

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/705,967 | 08/30/96 | GAGNON | E 0351.001/P |

EXAMINER

LM02/0611
WIGMAN COHEN LEITNER & MYERS
THE FARRAGUT BUILDING 10TH FLOOR
900 17TH STREET NW SUITE 1000
WASHINGTON DC 20006

ART UNIT IN. | PAPER NUMBER
14

DATE MAILED: 0784
06/11/99

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

### OFFICE ACTION SUMMARY

☑ Responsive to communication(s) filed on __3-12-99 (CPA)__.

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 D.C. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire __3 mws__ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☑ Claim(s) __1-18__ is/are pending in the application.

Of the above, claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☑ Claim(s) __1-18__ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been
   ☐ received.
   ☐ received in Application No. (Series Code/Serial Number) _____.
   ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☑ Notice of Reference Cited, PTO-892
☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____
☐ Interview Summary, PTO-413
☐ Notice of Draftsperson's Patent Drawing Review, PTO-948
☐ Notice of Informal Patent Application, PTO-152

-- SEE OFFICE ACTION ON THE FOLLOWING PAGES --

PTOL-326 (Rev. 10/95)   * U.S GPO: 1996-409-290-40029

IMC_PLTF 061822

Serial Number: 08/705,967
Art Unit: 2784

2

## DETAILED ACTION

*******************************************************

## IMPORTANT NOTICE

*******************************************************

The Examiner handling this application, who was assigned to **Art Unit 2782**, will be assigned to new **Art Unit 2784**. Please include the new Art Unit in the caption or heading of any submitted communication. Your cooperation in this matter will assist in the timely processing of the submission and is appreciated by the Office.

1. Applicant's amendment B submission after final filed on 02/08/99 has been entered.

2. Claims 1-18 are presented for examination.

### *Claim Rejections - 35 USC § 103*

3. The text of those sections of Title 35, U.S. Code not included in this action can be found in a prior Office action.

4. Claims 1-2, 5-9, and 12-18 are rejected under 35 U.S.C. § 103(a) as being unpatentable over **Edelstein et al.** (hereafter Edelstein) patent no. **5,764,906**.

5. As to claim 1, Edelstein teaches the invention substantially as claimed, including a system for providing automatic access to preselected locations on the Internet [see abstract], comprising:

IMC_PLTF 061823

Serial Number: 08/705,967                                                                                              3
Art Unit: 2784

      a compilation of preselected locations ["list of Resource Aliases", col. 8 lines 7-24], said compilation including a unique predetermined multi-digit jump code [ "serial number", col. 9 lines 21-35] assigned to each of said preselected Internet locations therein;

      predetermined published Internet location [local services of Fig. 1] having an address in said compilation, said predetermined Internet location including means for capturing a desired multi-digit jump code assigned to each preselected Internet location after said multi-digit jump code has been entered by a user after accessing said predetermined Internet location [claim 1];

      mean for accessing said predetermined Internet location [claim 1];

      means for receiving said desired multi-digit jump code from said means for capturing and means [claim 1] for converting said received multi-digit jump code to a URL address corresponding to the desired preselected Internet location [col. 4 lines 21-45];

      means for automatically accessing said desired preselected Internet location using said URL address corresponding to said desired preselected Internet location, whereby said user need only enter said desired multi-digit jump code to access a desired preselected Internet location, whereby said user need only enter said desired multi-digit jump code to access a desired preselected Internet location without having to enter said corresponding URL address [col. 3 lines 40-49].

      Edelstein teaches the list of Resource Aliases is provided to the Local server on line [col. 8 lines 7-45] but he does not explicitly say about publishing the list. However, Edelstein disclosed that the published compilation such as Yellow Pages, White Pages or Web Crawlers are well known in the prior art to provide the search for URLs [col. 2 lines 7-24].

IMC_PLTF 061824

Serial Number: 08/705,967
Art Unit: 2784

4

It would have been obvious to one of ordinary skill in the Data Processing art at the time of the invention was made to enhance Edelstein system by publishing the list of Resource Aliases as taught by the prior art. This modification would have been obvious because a person having ordinary skill in the art would have been motivate to do so because it would provide more advertisement of the URL address by using other media ["newspapers, radio, television", col. 3 lines 25-30].

6.  As to claim 2, Edelstein teaches means for accessing said preselected published Internet location comprises a personal computer [client 105 of Fig. 1].

7.  As to claim 5, Edelstein teaches the preselected locations on the Internet are in the Word Wide Web [col. 12 lines 63-68].

8.  As to claim 6, Edelstein teaches the published compilation is published as printed matter [Yellow Pages, col. 2 lines 8-24].

9.  As to claim 7, Edelstein teaches the published compilation is on-line [col. 8 lines 7-30].

10. As to claim 15, Edelstein disclosed that on screen HTML form is well known in the art [col. 1 lines 20-47].

IMC_PLTF 061825

Serial Number: 08/705,967 5
Art Unit: 2784

11. As to claim 17, Edelstein teaches the multi-digit numbers is 4 digit numbers [Edelstein teaches the multi-digit numbers must be sufficiently large so that there is no need to reuse a serial number (col. 9 lines 31-35); therefore, it is a matter of choice to use 4 digit numbers if it would be sufficient].

12. Claims 3-4 and 10-11 are rejected under 35 U.S.C. § 103(a) as being unpatentable over Edelstein et al. (hereafter Edelstein) patent no. 5,764,906, in view of Lewis patent no. 5,612,730.

13. As to claim 3, Edelstein does not teach means for accessing preselected location comprises a television Internet device. Lewis teaches an interactive system for a closed cable network comprises a television Internet device (col. 7 lines 24-36).

It would have been obvious by one of ordinary skill in the Data Processing art at the time of the invention to combine the teachings of Lewis's interactive system to include a television Internet device into Edelstein's Internet server system because it would allow multimedia information to be transmitted and received by the Internet server to the television [Lewis, col. 7 lines 46-50].

14. As to claim 4, Lewis teaches the television Internet comprises a remote control device [col. 7 lines 24-36].

15. As to claims 8-14, 16 and 18, they are corresponding method claims of claims 1-7, 15 and 17, respectively; therefore, they are rejected under the same rational.

IMC_PLTF 061826

Serial Number: 08/705,967  
Art Unit: 2784

6

### *Response to Arguments*

16. Applicant's arguments with respect to claims 1-14 have been considered but are moot in view of the new ground(s) of rejection.

Applicant argues that the applied prior arts, Levergood and Lewis do not explicitly teach means for receiving, means for capturing or means for converting the received multi-digit jump code to a URL address corresponding to the desired preselected Internet location. However, in view of the new ground of rejection, Edelstein teaches means for receiving, means for capturing and means for converting [Fig. 1] the received multi-digit jump code to a URL address corresponding to the desired preselected Internet location [see SUMMARY OF THE INVENTION] in combination with Lewis teachings of television Internet device.

### *Conclusion*

17. Further references of interest are cited on Form PLO-892 which is an attachment to this office action.

18. Any inquiry concerning this communication or earlier communications from the examiner should be directed to David Ton, whose telephone number is (703) 306-3043. The examiner can normally be reached Monday through Thursday from 6:30 AM to 4:00 PM an alternate Friday from 6:30 AM to 3:00 PM.

IMC_PLTF 061827

Serial Number: 08/705,967      7
Art Unit: 2784

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Albert DeCady, can be reached at (703) 305-9595.

Any inquiry of a general nature of relating to the status of this application should be directed to the Group receptionist whose telephone number is (703) 305-9600.

Any response to this action should be mailed to:

    Commissioner of Patents and Trademarks

    Washington, D.C. 20231

or faxed to:

    (703) 308-9051 (for formal communications intended for entry)

Or:

    (703) 305-3718 (for informal or draft communications, please label "PROPOSED" or "DRAFT")

Hand-delivered responses should be brought to Crystal Park II, 2121 Crystal Drive, Arlington, VA., Sixth Floor (Receptionist).

*ALBERT DeCADY*
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2700

David Ton DT

May 29, 1999

IMC_PLTF 061828