**EXHIBIT N**

## Internet Media Corporation's Proposed Constructions

| Claim language | Construction |
|---|---|
| a published compilation of preselected Internet | a disseminated collection of information, such as descriptions, text or graphics, at least some of which correspond to preselected internet locations, wherein "internet location" is identified material or subject matter that is provided via the internet by one or more computers |
| publishing a compilation of preselected Internet locations | publishing or disseminating a collection of information, such as descriptions, text or graphics, at least some of which correspond to preselected Internet locations |
| unique predetermined multi-digit jump code | unique predetermined code consisting of more than one digit used to access an Internet location |
| predetermined published Internet location | predetermined Internet location having an address published in said published compilation, wherein "address" is a designation for a particular Internet location |
| providing a predetermined Internet location having an address published in said published compilation | providing a predetermined Internet location having an address published in said published compilation, wherein "address" is a designation for a particular Internet location and "providing" means supplying |