**EXHIBIT O**

