# EXHIBIT 10

Case 1:05-cv-00633-SLR    Document 153-2    Filed 07/17/2006    Page 1 of 4

A Merriam-Webster®

# Webster's Ninth New Collegiate Dictionary

Almost 160,000 entries and 200,000 definitions.

- Entries for words often misused or confused include a clear, authoritative guide to good usage.
- In an exclusive new feature—entries are dated. How old is a word? When was it first used? The answer is here, but in no other desk dictionary.
- The newest in the famous Collegiate series, the most widely approved dictionary for home, school and office.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

A *Merriam-Webster*® is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1988 by Merriam-Webster Inc.

Philippines Copyright 1988 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.

Includes index.
1. English language—Dictionaries. I. Merriam-Webster Inc.
PE1628.W5638    1988    423    87-24041
ISBN 0-87779-508-8
ISBN 0-87779-509-6 (indexed)
ISBN 0-87779-510-X (deluxe)

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

30RMcN88

568   heterodoxy • hexanoic acid

het·er·o·doxy \-,däk-sē\ n, pl -dox·ies (1659)   1 : the quality or state of being heterodox   2 : a heterodox opinion or doctrine

het·er·o·du·plex \,het-ə-rō-'d(y)ü-,pleks\ n (1962) : a nucleic-acid molecule composed of two chains with each derived from a different parent molecule — heteroduplex adj

¹het·er·o·dyne \'het-ə-rə-,dīn; 'he-trə-\ adj (1908) : of or relating to the production of an electrical beat between two radio frequencies of which one usu. is that of a received signal-carrying current and the other that of an uninterrupted current introduced into the apparatus; also : of or relating to the production of a beat between two optical frequencies

²heterodyne vt -dyned; -dyn·ing (1923) : to combine (as a radio frequency) with a different frequency so that a beat is produced

het·er·oe·cious \,het-ə-'rē-shəs\ adj [heter- + Gk oikia house — more at VICINITY] (1882) : passing through the different stages in the life cycle on alternate and often unrelated hosts ⟨~ insects⟩ — het·er·oe·cism \-'rē-,siz-əm\ n

het·er·o·ga·mete \,het-ə-rō-gə-'mēt; -'gam-,ēt\ n [ISV] (1897) : either of a pair of gametes that differ in form, size, or behavior and occur typically as large nonmotile oogametes and small motile sperms — het·er·o·gam·e·ty \-'gam-ət-ē\ n

het·er·o·ga·met·ic \-gə-'met-ik\ adj (1910) : forming two kinds of germ cells of which one produces male offspring and the other female offspring ⟨the human male is ~⟩

het·er·og·a·mous \,het-ə-'räg-ə-məs\ adj (1839) : having or characterized by fusion of unlike gametes — compare ANISOGAMOUS, ISOGAMOUS

het·er·og·a·my \-mē\ n (1894)   1 : sexual reproduction involving fusion of unlike gametes often differing in size, structure, and physiology   2 : the condition of reproducing by heterogamy

het·er·o·ge·ne·ity \,het-ə-rō-jə-'nē-ət-ē, ,he-trō-\ n (1641) : the quality or state of being heterogeneous

het·er·o·ge·neous \,het-ə-rə-'jē-nē-əs, ,he-trə-, -nyəs\ adj [ML heterogeneus, heterogenus, fr. Gk heterogenēs, fr. heter- + genos kind — more at KIN] (1630) : consisting of dissimilar or diverse ingredients or constituents : MIXED — het·er·o·ge·neous·ly adv — het·er·o·ge·neous·ness n

het·er·og·e·nous \,het-ə-'räj-ə-nəs\ adj (1916)   1 : originating in an outside source; esp : derived from another species ⟨~ bone graft⟩   2 : HETEROGENEOUS

het·er·og·e·ny \-nē\ n (1838) : a heterogenous collection or group

het·er·o·gon·ic \,het-ə-rə-'gän-ik\ adj (1924)   1 : ALLOMETRIC   2 : being that course of development in which a generation of parasites is succeeded by a free-living generation — used of some nematode worms

het·er·og·o·ny \,het-ə-'räg-ə-nē\ n (ca. 1887)   1 : ALTERNATION OF GENERATIONS; esp : alternation of a dioecious generation with a parthenogenetic one   2 : ALLOMETRY

het·er·o·graft \'het-ə-rō-,graft\ n (1909) : a graft of tissue taken from a donor of one species and grafted into a recipient of another species — compare HOMOGRAFT

het·er·o·kary·on \,het-ə-rō-'kar-ē-,än, -ən\ n [NL, fr. heter- + karyon, caryon nucleus, fr. Gk karyon nut, kernel] (ca. 1941) : a cell in the mycelium of a fungus that contains two or more genetically unlike nuclei

het·er·o·kary·o·sis \,het-ə-rō-,kar-ē-'ō-səs\ n [NL] (1916) : the condition of having cells that are heterokaryons — het·er·o·kary·ot·ic \-ē-'ät-ik\ adj

het·er·ol·o·gous \-'räl-ə-gəs\ adj (1822) : derived from a different species ⟨~ DNAs⟩ ⟨~ transplants⟩ — het·er·ol·o·gous·ly adv

het·er·ol·y·sis \,het-ə-'räl-ə-səs, -ə-'lī-səs\ n [NL] (ca. 1909) : decomposition of a compound into two oppositely charged particles or ions — het·er·o·lyt·ic \-ə-rə-'lit-ik\ adj

het·er·o·mor·phic \,het-ə-rə-'mȯr-fik\ adj [ISV] (ca. 1864)   1 : deviating from the usual form   2 : exhibiting diversity of form or forms ⟨~ pairs of chromosomes⟩ ⟨~ alternation of generations⟩ — het·er·o·mor·phism \-,fiz-əm\ n

het·er·on·o·mous \,het-ə-'rän-ə-məs\ adj (1870) : subject to external controls and impositions

het·er·on·o·my \-mē\ n [heter- + -nomy (as in autonomy)] (1798) : subjection to something else; esp : a lack of moral freedom or self-determination

het·er·o·phile \'het-ə-rə-,fīl\ also het·er·o·phil \-,fil\ adj (1920) : reacting serologically with an antigen of another species

het·er·oph·o·ny \,het-ə-'räf-ə-nē\ n, pl -nies [Gk heterophōnia diversity of note, fr. heter- + -phōnia -phony] (ca. 1890) : independent variation on a single melody by two or more voices

het·er·o·phyl·lous \,het-ə-rō-'fil-əs\ adj (ca. 1828) : having the foliage leaves of more than one form on the same plant or stem — het·er·o·phyl·ly \'het-ə-rō-,fil-ē\ n

het·er·o·ploid \'het-ə-rə-,plȯid\ adj [ISV] (1926) : having a chromosome number that is not a simple multiple of the haploid chromosome number — heteroploid n — het·er·o·ploi·dy \-,plȯid-ē\ n

het·er·o·po·lar \,het-ə-rə-'pō-lər\ adj [ISV] (ca. 1895) : POLAR 5, IONIC — het·er·o·po·lar·i·ty \-,rō-pə-'lar-ət-ē\ n

het·er·op·ter·ous \,het-ə-'räp-tə-rəs\ adj [deriv. of Gk heter- + pteron wing — more at FEATHER] (1895) : of or relating to an insect order or suborder (Heteroptera) comprising the true bugs

het·er·o·sex·u·al \,het-ə-rō-'seksh-(ə-)wəl, -'sek-shəl\ adj [ISV] (1892)   1 : of, relating to, or characterized by a tendency to direct sexual desire toward the opposite sex   2 : of or relating to different sexes — heterosexual n — het·er·o·sex·u·al·i·ty \-,sek-shə-'wal-ət-ē\ n — het·er·o·sex·u·al·ly \-'seksh-(ə-)wə-lē, -'sek-shə-lē\ adv

het·er·o·sis \,het-ə-'rō-səs\ n [NL] (1914) : a marked vigor or capacity for growth often shown by crossbred animals or plants — called also hybrid vigor — het·er·ot·ic \-'rät-ik\ adj

het·er·o·spo·rous \,het-ə-rō-'spōr-əs, -'spȯr-; ,het-ə-'räs-pə-rəs\ adj (1875) : characterized by heterospory

het·er·os·po·ry \'het-ə-rō-,spōr-ē, -,spȯr-; ,het-ə-'räs-pə-rē\ n (1898) : the production of microspores and megaspores (as in ferns and seed plants)

het·er·o·thal·lic \,het-ə-rō-'thal-ik\ adj [heter- + thall- + -ic] (1904)   1 : having two or more morphologically similar haploid phases or types of which individuals from the same type are mutually sterile but individuals from different types are cross-fertile ⟨~ fungi⟩ ⟨~ spores⟩   2 : DIOECIOUS — het·er·o·thal·lism \-'thal-,iz-əm\ n

het·er·o·top·ic \-rə-'täp-ik\ adj [heter- + Gk topos place — more at TOPIC] (ca. 1909) : occurring in an abnormal place ⟨~ bone formation⟩ ⟨~ liver transplantation⟩

het·er·o·troph \'het-ə-rə-,trōf, -,trȯf\ n (ca. 1900) : a heterotrophic individual

het·er·o·tro·phic \,het-ə-rə-'trō-fik\ adj (1893) : requiring complex organic compounds of nitrogen and carbon for metabolic synthesis — het·er·o·tro·phi·cal·ly \-fi-k(ə-)lē\ adv — het·er·o·tro·phy \,het-ə-'rä-trə-fē, 'het-ə-rə-,trō-\ n

het·er·o·typ·ic \,het-ə-rō-'tip-ik\ adj (1885) : different in kind, arrangement, or form

het·er·o·zy·go·sis \,het-ə-rō-(,)zī-'gō-səs\ n [NL] (1902) : HETEROZYGOSITY

het·er·o·zy·gos·i·ty \-'gäs-ət-ē\ n (1912) : the state of being heterozygous

het·er·o·zy·gote \-'zī-,gōt\ n (1902) : a heterozygous individual

het·er·o·zy·gous \-gəs\ adj (1902) : having the two genes at corresponding loci on homologous chromosomes different for one or more loci

heth \'kät(h), 'ket(h)\ n [Heb bēth] (1823) : the 8th letter of the Hebrew alphabet — see ALPHABET table

het·man \'het-mən\ n, pl hetmans [Pol, commander in chief] (1710) : a cossack leader

het up \'het-'əp\ adj [het, dial past of heat] (1925) : highly excited : UPSET

heu·land·ite \'hyü-lən-,dīt\ n [Henry Heuland, 19th cent. Eng. mineral collector] (1822) : a zeolite consisting of a hydrous aluminosilicate of sodium and calcium

¹heu·ris·tic \hyu̇-'ris-tik\ adj [G heuristisch, fr. NL heuristicus, fr. Gk heuriskein to discover; akin to OIr fūar I have found] (1821) : involving or serving as an aid to learning, discovery, or problem-solving by experimental and esp. trial-and-error methods ⟨~ techniques⟩ ⟨a ~ assumption⟩; also : of or relating to exploratory problem-solving techniques that utilize self-educating techniques (as the evaluation of feedback) to improve performance ⟨a ~ computer program⟩ — heu·ris·ti·cal·ly \-ti-k(ə-)lē\ adv

²heuristic n (1860)   1 : the study or practice of heuristic procedure   2 : heuristic argument   3 : a heuristic method or procedure

hew \'hyü\ vb hewed; hewed or hewn \'hyün\; hew·ing [ME hewen, fr. OE hēawan; akin to OHG houwan to hew, L cudere to beat] vt (bef. 12c)   1 : to cut with blows of a heavy cutting instrument   2 : to fell by blows of an ax ⟨~ a tree⟩   3 : to give form or shape to with or as if with heavy cutting blows ⟨~ed their farms from the wilderness —J T Shotwell⟩ ~ vi   1 : to make cutting blows   2 : CONFORM, ADHERE — often used in the phrase hew to the line ⟨no pressure . . . on newspapers to ~ to the official line —N. Y. Times Mag.⟩ — hew·er n

¹hex \'heks\ vb [PaG hexe, fr. G hexen, fr. hexe witch, fr. OHG hagzissa; akin to ME hagge hag] vt (1830) : to practice witchcraft ~ vt   1 : to put a hex on   2 : to affect as if by an evil spell : JINX ⟨giving in to an unscientific fear of ~ing the whole project —Daniel Lang⟩ — hex·er n

²hex n (1856)   1 : a person who practices witchcraft : WITCH   2 : SPELL, JINX

³hex adj (1924) : HEXAGONAL ⟨a bolt with a ~ head⟩

hexa- or hex- comb form [Gk, fr. hex six — more at SIX]   1 : six ⟨hexamerous⟩   2 : containing six atoms, groups, or equivalents ⟨hexane⟩

hexa·bi·ose or hexo·bi·ose \,hek-sə-'bī-,ōs, -,ōz\ n [hexa- + bi- + -ose] (ca. 1901) : a disaccharide (as maltose) yielding two hexose molecules on hydrolysis

hexa·chlo·ride \,hek-sə-'klō(ə)r-,īd, -'klȯ(ə)r-\ n (ca. 1922) : a chloride containing six atoms of chlorine in a molecule

hexa·chlo·ro·eth·ane \-,klōr-ə-'weth-,ān, -,klȯr-\ or hexa·chlor·eth·ane \-,klōr-'eth-, -,klȯr-\ n [ISV] (1898) : a toxic crystalline compound $C_2Cl_6$ used esp. in smoke bombs and in the control of liver flukes in ruminants

hexa·chlo·ro·phene \-'klōr-ə-,fēn, -'klȯr-\ n [hexa- + chlor- + phenol] (1948) : a powdered phenolic bacteria-inhibiting agent $C_{13}Cl_6H_6O_2$

hexa·chord \'hek-sə-,kȯ(ə)rd\ n [hexa- + Gk chordē string — more at YARN] (1730) : a diatonic series of six tones having a semitone between the third and fourth tones

hex·ad \'hek-,sad\ or hex·ade \-,sād\ n [LL hexad-, hexas, fr. Gk, fr. hex] (1660) : a group or series of six — hex·ad·ic \hek-'sad-ik\ adj

hexa·dec·i·mal \,hek-sə-'des-(ə-)məl\ adj (1956) : of, relating to, or being a number system with a base of 16 — hexadecimal n

hexa·gon \'hek-sə-,gän\ n [Gk hexagōnon, neut. of hexagōnos hexagonal, fr. hexa- + gōnia angle — more at -GON] (1570) : a polygon of six angles and six sides

hex·ag·o·nal \hek-'sag-ən-ᵊl\ adj (1571)   1 : having six angles and six sides   2 : having a hexagon as section or base   3 : relating to or being a crystal system characterized by three equal lateral axes intersecting at angles of 60 degrees and a vertical axis of variable length at right angles — hex·ag·o·nal·ly \-ē\ adv

hexa·gram \'hek-sə-,gram\ n [ISV] (1871) : a figure formed by completing externally an equilateral triangle on each side of a regular hexagon

hexa·he·dron \,hek-sə-'hē-drən\ n, pl -drons also -dra \-drə\ [LL, fr. Gk hexaedron, fr. neut. of hexaedros of six surfaces, fr. hexa- + hedra seat — more at SIT] (1571) : a polyhedron of six faces

hexa·hy·drate \-'hī-,drāt\ n (ca. 1908) : a chemical compound with six molecules of water — hexa·hy·drat·ed \-,drāt-əd\ adj

hex·am·e·ter \hek-'sam-ət-ər\ n [L, fr. Gk hexametros, fr. neut. of hexametros having six measures, fr. hexa- + metron measure — more at MEASURE] (1546) : a line of verse consisting of six metrical feet

hexa·me·tho·ni·um \,hek-sə-mə-'thō-nē-əm\ n [hexa- + meth- + -onium] (1949) : either of two compounds $C_{12}H_{30}Br_2N_2$ or $C_{12}H_{30}Cl_2N_2$ used as ganglionic blocking agents in the treatment of hypertension

hexa·meth·y·lene·tet·ra·mine \,hek-sə-'meth-ə-,lēn-'te-trə-,mēn\ n [ISV] (1888) : a crystalline compound $C_6H_{12}N_4$ used esp. as an accelerator in vulcanizing rubber, as an absorbent for phosgene, and as a urinary antiseptic

hex·ane \'hek-,sān\ n [ISV] (1877) : any of several isomeric volatile liquid paraffin hydrocarbons $C_6H_{14}$ found in petroleum

hex·a·no·ic acid \,hek-sə-,nō-ik-\ n [ISV hexane + -oic] (1926) : CAPROIC ACID


hexagram