

*Phone:*   *(302) 425-6478*
*Fax:*     *(302) 425-6464*
*Email:*   *preston-t@blankrome.com*

July 20, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
U.S. District for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

    Re:   **Internet Media Corp. v. Dell, Inc., et al., C.A. No. 05-633-KAJ**

Dear Judge Jordan:

    Plaintiff Internet Media cited <u>Nystrom v. Trex Co., Inc.</u> in its Reply Brief, citing the Opinion at 374 F.3d 1105 (Fed. Cir. 2004). We have subsequently learned that that opinion was withdrawn by the Federal Circuit and a new opinion substituted, the citation being 424 F.3d 1136 (Fed. Cir. 2005).

    We apologize for any confusion this may have caused, and enclose with this letter a copy of the substituted Opinion.

                                                   Respectfully submitted,

                                                   Thomas P. Preston
                                                   I.D. 2548

TPP:pfc
Enclosure

cc:    Richard L. Horwitz, Esquire – by e-filing    David Killough, Esquire – by e-mail
       David E. Moore, Esquire – by e-filing      Kayla Carter Owens, Esquire – by e-mail
       Titania R. Mack, Esquire – by e-filing      April E. Abele, Esquire – by e-mail
       Philip A. Rovner, Esquire– by e-filing      Gaston Kroub, Esquire – by e-mail