IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC.; OFFICE DEPOT, INC.<br>J.C. PENNEY COMPANY, INC.<br>WILLIAMS-SONOMA, INC. and<br>J. CREW GROUP, INC.,<br><br>Defendants. | Civil Action No. 05-633-KAJ |

## NOTICE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 18th day of August, 2006, I caused to be served upon the following counsel a copy of this **NOTICE** and **PLAINTIFF'S AMENDED FIRST SUPPLEMENTAL RESPONSE TO DEFENDANT DELL, INC.'S FIRST SET OF INTERROGATORIES (Nos. 7, 8, 9, 10, 12, 13, 14, 16 and 17)**.

| BY HAND | BY FEDERAL EXPRESS |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899-0951 | Willem G. Schuurman, Esquire<br>David B. Weaver, Esquire<br>Kristen P. Foster, Esquire<br>Matthew S. Wermager, Esquire<br>David Killough, Esquire<br>Vinson & Elkins L.L.P.<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746-7568 |
| **BY HAND** | **BY FEDERAL EXPRESS** |
| Titania R. Mack, Esquire<br>Michael Nicodema, Esquire<br>Greenberg Traurig, LLP<br>The NeMours Building<br>1007 N. Orange Street, Suite 1200<br>Wilmington, DE 19801 | Gaston Kroub, Esquire<br>Greenberg Traurig LLP<br>Metlife Building<br>200 Park Avenue<br>New York, NY 10166 |

**BY HAND**

Philip A. Rovner, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

James G. Gilliland, Jr., Esquire
Gregory S. Gilchrist, Esquire
April E. Abele, Esquire
Robert G. Litts, Esquire
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

**BY FIRST-CLASS MAIL**

Kayla Carter Owens, Esquire
J. C. Penney Corp., Inc.
Plano, Texas 75075

*Of Counsel:*

Ronald J. Schutz
Diane L. Simerson
Michael A. Collyard
Andrea L. Gothing
Busola A. Akinwale
ROBINS, KAPLAN, MILLER &
CIRESI, LLP
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
(612) 349-8500

Dated: August 18, 2006

BLANK ROME LLP

By: _____
Thomas P. Preston, Esquire
I.D. No. 2548
1201 Market Street, Suite 800
Wilmington, DE 19801
Ph:  (302) 425-6478
Fax: (302) 425-6464

*Attorneys for Plaintiff
Internet Media Corporation*

2