IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-633-KAJ |
| | : |
| DELL, INC.; OFFICE DEPOT, INC.; | : |
| J.C. PENNEY COMPANY, INC.; | : |
| WILLIAMS-SONOMA, INC.; and | : |
| J. CREW GROUP, INC., | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **8th** day of **September, 2006,**

IT IS ORDERED that the mediation conferences scheduled for Monday, September 25, 2006 at 10:00 a.m. between plaintiff and defendant Dell only, Tuesday, September 26, 2006 at 10:00 a.m., between plaintiff and defendant Office Depot only and Wednesday, September 27, 2006 at 10:00 a.m. between plaintiff and defendants J. C. Penney, Williams-Sonoma, and J.Crew only have been canceled.

IT IS FURTHER ORDERED that Philip A. Rovner, Esquire shall advise the Magistrate Judge when the claim construction opinion has been issued.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE