# BLANK ROME LLP
COUNSELORS AT LAW

*Phone:*   (302) 425-6478
*Fax:*     (302) 425-6464
*Email:*   preston-t@blankrome.com

February 26, 2007

**BY HAND**

The Honorable Mary Pat Thynge
U.S. Magistrate
U.S. District for the District of Delaware
844 North King Street, Room 4209
Lock Box 8
Wilmington, DE 19801

    Re:   **Internet Media Corp. v. Dell, Inc., et al., C.A. No. 05-633-KAJ**

Dear Magistrate Judge Thynge:

    There is a status conference scheduled with Your Honor on March 5, 2007 at 11:30 a.m. On behalf of all counsel, we would like to inform Your Honor that discovery in this matter was stayed pending claim construction.

    The dial-in information for all counsel is 1-800-256-8682, Passcode 04111. I would ask that counsel dial in a few minutes before the call is to take place, and then Conference America will dial Your Honor directly.

                                               Respectfully submitted,

                                               Thomas P. Preston
                                               I.D. 2548

TPP:pfc

cc:    Richard L. Horwitz, Esquire – by electronic service and e-mail
       David E. Moore, Esquire – by electronic service and e-mail
       Titania R. Mack, Esquire – by electronic service and e-mail
       Philip A. Rovner, Esquire – by electronic service and e-mail