IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-633-*** |
| DELL, INC.; OFFICE DEPOT, INC.; J.C. PENNEY COMPANY, INC.; WILLIAMS-SONOMA, INC.; and J. CREW GROUP, INC., | : |
| Defendant. | : |

## ORDER

At Wilmington, this **5th** day of **March, 2007.**

A status teleconference was held on March 5, 2007 with counsel participating. As a result of that teleconference,

IT IS ORDERED that a teleconference is scheduled for **Thursday, March 15, 2007** at **4:45 p.m. Eastern time** to be initiated by Phillip Rovner, Esq. The purpose of the teleconference is for follow-up discussion regarding the matters discussed during the teleconference of March 5, 2007.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE