IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-633-*** |
| | : |
| DELL, INC.; OFFICE DEPOT, INC.; | : |
| J.C. PENNEY COMPANY, INC.; | : |
| WILLIAMS-SONOMA, INC.; and | : |
| J. CREW GROUP, INC., | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington, this **16th** day of **March, 2007.**

IT IS ORDERED that a teleconference is scheduled for **Wednesday, March 21, 2007** at **5:15 p.m. Eastern time** to be initiated by counsel for Dell.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE