

Phone:    (302) 425-6478
Fax:      (302) 425-6464
Email:    preston-t@blankrome.com

March 20, 2007

**BY HAND & E-FILE**

The Honorable Mary Pat Thynge
U.S. Magistrate
U.S. District for the District of Delaware
844 North King Street, Room 4209
Lock Box 8
Wilmington, DE 19801

Re:   **Internet Media Corp. v. Dell, Inc., et al., C.A. No. 05-633-KAJ**

Dear Magistrate Judge Thynge:

    We have investigated the question of disqualification as a result of a judge holding shares in a company involved in litigation. Our understanding of 28 U.S.C. § 455(b)(4), (d)(4) and (e) is that where a judge holds a "financial interest" in a party involved in a proceeding pending before that judge, such interest requires self-disqualification by the judge or magistrate judge.

    However, we also understand that if the financial interest is held through a mutual fund, then no such disqualification is required. *See* (d)(4)(i).

    We hope this information is helpful to the Court, and trust that you will let us know whether Your Honor concludes that disqualification is required, thus mooting the telephone conference currently scheduled for Wednesday, March 21, at 5:15 p.m.

Respectfully submitted,

Thomas P. Preston
I.D. 2548

TPP:pfc
cc:   Richard L. Horwitz, Esquire (by e-file)        Titania R. Mack, Esquire (by e-file)
      David E. Moore, Esquire (by e-file)           Philip A. Rovner, Esquire (by e-file)

Chase Manhattan Centre  1201 Market Street  Suite 800  Wilmington, DE 19801
www.BlankRome.com

000351.00601/40167866v.1

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong