

Phone:   (302) 425-6478
Fax:     (302) 425-6464
Email:   preston-t@blankrome.com

March 20, 2007

**BY ELECTRONIC FILING**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951

Titania R. Mack, Esquire
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Philip A. Rovner, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

Re:   **Internet Media Corp. v. Dell, Inc., et al., C.A. No. 05-633-KAJ**

Dear Counsel:

I just spoke with Magistrate Judge Thynge, who has concluded that she must disqualify herself from making any substantive decisions in this case. The Magistrate Judge could mediate the matter if the parties conclude that that is a worthwhile undertaking at this stage.

Under the circumstances, Magistrate Judge Thynge has asked me to convey that the March 21, 2007 teleconference is cancelled, and that this case will await further involvements at the Court. Please call if you have any questions.

Very truly yours,

Thomas P. Preston
I.D. No. 2548

TPP:pfc
cc:   Clerk, U.S. District Court for the District of Delaware
      The Honorable Mary Pat Thynge