IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-633-SLR |
| ) | |
| DELL, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 8th day of June, 2007, having conferred with counsel;

IT IS ORDERED that the parties shall offer their respective *Markman* presentations on the pending claim construction issues in courtroom 6B, sixth floor Federal Building, Wilmington, Delaware, on **June 20, 2007 at 10:00 a.m.**, with plaintiff and defendants collectively each getting 1.5 hours in which to complete their presentations.

_____
United States District Judge