IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC.,<br>OFFICE DEPOT, INC.,<br>J.C. PENNEY COMPANY, INC.,<br>WILLIAMS-SONOMA, INC.,<br>J. CREW GROUP, INC.<br><br>Defendants. | Civil Action No. 05-633-SLR |

**STIPULATION OF DISMISSAL BETWEEN**
**INTERNET MEDIA CORPORATION AND DELL, INC.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), 41(c) and 54, Plaintiff Internet Media Corporation ("Internet Media") and Defendant Dell, Inc. ("Dell") (collectively, the "Parties"), by their undersigned counsel, hereby stipulate and consent to the following Stipulation of Dismissal ("the "Dismissal Stipulation") and Order, subject to the approval of the Court:

1. This Court has jurisdiction over the Parties to this Dismissal Stipulation and Order and the subject matter of this action.

2. The Parties signed an Agreement, dated April 30, 2009, by and between Internet Media, Office Depot and Dell, Inc., to settle the above-captioned litigation between them ("Settlement Agreement").

3. This Court shall retain personal and exclusive jurisdiction over the Parties for the purpose of enforcing or interpreting any portion of the Parties' Settlement Agreement on behalf of or against any party thereto.

80781041.1
000351.00601/40181052v.1

4. All claims by and between Internet Media and Dell in the above-entitled action, including all claims and counterclaims, shall be dismissed in their entirety, with prejudice.

5. The Parties hereto waive all right to appeal from this Dismissal Stipulation and Order.

6. Each party to this Dismissal Stipulation and Order shall bear its own costs and attorneys' fees.

*Of Counsel for Plaintiff Internet Media Corporation:*

Ronald J. Schutz
Diane L. Simerson
Andrea L. Gothing
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

Dated: May 14, 2009

*Of Counsel for Defendant Dell, Inc.:*

David B. Weaver
Vinson & Elkins LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Ph: 512.542.8651

Dated: May 14, 2009

BLANK ROME LLP

/s/ Thomas P. Preston
_____
Thomas Preston (#2548)
1201 Market Street, Suite 800
Wilmington, DE 19801
Ph: (302) 425-6478
Fax: (302) 425-6464
*Attorneys for Plaintiff Internet Media Corporation*

Potter Anderson & Corroon, LLP

/s/ Richard L. Horwitz
_____
Richard L. Horwitz (#2246)
David Ellis Moore (#3983)
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza
6th Floor
Wilmington, DE 19899-0951
Ph: 302.984.6000
*Attorneys for Defendant Dell, Inc.*

SO ORDERED this _____ day of _____, 2009.

_____
Honorable Sue L. Robinson
United States District Judge